UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:22-CV-01295-TPB-CPT

BRIAN MOREAU,

    Plaintiff,

vs.

FELD ENTERTAINMENT, INC.,
FELD MOTOR SPORTS, INC.,
THE MEDIC RIG, LLC,
JOHN A. BODNAR, M.D.,
JAMES KENNEDYE, M.D.,
SCOTT COMBS, and
AMY METIVA,

    Defendants.
_____/

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY TO FELD'S RESPONSE [D.E. 172] TO HIS TIME-SENSITIVE MOTION FOR LEAVE TO AMEND HIS COMPLAINT TO ADD NEW DEFENDANT AFTER THE DEADLINE DUE TO BELATEDLY DISCLOSED EVIDENCE [D.E. 167]**

Pursuant to Local Rule 3.01(d), Plaintiff respectfully requests leave to file a 10-page reply to Feld's opposition [D.E. 172] to his motion for leave to amend [D.E. 167].

First, Plaintiff seeks leave to reply to Feld's argument that he has not shown good cause for leave to amend, because he allegedly had information about the AMA's involvement in the Supercross before filing suit and received other information during discovery that was purportedly sufficient to form a good faith belief that the AMA needed to be added as a defendant earlier. Plaintiff needs to reply because Feld's

characterization of *what* Plaintiff knew about Feld's *legal relationship* with the AMA (based on publicly available information, his own documents, and Feld's incomplete and misleading Local Rule 3.03(a) disclosure of potentially interested parties, Rule 26(a)(1) initial disclosures, and discovery responses), *when* Plaintiff knew it, and *why* Plaintiff did not seek leave to amend earlier is inaccurate.

Second, Plaintiff needs to address the *four* declarations of defense counsel submitted with Feld's opposition [D.E. 172-4, 172-5, 172-6 & 172-7], so that the Court may be fully informed on these matters before the hearing on March 19, 2024.

Third, Plaintiff needs to reply to Feld's argument that the Sanctioning Agreement was allegedly not an "explosive document" that was concealed and withheld during discovery until January 19, 2024, and that the Sanctioning Agreement allegedly did not provide any "new information" about Feld's top-secret *legal relationship* with the AMA, [D.E. 172] at p.4, because Feld mischaracterizes the import of the Sanctioning Agreement and its effect on Plaintiff's "red flag" theory.

Fourth, Plaintiff needs to reply to Feld's argument that it will allegedly be *unduly* prejudiced by granting his motion for leave to amend to add the AMA as a defendant, because Feld's characterization is inaccurate.

Lastly, Plaintiff needs to reply to Feld's argument that his proposed amendment is allegedly futile based on a release he signed as a *minor* before the Supercross event, because Feld mischaracterizes the import of that release under the relevant facts and applicable law.

## Local Rule 3.01(g) Certification

Plaintiff's counsel certifies that, on March 3, 2024, he sent an email to all defense counsel asking if their respective clients opposed this motion for leave to file a 10-page reply. On March 4, 2024, Feld's counsel advised they oppose this motion. As for counsel for The Medic Rig, Dr. Bodnar, Dr. Kennedye, Amy Metiva, and Scott Combs – who did not file his own opposition or join in Feld's opposition to Plaintiff's motion for leave to amend – Plaintiff's counsel sent a follow-up email asking whether his clients also opposed this motion. Plaintiff's counsel then called his office and left a voicemail. As of the time of filing, Plaintiff's counsel has not received a response.

**WHEREFORE**, Plaintiff respectfully requests that this Court grant this motion for leave to file a 10-page reply to Feld's opposition [D.E. 172] to Plaintiff's pending motion for leave to amend his complaint to add the AMA as a defendant [D.E. 167].

**RESPECTFULLY SUBMITTED**, on this 4th day of March, 2024.

By: */s/ Mark A. Schweikert*
Mark A. Schweikert (FBN 70555)
mark@schweikertlaw.com
**SCHWEIKERT LAW PLLC**
1111 Brickell Avenue, Suite 1550
Miami, Florida 33131
Office: (305) 999-1906
Mobile: (305) 926-9452
*Lead Counsel for Plaintiff*

and

Maria A. Dominguez, Esq. (FBN 0510221)
m.dominguez@dmrpr.com
Juan C. Ramos-Rosado, Esq. (FBN 1002562)
j.ramos@dmrpr.com

Javier F. Micheo Marcial, Esq. (FBN 1009694)
j.micheo@dmrpr.com
**DMR Law LLC**
1430 South Dixie Hwy., Suite 314
Coral Gables, FL 33146
Telephone: 305-548-8666

and

Jason B. Giller, Esq. (FBN 77441)
jason@gillerpa.com
**JASON B. GILLER, P.A.**
1111 Brickell Avenue, Suite 1550
Miami, Florida 33131
Telephone: (305) 999-1906

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2024, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system, which has served a copy upon any counsel of record for any party who is authorized to receive this Court's notice of electronic filing.

By: */s/ Mark A. Schweikert*
Mark A. Schweikert, Esq.