# Exhibit 1



# SUPERCROSS

An FIM World Championship



**2020** RULEBOOK

This rulebook contains rules and technical requirements governing all events that make up the Monster Energy AMA Supercross, an FIM World Championship.

The rulebook is designed to provide the information you will need to prepare your motorcycle and yourself for competition, plus an overview of rules that apply to the racing program, along with a summary of offenses and penalties pertaining to rule violations.

The intent of a specific rule will override a competitor's interpretation of a rule. The intent of a rule will be determined by competent officials. If any rule is unclear to the competitor, the competitor is advised to get written approval prior to any modifications.

The AMA in cooperation with the FIM will answer any requests for rule clarifications or interpretations. Requests must be submitted in writing by riders and teams to AMA technical staff. Any prior verbal approval from AMA staff or officials without a written statement from the Technical Department with regard to the interpretation of a rule or procedure will be deemed invalid.

Please note that while every effort has been made to write these rules in a clear and unambiguous fashion, it is impossible to anticipate every circumstance. It will be the responsibility of Race Direction to make decisions regarding rules enforcement.

The 250SX class will abide by all rules and regulations set forth in the current Monster Energy AMA Supercross, an FIM World Championship rulebook with the exceptions listed in Section 5.

Supercross information can also be found at:
www.amasupercross.com. This includes Anti-Doping, rules, event supplemental regulations, competition bulletins, schedules, event specific information, online registration for license, credential and entry's and anything else you might need.


Should you have questions regarding these rules or regarding competition as affected by these rules, contact:

    AMA Racing Department
    13515 Yarmouth Drive
    Pickerington, OH 43147
    Phone: (614) 856-1900
    Fax: (614) 856-1921
    www.amasupercross.com

Or
    FIM
    11, Route Suisse
    CH-1295 Mies (Switzerland)
    Phone: 41 (22) 950 9507
    Fax: 41 (22) 950 9501
    Email: dirk.deneve@fim.ch
    www.fim-live.com

## DISCLOSURE

AMA AND THE FIM STRIVE TO REGULATE THE SPORT OF PROFESSIONAL MOTORCYCLE RACING IN THE FAIREST POSSIBLE MANNER. ALL PARTIES INVOLVED IN THE AMA SUPERCROSS, AN FIM WORLD CHAMPIONSHIP ARE EXPECTED TO CONDUCT THEMSELVES IN A PROFESSIONAL MANNER, RESPECTING AT ALL TIMES THE RIGHTS OF OTHERS.

THE RULES FOR COMPETITION ARE INTENDED ONLY AS A GUIDE FOR THE CONDUCT OF THE SPORT PURSUANT TO THE UNIFORM RULES.

RULES DIRECTED OR RELATED TO SAFETY ARE PROMULGATED TO MAKE ALL PERSONS CONCERNED WITH SAFETY, BUT THE AMA AND THE FIM NEITHER WARRANTS SAFETY IF THE RULES ARE FOLLOWED NOR COMPLIANCE WITH AND ENFORCEMENT OF RULES.

MOREOVER, EACH PARTICIPANT IN COMPETITION HAS THE RESPONSIBILITY TO ASSESS THE SAFETY ASPECTS OF FACILITIES AND CONDITIONS AND MUST ASSUME THE RISK OF COMPETITION.

**Supercross information can also be found at:**
**www.amasupercross.com. This includes Anti-Doping, rules, event supplemental regulations, competition bulletins, schedules, event specific information, online registration for license, credential and entry's and anything else you might need.**

## TABLE OF CONTENTS

|                                              | Section | Page |
|----------------------------------------------|---------|------|
| 2020 Schedule                                |         | 4    |
| Categories of Racing                         |         | 5    |
| General Equipment Standards                  | 1       | 6    |
| 450SX Class Specific Rules                   | 2       | 15   |
| *Licenses, Eligibility, Entries and Credentials* | *3*  | *17* |
| *Race Rules and Procedures*                  | *4*     | *22* |
| Anti-Doping Code                             | 4.4     | 23   |
| *250SX Class Specific Rules*                 | *5*     | *42* |

|                                              | Appendix | Page |
|----------------------------------------------|----------|------|
| Offenses, Penalties, Protests, Appeals       | A        | 54   |
| Officials Duties                             | B        | 61   |
| Concussion Policy                            | C        | 66   |
| Sound Test Procedures                        | D        | 68   |
| Fuel Test Procedures                         | E        | 72   |
| Glossary                                     | F        | 74   |

New rules for the 2020 season are printed in ***bold italic*** type.

Tables with a section that is printed in ***bold italic*** type, indicates a change in that section for 2020.

**Items that are indicated with a** ~~strikethrough~~ **are no longer valid.**

Underlined or **bold** text is meant to bring your attention to important items that should not be missed**.**

**Supercross information can also be found at:**
**www.amasupercross.com. This includes Anti-Doping, rules, event supplemental regulations, competition bulletins, schedules, event specific information, online registration for license, credential and entry's and anything else you might need.**

Copyright © 2019-2020 by AMA. Printed in USA. No portion of these rules may be copied or used without the express written consent of AMA.

**2020 Monster Energy AMA Supercross, an FIM World Championship ***

**Jan 4: Angel Stadium of Anaheim**
Anaheim, CA (250SX West)

**Jan 11: The Dome at America's Center**
St. Louis, MO (250SX West)

**Jan 18: Angel Stadium of Anaheim**
Anaheim, CA (250SX West)

**Jan 25: State Farm Stadium**
Glendale, AZ (250SX West)

**Feb 1: RingCentral Coliseum**
Oakland, CA (250SX West)

**Feb 8: PETCO Park**
San Diego, CA (250SX West)

**Feb 15: Raymond James Stadium**
Tampa, FL (250SX East)

**Feb 22: AT&T Stadium**
Arlington, TX (250SX East)

**Feb 29: Mercedes-Benz Stadium**
Atlanta, GA (250SX East)

**Mar 7: Daytona International Speedway**
Daytona Beach, FL (250SX East)

**Mar 14: Lucas Oil Stadium**
Indianapolis, IN (250SX East)

**Mar 21: Ford Field**
Detroit, MI (250SX East)

**Mar 28: CenturyLink Field**
Seattle, WA (250SX West)

**Apr 4: Empower Field at Mile High**
Denver, CO (250SX East/West Showdown)

**Apr 18: Gillette Stadium**
Foxborough, MA (250SX East)

**Apr 25: Sam Boyd Stadium**
Las Vegas, NV (250SX West)

**May 2: Rice-Eccles Stadium**
Salt Lake City, UT (250SX East/West Showdown)

**BOTH 250SX REGIONS WILL RECEIVE CHAMPIONSHIP POINTS EARNED FROM THE COMBINED EAST/WEST SHOWDOWN IN DENVER AND SALT LAKE CITY.**

*Dates and Locations Subject to Change

The rules in this book apply to races run as part of the Monster Energy AMA Supercross, an FIM World Championship. These races are composed of the two classes, 450SX and 250SX. Supercross is conducted within a stadium-type facility on a specially constructed racetrack. The racetrack generally should be 20 feet in width at its narrowest point, except where narrower sections are a benefit to traffic flow, such as dual-line turns, etc. These sections must be approved by the Race Director prior to the meet. The length of the course is contingent upon the track design and the size of the area of the facility used.

**Supercross information can also be found at:**
**www.amasupercross.com. This includes Anti-Doping, rules, event supplemental regulations, competition bulletins, schedules, event specific information, online registration for license, credential and entry's and anything else you might need.**

**Section 1**
**General Equipment Standards**

The motorcycles for use in Supercross competition require homologation. The AMA in cooperation with the FIM will grant homologation approval for Supercross competition motorcycles. The rules concerning these motorcycle components are intended to give freedom to modify or replace some of the parts in the interest of safety and research and development, but with constraints imposed to limit cost. Superseded or redesigned parts must be submitted to AMA for review and approval before their use in competition. These parts must be listed in the current OEM parts list supplied to AMA.

| Section | General Equipment Standards and Technical Rules | Page |
|---------|--------------------------------------------------|------|
| 1.1 | Homologation of Motorcycles | 6 |
| 1.2 | Engines | 7 |
| 1.3 | Transmissions and Primary Drive | 7 |
| 1.4 | Exhaust System | 7 |
| 1.5 | Sound Requirements | 8 |
| 1.6 | Frame | 8 |
| 1.7 | Swingarm | 9 |
| 1.8 | Forks and Shocks | 9 |
| 1.9 | Fuel Tanks | 9 |
| 1.10 | Fuel Specifications | 9 |
| 1.11 | Handlebars and Controls | 9 |
| 1.12 | Brakes | 10 |
| 1.13 | Wheels | 10 |
| 1.14 | Tires | 10 |
| 1.15 | Telemetry and Traction Control | 10 |
| 1.16 | Weighing Procedures | 10 |
| 1.17 | Rider Apparel | 11 |
| 1.18 | Display of AMA and FIM Logo | 12 |
| 1.19 | Fundamental Technical Requirements | 13 |
| 1.20 | Rider Responsibility | 14 |

**1.1 Homologation of Motorcycles**
Only motorcycles homologated by AMA may be used in competition. AMA will only accept applications for homologation from motorcycle manufacturers or their distributors.

   a. Once a motorcycle has been homologated, it may be used until such time that the homologated motorcycle no longer complies with the technical rules or a maximum of five years.

   b. Compliance with homologation requirements will not guarantee an AMA homologation. The homologation may be withheld or withdrawn for a just cause that the AMA and the FIM deems in the best interest of the sport.

   c. Minimum quantities that must be available through U.S. dealers: All Manufacturers – 400 units per model.

   d. Importation quantity deadlines:

      1. Minimum 200 units March 1st of the current season.
      2. Minimum 400 units June 1st of the current season.

e. After June 1st, manufacturers must maintain availability of models homologated for the current season to any AMA pro-licensed motocross competitor until August 1st of the current season. This applies unless the manufacturer can supply documented proof that the units imported to the U.S. as the minimum requirement were sold to North American customers before June 1st of the current season. U.S. distributor team motorcycles are counted as part of the required units up to a maximum of eight units. Availability requirements do not apply on models homologated in previous seasons.

f. The homologation procedure and information are available from AMA.

## 1.2 Engines

a. Engines are restricted to a single cylinder.

b. Engine Displacement Measurement Calculation.

  1. Engine displacement shall be recorded in cubic centimeters.

  2. Displacement = $B^2$ (0.7854) HX  B= Cylinder bore; H= Stroke; X= Number of cylinders (bore x bore x 0.7854 x stroke x number of cylinders)

c. Supercharging or turbo charging is not permitted.

d. Engine displacements are listed in the technical standards sections for each class. Class displacement limits are absolute, with no overbore allowance.

e. Bore and Stroke must remain the same as the homologated model.

f. Material and OEM castings of cylinders, cylinder heads and crankcases must be the same as an originally approved model of the same manufacturer. Material may be added or removed from these items. Cylinder liners or coating may be replaced or added provided the original OEM cylinder casting is utilized.

g. Four-stroke cylinder head valve angles must remain the same as the homologated model.

h. Type of intake, including the exhaust power valves, must remain the same as the homologated model (rotary valve, case reed valve, poppet valve, etc.).

i. Type of cooling system (water, oil or air) must remain as homologated.

j. Fuel injection is permitted only if it is standard equipment on the homologated model.

## 1.3 Transmissions and Primary Drive

a. Motorcycles are restricted to the use of rear-wheel drive only.

b. Primary drive method must remain the same as the homologated model.

c. The maximum number of speeds in the gearbox is six.

d. Number of transmission gears must be the same as the homologated model.

## 1.4 Exhaust System

a. Exhaust pipes and mufflers must fulfill all requirements concerning sound control.

b. Must be securely attached together and bolted to the frame.

c. Mufflers must have internal mechanical and/or packed baffling.

d. The discharge end of the exhaust pipe may not extend beyond the rear edge of the rear tire.

e. The inside of the exhaust discharge end must be a maximum of 5 inches from the outside edge of the tire or frame. Intent is to prevent another rider's wheel or leg from being trapped.

**1.5 Sound Requirements**

Sound levels in the 450SX and 250SX classes will be verified with the 2-meter max method. See Appendix D for the details of the testing procedures.

a. The 2020 maximum sound limit is set at:

1. For pre-race inspection
   Max: 112 dB/A
2. For post-race inspection
   Max: 113 dB/A

b. All competitors entered may be sound tested at any time. When directed by an Official, the rider must proceed directly to the designated sound test area; failure to do so will result in a penalty.

c. The normal penalty for violation of the post-race or qualifying sound limit will be:

1. Qualifying: Loss of fastest qualifying time.
2. Heat or LCQ: A fine as determined by Race Direction*.*
3. Main Events: A fine as determined by Race Direction*.*

d. If, in the judgement of Race Direction, the post-race or qualifying sound limit violation was unintentional and/or caused by an accident and the violation did not enhance the performance of the motorcycle, the penalty may be waived.

**1.6 Frame**

a. The main frame must be the same as an originally homologated model of the same manufacturer.

b. Cracked or broken frames are prohibited.

c. Strengthening gussets or tubes may be added, but none may be removed.

d. All stands must be removed.

e. All footrests must fold to a 45-degree angle.

f. The maximum length of the footrest from the pivot point is 5 inches.

g. Footrests may be raised or lowered, but cannot be lower than the bottom frame tube.

h. Accessory brackets (for radiator, coil, shock reservoir, etc.) may be changed, relocated or removed.

i. Engine mount location, steering head location and angle, swingarm pivot point, and rear suspension linkage point must be the same as the homologated model.

j. The use of offset bearing races for altering the steering angle is permitted.

k. Subframes may be replaced with aftermarket units of steel, aluminum, titanium or the same material of the OEM part. The replacement parts must be similar in design to the production part and utilize original mounting points.

### 1.7 Swingarm

a. Swingarm must be the same as an originally homologated model of the same manufacturer.

b. Strengthening gussets or tubes may be added but none may be removed.

c. Chain guides may be removed or relocated.

### 1.8 Forks and Shocks

a. The manufacturer's original concept of forks and shocks must be maintained.

See Section 5 for 250SX class specific forks and shock rules.

### 1.9 Fuel Tanks

a. Replacement tanks may be utilized in place of originals provided their weight and capacity are no less than the approved production tanks they replace. Carbon fiber or carbon composite fuel tanks are not permitted.

### 1.10 Fuel Specifications

a. All motorcycles must use unleaded fuel corresponding to petroleum-based fuel as defined by the American Society for Testing and Materials (ASTM), designation: D4814, with the following clarifications:

b. The specific gravity must fall within the range: 0.715 - 0.765 at 60º F.

c. The maximum oxygen content is 4.0% m/m.

d. The maximum allowable level of lead is 0.025 g/l.

e. The only allowable oxygenates are ether and alcohols, as listed and characterized for oxygen mass fraction in ASTM D4814.

f. Epoxides (i.e. propylene oxide) will not be considered ethers. Nitrogen-bearing compounds are not permitted.

g. Lubrication additives are permitted provided the resulting mixture would meet all other requirements.

h. Any infringement of the fuel specifications will automatically result in the disqualification of the competitor from the entire meet. The result of the riders' fuel sample analysis that is more favorable to the competitor (whether it be the A or B sample) will be taken into account. Riders can appeal this decision before the competent body.

i. See Appendix E for Fuel Test Procedures.

### 1.11 Handlebars and Controls

a. Cracked or broken handlebars are prohibited.

b. Control levers must have minimum 1/2-inch diameter ball ends.

c. All motorcycles must be equipped with a functional mechanical engine kill device or ignition cut-off switch or button, mounted on the handlebar within reach of the rider's hand when placed on the grip.

d. All motorcycles must be equipped with a self-closing throttle mechanism.

## 1.12 Brakes
a. All motorcycles must be equipped with adequate and operating front and rear wheel brakes.

b. Brakes must be the same type as the production units. Disc brakes may only be replaced with disc brakes and drum brakes may only be replaced with drum brakes.

c. Carbon fiber or carbon composite brake discs and/or carriers are not permitted.

d. Aluminum or titanium brake discs are prohibited.

## 1.13 Wheels
a. Wheels and all wheel components, I.E. Spokes, hubs, constructed exclusively of carbon fiber or carbon composite are not permitted.

## 1.14 Tires
a. Studded tires, other than rubber, are prohibited.

b. Paddle (continuous radial rib) tires and tires with lugs having a height of more than 3/4 inch are prohibited.

## 1.15 Telemetry and Traction Control
a. Electronic devices designed specifically for traction control are prohibited. This includes sensors that can determine front wheel speed and any electronic control to the brake systems.

b. Electronic transmitting of information, including radio communication to or from a moving motorcycle, is prohibited with the following exceptions:

   1. Official transponders utilized for scoring purposes (mandatory equipment assigned by Timing and Scoring).

   2. Data or video transmitted or recorded for the sole use by the approved event television production.

   3. Electronic lap timing devices are permitted. Transmitter beacons must be in an approved area. GPS may be used for lap timing and track mapping only. Receivers/antennas shall not be mounted on the front area of the front number plate.

c. Data logging is permitted but the information may not be downloaded in real time from a moving motorcycle.

d. Information downloaded from the motorcycle may be reviewed by the Chief Technical Inspector at any time. Any data viewed by the Chief Technical Inspector will remain confidential.

