UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRIAN MOREAU,

    Plaintiff,

v.                                         CASE NO. 8:22-cv-01295-TPB-CPT

FELD MOTOR SPORTS, INC.;
THE MEDIC RIG, LLC;
AMERICAN MOTORCYCLE
ASSOCIATION d/b/a AMERICAN
MOTORCYCLIST ASSOCIATION;
JOHN A. BODNAR, M.D.;
JAMES KENNEDYE, M.D.;
AMY METIVA; and SCOTT COMBS,

    Defendants.
_____/

## AMA'S UNOPPOSED MOTION TO CORRECT PREVIOUSLY FILED EXHIBIT BY SUBSTITUTING CORRECTED REDACTED EXHIBIT

Defendant American Motorcycle Association d/b/a American Motorcyclist Association ("AMA") submits this unopposed motion to correct previously filed exhibit with substituted and corrected redacted exhibit. In support of this motion, AMA states as follows:

1. On May 21, 2024, AMA filed its Motion to Dismiss Plaintiff's Third Amended Complaint (Dkt. 203) ("AMA's Motion"). Four exhibits were attached to AMA's Motion, including Exhibit 3 (Dkt. 203-3) ("Exhibit 3"). Exhibit 3 is a Minor Release and Waiver of Liability and Indemnity Agreement signed by Plaintiff's guardian on December 12, 2019. Plaintiff also signed the agreement and inserted his

1

date of birth. AMA inadvertently did not redact Plaintiff's date of birth pursuant to *Federal Rule of Civil Procedure* 5.2.

2. On June 11, 2024, Plaintiff filed his response to AMA's Motion and brought the unredacted birthdate in Exhibit 3 to AMA's attention.

3. A copy of a corrected Exhibit 3 with Plaintiff's birthdate redacted is attached hereto.

4 Counsel for the parties have conferred regarding the relief requested, and counsel for Plaintiff consents to the requested relief.

5. For the foregoing reasons, AMA hereby requests that the Court (a) grant AMA leave to file and substitute the corrected version of Exhibit 3 attached to this motion; (b) direct the Clerk to substitute the corrected version of Exhibit 3 attached hereto for the version of Exhibit 3 currently contained in the Court's file as Dkt. 203-3; (c) direct the Clerk to destroy the originally filed version of Exhibit 3; and (d) grant such other and further relief as the Court deems appropriate.

### CERTIFICATION PURSUANT TO LOCAL RULE 3.01

Pursuant to Local Rule 3.01(g), counsel for AMA hereby certifies that they conferred on June 13, 2024, with counsel for Plaintiff regarding the relief sought in this Motion, and that counsel for Plaintiff consents to the requested relief.

### MEMORANDUM OF LAW

This Court possesses the authority to control its docket and to correct the docket when appropriate to do so. Accordingly, AMA respectfully requests that the Court

permit AMA to file and substitute a corrected version of Exhibit 3 for the version of Exhibit 3 previously filed with AMA's Motion.

Dated June 13, 2024

                               /s/ Caroline C. Spradlin
                               Michael S. Hooker | FBN: 0330655 (Lead)
                               michael.hooker@phelps.com
                               Caroline Catchpole Spradlin | FBN: 1003631
                               caroline.spradlin@phelps.com
                               **PHELPS DUNBAR LLP**
                               100 South Ashley Drive, Suite 2000
                               Tampa, Florida 33602-5315
                               Ph: 813-472-7550; Fax: 813-472-7570
                               *Counsel for American Motorcycle Association d/b/a American Motorcyclist Association*

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2024, the foregoing was electronically filed using the Court's CM/ECF system, thereby serving all registered users in this case.

                               /s/ Caroline C. Spradlin
                               *Counsel for American Motorcycle Association d/b/a American Motorcyclist Association*