# EXHIBIT 3

Message

**From:**     supercrossmedia [supercrossmedia@feldinc.com]
**Sent:**     12/26/2019 9:19:35 PM
**To:**       Brennen, Sean [sbrennen@feldinc.com]
**Subject:**  NBC Sports & Feld Motor Sports Announce 2020 Monster Energy Supercross Coverage Schedule



Website Tickets Store News LIVE! Photos TV Results Tracks Teams Contact




# NBC SPORTS & FELD MOTOR SPORTS ANNOUNCE 2020 MONSTER ENERGY SUPERCROSS COVERAGE SCHEDULE

**More Than 120 Hours of Supercross Coverage to be Showcased on NBC, NBCSN, NBCSports.com, NBC Sports App and NBC Sports Gold**

**Season Begins at Angel Stadium of Anaheim on Saturday, January 4, at 10 p.m. ET on NBCSN**

**"Supercross Pass" on NBC Sports Gold Available Now, Providing Exclusive Live Streaming Coverage of All Qualifiers and Races**

FMS_INC_0000851

## Supercross Season Preview Airs this Friday Night, Dec. 27, at 12 a.m. ET on NBCSN

**STAMFORD, Conn.** - Dec. 26, 2019 - NBC Sports and Feld Motor Sports announced today the 2020 Monster Energy AMA Supercross, an FIM World Championship broadcast schedule. NBC Sports will present more than 120 hours of Supercross in 2020, highlighted by live coverage of all Supercross Heats, Last Chance Qualifiers and Main Events across NBC, NBCSN, NBCSports.com, the NBC Sports app, and NBC Sports Gold - NBC Sports Digital's direct-to-consumer live streaming product.

NBC Sports Gold will offer subscribers "Supercross Pass" - a comprehensive one-stop-shop package of events that will include all Supercross qualifiers and races live and on-demand replays without commercial interruption, as well as present exclusive expert analysis and interviews. "Supercross Pass" is available now for $74.99. Click here to purchase. Monster Energy Supercross is the most competitive and highest-profile off-road motorcycle racing championship in the world attracting millions of fans set inside the world's most recognizable and prestigious stadiums.

NBC Sports looks ahead to 2020 with the Supercross preview show, a one-hour made-for-television special that will air this Friday night, Dec. 27, at 12 a.m. ET on NBCSN. The season preview features an all-star cast of superstars - **Ken Roczen, Eli Tomac, Adam Cianciarulo, Malcolm Stewart** and reigning Supercross Champion **Cooper Webb** as they prepare for the gate to drop in Anaheim, plus an interview with long-time fan favorite **Chad Reed** as he plans to line up for the final season in his illustrious career. Encore presentations will air on NBCSN on Sunday, Dec. 29, at 7 p.m. ET and on Saturday, Jan. 4, at 9 p.m. ET.

NBC Sports' 2020 Supercross programming begins Saturday, Jan. 4, 2020, at 10 p.m. ET on NBCSN with live coverage from Angel Stadium of Anaheim in Anaheim, Calif., kicking off the first of 14 consecutive weeks of Supercross on NBC, NBCSN, NBCSports.com, the NBC Sports app and NBC Sports Gold, before returning for the final three rounds after the Easter break. **Ralph Sheheen** and **Leigh Diffey** will handle play-by-play duties for this season's Supercross coverage. They'll be joined by five-time Supercross champion and seven-time Motocross champion Ricky Carmichael, host and former racer **Daniel Blair**, and reporter **Will Christien**.

The 2020 schedule includes a pair of events airing on NBC: Sunday, Jan. 12, from The Dome at America's Center in St. Louis, Mo., and Sunday, April 19 from Gillette Stadium in Foxborough, Mass. The 2020 season will culminate with the Monster Energy Cup on Saturday, Oct. 10 on NBCSN.

Below is the complete 2020 Monster Energy Supercross schedule on NBC and NBCSN.

