# EXHIBIT 4

  

# 2020 SUPERCROSS RIDER/TEAM INFORMATION

This document is to serve as a guide. All riders entered in the event MUST attend the rider meeting.
Supercross rules and information can also be found at: www.amasupercross.com

**Round 7: Tampa**

**Introduction:**
- Welcome to the 2020 Monster Energy AMA Supercross, an FIM World Championship season. We will be distributing a rider & team guide via email prior to each event. The goal of this guide is to provide you with event specific information along with discussion points that may present themselves throughout the year. It is important to note that all riders entered in the event MUST still attend the mandatory rider meeting. This guide is to help increase the lines of communication and your feedback is always welcome.
    *Mike Pelletier*
    *AMA Supercross Manager*

**Supercross Formats:**
- The Standard Format will be used for Tampa adhering to the following model:
    - Free Practices
    - Timed Qualifying Practices
    - Two Heat Races
        - 1st through 9th will advance to the Main Event
        - 10th through 20th will advance to the Last Chance Qualifier
    - One Last Chance Qualifier
        - 1st through 4th will advance to the Main Event
    - One Final (Main Event)

**Concussion Program & Protocol:**
- As a reminder, each rider must provide documentation that they have completed an ImPACT Concussion Management Test prior to being accepted for entry into any AMA Supercross meet.
- An overview of the Concussion Program and Return to Ride Protocol can be found on the Alpinestars Mobile Medical Unit's website at: http://themedicrig.com/rider-information/#concussion

**Anti-Doping Code:**
- The 450SX and 250SX class riders will follow the terms and conditions of the FIM Anti-Doping Code.
- Both the AMA Substance Abuse Policy and the FIM Anti-Doping Code are available online at www.amasupercross.com or upon request from the AMA office.
- If you are interested in learning more about Anti-Doping, you can sign up for the Anti-Doping e-learning platform (ADeL). This offers access to all topics related to Anti-Doping and courses for athletes, coaches and doctors. The following link will direct you to that program: https://adel.wada-ama.org.
- Any questions related to the FIM Anti-Doping Code or TUEs can be directed to Evelyne Magnin at the FIM via the following email address: evelyne.magnin@fim.ch

**Parking:**
- Please contact the SX Paddock Manager, Lindsey Alkire, to receive specific instructions and parking times. Call or text (616) 706-9203 or email lmalkire@feldinc.com.

AMA_000949

  

**Sound Testing:**
- The sound levels in the 250SX and 450SX classes will be verified with the 2-meter max method. This is the same as last year. **All competitors entered may be sound tested at any time.**
    - The 2020 maximum sound limit is set at:
        - <u>For pre-race inspection</u>: Max. 112 dB/A
        - <u>For post-race inspection</u>: Max. 113 dB/A
- When directed by an AMA Official, please proceed directly to the designated sound test area.
- Failure to do so will result in a penalty.

**Gate Procedure:**
- Only one mechanic per bike will be allowed.
    - Collared shirts and appropriate attire is mandatory.
- The arrival of the rider's motorcycle will receive gate choice.
- Please be considerate of other bikes trying to get through once called to the starting line.
- Do not start your motorcycle until directed to do so by an AMA Official.
- Grooming may be done anywhere behind the front leading edge of the starting gate.
    - No shovels, tools, water or other implements are permitted to be used.
    - A brush utilizing nylon type bristles may be used. (No steel type bristles).
    - Slamming of the gate at any time will not be tolerated.
    - Burnouts on the starting gate's plastic sign is prohibited.
        - A one-lap penalty will be enforced for non-compliance.
- Starting blocks may be used on metal starting pads.
    - All starting blocks must be silver or black in color and approved by AMA Tech.
- The two end gates are designated for the LCQ and Main Events ONLY.
    - They will not be available for use during the Heat Races.
    - If you are lined up behind an end gate during a Heat Race, you will be required to move.

**Starting Procedure:**
- An AMA Official will give the signal to start your engines and will point down the entire grid.
    - Mechanics must exit to the rear of the grid.
- The 30-second sign will be held upright for 30 seconds and then turned sideways.
    - Upon the sign being turned sideways, the gate will fall between a 5-10 second interval.
    - When using a digital type count down 30-second board, if the board malfunctions in any way during its display, the start procedure will continue and the board will be turned sideways at 30 seconds.

