EXHIBIT 40

| | |
|---|---|
| **From:** | Matthew Pilsner |
| **Sent:** | Wednesday, November 27, 2024 8:19 AM |
| **To:** | Juan Carlos Ramos Rosado |
| **Cc:** | Javier Micheo; Caroline Catchpole Spradlin (7672); Mariandrea Rodriguez; Michael Hooker (7866); Samantha Powell (7663); Mark Schweikert; Fransheska Reyes (7877); David L. Gordon; Gretchen Jankowski; ddoyle@pdmplaw.com; Janet Preston; Bethany Nduka; Julie L. Simco; Jessica Brannan (7690); Brian Albritton (7557); Richard Salazar; Matthew Pilsner |
| **Subject:** | RE: Moreau - Outstanding Items |
| **Attachments:** | FMS's Objections and Responses to Plaintiff's Amended Notice of 30(b)(6) Deposition.pdf |

J.C.,

Attached please find FMS's Responses and Objections to Plaintiff's Amended Rule 30(b)(6) Notice.  Per the parties' agreement, please also confirm Mr. Prater's deposition for December 20, 2024.  We can use Buchanan's Tampa office as the location.

Thank you,

Matt

**Matthew C. Pilsner**
**Counsel**
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219-4413
412 562 3921 (o)
412 925 1847 (c)
matthew.pilsner@bipc.com

# Buchanan

vCard | Bio | BIPC.com | LinkedIn

**From:** Juan Carlos Ramos Rosado <J.Ramos@dmrpr.com>
**Sent:** Thursday, November 21, 2024 5:32 PM
**To:** Matthew Pilsner <matthew.pilsner@bipc.com>
**Cc:** Javier Micheo <j.micheo@dmrpr.com>; Caroline Catchpole Spradlin (7672) <caroline.spradlin@phelps.com>; Mariandrea Rodriguez <m.rodriguez@dmrpr.com>; Michael Hooker (7866) <Michael.Hooker@phelps.com>; Samantha Powell (7663) <Samantha.Powell@phelps.com>; Mark Schweikert <mark@schweikertlaw.com>; Fransheska Reyes (7877) <Fransheska.Reyes@phelps.com>; David L. Gordon <david.gordon@bipc.com>; Gretchen Jankowski <gretchen.jankowski@bipc.com>; ddoyle@pdmplaw.com; Janet Preston <jpreston@pdmplaw.com>; Bethany Nduka <bnduka@pdmplaw.com>; Julie L. Simco <julie.simco@bipc.com>; Jessica Brannan (7690) <Jessica.Brannan@phelps.com>; Brian Albritton (7557) <Brian.Albritton@phelps.com>; Richard Salazar <Richard.Salazar@bipc.com>
**Subject:** RE: Moreau - Outstanding Items

Hi All,

Please find attached the Notice of Taking Virtual Deposition of Mike Muye.

Best,

--



**Juan C. Ramos, Esq., LL.M.,** Partner
Tel: (305) 548-8666 | (939) 940-6603
1430 South Dixie Hwy.
Suite 314
Coral Gables, FL 33146
j.ramos@dmrpr.com | www.dmrpr.com

The information and attachments contained in this e-mail are confidential and may be legally privileged. If you are not the intended recipient of this message, you must not read, use or disseminate that information. Unintended recipient(s) must immediately delete the e-mail and attachment(s), and notify the sender. Although this e-mail and any other attachments are believed to be free of any virus, or any other defect which might affect any computer or IT system into which they are received and opened, it is the responsibility of the recipient to ensure that they are virus free and no responsibility is accepted by DMR Law LLC for any loss or damage arising in any way from receipt or use thereof. Unless otherwise expressly provided by the sender, neither this communication nor the signature block contained herein shall constitute an "electronic signature" under the Electronic Signature Act, F.S. 668, *et seq.* nor any other similar act under any state, local, or federal law, custom, or practice.

**From:** Juan Carlos Ramos Rosado
**Sent:** Thursday, November 21, 2024 2:13 PM
**To:** Matthew Pilsner <matthew.pilsner@bipc.com>
**Cc:** Javier Micheo <j.micheo@dmrpr.com>; Caroline Catchpole Spradlin (7672) <caroline.spradlin@phelps.com>; Mariandrea Rodriguez <m.rodriguez@dmrpr.com>; Michael Hooker (7866) <Michael.Hooker@phelps.com>; Samantha Powell (7663) <Samantha.Powell@phelps.com>; Mark Schweikert <mark@schweikertlaw.com>; Fransheska Reyes (7877) <Fransheska.Reyes@phelps.com>; David L. Gordon <david.gordon@bipc.com>; Gretchen Jankowski <gretchen.jankowski@bipc.com>; ddoyle@pdmplaw.com; Janet Preston <jpreston@pdmplaw.com>; Bethany Nduka <bnduka@pdmplaw.com>; Julie L. Simco <julie.simco@bipc.com>; Jessica Brannan (7690) <Jessica.Brannan@phelps.com>; Brian Albritton (7557) <Brian.Albritton@phelps.com>; Richard Salazar <Richard.Salazar@bipc.com>
**Subject:** RE: Moreau - Outstanding Items

Morning Matt,

Yes. I have this on my queue. Will send it to you between today and tomorrow.

Because Muye will not be a designee, we are leaning towards doing this deposition virtually. Will confirm shortly.

Best,

--



**Juan C. Ramos, Esq., LL.M.,** Partner
Tel: (305) 548-8666 | (939) 940-6603
1430 South Dixie Hwy.
Suite 314
Coral Gables, FL 33146
j.ramos@dmrpr.com | www.dmrpr.com

The information and attachments contained in this e-mail are confidential and may be legally privileged. If you are not the intended recipient of this message, you must not read, use or disseminate that information. Unintended recipient(s) must immediately delete the e-mail and attachment(s), and notify the sender. Although this e-mail and any other attachments are believed to be free of any virus, or any other defect which might affect any computer or IT system into which they are received and opened, it is the responsibility of the recipient to ensure that they are virus free and no responsibility is accepted by DMR Law LLC for any loss or damage arising in any way from receipt or use thereof.  Unless otherwise expressly provided by the sender, neither this communication nor the signature block contained herein shall constitute an "electronic signature" under the Electronic Signature Act, F.S. 668, *et seq.* nor any other similar act under any state, local, or federal law, custom, or practice.

**From:** Matthew Pilsner <matthew.pilsner@bipc.com>
**Sent:** Thursday, November 21, 2024 8:16 AM
**To:** Juan Carlos Ramos Rosado <J.Ramos@dmrpr.com>
**Cc:** Javier Micheo <j.micheo@dmrpr.com>; Caroline Catchpole Spradlin (7672) <caroline.spradlin@phelps.com>; Mariandrea Rodriguez <m.rodriguez@dmrpr.com>; Michael Hooker (7866) <Michael.Hooker@phelps.com>; Samantha Powell (7663) <Samantha.Powell@phelps.com>; Mark Schweikert <mark@schweikertlaw.com>; Fransheska Reyes (7877) <Fransheska.Reyes@phelps.com>; David L. Gordon <david.gordon@bipc.com>; Gretchen Jankowski <gretchen.jankowski@bipc.com>; ddoyle@pdmplaw.com; Janet Preston <jpreston@pdmplaw.com>; Bethany Nduka <bnduka@pdmplaw.com>; Julie L. Simco <julie.simco@bipc.com>; Jessica Brannan (7690) <Jessica.Brannan@phelps.com>; Brian Albritton (7557) <Brian.Albritton@phelps.com>; Richard Salazar <Richard.Salazar@bipc.com>; Matthew Pilsner <matthew.pilsner@bipc.com>
**Subject:** RE: Moreau - Outstanding Items

JC,

I am following up on the below, and in particular, to confirm the Mike Muye deposition for December 12 in our Tampa office.

