# EXHIBIT 3



UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

BRIAN MOREAU,

    Plaintiff,

v.              CASE NO. 8:22-CV-01295-TPB-CPT

FELD MOTOR SPORTS, INC., et al.,

    Defendants.

REMOTE VIDEOTAPED DEPOSITION OF

JOHN GALLAGHER

TAKEN ON

THURSDAY, MARCH 13, 2025

10:13 A.M.

HUNTINGTON BEACH PLAZA CONFERENCE CENTER

17011 BEACH BOULEVARD, SUITE 900

HUNTINGTON BEACH, CALIFORNIA 92647



(800) 528-3335   NAEGELI DEPOSITION & TRIAL  Established 1980   NAEGELIUSA.COM

```
 1                    REMOTE APPEARANCES
 2
 3   Appearing on behalf of the Plaintiff:
 4   MARK A. SCHWEIKERT, ESQUIRE
 5   Schweikert Law, LLC
 6   111 Brickell Avenue, Suite 1550
 7   Miami, Florida  33131
 8   (305) 999-1906
 9   mark@schweikertlaw.com
10
11   Appearing on behalf of Defendant
12   American Motorcycle Association:
13   CAROLINE C. SPRADLIN, ESQUIRE
14   Phelps Dunbar, LLP
15   100 South Ashley Drive, Suite 2000
16   Tampa, Florida  33602
17   (813) 472-7550
18   caroline.spradlin@phelps.com
19
20
21
22
23
24
25
```

```
 1              REMOTE APPEARANCES (CONTINUED)
 2
 3   Appearing on behalf of Defendant
 4   Feld Motor Sports, Inc.:
 5   DAVID L. GORDON, ESQUIRE (Via Zoom)
 6   Buchanan Ingersoll & Rooney
 7   700 Alexander Park, Suite 300
 8   Princeton, New Jersey  08540
 9   (609) 987-6800
10   david.gordon@bipc.com
11
12   Appearing on behalf of Defendants The Medic Rig,
13   LLC; James Kennedye, M.D.; John A. Bodnar, M.D.;
14   Amy Metiva, and Scott Combs:
15   BETHANY W. NDUKA, ESQUIRE (Via Zoom)
16   Pearson Doyle Mohre & Pastis, LLP
17   901 North Lake Destiny Road, Suite 305
18   Maitland, Florida  32751
19   (407) 647-0090
20   bnduka@pdmplaw.com
21
22   Also Present:
23   Lexy Khella, Legal Counsel, Feld Entertainment
24   Mark Nilson, Naegeli Technician
25
```

```
 1            REMOTE STREAMING VIDEOTAPED DEPOSITION OF
 2                         JOHN GALLAGHER
 3                            TAKEN ON
 4                    THURSDAY, MARCH 13, 2025
 5                           10:13 A.M.
 6
 7            THE REPORTER:  We are now on the record at
 8   10:13 a.m.
 9            Mr. Gallagher, will you raise your right
10   hand.
11            Do you affirm under penalty of perjury
12   that the testimony you are about to give will be the
13   truth, the whole truth, and nothing but the truth?
14            THE DEPONENT:  I do.
15            THE REPORTER:  Thank you.
16            Mr. Schweikert.
17            MR. GORDON:  I just briefly -- I'm sorry.
18   Before we get started, I just wanted to briefly say
19   we've had an agreement in other cases that an
20   objection to form by one defendant is accepted as an
21   -- as an objection to form by all so we don't have
22   to all be screaming over that.
23            So Mark, are you okay that we continue
24   with that?
25            MR. SCHWEIKERT:  Yes.
```

1  opinions about how to do the job.  After doing it
2  for 20 years, I think that was probably a pretty
3  good run.
4       **Q.   You served as the race director for the**
5  **Supercross for approximately 20 years.**
6       A.   Yes.
7       **Q.   And did that include the race season**
8  **during 2020?**
9       A.   I think it started at the end of 2020,
10 because we did two rounds.  It was either the end of
11 2020 or the end of 2021.  I don't recall.  But I
12 know that the whole -- the whole -- sorry.  2001.  I
13 was -- it was 20 years before I ended.
14      **Q.   Okay.**
15      A.   The -- the contract was 20 years.
16      **Q.   Okay.**
17      A.   So 2001 to '21.
18      **Q.   So as you sit here today, you have no**
19 **understanding as to why your services as the race**
20 **director for Supercross were not continued.**
21           MS. SPRADLIN:  Object to form.
22           MR. GORDON:  Objection to form.
23           MS. SPRADLIN:  You can answer.
24           THE DEPONENT:  I don't -- I don't know why
25 I was released, but --

