# EXHIBIT 4

```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                       TAMPA DIVISION

            CASE NO.: 8:22-CV-01295-TPB-CPT


BRIAN MOREAU,

     Plaintiff,

     -vs-

FELD MOTOR SPORTS, INC., et al.,

     Defendants.
_____/


              Buchanan Ingersoll & Rooney, P.C.
                401 East Jackson, Suite 2400
                    Tampa, Florida 33602

                  Tuesday, March 25, 2025
                   9:11 a.m. to 5:45 p.m.


                   VIDEOTAPED DEPOSITION OF


                       DAVID L. PRATER
```

Taken before Jennifer Cope, Court Reporter, a Notary Public for the State of Florida at Large, pursuant to Notice of Videotaped Deposition filed in the above-styled cause.

```
 1                    APPEARANCES:

 2    On Behalf of the Plaintiff:

 3    SCHWEIKERT LAW, PLLC

 4    1111 Brickell Avenue, Suite 1550

 5    Miami, Florida 33131

 6    (305) 999-1906

 7    mark@schweikertlaw.com

 8    BY:  MARK A. SCHWEIKERT, ESQUIRE

 9

10    On Behalf of the Defendant, Feld Motor Sports:

11    BUCHANAN, INGERSOLL & ROONEY

12    401 East Jackson, Suite 2400

13    Tampa, Florida 33602

14    (813) 222-8180

15    gretchen.jankowski@bipc.com

16    BY:  GRETCHEN L. JANKOWSKI, ESQUIRE

17

18    FELD ENTERTAINMENT, INC.

19    805 3rd Street E

20    Palmetto, Florida 34221

21    (941) 201-9696

22    lexykehlla@gmail.com

23    BY:  ALEXIA KHELLA, ESQUIRE

24

25
```

```
 1                  APPEARANCES (Cont'd.):

 2     On Behalf of the Defendants, The Medic Rig, et al.:

 3     PEARSON DOYLE MOHRE & PASTIS, LLP

 4     901 North Lake Destiny Road, Suite 305

 5     Maitland, Florida 32751

 6     (407) 647-0090

 7     ddoyle@pdmplaw.com

 8     BY:  DAVID O. DOYLE, JR., ESQUIRE

 9

10     On Behalf of the Defendant, American Motorcycle

11     Association:

12     PHELPS DUNBAR, LLP

13     100 South Ashley Drive, Suite 2000

14     Tampa, Florida 33602

15     (813) 222-7672

16     caroline.spradlin@phelps.com

17     BY:  CAROLINE CATCHPOLE SPRADLIN, ESQUIRE

18

19     Also Present:

20     Rick Spector - Videographer

21

22

23

24

25
```

```
 1        Defendants The Medic Rig, LLC, Dr. Bodnar,
 2        Dr. Kennedye, Amy Mativa, and Scott Combs.
 3                        DAVID L. PRATER,
 4        having been first duly sworn and responding,
 5        "I do," was examined and testified as follows:
 6             THE REPORTER:  You can put your hand down now.
 7             Counsel, you may proceed.
 8                        DIRECT EXAMINATION
 9   BY MR. SCHWEIKERT:
10        Q.   Good morning, sir.
11        A.   Good morning.
12        Q.   Could you please state your full legal name
13   for the record.
14        A.   David Lloyd Prater.
15        Q.   And where are you currently employed?
16        A.   Feld Motor Sports.
17        Q.   Have you ever had your deposition taken
18   before?
19        A.   Yes.
20        Q.   What was that in connection with?
21        A.   In connection with a -- in a Monster Jam event
22   in 2000, I believe, and another time when I was a
23   teenager in an automobile accident.
24        Q.   What was the Monster Jam event case about if
25   you can recall?
```

```
 1  flaggers who wave yellow flags to alert oncoming traffic
 2  that there's a hazard on the track, right?
 3       A.   Yes, the caution flaggers.
 4       Q.   And I understand that Feld has some flaggers
 5  and the AMA has flaggers; is that your understanding?
 6       A.   Yes.
 7       Q.   Do you know why at the time of the Tampa event
 8  there were two different groups of flaggers?
 9       A.   Feld's caution flaggers are simply to warn
10  riders of obstacles that they're approaching.  So
11  they're only -- they only have yellow flags.  That's
12  their sole purpose is to warn riders of potential
13  obstacles in the track.
14       Flaggers for the AMA are officials and have a
15  multitude of flags.
16       Q.   But why would there be two different groups of
17  flaggers as opposed to just one group?
18       A.   I think --
19            MS. JANKOWSKI:  Objection to form.  Go ahead.
20            THE WITNESS:  I think with the amount of
21       flaggers, both caution, as well as AMA flaggers, on
22       the floor, it is more efficient to have our caution
23       flaggers -- Feld Motor Sports caution flaggers
24       overseen by one individual and then the AMA
25       flaggers and officials overseen by the AMA.
```

```
 1      A.   Yes.
 2      Q.   And within that section there's a reference to
 3 an AMA Supercross manager who will maintain ultimate
 4 control over all race and floor operations.  Do you see
 5 that?
 6      A.   Yes.
 7      Q.   What is your understanding of what that means
 8 from a practical perspective during an event like the
 9 Tampa one?
10      A.   The AMA Supercross manager is the lead
11 official that is overseeing all other AMA personnel.
12      Q.   Do you know who that was?
13      A.   I believe that was Mike Pelletier.
14      Q.   And what is your understanding of the
15 reference to maintaining ultimate control over all race
16 and floor operations?
17      A.   The race manager -- again, what it says there
18 -- has ultimate control over the racetrack and
19 everything that happens on the racetrack.
20      Q.   Would that include stopping the activity on
21 the racetrack if needed?
22           MS. JANKOWSKI:  Object to form.
23      A.   It would include that.
24      Q.   And the subsection below that refers to the
25 AMA Supercross manager providing managerial assistance
```

```
 1   of all track marshals and safety personnel, do you see
 2   that?
 3        A.   I do.
 4        Q.   And what is your understanding of what that
 5   means?
 6        A.   He can assist in the management of all track
 7   marshals and safety personnel.
 8        Q.   And do you know what a track marshal is?
 9        A.   I'm not sure what the AMA definition of track
10   marshal is.
11        Q.   What is your general understanding given your
12   decades of experience with the Supercross?
13        A.   A track marshal to me is what we at Feld Motor
14   Sports define as a track runner.
15        Q.   So it's your understanding that the AMA
16   Supercross manager provides some managerial assistance
17   of Feld's track runners?
18             MS. JANKOWSKI:  Object to form.
19             THE WITNESS:  If it's necessary he could
20        provide assistance.
21   BY MR. SCHWEIKERT:
22        Q.   Has it ever been necessary?
23        A.   Not that I can recall.
24        Q.   And if it was necessary, do you know how he
25   would provide assistance?
```

