# EXHIBIT 5

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**BRIAN MOREAU,**

    **Plaintiff,**

v.                                                                                    Case No. 8:22-cv-01295

**FELD MOTOR SPORTS, INC., et al.,**

    **Defendants.**

_____/

## AMERICAN MOTORCYCLE ASSOCIATION D/B/A AMERICAN MOTORCYCLIST ASSOCIATION'S ANSWERS TO DEFENDANT FELD MOTOR SPORTS, INC.'S <u>FIRST REQUEST FOR ADMISSIONS</u>

Defendant American Motorcycle Association d/b/a American Motorcyclist Association ("AMA" or "Defendant"), by and through the undersigned counsel, hereby responds to Defendant Feld Motor Sports, Inc.'s ("FMS") First Set of Requests for Admissions as follows:

1. Admit that Race Direction during the 2020 Supercross Season was composed of only the AMA Delegate, the Race Director and the Clerk of Course.

    Answer: Admitted.

2. Admit that Race Direction at the 2020 Tampa Event was composed of only the AMA Delegate, the Race Director and the Clerk of Course.

    Answer: Admitted.

3. Admit that the AMA Delegate who was part of the Race Direction at the 2020 Tampa Event was an independent contractor engaged by the AMA.

    Answer: Admitted.

4. Admit that the Race Director who was part of the Race Direction at the 2020 Tampa Event was an independent contractor engaged by the AMA.

Answer: Admitted.

5. Admit that the Clerk of Course who was part of the Race Direction at the 2020 Tampa Event was employed by the AMA.

   Answer: Admitted.

6. Admit that the AMA Delegate who was part of the Race Direction for the 2020 Supercross Season was an independent contractor engaged by the AMA.

   Answer: Admitted.

7. Admit that the Race Director who was part of the Race Direction for the 2020 Supercross Season was an independent contractor engaged by the AMA.

   Answer: Admitted.

8. Admit that the Clerk of Course who was part of the Race Direction for the 2020 Supercross Season was employed by the AMA.

   Answer: Admitted.

9. Admit that during the 2020 Supercross Season, You sanctioned the races for the 250sx Class, pursuant to, among other things, the Sanctioning Agreement.

   Answer: Admitted.

10. Admit that for the 2020 Tampa Event, You sanctioned the races for the 250sx Class, pursuant to, among other things, the Sanctioning Agreement.

    Answer: Admitted.

11. Admit that other than the Sanctioning Agreement, there was no other agreement that existed between American Motorcycle Association d/b/a American Motorcyclist Association and Feld Motor Sports, Inc. for the services that you provided at Supercross races for the 2020 Supercross Season.

    Answer: Admitted.

12. Admit that other than the Sanctioning Agreement, there was no other agreement existed between American Motorcycle Association d/b/a American Motorcyclist Association and Feld Motor Sports, Inc. the services that you provided at the 2020 Tampa Event.

    Answer: Admitted.

13. Admit that Feld Motor Sports did not participate in the selection of the Race Director for the 250SX class of the 2020 Supercross Season.

    Answer: Admitted.

14. Admit that Feld Motor Sports did not participate in the selection of the Race Director for the 20SX class of the 2020 Tampa Event.

    Answer: Admitted.

15. Admit that Feld Motor Sports did not participate in the selection of the Clerk of Course for the 2020 Supercross Season.

    Answer: Admitted.

16. Admit that Feld Motor Sports did not participate in the selection of the Clerk of Course for the 2020 Tampa Event.

    Answer: Admitted.

17. Admit that Feld Motor Sports did not participate in the selection of the AMA Delegate for the 2020 Supercross Season.

    Answer: Admitted.

18. Admit that Feld Motor Sports did not participate in the selection of the AMA Delegate for the 2020 Tampa Event.

    Answer: Admitted.

19. Admit that Feld Motor Sports did not participate in the selection of the Chief Clerk / Registrar for the 2020 Supercross Season.

    Answer: Admitted.

20. Admit that Feld Motor Sports did not participate in the selection of the Chief Clerk / Registrar for the 2020 Tampa Event.

Answer: Admitted.

21. Admit that Feld Motor Sports did not participate in the selection of the Timing and Scoring Manager for the 2020 Supercross Season.

Answer: Admitted.

22. Admit that Feld Motor Sports did not participate in the selection of the Timing and Scoring Manager for the 2020 Tampa Event.

Answer: Admitted.

23. Admit that Feld Motor Sports did not participate in the selection of the Starter for the 2020 Supercross Season.

Answer: Admitted.

