# EXHIBIT 6

SECOND AMENDED

AND

RESTATED

SUPERCROSS SANCTIONING AGREEMENT

DATED JULY 1, 2019

BETWEEN

FELD MOTORSPORTS INC.

AND THE

AMERICAN MOTORCYCLIST ASSOCIATION

CONFIDENTIAL

World Championship. AMA will require all participants to display the front number plates containing this FMS and/or title sponsor information in order to be eligible to share in any point funds provided by, or branded in the name of, such sponsors that are awarded during the Series.

D. <u>Merchandising and Licensing</u>

During the term of this Agreement, FMS will exercise the exclusive and unrestricted rights to make, sell and exploit all goods, merchandise and licensing rights of all kinds related to the Events (with the exception of the ISC Event) and the Series in all channels of distribution or trade. All revenues received by FMS relating to the exercise of such rights shall be the sole property of and retained by FMS.

E. <u>Supercross Services</u>

1. AMA shall provide to FMS the services listed in the provisions of this Section II, E with respect to all of the Events included in the Series, including the International Events, as set forth herein.

2. On and subject to the provisions hereof, the AMA shall act as the sole authority on any matter related to racing competition at the Events included in the Series to administer and apply the AMA Supercross Rulebook, which shall be issued in accordance with the FIM Supercross Rulebook or co-issued with the FIM (the "AMA Rulebook"), and will be the rulebook enforced at all of the Events. Exercise of the foregoing rights will be subject to the following:

    (a) A representative of FIM (the "FIM Race Director") will be given access to and the right to attend and observe each Event.

    (b) The FIM Race Director shall attend and observe each of the Domestic Events and the ISC Event on behalf of the FIM to determine if the Domestic Events and the ISC Event meet the requirements for the issuance of International Championship series points. However, the FIM Race Director shall have no authority at the Domestic Event or the ISC Event to control or dictate any aspect of the competition or organization of such Events, it being understood and agreed that the responsibility of organizing and conducting the Domestic Events and the ISC Event will remain with the AMA.

    (c) At the International Events, the FIM Race Director will serve as the primary liaison between the FIM and the applicable FMNR for the country in which such International Event is being conducted. It shall be the responsibility of the FIM Race Director to oversee the organization and conduct of the competition of each International Event in accordance with the established rules adopted by AMA for the Series. AMA agrees that it will provide, at FMS's expense as specified in Section II, J, 5 hereof, the necessary officials and staff to conduct the International Events in accordance with the same rules and standards as required for the Domestic Events. The FIM Race Director shall cooperate with the officials and staff provided by the AMA for the International Events in accordance with Section II, E, 1 hereof.

7

CONFIDENTIAL

(d) If the FIM Race Director determines that any Domestic Event fails to meet the requirements for the assignment of Championship Series points by the FIM, then the FIM and the AMA shall resolve the disagreement concerning whether such requirements have been satisfied in accordance with the protest and appeal procedures contained in the membership regulations that govern the relationship of the AMA, as a domestic federation, and the FIM, as the international body.

(e) AMA shall continue rulemaking regarding racing competition and equipment for the AMA Rulebook, and FMS shall have the right to meaningful consultation with AMA prior to any amendment of the AMA Rulebook during the Term. AMA and FMS shall collaborate in good faith on any modifications to the point system, racing format, or motorcycle class structure for any Event; provided, however, that any change made to the AMA Rulebook shall not be detrimental to the Series.

3. <u>Sanctioning Services.</u> AMA agrees to provide to FMS for all of the Events included in the Series during the term of this Agreement all typical services generally provided by a sanctioning body, including, without limitation, all of the services enumerated in the remaining provisions of this Section II, E.

4. <u>Race Management Personnel.</u> Throughout the term of this Agreement, AMA will provide at each Event in the Series:

(a) An AMA Supercross Manager(s) who will maintain ultimate control over all race and floor operations, timing, scoring and all other matters including, but not limited to, the following:

(i) Race track homologation,

(ii) Managerial assistance of all track marshals and safety personnel,

(b) An AMA Race Director to support the AMA Supercross Manager;

(c) An AMA Event Manager, reporting to the AMA Supercross Manager, performing certain race control functions who is stationed to observe the race in an operation booth with clear vision of the entire race track,

(d) An AMA Operations Manager, reporting to the AMA Supercross Manager, qualified to perform certain technical equipment inspection, including but not limited to rider gear, motorcycles and officiating equipment, and approval for competition and compliance inspection(s) after competition,

(e) An AMA Timing and Scoring Manager capable of managing a timing and scoring staff and operation of the transponders for electronic timing and scoring consistent with current service and staffing levels.

