# EXHIBIT 7

or proper to carry out more effectively the purpose of this Agreement. Each of the individuals executing this Agreement certifies that he or she is duly authorized to do so.

18. **Assignment.** None of the parties to this Agreement may transfer, convey, grant or assign this Agreement, any part hereof or any right, duty or obligation provided for herein in whole or in part to any third party without the prior written consent of the other parties, except that FMS may assign or transfer this Agreement to any person, firm, corporation or partnership which acquires all or substantially all of the assets of the business of FMS, including by merger.

19. **Relationship of the Parties.** The parties are acting herein as independent contractors. Nothing herein contained will create or be construed as creating a partnership, joint venture or agency relationship between the parties and no party will have the authority to bind any other in any respect. The parties will be solely responsible for all wages, income taxes, worker's compensation and any other requirements for all personnel each supplies pursuant to this Agreement. Sales taxes, if any, will be the responsibility of the purchaser of the goods or services. Sponsor further understands and agrees that none of FMS, TMR, or the Venue will be responsible for any items or vehicles brought to the Venue by Sponsor or any of its employees, agents, representatives or volunteers. Notwithstanding anything in the Agreement to the contrary, any rider or race team competing in any Event who Sponsor may sponsor will not be considered an agent, contractor or representative of Sponsor, unless such rider or any member of such race team is acting as such pursuant to a contractual obligation to Sponsor to provide or participate in interviews, photo opportunities, autograph sessions or other promotional appearances at the direction and control of Sponsor at any of the Events.

20. **Successors and Assigns.** All of the terms of this Agreement will apply to, be binding upon and inure to the benefit of the parties hereto, their successors, assigns, heirs and legal representatives, and all other persons claiming by, through or under them.

21. **Compliance with Laws.** Each party represents and warrants that it will comply with all applicable laws, rules and regulations (collectively, "Laws") pertaining in any manner to the activities performed by such party under this Agreement. For the avoidance of doubt, Sponsor represents and warrants that, except as expressly stated herein, it will be solely responsible for compliance with all Laws relating to the conduct of any Sponsor activity related to the other benefits provided hereunder to Sponsor, and that it will ensure that all such activities are conducted in a safe and lawful manner.

22. **Force Majeure.** The failure of any party hereto to comply with the terms and conditions hereof, because of an act of God, strike, labor troubles, war, fire, earthquake, act of public enemies, action of federal, state or local governmental authorities or other reason beyond the reasonable control of such party, will not be deemed a breach of this Agreement. Any party asserting a force majeure event as an excuse to its performance under this Agreement must establish that said party provided reasonable prompt notice of the same to the other affected parties and attempted to use all commercially reasonable efforts to minimize any delay or damages caused and to recommence its performance under this Agreement to the extent it may have been reasonably possible to do so, it being understood that FMS shall have full and sole discretion with respect to the reasonableness of cancelling or delaying any Event performance(s).

23. **Notices.** All notices, requests, demands and other communications under this Agreement will be in writing and will be deemed to have been given if hand delivered, if mailed certified mail, return receipt requested, or if delivered by recognized overnight courier service with delivery confirmation: (a) if to Sponsor, to the address set forth in this Agreement, (b) if to FMS to the address set forth in this Agreement with a copy to: c/o Feld Entertainment, Inc., 800 Feld Way, Palmetto, FL 34221, Attn: Jennifer Neubauer, Corporate Counsel, and (c) if to TMR to the address set forth in this Agreement. All notices delivered by hand will be effective upon delivery, all notices mailed certified mail, return receipt requested will be effective when mailed, and all notices delivered by overnight courier will be effective when delivered as evidenced by the overnight courier's delivery confirmation. Copy notices to Sponsor shall also be sent via email to alpinestars.spa@legalmail.it

24. **No Waiver of Rights.** If any party fails to enforce any of the provisions of this Agreement or any rights or fails to exercise any election provided in the Agreement, it will not be considered to be a waiver of those provisions, rights or elections or in any way affect the validity of the Agreement. The failure of any party to exercise any of these provisions, rights or elections will not preclude or prejudice such party from later enforcing or exercising the same or any other provisions, rights or elections which it may have under the Agreement.

CONFIDENTIAL

FMS02243
FMS_INC_0000593