EXHIBIT 9



UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION


BRIAN MOREAU,

       Plaintiff,

vs.               CASE NO. 8:22-CV-01295-TPB-CPT

FELD MOTOR SPORTS, INC., et al.,

       Defendants.


FINAL


VIDEOTAPED DEPOSITION OF

JOHN A. BODNAR, M.D.


TAKEN ON

MONDAY, AUGUST 5, 2024

9:16 A.M.


BUCHANAN INGERSOLL & ROONEY, PC

600 WEST BROADWAY, SUITE 1100

SAN DIEGO, CALIFORNIA 92101



(800) 528-3335 | NAEGELI DEPOSITION & TRIAL Established 1980 | NAEGELIUSA.COM

JOHN BODNAR, MD FINAL            August 05, 2024                              8
76231

 1 | by -- by all so we don't have to join into

 2 | objections, okay?

 3 |         MR. SCHWEIKERT:  That's correct.

 4 |         THE VIDEOGRAPHER:  The court reporter will

 5 | now swear in the witness.

 6 |         THE REPORTER:  Dr. Bodnar, do you affirm

 7 | under penalty of perjury that the testimony you're

 8 | about to give will be the truth, the whole truth,

 9 | and nothing but the truth?

10 |         THE DEPONENT:  I do.

11 |         THE REPORTER:  Thank you.

12 |         MR. SCHWEIKERT:  Good morning, sir.

13 |         THE DEPONENT:  Good morning.

14 | JOHN ANDREW BODNAR, M.D., having been first duly

15 | affirmed to tell the truth, was examined, and

16 | testified as follows:

17 | EXAMINATION

18 | BY MR. SCHWEIKERT:

19 |     **Q.   Could you please state your full legal name**

20 | **for the record.**

21 |     A.   It's John Andrew Bodnar.

22 |     **Q.   Okay.  And were you the medical director of**

23 | **the Medic Rig during the 2020 Supercross season?**

24 |     A.   Yes.

25 |     **Q.   And the Medic Rig, does it do business as**

JOHN BODNAR, MD FINAL          August 05, 2024          19
76231

1     A.  So it is a semi -- a tractor-trailer semi,
2 52 foot, I believe, that we have outfitted as a
3 somewhat traveling medical center, and it goes to
4 all the races.  It includes the two doctors for
5 Supercross as well as a nurse, an athletic trainer,
6 and a paramedic.
7          And then as well, we coordinate at each
8 venue because each venue has their own transport,
9 ambulance services that's -- that is -- that Feld
10 Motor Sports arranges, they hire as part of this --
11 as part of the local track crew -- ambulance crew, I
12 should say.  And they -- so we all coordinate
13 together for each race.
14     Q.  Okay.  Who was on the -- well, strike that.
15          With respect to the Tampa event on February
16 15th, 2020, who was on the medical team associated
17 with the Alpinestars Mobile Medical Unit?
18     A.  I was the CMO for that event, and
19 Dr. Kennedye was what we call second physician, and
20 then we had -- Amy Metiva was the athletic trainer,
21 and Brandon Policastri was the medic.  And we had
22 two volunteers, which were Scott Combs and I'm
23 blanking on the second of those.  There's Traina
24 (phonetic), was the other gentleman who was the
25 other volunteer that were working with us as well.

JOHN BODNAR, MD FINAL                August 05, 2024                           263
76231

```
 1              MR. SCHWEIKERT:  Form.
 2   BY MR. GORDON:
 3        Q.  And Alpinestars is not receiving any
 4   supervision from anybody at Feld with regard to that
 5   patient care?
 6              MR. SCHWEIKERT:  Form.
 7              THE DEPONENT:  No.
 8   BY MR. GORDON:
 9        Q.  With regard to the hiring of the Medic Rig
10   staff, right, so -- so in this particular incident,
11   you know, you've mentioned Dr. Kennedye.  You've
12   mentioned Scott Combs.  You've mentioned Amy Metiva.
13   You mentioned Brandon.  I know there were certain
14   people there that were there as part of Medic Rig,
15   correct?
16        A.  Correct.
17        Q.  That's the Alpinestars staff, correct?
18        A.  Correct.
19        Q.  And who takes responsible for hiring and
20   retaining them?
21        A.  I do.
22        Q.  Okay.  And all of them are under the direct
23   supervision and control of Alpinestars -- the
24   Alpinestars staff that are at events?
25              MR. SCHWEIKERT:  Form.
```

JOHN BODNAR, MD FINAL                August 05, 2024                    264
76231

1              THE DEPONENT:  Correct, in the sense they

2    are hired as contracted athletic trainers, and --

3    but they're still, yes, under the direction of

4    the -- of the medical director.

