# EXHIBIT 10

1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:22-CV-01295-TPB-CPT

BRIAN MOREAU,
Plaintiff

vs.
FELD MOTOR SPORTS, INC. ET AL,

Defendants.
_____/


DEPOSITION OF TOM CARSON


MARCH 20, 2025
10:00 AM


VIA ZOOM VIDEO CONFERENCE

APPEARANCES

**JUAN CARLOS RAMOS**
 DMR Law LLC
 1430 S Dixie Hwy Ste 314
 Coral Gables, FL 33146-3174
 Office: 305-548-8666
 Fax: 786-513-7998
 j.ramos@dmrpr.com

**DAVID GORDON**
(609) 987-6854
Buchanan Ingersoll & Rooney, Pc
700 Alexander Park
Suite 300
Princeton, NJ 08540
**MARK SCHWEIKERT**
Schweikert Law PLLC
1111 Brickell Ave Ste 1550
Miami, FL 33131-3123
Office: 305-999-1906
Cell: 305-926-9452
mark@schweikertlaw.com

**ALEXIA KHELLA**
Feld Motor Sports, Inc.
800 Feld Way
Palmetto, FL 34221
(941) 432-4015

**DAVID DOYLE**
Pearson Doyle Mohre & Pastis, LLP
901 N Lake Destiny Rd Ste 305
Maitland, FL 32751
Office: 407-647-0090
Cell: 407-414-7172
Fax: 407-647-0092
ddoyle@pdmplaw.com

# APPEARANCES

**CAROLINE SPRADLIN**
Phelps Dunbar LLP
100 S Ashley Dr Ste 2000
Tampa, FL 33602-5315
Office: 813-222-7672
Cell: 803-617-8539
Fax: 813-472-7570
caroline.spradlin@phelps.com

8

DEPOSITION OF TOM CARSON

MARCH 20, 2025

**COURT REPORTER:** Good morning. My name is Jorge Garcia, the court reporter for today's depo. The time is 10:15 a.m. The date is March 20, 2025. If the witness could state his name on the record for us, please. That's you, Mr. Carson.

**MR. DOYLE:** Hey Tom, can you hear him okay?

**MR. CARSON:** Let me turn that up.

**MR. DOYLE:** Yeah, I think it's here.

**MR. CARSON:** Right.

**MR. DOYLE:** There you go. Got it. So, he asked you to state your name for the record.

**MR. CARSON:** Oh, Thomas R. Carson.

**COURT REPORTER:** Mr. Carson, if you could please raise your right hand. Do you swear or affirm the testimony you're about to give will be the truth, the whole truth, and nothing but the

9

truth?

**MR. CARSON:** I do.

**COURT REPORTER:** Perfect. Can you get a little closer to the mic, please? If you can remove the... Thank you. Do you have a photo ID that you could show me?

**MR. CARSON:** Yes.

**COURT REPORTER:** Thank you. Can you bring it a little closer, closer, closer, closer? Thank you. I see it. Attorneys, please state your appearances.

**MR. SCHWEIKERT:** Good morning. Mark Schweikert and Juan Carlos Ramos on behalf of plaintiff, Brian Moreau.

**MR. DOYLE:** David Doyle on behalf of defendants, The Medic Rig, Dr. Bodnar, Dr. Kennedy, Amy Metiva, and Scott Combs.

**MR. GORDON:** David Gordon for Feld Motorsports. Lexi Khella is also on as a representative of Feld Motorsports.

**MS. SPRADLIN:** Caroline Spradlin on behalf of American Motorcyclist Association, DBA American Motorcycle Association.

**COURT REPORTER:** I think that's everyone. Go ahead, Mark.

**MR. SCHWEIKERT:** Thank you.

**DIRECT EXAMINATION BY MR. SCHWEIKERT:**

**Q.** Good morning, sir. Could you please state your name for the record?

**A.** Thomas R. Carson.

**Q.** Okay. Are you the owner of The Medic Rig, LLC?

**A.** Yes.

**Q.** Okay. Does anybody else have an ownership interest in The Medic Rig, LLC?

**A.** No.

**Q.** Okay. Are you the Chief of Staff for The Medic Rig?

**A.** Yes.

**Q.** Okay. Have you ever been deposed before?

Service Agreement. It's on page 2. Let me know when you're there.

A. I'm there.

Q. Okay. Do you see the heading is responsibility for third-party services, software and hardware?

A. Yes.

Q. Okay. And below the heading, it reads, "In performing and providing the services, service provider may engage third parties, including but not limited to physicians, EMTs, or other qualified medical personnel." Do you see that?

A. Yes.

Q. Okay. And who made the determination as to whether medical personnel was qualified for the 2020 Supercross season?

A. Dr. Bodnar.

Q. And did Dr. Bodnar have a responsibility for training the medical personnel that worked the Supercross events during the 2020 Supercross

76

season on behalf of your company?

**A.** Yes.

**Q.** We go back to that paragraph. The second sentence reads, "Service provider shall ensure that all third-party vendors are duly licensed in the states where they will provide medical care. And that each third-party vendor carries appropriate medical malpractice insurance as required by any state or jurisdiction where such services are rendered by the service provider." Do you see that?

**A.** Yes.

**Q.** And is that something that The Medic Rig agreed to do during the 2020 Supercross season?

**MR. DOYLE:** Object to form. Go ahead.

**BY MR. SCHWEIKERT:**

**A.** I don't understand your question.

**Q.** This is a document entitled the Master Services Agreement, right?

**A.** Yes.

separate event from the other Supercross events?

**A.** Yes.

**Q.** Do you know why?

**A.** No.

**Q.** Let's talk a little bit about February 2020 Supercross, which we'll get into much more later. But do you recall who was on the medical team that day, February 15, 2020?

**A.** Yes.

**Q.** And who do you recall?

**A.** Dr. Bodnar, Dr. Kennedy, Amy Metiva, and we had a couple of volunteers. I'm not sure of the rest.

**Q.** Was one of those volunteers a gentleman by the name of Scott Combs?

**A.** Yes.

**Q.** Okay. How long have you known Dr. Kennedy?

**A.** I'm not sure.

**Q.** When is the first time you remember him

278

COUNTY OF MIAMI-DADE

I, Jorge Garcia, do hereby certify that I was authorized to and did transcribe the electronic notes of the deposition of Tom Carson, that a review of the transcript was requested; and that the foregoing transcript, pages 05 through 275 is a true record of the electronic notes.

I further certify that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in the action.

Dated this 20th day of March 2025

*Jorge Garcia*

Jorge Garcia

Court Reporter

Notary Public, State of Florida

Commission: HH358644

DATE: March 20th, 2025
TO: Tom Carson