# EXHIBIT 11



UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRIAN MOREAU,

    Plaintiff,

vs.                 CASE NO. 8:22-CV-01295-TPB-CPT

FELD MOTOR SPORTS, INC., et al.,

    Defendants.

REVISED FINAL

REMOTE VIDEOTAPED DEPOSITION OF

JAMES KENNEDYE, M.D.

TAKEN ON

FRIDAY, AUGUST 23, 2024

9:00 A.M.

OKLAHOMA PARK AVENUE CONFERENCE CENTER

101 PARK AVENUE, SUITE 1300

OKLAHOMA CITY, OKLAHOMA 73102



(800) 528-3335   NAEGELI DEPOSITION & TRIAL — Established 1980 —   NAEGELIUSA.COM

JAMES KENNEDYE MD REVISED FINAL August 23, 2024                    2
76226

| | |
|---|---|
| 1 | REMOTE APPEARANCES |
| 2 | |
| 3 | Appearing on behalf of the Plaintiff: |
| 4 | MARK ADAM SCHWEIKERT, ESQUIRE |
| 5 | Schweikert Law PLLC |
| 6 | 1111 Brickell Avenue, Suite 1550 |
| 7 | Miami, Florida 33131 |
| 8 | (305) 926-9452 |
| 9 | mark@schweikertlaw.com |
| 10 | |
| 11 | Appearing on behalf of Defendants |
| 12 | Kennedye, Bodnar, Metiva, Combs, and Medic Rig: |
| 13 | DAVID O. DOYLE, JR., ESQUIRE |
| 14 | Pearson, Doyle, Mohre, & Pastis, LLP |
| 15 | 901 North Lake Destiny Road, Suite 305 |
| 16 | Maitland, Florida 32751 |
| 17 | (407) 647-0090 |
| 18 | ddoyle@pdmplaw.com |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

| | |
|---|---|
| 1 | REMOTE APPEARANCES CONTINUED |
| 2 | |
| 3 | |
| 4 | Appearing on behalf of Defendant |
| 5 | American Motorcycle Association: |
| 6 | CAROLINE SPRADLIN, ESQUIRE |
| 7 | Phelps Dunbar LLP |
| 8 | 100 South Ashley Drive, Suite 2000 |
| 9 | Tampa, Florida 33602 |
| 10 | (813) 472-7550 |
| 11 | caroline.spradlin@phelps.com |
| 12 | |
| 13 | Appearing on behalf of Defendant Feld Motor Sports: |
| 14 | GRETCHEN JANKOWSKI, ESQUIRE |
| 15 | Buchanan Ingersoll & Rooney PC |
| 16 | 501 Grant Street, Suite 200 |
| 17 | Pittsburgh, Pennsylvania 15219 |
| 18 | (412) 562-8800 |
| 19 | gretchen.jankowski@bipc.com |
| 20 | |
| 21 | ALSO PRESENT: |
| 22 | Jess Bryan, Naegeli Technician |
| 23 | |
| 24 | |
| 25 | |

```
 1              THE REPORTER:  I -- I have a quick
 2   stipulation to read.  We will be recording the Zoom
 3   meeting to solely assist in producing the
 4   transcript.  Please note the media will not be
 5   available for production to either side.  And when
 6   you see a pop-up prompt in Zoom, please click okay,
 7   or got it.
 8              I'm your court reporter for today, and I
 9   would like everyone to please speak loudly, slowly,
10   and clearly so I can make an accurate transcript.
11   Please do not talk over one another because I can
12   only report one person at a time.
13              I will be administering an affirmation for
14   any testimony given.  I would like to stipulate for
15   the record the affirmation and testimony will be
16   administered and reported by a professional digital
17   reporter.  The testimony will be transcribed and
18   certified.
19              Mr. Kennedye, please raise your right
20   hand.
21              Do you affirm under penalty of perjury the
22   testimony you're about to give will be the truth,
23   the whole truth, and nothing but the truth?
24              THE DEPONENT:  Yes.
25              THE REPORTER:  Thank you.  Counsel, please
```

