# EXHIBIT 15

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRIAN MOREAU,

    Plaintiff,                                                 Case No.: 8:22-CV-1295

    vs.

FELD MOTOR SPORTS, INC.,
THE MEDIC RIG, LLC,
AMERICAN MOTORCYCLE
ASSOCIATION d/b/a AMERICAN
MOTORCYCLIST ASSOCIATION,
JOHN A. BODNAR, M.D.
JAMES KENNEDYE, M.D.,
AMY METIVA, and
SCOTT COMBS,

    Defendants.
_____/

## DEFENDANT, AMY METIVA'S, RESPONSE TO FELD MOTOR SPORTS, INC.'S, FIRST SET OF REQUESTS FOR ADMISSION

Defendant, AMY METIVA, pursuant to Rules 26 and 36 of the *Federal Rules of Civil Procedure,* files her Response to Defendant, Feld Motor Sports, Inc.'s, First Set of Requests for Admission, served on September 11, 2024, as follows:

1. Admit that no employment agreement existed between You and Feld Motor Sports for the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

2. Admit that no employment agreement existed between You and Feld Motor Sports for the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

3. Admit that no subcontract agreement existed between You and Feld Motor Sports for the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

4. Admit that no subcontract agreement existed between You and Feld Motor Sports for the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

5. Admit that the only agreement that existed between You and Feld Motor Sports for Your services during the 2020 Supercross Season is the 2019-2020 Adult FMS All-Event Release, Waiver and Indemnity Agreement, a true and correct copy of which was marked as Exhibit 28 to Your deposition.

**RESPONSE:**

**Admitted.**

6. Admit that the only agreement that existed between You and Feld Motor Sports for Your services at the 2020 Tampa Event is the 2019-2020 Adult

FMS All-Event Release, Waiver and Indemnity Agreement, a true and correct copy of which was marked as Exhibit 28 to Your deposition.

**RESPONSE:**

**Admitted.**

7.	Admit that You have never been employed by Feld Motor Sports.

**RESPONSE:**

**Admitted.**

8.	Admit that during the 2020 Supercross Season, You provided medical services under a subcontract services agreement with The Medic Rig, LLC, a true and correct copy of which was marked as Exhibit 25 to Your deposition.

**RESPONSE:**

**Admitted.**

9.	Admit that, in connection with the services that You rendered at the 2020 Tampa Event, You provided medical services under a subcontract services agreement with The Medic Rig, LLC, a true and correct copy of which was marked as Exhibit 25 to Your deposition.

**RESPONSE:**

**Admitted.**

10.	Admit that Feld Motor Sports did not participate in Your selection as a crewmember for The Medic Rig for the 2020 Supercross Season.

**RESPONSE:**

   **Admitted.**

11.   Admit that Feld Motor Sports did not select You to be a crewmember of The Medic Rig for the 2020 Tampa Event.

**RESPONSE:**

   **Admitted.**

12.   Admit that Feld Motor Sports has never prohibited You from providing medical services on behalf of any other organization.

**RESPONSE:**

   **Admitted.**

13.   Admit that Feld Motor Sports did not provide You with compensation or benefits for Your services rendered during the 2020 Supercross Season.

**RESPONSE:**

   **Admitted.**

14.   Admit that Feld Motor Sports did not provide You with compensation or benefits for Your services rendered at the 2020 Tampa Event.

**RESPONSE:**

   **Admitted.**

15.   Admit that Feld Motor Sports did not reimburse You for any expenses related to the services that You rendered during the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

16. Admit that Feld Motor Sports did not reimburse You for any expenses related to the services that You rendered at the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

17. Admit that Feld Motor Sports did not give You any type of instruction during the 2020 Supercross Season related to the medical services that You performed during the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

18. Admit that Feld Motor Sports did not give You any type of instruction at the 2020 Tampa Event related to the medical services that You performed at the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

19. Admit that Feld Motor Sports did not participate in the patient evaluation of an injured rider during the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

20. Admit that Feld Motor Sports did not participate in the patient evaluation of Plaintiff at the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

21. Admit that Feld Motor Sports did not participate in any patient treatment of an injured rider during the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

22. Admit that Feld Motor Sports did not participate in any patient treatment of Plaintiff at the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

23. Admit that Feld Motor Sports did not provide any medical training to You in connection with the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

24. Admit that Feld Motor Sports did not provide medical training to You in connection with the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

25. Admit that Feld Motor Sports did not supervise the medical services that You performed during the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

26. Admit that Feld Motor Sports did not supervise the medical services that You performed at the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

27. Admit that Feld Motor Sports did not direct You on how to supervise the medical services provided to any rider injured during the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

28. Admit that Feld Motor Sports did not direct You on how to supervise the medical services to any rider injured at the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

29. Admit that Feld Motor Sports did not direct which other crewmembers or volunteers of The Medic Rig would work with You during the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

30. Admit that Feld Motor Sports did not direct which other crewmembers or volunteers of The Medic Rig would work with You at the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

31. Admit that Feld Motor Sports did not prepare a performance evaluation related to Your services for the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

