# EXHIBIT 16



# SUPERCROSS

## An FIM World Championship



# 2020 RULEBOOK

AMA_000393

EXHIBIT
2
DEPONENT NAME: Dr. Bodnar
DATE: 8/15/24

### Introduction

This rulebook contains rules and technical requirements governing all events that make up the Monster Energy AMA Supercross, an FIM World Championship.

The rulebook is designed to provide the information you will need to prepare your motorcycle and yourself for competition, plus an overview of rules that apply to the racing program, along with a summary of offenses and penalties pertaining to rule violations.

The intent of a specific rule will override a competitor's interpretation of a rule. The intent of a rule will be determined by competent officials. If any rule is unclear to the competitor, the competitor is advised to get written approval prior to any modifications.

The AMA in cooperation with the FIM will answer any requests for rule clarifications or interpretations. Requests must be submitted in writing by riders and teams to AMA technical staff. Any prior verbal approval from AMA staff or officials without a written statement from the Technical Department with regard to the interpretation of a rule or procedure will be deemed invalid.

Please note that while every effort has been made to write these rules in a clear and unambiguous fashion, it is impossible to anticipate every circumstance. It will be the responsibility of Race Direction to make decisions regarding rules enforcement.

The 250SX class will abide by all rules and regulations set forth in the current Monster Energy AMA Supercross, an FIM World Championship rulebook with the exceptions listed in Section 5.

Supercross information can also be found at:
www.amasupercross.com. This includes Anti-Doping, rules, event supplemental regulations, competition bulletins, schedules, event specific information, online registration for license, credential and entry's and anything else you might need.

Should you have questions regarding these rules or regarding competition as affected by these rules, contact:

    AMA Racing Department
    13515 Yarmouth Drive
    Pickerington, OH 43147
    Phone: (614) 856-1900
    Fax: (614) 856-1921
    www.amasupercross.com

Or

    FIM
    11, Route Suisse
    CH-1295 Mies (Switzerland)
    Phone: 41 (22) 950 9507
    Fax: 41 (22) 950 9501
    Email: dirk.deneve@fim.ch
    www.fim-live.com

**DISCLOSURE**

AMA AND THE FIM STRIVE TO REGULATE THE SPORT OF PROFESSIONAL MOTORCYCLE RACING IN THE FAIREST POSSIBLE MANNER. ALL PARTIES INVOLVED IN THE AMA SUPERCROSS, AN FIM WORLD CHAMPIONSHIP ARE EXPECTED TO CONDUCT THEMSELVES IN A PROFESSIONAL MANNER, RESPECTING AT ALL TIMES THE RIGHTS OF OTHERS.

THE RULES FOR COMPETITION ARE INTENDED ONLY AS A GUIDE FOR THE CONDUCT OF THE SPORT PURSUANT TO THE UNIFORM RULES.

RULES DIRECTED OR RELATED TO SAFETY ARE PROMULGATED TO MAKE ALL PERSONS CONCERNED WITH SAFETY, BUT THE AMA AND THE FIM NEITHER WARRANTS SAFETY IF THE RULES ARE FOLLOWED NOR COMPLIANCE WITH AND ENFORCEMENT OF RULES.

MOREOVER, EACH PARTICIPANT IN COMPETITION HAS THE RESPONSIBILITY TO ASSESS THE SAFETY ASPECTS OF FACILITIES AND CONDITIONS AND MUST ASSUME THE RISK OF COMPETITION.

**Supercross information can also be found at:**
www.amasupercross.com. **This includes Anti-Doping, rules, event supplemental regulations, competition bulletins, schedules, event specific information, online registration for license, credential and entry's and anything else you might need.**

AMA_000396

## TABLE OF CONTENTS

|  | Section | Page |
|---|---|---|
| 2020 Schedule |  | 4 |
| Categories of Racing |  | 5 |
| General Equipment Standards | 1 | 6 |
| 450SX Class Specific Rules | 2 | 15 |
| *Licenses, Eligibility, Entries and Credentials* | *3* | *17* |
| *Race Rules and Procedures* | *4* | *22* |
| Anti-Doping Code | 4.4 | 23 |
| *250SX Class Specific Rules* | *5* | *42* |

|  | Appendix | Page |
|---|---|---|
| Offenses, Penalties, Protests, Appeals | A | 54 |
| Officials Duties | B | 61 |
| Concussion Policy | C | 66 |
| Sound Test Procedures | D | 68 |
| Fuel Test Procedures | E | 72 |
| Glossary | F | 74 |

New rules for the 2020 season are printed in ***bold italic*** type.

Tables with a section that is printed in ***bold italic*** type, indicates a change in that section for 2020.

