# EXHIBIT 17

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:22-CV-1295

BRIAN MOREAU,

        Plaintiff,

   vs.

FELD ENTERTAINMENT, INC.,
FELD MOTOR SPORTS, INC.,
THE MEDIC RIG, LLC
JOHN A. BODNAR, M.D.,
JAMES KENNEDYE, M.D.,
AMY METIVA, and
SCOTT COMBS,

        Defendants.
_____/

VIDEOTAPED DEPOSITION OF BRIAN MOREAU
Volume I

Wednesday, January 24, 2024
9:12 a.m. - 3:44 p.m.

Buchanan Ingersoll & Rooney
401 East Jackson Street
Tampa, Florida 33602

----------------------------------------------

STENOGRAPHICALLY REPORTED BY:
LISA ORTEGA, RPR
Registered Professional Reporter
Job No.: 6523980-001

Brian Moreau Volume I
January 24, 2024

```
 1   APPEARANCES:

 2

 3   On behalf of Plaintiff:

 4       MICHAEL A. SCHWEIKERT, ESQUIRE
         Schweikert Law PLLC
 5       1111 Brickell Avenue
         Suite 1550
 6       Miami, Florida 33131
         305.999.1906
 7       mark@schweikertlaw.com

 8       JUAN CARLOS RAMOS, ESQUIRE
         DMR Law LLC
 9       1430 South Dixie Highway
         Suite 314
10       Coral Gables, Florida 33146
         305-548-8666
11       juan.ramos@dmralaw.com

12
     On behalf of Defendants Feld Motor Sports, Inc. and Feld
13   Entertainment, Inc.:

14       DAVID GORDON, ESQUIRE
         Buchanan Ingersoll & Rooney PC
15       700 Alexander Park
         Suite 300
16       Princeton, New Jersey 08540
         david.gordon@bipc.com
17       609.987.5767

18       CAROLINE B. WARREN, ESQUIRE
         Buchanan Ingersoll & Rooney PC
19       227 West Trade Street
         Suite 600
20       Charlotte, North Carolina 28202
         704.444.3371
21       caroline.warren@bipc.com

22

23

24

25
```

1  On behalf of Defendants The Medi Rig, LLC, John A.
   Bodnar, M.D., James Kennedye, M.D., Amy Netiva, Scott
2  Combs,

3      DAVID O. DOYLE JR., ESQUIRE
       Pearson Doyle Mohre & Pastis, LLP
4      901 North Lake Destiny Road
       Suite 305
5      Maitland, Florida 32751
       407-647-0090
6      ddoyle@pdmplaw.com

7

8  ALSO PRESENT:

9      Robert Cruz, Videographer
       Ivana Strubhart, Brian Moreau's sister
10     Alexia Khella, Feld Representative
       Alexandra Nixon, Interpreter
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Brian Moreau Volume I
January 24, 2024

```
 1      outcome.  The court reporter is Lisa Ortega on

 2      behalf of US Legal Support.

 3           Counsel will state their appearance for the

 4      record, after which the court reporter will swear

 5      the interpreter and then the witness.

 6           MR. SCHWEIKERT:  Good morning.  Mark Schweikert

 7      for plaintiff.

 8           MR. RAMOS:  Good morning.  Juan Carlos Ramos

 9      for plaintiff.

10           MR. DOYLE:  David Doyle on behalf of

11      defendants, Medic Rig, Dr. Bodnar, Dr. Kennedye, Amy

12      Metiva and Scott Combs.

13           MR. GORDON:  David Gordon and Caroline Warren

14      on behalf of the Feld defendants.

15           THE REPORTER:  Madam Interpreter, raise your

16      right hand, please.

17           Do you solemnly swear or affirm that the

18      interpretation you will give in this deposition will

19      be from English to French and from French to English

20      to the best of your ability?

21           THE INTERPRETER:  I do.

22           THE REPORTER:  Thank you.

23           Raise your right hand, please.

24           Do you swear or affirm the testimony you are

25      about to give will be the truth, the whole truth and
```