## 1.16 Weighing Procedures
a. Weight limits may be checked by race officials at any time during the meet.

b. The Chief Technical Inspector may require that motorcycles be cleaned of excess mud or dirt before weighing.

c. The official scale will be available during the meet for weight checking.

d. No fluids may be added to the motorcycle, except water to the engine cooling system.

e. The fuel must be drained from the fuel tank.

f. Ballast attached to motorcycles is not permitted.

g. See weight requirements listed under each Supercross class.

### 1.17 Rider Apparel

a. Riders must wear helmets at all times when riding on course.

b. Helmets must be of the full-face type and conform to one of the following recognized standards. Which is certified by a label affixed to the helmet.

| United States: Snell M2015 or DOT FMVSS 218 |
| UNITED NATIONS: Regulation ECE 22.05 |
| Japan: JIS T 8133:2007 |

c. All helmets used by riders in competition must be equipped with the Eject emergency helmet removal system. Riders will be responsible for ensuring that the device is properly installed and operable during all on-track activities. Helmet removal devices and installation information are available at Technical Inspection at all Monster Energy AMA Supercross, an FIM World Championship events.

d. The use of a video recording device or its likeness is not allowed at any time during on-track competition, including practice, qualifying and races without permission from the Championship promoter.

e. If an approved helmet camera is used, it must be mounted per the manufacturer's recommendation.

f. The use of a portable music player is not allowed at any time during on-track competition, including practice, qualifying and races.

g. Face shields or goggles must be shatter resistant. Goggles must be worn at the start of each event.

h. Boots must be at least 8 inches high.

i. Jerseys must be long sleeve. Short sleeves or ¾ sleeves are not permitted. Elastic cuffs may not be removed. Sleeves must be worn at full length (to the wrist) during competition.

j. Jerseys must be made of material that is consistent with current industry standards.

k. The rider's competition number must be displayed horizontally across the rider's back and legible at a distance.

l. The number on the rider's back must be a minimum height of 8 inches and a width of 1 inch.

m.Numbers must be printed in a contrasting color from the jersey color surrounding the placement of the numbers.

n. The number may be outlined. However, the color of the outlining must be in contrast to the jersey color as well as the number color. For example, a white jersey with orange numbers could use a black outline.

o. Mylar numbers (silver, gold or other) are allowed, as long as the outlining requirements are met of being in contrast to the jersey color as well as the number color.

p. All riders must display their last name on the back of their jersey at the shoulder line.

q. If a chest/back protector or neck brace is worn over the rider's jersey, the rider's name and assigned number must be visible either on the jersey or on the chest/back protector.

r. All riders competing in the 450SX class must display the AMA logo and FIM logo on the upper left front torso or left shoulder area of their jersey. The minimum size of the logos is 2½ inches wide by 2½ inches high.



s. If the rider uses a chest/back protector, the AMA and FIM logos must be located in the center front on the chest/back protector. This is in addition to the logo located on the jersey.

t. Pants must be full length and made of a material that is consistent with current industry standards.

u. Riders must present a clean and neat appearance.

v. Regardless of previous approval, the permission to use specific rider apparel may be withdrawn for any reason and at any time throughout the event as the AMA deems necessary in the best interest of the sport.

**1.18 Display of the AMA and FIM Logo**

Note: See Section 5 for 250SX class logo information.

a. All riders are required to have approved logos in place whenever they are competing in any part of a Monster Energy AMA Supercross, an FIM World Championship event.

b. The following logos are the approved image to be displayed on the front and side number plates, and rider apparel. The logo is also a part of the front number plate design, which will also include the series title sponsor. The FIM logo is only to be used for the 450SX Class and can be obtained by contacting the FIM at marketing@fim.ch.

*Front number plate:*



*Side number plates and jersey:*



c. How to obtain the logo and/or logo artwork file:

   1. At each event, all number plate stickers and adhesive apparel patches will be available at Technical Inspection.

   2. If a third party produces number plates and/or jerseys for you prior to meets, they may download the official logos at www.amasupercross.com.

d. Disclaimer for use of AMA registered and FIM Trademarks:

   1. AMA, FIM and the other logos and trademarks shown herein are trademarks of the AMA and FIM.

   2. Participants are to use the approved logos on number plates and apparel only when participating in Monster Energy AMA Supercross, an FIM World Championship events.

   3. Any further use of the marks (i.e., the AMA mark, the FIM mark, and other AMA trademarks and logos) outside of this capacity is prohibited without a license from or the express, written permission of AMA and/or FIM.

**1.19 Fundamental Technical Requirements**

   a. Where the rules permit equipment to be installed, replaced, altered or fabricated, it is the sole responsibility of the rider to select components and materials for the fabrication of this equipment that will perform in competition properly and function in a safe manner.

   b. Any component of a motorcycle deemed by the Chief Technical Inspector as necessary for operation must be in place, securely mounted, in proper working order and structurally sound.

c. Regardless of previous approval, the permission to use specific components or equipment, including tires and fuel, may be withdrawn for any reason the AMA and the FIM deems is in the best interest of competition.

## 1.20 Rider Responsibility

**IT IS THE RESPONSIBILITY OF THE RIDER TO SELECT A HELMET AND APPAREL THAT WILL PROVIDE APPROPRIATE PROTECTION.**

**ALTHOUGH AMA AND THE FIM APPROVE MATERIALS, NEITHER THE AMA NOR THE FIM ENDORSES OR GUARANTEES SPECIFIC PRODUCTS OR MANUFACTURERS.**

**RIDERS MUST RELY ON THEIR OWN JUDGMENT IN THE SELECTION OF HELMETS AND APPAREL FOR PROTECTION AND DURABILITY.**

**Supercross information can also be found at:**
**www.amasupercross.com. This includes Anti-Doping, rules, event supplemental regulations, competition bulletins, schedules, event specific information, online registration for license, credential and entry's and anything else you might need.**

**Section 2**
**450SX Class Specific Rules**

| Section | 450SX Class Technical Standards | Page |
|---------|--------------------------------|------|
| 2.1 | Engines | 15 |
| 2.2 | Weight Limit | 15 |
| 2.3 | Numbers and Number Plates | 15 |

450SX Class motorcycles are subject to the following requirements in addition to the applicable requirements in General Equipment Standards. Superseded parts controlled by these rules must be submitted to the AMA for review and homologation before use in competition. In addition, these parts must then be listed in the current OEM parts list as supplied to AMA. Motorcycle components not specifically controlled by these rules may be modified, removed or replaced.

Note: See Section 5 for 250SX Class Technical Standards.

**2.1 Engines**
  a.  Engine Displacements:

| 150 – 250cc | 2-stroke |
|-------------|----------|
| 249 – 450cc | 4-stroke |

  b. Material and OEM castings of the cylinders, cylinder heads and crankcases must be the same as the originally approved model. Material may be added or removed from these items.

**2.2 Weight Limit**
  a. Minimum weight requirement:

| 150 – 250cc | 212 pounds |
|-------------|------------|
| 251 – 450cc | 220 pounds |

See Weighing Procedures (Section 1.16)

**2.3 Numbers and Number Plates**

Note: See Section 5 for 250SX Class numbers and number plates.

  a. The current 450SX Class Champion must run a black number 1 with a white background.

  b. The current point's leader must run a red background with white numbers.

  c. At the first event of the season, the current 450SX Class Champion will be considered the point's leader and will run the red number plate.

  d. Number Plate Colors:

    1. In the case of a tie during the season, both riders will display the red plate.

| 450SX Class | White plates, black numbers |
|-------------|------------------------------|
| 2019 450SX Champion | White plates, black number 1 |
| 2020 Current Point's Leader | *Red plate, white numbers* |

  e. Numbers must be a solid color.

f. Excessive condensing or stretching of the numbers is not permitted.

g. Front numbers must be a minimum height of 6 inches.

h. Side numbers must be a minimum height of 5½ inches.

i. The current 450SX Class Champion using the number 1 is allowed to use a special-sized number.

j. Number display area must be of adequate area to provide ample space around the numbers.

k. The conformity of the number plate display area will be at the sole discretion of the AMA. If you have any questions about your design, you can submit it to the AMA for approval prior to competition.

l. Front number plates must be mounted in such a manner as to prevent deflection of the plate during the event. Any attempt at streamlining, such as curved plates, or plates that are not rigidly mounted, is prohibited, unless such plates are standard on the homologated model.

m. Plastic or fiberglass number plates must have a minimum thickness of 1/16 inch.

n. The top area on the front number plate is reserved for the current Monster Energy AMA Supercross, an FIM World Championship title sponsorship logo. The front number plate sticker must be a minimum height of 1 inch and a minimum width of 8 inches.

o. For the 450SX Class, the approved front number plate design will contain the current AMA logo followed by the Championship Title Sponsor logo, followed by the current FIM logo.

p. For the 450SX Class, the correct AMA Supercross and FIM logos must be displayed on both side number plates. The minimum size of the combined logo is 2½ inches wide by 2½ inches high.



q. The areas indicated on both side number plates are reserved for the current class specific logo(s).

r. Only numbers and the approved AMA logo, FIM logo or series sponsorship logos are permitted on the number plate display area.

s. Under special circumstances or events, the number and number plate rules may be modified at the sole discretion of the AMA. Any design modification must have prior approval of the AMA.

| Section | Licenses, Eligibility, Entries and Credentials | Page |
|---------|------------------------------------------------|------|
| 3.1 | Competition Licenses | 17 |
| *3.2* | *Supercross License Regulations* | *17* |
| 3.3 | National Numbers | 18 |
| *3.4* | *450SX Class License Eligibility* | *19* |
| 3.5 | Supercross Entries | 20 |

LICENSES,
ELIGIBILITY &
ENTRIES

### 3.1 Competition Licenses

a. All riders participating in any on-track practice, qualifying or racing must have a valid AMA and/or FIM World Championship Motocross license of the appropriate classification.

b. Licenses are not issued at the racetrack. For riders who wish to subscribe to an AMA license, it is recommended that processing of the license be completed through the AMA office 30 days before the first event you wish to participate in.

c. Rider license and crew credential applications will only be accepted through the AMA online process. Please go to www.amasupercross.com for instructions and the link.

d. Additional licensing information is available from the AMA Racing Department.

<u>AMA</u>
AMA Racing
AMA
13515 Yarmouth Drive
Pickerington, OH 43147
Phone: (614) 856-1900
Fax: (614) 856-1921

<u>FIM</u>
Motocross Commission
11, Route Suisse
CH-1295 Mies (Switzerland)
Phone: 41 (22) 950 9507
Fax: 41 (22) 950 9501
e-mail: dirk.deneve@fim.ch

### 3.2 Supercross License Regulations

*a. Applicants must be a current AMA member in good standing.*

b. All license applicants must be at least 16 years of age at the time of application.

c. <u>Prior to being accepted for a license for AMA Supercross, each rider must provide documentation that they have completed an ImPACT Concussion Management Test, which shall be used by the Chief Medical Officer, to assist in determining when a rider will be allowed to return to competition after suffering a concussion.</u>

d. AMA licensed riders not competing in AMA sanctioned events for a period of three years may lose their prior classification.

e. Applicants renewing a license that has been expired for more than three years must meet the present requirements for a Supercross License. This requirement may be waived under special circumstances through an appeal made to the AMA.

f. Riders who earned a 2018/2019 AMA Supercross license may apply for their 2020 license based on the criteria for which it was earned in 2018/2019.

g. International riders applying for an AMA license must submit a rider release from their home federation.

h. FIM Motocross World Championship licenses for riders, valid for the Monster Energy AMA Supercross, an FIM World Championship 250 and 450 classes, are issued by the rider's home federation,

   1. FIM Motocross World Championship licenses for international riders that have been released to the AMA by their home federation will be issued by the AMA.

i. In order to obtain a FIM Motocross World Championship license for riders, the applicant must first hold a current national license of his respective FMN.

j. Applicants must attach to their rider's FIM Motocross World Championship license application a certificate of medical fitness issued by a doctor.

k. Applicants aged over 50 years must attach to their rider's license request a certificate of medical fitness (including a normal exercise tolerance electrocardiogram) issued by a doctor.

l. The limit for the minimum age starts on the date of the rider's birthday and the limit for the maximum age finishes at the end of the year in which the rider reaches the age of 50.

m. International riders with a current FIM World Championship MX/SX license will be eligible to compete with a start permission from their home federation.

n. International riders competing with only a FIM World Championship license in either the 250SX or 450SX classes will not be eligible for points towards an AMA National number.

o. All AMA Supercross licenses are considered provisional. The license process will not be considered complete until the rider competes in his/her first three events without issue.

p. All AMA Supercross licenses are issued at the discretion of AMA and may be revoked at any time.

## 3.3 National Numbers

a. All riders must use the competition number that has been assigned for the current season. This includes the Championship number 1, career number or an earned national number.

b. Number 1

   1. Current Champion must compete with the #1.

c. Numbers 2-9

   1. Past 450SX, 450MX and 250MX Champions from the previous competition year may choose a permanent single-digit career number if available.

d. Career Numbers 10-99

   1. Riders who finish in the top 10 in Championship points from the combined 450SX, 250SX, 250MX and 450MX classes from the previous competition year will have priority for the selection of a National two-digit available number for their career number.

2. The class Champions from the 250SX Eastern and Western Regional Divisions may select a National two-digit available number for their career number.

   a. The Champions will choose after all riders earning career numbers from the top ten in overall points have chosen.

   b. The 250SX (East/West) champion earning the most points will choose first.

3. Riders who fail to earn at least 25 championship points during the season preceding the new season will lose their career number and be issued a new number based on current points. Special consideration is given to a rider if he/she is confirmed with a season long injury or other special circumstance, which prevents him/her from competing that season.



e. Numbers 10-999

   1. Riders who finish outside the top 10 but inside the top 100 will be assigned consecutive two-digit numbers until the supply of two-digit numbers are exhausted.

   2. The total combined points from the 450SX, 250SX, 450MX and 250MX classes will be used to determine the order. National numbers are then issued according to highest to lowest total points. In case of riders having the same amount of total points, the tie is broken by the best Moto/Main Event finish for those riders. In the event you have a rider that rode just SX and one that rode SX and Motocross, the tie would go to the rider that rode both series.

f. 101 through 110

   1. Held for top international riders that would like to participate in that year's SX or MX.

## 3.4 450SX Class License Eligibility

Note: See Section 5.1 for 250SX class license eligibility guidelines.

Requirements for a 2020 AMA Supercross 450SX license:

**a. *Applicants must be a current AMA member in good standing.***

b. All license applicants must be at least 16 years of age at the time of application.

c. Prior to being accepted for entry for any AMA Supercross meet, each rider must provide documentation that they have completed an ImPACT Concussion Management Test, which shall be used by the Chief Medical Officer, to assist in determining when a rider will be allowed to return to competition after suffering a concussion.

d. In addition to the age requirements and ImPACT test, riders must meet one of the following criteria to be eligible for an AMA 450SX class license.

   1. Held a 450SX class license during the 2017 thru 2019 AMA Supercross season.

2. Qualified into the evening program in the 250SX class at least one time during the 2017 thru 2019 AMA Supercross season.

3. Hold a current FIM Motocross World Championship license.

e. The AMA may issue a license to any rider who does not meet the above criteria. This option will only be used in very rare occasions when special circumstances apply.

**3.5 Supercross Entries**

Note: See Section 5 for 250SX class entry procedures.

a. All riders participating in any on-track practice, qualifying or racing must have a valid AMA and/or FIM World Championship Motocross license of the appropriate classification.

b. Entries will only be accepted through the AMA online process. Please go to www.amasupercross.com for instructions and the link.

c. Prior to being accepted for entry for any AMA Supercross meet, each rider must provide documentation that they have completed an ImPACT Concussion Management Test, which shall be used by the Chief Medical Officer, to assist in determining when a rider will be allowed to return to competition after suffering a concussion.

d. Supercross will be pre-entry ONLY and limited to 80 riders. Post entries will only be permitted under special circumstances and at the sole discretion of AMA and the FIM. All post entries will require a minimum of a $50 administration fee.

e. All Supercross meets are pre-entry. Pre-entries close 21 days prior to the first event of the season. All other pre-entries close 5 days prior to each event.

f. If at any point in time after the closing date of entries, the total number of entries should not reach 80, AMA or the FIM is entitled to enter more riders to reach the number of 80 riders. These riders must be entered before the end of the technical verifications prior to the riders meeting. All entry conditions cited in these regulations apply to the riders in question.

g. Riders may only enter one class at Supercross (no double classing).

h. Entries will be accepted for the 450SX class in the following order until the classes reach the 80-rider limit:

1. Top 45 in points from 2019 in the 450SX class and pre-entered for the entire season.

2. Top 40 in points from 2019 in the AMA 450MX class or any 2019 FIM Motocross World Championship and pre-entered for the entire season.