**Click the image below to view the NBC Sports Season Video Trailer:**

FMS_INC_0000852



*delayed coverage
#All televised coverage streams on NBCSports.com and the NBC Sports app

For more information, visit SupercrossLIVE.com, the official website of Monster Energy
Supercross, or follow via social channels:

- Facebook: facebook.com/supercrosslive

- Twitter: twitter.com/supercrosslive

- Instagram: instagram.com/supercrosslive

- YouTube: youtube.com/supercrosslive

**Sign up to receive press releases and news from Monster Energy Supercross**

**Media Contact:**
**Sean Brennen**
Feld Entertainment, Inc. - Supercross Public Relations Manager
(703)                                                                                                     448-3664
sbrennen@feldinc.com

**Jamie Palatini**
NBC Sports Group
Jamie.Palatini@nbcuni.com
(203) 356.2791

**About Monster Energy Supercross:**
Monster Energy AMA Supercross, an FIM World Championship, is the most competitive and
highest-profile off-road motorcycle racing championship on the planet visiting 13 different
states in 2020. Founded in America and sanctioned by the American Motorcyclist Association
(AMA) in 1974, Supercross is currently co-sanctioned by the Federation Internationale de
Motocyclisme (FIM), the official global governing body for motorcycle racing, thus making it a
formal World Championship. Over 17 weeks and a million-dollar All-Star Race, Supercross
attracts some of the largest and most impressive crowds inside the most recognizable and
prestigious stadiums in North America to race in front of nearly one million live fans and
broadcast to millions more worldwide. For more information, visit SupercrossLIVE.com.

**About Feld Entertainment, Inc.:**

Feld Entertainment® is the worldwide leader in producing and presenting live touring family entertainment experiences that bring people together and uplift the human spirit. Properties include Monster Jam®, Monster Energy Supercross, *Disney On Ice, Disney Live!*, Marvel Universe LIVE!, *Sesame Street Live!*, Jurassic World Live Tour and DreamWorks Trolls The Experience. Across the brand portfolio, Feld Entertainment has entertained millions of families in more than 75 countries and on six continents. Visit feldentertainment.com for more information.

**About NBC Sports Group:**
NBC Sports Group serves sports fans 24/7 with premier live events, insightful studio shows, and compelling original programming. The sports media company consists of NBC Sports, NBC Olympics, NBCSN, Golf Channel, Olympic Channel: Home of Team USA, NBC Sports Regional Networks, NBC Sports Radio and NBC Sports Digital, which include NBCSports.com, NBCOlympics.com, GolfChannel.com, the digital assets of the NBC Sports Regional Networks, Rotoworld, the NBC Sports Talk franchise, multiple apps, and two transactional sports businesses, GolfNow and SportsEngine, and a direct-to-consumer product NBC Sports Gold. NBC Sports Group possesses an unparalleled collection of media rights agreements, partnering with some of the most prestigious sports properties in the world: the International Olympic Committee and United States Olympic Committee, the NFL, NHL, NASCAR, INDYCAR, PGA TOUR, The R&A, PGA of America, Churchill Downs, Premier League, Tour de France, French Open, and many more.

**About NBC Sports Gold:**
NBC Sports Gold is NBC Sports' direct-to-consumer live streaming product that provides sports fans with access to exclusive premium sports events and content, live and on-demand, at an affordable price. Launched in 2016 with a single cycling product, NBC Sports Gold currently offers 18 individual sports "passes" - twelve domestic (PGA TOUR LIVE, Premier League, Premier League Match Day, INDYCAR, Cycling, Track & Field, Premier Lacrosse League, Speed Skating, Rugby, Rugby World Cup, Supercross, and Snow, consisting of seven Olympic winter sports); two regional (Blazers and Philly); one combination (Supercross and Pro Motocross), two domestic and international (Figure Skating and Pro Motocross); and one international-only (Notre Dame Football). Find NBC Sports Gold in the NBC Sports app available in the U.S. on Apple iOS & tvOS, Android, Android TV, Amazon Fire TV, Roku, Chromecast and NBCSportsGold.com, and also on Xfinity X1 and Xfinity Flex.

###





Feld Entertainment, 800 Feld Way, Palmetto, FL 34221

SafeUnsubscribe™ sbrennen@feldinc.com

Forward this email | Update Profile | About our service provider

Sent by supercrossmedia@feldinc.com

FMS_INC_0000855