**Qualifying & Alternates:**
- Afternoon qualifying practices will be used to compile the 40 fastest riders in the 450SX and 250SX classes.
- These 40 riders will advance to the Evening Program.
    - Alternates will be allowed to take the place of a qualified top 40 rider who is unable to make their Heat Race.
    - Once an alternate officially replaces a top 40 qualified rider, the qualified rider is no longer eligible to participate in any further races at that meet.
    - We ask that alternates be available (in gear) prior to the Heat Races in Pre-Staging.
        - AMA staging personnel will notify them of their eligibility to compete.
        - Qualified riders 41 – 44 from each class are requested to be available in Pre-Staging.
        - Top 40 qualified riders that know they will not be able to make the start of the Heat Race but still intend on participating in the LCQ must inform AMA staging personnel of their intent prior to the staging of the Heat Race.

  

**Flags and Lights:**
- Safety is a main priority and we ask that each of you obey all official signals and directions given to you on course.
- Please take the time to familiarize yourself once again with the following flags and lights.
    - Solid Blue Flag:
        - Indicates you are about to be overtaken by faster riders.
        - When conditions allow, move out of the fast line. Once out of the fast line, hold your line, do not ride erratically and do not impede the faster rider's progress.
        - Riders disregarding the blue flag may be penalized at the discretion of Race Direction.
    - Yellow Flag or Yellow Flashing Light:
        - Indicates serious hazard on or near the track. This includes the sighting or cool down laps.
        - Passing is allowed.
        - Proceed with extreme caution.
    - Black Flag:
        - Indicates a problem with a rider's motorcycle or a penalty.
        - The black-flagged rider must carefully reduce speed and proceed around the course to the mechanic's area.
        - Black-flagged riders are not permitted to return to the racecourse unless cleared by Race Direction.
    - Red Flag:
        - May be displayed anywhere on course.
        - Indicates the practice, qualifying or race has been stopped.
        - Reduce speed and proceed safely as directed by a race official.
    - White Flag with Red Cross or Red Flashing Light:
        - This flag or a red flashing light may be displayed at the beginning of a triple jump or a series of jumps.
        - Takes precedence over all other flags that may be displayed.
        - No passing is allowed until clear of the incident.
        - The riders must do all of the obstacles individually, I.E. NO double, triple, step on/off etc. until clear of the incident.
        - Riders must exercise extreme caution and not race or accelerate in an unsafe manner until they are clear of the incident.
        - When used on a triple jump, the area of concern is at a minimum, the whole obstacle, I.E. if a rider is down on the face of the triple or after the first or second jump, you must not jump any section of the triple.
        - This includes the sighting or cool down laps.

**2020 Season Notes:**
- There are KTM Juniors in the Tampa program.
- The Arlington and Las Vegas rounds will be Triple Crown Formats.
- Motorcycle Usage: Riders may use up to two motorcycles throughout the Triple Crown Events.
- Denver and Salt Lake City will be East/West Showdowns with points being awarded in the Main Event.
- Printed copies of the 2020 AMA Supercross Rulebook are available at the AMA Semi.
- Transponders **MUST** be returned at the conclusion of each event. Fines will be enforced for late returns.
- The privateer hospitality dinner that is provided through the SXMX Outreach program along with Team Faith will be providing hospitality on Saturday 4:00 pm – 6:00 pm for privateers and their families. This dinner will only take place in conjunction with the Supercross Futures events.
- Due to the early event schedule in both Atlanta and Foxborough:
    - Technical Control, Sound Testing and Rider Registration will take place on **Friday ONLY**.

  