Matt

**Matthew C. Pilsner**
**Counsel**
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219-4413
412 562 3921 (o)
412 925 1847 (c)
matthew.pilsner@bipc.com

# Buchanan

vCard | Bio | BIPC.com | LinkedIn

**From:** Matthew Pilsner <matthew.pilsner@bipc.com>
**Sent:** Tuesday, November 19, 2024 12:38 PM
**To:** Caroline Catchpole Spradlin (7672) <caroline.spradlin@phelps.com>; Juan Carlos Ramos Rosado

<J.Ramos@dmrpr.com>

**Cc:** Javier Micheo <j.micheo@dmrpr.com>; Mariandrea Rodriguez <m.rodriguez@dmrpr.com>; Michael Hooker (7866) <Michael.Hooker@phelps.com>; Samantha Powell (7663) <Samantha.Powell@phelps.com>; Mark Schweikert <mark@schweikertlaw.com>; Fransheska Reyes (7877) <Fransheska.Reyes@phelps.com>; David L. Gordon <david.gordon@bipc.com>; Gretchen Jankowski <gretchen.jankowski@bipc.com>; ddoyle@pdmplaw.com; Janet Preston <jpreston@pdmplaw.com>; Bethany Nduka <bnduka@pdmplaw.com>; Julie L. Simco <julie.simco@bipc.com>; Jessica Brannan (7690) <Jessica.Brannan@phelps.com>; Brian Albritton (7557) <Brian.Albritton@phelps.com>; Richard Salazar <Richard.Salazar@bipc.com>; Matthew Pilsner <matthew.pilsner@bipc.com>; Matthew Pilsner <matthew.pilsner@bipc.com>

**Subject:** RE: Moreau - Outstanding Items

JC,

Further to the below, Mike Muye will not be a designee and we anticipate that Dave Prater will be a designee on some topics. We will serve our responses in short order so you will have Dave's topics well in advance of December 20. In the meantime, please send us a formal notice for Mr. Muye's deposition. We can use our Tampa office as the location.

Thanks,

Matt

**Matthew C. Pilsner**
**Counsel**
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219-4413
412 562 3921 (o)
412 925 1847 (c)
matthew.pilsner@bipc.com

# Buchanan

vCard | Bio | BIPC.com | LinkedIn

---

**From:** Caroline Catchpole Spradlin (7672) <caroline.spradlin@phelps.com>
**Sent:** Tuesday, November 19, 2024 11:20 AM
**To:** Juan Carlos Ramos Rosado <J.Ramos@dmrpr.com>; Matthew Pilsner <matthew.pilsner@bipc.com>
**Cc:** Javier Micheo <j.micheo@dmrpr.com>; Mariandrea Rodriguez <m.rodriguez@dmrpr.com>; Michael Hooker (7866) <Michael.Hooker@phelps.com>; Samantha Powell (7663) <Samantha.Powell@phelps.com>; Mark Schweikert <mark@schweikertlaw.com>; Fransheska Reyes (7877) <Fransheska.Reyes@phelps.com>; David L. Gordon <david.gordon@bipc.com>; Gretchen Jankowski <gretchen.jankowski@bipc.com>; ddoyle@pdmplaw.com; Janet Preston <jpreston@pdmplaw.com>; Bethany Nduka <bnduka@pdmplaw.com>; Julie L. Simco <julie.simco@bipc.com>; Jessica Brannan (7690) <Jessica.Brannan@phelps.com>; Brian Albritton (7557) <Brian.Albritton@phelps.com>; Richard Salazar <Richard.Salazar@bipc.com>; Caroline Catchpole Spradlin (7672) <caroline.spradlin@phelps.com>
**Subject:** RE: Moreau - Outstanding Items

Hi JC,

My responses to some of your responses below in purple. Please let me know when you are available to discuss AMA's production. I would like to get that resolved so that we can determine our 30(b)(6) and get that moving forward.

Thank you,
Caroline

---

**Caroline Catchpole Spradlin**
Associate
Phelps Dunbar LLP
100 South Ashley Drive
Suite 2000
Tampa, FL  33602
Telephone: 813-222-7672
Fax: 813-472-7570
Email: caroline.spradlin@phelps.com



CONFIDENTIALITY NOTICE - This e-mail message, including any attachments, is private communication sent by a law firm, Phelps Dunbar LLP, and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, any use, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.

**From:** Juan Carlos Ramos Rosado <J.Ramos@dmrpr.com>
**Sent:** Tuesday, November 19, 2024 10:09 AM
**To:** Matthew Pilsner <matthew.pilsner@bipc.com>; Caroline Catchpole Spradlin (7672) <caroline.spradlin@phelps.com>
**Cc:** Javier Micheo <j.micheo@dmrpr.com>; Mariandrea Rodriguez <m.rodriguez@dmrpr.com>; Michael Hooker (7866) <Michael.Hooker@phelps.com>; Samantha Powell (7663) <Samantha.Powell@phelps.com>; Mark Schweikert <mark@schweikertlaw.com>; Fransheska Reyes (7877) <Fransheska.Reyes@phelps.com>; David L. Gordon <david.gordon@bipc.com>; Gretchen Jankowski <gretchen.jankowski@bipc.com>; ddoyle@pdmplaw.com; Janet Preston <jpreston@pdmplaw.com>; Bethany Nduka <bnduka@pdmplaw.com>; Julie L. Simco <julie.simco@bipc.com>; Jessica Brannan (7690) <Jessica.Brannan@phelps.com>; Brian Albritton (7557) <Brian.Albritton@phelps.com>; Richard Salazar <Richard.Salazar@bipc.com>
**Subject:** RE: Moreau - Outstanding Items

Good morning,

My responses in red below.

Thanks,

5

--



**Juan C. Ramos, Esq., LL.M.,** Partner
Tel: (305) 548-8666 | (939) 940-6603
1430 South Dixie Hwy.
Suite 314
Coral Gables, FL 33146
j.ramos@dmrpr.com | www.dmrpr.com

The information and attachments contained in this e-mail are confidential and may be legally privileged. If you are not the intended recipient of this message, you must not read, use or disseminate that information. Unintended recipient(s) must immediately delete the e-mail and attachment(s), and notify the sender. Although this e-mail and any other attachments are believed to be free of any virus, or any other defect which might affect any computer or IT system into which they are received and opened, it is the responsibility of the recipient to ensure that they are virus free and no responsibility is accepted by DMR Law LLC for any loss or damage arising in any way from receipt or use thereof.  Unless otherwise expressly provided by the sender, neither this communication nor the signature block contained herein shall constitute an "electronic signature" under the Electronic Signature Act, F.S. 668, *et seq.* nor any other similar act under any state, local, or federal law, custom, or practice.

**From:** Matthew Pilsner <matthew.pilsner@bipc.com>
**Sent:** Tuesday, November 19, 2024 8:40 AM
**To:** Juan Carlos Ramos Rosado <J.Ramos@dmrpr.com>; Caroline Catchpole Spradlin (7672) <caroline.spradlin@phelps.com>
**Cc:** Javier Micheo <j.micheo@dmrpr.com>; Mariandrea Rodriguez <m.rodriguez@dmrpr.com>; Michael Hooker (7866) <Michael.Hooker@phelps.com>; Samantha Powell (7663) <Samantha.Powell@phelps.com>; Mark Schweikert <mark@schweikertlaw.com>; Fransheska Reyes (7877) <Fransheska.Reyes@phelps.com>; David L. Gordon <david.gordon@bipc.com>; Gretchen Jankowski <gretchen.jankowski@bipc.com>; ddoyle@pdmplaw.com; Janet Preston <jpreston@pdmplaw.com>; Bethany Nduka <bnduka@pdmplaw.com>; Julie L. Simco <julie.simco@bipc.com>; Jessica Brannan (7690) <Jessica.Brannan@phelps.com>; Brian Albritton (7557) <Brian.Albritton@phelps.com>; Richard Salazar <Richard.Salazar@bipc.com>; Matthew Pilsner <matthew.pilsner@bipc.com>
**Subject:** RE: Moreau - Outstanding Items

Hi JC,

Thank you for your email.  We will respond to the balance of your email shortly, but in the meantime, we write to address the Feld depositions.