1   MR. GORDON:  Objection to form.
2   BY MR. SCHWEIKERT:
3       Q.   And who's that?
4       A.   I think Kenneth Feld bought Supercross in
5   the late '90s, maybe.  I'm making a wild guess when
6   it would be.
7       Q.   **Don't always ask good questions, like I**
8   **said.  How about this, were you the race director at**
9   **the Tampa Supercross in February of 2020?**
10      A.   Yes.
11      Q.   **Do you know who was the promoter of the**
12  **Tampa Supercross in 2020?**
13      A.   Feld Entertainment was.
14      Q.   **Who were you engaged by to serve as the**
15  **race director?**
16      A.   Well, because there are two classes, and
17  one class is an international class and one class is
18  a -- is a domestic class, the -- the arrangement
19  with Feld and the FIM is that FIM is the sanctioning
20  body for the international class and then the 250
21  class is strictly a domestic class and AMA is the
22  sanctioning body for the 250 class.  So I was hired
23  by the FIM for the 450 class and I was hired by AMA
24  for the 250 class.
25      Q.   **And was that true with respect to the 2020**

1  Supercross season?

2       A.    Correct.

3       Q.    Are you aware as to whether a rider
4  participating in the Supercross 250 class still
5  needed to hold both an AMA and an FIM license?

6       A.    I don't think so.

7       Q.    Okay.  So you do not believe that riders
8  participating in the Supercross in 2020 had to be
9  holders of valid AMA national and FIM Motocross
10 World Championship license?

11      A.    Not in the 250 class.

12      Q.    I will represent that Mr. Brian Moreau did
13 sign some licensure paperwork with the FIM.  Do you
14 have any reason why he would have been required to
15 do so if he was participating in the 250 class?

16      A.    Not to my knowledge.

17      Q.    When were you first engaged by the FIM to
18 officiate the 450 class?

19      A.    When the -- when the relationship of Feld
20 and -- or actually, back when it was -- whatever --
21 whatever the promoter was called back in 2001, I was
22 already doing other events for them in Arenacross,
23 and when they needed somebody to do this, they --
24 the FIM asked for, I think, four criteria.  They
25 wanted somebody that understood the sport, somebody

1  racecourse is suitable and discontinue race activity
2  if conditions become unacceptable; see that?
3       A.   Yes.
4       Q.   And was that one of your responsibilities
5  as the race director during the Tampa Supercross?
6       A.   Yes.
7       Q.   And what does that mean exactly?
8       A.   Well, going back to the examples that I
9  provided in the previous question, if a structure
10 fell or if tuff blocks moved onto the racetrack, if
11 we had a heavy wind condition, there's a variety of
12 things that could have us stop an event, including
13 crashes sometimes.  If they can't be controlled by
14 the staff that's on the floor, the area can't be
15 controlled, then we would stop the -- stop a
16 practice or stop a race.
17      Q.   Okay.  At the Tampa Supercross, who had
18 the authority to cause a red flag to be thrown?
19      A.   The CMO, Dr. Bodnar; Jeff Canfield; and
20 myself; and the clerk of course.
21      Q.   Mike Pelletier.
22      A.   Yeah.  Or the people he's designated under
23 his license.
24      Q.   What does that mean?
25      A.   So the clerk of course activity is

1   expansive, and you can get a license as clerk of
2   course and have people that work under you or for
3   you that can do certain aspects of that -- of that
4   title.  And I'm sure that Mike had other people that
5   might have helped him fulfill the obligations of
6   clerk of course.  And in most cases, the clerk of
7   course would make a recommendation to the race
8   director to red flag if it wasn't already being
9   done.
10       **Q.   Okay.  That segways nicely to the next**
11  **section, B4, in the rulebook, the clerk of course.**
12  **Can you help me understand what function the clerk**
13  **of course fills?**
14       A.   So there are -- there are a lot of duties
15  that -- that that person is responsible for that
16  mesh with the organizer.  So the clerk of course
17  will -- will look at a -- a part of the racetrack
18  that has maybe an unsafe situation during -- either
19  during the event, prior to the event, and make
20  recommendations to the organizer to make sure that
21  that gets repaired or whatever.
22           If it's before the event, say, padding of
23  something that's in the stadium that a rider could
24  run into, the clerk of course or his -- the people
25  that he assigns to take care of that would look at

1                        CERTIFICATE

2

3        I, the undersigned Chris Staab, am a

4   videographer on behalf of NAEGELI Deposition &

5   Trial. I do hereby certify that I have accurately

6   made the video recording of the deposition of John

7   Gallagher, in the above captioned matter on the 13th

8   day of March, 2025 taken at the location of

9   Huntington Beach, CA.

10

11       No alterations, additions, or deletions were

12  made thereto.

13

14       I further certify that I am not related to any

15  of these parties in the matter and I have no

16  financial interest in the outcome of this matter.

17

18                    *[signature: CST]*

19

20                    Chris Staab

21

22

23

24

25

1                           CERTIFICATE

2

3        I, Tina Buckley, do hereby certify that I

4   reported all proceedings adduced in the foregoing

5   matter and that the foregoing transcript pages

6   constitutes a full, true and accurate record of said

7   proceedings to the best of my ability.

8

9        I further certify that I am neither related to

10  counsel or any party to the proceedings nor have any

11  interest in the outcome of the proceedings.

12

13       IN WITNESS HEREOF, I have hereunto set my hand

14  this 27th day of March, 2025.

15

16

17  *[Signature: Tina Buckley]*

18

19     Tina Buckley, #3682

20

21

22

23

24

25