1  A.   It means that we physically create the physical
2  hard card credential.  It's split into two different
3  groups.  So there are Feld Sports Motor Sports and the
4  credentials that we issue to television staff,
5  operations crew, sponsors, and so on, everyone outside
6  of competition.
7       And then the AMA would issue the athletes, race
8  teams, OEM personnel, any individual that is on the
9  competition side.  The AMA would take all of that
10 information in.  They would send us a list and then we
11 would physically print the credentials.  And once those
12 are printed, give them back to the AMA to distribute to
13 those individuals.
14 Q.   And those individuals would need a credential
15 to access and participate in the 2020 Tampa Supercross,
16 right?
17 A.   Correct.
18 Q.   If we go to the next page, 22, at the top
19 there's a Subsection 4 entitled Emergency Medical
20 Support.
21 A.   Uh-huh.
22 Q.   Do you see that?
23 A.   I do.
24 Q.   And I'm going to read the first sentence into
25 the record.  Quote, "FMS agrees to arrange for an

```
 1      Q.   Feld Motor Sports was the championship promoter
 2   for the 2020 Supercross?
 3      A.   Yes.
 4      Q.   The Supercross at that time was sometimes
 5   referred to as the championship?
 6      A.   Yes.
 7      Q.   Do you know who was the representative of the
 8   championship promoter at the Tampa Supercross of 2020?
 9      A.   I believe it was Mike Muye.
10      Q.   Were you involved in any way in the management
11   of the event as it's described in this rule book?
12      A.   Mike Muey reported to me.  But as far as it's
13   described in this rule book, I personally was not
14   involved in it, in the management of the event as it was
15   described in the rule book.
16      Q.   Under that section for event management,
17   Subsection E reads in part, "The authority and duties of
18   event -- strike that.
19           "The authority and duties of event management
20   include, but are not limited to, one, to ensure the
21   smooth and efficient running of the event."  Do you see
22   that?
23      A.   I do.
24      Q.   What does that mean?
25      A.   It means that the duties of the event
```

```
 1  handles, so we use it for various social platforms,
 2  Facebook, Instagram, TikTok, whatever.
 3       Q.   Is the website Supercrosslive.com a Feld Motor
 4  Sports website?
 5       A.   Yes.
 6       Q.   All right.  This is a document previously
 7  marked as Exhibit 92 during a Zoom deposition, so I'm
 8  putting a sticker on it.  Bates labeled FMS, Inc. 1038
 9  to 1044.  Take a minute, review it, and let me know if
10  you've seen it before.
11       A.   Yes, I've seen it before.
12       Q.   Is this an email dated July 8th, 2020
13  regarding the 2020 Supercross meeting report?
14       A.   Yes.
15       Q.   And it's an email from a gentleman at the FIM
16  to a number of folks, including you, Dave Prater?
17       A.   Yes.
18       Q.   And attached is a meeting report.  Do you see
19  that?
20       A.   Yes.
21       Q.   I don't think I asked you already, but what is
22  the FIM?
23       A.   The FIM is the international sanctioning body
24  for motorcycle racing.  And in 2020 they were the
25  sanctioning body for the 450 class.
```