24. Admit that Feld Motor Sports did not participate in the selection of the Starter for the 2020 Tampa Event.

Answer: Admitted.

25. Admit that Feld Motor Sports did not participate in the selection of the AMA corner workers/flagman for the 2020 Supercross Season.

Answer: Admitted.

26. Admit that Feld Motor Sports did not participate in the selection of the AMA corner workers/flagman for the 2020 Tampa Event.

Answer: Admitted.

27. Admit that Feld Motor Sports did not participate in the selection process of the Officials for the 2020 Supercross Season.

Answer: Admitted.

28. Admit that Feld Motor Sports did not participate in the selection process of the Officials for the 2020 Tampa Event.

Answer: Admitted.

29. Admit that Feld Motor Sports did not participate in the selection process of the Pit Steward for the 2020 Supercross Season.

    Answer: Admitted.

30. Admit that Feld Motor Sports did not participate in the selection process of the Pit Steward for the 2020 Tampa Event.

    Answer: Admitted.

31. Admit that Feld Motor Sports did not participate in the selection process of the Chief Technical Inspector for the 2020 Supercross Season.

    Answer: Admitted.

32. Admit that Feld Motor Sports did not participate in the selection process of the Chief Technical Inspector for the 2020 Tampa Event.

    Answer: Admitted.

33. Admit that Feld Motor Sports did not participate in the selection process of the Equipment Steward for the 2020 Supercross Season.

    Answer: Admitted.

34. Admit that Feld Motor Sports did not participate in the selection process of the Equipment Steward for the 2020 Tampa Event.

    Answer: Admitted.

35. Admit that Feld Motor Sports did not participate in the selection process of the Stewards Appeals Panel for the 2020 Supercross Season.

    Answer: Admitted.

36. Admit that Feld Motor Sports did not participate in the selection process of the Stewards Appeals Panel for the 2020 Tampa Event.

    Answer: Admitted.

37. Admit that Feld Motor Sports did not participate on the Stewards Appeals Panel for the 2020 Supercross Season.

    Answer: Admitted.

38. Admit that Feld Motor Sports did not participate on the Stewards Appeals Panel for the 2020 Tampa Event.

    Answer: Admitted.

39. Admit that Feld Motor Sports did not direct AMA in its selection of any employee or independent contractor used by AMA in carrying out its responsibilities for the 2020 Supercross Season.

    Answer: Admitted.

40. Admit that Feld Motor Sports did not direct AMA in its selection of any employee or independent contractor used by AMA in carrying out its responsibilities for the 2020 Tampa Event.

    Answer: Admitted.

41. Admit that the Race Director was responsible for directing the display of a red flag on the course to stop a practice, qualifying, or race during the 2020 Supercross Season.

    Answer: Admitted.

42. Admit that the Race Director was responsible for directing the display of a red flag on the course to stop a practice, qualifying, or race during the 2020 Tampa Event.

    Answer: Admitted.

43. Admit that an AMA official/track marshal was equipped trackside with a red flag for the 2020 Supercross Season, in addition to the AMA official/track marshal equipped with a red flag at the start/finish line.

    Answer: Admitted.

44. Admit that an AMA official/track marshal was equipped trackside with a red flag for the 2020 Tampa Event, in addition to the AMA official/track marshal equipped with a red flag at the start/finish line.

Answer: Admitted.

45. Admit that Feld Motor Sports did not give You any type of instruction for the 2020 Supercross Season related to red flag race stops and restart procedures.

    Answer: Admitted.

46. Admit that Feld Motor Sports did not give You any type of instruction for the 2020 Tampa Event related to red flag race stops and restart procedures.

    Answer: Admitted.

47. Admit that Feld Motor Sports did not give You any type of training for the 2020 Supercross Season related to red flag race stops and restart procedures.

    Answer: Admitted.

48. Admit that Feld Motor Sports did not give You any type of training for the 2020 Tampa Event related to red flag race stops and restart procedures.

    Answer: Admitted.

49. Admit that Feld Motor Sports did not supervise the services that You performed for the 2020 Supercross Season.

    Answer: Admitted.

50. Admit that Feld Motor Sports did not supervise the services that You performed for the 2020 Tampa Event.

    Answer: Admitted.

51. Admit that Feld Motor Sprots did not notify you of or provide you with any performance evaluation related to Your services for the 2020 Supercross Season.

    Answer: Admitted.

52. Admit that Feld Motor Sprots did not notify you of or provide you with any performance evaluation related to Your services for the 2020 Tampa Event.

Answer: Admitted.