CONFIDENTIAL

FMS02257
FMS_INC_0000607

5. <u>Technical Services.</u> Throughout the term of this Agreement, AMA will provide at each Event in the Series:

   (a) Technical and officiating equipment and personnel necessary to approve equipment for competition and compliance inspection(s) after competition,

   (b) Rulemaking and enforcement for all aspects of competition and management of the appeals process for all competitors; however, AMA and FMS agree that unleaded fuel shall be required for all Events in the Series, pursuant to the specifications to be determined by the AMA in consultation with the FIM,

   (c) Homologation services for equipment manufacturers wishing to compete in the series,

   (d) Training of technical and safety personnel,

   (e) A live "feed" at the cost of FMS from transponders provided by AMA and meeting both FMS and AMA specifications that transmit contemporaneous timing and scoring information for use by competitors, event entertainment purposes (scoreboards, live event or television graphics, etc.), and for use on the websites of both companies. Any additional equipment, software or programming necessary for FMS to provide the timing and scoring information or feed to any commercial outlets will be provided by FMS. Notwithstanding the foregoing, it is understood and agreed that AMA is not permitted to have any live audio simulcast of the racing information on AMA website. However, AMA is permitted to display and/or simulcast on AMA website the racing text information provided by the transponders during the performances of the Events included in the Series. FMS and AMA agree that appropriate insurance must be obtained for the value of the transponders and related equipment.

6. <u>Operating Equipment.</u> Throughout the term of this Agreement, AMA shall provide all equipment necessary to perform its duties required herein, including:

   (a) A mobile office for registration, tech inspection, and other services; provided, however, that FMS will endeavor to provide office space for AMA onsite subject to venue availability,

   (b) Scales, fuel testing and other equipment required to ensure rules enforcement.

7. <u>Administrative Services.</u> Throughout the term of this Agreement, AMA will provide at each Event included in the Series:

   (a) Administration of points standings, purse and contingency bonus payouts,

   (b) Public relations function necessary to support aspects of competition under the authority of AMA,

9

CONFIDENTIAL

(c)  FMS will have the right and option to barter or trade with, or purchase from AMA at the most favorable "promoter rate" then in effect a mutually approved amount of advertisements for various FMS motorcycle properties at which AMA provides services for placement in the AMA Magazine,

(d)  AMA agrees to contact its membership database, on behalf of FMS for the purpose of assisting with the sale of tickets to FMS events at which AMA provides services of the type described in Section II, E hereof, and merchandise, home videos and other items offered for sale by FMS that are directly related to those events. Such advertisements shall be subject to and comply with applicable laws and regulations, including but not limited to those pertaining to privacy and containing all applicable requirements such as "subscribe" and "unsubscribe" mechanisms, recipient access to privacy policies and disclosure of use,

(e)  Management of rider licenses and qualifications, working cooperatively with FIM to recognize and process license applications for international riders at the Events included in the Series,

(f)  Management of Event entries,

(g)  Administration of AMA Rider Medical Insurance Program subject to the terms of Section II, E, 10(a),

(h)  Event registration including collection, accounting and disbursement of rider guest passes and mechanics passes issued upon request to FMS (with such requests to be acted upon by FMS consistent with past practices), contingency sponsors and other "overbuy" revenues on behalf of FMS,

(i)  Administration of AMA's obligations pertaining to the Anti-Doping Code that applies to the 450SX and 250SX classes, as agreed by FMS and AMA and as set forth in the Series Rule Book.

(j)  Administration of AMA's substance abuse program, and

(k)  Administration of the concussion program for the Series as agreed by AMA and FMS.