5    BY MR. GORDON:

6         Q.  Okay.  And Feld does not play any role in

7    hiring the Alpinestars staff?

8         A.  No, they --

9              MR. SCHWEIKERT:  Form.

10             THE DEPONENT:  -- do not.

11   BY MR. GORDON:

12        Q.  And does Feld take any responsibility for

13   supervising the Alpinestars staff?

14        A.  No.

15             MR. SCHWEIKERT:  Form.

16   BY MR. GORDON:

17        Q.  And in terms of the types of employees to

18   hire, i.e., doctors who are sometimes emergency

19   medicine doctors like you or orthopedic surgeons

20   like some of your partners, and then you've talked

21   about Combs and Metiva as being -- one's an EMT,

22   one's an athletic trainer.  In terms of the type of

23   staff that are representing Alpinestars at these

24   events, who makes the decisions as to what types of

25   specialties are required to staff --

1       A.  I do.

2       Q.  -- your events?

3           MR. SCHWEIKERT:  Form.

4  BY MR. GORDON:

5       Q.  You do?

6       A.  I do.

7       Q.  Okay.  And Feld doesn't play any role in

8  directing that?

9       A.  No, they --

10          MR. SCHWEIKERT:  Form.

11          THE DEPONENT:  -- do not.

12 BY MR. GORDON:

13      Q.  Okay.  In terms of the amount of employees

14 to hire in terms of staffing your events, generally

15 who makes the decision on the amount of employees

16 needed to staff --

17      A.  I do.

18      Q.  -- Supercross events?

19      A.  I do.

20      Q.  Okay.  And Feld doesn't play any role in

21 that?

22      A.  No.

23      Q.  In terms of the training of Alpinestars

24 employees or staff, who takes responsibility for

25 that?

1        A.  I do.

2        Q.  Okay.  And Feld doesn't play any role in

3   that?

4        A.  No, they do --

5            MR. SCHWEIKERT:  Form.

6            THE DEPONENT:  -- not.

7   BY MR. GORDON:

8        Q.  In terms of the performance evaluations of

9   your Alpinestars staff, who takes responsibility for

10  that?

11       A.  I would.

12       Q.  Okay.  And does Feld play any role in that?

13       A.  No.

14           MR. SCHWEIKERT:  Form.

15  BY MR. GORDON:

16       Q.  In terms of the formation of the

17  Alpinestars protocols and policies and procedures,

18  who takes responsibility for that?

19           MR. SCHWEIKERT:  Form.

20           THE DEPONENT:  I do.  And we do pass it on

21  to Feld, but it's our -- it's our form, and we make

22  it.

23  BY MR. GORDON:

24       Q.  Okay.  And -- and they don't -- they don't

25  direct you at all in terms of -- I know they

JOHN BODNAR, MD FINAL              August 05, 2024                    267
76231

1    directed you in terms that they wanted an emergency

2    preparedness form.  But in terms of the formation of

3    that policy, who took responsibility for that?

4        A.  I did.

5            MR. SCHWEIKERT:  Form.

6    BY MR. GORDON:

7        Q.  Okay.  And what was previously marked as

8    Exhibit 10 to your deposition, that's the

9    Alpinestars Mobile Medical Unit -- what -- what do

10   you describe this -- this document as?

11       A.  It's basically the medical -- the protocol.

12       Q.  Okay.  And -- and who -- who took care of

13   formulating this document?

14       A.  I did.

15       Q.  Okay.  And Feld didn't play any role in

16   that, did they?