1    don't do anything about it, then you're part of the
2    problem.
3             And a lot of my colleagues see the problem
4    and just keep pushing and putting out the fires.
5    Because there's good money in putting out fires, but
6    my -- you know, I started to think, hey, I can do
7    probably more.  And try to prevent disease, try to
8    prevent people from getting sick, try to keep them
9    healthy, keep them out of the ER the best I can.
10            And then, I'm also a Native American, so
11   I'm very involved in Indian health.  So I just
12   needed a larger skill set, and that's why I went to
13   the -- the master's of public health and health
14   policy because it's not medicine.  It's not
15   biochemistry.  It's not pharmacology.  It's not, you
16   know, physiology.  It's -- it's politics.  It's
17   statistics.  It's epidemiology.  It's population
18   health, and you have to have skills.
19            You're not trained to do that in medical
20   school, or even in a hospital.  So I got more skills
21   and I have more ability to do more for more people.
22        **Q.   What do you consider to be your current**
23   **profession today?**
24        A.   Well, I'm more than just an emergency
25   physician.  I am that, but also, I'm a public health

```
 1   physician, Indian health physician, and a health
 2   policy person.
 3        Q.   How many years of experience do you have
 4   as an emergency physician?
 5        A.   What are we up to, 26 years now, yes, sir.
 6   And I've had a little bit more experience than that.
 7   The Oklahoma City bombing happened about two blocks
 8   that way, and I was in the ER the whole day of the
 9   Oklahoma City bombing, right over that way.  So I
10   was a medical student, but I remember it well, so --
11        Q.   Wow, that's incredible.  Do you have any
12   certifications that are related to emergency
13   medicine?
14        A.   I do.
15        Q.   And what are those?
16        A.   I am board-certified by the American Board
17   of Emergency Medicine.
18        Q.   And when did you become board-certified?
19        A.   Looks like 2004, I believe.  And I was re-
20   certified in 2014.
21        Q.   Is that certification currently active?
22        A.   Currently active.  I will re-certify
23   again. I'm in the process of re-certifying now in
24   2024.
25        Q.   Has it ever lapsed?
```

```
                         CORRECTION SHEET

Deposition of: James Kennedye, MD    Date: 08/23/24
Regarding: Moreau vs. Feld Motor Sports, Inc.
Reporter: Zavodny / Seaman
_____

Please make all corrections, changes or
clarifications to your testimony on this sheet,
showing page and line number.  If there are no
changes, write "none" across the page.  Sign this
sheet and the line provided.

Page    Line    Reason for Change
 12      18     Weary instead of wary.
 27      15     Jackie → Jacque
104       5     ∆ "A" and "to" in". FAST
108      21     ∆ "I'm" to "I'll".
204      12     ∆ "boys" → "BOSE"
207       2     ∆ "mnemonic" → "pneumatic"
207       3     ∆ "Stobiligatroin" → "traction"
214      16     "Yes, but nobody can know the extent of the injury at that point."  Also p.269 line 16
226      23     ∆ "great" to "grated". "grated step" also line 21  Also p.264 Line 1
242       6     ∆ "Strider" to "Stridor".
262      15     ∆ "like they're" to "at me with"
                     ~~when Scott~~
_____

              Signature: _____ 9/24/24
                        James Kennedye, MD
```

DECLARATION

Deposition of: James Kennedye, MD     Date: 08/23/2024

Regarding: BRIAN MOREAU vs FELD MOTOR SPORTS, INC.

Reporter: Kendall Zavodny

_____

I declare under penalty of perjury the following to be true:

I have read my deposition and the same is true and accurate save and except for any corrections as made by me on the Correction Sheet herein.

Signed at ___Oklahoma City___, "___Oklahoma___" on the ___24th___ day of ___September___, 20__24__.

Signature: _James R. Kennedye M.D._
James Kennedye, MD

(800) 528-3335   NAEGELI DEPOSITION & TRIAL   NAEGELIUSA.COM
Established 1980

CERTIFICATE

      I, Kendall Zavodny, do hereby certify that I reported all proceedings adduced in the foregoing matter and that the foregoing transcript pages constitutes a full, true and accurate record of said proceedings to the best of my ability.

      I further certify that I am neither related to counsel or any party to the proceedings nor have any interest in the outcome of the proceedings.

      IN WITNESS HEREOF, I have hereunto set my hand this 6th day of September, 2024.

                    *Kendall Zavodny*

                    Kendall Zavodny