32. Admit that Feld Motor Sports did not prepare a performance evaluation related to Your services for the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

33. Admit that Feld Motor Sports did not direct what medical equipment and gear to use in the performance of Your services during the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

34. Admit that Feld Motor Sports did not direct what medical equipment and gear to use in the performance of Your services at the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

35. Admit that Feld Motor Sports did not provide the medical equipment and gear that You used in the performance of Your services during the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

36. Admit that Feld Motor Sports did not provide the medical equipment and gear that You used in the performance of Your services at the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

37. Admit that Feld Motor Sports did not provide the clothing, protective gear, or communication devices that You wore during the performance of Your services during the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

**38.** Admit that Feld Motor Sports did not provide the clothing, protective gear, or communication devices that You wore during the performance of Your services at the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 11, 2024, I served the foregoing document to all counsel or parties of record.

/s/ *David O. Doyle, Jr.*
**DAVID O. DOYLE, JR., ESQUIRE**
Florida Bar No. 0084964
**TONI P. TUROCY, ESQUIRE**
Florida Bar No. 0121709
**BETHANY W. NDUKA, ESQUIRE**
Florida Bar No. 1022888
Pearson Doyle Mohre & Pastis, LLP
901 North Lake Destiny Road, Suite 305
Maitland, FL 32751
Tel. (407) 647-0090
Fax. (407) 647-0092
Primary E-mails:   ddoyle@pdmplaw.com
tturocy@pdmplaw.com
bnduka@pdmplaw.com
Additional E-mails: jpreston@pdmplaw.com
kiddings@pdmplaw.com
smaisonave@pdmplaw.com
Attorneys for Defendants, The Medic Rig, LLC, John A. Bodnar, M.D., James Kennedye, M.D., Amy Metiva, and Scott Combs

## SERVICE LIST

| | |
|---|---|
| **Mark Adam Schweikert**<br>Schweikert Law, PLLC<br>1111 Brickell Avenue, Suite 1550<br>Miami, FL 33131<br>mark@schweikertlaw.com | Lead Attorney for Plaintiff |
| **Jason Beau Giller**<br>Jason B. Giller, P.A.<br>1111 Brickell Avenue, Suite 1550<br>Miami, FL 33131<br>jason@gillerpa.com<br>file@gillerpa.com | Attorney for Plaintiff |
| **Javier F. Micheo-Marcial**<br>DMRA Law LLC<br>Guaynabo<br>Centro Internacional de Mercadeo<br>Torre 1, Suite 402<br>Guaynabo, PR 00968<br>javier.micheo@dmralaw.com | Attorney for Plaintiff |
| **Juan Carlos Ramos-Rosado**<br>DMRA Law LLC<br>701 Brickell Ave.<br>Suite 2000<br>Miami, FL 33131<br>juan.ramos@dmralaw.com<br>nathalie.bovadilla@dmralaw.com | Attorney for Plaintiff |
| **Manuel A. Franco**<br>DMRA Law LLC<br>1111 Brickell Ave. Suite 1550<br>Miami, FL 33131<br>Manuel.franco@dmralaw.com<br>nathalie.bovadilla@dmralaw.com | Attorney for Plaintiff |
| **Maria A. Dominguez**<br>DMRA LAW LLC | Attorney for Plaintiff |

| | |
|---|---|
| Sabadell Financial Center<br>1111 Brickell Avenue., Suite 1550<br>Miami, FL 33131<br>maria.dominguez@dmralaw.com<br>elizabeth.santana@dmralaw.com | |
| **Gretchen L. Jankowski**<br>Buchanan Ingersoll & Rooney, PC<br>Union Trust Building<br>501 Grant Street, Suite 200<br>Pittsburgh, PA 15219<br>gretchen.jankowski@bipc.com | Lead Attorney for Feld Motor Sports, Inc. |
| **David Gordon**<br>Buchanan Ingersoll & Rooney, PC<br>700 Alexander Park, Suite 300<br>Princeton, NJ 08540-6340<br>david.gordon@bipc.com | Attorney for Feld Entertainment, Inc. and Feld Motor Sports, Inc. |
| **Richard G. Salazar**<br>Buchanan Ingersoll & Rooney, PC<br>401 East Jackson Street, Suite 2400<br>Tampa, FL 33602<br>Richard.salazar@bipc.com | Attorney for Feld Motor Sports, Inc. |
| **Matthew C. Pilsner**<br>Buchanan Ingersoll & Rooney, PC<br>Union Trust Building<br>501 Grant Street, Suite 200<br>Pittsburgh, PA 15219<br>Matthew.pilsner@bipc.com | Attorney for Feld Motor Sports, Inc. |
| **Michael S. Hooker**<br>**Caroline Catchpole Spradlin**<br>Phelps Dunbar LLP<br>100 South Ashley Drive, Suite 2000<br>Tampa, FL 33602-5311<br>michael.hooker@phelps.com<br>caroline.spradlin@phelps.com<br>fransheska.reyes@phelps.com | Attorneys for American Motorcyclist Association |

| samantha.powell@phelps.com | |