**Items that are indicated with a** ~~strikethrough~~ **are no longer valid.**

<u>Underlined or **bold** text is meant to bring your attention to important items that should not be missed.</u>

**Supercross information can also be found at:**
<u>www.amasupercross.com</u>. **This includes Anti-Doping, rules, event supplemental regulations, competition bulletins, schedules, event specific information, online registration for license, credential and entry's and anything else you might need.**

Copyright © 2019-2020 by AMA. Printed in USA. No portion of these rules may be copied or used without the express written consent of AMA.

**2020 Monster Energy AMA Supercross, an FIM World Championship ***

**Jan 4: Angel Stadium of Anaheim**
Anaheim, CA (250SX West)

**Jan 11: The Dome at America's Center**
St. Louis, MO (250SX West)

**Jan 18: Angel Stadium of Anaheim**
Anaheim, CA (250SX West)

**Jan 25: State Farm Stadium**
Glendale, AZ (250SX West)

**Feb 1: RingCentral Coliseum**
Oakland, CA (250SX West)

**Feb 8: PETCO Park**
San Diego, CA (250SX West)

**Feb 15: Raymond James Stadium**
Tampa, FL (250SX East)

**Feb 22: AT&T Stadium**
Arlington, TX (250SX East)

**Feb 29: Mercedes-Benz Stadium**
Atlanta, GA (250SX East)

**Mar 7: Daytona International Speedway**
Daytona Beach, FL (250SX East)

**Mar 14: Lucas Oil Stadium**
Indianapolis, IN (250SX East)

**Mar 21: Ford Field**
Detroit, MI (250SX East)

**Mar 28: CenturyLink Field**
Seattle, WA (250SX West)

**Apr 4: Empower Field at Mile High**
Denver, CO (250SX East/West Showdown)

**Apr 18: Gillette Stadium**
Foxborough, MA (250SX East)

**Apr 25: Sam Boyd Stadium**
Las Vegas, NV (250SX West)

**May 2: Rice-Eccles Stadium**
Salt Lake City, UT (250SX East/West Showdown)

**BOTH 250SX REGIONS WILL RECEIVE CHAMPIONSHIP POINTS EARNED FROM THE COMBINED EAST/WEST SHOWDOWN IN DENVER AND SALT LAKE CITY.**

*Dates and Locations Subject to Change

AMA_000398

4

**CATEGORIES OF RACING**

The rules in this book apply to races run as part of the Monster Energy AMA Supercross, an FIM World Championship. These races are composed of the two classes, 450SX and 250SX. Supercross is conducted within a stadium-type facility on a specially constructed racetrack. The racetrack generally should be 20 feet in width at its narrowest point, except where narrower sections are a benefit to traffic flow, such as dual-line turns, etc. These sections must be approved by the Race Director prior to the meet. The length of the course is contingent upon the track design and the size of the area of the facility used.

**Supercross information can also be found at:**
www.amasupercross.com. **This includes Anti-Doping, rules, event supplemental regulations, competition bulletins, schedules, event specific information, online registration for license, credential and entry's and anything else you might need.**

2. If a rider accelerates in an unsafe manner while off course or cuts part of the racecourse, the rider may be determined to have gained an advantage without gaining a position.

3. It will be the duty of Race Direction to make the determination as to whether a rider gained an advantage by leaving the racecourse and re-entering.

4. The **minimum** penalty for gaining an advantage while off course during a race will be the loss of number of positions gained plus one additional position in the final results for that race **based on the severity of advantage gained as deemed by Race Direction**. If no positions were gained, the minimum penalty will be the loss of one position in the final results for that race based on the severity of advantage gained as deemed by Race Direction.

5. The penalty for gaining an advantage while off course during qualifying will be the loss of the rider's fastest lap time during that session.

j. A motorcycle that leaves the stadium floor or infield of a speedway during a race will not be permitted to return to the racetrack.

k. Intentionally stopping on the racetrack during timed practice is prohibited. Every time a rider is found in violation of this rule he or she will have his or her fastest lap of that session removed from the official results. A stoppage on the racetrack resulting from a mechanical issue or a fall down will not be considered intentional. Race Direction will make the determination as to whether or not the stopping was intentional.

l. During a race or qualifying session, a rider must always attempt to succeed. If not, he or she shall not be allowed to continue the race or qualifying session and may be penalized by Race Direction.

m. Rider Injuries:

1. All riders may be subject to a special medical examination given by the Chief Medical Officer at any time during the event.

2. All injured riders during an event must be cleared by the Chief Medical Officer as medically fit to compete.

3. Any rider that refuses the special medical examination will be disqualified from the event and placed on the medically unfit list.