Brian Moreau Volume I
January 24, 2024

```
 1   English.  When -- like, when did you learn English?
 2       A.   Just talking with people.
 3       Q.   Okay.  Interesting.
 4       A.   I was racing for Kawasaki when I was younger.
 5       Q.   How old?
 6       A.   I was -- I signed my first contract, I was
 7   eleven with Kawasaki Europe.
 8       Q.   Wow.
 9       A.   Then I was racing with Kawasaki Europe, dirt
10   racing in the south of France and so I was thirteen.
11   Like, there was my teammate from the United States also,
12   from all Europe, all over the world, so that's why, like
13   talking with them.  I wanted to learn.  I wanted to
14   speak English.  So, you know, just talking with them
15   doing my best and, yeah, here I am.
16       Q.   Did you ever take English in school?
17       A.   No.  I took English, but I quit school, like,
18   super early --
19       Q.   Okay.
20       A.   -- due to my father's problems, so he went to
21   jail and --
22           MR. GORDON:  Did you get that?
23           THE REPORTER:  Father.
24           MR. GORDON:  Okay.
25       A.   And he couldn't bring me to the track anymore,
```

Brian Moreau Volume I
January 24, 2024

```
 1        A.   And --

 2        Q.   While she's pulling this out, so you came over

 3   October 7th, 2019.  The event here in Tampa was

 4   February 15th, 2020.  Did you race at all between --

 5        A.   No, I did not.

 6        Q.   Okay.  So once you came to -- this was -- here

 7   in Tampa, this was your first race in the United States?

 8        A.   No, because I already raced in the United

 9   States.

10        Q.   No, no, no.  I'm sorry.  That's a good

11   correction because my question wasn't clear.

12             Since you came over on October 7th, 2019, and

13   were living with the Musquins in California, was Tampa

14   Supercross on February 15th, 2020, your first race with

15   KTM here in the United States?

16        A.   Yes, it was.

17        Q.   Okay.

18        A.   And the thing that we -- you know, in the

19   United States you have the major press day.

20        Q.   Okay.

21        A.   So you can get to ride, like, the day earlier

22   on the track for the press, you know, and in Europe you

23   don't do that.  And in Tampa I got the chance to do it,

24   so before the race day I rode the previous day on the

25   track and I rode the track.
```

Brian Moreau Volume I
January 24, 2024

```
 1              MR. GORDON:  1152.

 2      Q.   (By Mr. Gordon)  So do you see where it says

 3  Brian Moreau and then there's a -- there's a signature

 4  there?

 5      A.   Yeah.

 6      Q.   Is that your signature?

 7      A.   Yeah.

 8      Q.   Okay.  And then there's a signature that says

 9  legal guardian and it has the name Lydia --

10      A.   My mom.

11      Q.   -- Strubhart.  And is that your mom's

12  signature?

13      A.   Yes.

14      Q.   Okay.  Now, the -- the initials that are at the

15  bottom of the pages, you're claiming that you didn't

16  actually make those -- you didn't -- you didn't write

17  the actual initials?

18      A.   No, but maybe that's my mom.

19      Q.   Okay.  So it says LS, it looks like FM, and

20  then BM.

21      A.   Uh-huh.

22      Q.   Okay.  And then -- and is this, to your

23  knowledge, the contract that you were talking about

24  before that you signed with -- with KTM?  It's --

25      A.   So this is the contract?
```

Brian Moreau Volume I
January 24, 2024

```
 1      Q.   The contract between -- it says -- on the front
 2   page it says, this is between Troy Lee Designs Red Bull
 3   KTM Red Racing Team --
 4      A.   Yes.
 5      Q.   -- and you.
 6      A.   Yeah.  I forgot precisely it was Troy Lee.
 7      Q.   Okay.
 8      A.   Like, but it was the factory team, so that's
 9   why I didn't know precisely.
10      Q.   Okay.  Explain -- explain to me exactly what
11   Troy Lee Designs is.
12      A.   So it's a gear brand --
13      Q.   Okay.
14      A.   -- at first.  And KTM, like -- like, we ride,
15   like, with the Troy Lee Designs gears.
16      Q.   Okay.
17      A.   And with KTM Factory.
18      Q.   Okay.  So turn to page 1154.  This is -- this
19   is very similar to the prize money you were
20   describing before.
21      A.   Yeah.  I was not sure.
22      Q.   I understand.
23      A.   I was not sure --
24      Q.   Yeah, yeah, yeah.
25      A.   -- but it was approximately about that.  I was
```