3. Riders earning points outside the top 45 in the 450SX class in 2019 or outside the top 40 in the AMA 450MX class or any FIM Motocross World Championship in 2019 and pre-entered for the entire season.

4. After a rider earns championship points in the current championship series, his or her entry for any following events in the series is guaranteed, provided the entry is received before the closing date.

5. No 2019 points in any AMA 450SX or AMA 450MX class, or any 2019 FIM Motocross World Championship, but pre-entered for the entire season.

6. Top 45 in points from 2019 in the 450SX class, but not pre-entered for the entire season.

7. Top 40 in points from 2019 in the AMA 450MX class, or any 2019 FIM Motocross World Championship, but not pre-entered for the entire season.

8. Riders earning points outside the top 45 from 2019 in the 450SX class or the top 40 in the AMA 450MX class, or any 2019 FIM Motocross World Championship, but not pre-entered for the entire season.

9. For those with no points and not pre-entered for the entire season, the date on which the pre-entry was received at the AMA Office in Pickerington, Ohio will be the determining factor for acceptance.

i. Verification of the acceptance of an entry may be checked at www.amasupercross.com.

j. Acceptance of entries may be granted for special circumstances. All entries will be accepted at the discretion of AMA and the FIM.

k. All entry fees are non-refundable once the closing date has passed.

l. Exceptions will be made only if the AMA is notified 5 days prior to the event with a legitimate medical excuse.

m. To be considered as pre-entered for the entire season, a complete entry form with total fees for the 17-450SX class events must be received by *Dec 06, 2019.*

**Supercross information can also be found at:**
**www.amasupercross.com. This includes Anti-Doping, rules, event supplemental regulations, competition bulletins, schedules, event specific information, online registration for license, credential and entry's and anything else you might need.**

**Section 4**
**Race Rules and Procedures**

| Section | Race Rules and Procedures | Page |
|---------|---------------------------|------|
| 4.1 | Participant Regulation | 22 |
| 4.2 | Credential Display | 22 |
| 4.3 | Bulletins and Supplementary Regulations | 23 |
| 4.4 | Anti-Doping Code | 23 |
| 4.5 | Intravenous Hydration | 23 |
| 4.6 | Track Rentals | 23 |
| 4.7 | Inclement Weather / Unacceptable Track Conditions | 24 |
| 4.8 | Motorcycle Usage | 24 |
| 4.9 | Pit / Paddock Regulations | 24 |
| 4.10 | Rider Meetings | 25 |
| 4.11 | Mechanics Signaling Area | 25 |
| 4.12 | Team Managers Tower | 25 |
| 4.13 | Team Filming Area | 25 |
| 4.14 | Technical Inspections | 25 |
| *4.15* | *On-Track Regulations* | *26* |
| *4.16* | *Flags and Lights* | *27* |
| 4.17 | 450SX Races (Standard Format) | 29 |
| 4.18 | 450SX Qualifying (Standard Format) | 30 |
| 4.19 | 450SX Staging (Standard Format) | 31 |
| 4.20 | 450SX Races (Triple Crown Format) | 31 |
| *4.21* | *450SX Qualifying (Triple Crown Format)* | *31* |
| *4.22* | *450SX Staging (Triple Crown Format)* | *33* |
| *4.23* | *Starting Procedures* | *33* |
| 4.24 | Red Flag Race Stops and Restart Procedures | 35 |
| *4.25* | *Restarts* | *35* |
| 4.26 | Race Finishes | 37 |
| 4.27 | Official Race Results | 39 |
| 4.28 | Race Scoring for Triple Crown Format | 39 |
| 4.29 | Championship Points | 39 |
| *4.30* | *Manufacturers' Championship* | *40* |
| 4.31 | Supercross Prize Giving Ceremonies | 40 |

**4.1 Participant Regulation**
　　a. Every club, association, company, promoter, rider, and all other persons participating in or in any way connected with a Monster Energy AMA Supercross, an FIM World Championship race event, will be considered participants and therefore bound by the Monster Energy AMA Supercross, an FIM World Championship rulebook.

**4.2 Credential Display**
　　a. All credentials provided by AMA and the Championship Promoter are the property of AMA and the Championship Promoter and can be revoked at any time without refund of credential fees. Use and display of credentials are subject to the following:

　　　　1. Credentials are issued for exclusive use by the person named on the credential. The lanyard is considered part of the credential and must be worn with the credential around the neck.

　　　　2. Transfer, misuse of, or failure to display the credential as described is cause for disciplinary action or revocation.

3. A credentialed person without the proper issued credential in his or her possession may be required to pay the applicable race day rates to be issued the appropriate pass for access to the meet.

### 4.3 Bulletins and Supplementary Regulations
a. Competition Bulletins or Supplementary Regulations for implementing, interpreting and enforcing these competition rules will be considered part of the rules.

### 4.4 Anti-Doping Code
a. 450SX and 250SX class.

1. The 450SX and 250SX class riders will follow the terms and conditions of the FIM Anti-Doping Code.

2. It is the rider's responsibility to understand all aspects of the FIM Anti-Doping Code including but not limited to the Prohibited Substance List and Therapeutic Use Exemption application process.

3. All riders must sign a FIM Anti-Doping acknowledgement form prior to being allowed to compete.

b. AMA officials and crew credential holders.

1. AMA officials and crew credential holders will follow the terms and conditions of the AMA Substance Abuse Policy.

c. Random tests for drugs and alcohol may be conducted at the discretion of AMA, the FIM or their respective drug-testing partners.

d. Compliance with the FIM Anti-Doping Code or AMA's Substance Abuse Policy is an essential precondition to the issuance of a professional competition license or event credential.

e. Any violation of the policy or refusal to submit to testing as requested by AMA, the FIM or their respective drug-testing partners may result in the immediate suspension of the competitor's license and loss of all rights to compete in AMA Racing sanctioned events, or FIM sanctioned events.

f. Both the AMA Substance Abuse Policy and the FIM Anti-Doping Code are available online at www.amasupercross.com or upon request from the AMA office.

### 4.5 Intravenous Hydration
a. At no time during the meet will a rider receive any type of intravenous hydration unless such hydration is deemed medically necessary by medical personnel as a result of an emergency medical situation (e.g. heat stroke) encountered by a rider, during, or as a result of competing in the meet.

b. Once a rider receives such hydration during the meet, the rider will be permitted to compete only after the Chief Medical Officer has deemed the rider safe and has released them to continue in the meet.

### 4.6 Track Rentals
a. Exclusive racetrack rentals for testing or practice within 72 hours of an event that will take place at the rented facility is not permitted.

b. Participating in the Championship Promoter's organized press day prior to the event is allowed. Participation will be at the discretion of the Championship Promoter.

### 4.7 Inclement Weather / Unacceptable Track Conditions
a. Events may be conducted regardless of weather conditions.

b. In the event of rain or other unfavorable conditions, it may be necessary for Race Direction to alter the order of the event schedule, including, but not limited to: adjusting the length of races, practices and qualifying sessions, and delaying or stopping the program completely.

c. Should a delay occur, Race Direction will make every effort to resume the schedule in a timely fashion if conditions significantly improve.

d. If an event is stopped due to weather or other conditions, riders will be paid for purse-paying events that have been completed.

### 4.8 Motorcycle Usage
a. Riders must use the same motorcycle (same mainframe) for qualifying and the main program.

b. If the motorcycle's mainframe is damaged, the frame may be changed only with approval from the Race Director. Approval must take place prior to usage of the new frame.

c. Riders must use the same motorcycle for parade or sighting lap as the race.

d. For Triple Crown Format only:

  1. Riders may use up to two motorcycles throughout the event.

  2. Both motorcycles must have completed Technical Inspection and passed the sound test requirements.

  3. During a race, the rider may NOT replace motorcycles after the start of the sighting lap on that specific race.

  4. Motorcycles may be replaced in between races.

  5. Riders or a team representative must notify a member of Race Direction if a replacement motorcycle is being used.

### 4.9 Pit / Paddock Regulations
a. Riding of competition motorcycles, other than on the racetrack or designated warm-up lane, is discouraged. Helmets must be worn at all times in the warm-up lanes.

b. Operation of a vehicle in the paddock must be at a very slow, acceptable speed (5 MPH maximum).

c. A rider or mechanic testing a motorcycle in the designated test area must wear a helmet and be dressed to offer some protection (pants, shirt and shoes).

d. Persons less than 16 years of age are not allowed in mechanic's area or other restricted areas.

e. Pets are not allowed in the mechanics' area or other restricted areas.

f. Pets in the paddock must be on a leash or properly contained.

g. Before leaving a race facility, it is the responsibility of riders/teams to deposit all of their waste fuel, fuel drums, motor oils, coolants, tires, batteries, black water and all other hazardous wastes in the proper hazardous waste disposal area provided by the track. Should containers not be available on-site, riders/teams must transport such items from the facility for proper disposal.

### 4.10 Rider Meetings
a. All riders entered in the event must attend the rider meeting.

b. The Race Director may call roll or spot-check attendance.

c. Failure to attend the riders meeting may result in a fine.

d. Rider meeting Information that is standard for all events of the Championship season may be available online or distributed via electronic means prior to the event. Acceptance of this information does not excuse a rider from the official riders meeting at the event.

### 4.11 Mechanics Signaling Area
a. Mechanics' must present a clean and neat appearance.

b. A proper credential and/or a mechanics-signaling pass must be displayed to enter the signaling area.

c. Only one mechanic per rider will be allowed in the signaling and starting area.

d. Mechanics' must be in uniform designating a rider or team.

e. Cut-offs, sleeveless shirts and open-toe shoes are prohibited in the mechanic's area, starting area and infield. Shirtless individuals are also prohibited in these areas.

f. Shirts must have a collar.

g. Mechanics' and teams are encouraged to display the AMA/FIM Racing patch on uniform shirts.

Please see the Championship Promoter Series Guidelines for further requirements.

### 4.12 Team Manager's Tower
Please see the Championship Promoter Series Guidelines for requirements.

### 4.13 Team Filming Area
Please see the Championship Promoter Series Guidelines for requirements.

### 4.14 Technical Inspections
a. Technical inspections of motorcycles, equipment and riding apparel will be held prior to and after a race event, or at other times as determined by the Race Director or Chief Technical Inspector.

b. Although the motorcycle, equipment or apparel passed prior inspections, the motorcycle, equipment or apparel must comply with the rules at the post-race inspection.

c. Only motorcycles having passed Technical Inspection will be allowed on the racetrack.

d. Motorcycles must be class legal and must meet all equipment requirements.

e. More than one motorcycle per class may be presented and passed through initial Technical Inspection provided frame numbers are properly recorded indicating race motorcycle and practice motorcycles. Motorcycles used for timed qualifying are considered race motorcycles and must be used for the rest of the meet. See Section 4.8 Motorcycle Usage for exception.

f. For the purpose of inspection and conformity to the rules, the Race Director or Chief Technical Inspector may require the disassembly of any officially entered motorcycle at any time during the meet. If an inspection requires a disassembly, consideration may be taken for the event schedule. In these cases, parts may be sealed for inspection at the conclusion of the event.

g. During post-race technical inspections or teardowns, only two working mechanics for each impounded motorcycle are permitted in the inspection/impound area.

h. Only the Race Director, Chief Technical Inspector or designated personnel may inspect impounded motorcycles or equipment.

## 4.15 On-Track Regulations

a. No rider may ride in such a manner as to endanger life or limb of other riders, officials or the public.

b. No one, except riders officially entered, may ride or practice on the racecourse on the day of the event without approval from the AMA.

c. Unofficial practice on the day of the race is prohibited.

d. Unless directed to do so by the Race Director or his designee, no one will be permitted to ride a motorcycle in the wrong direction on the track.

e. Except in the designated mechanics' area, no adjustment, repairs or refueling may be made to competing motorcycles by pit crews during a race. Riders must pull into the designated mechanics' area and be off the racetrack before receiving crew assistance.

f. A rider may make repairs during a race, without assistance, in a suitable area, off the racetrack.

g. Outside assistance to a rider on the course is forbidden at all times except when the assistance is given by flag marshals or officials placed by the Race Director for the purpose of control and safety with the following exceptions:

   1. Assistance by crewmembers is permitted only in the designated repair and signaling zone.

h. Receiving medical treatment while on-track during a race, outside of the scope of evaluating their ability to continue, will be considered outside assistance and the rider will not be allowed to continue that race.

i. A rider leaving the course may continue the race by properly re-entering the track at the closest safe point to where the rider left the course without gaining an advantage.

   1. While off course, the rider may not accelerate in an unsafe manner as deemed by Race Direction.

2. If a rider accelerates in an unsafe manner while off course or cuts part of the racecourse, the rider may be determined to have gained an advantage without gaining a position.

3. It will be the duty of Race Direction to make the determination as to whether a rider gained an advantage by leaving the racecourse and re-entering.

4. The *minimum* penalty for gaining an advantage while off course during a race will be the loss of number of positions gained plus one additional position in the final results for that race *based on the severity of advantage gained as deemed by Race Direction*. If no positions were gained, the minimum penalty will be the loss of one position in the final results for that race based on the severity of advantage gained as deemed by Race Direction.

5. The penalty for gaining an advantage while off course during qualifying will be the loss of the rider's fastest lap time during that session.

j. A motorcycle that leaves the stadium floor or infield of a speedway during a race will not be permitted to return to the racetrack.

k. Intentionally stopping on the racetrack during timed practice is prohibited. Every time a rider is found in violation of this rule he or she will have his or her fastest lap of that session removed from the official results. A stoppage on the racetrack resulting from a mechanical issue or a fall down will not be considered intentional. Race Direction will make the determination as to whether or not the stopping was intentional.

l. During a race or qualifying session, a rider must always attempt to succeed. If not, he or she shall not be allowed to continue the race or qualifying session and may be penalized by Race Direction.

m. Rider Injuries:

1. All riders may be subject to a special medical examination given by the Chief Medical Officer at any time during the event.

2. All injured riders during an event must be cleared by the Chief Medical Officer as medically fit to compete.

3. Any rider that refuses the special medical examination will be disqualified from the event and placed on the medically unfit list.

## 4.16 Flags and Lights

It is the rider's responsibility to be aware of their surroundings at all times while on track. Safety is a main priority and the riders must obey all official signals and directions given to them. Any rider failing to do so may be penalized.

a. **Solid Blue Flag:**
1. Indicates you are about to be overtaken by faster riders.

2. When conditions allow, move out of the fast line. Once out of the fast line, hold your line, do not ride erratically and do not impede the faster rider's progress.

3. Riders disregarding the blue flag may be penalized at the discretion of Race Direction.

b. **Yellow Flag or Yellow Flashing Light:**
   1. Indicates serious hazard on or near the track. This includes the sighting or cool down laps.

   2. Passing is allowed.

   3. Proceed with extreme caution.

c. **Black Flag:**
   1. Indicates a problem with a rider's motorcycle or a penalty.

   2. The black-flagged rider must carefully reduce speed and proceed around the course to the mechanic's area.

   3. Black-flagged riders are not permitted to return to the racecourse unless cleared by Race Direction.

d. **Red Flag:**
   1. May be displayed anywhere on course.

   2. Indicates the practice, qualifying or race has been stopped.

   3. Reduce speed and proceed safely as directed by a race official.

e. **White Flag with Red Cross or Red Flashing Light:**
   1. This flag or a red flashing light may be displayed at the beginning of a triple jump or a series of jumps.

   2. Takes precedence over all other flags that may be displayed.

   3. No passing is allowed until clear of the incident.

   4. Riders must follow all directions given by race officials in that section.

   5. The riders must do all of the obstacles individually, I.E. NO double, triple, step on/off, etc. until clear of the incident.

   6. Riders must exercise extreme caution and not race or accelerate in an unsafe manner until they are clear of the incident.

   7. When used on a triple jump, the area of concern is at a minimum, the whole obstacle, I.E. if a rider is down on the face of the triple or after the first or second jump, you must not jump any section of the triple.

   8. This includes the sighting or cool down laps.

   9. If Race Direction determines that there was a blatant violation of this rule, the penalty for non-compliance will be:

      a. During practice and qualifying, the loss of the fastest lap time during that session.

      b. During Heat, or LCQ races, the loss of number of positions gained plus two additional positions in the final results for that race. *If no positions were gained, the penalty will be the loss of two positions in the final results for that race.*

c. During a Main Event race, if no positions were gained, the penalty will be the points and purse equal to two positions in the final results for that race plus two additional points.

d. During a Main Event race, if any positions are gained, the loss of number of positions gained plus the points and purse equal to two additional positions in the final results for that race, plus two additional points.

e. *During a Triple Crown Main Event race, the loss of number of positions gained plus two additional positions in the final results for that race. If no positions were gained, the penalty will be the loss of two positions in the final results for that race.*

f. During a sighting or cool down lap, a fine as determined by Race Direction.

g. If at any time, Race Direction determines that it was not a blatant violation of the rule, a warning or fine may be issued.

f. **Checkered Flag:**
   1. Indicates the end of a race or practice session.
   2. Proceed to the designated track exit.

g. **Courtesy Flags:**
   1. <u>Green Flag</u>: Indicates the start of a race or clear track conditions.
   2. <u>White Flag</u>: Indicates the final lap of a race.
   3. <u>White and Green Flags Crossed</u>: Indicates 1/2 total race distance.