## 2020 Monster Energy AMA Supercross, an FIM World Championship
## Schedule of Events for: Tampa

**Saturday**

| Time | Event |
|---|---|
| *10:00 am - 10:30 am* | *KTM Junior Racing Riders Meeting (KTM Trailer)* |
| 10:30 am - 11:00 am | Riders Track Walk |
| 11:00 am - 11:15 am | **Riders Meeting (Mandatory)** |
| 11:15 am - 11:30 am | Chapel Service |
| 12:00 pm - 12:08 pm | 250SX Group C Free Practice |
| 12:10 pm - 12:18 pm | 250SX Group B Free Practice |
| 12:20 pm - 12:28 pm | 250SX Group A Free Practice |
| 12:30 pm - 12:38 pm | 450SX Group A Free Practice |
| 12:40 pm - 12:48 pm | 450SX Group B Free Practice |
| 12:50 pm - 12:58 pm | 450SX Group C Free Practice |
| 1:05 pm - 1:15 pm | 250SX Group B Qualifying |
| 1:20 pm - 1:30 pm | 250SX Group C Qualifying |
| 1:35 pm - 1:45 pm | 250SX Group A Qualifying |
| 1:50 pm - 2:00 pm | 450SX Group A Qualifying |
| 2:05 pm - 2:15 pm | 450SX Group B Qualifying |
| 2:20 pm - 2:30 pm | 450SX Group C Qualifying |
| *2:30 pm - 2:45 pm* | *KTM Junior Racing Practice* |
| 2:45 pm - 2:55 pm | **Promoter Track Walk** |
| 2:55 pm - 3:20 pm | **Track Maintenance** |
| 3:20 pm - 3:30 pm | 250SX Group C Qualifying |
| 3:35 pm - 3:45 pm | 250SX Group B Qualifying |
| 3:50 pm - 4:00 pm | 250SX Group A Qualifying |
| 4:05 pm - 4:15 pm | 450SX Group A Qualifying |
| 4:20 pm - 4:30 pm | 450SX Group B Qualifying |
| 4:35 pm - 4:45 pm | 450SX Group C Qualifying |
| *4:45 pm - 5:00 pm* | *KTM Junior Racing Practice* |
| 5:00 pm - 5:10 pm | **Promoter Track Walk** |
| 5:10 pm - 6:15 pm | **Track Maintenance** |

**Registration Times:**
Friday: 9:00 am – 5:00 pm
Saturday: 8:30 am – 11:00 am
Bonus Awards Participant Registration at the Venue

**Tech Inspection Times:**
Saturday: 9:00 am – 11:00 am at the Venue

**Sound Testing Times: (Mandatory)**
Friday: 12:00 pm – 3:00 pm at the Venue
Saturday: 9:00 am – 11:00 am at the Venue

**Working Paddock Hours:**
Friday: 8:00 am – 6:00 pm
Saturday: 7:00 am Paddock opens

**Note:**
In each class, the 40 fastest riders from Timed Qualifying will advance to the Evening Program (the Fast 40). **Alternates may be added to the Evening Program.**

In the 450SX class, a rider who is currently in the Top 10 in points that fails to make the Fast 40 will be placed as 21st gate pick in the first Heat Race.

The top 40 times from Qualifying Practice in both classes transfer directly to the Heat Races.

**Evening Program**

| Time | Event |
|---|---|
| 6:30 pm – 7:06 pm | Opening Ceremonies |
| **7:06 pm - 7:14 pm** | **250SX Heat #1 – 6 Minutes/Plus 1 lap - 20 riders (1 - 9 to Main)** |
| **7:21 pm - 7:29 pm** | **250SX Heat #2 – 6 Minutes/Plus 1 lap - 20 riders (1 - 9 to Main)** |
| **7:36 pm - 7:44 pm** | **450SX Heat #1 – 6 Minutes/Plus 1 lap - 20 riders (1 - 9 to Main)** |
| **7:51 pm - 7:59 pm** | **450SX Heat #2 – 6 Minutes/Plus 1 lap - 20 riders (1 - 9 to Main)** |
| 8:05 pm – 8:11 pm | KTM Junior Racing Main Event – 3 Laps – 15 Riders |
| 8:11 pm – 8:20 pm | Track Maintenance |
| **8:20 pm - 8:27 pm** | **250SX Last Chance Qualifier – 5 Minutes/Plus 1 lap - 22 riders (1 - 4 to Main)** |
| **8:32 pm - 8:39 pm** | **450SX Last Chance Qualifier – 5 Minutes/Plus 1 lap - 22 riders (1 - 4 to Main)** |
| 8:39 pm – 8:47 pm | Intermission |
| 8:47 pm – 8:50 pm | 250SX Sighting Lap |
| **8:52 pm - 9:09 pm** | **250SX Main Event – 15 Minutes/Plus 1 lap - 22 riders** |
| 9:09 pm – 9:19 pm | 250SX Victory Circle |
| 9:19 pm – 9:24 pm | Track Maintenance |
| 9:24 pm – 9:27 pm | 450SX Sighting Lap |
| **9:29 pm - 9:51 pm** | **450SX Main Event – 20 Minutes/Plus 1 lap - 22 riders** |
| 9:51 pm - 10:00 pm | 450SX Victory Circle |

American Motorcyclist Association
13515 Yarmouth Dr.
Pickerington, OH 43147
www.amasupercross.com
Ver. 2.12.20

AMA_000952

  

# Tampa Track Map



AMA_000953

  

# Tampa Venue Map



AMA_000954