As you know, Feld is located in Palmetto, which is in Manatee County—part of the Tampa Division of the Middle District of Florida.  Plaintiff also brought his case in that federal district court.  So we will make our witnesses available at a location in the Tampa Bay area, not in your offices in Miami—which is approximately four hours away.  Alternatively, we can make Mr. Muye and Mr. Prater available by virtual means.  Please let us know your preference so that we can secure an appropriate location for their depositions.

<span style="color:red">Honestly, Miami or Tampa is not an issue at all for us. As I said, I only included Miami as a placeholder believing that it would be more convenient for your client but if it is not, we'll simply get a place in Tampa. If we decide to take it virtually, I would let you know but for now we envision these depositions to be taken in person.</span>

Further, we are not suggesting that all Feld deposition be taken in December – only Mr. Muye, Mr. Prater, and our corporate designee to the extent that we designate either Mr. Muye or Mr. Prater on any topic(s).  We can make Todd Jendro and Rodney Jackson, as well as any other designee(s) available early next year, as their schedules do not have the same constraints as our other witnesses.

<span style="color:red">Understood. I just wanted to make that clear because it seemed from context that the AMA is also trying to have us set their corporate rep depositions before the season starts.</span>

It will depend on the topics as to who our corporate rep is. I anticipate we may be designating multiple individuals, but if it is someone heavily involved with Supercross then we would likely need to get their deposition completed before the season starts.

We have also further discussed December 12 (Muye) and December 20 (Prater) with the AMA and since learned that the AMA can cover Mr. Muye's deposition on December 12 so long as we start at a reasonably early hour (e.g., 9:00 AM). To that end, please confirm these dates as soon as possible. And to the extent we designate either Mr. Muye or Mr. Prater as a designee on any topic, we will provide that information in short order.

As I said, both of those dates work for us so we can pencil those in for now. Before formally noticing them, however, I would need to know if they will be corporate reps (and if so, on what topics) or if they will simply be third parties.

Matt

**Matthew C. Pilsner**
**Counsel**
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219-4413
412 562 3921 (o)
412 925 1847 (c)
matthew.pilsner@bipc.com

# Buchanan

vCard | Bio | BIPC.com | LinkedIn

---

**From:** Juan Carlos Ramos Rosado <J.Ramos@dmrpr.com>
**Sent:** Monday, November 18, 2024 9:13 PM
**To:** Matthew Pilsner <matthew.pilsner@bipc.com>; Caroline Catchpole Spradlin (7672) <caroline.spradlin@phelps.com>
**Cc:** Javier Micheo <j.micheo@dmrpr.com>; Mariandrea Rodriguez <m.rodriguez@dmrpr.com>; Michael Hooker (7866) <Michael.Hooker@phelps.com>; Samantha Powell (7663) <Samantha.Powell@phelps.com>; Mark Schweikert <mark@schweikertlaw.com>; Fransheska Reyes (7877) <Fransheska.Reyes@phelps.com>; David L. Gordon <david.gordon@bipc.com>; Gretchen Jankowski <gretchen.jankowski@bipc.com>; ddoyle@pdmplaw.com; Janet Preston <jpreston@pdmplaw.com>; Bethany Nduka <bnduka@pdmplaw.com>; Julie L. Simco <julie.simco@bipc.com>; Jessica Brannan (7690) <Jessica.Brannan@phelps.com>; Brian Albritton (7557) <Brian.Albritton@phelps.com>; Richard Salazar <Richard.Salazar@bipc.com>
**Subject:** RE: Moreau - Outstanding Items

Hi All,

Here are our answers to the pending items from our meeting last Tuesday:

Expert Rebuttals: You had tentatively proposed a December 20 deadline for Plaintiff to serve the expert rebuttal reports. Please confirm this date so that the parties may so stipulate.

Confirmed that we will work with December 20 with the caveat that, despite our best efforts during the last few days, I have not been able to substantively discuss with at least three of our experts. If we need more time, we will advise and confer but I don't expect this to be the case.

Amended Rule 30(b)(6) Notices: You had indicated that Plaintiff would endeavor to serve the amended notices this week.  To ensure that the appropriate designees may be deposed before the season starts, we ask that you serve the notices no later than Friday, November 15.

We are attaching the 30(b)(6) notice for Feld. As you will notice, we included December 12 as the date for the deposition and our offices in Miami as location (because Feld is in Palmetto). This is, naturally, a placeholder considering the ongoing scheduling coordination.

As to TMR and AMA, we will serve our 30(b)(6) in short order. With the AMA in particular, we have some discovery issues we want to confer with Caroline before finalizing our list of topics. We'll address those directly.

Let me know when you would like to discuss. Let's try to get that taken care of as soon as possible so that we can get the 30(b)(6) topics in light of my concerns about my corporate rep(s) potentially being unavailable during the Supercross season.

Feld Depositions:  As with the Rule 30(b)(6) notices, please let us know by Friday whether the following dates work for the depositions of Mike Muye (December 5) and Dave Prater (December 16 or 18).  Again, Messrs. Muye and Prater will be extraordinarily unavailable once the season starts in January.   We had also proposed December 16 or December 18 for Todd Jendro, so please let us know on that date as well.  And, as discussed, we can make Rodney Jackson available throughout the balance of the year.  We understand that you intend to send us dates in short order.

While I want to be reasonable and accommodate your clients as much as possible, I don't think there is a world which we can do all the Feld and AMA depositions in December. As mentioned in my email last Friday, unfortunately, December 5, 16 or 18 does not work for us. We already have a week full of depos on another case (December 2-6) and will be traveling for another matter on December 16-18.  Also, after reviewing in detail the AMA's discovery responses, there are matters that I want to address before setting all those depositions.

Please let me know so we can coordinate a discussion as soon as possible.

In December, we are available the week of December 9 to December 13 and December 20. After that, the Holidays are in full force although I am also open to working with the first week of January (before the start of Supercross) if necessary.  Otherwise, we can just set these depositions for later.  While I understand that it will be inconvenient for Feld and the AMA to produce their corporate reps after the season starts, I'm sure we can find a time that does not interfere with their duties before the close of discovery.

As we have also discussed, Muye and Prater may also be designated corporate reps. Now that you have the topics, please let me know if that is still the case.

While we are available on the December 12 (Muye) and December 20 (Prater), the AMA is not available on the 12th. All that being said, I'm happy to continue working with you guys on getting this set now that you have more information to work with.

As Matt advised, we can be available on December 12, but would appreciate starting early to minimize how late the deposition runs.

Third-Party Depositions:  Defendants proposed taking all third-party depositions by virtual means.  Please confirm that Plaintiff agrees with this approach.

No objection.

Depositions of Plaintiff Witnesses:  Please confirm that Plaintiff will voluntarily make Brian's mother, Gerrard Valat, and Charles Abgo available for depositions remotely from France.  We are unopposed to taking these depositions in 2025, so that we may use the balance of this year to ensure that the Feld and AMA depositions take place before the season starts.

While I have not been able to speak to everyone yet, I don't expect this to be an issue. Let me know what dates you propose deposing them and I'll work on confirming the dates and producing the witnesses virtually. If you want to use our available dates in December to depose them, please let us know so we may coordinate.

Tyler Keefe Texts:  We asked that you produce the complete text string between Tyler Keefe and Brian.  Also, as we discussed, Tyler Keefe is available on most Wednesday's for his deposition to be taken, so let us know what works with your schedule and we can coordinate with Mr. Keefe.

The messages between Tyler and Brian were already produced.  Please refer to bates numbers 2851-2865, 3340, 4839-4842, and 4879-4884.