1    A.    That would include the racetrack.

2    Q.    And how -- does Feld have any responsibility
3  for ensuring that spectators are not allowed to access
4  those areas?

5    A.    Feld does have responsibility to ensure
6  spectators do not access those areas.

7    Q.    And how does Feld ensure that spectators are
8  not able to access those areas?

9    A.    Well, we create credential boards.  We create
10 the credentials that we spoke about earlier.  We have a
11 security company that we contract, Ingress Security.
12 There are four individuals that travel with us.  And
13 then we also contract either through the venue or
14 through the local security company local security
15 personnel to man those access points where restricted
16 areas can be accessed.

17   Q.    And in -- is there signage that designates
18 what is a non-spectator or restricted access area at the
19 Supercross events, including at Tampa 2020?

20   A.    There is, yes.

21   Q.    And does that signage read "non-spectator
22 area" or some similar verbiage?

23   A.    Something similar.  It would -- as I recall,
24 read "credential access only" or "credential access."

25   Q.    And are those signs that designate non-

1  Q.  And do you know if media took such photos and
2  videos of riders during the Tampa 2020 press day?
3  A.  They did, yes.
4  Q.  Do you know if those were used to promote
5  Supercross events?
6  A.  I don't know of any specific ones that were
7  used for specific promotions, but I have to imagine that
8  they were.
9  Q.  And is Feld responsible for selecting what
10 riders are invited to participate in any given press day
11 event?
12 A.  Yes.
13 Q.  Are you aware that Brian Moreau was invited to
14 participate in the Tampa 2020 press day?
15 A.  I was aware, yes.
16 Q.  And in terms of participating in press day,
17 the riders who are invited have to have a credential to
18 be allowed to participate in press day; is that correct?
19 A.  Correct.
20     MR. DOYLE:  Form.
21 Q.  Just one moment.  I'm going to go over my
22 notes.  I think that may be all I have for you.
23     You mentioned the security individuals that Feld
24 contracts with.  Those individuals are stationed at any
25 potential entrances to the non-spectator area to prevent

```
 1                    CERTIFICATE OF OATH

 2        STATE OF FLORIDA

 3        COUNTY OF HILLSBOROUGH

 4

 5             I, Jennifer Cope, Court Reporter, Notary

 6        Public, State of Florida, certify that David L.

 7        Prater, personally appeared before me on the 25th

 8        day of March 2025, and was duly sworn.

 9             Signed this 4th day of April 2025.

10

11

12

13        _____

14        Jennifer Cope, Court Reporter

15        Notary Public, State of Florida

16        Commission No.: HH 189226

17        Commission Expires: 2/19/2026

18

19

20

21

22

23

24

25
```

```
 1                    CERTIFICATE OF REPORTER
 2       STATE OF FLORIDA
 3       COUNTY OF HILLSBOROUGH
 4
 5            I, Jennier Cope, Court Reporter, certify that
 6       I was authorized to and did report the Deposition
 7       of David L. Prater; and that the transcript is a
 8       true and correct record of my notes.
 9            I further certify that I am not a relative,
10       employee, attorney, or counsel of any of the
11       parties, nor am I a relative or employee of any of
12       the parties' attorneys or counsel connected with
13       the action, nor am I financially interested in the
14       action.
15            Dated this 4th day of April 2025.
16
17                       [signature: Jennifer Cope]
18       _____
19       Jennifer Cope, Court Reporter
20
21
22
23
24
25
```