53. Admit that Feld Motor Sports did not provide the clothing, protective gear, or communication devices that any AMA crewmember wore or used in the performance of their services for the 2020 Supercross Season.

   Answer: Admitted.

54. Admit that Feld Motor Sports did not provide the clothing, protective gear, or communication devices that any AMA crewmember wore or used in the performance of their services for the 2020 Tampa Event.

   Answer: Admitted.

Dated: April 7, 2025

/s/ *Caroline Spradlin*
Caroline Catchpole Spradlin | FBN:1003631
Michael S. Hooker | FBN:330655 (Lead)
A. Brian Albritton | FBN:0777773
**PHELPS DUNBAR LLP**
100 South Ashley Drive, Suite 2000
Tampa, Florida 33602-5315
Ph: 813-472-7550; Fax: 813-472-7570
michael.hooker@phelps.com,
caroline.spradlin@phelps.com,
brian.albritton@phelps.com,
nicole.marsade@phelps.com,
brooke.rollins@phelps.com,
fransheska.reyes@phelps.com
jessica.brannan@phelps.com
*Counsel for American Motorcycle Association d/b/a American Motorcyclist Association*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing has been served, by email, on April 7, 2025, on the following:

PD.48894189.1

| | |
|---|---|
| Mark Adam Schweikert<br>Schweikert Law, PLLC<br>1111 Brickell Avenue, Suite 1550<br>Miami, Florida 33131<br>mark@schweikertlaw.com<br>help@schweikertlaw.com,<br>schweikert.mark@gmail.com<br>**Lead Attorney for Plaintiff** | Manuel A. Franco<br>DMRA Law LLC<br>1111 Brickell Avenue, Suite 1550<br>Miami, Florida 33131<br>manuel.franco@dmralaw.com<br>**Attorney for Plaintiff** |
| Javier F. Micheo-Marcial, Esq.<br>Juan C. Ramos-Rosado, Esq.<br>Maria A. Dominguez, Esq.<br>DMR Law LLC<br>1430 South Dixie Hwy., Suite 314<br>Coral Gables, FL 33146<br>j.micheo@dmrpr.com<br>j.ramos@dmrpr.com<br>m.dominguez@dmrpr.com<br>a.suarez@dmrpr.com<br>jmicheo@gmail.com<br>elizabeth.santana@dmralaw.com<br><br>**Attorney for Plaintiff** | Jason Beau Giller<br>Jason B. Giller, P.A.<br>1111 Brickell Avenue, Suite 1550<br>Miami, Florida 33131<br>jason@gillerpa.com<br>file@gillerpa.com<br>**Attorney for Plaintiff** |
| Gretchen L. Jankowski<br>(Admitted pro hac vice)<br>Matthew C. Pilsner<br>(Admitted pro hac vice)<br>Union Trust Building<br>501 Grant Street, Suite 200<br>Pittsburgh, PA 15219<br>Tel.: (412) 562-1417/3921<br>gretchen.jankowski@bipc.com<br>matthew.pilsner@bipc.com<br>eservice@bipc.com<br>**Attorney for Feld Motor Sports, Inc.** | Richard G. Salazar<br>David Gordon<br>Caroline B. Warren<br>Joshua Samuel Michael Smith<br>Joshua Thomas Calo<br>Michael W. Bootier<br>Buchanan Ingersoll & Rooney, PC<br>401 East Jackson Street, Suite 2400<br>Tampa, Florida 33602<br>david.gordon@bipc.com<br>caroline.warren@bipc.com<br>joshua.smith@bipc.com<br>joshua.calo@bipc.com<br>kara.bernstein@bipc.com<br>richard.salazar@bipc.com<br>faye.lafond@bipc.com<br>michael.bootier@bipc.com<br>**Attorney for Feld Motor Sports, Inc.** |

9

David O. Doyle, Jr.
Kelly Ann Lenahan
Bethany W. Nduka
Toni P. Turocy
Julie A. Tyk
Pearson Doyle Mohre & Pastis, LLP
901 North Lake Destiny Road, Ste 305
Maitland, FL 32751
ddoyle@pdmplaw.com
klenahan@pdmplaw.com
lspeake@pdmplaw.com
bnduka@pdmplaw.com
tturocy@pdmplaw.com
kiddings@pdmplaw.com
smaisonave@pdmplaw.com
jpreston@pdmplaw.com
**Attorney for The Medic Rig, LLC; John A. Bodnar, M.D.; James Kennedye, M.D.; Amy Metiva; and Scott Combs**

*/s/ Caroline Spradlin*
**Counsel for American Motorcycle Association d/b/a American Motorcyclist Association**

10

PD.48894189.1