8.  **Other Services.** Throughout the term of this Agreement,

(a)  AMA agrees to use good faith efforts to have a full field of qualified supercross riders perform at each Event in the Championship;

(b)  AMA agrees to use good faith efforts to encourage the participation of every team funded by Original Equipment Manufacturers ("OEMS", whether one or more) such as, for example, Honda, Yamaha, Suzuki, Kawasaki, KTM and Husqvarna, and all necessary OEM support team personnel, to appear and perform at each of the Events in the Championship, with the understanding

CONFIDENTIAL

FMS02259
FMS_INC 0000609

that AMA cannot guarantee any such participation by any individual riders or the OEMS;

(c) AMA will provide an amateur sanction for the "junior supercross" race program and sanctioning services consistent with the past practices between the parties, including registration, practices, scoring and other race operations;

(d) AMA will provide assistance with paddock orientation as it relates to the operational running of the Events; FMS will be responsible for the load-in and parking of the paddock;

(e) AMA will provide the semi-truck and trailer for its mobile office; FMS will endeavor to provide onsite space for the AMA subject to venue availability;

(f) AMA will provide race day staging and assistance with race day scheduling for the Series; and

(g) AMA shall cause its AMA Supercross Manager to meet annually with FMS at FMS's headquarters for a minimum of two (2) visits, each consisting of no more than three (3) full business days, during the period from June 1 through December 1. Such meetings shall be for planning purposes, including but not limited to a review of any developments or changes regarding the FIM that may affect the Series, insurance issues, and anti-doping testing, related to the upcoming Supercross Season, shall be scheduled at mutually convenient times, and need not occur in consecutive weeks.

9. Notwithstanding anything to the contrary contained herein, it is understood and agreed that the following racing structure (regardless of whether the racing classes' names change) and format will not be changed by AMA without consulting FMS:

(a) The class structure for the motorcycle racing that is currently in use (i.e., currently the 250SX and 450SX classes of competition); and

(b) The competition format, that is, how the classes are run throughout the course of an Event including that the 250SX class (or its equivalent) shall continue to be a regional competition format with eastern and western regional winners for the Domestic Events (which shall include Canada and Mexico for purposes of the 250 SX class) and regional winners for the International Events. Notwithstanding the foregoing, the regional competition format for the 250SX class may be changed to a national competition format upon the mutual agreement of FMS and AMA. Additionally, the 450SX class (or its equivalent) competition format shall be a world championship competition with one winner at each Event, and with an annual champion for the entire Championship based upon the cumulative award of points from each Event conducted during each season's Series conducted during the term of this Agreement. The inclusion of Canada and Mexico for this purpose is not a replacement for any Domestic Event, and does not reduce the minimum number of Domestic Events otherwise required herein.

CONFIDENTIAL

FMS02260
FMS_INC_0000610

4.   **Emergency Medical Support.** FMS agrees to arrange for emergency medical care at the Events at no cost to AMA. FMS will use commercially reasonable efforts to maintain the same level of emergency medical support as provided during the 2019 Season, including the provision of the Mobile Medic Rig.

5.   **AMA Maintenance of FIM Relationship.** The current affiliation of AMA as the United States FMN of the FIM is a material term upon which FMS has relied in entering into this Agreement. AMA covenants to FMS that AMA will exercise its best efforts to maintain its existing relationship and affiliation as the United States FMN (or designated representative) of the FIM. The obligation of AMA contained in this Section II, L, 5 are sometimes herein called the "FIM Maintenance Obligations", and a termination of the current affiliation of the AMA as the FMN of the FIM is referred to herein as an "FIM Affiliation Loss." On and subject to the terms of this Agreement, including the FIM Maintenance Obligations, AMA will be the exclusive provider of the services described in Section II, E hereof during the term of this Agreement for the Series subject to the following:

(a)   **Permissible Termination of the FIM Maintenance Obligations by AMA.** AMA shall not be required to continue its FIM Maintenance Obligations during the Term of this Agreement if any of the following events occur: (i) the FIM, its officers and/or directors are convicted of, or plead guilty to, any illegal or criminal activity; (ii) the FIM, its officers and/or directors do or commit any act involving bribery, race-fixing, or fraudulently reporting or altering rider drug test results; or (iii) the FIM becomes insolvent, declares bankruptcy or otherwise discontinues its operations or ceases to exist. In such event, if AMA elects to terminate its affiliation with the FIM, then it shall consult with FMS regarding the effect on the Series and provide FMS with written notice no less than 30 days prior to the effective date of such termination. FMS, in its sole discretion, may also elect to terminate its relationship with the FIM. The parties shall then cooperate to sever the Domestic Events from the Series and continue to operate the Domestic Events pursuant to the terms and conditions of this Agreement, and AMA will be required to recognize the FIM licenses of international riders participating in the Events.