17       A.  No.

18           MR. SCHWEIKERT:  Form.

19   BY MR. GORDON:

20       Q.  Okay.  In terms of the direction of -- of

21   flagging at races, you -- you provided testimony

22   earlier that -- that you have the ability to request

23   a red flag if you believe it's necessary; is that

24   correct?

25           MR. SCHWEIKERT:  Form.

JOHN BODNAR, MD FINAL                August 05, 2024                              268
76231

```
 1           THE DEPONENT:  That's correct.
 2   BY MR. GORDON:
 3       Q.  As a CMO, but -- but you don't actually
 4   play any role in -- in actually calling for the red
 5   flag itself?
 6           MR. SCHWEIKERT:  Form.
 7           THE DEPONENT:  The red flag has to be
 8   called by the medical -- excuse me, by the race
 9   director.
10   BY MR. GORDON:
11       Q.  Okay.  And -- and the race director is
12   affiliated with what entity?
13       A.  AMA.
14       Q.  Okay.  And -- and does anybody from Feld
15   play any role in directing the types of flags that
16   are thrown?
17       A.  No, they do not.
18       Q.  Okay.  In terms of the equipment that you
19   have on-site, I know you talked about the -- the
20   medical rig.  You talked about the -- the Mules.
21   You talked about the equipment bags.  All of the
22   equipment that you have there that allows the
23   Alpinestars staff and the per diem EMTs that you may
24   bring in that day, you talked about equipment that
25   allows them to do their jobs.  Who -- who decides
```

JOHN BODNAR, MD FINAL          August 05, 2024                    269
76231

1  what equipment is necessary to be at these events?

2       A.  I do.

3            MR. SCHWEIKERT:  Form.

4  BY MR. GORDON:

5       Q.  Okay.  And does Feld play any role in -- in

6  directing what type of equipment needs to be

7  provided?

8       A.  No.

9            MR. SCHWEIKERT:  Form.

10 BY MR. GORDON:

11      Q.  Okay.  And does Feld play any role in

12 providing the equipment that is used by Alpinestars

13 at these events?

14      A.  No.

15      Q.  Okay.  In terms of the pre-race activities

16 that you're involved in, right, you talked about

17 your day -- your typical day showing up at 8 a.m.,

18 and then you talked about a meeting with the medical

19 team.  Is Feld involved in any of those meetings

20 that you're involved in on behalf of Alpinestars?

21           MR. SCHWEIKERT:  Form.

22           THE DEPONENT:  There is a -- starting, I

23 think it was last year, there's a Friday afternoon

24 Feld, AMA, AMU (sic), DirtWurx track builders.

25 There's a -- a -- what do you call -- operational

JOHN BODNAR, MD FINAL            August 05, 2024                          270
76231

1  meeting now that goes on that we started on Fridays.

2  BY MR. GORDON:

3       Q.  Did that meeting take place in 2020?

4       A.  No, it did not.

5       Q.  Okay.  All right.  In terms of the

6  direction of what Alpinestars does off-track, who --

7  who decides -- who decides what is -- what is done

8  by Alpinestars off-track?

9       A.  I -- do -- you mean by off-track?

10      Q.  Like, in terms of -- let's talk about,

11 like, setting up where -- where the Mules go,

12 where -- where the medic rig is parked, et cetera

13 and so forth.

14      A.  Parking is handled by Feld.

15      Q.  Okay.  But -- but in terms of the direction

16 of medical care itself, is that all done by

17 Alpinestars?

18           MR. SCHWEIKERT:  Form.

19           THE DEPONENT:  That's correct.

20 BY MR. GORDON:

21      Q.  Okay.  In terms of the clothing worn by the

22 Alpinestars staff at races, you've talked about

23 where -- where it's stored in the top of the Medic

24 Rig, and we've obviously seen pictures of the

25 clothes, and we -- we know what it -- we know what

JOHN BODNAR, MD FINAL          August 05, 2024                          271
76231

1   it looks like.  Who's involved in picking the -- the

2   type of clothes worn by the Alpinestars staff at

3   these races?