**4.16 Flags and Lights**
<u>It is the rider's responsibility to be aware of their surroundings at all times while on track. Safety is a main priority and the riders must obey all official signals and directions given to them. Any rider failing to do so may be penalized.</u>

a. **Solid Blue Flag:**
1. Indicates you are about to be overtaken by faster riders.

2. When conditions allow, move out of the fast line. Once out of the fast line, hold your line, do not ride erratically and do not impede the faster rider's progress.

RACE RULES & PROCEDURES

3. Riders disregarding the blue flag may be penalized at the discretion of Race Direction.

b. **Yellow Flag or Yellow Flashing Light:**
   1. Indicates serious hazard on or near the track. This includes the sighting or cool down laps.
   2. Passing is allowed.
   3. Proceed with extreme caution.

c. **Black Flag:**
   1. Indicates a problem with a rider's motorcycle or a penalty.
   2. The black-flagged rider must carefully reduce speed and proceed around the course to the mechanic's area.
   3. Black-flagged riders are not permitted to return to the racecourse unless cleared by Race Direction.

d. **Red Flag:**
   1. May be displayed anywhere on course.
   2. Indicates the practice, qualifying or race has been stopped.
   3. Reduce speed and proceed safely as directed by a race official.

e. **White Flag with Red Cross or Red Flashing Light:**
   1. This flag or a red flashing light may be displayed at the beginning of a triple jump or a series of jumps.
   2. Takes precedence over all other flags that may be displayed.
   3. No passing is allowed until clear of the incident.
   4. Riders must follow all directions given by race officials in that section.
   5. The riders must do all of the obstacles individually, I.E. NO double, triple, step on/off, etc. until clear of the incident.
   6. Riders must exercise extreme caution and not race or accelerate in an unsafe manner until they are clear of the incident.
   7. When used on a triple jump, the area of concern is at a minimum, the whole obstacle, I.E. if a rider is down on the face of the triple or after the first or second jump, you must not jump any section of the triple.
   8. This includes the sighting or cool down laps.
   9. If Race Direction determines that there was a blatant violation of this rule, the penalty for non-compliance will be:

      a. During practice and qualifying, the loss of the fastest lap time during that session.

      b. During Heat, or LCQ races, the loss of number of positions gained plus two additional positions in the final results for that race. *If no positions were gained, the penalty will be the loss of two positions in the final results for that race.*

    c. During a Main Event race, if no positions were gained, the penalty will be the points and purse equal to two positions in the final results for that race plus two additional points.

    d. During a Main Event race, if any positions are gained, the loss of number of positions gained plus the points and purse equal to two additional positions in the final results for that race, plus two additional points.

    e. ***During a Triple Crown Main Event race, the loss of number of positions gained plus two additional positions in the final results for that race. If no positions were gained, the penalty will be the loss of two positions in the final results for that race.***

    f. During a sighting or cool down lap, a fine as determined by Race Direction.

    g. If at any time, Race Direction determines that it was not a blatant violation of the rule, a warning or fine may be issued.

  f. **Checkered Flag:**
    1. Indicates the end of a race or practice session.

    2. Proceed to the designated track exit.

  g. **Courtesy Flags:**
    1. <u>Green Flag</u>: Indicates the start of a race or clear track conditions.

    2. <u>White Flag</u>: Indicates the final lap of a race.

    3. <u>White and Green Flags Crossed</u>: Indicates 1/2 total race distance.

**4.17 450SX Supercross Races (Standard Format)**

Note: See Section 5.10/5.11 for 250SX class races.

  a. The Monster Energy AMA Supercross, an FIM World Championship events are organized according to an established procedure/model, for standard events:
    1. Free Practices
    2. Timed Qualifying Practices
    3. Two Heat Races
    4. One Last Chance Qualifier
    5. One Final (Main Event)

  b. In the Heat Races, 1st through 9th will advance to the Main Event; 10th through 20th will advance to the Last Chance Qualifier.

  c. In the Last Chance Qualifier, 1st through 4th will advance to the Main Event. The 450SX class Main Event will be 20 laps or a timed format to be determined.

  d. The first rider across the finish line at the conclusion of a race is the winner.

  e. The two Heat Races, Last Chance Qualifier and the Final (Main Event) may also be referred to as "the evening program".

  f. A Heat Race, Last Chance Qualifier or the Final (Main Event) may also be referred to as "Race(s)".

RACE RULES & PROCEDURES

AMA_000423
29

## Appendix F
### Glossary

The following definitions and abbreviations are adopted for use in these Rules.