Brian Moreau    Volume I
January 24, 2024

1    Q.    In the Clermont area?

2    A.    No.  I think so.  I don't remember.  No.

3    Friday I think I went to Tampa.

4    Q.    Okay.

5    A.    For the press day.

6    Q.    Okay.  And do you remember doing any

7    training --

8    A.    Yeah, I did.

9    Q.    -- on Friday?

10   A.    (Nodding head.)

11   Q.    Did you do that here in Tampa or did you do

12   that --

13   A.    Yeah, I think I did at the hotel.  At the hotel

14   I did my cardio session.

15        THE INTERPRETER:  Hotel.

16   Q.    (By Mr. Gordon)  Hotel.  Thank you.

17   A.    The hotel.

18   Q.    Thank you.

19        Okay.  So you used, like, the exercise

20   equipment in the hotel --

21   A.    Yeah.

22   Q.    -- to do some cardio?

23   A.    Bicycling.

24   Q.    Okay.  Okay.  So tell me about press day.

25   Like, first of all, where was it?  At the stadium?

Brian Moran Volume 1
January 24, 2024

```
 1        A.    Yes.

 2        Q.    At the Raymond James Stadium?

 3        A.    Yes.

 4        Q.    And is that traditionally held the day before

 5   the race?

 6        A.    What's that?

 7        Q.    Press day, is it traditionally --

 8        A.    Yeah.

 9        Q.    -- the day before the race?

10        A.    Yeah.  And they usually, like, take, like, a

11   bunch of people.  You know, not every racer, like, are

12   able to be on press days, you know.

13        Q.    Okay.

14        A.    Like, they select people, you know, and since

15   it was my first race, they got -- they took me.

16        Q.    They wanted to highlight you --

17        A.    Yes.

18        Q.    -- since it was your first race in the United

19   States?

20        A.    Yes.  And coming from Europe, so that's why I

21   was able to do the press day.

22        Q.    Okay.  And tell me about press day.  Was it

23   like a news conference or what -- what did you do on

24   press day?

25        A.    It was like a -- yeah, a little interview.
```

Brian Morgenu   Volume 1
January 24, 2024

```
 1        Q.   Okay.

 2        A.   Like, on the starting line of the track.

 3        Q.   Okay.

 4        A.   On the bike.  And then it was, like, two times

 5   15 or 20 minutes ride on the track, so it was quite a

 6   lot.  We had, like, a lot of time to get used to the

 7   track.

 8        Q.   So -- so who interviewed you?

 9        A.   It was Ricky Carmichael.

10        Q.   What's that?

11        A.   Ricky.

12             THE INTERPRETER:  Ricky Carmichael.

13        Q.   (By Mr. Gordon)  He's a -- who does he -- who

14   was he --

15        A.   He used to be --

16        Q.   -- affiliated with?

17        A.   He used to be professional racer.

18        Q.   He was a professional racer and now he's in the

19   media?

20        A.   Yeah.  I think he's working, like, for -- he's

21   interviewing, like, you know, when it goes to the TV,

22   he's, like, talking.

23        Q.   Did he just interview you?

24        A.   No.

25        Q.   He interviewed several racers?
```

Brian Moreau Volume I
January 24, 2024

```
 1        Q.    Got it.

 2        A.    And I crashed on the other one, like, not on

 3   this one, but -- not on the other one, but on this.

 4        Q.    I understand.  I'm going to ask you that soon,

 5   but I was just asking about the sand.

 6        A.    Okay.

 7        Q.    The sand was just at the end of the race to

 8   kind of slow you down?

 9        A.    Yeah.

10        Q.    Yeah.  Okay.

11        A.    Because it's softer, so.

12        Q.    Yeah.  I understand.

13              Okay.  All right.  So you walk the track 20 to

14   30 minutes with all the riders.  Nobody made any

15   corrections or had any issues to your recollection, then

16   you went to get dressed, right?

17        A.    (Nodding head.)

18        Q.    And that's to do your -- you get a practice

19   time, correct?

20        A.    It was free practice.

21        Q.    Free practice.  And how long is free practice?

22        A.    It might be 10 minutes.

23        Q.    Okay.

24        A.    Ten, 12 minutes.  I'm not sure.  I think it's

25   -- or eight minutes.  It's short.
```

Brian Moreau Volume I
January 24, 2024

```
 1      Q.   And that's just for 250s?

 2      A.   I think for 450 is the same.

 3      Q.   In other words, but you -- when you're

 4   practicing, are you just with other 250s?

 5      A.   Yes.

 6      Q.   It's a 250 practice session?

 7      A.   Yes.

 8      Q.   And everybody, they -- whatever the time is,

 9   everybody's on the track.  They just say, you get

10   10 minutes --

11      A.   Yeah.

12      Q.   -- go warm up.

13      A.   Yes.

14      Q.   And then after that, that's when you do the

15   qualifying heats.

16      A.   No.

17      Q.   Go ahead.

18      A.   So there's free practice.

19      Q.   Okay.

20      A.   And then you rest.

21      Q.   Okay.

22      A.   And then after that there's another practice

23   and it's timed practice.

24      Q.   Okay.

25      A.   It's to be -- it's to be -- it's for the night
```

Brian Moreau Volume I
January 24, 2024

1  taking care of my helmet and stuff like that, like --

2      Q.   That was done by KTM?

3      A.   Like, every races we have new gear, new helmet

4  for each races and we put our own, like, helmet on a

5  dryer for the, you know --

6           THE INTERPRETER:  Sweating?

7      A.   -- sweating, and it was in the dryer, so they

8  prepped it, you know.  I mean, I rode the day before

9  with it and then I put into the truck and they dried it

10  and that's it.