## 4.17 450SX Supercross Races (Standard Format)

Note: See Section 5.10/5.11 for 250SX class races.

a. The Monster Energy AMA Supercross, an FIM World Championship events are organized according to an established procedure/model, for standard events:
   1. Free Practices
   2. Timed Qualifying Practices
   3. Two Heat Races
   4. One Last Chance Qualifier
   5. One Final (Main Event)

b. In the Heat Races, 1st through 9th will advance to the Main Event; 10th through 20th will advance to the Last Chance Qualifier.

c. In the Last Chance Qualifier, 1st through 4th will advance to the Main Event. The 450SX class Main Event will be 20 laps or a timed format to be determined.

d. The first rider across the finish line at the conclusion of a race is the winner.

e. The two Heat Races, Last Chance Qualifier and the Final (Main Event) may also be referred to as "the evening program".

f. A Heat Race, Last Chance Qualifier or the Final (Main Event) may also be referred to as "Race(s)".

**4.18 450SX Supercross Qualifying (Standard Format)**

a. All practices will be timed.

b. Afternoon qualifying practices will be used to compile the 40 fastest riders (the "Fast 40") in the 450SX and 250SX classes. These 40 riders will advance to the evening program. Under special circumstances, the free practice times may be used to determine qualifying positions.

c. If a rider or riders have qualified in the top 40 but are unable to participate in the evening program, an alternate rider that qualified outside of the top 40 may be allowed into the Heat Races. This will be done starting with the 41st qualifier until all positions for the evening program are filled.

   1. These riders will pick their gate position in the order in which they qualified after all riders in that Heat Race from the top 40 have gated.

   2. Alternate riders allowed to the gate through this process will not be considered officially in the race until the "three minutes before the 30 board" call from Race Direction.

   3. If a rider that has earned a top 40 qualifying position enters the final staging checkpoint prior to the "three minutes before the 30 board" call from Race Direction, that rider will be allowed to start and the alternate will be removed.

   4. If a rider that has earned a top 40 qualifying position knows that they will not be able to make the start of the Heat Race but still intends on participating in the Last Chance Qualifier, they must inform the Race Director of their intent prior to the staging of the Heat Race.

   5. Once a top 40 qualified rider is officially replaced by an alternate, the qualified rider is no longer eligible to participate in any further races at that meet.

   6. Riders outside of the top 40 may be denied this option based on lap times at the sole discretion of Race Direction.

d. Afternoon qualifying practices will also be used to determine the order for gate picks in the Heat Races. The fastest rider will be the first gate pick in the second Heat Race. The second fastest rider will be the first gate pick in the first Heat Race and so on until all qualifying riders are placed in a Heat Race.

e. Riders must record at least one officially timed lap during practice or qualifying practice in order to qualify into the Heat Races.

f. In the 450SX class only, a rider who is currently in the top ten in points who fails to make the Fast 40 in qualifying practices may request an exemption to be put in the 450SX Heat Race.

   1. To be eligible for this exemption a rider must:

      a. Currently be in the top ten in championship points.

      b. Record at least one officially timed lap during a practice or qualifying practice.

   2. The first non-qualified rider will be placed on the 21st gate pick in the first Heat Race. A second non-qualified rider will have the 21st gate pick in the second Heat Race.

3. Up to a maximum of 2 non-qualified riders can be placed in each Heat Race. They will be placed in their respective Heat Race in priority of their fastest recorded qualifying time.

4. If all riders are present for the 450SX Last Chance Qualifier and there are more than 22 riders, the 23, 24, 25, and 26 positions will be started on a second row.

## 4.19 450SX Supercross Staging (Standard Format)

a. Once a motorcycle enters the staging area and is called to the starting gate, the motorcycle will not be permitted to return to the paddock. If the motorcycle leaves the staging area after this point, the rider will not be permitted to start the race.

1. The only exception to this rule will be when a motorcycle fails to start and an attempt is made to push start the motorcycle. The motorcycle must be under visual control of an official at all times during this process.

b. Riders or crewmembers observed to be relieving themselves anywhere other than in a fixed or portable restroom will be fined a minimum of $1,000.

## 4.20 450SX Supercross Races (Triple Crown Format)

a. One Last Chance Qualifier will be run with 22 riders. In the Last Chance Qualifier, 1st through 4th will advance to the Main Events.

b. Three Main Events will be run with the same 22 riders. Each Main Event will count towards the overall standings.

c. The 450SX Main Events will be run in the following formats:

1. Main Event 1 – 12 minutes plus one lap – 22 riders.
2. Main Event 2 – 12 minutes plus one lap – 22 riders.
3. Main Event 3 – 12 minutes plus one lap – 22 riders.

d. The first rider across the finish line at the conclusion of a race is the winner.

## 4.21 450SX Supercross Qualifying (Triple Crown Format)

a. All practices will be timed.

b. Afternoon qualifying practices will be used to compile the 40 fastest riders (the "Fast 40").

1. The top 18 from the qualifying practices will go directly to the Main Events. 19th thru 40th will be placed in the Last Chance Qualifier. The top 4 riders from the Last Chance Qualifier will be placed directly into the Main Events.

c. Riders must record at least one officially timed lap during practice or qualifying practice in order to qualify into the Last Chance Qualifier or Main Events.

d. Afternoon qualifying practices will also be used to determine the order for gate picks in Main Event 1. The fastest rider will pick first followed in the order of qualifying and then the order of the Last Chance Qualifier for the last 4 positions.

e. If a rider or riders have qualified in 19th thru 40th but are unable to participate in the Last Chance Qualifier, an alternate rider that qualified outside of the top 40 may be allowed into the Last Chance Qualifier. This will be done starting with the 41st qualifier until all positions for the evening program are filled.

1. These riders will pick their gate position in the order in which they qualified after all riders in that LCQ race from the top 19th through 40th have gated.

2. Alternate riders allowed to the gate through this process will not be considered officially in the race until the "three minutes before the 30 board" call from Race Direction.

3. If a rider that has earned a top 40 qualifying position enters the final staging checkpoint prior to the "three minutes before the 30 board" call from Race Direction, that rider will be allowed to start and the alternate will be removed.

4. Once a top 40 qualified rider is officially replaced by an alternate, the qualified rider is no longer eligible to participate in any further races at that meet.

5. Riders outside of the top 40 may be denied this option based on lap times at the sole discretion of Race Direction.

f. If a rider or riders have qualified for the Main Events but are unable to participate in the Main Event, an alternate rider that qualified outside of the top 4 in the Last Chance Qualifier may be allowed into the first Main Event *only*. This will be done starting with the 5th place from the Last Chance Qualifier until all positions for the evening program are filled.

1. These riders will pick their gate position in the order in which they finished the Last Chance Qualifier after all riders in the Main Event have gated.

2. Alternate riders allowed to the gate through this process will not be considered officially in the race until the "three minutes before the 30 board" call from Race Direction.

3. If a rider that has earned a spot in the Main Event enters the final staging checkpoint prior to the "three minutes before the 30 board" call from Race Direction, that rider will be allowed to start and the alternate will be removed.

4. If a rider that has earned a Main Event position knows that they will not be able to make the start of the first Main Event race but still intends on participating in the second and third Main Events, they must inform the Race Director of their intent prior to the staging of the first Main Event.

5. Once a qualified Main Event rider is officially replaced by an alternate, the qualified rider is no longer eligible to participate in any further races at that meet.

6. Riders outside of the top 40 may be denied this option based on lap times at the sole discretion of Race Direction.

g. In the 450SX class only, a rider who is currently in the top ten in points who fails to make the Fast 40 in qualifying practices may request an exemption to be put in the 450SX Last Chance Qualifier.

1. To be eligible for this exemption a rider must:

a. Currently be in the top ten in championship points.

b. Record at least one officially timed lap during a practice or qualifying practice.

2. Up to a maximum of 2 non-qualified riders can be placed in the Last Chance Qualifier. If more than two riders request an exemption, they will be placed in the Last Chance Qualifier in priority of their fastest recorded qualifying time up to two riders.

3. Non-qualified riders will be placed in the Last Chance Qualifier with the last two gate picks. If all riders are present for the Last Chance Qualifier, riders from qualifying will be adjusted accordingly to allow for 22-rider maximum in the Last Chance Qualifier.

## 4.22 450SX Staging (Triple Crown Format)

a. Gate pick for the first 450SX Main Event will be determined by the finishing order of qualifying and Last Chance Qualifier races. Gate pick for the second Main Event will be determined by the finishing order of the first Main Event. Gate pick of the third Main Event will be determined by the finishing order of the second Main Event.

b. Once a motorcycle enters the staging area and is called to the starting gate, the motorcycle will not be permitted to return to the paddock. If the motorcycle leaves the staging area after this point, the rider will not be permitted to start the race. ***There are two exceptions this rule:***

1. The only exception to this rule will be When a motorcycle fails to start and an attempt is made to push start the motorcycle. The motorcycle must be under visual control of an official at all times during this process.

2. ***A second motorcycle may be retrieved from the designated alternate motorcycle staging area.***

c. Riders or crewmembers observed to be relieving themselves anywhere other than in a fixed or portable restroom will be fined a minimum of $1,000.

## 4.23 Starting Procedures

a. The Supercross starting area dimensions will be as follows:

1. Starting gate minimum width: 80 feet
2. Minimum length of the starting area: 120 feet
3. Minimum width: 20 feet at the point the start area enters the track

b. All starts will be made with a backward-falling gate. With the exception of staggered restarts.

c. When using a starting gate with 22 gates, the two outside gates at either end will not be used for the Heat Races. These outside gates will only be used when more than 20 riders are competing in the race.

d. Jumping or fouling the gate may result in a penalty of one lap or disqualification.

e. All starting gates must have a rear restraint a distance of eight feet behind the gate in the down position, for example, railroad ties or 4 x 4 that will prevent riders from rolling back from the gate.

f. The starting gate handle must be enclosed to prevent the riders and team personnel from viewing the drop of the gate.

g. Riders will be called from the staging area to line up on the starting gate.

h. Each rider may have only one person accompany him or her to the starting gate. In addition, only one person per rider is allowed in the signaling area.

i. The rider or riders designated crewmember must quickly make their pick on the gate.

j. Once a motorcycle is in its gate position at the starting gate, its gate position cannot be changed.

k. *In the event a rider needs to make repairs once loaded in the Starting Gate, the motorcycle must be pushed back from the gate to behind the rear restraint before any repairs can be made, so as not to interfere with other competitors.*

l. Grooming may be done anywhere behind the front leading edge of the starting gate, provided no shovels, tools, water or other implements (foreign or natural) are used with the following exceptions:

   1. When using a starting pad made of steel or other material, a brush may be used to clean the starting pad area only. Only brushes utilizing nylon type bristles may be used. (No steel type bristles)

m. Slamming of the gate is not permitted.

n. Scratching or defacing of the starting gate signage is not permitted.

o. Riders or their team members are forbidden to groom anywhere in front of the front leading edge of the starting gate, this includes watering of the starting lines. Stopping immediately in front of the starting gate to do a burn out prior to the sighting lap will be considered grooming in front of the starting gate. If at any time, Race Direction determines that it was a blatant violation of the rule, a penalty may be issued. Points and purse will be adjusted accordingly if it is a Main Event.

p. When using a dirt starting pad area, only loose dirt found in the designated starting area may be used to form an elevated pad under the rider's feet. The use of starting blocks, stones or other foreign elevating devices is prohibited.

q. When using a starting pad made of steel or other material starting blocks may be used. All starting blocks must be silver or black in color and approved by AMA Tech.

r. Ramps of any kind may not be formed in the starting lane. (The front and rear tires must be level).

s. Motorcycles must be centered in the starting gate. Riders may not start at an angle.

t. When the last rider is in the gate and the track is cleared for the start:

   1. Race Direction will direct the Starter to hold up a 30-second sign.

2. The 30-second sign will be held upright for 30 seconds, and then turned sideways for at least five seconds, but not more than 10 seconds.

3. During the 5-10 second interval, the gate will fall.

4. When using a digital type count down 30-second board, if the board malfunctions in any way during its display, the start procedure will continue and the board will be turned sideways at 30 seconds.

## 4.24 Red Flag Race Stops and Restart Procedures

a. Any race start or restart will be considered an official part of the event even if the start or restart does not result in a lap being completed by the leader. Therefore, any infractions will be deemed valid and ruled upon accordingly.

b. Penalties incurred prior to the red flag will be assessed at the completion of the race, not during the restart.

c. Restarts due to gate malfunctions will always be a complete restart with original number of laps scheduled and all riders returning to their original starting positions.

d. Riders who are not present at the starting gate for the original start of a race are barred from any subsequent restarts.

e. Riders who are present at the gate but are unable to start due to a stalled motorcycle may join the race from the starting area at any time during the race.

f. Riders who are unable to join the race by this procedure are barred from any subsequent restarts.

## 4.25 Restarts

a. The race is stopped (with fewer than 3 laps completed by the race leader / whether it be a Heat, Last Chance Qualifier or Main Event).

1. A red flag will be displayed to the riders.

2. The riders will return to their original starting gate and a restart will take place as soon as possible.

3. The riders will keep their initial starting order.

4. The riders will be restarted from the starting gate.

5. Riders who were present at the starting gate for the original start of the race but were unable to start and who did not join the race before the red flag was displayed are not authorized to take the restart.

6. The race will be run for the original number of laps.

7. In the case of a Final, if it is found impossible to restart then this Final will be declared cancelled and not count for the Championship.

b. The race is stopped (with 3 laps completed by the leader and less than 90% of the total distance completed by the race leader, rounded down to the nearest whole number of laps / whether it be a Heat, Last Chance Qualifier or Main Event).

1. A red flag will be displayed to the riders.

2. The riders will return to the starting area directly in front of their original starting gate and a restart will take place as soon as possible.

   a. A minimum of 10 minutes from the time that the red flag is displayed will be given to make repairs or adjustments.

   b. The race may be re-started before the minimum 10-minute waiting time only if all riders indicate to the Race Director that they are ready to start.

   c. Repairs or adjustments may only be made in the starting area.

3. The lap in which the red flag was thrown will not be considered a complete lap.

4. The starting order will be determined by each rider's race position at the end of the lap preceding the last lap completed by the leader. I.E. if the leader has completed the third lap and is working the fourth lap, the starting order would be set with the order from the completion of the second lap.

5. Race position is defined as the riders scoring position, not position on the track.

6. Riders will be restarted from a staggered standing start in the starting area.

   a. Riders will be lined up in a staggered formation beginning on the starting straight at a start line located by the first turn, starting with the rider that was in the first position and continuing back towards the starting area.

   b. Riders not ready to take their position in line will be placed last.

   c. Once all riders are in position, a ~~yellow flag~~ *30-second board will be held upright for* ~~displayed to indicate that the start will be within~~ 30 seconds. Once the ~~yellow flag~~ *30-second board is turned sideways*, ~~has been removed,~~ the starter will then display a green flag to signal the start.

   d. Riders may not overtake the rider in front of them until they pass the designated starting line.

   e. Any rider that does overtake the rider in front of them before the starting line will have been deemed to have jumped the start and will be penalized points and purse equal to two positions in the final results for that race plus two additional points.

   f. Eligible riders who are unable to participate in the restart due to a stalled motorcycle or continued repairs may join the race from the starting area at any time during the race.

   g. Riders who were no longer actively participating in race at the time when the red flag was displayed are not authorized to take part in the restart.

   h. Penalties incurred prior to the red flag will be assessed at the completion of the race, not during the restart.

7. The race will be run for the remaining number of laps or time.

8. In the case of a Main Event, full championship points will be awarded.

c. The race is stopped (with more than 90% of the total distance completed by the race leader, rounded down to the nearest whole number of laps / whether it be a Heat, Last Chance Qualifier or Main Event).

1. A red flag will be displayed to the riders.

2. The riders will return to the paddock.

3. The race will be considered completed. In that case, the riders' position will be those at the end of the lap preceding the stopping of the race.

4. In the case of a Heat or Last Chance Qualifier, the riders will qualify for the Main Event or be relegated to the Last Chance Qualifier according to these results.

5. In the case of a Last Chance Qualifier, the top four riders will qualify for the Main Event according to these results. The remaining riders are eliminated.

6. In the case of a Main Event, full championship points will be awarded.

#### 4.26 Race Finishes

a. Races are officially ended for all contestants at the completion of the lap in which the checkered flag is displayed to the winner.

b. The officially designated finish line is located at the site of the scoring/timing transponder receiver loop. The line will be clearly defined with trackside markings and will be located as close to the finish line flagger as possible.

c. To be considered as having completed a lap, the rider and his motorcycle must cross the plane of the officially designated finish line. Under special circumstances and at any time other than the checkered flag lap, crossing outside of the designated finish line obstacle can be considered a completed lap, as long as the rider continues the race for at least one more completed lap.

d. Under normal circumstances, all lap and finish positions will be determined by electronic timing devices (transponders).