NBC Subpoena:  We understand that you do not know the status of any production, but will let us know once you speak with Mark.

NBC asked for more time to respond.  We have not yet received any documents and are following up.  We will provide copies of NBC's production once received.

Gerrard Valat Text:  We understand that you intend to further investigate the video embedded in the text message string that show Brian riding a motorcycle in 2021.  We also understand that you will inquire as to the whereabouts of the native version of that video and will produce it consistent with Plaintiff's obligation to produce relevant and responsive evidence.

We have added the native version of the video to the Dropbox link Mark sent on November 12, 2024. I know Caroline had expressed her interest in deposing Brian about this video. To that end, we would have no objection to producing Brian virtually for a deposition on this topic.

I have checked the Dropbox link that Mark sent on 11/12, but the last item was added 6 days ago. Please forward the video or provide a new link.

Let me know if you wish to discuss over the phone this week. I will be traveling on Wednesday and Friday but I can make myself available tomorrow (although I will have to work around other meetings that I have) or Thursday (lots more availability).

Best,

--



**Juan C. Ramos, Esq., LL.M.,** Partner
Tel: (305) 548-8666 | (939) 940-6603
1430 South Dixie Hwy.
Suite 314
Coral Gables, FL 33146
j.ramos@dmrpr.com | www.dmrpr.com

The information and attachments contained in this e-mail are confidential and may be legally privileged. If you are not the intended recipient of this message, you must not read, use or disseminate that information. Unintended recipient(s) must immediately delete the e-mail and attachment(s), and notify the sender. Although this e-mail and any other attachments are believed to be free of any virus, or any other defect which might affect any computer or IT system into which they are received and opened, it is the responsibility of the recipient to ensure that they are virus free and no responsibility is accepted by DMR Law LLC for any loss or damage arising in any way from receipt or use thereof.  Unless otherwise expressly provided by the sender, neither this communication nor the signature block contained herein shall constitute an "electronic signature" under the Electronic Signature Act, F.S. 668, *et seq*. nor any other similar act under any state, local, or federal law, custom, or practice.

**From:** Matthew Pilsner <matthew.pilsner@bipc.com>
**Sent:** Monday, November 18, 2024 4:55 PM
**To:** Caroline Catchpole Spradlin (7672) <caroline.spradlin@phelps.com>; Juan Carlos Ramos Rosado <J.Ramos@dmrpr.com>
**Cc:** Javier Micheo <j.micheo@dmrpr.com>; Mariandrea Rodriguez <m.rodriguez@dmrpr.com>; Michael Hooker (7866) <Michael.Hooker@phelps.com>; Samantha Powell (7663) <Samantha.Powell@phelps.com>; Mark Schweikert <mark@schweikertlaw.com>; Fransheska Reyes (7877) <Fransheska.Reyes@phelps.com>; David L. Gordon <david.gordon@bipc.com>; Gretchen Jankowski <gretchen.jankowski@bipc.com>; ddoyle@pdmplaw.com>; Janet Preston <jpreston@pdmplaw.com>; Bethany Nduka <bnduka@pdmplaw.com>; Julie L. Simco <julie.simco@bipc.com>; Jessica Brannan (7690) <Jessica.Brannan@phelps.com>; Brian Albritton (7557) <Brian.Albritton@phelps.com>; Richard Salazar <Richard.Salazar@bipc.com>; Matthew Pilsner <matthew.pilsner@bipc.com>
**Subject:** RE: Moreau - Outstanding Items

JC,

Further to the below, we can make Mike Muye available on December 12 and Dave Prater available on December 20.   These dates comport with the availability that you provided below, but please confirm that you will be noticing the deposition for these dates so we can let the witnesses know to block their respective calendars.

Thanks,

Matt

**Matthew C. Pilsner**
**Counsel**
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219-4413
412 562 3921 (o)

412 925 1847 (c)
matthew.pilsner@bipc.com

# Buchanan

vCard | Bio | BIPC.com | LinkedIn

---

**From:** Caroline Catchpole Spradlin (7672) <caroline.spradlin@phelps.com>
**Sent:** Monday, November 18, 2024 3:02 PM
**To:** Juan Carlos Ramos Rosado <J.Ramos@dmrpr.com>; Matthew Pilsner <matthew.pilsner@bipc.com>
**Cc:** Javier Micheo <j.micheo@dmrpr.com>; Mariandrea Rodriguez <m.rodriguez@dmrpr.com>; Michael Hooker (7866) <Michael.Hooker@phelps.com>; Samantha Powell (7663) <Samantha.Powell@phelps.com>; Mark Schweikert <mark@schweikertlaw.com>; Fransheska Reyes (7877) <Fransheska.Reyes@phelps.com>; David L. Gordon <david.gordon@bipc.com>; Gretchen Jankowski <gretchen.jankowski@bipc.com>; ddoyle@pdmplaw.com; Janet Preston <jpreston@pdmplaw.com>; Bethany Nduka <bnduka@pdmplaw.com>; Julie L. Simco <julie.simco@bipc.com>; Jessica Brannan (7690) <Jessica.Brannan@phelps.com>; Brian Albritton (7557) <Brian.Albritton@phelps.com>; Richard Salazar <Richard.Salazar@bipc.com>; Matthew Pilsner <matthew.pilsner@bipc.com>; Caroline Catchpole Spradlin (7672) <caroline.spradlin@phelps.com>
**Subject:** RE: Moreau - Outstanding Items

JC,

In the interest of keeping the coordination in one thread, I'm following up on the below. I think our best approach at this point is to identify all dates that work for counsel in December. To that end, please provide all of your availability in December so that we have a better picture for all depositions that have been discussed, party and non-party. My only conflicts for December are Thursday 12/12 through Friday 12/13, and a case management conference (by zoom) at 11:30 am on December 19 which I would need to break for if we do schedule a deposition that day. Buchanan and Doyle, will you also advise what your availability is so we have a set of dates that work for all of us?

With respect to AMA personnel, I am still working on dates, but here is what I have so far. Caveat that when we can produce witnesses will depend on who we designate as our corporate rep(s) which we can only do after we receive the 30(b)(6) topics:

Michael Pelletier – Only available December 9-11. He will be out of the country or traveling for holidays the remainder of December.
- Located in Ohio

Jeff Canfield – unavailable December 2-6, otherwise flexible in December (excluding holidays)
- Located in Ohio

Jeff Wolens – flexible in December (excluding holidays)
- Located in Ohio

Tim McAdams – TBD
- Located in Michigan

Tim Kennedy – TBD
- Located in Idaho

John Gallagher – available January 6 or 13, 2025

- Located in California

For scheduling purposes, we need to know as soon as possible if you intend to take these depositions in person or virtually. Otherwise, we look forward to your responses on Matt's outstanding items per your email below on Friday.

Best,
Caroline


**Caroline Catchpole Spradlin**
Associate
Phelps Dunbar LLP
100 South Ashley Drive
Suite 2000
Tampa, FL  33602
Telephone: 813-222-7672
Fax: 813-472-7570
Email: caroline.spradlin@phelps.com



CONFIDENTIALITY NOTICE - This e-mail message, including any attachments, is private communication sent by a law firm, Phelps Dunbar LLP, and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, any use, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.