(b)   **Possible Termination of the FIM Maintenance Obligations.** During the Term of this Agreement, if the FIM, its officers or directors (i) commit an offense of moral turpitude under federal, state or local laws, (ii) engage in conduct which degrades, injures or tarnishes the Series, (iii) brings the Series into public hatred, disrepute, scorn, or ridicule, or (iv) which results in or is likely to result in actual or threatened claims against the Series, then the AMA shall meet and confer with FMS regarding whether the FIM Maintenance Obligations should be terminated. The Parties agree first to meet in good faith to determine whether the FIM Maintenance Obligations should be terminated, after giving full consideration to all relevant factors, including but not limited to: the factual events and context of the conduct at issue; the resultant effect of such conduct on FMS, AMA, the Series, its participants, and fans; remedial steps taken by the FIM, if any; the timing, terms and conditions of a potential withdrawal by the AMA as the US FMN; and the resultant effect of such withdrawal on FMS, AMA, the Series, its participants, and fans. In the event that the Parties cannot agree whether withdrawal by the AMA as the US FMN to FIM constitutes a permissible or impermissible FIM Affiliation Loss, then the Parties

CONFIDENTIAL

FMS02271
FMS_INC_0000621

C.  Independent Contractors.

It is expressly understood and agreed that the parties are independent contractors and that this Agreement is not intended and shall not be construed to create a partnership, joint venture, principal agent relationship, or any other similar relationship between AMA and FMS. Unless specifically provided in this Agreement, neither party is authorized to contract or otherwise make commitments on behalf of the other party, or to otherwise act as an agent or representative of the other party for any reason or purpose.

D.  Insurance.

1.  By Feld Motor Sports. FMS agrees to acquire insurance of the types and amounts as are commercially reasonable in consideration of its obligations and the activities contemplated under this Agreement, including, without limitation, workers' compensation for its employees and commercial general liability (occurrence form) and umbrella/excess liability insurance coverage for (i) premises and operations liability, (ii) broad form property damage, (iii) contractual liability for liability assumed under this Agreement and other contract documents with AMA, (iv) personal injury, and (v) products and completed operations liability, with a minimum combined single limit of Two Million ($2,000,000 USD) per occurrence and in the aggregate, or the amount required by a venue in which FMS promotes an Event, whichever is greater, on account of any accident, event, or occurrence in or about the facilities in which the Events are presented resulting in bodily injury, personal injury, death or property damage as a result of any negligent act or omission by FMS. FMS shall cause, if allowed by law, its workers' compensation carrier to waive insurers right of subrogation with respect to AMA, its parent and affiliated companies. Each such commercial general liability policy shall name AMA, and their respective trustees, directors, officers, representatives and employees as additional insureds. Further, coverage for the "Additional Insured" shall apply on a primary basis irrespective of any other insurance, whether collectible or not, only to the extent of FMS's liability. At least ten (10) business days prior to any Event, FMS shall deliver (or cause to be delivered) to AMA a certificate of insurance evidencing such coverage. Each such insurance policy shall be with an insurer having a minimum financial rating of A-VII, in a form reasonably acceptable to AMA and shall provide that it will not be subject to cancellation, termination or change except after at least thirty (30) days' prior written notice to AMA. If FMS fails to comply with such requirements, AMA may obtain such insurance and keep the same in effect, and the premiums paid by AMA for such policies shall be immediately due and payable by FMS, at the sole expense of FMS.

2.  By AMA. AMA agrees to acquire insurance of the types and amounts as are commercially reasonable in consideration of its obligations and the activities contemplated under this Agreement, including, without limitation, workers' compensation for its employees and commercial general liability (occurrence form) and umbrella/excess liability insurance coverage for (i) premises and operations liability, (ii) broad form property damage, (iii) contractual liability for liability assumed under this Agreement and other contract documents with FMS, (iv) personal injury, and (v) products and completed operations liability, with a minimum combined single limit of Two Million ($2,000,000) per occurrence and in the aggregate, on account of any accident, event, or occurrence in or about the facilities in which the Events are presented resulting in bodily injury, personal injury, death or property damage as a result of any negligent act or omission by AMA. AMA shall cause, if allowed by law, its workers' compensation carrier to waive insurers

CONFIDENTIAL

FMS02274
FMS INC 0000624