4        A.   Tom Carson.

5        Q.   Okay.  And Tom Carson is who?

6        A.   He is our general manager, president of the

7   Medic Rig, LLC.

8        Q.   Okay.  And the Alpinestars?

9        A.   And Alpinestars, yes.

10       Q.   Correct.  Okay.  And -- and who pays for

11  the clothing that is used by the Alpinestars and

12  Medic Rig staff?

13       A.   I believe that's Alpinestars.

14       Q.   Okay.  You -- you testified a little bit

15  earlier about the headsets that are worn.  We've

16  obviously seen pictures of the headsets in the

17  photographs.  First of all, who is involved in

18  deciding what types of headsets are used at these

19  Supercross races?

20       A.   Myself in conjunction with our -- the other

21  doctors and the medics to determine if they're

22  appropriate.

23       Q.   Okay.  And -- and who is responsible for

24  purchasing the headsets --

25       A.   I am.

JOHN BODNAR, MD FINAL                August 05, 2024                              272
76231

 1        Q.  -- they use?  Okay.  All right.

 2             And Feld doesn't play a role in -- in

 3   selecting or purchasing the headsets or -- that are

 4   used by the Alpinestars staff?

 5             MR. SCHWEIKERT:  Form.

 6             THE DEPONENT:  No, they do not.

 7   BY MR. GORDON:

 8        Q.  Okay.  You talked earlier about decisions

 9   that are made on the track are based on the medical

10   judgment of the staff who are providing the care at

11   the time?

12        A.  Correct.

13             MR. SCHWEIKERT:  Form.

14   BY MR. GORDON:

15        Q.  Okay.  And that -- that medical judgment,

16   is that made by the staff themselves?

17             MR. SCHWEIKERT:  Form.

18   BY MR. GORDON:

19        Q.  In terms of the decisions whether to

20   request a red flag, whether to leave somebody on the

21   track, whether to remove somebody from the track,

22   are those decisions made by you and your Alpinestars

23   staff?

24             MR. SCHWEIKERT:  Form.

25             THE DEPONENT:  Yes, in conjunctions with --

1  on radio contact sometimes, sometimes not.  They can

2  act on their own as well.

3  BY MR. GORDON:

4      Q.  Okay.  All right.  You -- you talked

5  earlier about the Whac-A-Moles.  It was a very

6  interesting -- that -- that was --

7      A.  Don't tell them.

8      Q.  -- Feld staff that -- that show up to

9  provide assistance if a -- if a rider -- if a bike

10 is down or if a TuffBlock needs to be moved, et

11 cetera and so forth.  That's what you --

12     A.  Correct.

13     Q.  -- described, correct?

14         The -- the -- those Feld staff that are --

15 that are on the track, do they play any role in

16 making medical decisions?

17     A.  No, they do not.

18     Q.  Okay.  We talked about the coding system of

19 0, 1, 2, 3.  In terms of deciding how something is

20 coded, 0, 1, 2, 3, who -- who makes those decisions?

21     A.  In conjunction with my medical staff as

22 well as the AMA marshals on the track.

23     Q.  Okay.  And -- and do any Feld employees

24 play any role in coding those situations?

25     A.  No, they do not.

JOHN BODNAR, MD FINAL          August 05, 2024                        274
76231

1        Q.  I want to ask you a few specific questions

2   with regard to February 15th, 2020, at Raymond James

3   Stadium that we're here about today.  In terms of

4   the directions provided on the headsets that day,

5   were any Feld employees involved in providing

6   directions on the headsets that day?

7        A.  No.

8        Q.  Did any Feld employees provide any

9   instruction on the services to be performed that day

10  related to Brian Moreau?

11       A.  No.

12       Q.  Did any Feld employee provide any of the

13  gear that was worn on February 15, 2020, at Raymond

14  James Stadium?

15       A.  No.

16           MR. SCHWEIKERT:  Form.

17  BY MR. GORDON:

18       Q.  Did any Feld employees have any role in --

19  in making sure that the Alpinestars staff was

20  properly credentialed for that day?  And I'm not

21  talking about the credentials to get into the

22  stadium.  I'm talking about credentials in terms of

23  their licensure and certifications that -- that they

24  were properly licensed and certified to do the jobs

25  that Alpinestars asked them to do?  Did Feld play

JOHN BODNAR, MD FINAL              August 05, 2024                      275
76231

1  any role with those employees that day?