**AMA** - American Motorcyclist Association.

**Aftermarket** - Produced by a manufacturer or fabricator other than the original equipment manufacturer.

**Bodywork** - Seat/tail section, body panels and fenders.

*Casting* - The solidified part produced by a mold.

**CC** - Cubic centimeters.

**Displacement** - The volume swept by the piston(s) in each stroke.

**Disqualification** - The forfeiture of all awards, prizes and championship points earned in all events during that day's meet.

**DOT** - United States Department of Transportation.

**Event** - Any one of the races in a meet.

**Field** - All of the riders that make up a race.

**FIM -** Fédération Internationale de Motocyclisme.

**FMNR** - National Federation organizing a meeting.

**Heat Race** - A qualifying race that determines which riders advance to the Semi, LCQ or final event.

**Homologation** - AMA approval process initiated by manufacturers or distributors of motorcycles. Only approved motorcycles may be utilized in AMA Supercross competition.

**Last Chance Qualifier (LCQ)** - A final qualifying race for those riders who did not qualify from a heat race.

**Manufacturer** - The original manufacturer of a motorcycle, not the distributor.

**Marshal** – A flagger or observer placed by the race director around the racetrack to assist him in the running of the meet.

**Meet** - A meeting at which one or more events are held.

**Model** - A reference to a particular year and name assigned by manufacturers to certain motorcycles.

**Moto -** A race held within a meet that awards championship points.

**Motorcycle -** A rear wheel driven, two wheeled vehicle that is powered by a single engine.

**OEM** - Original Equipment Manufacturer.

**Official Results** - A listing of the final finishing order of an event issued by scoring after the 30-minute protest period has expired.

**Paddock** - Designated area primarily used for maintenance of event-entered competition motorcycles. May also include parking area for motorcycle transport and support vehicles.

**Participant** - Every rider, club, association, company, promoter and all other persons participating or in any way connected with an AMA race meet.

**Pit Crew** - Mechanics and/or assistants.

**Mechanics Area** - Designated area directly adjacent to the racetrack that may include staging and signal zones. Access is limited to mechanics, officials or those with appropriate track pass credentials.

**Program** - The predetermined outline of events that make up a meet.

**Provisional Results** - An initial listing of the finishing order of an event issued by scoring immediately following the race finish.

**Promoter** - Any person or number of persons, company, corporation or club holding, proposing to hold or organizing a meet.

**Qualify** - To advance to a final event by timed qualifying or heat race finish position.

**Race** - Competition in which two or more riders compete against each other.

**Race Position** - A rider's position based on his distance covered relative to the race leader.

**Race Track** - The actual racing surface and runoff areas, plus the pit road, grid and a test track, when provided, along with any other area where the riding of competition motorcycles is permitted.

**Rider** - Any person who competes on the racetrack in a meet.

**Scoring** - Officials who provide all timing information and race results.

**Stadium Floor** – The floor area in the open air part of a stadium. This does not include tunnels or ramps that provide access to the stadium floor area.

**Staging or Starting Area** - The location where riders and machines are assembled prior to the start of an event.

**Starting Gate** - Any of various types of movable barriers for lining up and giving an equal start to the riders.

**Stock** - Parts manufactured and delivered by the OEM, which are identical to the parts installed on the motorcycle by the OEM before retail sale.

**Superseded** - This term refers to new OEM parts that replace old parts for increased safety or durability but not to improve performance.

**Suspension** (with reference to penalties) - The loss of all rights to compete as a rider or participate as a member of a pit crew for a stated period.

**Technical Inspector** - The technician who inspects all motorcycles and equipment of riders participating in a meet.

**Timed Qualifying Practice** - A practice against time by an individual rider. Laps are electronically timed for each rider to determine qualifying order.

The following represents active, registered trademarks, trademarks and service marks of American Motorcyclist Association, Inc. (AMA). Usage of any AMA trademark or registered trademark without our permission is prohibited.

AMA U.S. Supercross Championship™

AMA Supercross®

AMA 450SX™

AMA 250SX™

AMA SX Lites®

Supercross Lites®

Arenacross®

AMA 250AX™

250AX™

AMA Arenacross Lites™

AMA AX Lites®

AX Lites®

**Supercross information can also be found at:**
www.amasupercross.com. **This includes Anti-Doping, rules, event supplemental regulations, competition bulletins, schedules, event specific information, online registration for license, credential and entry's and anything else you might need.**

AMA_000470









13515 Yarmouth Drive
Pickerington, Ohio 43147
AMASupercross.com

11, Route Suisse
CH-1295 Mies (Switzerland)
AMA.FIM.com

AMA_F000472