11      Q.   You put it back on to do your free run?

12      A.   Yes.

13      Q.   Okay.  Sorry to make you relive it, but I need

14  to ask the questions.  So tell me -- tell me what you

15  remember from the free practice.

16           How -- how long were you on the track before

17  the accident occurred?

18      A.   Two, three laps.

19      Q.   Okay.

20      A.   Not more.

21      Q.   So -- so you might have done one, two or three

22  laps before the crash?

23      A.   Yes.

24      Q.   It didn't happen on the first lap?

25      A.   No.

Brian Morgen Volume I
January 24, 2024

```
1       Q.   And it may have happened on the second or third
2  lap?
3       A.   Second.  I think it's the second lap.
4       Q.   Okay.
5       A.   I remember everything.
6       Q.   Okay.  Do you have any memory from the first
7  lap?
8       A.   Yes.
9       Q.   And tell me what you remember.
10      A.   I was taking my time.  I didn't want to rush
11  it, free practice.  So, yeah, I jumped.  I was going --
12  it was the first lap, so, you know, I was taking my time
13  and then second lap I started to jump and stuff.
14      Q.   So the first lap, did you jump at all?
15      A.   Yes, I jumped.  I jumped the finish line.  I,
16  like, almost every -- everything, but not the steep
17  section.
18      Q.   You skipped the steep section?
19      A.   I went -- I rode it, but I didn't jump it.
20      Q.   Got it.  You rode it up and down, so you go a
21  little slower and you jump it?
22      A.   Yes.
23      Q.   And some of the other sections you did do
24  jumps?
25      A.   Yes.
```

Brian Moreau Volume I
January 24, 2024

```
 1      Q.   And then you went around to go a second time?

 2      A.   Yes.

 3      Q.   And tell me about the second run.  Did you --

 4  did you -- did you do the jumps on the second round?

 5      A.   I think so.

 6      Q.   Okay.

 7      A.   I'm not sure, but I think so.

 8      Q.   Okay.

 9      A.   Because I knew the track from the last day, you

10  know --

11      Q.   Okay.

12      A.   -- the first day, so.

13      Q.   Okay.  And tell me -- tell me what you remember

14  leading up to the crash.

15      A.   I remember going forward, you know, and hitting

16  the ground, rolling and then I started to scream.

17      Q.   Okay.  So where in the track did that happen?

18      A.   Do you have the plan of the track?

19      Q.   I don't.

20      A.   So there's the finish line here.

21      Q.   Okay.

22      A.   Left, straight, right, sand section, left --

23      Q.   What section?

24      A.   Sand.  Sand.

25           THE INTERPRETER:  Same section.
```

Brian Moreau Volume I
January 24, 2024

```
1      Q.   (By Mr. Gordon)  Same section.

2      A.   Sand.  Sand.

3      Q.   Sand section.

4      A.   Sand.

5      Q.   Got it.

6      A.   Sand section.

7           THE INTERPRETER:  Sorry.  Sand section, yes.

8      A.   Sand section, left, steep section, right,

9  double -- double section it's called, triple, right, and

10 there's the lane I got injured.

11     Q.   (By Mr. Gordon)  Okay.  Was there a jump there?

12     A.   Yeah.  It was the smallest jump of the track,

13 like the easiest jump on the track.  Like, I will jump

14 that in 60 -- 50cc, so.

15     Q.   What happened?

16     A.   I -- I think I slipped a little bit, like, you

17 know.

18     Q.   The tire skidded a little?

19     A.   Yeah.  Then I cut gas and then I went up front

20 and, you know, I hit my head, like, on the ground.

21     Q.   So -- so the tires might have skidded a little?

22     A.   Yes.

23     Q.   You gave it gas.

24     A.   And I was going on left, but I was going slow.

25 Like, I was going, like, really slow.  It was not -- as
```

Brian Moreau Volume I
January 24, 2024

1   I said, I was taking time.

2          I don't know how can that happen, you know?

3   There was also, like -- how you say that?  You know,

4   like there was -- it was about, like, 12:30 something.