1. In the event the electronic timing system fails to record a time or lap position for any rider, a video camera may be used at the finish line to aid the scorekeepers in determining laps completed or the finishing order of a close race. Should video footage from an AMA-designated camera be unavailable or inconclusive for any reason, the scoring of the laps or finish will be based solely on the scorekeepers' decision.

2. In the case of a visual tie or where a clear determination cannot be made, the riders concerned will be ranked in the order of the best lap time made during the race.

e. Riders will be credited with all laps they complete during a race unless a penalty has been assessed.

f.  The current lap will not count if a red flag is displayed at the finish line.

g.  Riders choosing to leave a race before its completion need not wait for the checkered flag to receive credit for laps they have completed.

h.  Should the checkered flag be displayed later than the official distance, the finishing order will be decided based on the official distance.

i.  Under any other circumstances, the winner is the leader at the time the checkered flag is displayed.

j.  A motorcycle that leaves the stadium floor or infield of a speedway during a race will not be permitted to return to the racetrack.

k.  Should a rider be given the checkered flag ahead of the actual winner, or with the winners, the rider will be scored as having completed the race in the race position the rider was running at that time.

l.  At the conclusion of the Main Event, the top five finishing riders and their motorcycles must go directly to a staging area located at the podium. Other riders outside of the top five may also be directed to the podium staging area.

　　1.  Failure to go to the designated podium staging area will result in a $1,000 fine. Further infractions of this rule will result in an increased fine at Race Direction's discretion*.*

　　2.  In the case of an injury or medical issue and the rider is being treated or needs to be treated by the Chief Medical Officer, a team representative may be substituted for the rider.

m. At the conclusion of the Main Event, and after the podium ceremonies are complete, the top three finishing motorcycles must go directly to the technical impound area located at the AMA trailer or other area as designated by the Chief Technical Inspector. Other motorcycles may be directed to impound at the discretion of the Chief Technical Inspector. Failure to go directly to the technical impound area will result in a penalty.

n.  At the conclusion of the race, any riders who do not complete the same number of laps as the leader will be scored in order of finish, laps completed and the number of laps completed first.

　　1.  For a standard event, if more than one qualified rider does not complete a timed lap as per official scoring, those riders will be placed in the final results based on qualifying time.

　　2.  For a Triple Crown event, if more than one qualified rider does not complete a timed lap as per official scoring:

　　　　a. Main Event 1: those riders will be placed in the final results based on their qualifying time.

　　　　b. Main Event 2: those riders will be placed in the final results after all riders in that race that completed a timed lap based on their finishing position in the first Main Event.

     c. Main Event 3: those riders will be placed in the final results after all riders in that race that completed a timed lap based on their finishing position in the second Main Event.

o. A rider whose motorcycle is disabled before reaching the finish line may, by the rider's own unaided muscular energy, push or carry the motorcycle in the proper direction of the track to complete the race by crossing the finish line, unless the rider is determined to be a hazard by the Race Director.

## 4.27 Official Race Results

a. No official announcement of race results will be given until all scoring materials are examined and approved by the Timing & Scoring Manager.

b. Provisional results will then be posted and will become official if a rider does not protest against the results within 30 minutes after they have been posted.

c. If rechecks are required within the 30-minute time limit, a new posting time limit of 30 minutes will be required if changes are made to the previously posted results.

d. The issuing of official results does not exempt riders who competed in the event from penalties for rules violations determined by Race Direction following the protest period.

e. In the case of a protest, riders are entitled to review their scores with Race Direction and/or the Timing & Scoring Manager.

## 4.28 Scoring for Triple Crown Format Races (250SX & 450SX)

a. Overall finishing order will be based on the Olympic scoring system.

b. Each rider will be awarded points relative to their finishing position, with one point for first, two points for second and so on. These points determine overall standing after three Main Events.

c. In the event of a tie at the completion of the three Main Events, the rider with the best finish in the third Main Event will be scored higher in the overall standings.

## 4.29 Championship Points

a. When the results of Supercross Main Events are declared official, Monster Energy AMA Supercross, an FIM World Championship points will be awarded down to a maximum of 22 places for the overall results of the Main Events.

b. In the event that a qualified rider is unable to make the start of the Main Event, they will be placed in last place in the final results. If more than one qualified rider is unable to start, they will be placed in order of qualifying in the final results. In either case, they will earn points and purse based on the final results.

c. The Monster Energy AMA Supercross, an FIM World Championship champion will be decided based on the total of series points accumulated from each Main Event.

d. In the event of a tie for the championship, the winner will be determined based on the number of Main Event wins.

e. Should a tie remain, finishes of second, third, etc, will be tallied until the tie is broken.

f. If a tie remains, the best finish in the last race will determine the champion.

g. Points will be awarded for Supercross Main Events according to the following schedule:

| Finish Position | Points | | Finish Position | Points |
|---|---|---|---|---|
| *1* | *26* | | *12* | *11* |
| *2* | *23* | | *13* | *10* |
| *3* | *21* | | *14* | *9* |
| *4* | *19* | | *15* | *8* |
| *5* | *18* | | *16* | *7* |
| *6* | *17* | | *17* | *6* |
| *7* | *16* | | *18* | *5* |
| *8* | *15* | | *19* | *4* |
| *9* | *14* | | *20* | *3* |
| *10* | *13* | | *21* | *2* |
| *11* | *12* | | *22* | *1* |

## 4.30 ~~450SX Class~~ Manufacturers' Championship

a. For the Manufacturers' Championship, only the highest placed motorcycle of each manufacturer will gain points, according to the rider's position in each *250SX and 450SX* Final (Main Event) of the Monster Energy AMA Supercross, an FIM World Championship.

b. The same 22-place Championship point schedule applies to manufacturers as it does to the riders in Supercross.

c. In case of ties for the Manufacturers' Championship, the same conditions as for the riders will apply to determine the winner.

d. In the case where a rider participates on motorcycles from different manufacturers, it is the make of the motorcycle with which he has obtained the most points that will appear next to his name in the final standings, without, however, modifying the calculation for the Manufacturers' Championship.

## 4.31 Supercross Prize Giving Ceremonies

a. The Monster Energy AMA Supercross, an FIM World Championship 450SX class top 20 in the final point standings are obliged to attend the official Monster Energy AMA Supercross, an FIM World Championship Prize-Giving Ceremony, organized by the Promoter at the end of the Monster Energy AMA Supercross, an FIM World Championship. Failure to attend will result in forfeiture of their end of year points fund amount.

b. The Monster Energy AMA Supercross, an FIM World Championship 250SX East and 250SX West top 5 in the final point standings are obliged to attend the official Monster Energy AMA Supercross, an FIM World Championship Prize-Giving Ceremony, organized by the Promoter at the end of the Monster Energy AMA Supercross, an FIM World Championship. Failure to attend may result in a fine.

c. The Monster Energy AMA Supercross, an FIM World Championship champion must also attend the FIM Prize-Giving Ceremony organized by the FIM, which will be held later in the year. Failure to attend the FIM ceremony will result in a FIM fine in accordance with Art. 60.7 World Champions Awards Ceremony of the FIM Sporting Code.

**Supercross information can also be found at:**
**www.amasupercross.com. This includes Anti-Doping, rules, event supplemental regulations, competition bulletins, schedules, event specific information, online registration for license, credential and entry's and anything else you might need.**

**Section 5**
**250SX Class Specific Rules**

The 250SX class will abide by all rules and regulations set forth in the 2020 Monster Energy AMA Supercross, an FIM World Championship rulebook with the exceptions listed in Section 5.

| Section | 250SX Class | Page |
|---------|-------------|------|
| *5.1* | *250SX License Eligibility* | *42* |
| 5.2 | 250SX East/West Championship Guidelines | 44 |
| 5.3 | 250SX Entries | 45 |
| 5.4 | 250SX Technical Standards | 46 |
| 5.5 | Engines | 47 |
| 5.6 | Forks and Shocks | 47 |
| 5.7 | Weight Limit | 47 |
| 5.8 | Numbers and Number Plates and Logo's | 47 |
| 5.9 | Display of the AMA Logo | 49 |
| 5.10 | 250SX Races (Standard Format) | 50 |
| 5.11 | 250SX Races (Triple Crown Format) | 50 |
| *5.12* | *250SX Qualifying (Triple Crown Format)* | *51* |
| *5.13* | *250SX Staging (Triple Crown Format)* | *52* |
| 5.14 | 250SX Substance Abuse Policy | 52 |

**5.1 250SX Class License Eligibility**

**Also see Section 3.2 Supercross License Regulations**
Rider license and crew credential applications will only be accepted through the AMA online process. Please go to www.amasupercross.com for instructions and the link.

a. ***Applicants must be a current AMA member in good standing.***

b. All license applicants must be at least 16 years of age at the time of application.

c. Prior to being accepted for entry for any AMA Supercross meet, each rider must provide documentation that they have completed an ImPACT Concussion Management Test, which shall be used by the Chief Medical Officer, to assist in determining when a rider will be allowed to return to competition after suffering a concussion.

d. A rider must complete the AMA Road to Supercross to earn their 250SX license prior to racing Monster Energy AMA Supercross, an FIM World Championship.

e. A rider may earn their AMA 250SX license through the 250 Futures class.

f. Once a rider has qualified for their 250SX license through the Road to Supercross, the rider has two competition seasons to apply for their license before having to re-qualify. For example, a rider that qualified for an AMA 250SX license during the *2019* Supercross Futures season may apply in *2020* or *2021*.

g. In order to apply for your AMA 250SX license after you have acquired the necessary amount of points, go online at www.amasupercross.com and click on the Online Registration and Forms tab. If you have any questions, contact the AMA Supercross Coordinator, Connie Fleming at cfleming@ama-cycle.org or 614.856.1910, ext. 1258.

h. Qualifying through the 250 Futures class:

    1. Six points required to earn a license:

        a. 1~~st~~ thru 5~~th~~ overall will earn 3 points.

        b. 6~~th~~ thru 10~~th~~ overall will earn 2 points.

        ***a. Points will be earned based upon number of entries scale below:***

| Overall Finish Position | 250 Futures (1-22 entries) | 250 Futures (23-42 entries) | 250 Futures (43+ entries) |
|---|---|---|---|
| *1* | **3** | **3** | **3** |
| *2* | **3** | **3** | **3** |
| *3* | **3** | **3** | **3** |
| *4* | **3** | **3** | **3** |
| *5* | **3** | **3** | **3** |
| *6* | **2** | **2** | **3** |
| *7* | **2** | **2** | **3** |
| *8* | **2** | **2** | **3** |
| *9* | **2** | **2** | **3** |
| *10* | **2** | **2** | **3** |
| *11* | | **2** | **2** |
| *12* | | **2** | **2** |
| *13* | | **2** | **2** |
| *14* | | **2** | **2** |
| *15* | | **2** | **2** |
| *16* | | | **2** |
| *17* | | | **2** |
| *18* | | | **2** |
| *19* | | | **2** |
| *20* | | | **2** |
| *21* | | | **2** |
| *22* | | | **2** |

    2. ***Earned 2018*** points carrying over from 250AX, AX Lites, ***or SX Amateur (250A Class)*** – the higher point accumulation from either class will combine with points accumulated in the ***Supercross Futures*** 250 Futures class.

    3. 250 Futures points will be earned in a continuous 24-month period.

    4. Top 10 in the 250 Futures class, at the Supercross Futures AMA National Championship, earn their license.

    5. Riders that currently hold or have held a Supercross license in the past three competition seasons are not allowed to compete in this class.

i. Riders who earned a 2018/2019 AMA Supercross license may apply for their 2020 license based on the criteria for which it was issued in 2018/2019.

j. AMA licensed riders not competing in AMA sanctioned events for a period of three years may lose their prior classification.

k. Applicants renewing a license that has been expired for more than three years must meet the present requirements for a Supercross license. This requirement may be waived under special circumstances through an appeal made to the AMA.

l. The AMA may issue a license to any rider who does not meet the above criteria at its sole discretion. This option will only be used in very rare occasions when special circumstances apply.

## 5.2 250SX East/West Championship Guidelines

a. Riders must designate the region in which they intend to participate prior to the first event of the season.

b. Once a rider has designated their region, they may not transfer to the opposite region in the 250SX class unless the rider is injured at the first event that they are competing in, and failed to start any part of the evening program. The request must be submitted in writing to AMA. The rider must remain in the new region for the rest of the season.

c. Riders who have earned an AMA 450MX class Championship, AMA 450SX class Championship or FIM MX1 World Championship are not eligible to compete in the 250SX East/West Championship.

d. Effective with the 2007 season points, riders earning at least 135 250SX Championship points in a nine-race season, 120 250SX Championship points in an eight-race season, or 105 250SX Championship points in a seven-race season, in four seasons of 250SX competition will be ineligible for the 250SX class.

  1. If the number of events in each of the 250SX class regions is different, the number of events used for points will be based on the smaller number. (i.e. if there are eight West events and seven East events, the West riders would throw out their worst finish for a maximum total of seven events)

  2. A rider may move to the 450SX class at any time provided he/she is eligible for the 450SX class, as outlined in the AMA Supercross licensing regulations.

e. AMA 250SX Regional Champions may defend their championship's the following season, with the following clarifications:

  1. Champions may ride either region the following year but must only compete with the no. 1 plate when defending in the region in which they won the Championship.

  2. A rider that wins a 250SX Championship will be eligible to participate in the 250SX class for a maximum of four years total.

    a. If a rider wins the 250SX Championship in their fourth season but has not reached the max point threshold in four seasons, that rider will be eligible to compete in the 250SX class the following season only.

    b. If a rider wins the 250SX Championship in their fourth season but has reached the max point threshold in four seasons, that rider will be ineligible for the 250SX class.

    c. A rider must earn at least five points for it to count as a season.

3. A rider that wins a second 250SX Championship will be eligible to participate in the 250SX class for a maximum of three years total regardless of what year he/she won their second title. (i.e. if a rider wins their second Championship in their third year of 250SX competition, they will be ineligible for the 250SX class regardless of points and therefore not eligible to defend their 250SX Championship title)

f. Riders who are advanced to the 450SX class through points or Championships won will not be eligible to return to the 250SX class.

g. Riders finishing in the top 15 of the 450SX class points in 2018 or 2019 will not be eligible to ride the 250SX class.

h. Riders finishing in the top 15 in 2018 or 2019, that have self-advanced themselves to the 450SX class that wish to return to the 250SX class may appeal their 250SX eligibility to the AMA. This appeal must be submitted to the AMA in writing and can take up to 30 days for the final hearing. All decisions of the appeals panel are final. Riders granted a change of eligibility through the appeal process may only appeal their 250SX eligibility one time.

i. Designated 250SX riders who competed at events outside of their region in the 450SX class in select 2019-20 events will remain eligible for the 250SX class in 2020-21, regardless of where they finish in the 450SX class points, provided that after the completion of the 2020 Championship season they are not advanced to the 450SX class through 250SX points or 250SX championships won.

1. A designated 250SX rider is defined as a 250SX-licensed rider who has declared a region and is actively competing in that region. AMA in its sole discretion will determine if a 250SX rider meets the "designated 250SX rider" criteria.

j. 250SX East/West riders may compete in the 450SX class, provided they are eligible for the 450SX class as outlined in the AMA Supercross licensing regulations. Riders may only compete in one class at each event.

### 5.3 250SX Entries

a. Entries will only be accepted through the AMA online process. Please go to www.amasupercross.com for instructions and the link.

b. Prior to being accepted for entry for any AMA Supercross meet, each rider must provide documentation that they have completed an ImPACT Concussion Management Test, which shall be used by the Chief Medical Officer, to assist in determining when a rider will be allowed to return to competition after suffering a concussion.

c. Supercross will be pre-entry ONLY and limited to 80 riders. Post entries will only be permitted under special circumstances and at the sole discretion of AMA.

d. Pre entries close 21 days prior to the first event of the season. All other pre-entries close 5 days prior to each event.

e. Riders may only enter one class at Supercross (No double classing).

f. Entries will be accepted for the 250SX class in the following order of priority until the classes reach the 80 rider limit:

1. Top 45 in points from 2019 in the 450SX or 250SX class and pre-entered for the entire season.

2. Top 40 in points from 2019 in AMA 450MX class or 250MX class and pre-entered for the entire season.

3. Riders earning points outside the top 45 in the 450SX or 250SX class in 2019 or outside the top 40 in the AMA 450MX or 250MX classes in 2019 and pre-entered for the entire season.

4. After a rider earns championship points in the current championship series, their entry for any following events in the series is guaranteed, provided the entry is received before the closing date.

5. No 2019 points in any 450SX, 250SX or AMA 450MX or 250MX class, but pre-entered for the entire season.

6. Top 45 in points from 2019 in the 450SX class or 250SX, but not pre-entered for the entire season.

7. Top 40 in points from 2019 in AMA 450MX or 250MX classes, but not pre-entered for the entire season.

8. Riders earning points outside the top 45 from 2019 in the 450SX or 250SX class or the top 40 in the AMA 450MX or 250MX classes, but not pre-entered for the entire season.