**From:** Juan Carlos Ramos Rosado <J.Ramos@dmrpr.com>
**Sent:** Friday, November 15, 2024 6:03 PM
**To:** Matthew Pilsner <matthew.pilsner@bipc.com>
**Cc:** Javier Micheo <j.micheo@dmrpr.com>; Mariandrea Rodriguez <m.rodriguez@dmrpr.com>; Caroline Catchpole Spradlin (7672) <caroline.spradlin@phelps.com>; Michael Hooker (7866) <Michael.Hooker@phelps.com>; Samantha Powell (7663) <Samantha.Powell@phelps.com>; Mark Schweikert <mark@schweikertlaw.com>; Fransheska Reyes (7877) <Fransheska.Reyes@phelps.com>; David L. Gordon <david.gordon@bipc.com>; Gretchen Jankowski <gretchen.jankowski@bipc.com>; ddoyle@pdmplaw.com; Janet Preston <jpreston@pdmplaw.com>; Bethany Nduka <bnduka@pdmplaw.com>; Julie L. Simco <julie.simco@bipc.com>; Jessica Brannan (7690) <Jessica.Brannan@phelps.com>; Brian Albritton (7557) <Brian.Albritton@phelps.com>; Richard Salazar <Richard.Salazar@bipc.com>; Matthew Pilsner <matthew.pilsner@bipc.com>
**Subject:** Re: Moreau - Outstanding Items

Sorry I didn't get a chance to get on the phone today. I have been out of the office dealing with an urgent matter all afternoon.

December 9-13 is not the only week we are available but we have general availability that week. I can also do the 20th for sure.

This situation today threw me off but I will finish working on these matters during the weekend and send over on Monday at the latest.

Get Outlook for iOS

---

**From:** Matthew Pilsner <matthew.pilsner@bipc.com>
**Sent:** Friday, November 15, 2024 12:06:05 PM
**To:** Juan Carlos Ramos Rosado <J.Ramos@dmrpr.com>
**Cc:** Javier Micheo <j.micheo@dmrpr.com>; Mariandrea Rodriguez <m.rodriguez@dmrpr.com>; Caroline Catchpole Spradlin (7672) <caroline.spradlin@phelps.com>; Michael Hooker (7866) <Michael.Hooker@phelps.com>; Samantha Powell (7663) <Samantha.Powell@phelps.com>; Mark Schweikert <mark@schweikertlaw.com>; Fransheska Reyes (7877) <Fransheska.Reyes@phelps.com>; David L. Gordon <david.gordon@bipc.com>; Gretchen Jankowski <gretchen.jankowski@bipc.com>; ddoyle@pdmplaw.com <ddoyle@pdmplaw.com>; Janet Preston <jpreston@pdmplaw.com>; Bethany Nduka <bnduka@pdmplaw.com>; Julie L. Simco <julie.simco@bipc.com>; Jessica Brannan (7690) <Jessica.Brannan@phelps.com>; Brian Albritton (7557) <Brian.Albritton@phelps.com>; Richard Salazar <Richard.Salazar@bipc.com>; Matthew Pilsner <matthew.pilsner@bipc.com>
**Subject:** RE: Moreau - Outstanding Items

JC,

I just left your office a voicemail so that we could further discuss these dates. Are you suggesting that December 9-13 is the only week for the rest of the calendar year during which Plaintiff's counsel is available for depositions? Please let me know if you are available for a call this afternoon.

We have been trying to nail down these deposition dates for weeks now and must get them completed by the end of the year. As I have repeatedly advised on our calls and in multiple emails, Mr. Prater and Mr. Muye will be generally unavailable beginning in January, when the Supercross season starts again.

We also need the Amended Rule 30(b)(6) notices as soon as possible so that we can make the appropriate witnesses available before the end of the year. Please advise whether you still intend to serve that today, as you indicated on our call on Wednesday.

Matt

**Matthew C. Pilsner**
**Counsel**
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219-4413
412 562 3921 (o)
412 925 1847 (c)
matthew.pilsner@bipc.com

# Buchanan

vCard  |  Bio  |  BIPC.com  |  LinkedIn

---

**From:** Juan Carlos Ramos Rosado <J.Ramos@dmrpr.com>
**Sent:** Friday, November 15, 2024 11:37 AM

**To:** Matthew Pilsner <matthew.pilsner@bipc.com>
**Cc:** Javier Micheo <j.micheo@dmrpr.com>; Mariandrea Rodriguez <m.rodriguez@dmrpr.com>; Caroline Catchpole Spradlin (7672) <caroline.spradlin@phelps.com>; Michael Hooker (7866) <Michael.Hooker@phelps.com>; Samantha Powell (7663) <Samantha.Powell@phelps.com>; Mark Schweikert <mark@schweikertlaw.com>; Fransheska Reyes (7877) <Fransheska.Reyes@phelps.com>; David L. Gordon <david.gordon@bipc.com>; Gretchen Jankowski <gretchen.jankowski@bipc.com>; ddoyle@pdmplaw.com; Janet Preston <jpreston@pdmplaw.com>; Bethany Nduka <bnduka@pdmplaw.com>; Julie L. Simco <julie.simco@bipc.com>; Jessica Brannan (7690) <Jessica.Brannan@phelps.com>; Brian Albritton (7557) <Brian.Albritton@phelps.com>; Richard Salazar <Richard.Salazar@bipc.com>
**Subject:** RE: Moreau - Outstanding Items

Good morning Matt,

Unfortunately, those dates are not going to work.

Do they have availability the week of December 9-13?

--



**Juan C. Ramos, Esq., LL.M.,** Partner
Tel: (305) 548-8666 | (939) 940-6603
1430 South Dixie Hwy.
Suite 314
Coral Gables, FL 33146
j.ramos@dmrpr.com | www.dmrpr.com

The information and attachments contained in this e-mail are confidential and may be legally privileged. If you are not the intended recipient of this message, you must not read, use or disseminate that information. Unintended recipient(s) must immediately delete the e-mail and attachment(s), and notify the sender. Although this e-mail and any other attachments are believed to be free of any virus, or any other defect which might affect any computer or IT system into which they are received and opened, it is the responsibility of the recipient to ensure that they are virus free and no responsibility is accepted by DMR Law LLC for any loss or damage arising in any way from receipt or use thereof.  Unless otherwise expressly provided by the sender, neither this communication nor the signature block contained herein shall constitute an "electronic signature" under the Electronic Signature Act, F.S. 668, *et seq*. nor any other similar act under any state, local, or federal law, custom, or practice.

**From:** Matthew Pilsner <matthew.pilsner@bipc.com>
**Sent:** Friday, November 15, 2024 11:34 AM
**To:** Juan Carlos Ramos Rosado <J.Ramos@dmrpr.com>
**Cc:** Javier Micheo <j.micheo@dmrpr.com>; Mariandrea Rodriguez <m.rodriguez@dmrpr.com>; Caroline Catchpole Spradlin (7672) <caroline.spradlin@phelps.com>; Michael Hooker (7866) <Michael.Hooker@phelps.com>; Samantha Powell (7663) <Samantha.Powell@phelps.com>; Mark Schweikert <mark@schweikertlaw.com>; Fransheska Reyes (7877) <Fransheska.Reyes@phelps.com>; David L. Gordon <david.gordon@bipc.com>; Gretchen Jankowski <gretchen.jankowski@bipc.com>; ddoyle@pdmplaw.com; Janet Preston <jpreston@pdmplaw.com>; Bethany Nduka <bnduka@pdmplaw.com>; Julie L. Simco <julie.simco@bipc.com>; Jessica Brannan (7690) <Jessica.Brannan@phelps.com>; Brian Albritton (7557) <Brian.Albritton@phelps.com>; Richard Salazar <Richard.Salazar@bipc.com>; Matthew Pilsner <matthew.pilsner@bipc.com>
**Subject:** RE: Moreau - Outstanding Items
**Importance:** High

J.C.,

Circling back on this, are you able to confirm today whether the following dates work for the depositions of Mike Muye (December 5) and Dave Prater (December 16 or 18)?