2        A.  No.

3            MR. SCHWEIKERT:  Form.

4  BY MR. GORDON:

5        Q.  Did Feld play any role in directing or

6  supervising the care provided by Amy Metiva that

7  day?

8        A.  No.

9        Q.  Did anyone from Feld play any role in

10  directing or supervising the care provided by Scott

11  Combs that day?

12        A.  No.

13        Q.  Did anybody from Feld play any role in

14  directing or supervising the care provided by

15  Dr. Kennedye that day?

16        A.  No.

17        Q.  Did anyone from Feld play any role in

18  directing the medical protocols that were followed

19  on that day?

20        A.  No.

21            MR. SCHWEIKERT:  Form.

22  BY MR. GORDON:

23        Q.  Did anyone from Feld direct how the

24  practice of medicine should have been used on that

25  day?

JOHN BODNAR, MD FINAL                August 05, 2024                              276
76231

1        A.   No.

2        Q.   Did anyone from Feld participate in the

3   patient evaluation process of Brian Moreau that day?

4        A.   No.

5        Q.   Did anyone from Feld participate in any of

6   the flagging decisions that day?

7        A.   No.

8             MR. SCHWEIKERT:   Form.

9   BY MR. GORDON:

10       Q.   Did anyone from Feld play any role in your

11  playing the role of CMO that day?

12            MR. SCHWEIKERT:   Form.

13  BY MR. GORDON:

14       Q.   Or is that a -- is that an Alpinestars

15  decision as to who --

16       A.   No.  No, that's an --

17       Q.   -- plays the role --

18       A.   -- Alpinestar decision.  Yes.

19       Q.   Okay.

20       A.   So no, they did not.

21       Q.   Okay.  In terms of payment and funding,

22  we -- we went through, I could find the exhibit, but

23  you know what it is, that you submitted an invoice

24  that day for -- to be paid.  I think it was 1,750

25  bucks for the day plus reimbursement of your travel

JOHN BODNAR, MD FINAL                August 05, 2024                         277
76231

1  expenses?

2       A.  That's correct.

3       Q.  Okay.  And -- and I just want to confirm,

4  your testimony was that that was submitted to

5  Alpinestars --

6           MR. SCHWEIKERT:  Form.

7  BY MR. GORDON:

8       Q.  -- correct, for payment and reimbursement?

9       A.  No, that's -- was submitted to the Medic

10 Rig.

11      Q.  Okay.

12      A.  Who then makes the payments, and they are

13 our core company, I guess.  They --

14      Q.  Got it.  So -- so you --

15      A.  -- managed all that.

16      Q.  You -- you were paid by the Medic Rig that

17 day for your services provided?

18      A.  That is correct.

19      Q.  And was everybody affiliated with the

20 Alpinestars paid by the Medic Rig that day for your

21 services?

22      A.  Yes, they were.

23      Q.  Okay.  And all reimbursement of travel

24 expenses, to your knowledge?

25      A.  To my knowledge.  Excluding volunteers.

JOHN BODNAR, MD FINAL                    August 05, 2024                              278
76231

1        Q.   Was -- was paid by the Medic Rig?

2        A.   They weren't.  They are volunteer there.

3        Q.   No, the -- the volunteers are not paid, but

4   all the Alpinestar employees, they -- they -- like

5   Amy Metiva?

6        A.   Yes.

7        Q.   She -- she -- and Dr. Kennedye?

8        A.   Yes.

9        Q.   They -- they would also be paid by the

10  Medic Rig for their services provided that day?

11       A.   That is correct.

12       Q.   Okay.  And -- and none of the Alpinestars

13  staff like yourself would be paid by Feld for

14  providing services at a Supercross race like this?

15       A.   No, they wouldn't.

16            MR. SCHWEIKERT:  Form.

17  BY MR. GORDON:

18       Q.   And as you understand it, the funding for

19  the Alpinestars comes from what source?

20       A.   It's a conglomeration of Feld, MX Sports,

21  Alpinestars themselves, and smaller amounts from

22  Road 2 Recovery, and at other times some donations,

23  but that's the majority.