5      Q.   It was 12:30 in the afternoon?

6      A.   Yeah, P.M., like.  So it was midday and I think

7   I remember, like, you know, the sun?

8      Q.   The sun?

9      A.   Yeah.

10      Q.   Yeah.

11      A.   That part of the track, it was on the other --

12   how you call that?

13          THE INTERPRETER:  It was in the shade.

14      Q.   (By Mr. Gordon)  It was in the shade.

15      A.   It was in the shade, so I were -- we were

16   barely seeing the track, like, on the first jump.

17      Q.   I didn't get that word.

18          THE INTERPRETER:  It was hardly -- hardly

19   visible --

20      Q.   (By Mr. Gordon)  Hardly visible.

21      A.   Yes.

22          THE INTERPRETER:  -- during the jump because it

23   was in the shade.  There was poor visibility, in

24   other words.

25      A.   Yeah.

Brian Moreau Volume I
January 24, 2024

1       Q.   (By Mr. Gordon)   Okay.

2       A.   And since the mud was, like, dark.

3       Q.   Okay.

4       A.   And then so I went to jump, then I was a little

5  bit too much on the left side.

6       Q.   Okay.

7       A.   So I cut gas and then I went up front.

8       Q.   You went over your front wheel?

9       A.   Yes.

10      Q.   Over your cross --

11      A.   Yes.

12      Q.   Over your handlebars forward?

13      A.   Yeah.  So it was a triple jump.

14      Q.   Okay.

15      A.   I did the first two and the second one I landed

16  a little bit on the left, so I cut the gas to avoid

17  having a problem, to avoid going out of the track.

18      Q.   Got it.  So -- so when you cut the gas because

19  you were going a little left and you didn't want to go

20  off the track, then when you got back on the track you

21  gave it gas?

22      A.   Yes.  So I jumped the second one and I was

23  accelerating, but then I saw it was too much on the

24  left, so I completely decelerated.

25      Q.   Okay.

Brian Moreau Volume I
January 24, 2024

1      A.   I wasn't too much, but I was a little bit on

2   the left.  That's why I cut gas.

3      Q.   That's why you cut the gas?

4      A.   Yes.

5      Q.   But then --

6      A.   And I was --

7      Q.   -- before you did the third hill, did you give

8   it gas again?

9           THE INTERPRETER:  Excuse me.  I'm asking for

10      clarification because there's a technical aspect.

11           So the track at this point has a double jump --

12      MR. GORDON:  Okay.

13           THE INTERPRETER:  -- which the point is to go

14      up the first hill and come down on the second hill.

15      MR. GORDON:  Okay.

16           THE INTERPRETER:  This is where he landed a

17      little bit on the left, so he was fully

18      accelerating, decelerates here, starts going up this

19      hill, and the point here is it's a triple jump --

20      MR. GORDON:  Okay.

21           THE INTERPRETER:  -- but because of that

22      maneuver wasn't able to hit the other side here, hit

23      over here and fell head first down here.

24      MR. GORDON:  Understood.

25      Q.   (By Mr. Gordon)  So let's --

Brian Moreau Volume I
January 24, 2024

```
1    A.   So I get --

2         THE INTERPRETER:  I don't know if --

3         MR. GORDON:  I under -- well, here's what we're

4    going to do.  Let's -- let's go off the record for a

5    second.

6         THE VIDEOGRAPHER:  We're off the video record

7    at 1:50 P.M.

8         (Discussion off the record.)

9         THE VIDEOGRAPHER:  We're on the video record at

10   1:52 P.M.

11        (Exhibit No. 2 was marked for identification.)

12   Q.   (By Mr. Gordon)  All right.  So we're back on

13   the record.  So what we have in front of you we've

14   marked as Moreau Defense Exhibit 2.  It's just a piece

15   of paper that I ripped out of my notepad, and I

16   understand that is not to scale, but it's to help you

17   explain to us the track and what happened.

18        So what -- what have you drawn there?  What

19   does that represent?

20   A.   So here is the section I crashed.

21   Q.   Okay.

22   A.   The line section.

23   Q.   Okay.

24   A.   And there was seven jump.

25   Q.   Seven jumps.
```

Brian Moreau Volume I
January 24, 2024

```
1       A.    And you can make, like, different combination,
2   you know.
3       Q.    Different combinations.  In other words, you
4   can -- you don't have to hit every jump.  Sometimes you
5   can --
6       A.    So you can do maybe, like, triple here or
7   double here or whatever.
8       Q.    Okay.  So tell me what you remember doing.
9       A.    Yeah.
10      Q.    Why don't you draw it with the blue pen.
11      A.    We use -- the fastest, it was to do, like,
12  double, triple, and we were, like, finishing by the last
13  double and corner.
14      Q.    Okay.
15      A.    And -- yes.  So...
16      Q.    So go ahead.  So show me what you -- what you
17  remember doing that day with the blue pen.  Where did
18  your --
19      A.    Yes.  So we were -- like, I was doing double.
20  I was jumping from here to here.
21      Q.    Okay.
22      A.    Then rejumping from here to triple.  You get
23  it?
24      Q.    Yes.
25      A.    And then doing the last one, jumping from here
```

Brian Moreau Volume I
January 24, 2024

1    to this one.

2        Q.   Okay.

3        A.   And then on this one I was a little bit too

4    much on the left, so I cut gas.

5        Q.   So after the first jump you were a little bit

6    too much on the left of the track so you eased off the

7    gas --

8        A.   Yes.

9        Q.   -- to get control of your motorcycle?

10       A.   Yes.  But since I accelerate -- I was not -- as

11   I said, I was not going fast, but I accelerate, like,

12   strong.

13       Q.   Okay.

14       A.   So even if I was not fast, I was, like, whaaa,

15   you know?  So I cut the gas and I was too short for the

16   triple to get into the landing, you know, in the

17   reception.

18       Q.   So -- so you gave it gas.  You wanted to do the

19   triple jump.

20       A.   Since I cut gas I --

21       Q.   But you didn't have enough momentum going

22   because you had slowed down and then gave it gas --

23       A.   Yes.

24       Q.   -- so you weren't able to make the triple.

25       A.   So that's why I came up short.

Brian Moreau Volume I
January 24, 2024

1    Q.    You came up short of doing this triple?

2    A.    Yes.  And then I went over the bar and I

3    crashed here.

4    Q.    Make an X.

5    A.    (Complying.)

6    Q.    Okay.  Understood.

7    A.    Makes sense?

8    Q.    Yes.  Okay.  So when you went -- when you went

9    in the air, your hope -- your intent was to make the

10   triple but you were going to be short?

11   A.    I knew it was too late.

12   Q.    Yeah.

13   A.    Even when I cut gas it was too late.

14   Q.    Okay.

15   A.    So I didn't panic.  I just let go and I was,

16   like, okay, let's see what's going to happen.

17   Q.    There's nothing -- is there anything else you

18   could have done at that point?

19   A.    No.  I could not do nothing.

20   Q.    Why did you start going forward?  Why did you

21   go over your handlebars forward?

22   A.    Because my front wheel, the tall one, this one.

23   Q.    Your front wheel --

24         THE INTERPRETER:  Hit.

25   Q.    -- hit the hill?

Brian Morgan Volume I
January 24, 2024

1    A.    Yeah.

2          THE INTERPRETER:    The top of the hill.

3    Q.    (By Mr. Gordon)    Hit the top -- your front

4  wheel hit the top of the hill?

5    A.    So I hit it like that, you know, and that's

6  why, like --

7    Q.    So you were trying to clear that hill, but you

8  weren't able to clear the hill so the front wheel hit

9  that hill and that caused you to go forward?

10   A.    Yeah.  So because of the deceleration, instead

11 of going up in the air, the motorcycle started pointing

12 downwards and so that's why the front tire hit the top

13 of the hill.  The bike was actually pointing downwards

14 at this point.

15   Q.    Okay.

16   A.    So that was the movement.  That's why I went

17 over the bar.

18   Q.    (By Mr. Gordon)    And -- and did you land

19 basically face first or --

20   A.    No.

21   Q.    -- head first or --

22   A.    I land like this.

23   Q.    The top -- the top of your head.

24   A.    I was rolling, like, you know, not -- it's -- I

25 don't know.  Like, you know, I knew I was going to fall,

Brian Moreau Volume 1
January 24, 2024

```
 1                    CERTIFICATE OF OATH

 2  STATE OF FLORIDA          )

 3  COUNTY OF HILLSBOROUGH    )

 4

 5

 6

 7      I, LISA ORTEGA, RPR, Notary Public, State of Florida

 8  certify that BRIAN MOREAU personally appeared remotely

 9  before me on the 24th day of January, 2024, and was duly

10  sworn.

11

12      Signed this 4th day of February, 2024.

13

14

15

16

17

18      _____

19      LISA ORTEGA, RPR
        Notary Public - State of Florida
20

21

22

23

24

25
```

Brian Moreau Volume I
January 24, 2024

```
1                    CERTIFICATE OF REPORTER

2

3    STATE OF FLORIDA           )

4    COUNTY OF HILLSBOROUGH    )

5

6       I, LISA ORTEGA, RPR, certify that I was authorized to

7    and did stenographically report the deposition of BRIAN

8    MOREAU; that a review of the transcript was requested;

9    and that the foregoing pages are a true and complete

10   record of my stenographic notes taken during said

11   deposition.

12

13      I further certify that I am not a relative, employee,

14   attorney, or counsel of any of the parties, nor am I a

15   relative or employee of any of the parties' attorneys or

16   counsel connected with the action, nor am I financially

17   interested in the action.

18

19      Dated this 4th day of February, 2024.

20

21

22

23   _____
     LISA ORTEGA, RPR
24   Notary Public - State of Florida
     Commission No. HH 425496
25   My commission expires: August 25, 2027
```

Brian Fabrice Jean-Marc Andre Moreau Volume 2
January 25, 2024

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.:  8:22-CV-1295


BRIAN MOREAU,

          Plaintiff,

vs.

FELD ENTERTAINMENT, INC., FELD MOTOR SPORTS, INC., THE
MEDIC RIG, LLC, JOHN A. BODNAR, M.D., JAMES
KENNEDYE, M.D., AMY METIVA, and SCOTT COMBS,

          Defendants.

*    *    *    *    *    *    *    *    *    *    *

      DEPOSITION OF:  BRIAN FABRICE JEAN-MARC ANDRE MOREAU

                    Audiovisually recorded


                         01/25/2024

                    9:04 a.m. - 12:04 p.m.


              Buchanan Ingersoll & Rooney, P.C.
                        Suite 2400
                    401 East Jackson Street
                       Tampa, Florida




                        Volume 2


                    Pages 281 - 420


              Stenographically Reported by:
              ELIZABETH W. CHORRUSHI, RPR, FPR-C

Brian Fabrice Jean-Marc Andre Moreau Volume 2
January 25, 2024

```
 1                    REMOTE APPEARANCES

 2   On Behalf of the Plaintiff:

 3        MARK A. SCHWEIKERT, ESQUIRE
          Schweikert Law, PLLC
 4        Suite 1550
          1111 Brickell Avenue
 5        Miami, Florida 33131-3123
          Mark@schweikertlaw.com

 6

 7   On Behalf of Defendants Feld Entertainment, Inc., and
     Feld Motor Sports, Inc.:
 8
          DAVID GORDON, ESQUIRE (admitted pro hac vice)
 9        Buchanan Ingersoll & Rooney, P.C.
          Suite 300
10        700 Alexander Park
          Princeton, New Jersey 08540
11        David.gordon@bicp.com

12   -and-
          CAROLINE B. WARREN, ESQUIRE (admitted pro hac vice)
13        Buchanan, Ingersoll & Rooney, P.C.
          Suite 600
14        227 West Trade Street
          Charlotte, North Carolina 28202
15        Caroline.warren@bipc.com

16
     On Behalf of Defendants The Medic Rig, LLC,
17   John A. Bodnar, M.D., James Kennedye, M.D., Amy Metiva
     and Scott Combs:
18
          DAVID O. DOYLE, JR., ESQUIRE
19        Pearson Doyle Mohre & Pastis, LLP
          Suite 305
20        901 North Lake Destiny Road
          Maitland, Florida 32751
21        Ddoyle@pdmplaw.com

22

23   ALSO PRESENT:
          Robert Cruz, videographer
24        Alexandra Solange Nixon, French interpreter
          Alexia Khella
25        Ivana Strubhart
```

Brian Fabrice Jean-Marc Andre Moreau Volume 2
January 25, 2024

1           Audiovisually recorded continued deposition

2    taken before Elizabeth W. Chorrushi, Registered

3    Professional Reporter, Florida Professional

4    Reporter-Certified, Notary Public, State of Florida at

5    Large.

6                 - - - - - - - -

7           THE VIDEOGRAPHER:  This is the continued

8        deposition of Brian Moreau taken on January 25,

9        2024.

10          The court reporter, please swear the

11       interpreter and then the witness.

12                 ALEXANDRA SOLANGE NIXON,

13   having been first duly sworn to interpret from English to

14   French and French to English all testimony to the best of

15   her ability.

16          (Unless noted, the witness responded in English

17   without interpretation.)

18          THE REPORTER:  Raise your right hand for me,

19       please.

20          Do you solemnly swear or affirm the testimony

21       you're about to give will be the truth, the whole

22       truth and nothing but the truth?

23          THE WITNESS:  I swear.

24   THEREUPON,

25        BRIAN FABRICE JEAN-MARC ANDRE MOREAU,

Brian Fabrice Jean-Marc Andre Moreau Volume 2
January 25, 2024

1    get, you know.  If it's to go to work and really, really

2    struggling still, you know like -- and I don't more much,

3    I don't think so.

4        Q    Okay.

5        A    But anyway, like, having no money in the

6    wheelchair is, like, tough.

7        Q    So I guess if you did the ambassador agreement

8    and you made enough money, whatever that is in France,

9    then you could potentially lose those benefits?

10       A    Yes.

11       Q    Okay.  All right.  So now I want to move on to

12   the actual event in Tampa back in February 2020 --

13   February 2020.  You told us that you were out on the

14   track that Friday before the race for a press day?

15       A    Yes.

16       Q    Okay.  And you did -- I think you said you got

17   about 15 minutes on the track and did around 20 laps

18   because you were avoiding the sand part of it?

19       A    Something like that.

20       Q    Right.  Okay.  Now, around this time in

21   February 2020, was Marvin Musquin -- was he taking a

22   break from racing because of an injury?

23       A    Yes.

24       Q    Okay.  Was he there in Tampa?

25       A    Yes.

Brian Fabrice Jean Marc Andre Moreau Volume 2
January 25, 2024

1        Q    Right.  Right.  I'm -- when we're done, I'm

2   going to jump in my car and drive on I-4 back to Orlando.

3        A    I don't know.

4        Q    I understand there's a risk to that.

5        A    So, yeah.

6        Q    But you understood before February 15, 2020,

7   that riding in this Supercross event carried a risk of a

8   serious injury like paralysis, right?

9        A    It can happen, but I'm not thinking about it.

10  Because if you think about it -- it happens, you know --

11       Q    Right.

12       A    -- so I was trying not to think about it.  But

13  we all know the risk of doing dirt bike, you know.

14       Q    Right.

15       A    Like, you can die.  You can get paralyzed.  You

16  can broke your leg -- break your leg.  You can --

17  everything happen and, you know.

18       Q    Right.  And you -- but it was a sport that you

19  loved?

20       A    Yeah, my whole life.

21       Q    And you loved it and were willing to accept

22  that risk and participate in the event, right?

23       A    Yes.

24       Q    Okay.

25            MR. DOYLE:  All right.  That was all.  Thank

Brian Fabrice Jean-Marc Andre Moreau Volume 2
January 25, 2024

1                  CERTIFICATE OF OATHS

2

3    STATE OF FLORIDA

4    COUNTY OF HILLSBOROUGH

5

6          I, Elizabeth W. Chorrushi, REGISTERED

7    PROFESSIONAL REPORTER, FLORIDA PROFESSIONAL

8    REPORTER-CERTIFIED, Notary Public, State of Florida,

9    certify that the witness, BRIAN FABRICE JEAN-MARC ANDRE

10   MOREAU, and the interpreter, ALEXANDRA SOLANGE NIXON,

11   appeared personally before me on January 25, 2024, and

12   were duly sworn.

13         WITNESS my hand and official seal this date:

14   February 5, 2024.

15   Identification:

16       BRIAN FABRICE JEAN-MARC ANDRE MOREAU produced France

17   Driver License.

18       ALEXANDRA SOLANGE NIXON produced Florida Driver

19   License.

20

21   _____

22   ELIZABETH W. CHORRUSHI
     Registered Professional Reporter
     Florida Professional Reporter-Certified
23   Notary Public - State of Florida
     Commission No. HH 278389
24
     My Commission Expires:  10/17/2026
25

Brian Fabrice Jean-Marc Andre Moreau Volume 2
January 25, 2024

1                    CERTIFICATE OF REPORTER

2

3      STATE OF FLORIDA

4      COUNTY OF HILLSBOROUGH

5

6              I, ELIZABETH W. CHORRUSHI, Registered

7      Professional Reporter, Florida Professional

8      Reporter-Certified, certify that I was authorized to and

9      did stenographically report the audiovisually recorded

10     deposition of BRIAN FABRICE JEAN-MARC ANDRE MOREAU; that

11     a review of the transcript was requested, and that the

12     foregoing transcript, Pages 281 through 420, is a true

13     record of the testimony given by the witness.

14

15             I further certify that I am not a relative,

16     employee, attorney, or counsel of any of the parties, nor

17     am I a relative or employee of any of the parties'

18     attorney or counsel connected with the action, nor am I

19     financially interested in the action.

20

21             Dated:  02/05/2024.

22

23     _____

24             ELIZABETH W. CHORRUSHI
               Registered Professional Reporter
25             Florida Professional Reporter-Certified