9. For those with no points and not pre-entered for the entire season, the date on which the pre-entry was received at the AMA Office in Pickerington, Ohio will be the determining factor for acceptance.

g. Verification of the acceptance of an entry may be checked at www.amasupercross.com.

h. Acceptance of entries may be granted for special circumstances. All entries will be accepted at the discretion of AMA.

i. All entry fees are non-refundable once the closing date has passed.

j. Exceptions will be made only if AMA is notified five days prior to the event with a legitimate medical excuse.

k. To be considered as pre-entered for the entire season, a complete entry form with total fees for the 9-250SX class events must be received by *Dec 06, 2019*.

**5.4 250SX Class Technical Standards**
a. 250SX class motorcycles are subject to the following requirements in addition to the applicable requirements in General Equipment Standards. Superseded parts controlled by these rules must be submitted to AMA for review and approval before use in competition. In addition, these parts must then be listed in the current OEM parts list as supplied to AMA. Motorcycle components not specifically controlled by these rules may be modified, removed or replaced.

### 5.5 Engines
a. Engine Displacements:

| 0 – 125cc | 2-stroke |
|-----------|----------|
| 0 – 250cc | 4-stroke |

b. Material and castings of the cylinders, cylinder heads and crankcases must be the same as the originally approved model. Material may be added or removed from these items.

### 5.6 Forks and Shocks
a. The manufacturer's original concept of forks and shocks must be maintained.

b. In 250SX, the replacement and modification of forks and shocks are limited to the following:

1. Forks and shocks may be either stock or aftermarket units listed on the Approved Equipment List. This list is available from the AMA Technical Department.

2. Homologated inner and outer fork tubes, axle lugs, cartridge, and piston rod must be retained, modifications are permitted. All other fork parts may be replaced.

3. Homologated shock body, shaft and reservoir must be retained, modifications are permitted. All other shock parts may be replaced.

4. The AMA must receive written notification from the manufacturer of any superseding of controlled parts before those parts may be used in competition. The manufacturer's parts list reflecting the superseded part must accompany the notification.

5. Approved forks, shocks, and superseded parts must be available in the U.S. through dealers or distributors to AMA pro-licensed 250SX riders for the entire current season. A dealer or distributor must fill legitimate orders, accompanied by a 50% deposit, within 15 business days of receipt. Failure to fill a legitimate order may result in the canceling of the component manufacturer's homologation.

6. Retail prices of approved forks and shocks may not exceed the following cost exclusive of all taxes. (The forks and shock assemblies must be complete and functioning assemblies, not only the controlled parts.)

   a. Both fork legs (less triple clamps) $5,800.

   b. Shock assembly $2,250.

### 5.7 Weight Limit
a. Minimum weight requirement:

| 0 – 125cc | 194 pounds |
|-------------|------------|
| 126 – 250cc | 212 pounds |

See Weighing Procedures (Section 1.16)

### 5.8 Numbers and Number Plates and Series Logo's
a. The current 250SX East and West class Champions must run a white number 1 with a black background only when defending the number 1 plate in their championship region.

b. The current point's leader must compete with a red background with white numbers.

c. At the first event of the season, the current 250SX class Champion will be considered the point's leader and will compete with the red number plate.

d. Number Plate Colors:

1. In the case of a tie during the season, both riders will display the red plate.

| 250SX Class | Black plates, white numbers |
|---|---|
| 2019 250SX Champion | Black plates, white number 1 |
| 2020 Current points leader | ***Red plate, white numbers*** |

(250SX Champion must be defending in their championship region)

e. Numbers must be a solid color.

f. Excessive condensing or stretching of the numbers is not permitted.

g. Front numbers must be a minimum height of 6 inches.

h. Side numbers must be a minimum height of 5½ inches.

i. The current 250SX class Champion using the number 1 is allowed to use a special-sized number.

j. Number display area must be of adequate area to provide ample space around the numbers.

k. The conformity of the number plate display area will be at the sole discretion of the AMA. If you have any questions about your design, you can submit it to the AMA for approval prior to competition.

l. Front number plates must be mounted in such a manner as to prevent deflection of the plate during the event. Any attempt at streamlining, such as curved plates, or plates that are not rigidly mounted, is prohibited, unless such plates are standard on the homologated model.

m. Plastic or fiberglass number plates must have a minimum thickness of 1/16 inch.

n. For the 250SX class, the approved front number plate design will contain the current AMA logo followed by the Championship Title Sponsor logo, and again followed by the current AMA logo.

o. For the AMA 250SX class the correct AMA Supercross logo must be displayed on both side number plates. The minimum size of the logo is 3 inches wide by 1¾ inch high.



p. The area indicated above on both side number plates are reserved for the current class specific logo(s).

q. Riders competing in the AMA 250SX class must display the AMA logo on the upper left front torso or left shoulder area of their jersey. The minimum size of the logo is 3 inches wide by 1¾ inch high.

r. If the rider uses a chest/back protector, the logo must be located in the center front on the chest/back protector. This is in addition to the logo located on the jersey.



**5.9 Display of the AMA Logo**

a. All riders are required to have approved logos in place whenever they are competing in any part of a Monster Energy AMA Supercross, an FIM World Championship event.

b. The following logos are the approved AMA images to be displayed on the front and side number plates, and rider apparel. The logo is also a part of the front number plate design, which will also include the series title sponsor.

*Front number plate:*



*Side number plate and jersey:*



c. How to obtain the logo and/or logo artwork file:

1. At each event, all number plate stickers and adhesive apparel patches will be available at AMA Tech Inspection.

2. If a third party produces number plates and/or jerseys for you prior to meets, they may request logo files to: mpelletier@ama-cycle.org. The request for artwork by a third party should include the rider's name.

d. AMA and the other logos and trademarks shown herein are trademarks of the AMA. Participants are to use the approved logos on number plates and apparel only when participating in AMA events. Any further use of the mark outside of this capacity is prohibited without written consent from AMA. Any further use of the marks (i.e., the AMA mark, and other AMA trademarks and logos) outside of this capacity is prohibited without a license from or the express, written permission of AMA.

**5.10 250SX Races (Standard Format)**

a. The evening program in 250SX will consist of two Heat Races, one Last Chance Qualifier, and one Main Event.

b. In the Heat Races, 1st through 9th will advance to the Main Event; 10th through 20th will advance to the Last Chance Qualifier.

c. In the Last Chance Qualifier, 1st through 4th will advance to the Main Event.

d. The 250SX Main Event will be 15 laps or a timed format.

e. The first rider across the finish line at the conclusion of a race is the winner.

f. The issuing of official results does not exempt riders who competed in the event from penalties for rules violations determined by AMA investigations following the protest period.

g. In the case of a protest, riders are entitled to review their scores with the Timing & Scoring Manager.

**5.11 250SX Supercross Races (Triple Crown Format)**

a. One Last Chance Qualifier will be run with 22 riders. In the Last Chance Qualifier, 1st through 4th will advance to the Main Event.

b. Three Main Events will be run with the same 22 riders. Each Main Event will count towards the overall standings.

c. The 250SX Main Events will be run in the following formats:

1. Main Event 1 – 10 minutes plus one lap – 22 riders.
2. Main Event 2 – 10 minutes plus one lap – 22 riders.
3. Main Event 3 – 10 minutes plus one lap – 22 riders.

d. The first rider across the finish line at the conclusion of a race is the winner.

**5.12 250SX Supercross Qualifying (Triple Crown Format)**

a. All practices will be timed.

b. Afternoon qualifying practices will be used to compile the 40 fastest riders (the "Fast 40").

1. The top 18 from the qualifying practices will go directly to the Main Events. 19th thru 40th will be placed in the Last Chance Qualifier. The top 4 riders from the Last Chance Qualifier will be placed directly into the Main Events.

c. Riders must record at least one officially timed lap during practice or qualifying practice in order to qualify into the Last Chance Qualifier or Main Events.

d. Afternoon qualifying practices will also be used to determine the order for gate picks in Main Event 1. The fastest rider will pick first followed in the order of qualifying and then the order of the Last Chance Qualifier for the last 4 positions.

e. If a rider or riders have qualified in 19th thru 40th but are unable to participate in the Last Chance Qualifier, an alternate rider that qualified outside of the top 40 may be allowed into the Last Chance Qualifier. This will be done starting with the 41st qualifier until all positions for the evening program are filled.

1. These riders will pick their gate position in the order in which they qualified after all riders in that Last Chance Qualifier race from the top 19th through 40th have gated.

2. Alternate riders allowed to the gate through this process will not be considered officially in the race until the "three minutes before the 30 board" call from Race Direction.

3. If a rider that has earned a top 40 qualifying position enters the final staging checkpoint prior to the "three minutes before the 30 board" call from Race Direction, that rider will be allowed to start and the alternate will be removed.

4. Once a top 40 qualified rider is officially replaced by an alternate, the qualified rider is no longer eligible to participate in any further races at that meet.

5. Riders outside of the top 40 may be denied this option based on lap times at the sole discretion of Race Direction*.*

f. If a rider or riders have qualified for the Main Events but are unable to participate in the Main Event, an alternate rider that qualified outside of the top 4 in the Last Chance Qualifier may be allowed into the first Main Event *only*. This will be done starting with the 5th place rider from the Last Chance Qualifier until all positions for the evening program are filled.

1. These riders will pick their gate position in the order in which they finished the Last Chance Qualifier after all riders in the Main Event have gated.

2. Alternate riders allowed to the gate through this process will not be considered officially in the race until the "three minutes before the 30 board" call from Race Direction.

3. If a rider that has earned a spot in the Main Event enters the final staging checkpoint prior to the "three minutes before the 30 board" call from Race Direction, that rider will be allowed to start and the alternate will be removed.

4. If a rider that has earned a Main Event position knows that they will not be able to make the start of the first Main Event race but still intends on participating in the second and third Main Events, they must inform the Race Director of their intent prior to the staging of the first Main Event.

5. Once a qualified Main Event rider is officially replaced by an alternate, the qualified rider is no longer eligible to participate in any further races at that meet.

6. Riders outside of the top 40 may be denied this option based on lap times at the sole discretion of Race Direction.

**5.13 250SX Staging (Triple Crown Format)**

a. Gate pick for the first 250SX Main Event will be determined by the finishing order of qualifying and Last Chance Qualifier races. Gate pick for the second Main Event will be determined by the finishing order of the first Main Event. Gate pick of the third Main Event will be determined by the finishing order of the second Main Event.

b. Once a motorcycle enters the staging area and is called to the starting gate, the motorcycle will not be permitted to return to the paddock. If the motorcycle leaves the staging area after this point, the rider will not be permitted to start the race. ***There are two exceptions to this rule:***

1. ~~The only exception to this rule will be~~ When a motorcycle fails to start and an attempt is made to push start the motorcycle. The motorcycle must be under visual control of an official at all times during this process.

***2. A second motorcycle may be retrieved from the designated alternate motorcycle staging area.***

c. Riders or crewmembers observed to be relieving themselves anywhere other than in a fixed or portable restroom will be fined a minimum of $1,000.

**5.14 250SX Class Substance Abuse Policy**

a. 250SX class riders will follow the terms and conditions of the FIM Anti-Doping Code.

b. Random tests may be conducted at the discretion of AMA or their respective drug testing partners.

c. Compliance with the Anti-Doping Code is an essential precondition to the issuance of Professional Competition licenses.

d. Any violation of the policy or refusal to submit to testing as requested by AMA may result in the immediate suspension of the competitor's license and loss of all rights to compete in AMA Racing sanctioned events.

e. The Anti-Doping Code is available upon request from the AMA office.

**Supercross information can also be found at: www.amasupercross.com. This includes Anti-Doping, rules, event supplemental regulations, competition bulletins, schedules, event specific information, online registration for license, credential and entry's and anything else you might need.**

**Appendix A**
**Offenses, Penalties, Protests, and Appeals**

| Section | Offenses, Penalties, Protests and Appeals | Page |
|---------|-------------------------------------------|------|
| A1 | General Information | 54 |
| A2 | General Offenses and Penalties | 55 |
| A3 | Equipment Offenses and Penalties | 58 |
| A4 | Protests | 58 |
| A5 | Appeals | 59 |

**A1 General Information**

a. Through the establishment and enforcement of various rules and procedures, AMA and the FIM strive to regulate the sport of professional motorcycle racing in the fairest possible manner. By participating in a Monster Energy AMA Supercross, an FIM World Championship meet, each participant agrees to abide by the Monster Energy AMA Supercross, an FIM World Championship rules and procedures. In addition, riders are held responsible for the actions of their crewmembers. As part of entering a meet, a rider assures the competent bodies that his/her crewmembers are AMA members in good standing. All parties involved in the meet are expected to conduct themselves in a professional manner, respecting at all times the rights of others. Participation in these meets is a privilege afforded to license and event credential holders, and all such participants understand that violation of the Monster Energy AMA Supercross, an FIM World Championship rules and procedures can lead to forfeiture of their competition licenses or event credential, fines, points deductions, lap deductions, finishing position deductions, time penalties (which must result in the loss of at least one finishing position), disqualification and other disciplinary actions as outlined herein.

b. Rules directed or related to safety are promulgated to make all persons concerned with safety, but AMA or the FIM neither do warrant safety if the rules are followed nor compliance with and enforcement of rules. Each participant in competition has the responsibility to assess the safety aspects of facilities and conditions and must assume the risk of competition.

c. Race Direction has the competence to pronounce sanctions against riders, team staff, officials and all the persons involved in any capacity whatsoever in an event or in the Championship.

d. Race Direction may pronounce the following penalties.
   1. Warning
   2. Fine
   3. Lap deductions or finishing position deductions
   4. Time and/or point penalties
   5. Disqualification
   6. Suspension
   7. Probation not exceeding 12 months from the date of offence

e. Penalties incurred prior to a red flag will be assessed at the completion of the race, not during the restart.

f. Race Direction will always attempt to levy all penalties the day of the race. Under some circumstances, it may be necessary to take more time to review all evidence and official video to

make a final decision. All penalties from Race Direction must be levied by 5pm eastern standard time the Monday after the race. Under special circumstances, including but not limited to, fuel testing, anti-doping or a need to impound a motorcycle or parts, Race Direction may defer to the AMA to make a ruling outside of that timeframe.

g. All rules herein may be appealed in accordance with the procedure stated in the Monster Energy AMA Supercross, an FIM World Championship rulebook except for those rules that the rulebook specifies may not be appealed. The participants recognize the need for officials to make decisions that require judgment and the exercise of discretion, often instantaneously, with events as they are occurring. The exercise of judgment by the officials during an event with respect to any penalty or lack of penalty shall only be appealable in accordance with the Monster Energy AMA Supercross, an FIM World Championship rulebook. By submitting an application to participate in an AMA sanctioned event, and in consideration of receiving the numerous benefits available, each participant agrees that the final and binding decisions of the officials are non-litigable, and shall not be appealable to any court or other tribunal other than the AMA. The participants to any protest or appeal further agree that the protest and appeal procedures provided for in the Monster Energy AMA Supercross, an FIM World Championship rulebook are the exclusive remedy for the resolution of any disputes and renounce the right to, and shall not pursue, recourse to any arbitrator, court or other tribunal not provided for in the Monster Energy AMA Supercross, an FIM World Championship rulebook. No court action of any kind may be taken by any participant. By reason of participation in an event, each participant waives any rights such participant may otherwise have to be a party to or take any action in court seeking legal or equitable relief against any decision, lack of decision or action of any kind by the officials or anyone acting on their behalf or the appeal panel. Each participant acknowledges that participation in an event by other participants is, in part, on reliance on this waiver. If a participant initiates or participates in litigation in violation of this rule, all participant privileges may thereupon be suspended and subject to disciplinary action deemed warranted by the AMA.

h. Any participant who is fined under these rules will be deemed suspended from all AMA sanctioned activities until the fine has been paid. The fined party is entitled to a receipt upon payment. All fines and other disciplinary actions levied by AMA must be explained in writing. A copy must be given or sent to the disciplined party.

i. Publication of protests, appeals and the interim and final results of said protests and appeals, in American Motorcyclist magazine, FIM Magazine, other magazines and any other media is expressly agreed to by the participants to any protest or appeal. The participants agree that they shall not bring a cause of action against AMA, the FIM or their respective directors, trustees, officers, employees, agents and assigns because of such publication.

**A2 General Offenses and Penalties**
a. This section outlines actions that are deemed detrimental to the sport of motorcycle racing and which may result in a range

of disciplinary actions. Unless otherwise specifically provided for in these rules, Race Direction may disqualify any participant or motorcycle from the balance of a race meet for violation of these rules, insubordination or other actions deemed in the sole discretion of Race Direction to be detrimental to the race meet and the sport. Such disqualification includes the loss of any rights with regard to the event in question and may result in expulsion from the meet site. In addition, Race Direction is empowered to levy fines and to recommend to AMA that a party or parties be suspended from participation in AMA sanctioned activities. Unless otherwise specifically provided for in these rules, AMA is empowered to suspend from competition any rider, crew member or motorcycle for a period of one meet up to an indefinite suspension for violation of these rules, insubordination or other actions deemed, in the sole discretion of AMA, to be detrimental to the sport of motorcycle racing. AMA is also empowered to, in addition to or in lieu of a suspension from competition, suspend a rider's eligibility to earn points for one or more events including, but not limited to, the event in which the rules violation took place. In addition, AMA is empowered to levy fines, points deductions, finishing position deductions, time penalties (which must result in the loss of at least one finishing position), and lap deductions. The beginning and ending dates of any such suspension will be as determined by AMA.

b. Any supplemental rules, regulations, instructions or procedures established for the purpose of implementing, interpreting or enforcing these rules will be deemed to be part of the rules.

c. The following offenses will be subject to disciplinary action by Race Direction and/or the competent bodies. This list is provided as guidance to licensed competitors and event credential holders but does not restrict AMA from invoking penalties for other actions detrimental to the sport that are not specifically contemplated herein.

   1. Falsifying one's age or ability to meet any of the various eligibility requirements for the Monster Energy AMA Supercross, an FIM World Championship, or in general, competing or attempting to compete in AMA/FIM sanctioned activities under false pretenses.

   2. Competing under a false name or in any other way attempting to gain an unfair advantage.

   3. Abetting or knowingly engaging in any race in which the result is "fixed" or prearranged.

   4. Giving, offering or promising, directly or indirectly, any bribe in any form to any person in an attempt to circumvent Monster Energy AMA Supercross, an FIM World Championship rules or procedures or to otherwise gain an unfair advantage.

   5. Accepting or offering to accept any bribe in any form from any person in an attempt to circumvent Monster Energy AMA Supercross, an FIM World Championship rules or procedures or to otherwise gain an unfair advantage.

   6. Refusing to provide a factual statement regarding an item under appeal when requested by the Stewards Panel.

7. Failing to ride in a meet after entering without giving proper notice of non-participation.

8. Engaging in a rider boycott, public protest or other similar concerted activity meant to stop, delay or otherwise inhibit the start or completion of any portion of a Monster Energy AMA Supercross, an FIM World Championship event.

9. Engaging in any unfair practice, misbehavior or action detrimental to the sport of motorcycling in general, whether or not related to a specific competition event.

10. An attack on a racing official and/or engaging in a fight. This includes any person who attacks or is involved in a fight anywhere on the premises prior to, during or after a Monster Energy AMA Supercross, an FIM World Championship meet. There will be no maximum fine or suspension period for this offense.

11. Refusal to submit a machine for inspection. Any rider refusing to immediately surrender his or her machine to the Race Director or his designee upon demand, or refusing to allow examination or measurement of a machine's components, will be in violation of these rules.

12. Failure to re-enter the track at a point as close as practical to the point at which the rider left the track; and in so doing gaining an unfair advantage.

13. Receiving any form of prohibited outside assistance, including, but not limited to, receiving radio transmissions while in competition, except as provided for in these rules.

14. Failure to appear for scheduled registration and/or pre- or post-race tech inspection.

15. Failing to immediately respect and comply with operational or warning flags/lights or other signals from racing officials.

16. Failure to attend riders' meetings.

17. Riding on or off the track at any time in such a manner as to endanger the life or limb of other riders, officials or the public.

18. Wagering by a participant on the outcome of any AMA sanctioned race.

19. Failing a test for drugs or refusing to submit to drug testing as required from time to time by AMA, the FIM or their respective drug testing partners under the FIM Anti-Doping Code.

20. Causing or attempting to cause a race to be stopped. At the sole discretion of Race Direction, a rider who is judged to have intentionally caused a red flag may be excluded from restarting the event in question.

21. Failure on the part of a manufacturer/distributor to fulfill the requirements of homologation agreements.

22. Any deliberate overly aggressive riding, vengeful riding and/or careless riding leading to an adverse result. This does not include incidental or unintentional contact.

23. Any other act or actions deemed by Race Direction to be detrimental to the sport of motorcycle racing and the competent bodies.

## A3 Equipment Offenses and Penalties

a. This section deals with violations of equipment regulations. Regardless of a motorcycle passing prior inspections, compliance with all applicable equipment rules must be made at the post-race inspection. Any motorcycle found to be in violation of equipment rules may be assumed to have been in violation for the entire race meet. Passing a motorcycle through technical inspection does not warrant that motorcycle's adherence with all rules. Each participant assumes full responsibility for any violation of equipment rules involving his or her motorcycle.

b. Equipment offenses are determined by Race Direction.

c. Impounding of Motorcycles and Components

1. Motorcycles or components may be impounded for up to 45 days following an event in which such motorcycles or components were utilized in competition, to allow officials or other independent personnel authorized by AMA or the FIM to perform detailed inspections and testing.

2. In the case of a protest or appeal, the competent body may retain custody of impounded equipment until the appeal process has been completed.

## A4 Protests

a. Unless specifically excluded herein, any rider affected by dangerous, unfair or fraudulent behavior, riding or act, has the right to protest against such a behavior, riding or act. Such matters may also include the conformity of a machine with these rules or the eligibility of a rider.

b. Protests must be lodged according to the following procedures and be accompanied by a fee of U.S. $800, returnable if the protest is justified. Any protest fee must be presented in U.S. currency or a certified bank check.

c. All protests must be lodged to Race Direction.

d. Generally, protests against the eligibility of a rider, team or a motorcycle entered, must be made before the start of the official practice.

e. All protests must be lodged within 30 minutes of the posting of results of the event in question. The posting of provisional results begins the 30-minute protest period.

f. There are two types of protests: technical and administrative. Technical protests relate to the legality of motorcycles and components used in competition. All other protests will be defined as administrative.

g. Each protest must be made separately and in writing. Each protest must specify the violation of the Monster Energy AMA Supercross, an FIM World Championship rules or procedures that is alleged, and must be accompanied by the filing fee.

h. If the protest entails dismantling a motorcycle, the protest fee must be accompanied by an additional deposit of US $250. This fee must be paid by the losing party to the mechanic of the rider who had to perform the dismantling procedure.

i. Protests entailing a fuel control must be accompanied by an additional deposit of US $1,000.

**A5 Appeals**

a. Any rider penalized by a disciplinary decision of the Supercross Race Direction has the right to appeal this decision.

b. For decisions made by Race Direction the day of the event, this appeal must be presented in writing to a member of Race Direction 30 minutes at the latest after the notification of that decision and be accompanied by a fee of U.S. $800, returnable if the appeal is justified. Any appeal fee must be presented in U.S. currency or a certified bank check.

c. For decisions made by Race Direction or AMA after the day of the event, this appeal must be presented in writing to a member of the Supercross Race Direction or AMA Racing department 24 hours at the latest after the notification of that decision and be accompanied by a fee of US $800, returnable if the appeal is justified. Any appeal fee must be presented in credit card, U.S. currency or a certified bank check.

d. No appeal can be lodged against a statement of fact pronounced by the Clerk of Course, the Race Director, Race Direction, or any other executive official during any race, practice or qualifying. Statements of fact depend exclusively from a factual observation without any possible adjustment of the sanction, which is statutorily and precisely stated in the Monster Energy AMA Supercross, an FIM World Championship rulebook, with the exception of the final events.

e. Appeals against a decision taken by Race Direction will be dealt with by the Stewards Panel (AMA Steward, FIM Steward and FMNR Steward, if applicable, for meetings outside the USA).

f. The Stewards Panel will hear any appeals against the decision of Race Direction.

g. Each Steward has one vote. Decisions are based upon a simple majority.

h. If all the Members of the Stewards Panel confirm the decision of Race Direction, the appeal is rejected. In this case, the decision of the Stewards Panel is final. No further appeal is possible.

i. If one Member of the Stewards Panel does not confirm the decision of Race Direction and the other Member(s) agree(s), the appeal is rejected. No further appeal is possible.

j. If all the Members of the Stewards Panel disagree with the decision of Race Direction, this decision must be changed.

k. The Stewards Panel may confirm or pronounce the following penalties:
   1. Warning
   2. Fine
   3. Lap deductions or finishing position deductions
   4. Time and/or point penalties
   5. Disqualification
   6. Suspension
   7. Probation not exceeding 12 months from the date of offence

l. The Stewards Panel must ensure that all parties concerned, as well as Race Direction, receive written notification of any judicial decision pronounced by the Stewards as soon as possible.

**Supercross information can also be found at:**
**www.amasupercross.com. This includes Anti-Doping, rules, event supplemental regulations, competition bulletins, schedules, event specific information, online registration for license, credential and entry's and anything else you might need.**

**Appendix B**
**Officials Duties**

| Section | Officials Duties | Page |
|---------|------------------|------|
| B1 | Race Direction | 61 |
| B2 | Event Management | 62 |
| B3 | Race Director | 62 |
| B4 | Clerk of Course | 62 |
| B5 | Chief Medical Officer | 63 |
| B6 | Chief Clerk / Registrar | 63 |
| B7 | Timing and Scoring Manager | 63 |
| B8 | Starter | 63 |
| B9 | Officials | 64 |
| B10 | Pit Steward | 64 |
| B11 | Chief Technical Inspector | 64 |
| B12 | Equipment Steward | 64 |
| B13 | Stewards Appeals Panel | 64 |

**B1 Race Direction**

a. The Race Direction is composed of three officials:

1. AMA Delegate
2. Race Director
3. Clerk of Course

b. Each member has one vote. Decisions are based upon a simple majority. In the case of a tie, then the AMA Delegate will exercise a casting vote.

c. The quorum for a meeting of Race Direction is two persons.

d. The meeting of Race Direction is chaired by the AMA Delegate.

e. Race Direction will hear any protests that are lodged during the event.

f. The authority and duties of Race Direction include but are not limited to:

1. To impose penalties for any infringements of the Regulations.

2. To impose penalties for any voluntary or involuntary action or deed accomplished by a person or a group of persons during a meeting, contrary to the current Regulations or instructions given by an official of the meeting.

3. To impose penalties for any corrupt or fraudulent act, or any action prejudicial to the interests of the meetings or of the sport, carried out by a person or a group of persons occurring during an event.

4. To make recommendations to the organizers to ensure the smooth and efficient running of the event.

5. To modify or delay the event schedule as needed for any unforeseen situation. A representative of the Championship promoter will be present for any decision regarding an event schedule modification or delay.

6. Race Direction is empowered to make and enforce temporary regulations necessary to cover emergencies or special conditions (not covered in the rulebook), including any unforeseen situation for the betterment and in the interest of the program.

7. Determine if all riders are qualified to properly negotiate the course and prohibit any riders not so qualified from competing.

8. Direct the Starter to black flag riders off the track for any condition deemed to be unacceptable or in violation of any rules.

## B2 Event Management

a. The Event Management is composed of three officials:

1. AMA Delegate
2. Race Director
3. Representative of the Championship Promoter

b. Event Management will meet at any time required during the event.

c. Each member has one vote. Decisions are based upon a simple majority. In the case of a tie, then the AMA Delegate will exercise a casting vote.

d. The meeting of Event Management is chaired by the Representative of the Championship Promoter.

e. The authority and duties of Event Management include but are not limited to:

1. To ensure the smooth and efficient running of the event.

2. To make recommendations to Race Direction to improve the smooth and efficient running of the event.

3. To bring to the attention of Race Direction any matter that is in contradiction to the Regulations.

## B3 Race Director

a. Ensure the racecourse is suitable and discontinue race activity if conditions become unacceptable.

b. May direct the Starter to red flag/light a race that was started improperly.

c. To assign extra flagmen, when required, at various points throughout the course.

d. See that accurate time is kept for all races.

e. The number of riders allowed to start in any meet will be subject to approval of the Race Director and the AMA.

## B4 Clerk of the Course

a. The Clerk of the Course is appointed by the FMNR.

b. The Clerk of the Course cannot be a member of the FIM Stewards Panel.

c. The Clerk of the Course must assist the Race Director in organizing and supervising course officials.

d. The Clerk of the Course must assist the Race Director in the preparation and/or maintenance of the course before and during the meeting.

e. The Clerk of the Course must carry out any other duties as may be assigned by the Race Director.

## B5 Chief Medical Officer

a. The Chief Medical Officer shall be responsible for all medical aspects of the event, including:

1. Inspect all medical services not less than 30 minutes before the start of practice and racing.

2. Ensure that all medical services and staff are in their correct places and ready to function.

3. Ensure that all medical staff are briefed prior to the first practice session and debriefed after the event.

4. Shall determine that all injured riders during the event are medically fit to continue in competition.

5. Give information and recommendations to Race Direction on injured riders and all aspects of the event which may have potential medical consequences.

## B6 Chief Clerk / Registrar

a. To exhibit a list of all events.

b. To receive all entries and check the riders' competition licenses.

c. To provide the Pit Steward with two copies of the results for posting and line-up in the pits as soon as possible after each event. At the end of the meet, insure that the final results are posted.

d. To provide all line-up lists and result lists to the promoter for distribution to the press.

e. Such other duties as may be assigned by the AMA Supercross Series Manager.

## B7 Timing & Scoring Manager

a. To manage timing and scoring/information distribution operations.

b. Responsible for determining that official timing and scoring procedures are followed.

c. To operate the official electric timing equipment and keep accurate records of all times and report the same to the Race Director.

## B8 Starter

a. To provide a complete set of flags for use during the race.

b. To determine if scorers, timers, officials, etc., are ready and in place before starting the race.

c. To position riders at the starting line, start the race, give halfway flags, last lap flags and finish flags.

d. To flag off the course any disqualified riders and otherwise direct the progress of the race with flags, as instructed by Race Direction.

e. To instruct the corner workers as to the performance of their duties, and insure that each corner worker/flagman has been supplied with the necessary flags.

f. Such other duties as may be assigned by the Race Director.

**B9 Officials**
a. Officials may be assigned by the Race Director to determine the outcome of any meet and when assigned will watch the progress of the meet and report any infractions of the rules to the Race Director.

b. Officials will be assigned by the Race Director to correlate a correct start with official Starter.

**B10 Pit Steward**
a. To notify riders to appear at the starting point in time for each event in which they are entered and assign proper starting positions.

b. To maintain neat, suitable and orderly pits where the riders can work.

**B11 Chief Technical Inspector**
a. To provide a place for and conduct a technical inspection before a rider is allowed on the course for practice.

b. To affix a sticker, mark or seal on each machine showing that it has passed technical inspection.

c. To make a list of machines and riders that have been inspected.

d. Provide for Technical Inspection of equipment being used by the riders and bar any equipment that does not conform to equipment regulations.

e. To process all contingency approval and tech inspection forms.

f. During the day, be alert for any unacceptable equipment and report the equipment to the Race Director.

g. To conduct post race inspections to assure rule compliance.

**B12 Equipment Steward**
a. Responsible for uniforms and other equipment transported on the truck as assigned by the AMA Supercross Series Manager.

**B13 Stewards Appeals Panel**
a. The Stewards Panel is composed of two or three Stewards:

1. One FIM Steward;
2. One AMA Steward;
3. One FMNR Steward, if applicable, for meetings outside the USA only.

b. The FIM Management Council appoints the FIM Steward.

c. If the nominated FIM Steward is prevented from arriving at the meeting in time, the FIM may name a replacement, with first priority given to a CMS Member not from the FMNR.

d. The AMA appoints the AMA Steward.

e. If the nominated AMA Steward is prevented from arriving at the meeting in time, the AMA may name a replacement.

f.  The FMNR is limited to one FMNR Steward (for meetings outside the USA only).

g.  The Stewards have no responsibility for the determination of initial penalties. Their only duty is to give a verdict in appeals lodged against decisions of Race Direction.

h.  The authority and duties of the Stewards include but are not limited to:

1.  Adjudicating on any appeal against the decisions of Race Direction.

2.  Ensuring that the decisions of the FIM Stewards Panel conform to the rules of the Monster Energy AMA Supercross, an FIM World Championship rulebook and to the regulations and bulletins published by the AMA and FIM.

3.  Ensuring that all parties concerned, as well as Race Direction, receive written notification of any judicial decision pronounced by them as soon as possible.

**OFFICIALS DUTIES**

**Supercross information can also be found at:**
**www.amasupercross.com. This includes Anti-Doping, rules, event supplemental regulations, competition bulletins, schedules, event specific information, online registration for license, credential and entry's and anything else you might need.**

**Appendix C**
**Concussion Policy**

| Section | Concussion Policy | Page |
|---------|-------------------|------|
| C1 | General | 66 |
| C2 | Baseline Neurocognitive Testing | 66 |
| C3 | Mandatory Supercross Concussion Program | 66 |
| C4 | Additional Information | 67 |

### C1 General

a. Definition- A concussion is an alteration in brain function related to a direct or indirect blow to the head. Indirect blows can be caused by acceleration and/or deceleration forces. Mechanisms in motorcycle racing can be a combination of forces. A concussion can cause alterations in cognitive (thought) visual, auditory, vestibular (balance), and other neurological functions.

### C2 Baseline Neurocognitive Testing

a. Baseline neurocognitive testing can be helpful in determining when it is safe for the athlete to return to riding. It should be administered by a health care professional. It should be readily available to the athlete and their physician post injury and reproducible by the examining physician.

### C3 Mandatory Supercross Concussion Program

a. All athletes are required to obtain a baseline ImPact neurocognitive test every two years in order to obtain a professional supercross/motocross license.

b. Any athlete suspected to have sustained a concussion will be immediately removed from competition and evaluated by the Alpinestars Mobile Medical Unit (AMMU) at the race venue.

c. Any athlete who is reported to have sustained a concussion during non-race activities will be required to present to the AMMU for evaluation prior to racing.

d. If an athlete is diagnosed with a concussion they will not be permitted to compete until the Mandatory Concussion Program is completed.

e. The athlete will be released to a responsible individual who is required to monitor the athlete through the sequential steps of the program.

f. Initial treatment is relative physical and mental rest until follow up medical evaluation is obtained.

g. The athlete is required to follow up within 96 hours with a physician (M.D. or D.O.) experienced in the evaluation and management of sports related concussion. (See reference list below)

h. Prior to beginning the return to ride program, the athlete must be cleared by the physician and have a Post Injury ImPact neurocognitive test administered. The test CANNOT be performed online. The test must show a return to baseline levels.

i. Once clearance has been obtained, the supervised return to ride program may begin.

j. The return to ride program is a five step (and minimum five day) graduated activity to ensure a safe return to racing. Please refer to www.themedicrig.com for details.

k. Following medical clearance and completion of the supervised return to ride program, the athlete must present to the AAMU physician for final clearance on their first race following the concussion injury.

**C4 Additional Information**
   a. www.cdc.gov - Information
   b. www.amssm.org - Information and sports medicine physician referrals.
   c. www.aan.com - American Academy of Neurology – Sports Concussion Guideline.
   d. www.impacttestonline.com - Baseline testing and referral to physicians experienced in concussion management.
   e. www.themedicrig.com - Alpinestars Mobile Medical Unit for Supercross program specifics.

**CONCUSSION POLICY**

**Supercross information can also be found at:**
**www.amasupercross.com. This includes Anti-Doping, rules, event supplemental regulations, competition bulletins, schedules, event specific information, online registration for license, credential and entry's and anything else you might need.**

**Appendix D**
**Sound Test Procedures**

| Section | Sound Test Procedures | Page |
|---------|----------------------|------|
| D1 | The 2 Meter Max Test | 68 |
| D2 | The Preparation of the Sound Meter | 68 |
| D3 | Test Site And Position of the Sound Meter | 68 |
| D4 | The Positioning of the Motorcycle | 69 |
| D5 | The Operation of the Test | 69 |
| D6 | The Measurement of the Sound Level | 70 |
| D7 | Guidelines for Use of the Sound Meter | 70 |

This procedure may be used to test motorcycles as a prerequisite for entry into any Monster Energy AMA Supercross, an FIM World Championship event.

**D1 The 2 Meter Max Test**
    a. The 2-meter max method shows a very good correlation between the sound power level (LwA) issued by motorcycles in full acceleration, and the maximum sound pressure levels measured at proximity of the same motorcycles, with engines at idle and quickly taken to their maximum rotational speeds.

**D2 The Preparation of the Sound Meter**
    a. Calibrate the sound meter at 94 dB or 114 dB to take into account the incidence of the wind foam ball

    b. Position the wind foam ball on the microphone

    c. Activate the 'A' weighing

    d. FAST time weighting must be activated

    e. Select range High 80~130 dB

    f. Activate the function MAX MIN – set on MAX

**D3 Test Site and Position of the Sound Meter**
    a. The sound levels will be measured with the sound meter/microphone fixed on a tripod, in the horizontal position, at the rear of the motorcycle.

    b. For the place and position of the motorcycle, ensure that there are no solid obstacles within 33 feet around the microphone.

    c. The sound meter will be positioned at a distance of 79 inches behind the motorcycle, with an angle of 45° away from the centerline, on the exhaust side and at a height of 53 inches above the ground, with the sound meter level.

    d. The 79-inch distance is measured from the point where the center of rear tire touches the ground.

    e. It is preferred to make the tests on soft ground, not reverberating, i.e. grass or fine gravel.

    f. In other than moderate wind, machines should face forward in the wind direction.

    g. The ambient sound level must remain lower than 100 dB/A.

### D4 The Positioning of the Motorcycle

a. The reference points:

    1. For a motorcycle: the contact point of the rear wheel on the ground.

    2. For motorcycles fitted with 2 exhaust outputs, the measurement will be made on the side of the air intake. If a central positioned air intake is used, both sides will be tested.

    3. To make repetitive measurements, all motorcycles can be positioned into a small frame fixed on the ground.

### D5 The Operation of the Test

a. The measurement is made with motorcycle on its wheels, with a hot engine.

b. For the initial sound control and technical inspection, a rider (or his mechanic) shall present only one spare silencer per machine.

c. Other spare silencers may be presented after all participants have presented their motorcycle.

d. The technical steward will be positioned on the right side of the motorcycle, not to screen or stand between the bike and the microphone. At no time should the technical inspector be in a position in front of the handlebars during the test.

e. The mechanic presenting the motorcycle for testing will be positioned on the left side of the motorcycle during the test and is required to engage the clutch during the full throttle portion of the test.

f. If a second steward is permanently attending the sound level checks, it is strongly advised for him to use earplugs, a headset or ear protectors.

g. The motorcycle may be tested in any gear as directed by the technical steward.

h. The clutch MUST be engaged during the test.

i. The Inspector shall open throttle as fast as possible until full open throttle (instantly, within 0.3 seconds). He will keep at max engine 'rpm' for 1 second. To end, the inspector will release the throttle quickly.

j. A motorcycle must always be able to reach a minimum RPM threshold to obtain the maximum result of the 2-meter sound test. Threshold values are provided by the manufactures, and are typical for their published production models. If no values are provided, The AMA will use Threshold values obtained from a dyno tests.

k. The motorcycle must maintain at least the minimum RPM during the test. Any motorcycle that is unable to reach and maintain the minimum RPM stated will be refused.

    1. Minimum RPM: 250cc – 12,500 rpm / 450cc – 10,000 rpm

l. If the result exceeds the limit, including 'after fire', the Inspector shall test the motorcycle, maximum 2 times more.

m. For motorcycles equipped with an engine rpm limiter, opening the throttle will be made - instantly, within 0.3 seconds - and

kept open until at least 1 second has evolved and/or when there is an audible sign of over revving the engine.

n. For motorcycles without an engine 'rpm' limiter, the opening of the throttle will have to be lower than 2 seconds and/or when there is an audible sign of over-revving the engine.

o. If the engine tends to suffocate, close the throttle slightly and re-open the throttle.

p. If detonations appear, the measurement must be started again.

q. For the sound level measurement, the handling of the throttle is limited only to the Inspector, who shall open the throttle himself in order to minimize the influence by another operator (for that, it is helpful to have the microphone equipped with an extension cable to the sound meter).

**D6 The Measurement of the Sound Level**
a. When the measurement is considered acceptable, write down the result, then reset (push on the sideline) the MAX MIN setting until the disappearance of the previously displayed value.

b. Push again on the sideline MAX MIN to arm the sound level meter.

c. The sound level meter is then ready for the following measurement.

d. An attempt by a participant to prevent his/her engine to reach the maximum published rpm figure will be considered a breach of the rules.

e. Even after passing the sound control, if there is doubt, the motorcycle may be checked again.

f. A noticeably lower engine speed is detected easily by hearing. If doubt, control of the value of the rpm limiter with a tachometer.

g. A machine which does not comply with the sound limits can be presented several times at pre-race control.

h. The silencers will be marked when they are checked and it is not allowed to change them after the verification, except for any spare silencer, which has also been checked and marked.

i. The end opening of the silencer shall remain unmodified once it has been checked and marked.

j. Silencers fitted with removable end cap/adapters aimed to reduce the sound levels shall be marked and securely mounted to the silencer. If the removable end cap/adapter becomes separated from the silencer during any practice/qualifying or race, the silencer will be deemed modified and the rider will be penalized.

**D7 Guidelines for Use of Sound Level Meters**
a. Sound level measuring equipment must include a compatible calibrator, which must be used immediately before testing begins and always just prior to a re-test if a disciplinary sanction may be imposed.

b. Two sets of equipment must be available in case of failure of tachometer, sound level meter or calibrator during technical control.

c. Corrections
   1. Class 1 or class 2 sound meter: deduct 2 dB/A

d. Ambient temperature
   1. Below 50 degrees Fahrenheit: deduct 1 dB/A
   2. Below 32 degrees Fahrenheit: deduct 2 dB/A

e. Precision of the method (tolerances)
   1. Round down the meter reading; I.E. 114.9 dB/A = 114 dB/A.

f. Action and decisions will depend on decisions taken during prior discussions with the AMA, Race Director and/or the Chief Technical Steward.

**Supercross information can also be found at:**
**[www.amasupercross.com](http://www.amasupercross.com). This includes Anti-Doping, rules, event supplemental regulations, competition bulletins, schedules, event specific information, online registration for license, credential and entry's and anything else you might need.**

| Section | Fuel Test Procedures | Page |
|---------|---------------------|------|
| E1 | Fuel Testing | 72 |
| E2 | Containers for holding Samples | 72 |
| E3 | Fuel Test Procedures | 72 |
| E4 | Shipping from the AMA Office | 73 |

### E1 Fuel Testing

a. The AMA in cooperation with the FIM will carry out fuel tests at any time during the course of any Monster Energy AMA Supercross, an FIM World Championship meet.

b. Any person or organization, being a potential supplier of fuel, may be requested to submit a sample for testing for conformity with the required fuel specifications.

c. Race Direction, has sole authority to direct the administration of fuel tests during the course of any Monster Energy AMA Supercross, an FIM World Championship event.

d. The criteria for selection of the machines from which samples are to be taken will be at the sole discretion of Race Direction.

e. The motorcycles selected for fuel sampling and testing will be placed in the impound area.

f. The chief technical inspector will supervise the collection of the test samples.

g. Only officials under the supervision of the chief technical inspector may take fuel test samples.

### E2 Containers for Holding Samples

a. Must be clean and constructed of robust, fuel non-reactive, impermeable material.

b. Must be sealable.

c. Must have provision for identification.

### E3 Fuel Test Procedures

a. The extraction of fuel from machines must be directly from the fuel tank.

b. Three (3) test samples will be collected from each selected motorcycle*.*

c. The containers must be immediately sealed and identified by reference to the machine from which the sample was taken.

d. This information must be entered on the Monster Energy AMA Supercross, an FIM World Championship Fuel Sample Certificate, which must certify the date, place and time of taking the sample, the identity of the machine from which the sample was taken, and the identity of its rider.

e. The samples (A, B and C) must remain in the control of the chief technical inspector. The rider or a representative of the rider/team must sign the Monster Energy AMA Supercross, an FIM World Championship fuel sample certificate acknowledging that a sample was taken, and rider or representative must receive a copy of the certificate.

f. The chief technical inspector must arrange to deliver the samples (A, B and C) along with the Monster Energy AMA Supercross, an FIM World Championship fuel sample certificates to an express service for transportation to the AMA office.

## E4 Shipping from the AMA Office

a. Sample A and its certificate will be sent by express service to the official testing laboratory where the sample will be tested for compliance to the fuel specifications in accordance with standard scientific procedures.

b. Sample B and its certificate will be safeguarded at the official testing laboratory, if Sample A is found to be in non-compliance to the fuel specifications, sample B will be tested for verification.

c. Sample C will be safeguarded at the AMA office for future testing if necessary.

d. The results obtained from such testing must be attached to the laboratory's copy of the fuel sample certificate and delivered to the AMA as soon as practicable after the results have been obtained.

e. The AMA will appoint one or more laboratories for testing fuels.

f. Upon receiving the report from the laboratory that a fuel sample or samples are not in compliance with the rules the AMA will inform the rider or team and assess a penalty.

g. The rider may request to carry out a test of the B sample to verify the results. The testing of the B sample will be at the rider's expense.

h. The AMA will receive the testing results of the sample B and compare with the testing result of sample A.

i. Of these two testing results, the rider's more favorable testing result (whether it be the A or B Sample) will be taken into account.

j. The independent testing laboratory in issuing the results of the test must also verify that the samples were received in good condition and with the seal intact.

**Supercross information can also be found at: www.amasupercross.com. This includes Anti-Doping, rules, event supplemental regulations, competition bulletins, schedules, event specific information, online registration for license, credential and entry's and anything else you might need.**

The following definitions and abbreviations are adopted for use in these Rules.

**AMA** - American Motorcyclist Association.

**Aftermarket** - Produced by a manufacturer or fabricator other than the original equipment manufacturer.

**Bodywork** - Seat/tail section, body panels and fenders.

*Casting* - The solidified part produced by a mold.

**CC** - Cubic centimeters.

**Displacement** - The volume swept by the piston(s) in each stroke.

**Disqualification** - The forfeiture of all awards, prizes and championship points earned in all events during that day's meet.

**DOT** - United States Department of Transportation.

**Event** - Any one of the races in a meet.

**Field** - All of the riders that make up a race.

**FIM -** Fédération Internationale de Motocyclisme.

**FMNR** - National Federation organizing a meeting.

**Heat Race** - A qualifying race that determines which riders advance to the Semi, LCQ or final event.

**Homologation** - AMA approval process initiated by manufacturers or distributors of motorcycles. Only approved motorcycles may be utilized in AMA Supercross competition.

**Last Chance Qualifier (LCQ)** - A final qualifying race for those riders who did not qualify from a heat race.

**Manufacturer** - The original manufacturer of a motorcycle, not the distributor.

**Marshal** – A flagger or observer placed by the race director around the racetrack to assist him in the running of the meet.

**Meet** - A meeting at which one or more events are held.

**Model** - A reference to a particular year and name assigned by manufacturers to certain motorcycles.

**Moto -** A race held within a meet that awards championship points.

**Motorcycle -** A rear wheel driven, two wheeled vehicle that is powered by a single engine.

**OEM** - Original Equipment Manufacturer.

**Official Results** - A listing of the final finishing order of an event issued by scoring after the 30-minute protest period has expired.

**Paddock** - Designated area primarily used for maintenance of event-entered competition motorcycles. May also include parking area for motorcycle transport and support vehicles.

**Participant** - Every rider, club, association, company, promoter and all other persons participating or in any way connected with an AMA race meet.

**Pit Crew** - Mechanics and/or assistants.

**Mechanics Area** - Designated area directly adjacent to the racetrack that may include staging and signal zones. Access is limited to mechanics, officials or those with appropriate track pass credentials.

**Program** - The predetermined outline of events that make up a meet.

**Provisional Results** - An initial listing of the finishing order of an event issued by scoring immediately following the race finish.

**Promoter** - Any person or number of persons, company, corporation or club holding, proposing to hold or organizing a meet.

**Qualify** - To advance to a final event by timed qualifying or heat race finish position.

**Race** - Competition in which two or more riders compete against each other.

**Race Position** - A rider's position based on his distance covered relative to the race leader.

**Race Track** - The actual racing surface and runoff areas, plus the pit road, grid and a test track, when provided, along with any other area where the riding of competition motorcycles is permitted.

**Rider** - Any person who competes on the racetrack in a meet.

**Scoring** - Officials who provide all timing information and race results.

**Stadium Floor** – The floor area in the open air part of a stadium. This does not include tunnels or ramps that provide access to the stadium floor area.

**Staging or Starting Area** - The location where riders and machines are assembled prior to the start of an event.

**Starting Gate** - Any of various types of movable barriers for lining up and giving an equal start to the riders.

**Stock** - Parts manufactured and delivered by the OEM, which are identical to the parts installed on the motorcycle by the OEM before retail sale.

**Superseded** - This term refers to new OEM parts that replace old parts for increased safety or durability but not to improve performance.

**Suspension** (with reference to penalties) - The loss of all rights to compete as a rider or participate as a member of a pit crew for a stated period.

**Technical Inspector** - The technician who inspects all motorcycles and equipment of riders participating in a meet.

**Timed Qualifying Practice** - A practice against time by an individual rider. Laps are electronically timed for each rider to determine qualifying order.

The following represents active, registered trademarks, trademarks and service marks of American Motorcyclist Association, Inc. (AMA). Usage of any AMA trademark or registered trademark without our permission is prohibited.

AMA U.S. Supercross Championship™

AMA Supercross®

AMA 450SX™

AMA 250SX™

AMA SX Lites®

Supercross Lites®

Arenacross®

AMA 250AX™

250AX™

AMA Arenacross Lites™

AMA AX Lites®

AX Lites®

**Supercross information can also be found at:**
**www.amasupercross.com. This includes Anti-Doping, rules, event supplemental regulations, competition bulletins, schedules, event specific information, online registration for license, credential and entry's and anything else you might need.**



13515 Yarmouth Drive
Pickerington, Ohio 43147
AMASupercross.com

11, Route Suisse
CH-1295 Mies (Switzerland)
www.fim-live.com