Thanks,

Matt

**Matthew C. Pilsner**
**Counsel**
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219-4413
412 562 3921 (o)
412 925 1847 (c)
matthew.pilsner@bipc.com

# Buchanan

vCard  |  Bio  |  BIPC.com  |  LinkedIn

---

**From:** Matthew Pilsner <matthew.pilsner@bipc.com>
**Sent:** Wednesday, November 13, 2024 2:30 PM
**To:** Juan Carlos Ramos Rosado <J.Ramos@dmrpr.com>
**Cc:** Javier Micheo <j.micheo@dmrpr.com>; Mariandrea Rodriguez <m.rodriguez@dmrpr.com>; Caroline Catchpole Spradlin (7672) <caroline.spradlin@phelps.com>; Michael Hooker (7866) <Michael.Hooker@phelps.com>; Samantha Powell (7663) <Samantha.Powell@phelps.com>; Mark Schweikert <mark@schweikertlaw.com>; Fransheska Reyes (7877) <Fransheska.Reyes@phelps.com>; David L. Gordon <david.gordon@bipc.com>; Gretchen Jankowski <gretchen.jankowski@bipc.com>; ddoyle@pdmplaw.com; Janet Preston <jpreston@pdmplaw.com>; Bethany Nduka <bnduka@pdmplaw.com>; Julie L. Simco <julie.simco@bipc.com>; Jessica Brannan (7690) <Jessica.Brannan@phelps.com>; Brian Albritton (7557) <Brian.Albritton@phelps.com>; Richard Salazar <Richard.Salazar@bipc.com>; Matthew Pilsner <matthew.pilsner@bipc.com>
**Subject:** RE: Moreau - Outstanding Items

J.C.,

Thank you for the productive call this afternoon.  As discussed, please let us know on the following as soon as possible.

Expert Rebuttals:  You had tentatively proposed a December 20 deadline for Plaintiff to serve the expert rebuttal reports.  Please confirm this date so that the parties may so stipulate

Amended Rule 30(b)(6) Notices: You had indicated that Plaintiff would endeavor to serve the amended notices this week.  To ensure that the appropriate designees may be deposed before the season starts, we ask that you serve the notices no later than Friday, November 15.

Feld Depositions:  As with the Rule 30(b)(6) notices, please let us know by Friday whether the following dates work for the depositions of Mike Muye (December 5) and Dave Prater (December 16 or 18).  Again, Messrs. Muye and Prater will be extraordinarily unavailable once the season starts in January.  We had also proposed December 16 or December 18 for Todd Jendro, so please let us know on that date as well.  And, as discussed, we can make Rodney Jackson available throughout the balance of the year.  We understand that you intend to send us dates in short order.

Third-Party Depositions:  Defendants proposed taking all third-party depositions by virtual means.  Please confirm that Plaintiff agrees with this approach.

<u>Depositions of Plaintiff Witnesses</u>:  Please confirm that Plaintiff will voluntarily make Brian's mother, Gerrard Valat, and Charles Abgo available for depositions remotely from France.  We are unopposed to taking these depositions in 2025, so that we may use the balance of this year to ensure that the Feld and AMA depositions take place before the season starts.

<u>Tyler Keefe Texts</u>:  We asked that you produce the complete text string between Tyler Keefe and Brian.  Also, as we discussed, Tyler Keefe is available on most Wednesday's for his deposition to be taken, so let us know what works with your schedule and we can coordinate with Mr. Keefe.

<u>NBC Subpoena</u>:  We understand that you do not know the status of any production, but will let us know once you speak with Mark.

<u>Gerrard Valat Text</u>:  We understand that you intend to further investigate the video embedded in the text message string that show Brian riding a motorcycle in 2021.  We also understand that you will inquire as to the whereabouts of the native version of that video and will produce it consistent with Plaintiff's obligation to produce relevant and responsive evidence.

Please let us know if your understanding differs from ours on any of these issues.  We look forward to hearing from you.

Thank you,

Matt

**Matthew C. Pilsner**
**Counsel**
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219-4413
412 562 3921 (o)
412 925 1847 (c)
matthew.pilsner@bipc.com

# Buchanan

vCard | Bio | BIPC.com | LinkedIn

---

**From:** Mark Schweikert <mark@schweikertlaw.com>
**Sent:** Tuesday, November 12, 2024 9:53 PM
**To:** Matthew Pilsner <matthew.pilsner@bipc.com>; Juan Carlos Ramos Rosado <J.Ramos@dmrpr.com>
**Cc:** Javier Micheo <j.micheo@dmrpr.com>; Mariandrea Rodriguez <m.rodriguez@dmrpr.com>; Caroline Catchpole Spradlin (7672) <caroline.spradlin@phelps.com>; Michael Hooker (7866) <Michael.Hooker@phelps.com>; Samantha Powell (7663) <Samantha.Powell@phelps.com>; Fransheska Reyes (7877) <Fransheska.Reyes@phelps.com>; David L. Gordon <david.gordon@bipc.com>; Gretchen Jankowski <gretchen.jankowski@bipc.com>; ddoyle@pdmplaw.com>; Janet Preston <jpreston@pdmplaw.com>; Bethany Nduka <bnduka@pdmplaw.com>; Julie L. Simco <julie.simco@bipc.com>; Jessica Brannan (7690) <Jessica.Brannan@phelps.com>; Brian Albritton (7557) <Brian.Albritton@phelps.com>; Richard Salazar <Richard.Salazar@bipc.com>; Matthew Pilsner <matthew.pilsner@bipc.com>
**Subject:** Re: Moreau - Outstanding Items

Good evening,

Please find attached to this email the following:

- The verification page for Plaintiff's answers to the AMA's interrogatories.

- Plaintiff's supplement to his amended initial disclosures.

- A supplemental privilege log for additional emails with French attorneys.

We are also producing the following via a Dropbox available here.

- The documents related to the cost of constructing Brian's new home (MOREAU04793-4877).

- Brian's iMessages with Gerard Valat (MOREAU04878).

- Brian's unredacted WhatsApp messages with Gerard Valat on pages MOREAU03175, 3176, and 3178, before our legal team was involved in January 2021.

- Brian's WhatsApp messages with Tyler Keefe (MOREAU04879-4884).

- Emails with Jerome Henry, a French attorney consulted by Gerard Valat on Brian's behalf. One email was forwarded by Gerard to a third-party, Laurence Orsini (MOREAU04891), who is the mother of Brian's then girlfriend. We are thus producing all emails with Jerome Henry (MOREAU04885-4904).

If you have any issues with the Dropbox, please let us know.

Thank you.

**Mark A. Schweikert, Esq.**

SCHWEIKERT LAW

1111 Brickell Avenue, Suite 1550
Miami, Florida 33131
Office: (305) 999-1906
Mobile: (305) 926-9452
mark@schweikertlaw.com
https://www.schweikertlaw.com/

CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

PLEASE BE ADVISED that neither this email nor any other correspondence between you and I will establish or shall be construed as establishing an attorney-client relationship. An attorney-client relationship between us can only be established by a separate written agreement signed in writing by you.

**From:** Matthew Pilsner <matthew.pilsner@bipc.com>
**Date:** Monday, November 11, 2024 at 11:26 AM
**To:** Juan Carlos Ramos Rosado <J.Ramos@dmrpr.com>, Mark Schweikert <mark@schweikertlaw.com>
**Cc:** Javier Micheo <j.micheo@dmrpr.com>, Mariandrea Rodriguez <m.rodriguez@dmrpr.com>, Caroline Catchpole Spradlin (7672) <caroline.spradlin@phelps.com>, Michael Hooker (7866) <Michael.Hooker@phelps.com>, Samantha Powell (7663) <Samantha.Powell@phelps.com>, Fransheska Reyes (7877) <Fransheska.Reyes@phelps.com>, David L. Gordon <david.gordon@bipc.com>, Gretchen Jankowski <gretchen.jankowski@bipc.com>,

ddoyle@pdmplaw.com <ddoyle@pdmplaw.com>, Janet Preston <jpreston@pdmplaw.com>, Bethany
Nduka <bnduka@pdmplaw.com>, Julie L. Simco <julie.simco@bipc.com>, Jessica Brannan (7690)
<Jessica.Brannan@phelps.com>, Brian Albritton (7557) <Brian.Albritton@phelps.com>, Richard Salazar
<Richard.Salazar@bipc.com>, Matthew Pilsner <matthew.pilsner@bipc.com>
**Subject:** RE: Moreau - Outstanding Items

Mark and Juan,

We are following up yet again on the email correspondence below, including as to my October 22, 2024
email that has remained unresolved for the last three weeks.

Please be advised that the November 22, 2024 deposition date for Mr. Muye (which we offered nearly a
week ago but have still not heard back) remains open until the close of business today.  If we do not hear
from you by then, we are going to release that date for Mr. Muye.

Also, please advise as to Plaintiff's position on Caroline's November 5 email regarding the deadline for
Plaintiff's rebuttal disclosures.   We are happy to further discuss that issue with you to avoid having to
seek the Court's intervention.

We likewise need to know whether Plaintiff intends to produce the outstanding discovery-related material
that I raised in my omnibus October 21 email.  Again, we are trying to avoid unnecessarily burdening the
Court with readily avoidable motions practice on this issue, particularly in light of Judge Tuite's
observations regarding the value of cooperation among counsel in this District.

Please let us know if you are available for telephone call tomorrow.  We can make ourselves available at
any time other than 11:00-12:00.

Thank you,

Matt

**Matthew C. Pilsner**
**Counsel**
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219-4413
412 562 3921 (o)
412 925 1847 (c)
matthew.pilsner@bipc.com

# Buchanan

vCard | Bio | BIPC.com | LinkedIn

---

**From:** Juan Carlos Ramos Rosado <J.Ramos@dmrpr.com>
**Sent:** Wednesday, November 6, 2024 2:27 PM
**To:** Caroline Catchpole Spradlin (7672) <caroline.spradlin@phelps.com>; Mark Schweikert <mark@schweikertlaw.com>
**Cc:** Matthew Pilsner <matthew.pilsner@bipc.com>; Javier Micheo <j.micheo@dmrpr.com>; Mariandrea Rodriguez
<m.rodriguez@dmrpr.com>; Michael Hooker (7866) <Michael.Hooker@phelps.com>; Samantha Powell (7663)
<Samantha.Powell@phelps.com>; Fransheska Reyes (7877) <Fransheska.Reyes@phelps.com>; David L. Gordon
<david.gordon@bipc.com>; Gretchen Jankowski <gretchen.jankowski@bipc.com>; ddoyle@pdmplaw.com; Janet

Preston <jpreston@pdmplaw.com>; Bethany Nduka <bnduka@pdmplaw.com>; Julie L. Simco <julie.simco@bipc.com>; Jessica Brannan (7690) <Jessica.Brannan@phelps.com>; Brian Albritton (7557) <Brian.Albritton@phelps.com>; Richard Salazar <Richard.Salazar@bipc.com>
**Subject:** RE: Moreau - Outstanding Items

Hi Caroline/Matthew,

January 29th is fine for mediation.

We haven't had a chance to internally discuss the balance of your email but we will do so ASAP so we can get back to you on it.

Best,
--



**Juan C. Ramos, Esq., LL.M.,** Partner
Tel: (305) 548-8666 | (939) 940-6603
1430 South Dixie Hwy.
Suite 314
Coral Gables, FL 33146
j.ramos@dmrpr.com | www.dmrpr.com

The information and attachments contained in this e-mail are confidential and may be legally privileged. If you are not the intended recipient of this message, you must not read, use or disseminate that information. Unintended recipient(s) must immediately delete the e-mail and attachment(s), and notify the sender. Although this e-mail and any other attachments are believed to be free of any virus, or any other defect which might affect any computer or IT system into which they are received and opened, it is the responsibility of the recipient to ensure that they are virus free and no responsibility is accepted by DMR Law LLC for any loss or damage arising in any way from receipt or use thereof. Unless otherwise expressly provided by the sender, neither this communication nor the signature block contained herein shall constitute an "electronic signature" under the Electronic Signature Act, F.S. 668, *et seq.* nor any other similar act under any state, local, or federal law, custom, or practice.

**From:** Caroline Catchpole Spradlin (7672) <caroline.spradlin@phelps.com>
**Sent:** Tuesday, November 5, 2024 11:33 AM
**To:** Mark Schweikert <mark@schweikertlaw.com>; Juan Carlos Ramos Rosado <J.Ramos@dmrpr.com>
**Cc:** Matthew Pilsner <matthew.pilsner@bipc.com>; Javier Micheo <j.micheo@dmrpr.com>; Mariandrea Rodriguez <m.rodriguez@dmrpr.com>; Michael Hooker (7866) <Michael.Hooker@phelps.com>; Samantha Powell (7663) <Samantha.Powell@phelps.com>; Fransheska Reyes (7877) <Fransheska.Reyes@phelps.com>; David L. Gordon <david.gordon@bipc.com>; Gretchen Jankowski <gretchen.jankowski@bipc.com>, ddoyle@pdmplaw.com; Janet Preston <jpreston@pdmplaw.com>; Bethany Nduka <bnduka@pdmplaw.com>; Julie L. Simco <julie.simco@bipc.com>; Jessica Brannan (7690) <Jessica.Brannan@phelps.com>; Brian Albritton (7557) <Brian.Albritton@phelps.com>; Richard Salazar <Richard.Salazar@bipc.com>; Caroline Catchpole Spradlin (7672) <caroline.spradlin@phelps.com>
**Subject:** RE: Moreau - Outstanding Items
**Importance:** High

Mark,

Further to Matt's email below, we'd also like to coordinate a scheduling conference this week among all parties as we discussed following the case status conference on Thursday. **What is your availability Thursday and Friday of this week for a brief call?**

We note that while we told the Court we would be disclosing pursuant to the November 1st expert disclosure deadline, the deadlines for both our disclosures and the rebuttals were extended in the most recent order. **Will you agree to disclose the rebuttal reports pursuant to the original November 18th deadline**? We don't believe a three-and-a-half-month gap is necessary for your rebuttals.

Finally, I have heard from all other parties regarding their availability for mediation. **Currently, all other parties are available January 29.** I have placed a hold for this date, but **I need to know as soon as possible if you are available** so we can confirm the hold and lock in the date. Given the very limited availability, we need your response quickly or we're going to have to start over.


Thank you,
Caroline


**Caroline Catchpole Spradlin**
Associate
Phelps Dunbar LLP
100 South Ashley Drive
Suite 2000
Tampa, FL  33602
Telephone: 813-222-7672
Fax: 813-472-7570
Email: caroline.spradlin@phelps.com





CONFIDENTIALITY NOTICE - This e-mail message, including any attachments, is private communication sent by a law firm, Phelps Dunbar LLP, and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, any use, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.

**From:** Matthew Pilsner <matthew.pilsner@bipc.com>
**Sent:** Tuesday, November 5, 2024 10:45 AM
**To:** Mark Schweikert <mark@schweikertlaw.com>
**Cc:** Javier Micheo <j.micheo@dmrpr.com>; Mariandrea Rodriguez <m.rodriguez@dmrpr.com>; Michael Hooker (7866) <Michael.Hooker@phelps.com>; Juan Carlos Ramos Rosado <J.Ramos@dmrpr.com>; Samantha Powell (7663) <Samantha.Powell@phelps.com>; Fransheska Reyes (7877) <Fransheska.Reyes@phelps.com>; David L. Gordon <david.gordon@bipc.com>; Gretchen Jankowski <gretchen.jankowski@bipc.com>; ddoyle@pdmplaw.com; Janet Preston <jpreston@pdmplaw.com>; Bethany Nduka <bnduka@pdmplaw.com>; Julie L. Simco <julie.simco@bipc.com>; Jessica Brannan (7690) <Jessica.Brannan@phelps.com>; Brian Albritton (7557) <Brian.Albritton@phelps.com>; Caroline Catchpole Spradlin (7672) <caroline.spradlin@phelps.com>; Richard Salazar <Richard.Salazar@bipc.com>; Matthew Pilsner <matthew.pilsner@bipc.com>
**Subject:** RE: Moreau - Outstanding Items
**Importance:** High


Mark,

I write to follow up again on the email string below.  We will have no choice but to move to compel if we do not hear from you in the next week, or by November 12.  As you know, several of these issues have now been outstanding for months.

Also, below please find our proposed dates for the depositions of the FMS witnesses that you have requested.  Please note that Mr. Prater and Mr. Muye will have extremely limited availability beginning

in January, when the Supercross season starts again.  We therefore ask that these depositions be taken before the end of the year.  In addition, please send us Plaintiff's Amended Rule 30(b)(6) Notice, so that we can designate the appropriate person and make the witness(es) available consistent with this schedule.

<u>Mike Muye</u>: November 22 or December 5

<u>Dave Prater</u>: December 10 or December 12

<u>Todd Jendro</u>: December 16 or 18

Thanks,

Matt

**Matthew C. Pilsner**
**Counsel**
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219-4413
412 562 3921 (o)
412 925 1847 (c)
matthew.pilsner@bipc.com

# Buchanan

vCard  |  Bio  |  BIPC.com  |  LinkedIn

---

**From:** Matthew Pilsner <matthew.pilsner@bipc.com>
**Sent:** Monday, October 28, 2024 12:33 PM
**To:** Mark Schweikert <mark@schweikertlaw.com>
**Cc:** Javier Micheo <j.micheo@dmrpr.com>; Mariandrea Rodriguez <m.rodriguez@dmrpr.com>; Michael Hooker (7866) <Michael.Hooker@phelps.com>; Juan Carlos Ramos Rosado <J.Ramos@dmrpr.com>; Samantha Powell (7663) <Samantha.Powell@phelps.com>; Fransheska Reyes (7877) <Fransheska.Reyes@phelps.com>; David L. Gordon <david.gordon@bipc.com>; Gretchen Jankowski <gretchen.jankowski@bipc.com>, <ddoyle@pdmplaw.com>; Janet Preston <jpreston@pdmplaw.com>; Bethany Nduka <bnduka@pdmplaw.com>; Julie L. Simco <julie.simco@bipc.com>; Jessica Brannan (7690) <Jessica.Brannan@phelps.com>; Brian Albritton (7557) <Brian.Albritton@phelps.com>; Caroline Catchpole Spradlin (7672) <caroline.spradlin@phelps.com>; Richard Salazar <Richard.Salazar@bipc.com>; Matthew Pilsner <matthew.pilsner@bipc.com>
**Subject:** RE: Moreau - Outstanding Items

Hi Mark,

I am following up on my email below.

Thanks,

Matt

**Matthew C. Pilsner**
**Counsel**

Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219-4413
412 562 3921 (o)
412 925 1847 (c)
matthew.pilsner@bipc.com

# Buchanan

vCard | Bio | BIPC.com | LinkedIn

---

**From:** Matthew Pilsner <matthew.pilsner@bipc.com>
**Sent:** Tuesday, October 22, 2024 6:09 PM
**To:** Mark Schweikert <mark@schweikertlaw.com>
**Cc:** Javier Micheo <j.micheo@dmrpr.com>; Mariandrea Rodriguez <m.rodriguez@dmrpr.com>; Michael Hooker (7866) <Michael.Hooker@phelps.com>; Juan Carlos Ramos Rosado <J.Ramos@dmrpr.com>; Samantha Powell (7663) <Samantha.Powell@phelps.com>; Fransheska Reyes (7877) <Fransheska.Reyes@phelps.com>; David L. Gordon <david.gordon@bipc.com>; Gretchen Jankowski <gretchen.jankowski@bipc.com>; ddoyle@pdmplaw.com; Janet Preston <jpreston@pdmplaw.com>; Bethany Nduka <bnduka@pdmplaw.com>; Julie L. Simco <julie.simco@bipc.com>; Jessica Brannan (7690) <Jessica.Brannan@phelps.com>; Brian Albritton (7557) <Brian.Albritton@phelps.com>; Caroline Catchpole Spradlin (7672) <caroline.spradlin@phelps.com>; Matthew Pilsner <matthew.pilsner@bipc.com>; Richard Salazar <Richard.Salazar@bipc.com>
**Subject:** Moreau - Outstanding Items

Mark,

We write to follow up on several outstanding items.  For purposes of efficiency, we have consolidated those items into one email, and as always, are happy to jump on a call to further discuss any (or all) of them.

## **Discovery**

We are still waiting to receive the following discovery-related material from Plaintiff, some of which has been pending for several months now.

1.  Non-privileged communications between Brain and Gerard Valet;

2.  Plaintiff's Amended Initial Disclosures;

3.  Brian's verification of his responses to the AMA's First Set of Interrogatories;

4.  The documents identified in Brian's interrogatory responses relating to his home; and

5.  The complete text message exchange between Brian and Tyler Keefe;

Please promptly produce this material.

## **Depositions**

You provided the following list of potential deponents.  Please see our responses to your questions in red.  We also understand that you intend to serve amended Rule 30(b)(6) notices to supersede the notices that you served on FMS and The Medic Rig in March 2024.

1. 30b6 of The Medic Rig

2. 30b6 of FMS

3. 30b6 of the AMA

4. John Gallagher

5. Michael Pelletier

6. Jeff Canfield

7. Jeff Wolens

8. Tim McAdams

9. Dave Prater

10. Michael Muye

11. Todd Jendro

12. The individual in the black shirt who picked up Brian's motorcycle.  *See* MOREAU1183.  We understand this individual is represented by Feld.  Could you please confirm the name of this individual?  This individual is Rodney Jackson, a Feld employee who Buchanan will be representing for purposes of his deposition.

13. Track Safety Supervisor / "Eye in the Sky.   Dr. Bodnar believes this may have been a Feld person, while Dr. Kennedye mentioned Tim Kennedy of the AMA.  We have also seen references to Tim Kennedy as the Flagging Steward at the Tampa event.  Could you please clarify who held this role?  Was the Flagging Steward essentially the "eye in the sky" at the Tampa event?  Tim Kennedy of the AMA served as the Flagging Steward at the Tampa event, but it is our understanding that the "eye in the sky" position did not exist at that time.  Please let us know if you have a different understanding.

14. Defense experts.  Please see the "Case Schedule" section below

15. Tyler Keefe (please confirm if you plan to depose him)  Defendants intend to depose Mr. Keefe.  We propose that this deposition be taken virtually.

16. Stephan Legrand (please confirm if you plan to depose him)  Defendants intend to depose Mr. LeGrand.  We propose that this deposition be taken virtually.

In addition, we previously informed you in August that we intended to depose Gerard Valat, as well as Brian's mother, Lydia Strubhart, assuming that Plaintiff still intended to amend his

initial disclosures to remove the additional family members listed. Please confirm that can you still make these witnesses available for a virtual deposition. We ask that you also advise whether you represent Brian's friend, Charles Abgo, as we may also want to take his deposition. Either way, are you able to coordinate with Charles to arrange for that deposition to occur virtually as well? Finally, we intend to depose the Musquins' and will likewise try to arrange for those depositions to be conducted virtually.

## Case Schedule

It is our understanding that no Defendant objects to Plaintiff's request for a discovery extension. We have asked for and are still waiting to see your draft motion, along with the proposed revised schedule. In the interest of full transparency, Defendants intend to disclose at least twelve (12) experts and serve their reports on November 1, 2024.

## Mediation

We are still waiting on Plaintiff's response to our list of proposed mediators, which the AMA provided on October 17. Please let us know your position, so that we can endeavor to schedule a mediation in short order, particularly in light of the current deadline.

Thanks,

Matt

**Matthew C. Pilsner**
**Counsel**
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219-4413
412 562 3921 (o)
412 925 1847 (c)
matthew.pilsner@bipc.com

# Buchanan

vCard  |  Bio  |  BIPC.com  |  LinkedIn

---

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

---

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.