24       Q.   And do you understand the percentages of

25  how the funding --

1     A.  No, I don't.

2     Q.  -- is made?  That's all Dr. Carson?

3     A.  Tom Carson.

4     Q.  Tom Carson's --

5     A.  He's not a physician.

6     Q.  -- not a doctor?

7     A.  Yes.  Tom Carson.

8     Q.  Yeah.  Yeah.  Okay.  I just elevated him.

9  You can tell him I -- you can send them that page of

10 the transcript.

11    A.  He's heard that before.

12    Q.  Okay.  And you're -- you're not involved

13 in -- in that piece of the business; or are you?

14    A.  No, I'm not.

15    Q.  Okay.  Okay.  You don't have any employment

16 agreement between yourself, Dr. Bodnar, and Feld?

17    A.  No, I do not.

18    Q.  Okay.  And you don't have any subcontract

19 related to the Tampa event in 2020 between yourself

20 and Feld?

21    A.  No, I do not.

22    Q.  All you were involved in that day was

23 related to Alpinestars and the Medic Rig?

24    A.  Yes.

25        MR. SCHWEIKERT:  Form.

1  BY MR. GORDON:

2       Q.  And you don't receive any employee benefits

3  from Feld like insurance, pension funds, paid time

4  off, anything along those lines?

5       A.  No, I do not.

6       Q.  Okay.  You don't get any fringe benefits

7  from Feld, then?

8       A.  Any?

9       Q.  Any fringe benefits from --

10      A.  No.

11      Q.  -- Feld?  Okay.

12          And so Feld -- Feld is not your employer,

13  nor was it on February 15th, 2020, at --

14          MR. SCHWEIKERT:  Form.

15  BY MR. GORDON:

16      Q.  -- Raymond James Stadium?

17      A.  That is correct.

18          MR. GORDON:  That's all the questions I

19  have at this time.  Thanks, Dr. Bodnar.

20          THE DEPONENT:  All right.

21          MS. SPRADLIN:  Dr. Bodnar, I am going to

22  have a few questions for you.

23          THE DEPONENT:  Okay.

24          MS. SPRADLIN:  Would you like to take a

25  short break before I get --

```
 1              CORRECTION SHEET

 2   Deposition of: John Bodnar, M.D.        Date: 08/05/24

 3   Regarding:   Moreau vs. Feld Motor Sports, Inc., et al

 4   Reporter:    Wilhelm/Schneider

 5   _____

 6   Please make all corrections, changes or clarifications

 7   to your testimony on this sheet, showing page and line

 8   number.  If there are no changes, write "none" across

 9   the page.  Sign this sheet on the line provided.

10   Page    Line    Reason for Change

11   221     11      SPLIT (SP) = SPLINT

12   230     6-7     - FROM THIS SAME "POLE" MEDIAL - DO NOT KNOW
                                                        REFERENCE
13   249     6       "PHYSICIANS" = POSITIONS
                     _____
14   _____   _____   _____

15   _____   _____   _____

16   _____   _____   _____

17   _____   _____   _____

18   _____   _____   _____

19   _____   _____   _____

20   _____   _____   _____

21   _____   _____   _____

22   _____   _____   _____

23   _____   _____

24               Signature _____

25                    John Bodnar, M.D.
```



**NAEGELI**
DEPOSITION & TRIAL

(800) 528-3335
NAEGELIUSA.COM

John Bodnar, M.D.   August 5, 2024   NDT Assgn # 76231   Page 312

```
 1              DECLARATION

 2  Deposition of: John Bodnar, M.D.        Date: 08/05/24

 3  Regarding:    Moreau vs. Feld Motor Sports, Inc., et al

 4  Reporter:     Wilhelm/Schneider

 5  _____

 6

 7  I declare under penalty of perjury the following to

 8  be true:

 9

10  I have read my deposition and the same is true and

11  accurate save and except for any corrections as made

12  by me on the Correction Page herein.

13

14  Signed at _____SAN DIEGO_____, ___CA_____

15  on the ____9 th____ day of ___OCTOBER_____, 2024.

16

17

18

19

20

21

22

23

24          Signature_____

25              John Bodnar, M.D.
```

NAEGELI
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM