# EXHIBIT 19

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

------------------------x

BRIAN MOREAU,                : Case No.

        Plaintiff,          : 8:22-cv-01295-TPD-CPT

   -v-                       :

FELD MOTOR SPORTS,           :

INC., et al.,                :

        Defendants.          :

------------------------x


VIDEOTAPED DEPOSITION OF TYLER KEEFE

Conducted Virtually

Monday, March 10, 2025

11:08 a.m. EST




Job No.: 572028

Pages: 1 - 203

Reported by: Pamela L. Beck

1      Videotaped Deposition of TYLER KEEFE, Conducted

2  Virtually:

3

4

5          ** ALL PARTIES ATTENDED REMOTELY **

6

7

8      Pursuant to Notice, before Pamela L. Beck,

9  Notary Public in and for the Commonwealth of

10  Pennsylvania.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1               A P P E A R A N C E S

2    ON BEHALF OF PLAINTIFF:

3         MARK ADAM SCHWEIKERT, ESQUIRE

4         SCHWEIKERT LAW PLLC

5         1111 Brickell Avenue

6         Suite 1550

7         Miami, Florida 33131

8         (305) 999-1906

9

10   ON BEHALF OF DEFENDANT FELD MOTOR SPORTS, INC.:

11        GRETCHEN JANKOWSKI, ESQUIRE

12        MATTHEW PILSNER, ESQUIRE

13        BUCHANAN INGERSOLL & ROONEY PC

14        Union Trust Building

15        501 Grant Street, Suite 200

16        Pittsburgh, Pennsylvania 15219-1410

17        (412) 562.8800

18

19

20

21

22

23

24

25

```
 1        A P P E A R A N C E S   C O N T I N U E D

 2   ON BEHALF OF DEFENDANT AMERICAN MOTORCYCLE

 3   ASSOCIATION d/b/a AMERICAN MOTORCYCLIST ASSOCIATION:

 4        CAROLINE SPRADLIN, ESQUIRE

 5        PHELPS DUNBAR LLP

 6        100 South Ashley Drive, Suite 2000

 7        Tampa, Florida 33602-5315

 8        (813) 472-7550

 9

10   ON BEHALF OF DEFENDANTS JOHN A. BODNAR, M.D., JAMES

11   KENNEDYE, M.D., THE MEDIC RIG, LLC, AMY METIVA, AND

12   SCOTT COMBS:

13        BETHANY W. NDUKA, ESQUIRE

14        PEARSON DOYLE MOHRE & PASTIS, LLP

15        901 North Lake Destiny Road

16        Suite 305

17        Maitland, Florida 32751

18        (407) 647-0090

19

20   ALSO PRESENT:

21        LEXY KHELLA, In-house Counsel, Feld Motor

22         Sports, Inc.

23        LISA GROSS, Videographer

24

25
```

| | | |
|---|---|---|
| 1 | Amy Metiva and Scott Combs: | 11:09:41 |
| 2 | MR. SCHWEIKERT:  Good morning.  Mark | 11:09:44 |
| 3 | Schweikert on behalf of plaintiff, Brian Moreau. | 11:09:45 |
| 4 | VIDEO OPERATOR:  The court reporter today | 11:09:50 |
| 5 | is Pam Beck representing Planet Depos.  The witness | 11:09:51 |
| 6 | will now be sworn. | 11:09:56 |
| 7 | TYLER KEEFE, | 11:09:57 |
| 8 | Having been first duly sworn/affirmed, was examined | 11:09:57 |
| 9 | and testified under oath as follows: | 11:09:57 |
| 10 | EXAMINATION | 11:09:57 |
| 11 | BY MS. JANKOWSKI: | 11:09:57 |
| 12 | Q      Good morning, Mr. Keefe. | 11:09:57 |
| 13 | A      Good morning. | 11:10:19 |
| 14 | Q      Have you been deposed before? | 11:10:20 |
| 15 | A      Nope. | 11:10:21 |
| 16 | Q      And you're appearing today pursuant to a | 11:10:26 |
| 17 | subpoena that we issued to you, correct? | 11:10:29 |
| 18 | A      Correct. | 11:10:32 |
| 19 | Q      Is that Exhibit 93 that we've placed in | 11:10:36 |
| 20 | the chat? | 11:10:39 |
| 21 | A      Yes. | 11:10:40 |
| 22 | Q      So I'm going to go over some instructions | 11:10:43 |
| 23 | to help make today a little bit easier.  So you | 11:10:46 |
| 24 | understand that this is a deposition that's being | 11:10:51 |
| 25 | taken in connection with the lawsuit that Brian | 11:10:55 |

| | | |
|---|---|---|
| 1 | lawyer that does contracts for a lot of people. | 12:33:44 |
| 2 | It's kind of the standard racing contracts for the | 12:33:51 |
| 3 | majority of teams. | 12:33:53 |
| 4 |     Q    In terms of your interaction with Brian | 12:34:02 |
| 5 | Moreau and given his experience in racing, he | 12:34:05 |
| 6 | understood that racing was a dangerous sport, right? | 12:34:09 |
| 7 |         MR. SCHWEIKERT:  Form. | 12:34:16 |
| 8 |     A    I'm sure he did. | 12:34:16 |
| 9 |     Q    Do you have any reason to believe that he | 12:34:18 |
| 10 | did not understand that it was dangerous? | 12:34:19 |
| 11 |     A    No. | 12:34:21 |
| 12 |     Q    If you turn further into this agreement, | 12:34:36 |
| 13 | I'm now on page 12 of this agreement, Mr. Keefe. | 12:34:45 |
| 14 |     A    Yes. | 12:34:48 |
| 15 |     Q    Specifically Special Termination Rights | 12:34:49 |
| 16 | of TEAM.  Do you see that provision that I'm on? | 12:34:51 |
| 17 |     A    Yes. | 12:34:54 |
| 18 |     Q    If I'm reading this correctly, if for a | 12:34:57 |
| 19 | period of four months the rider does not either | 12:35:02 |
| 20 | train or compete, the team can terminate the | 12:35:06 |
| 21 | agreement, is that right? | 12:35:11 |
| 22 |         MR. SCHWEIKERT:  Form. | 12:35:14 |
| 23 |     A    Yes. | 12:35:14 |
| 24 |     Q    Did Troy Lee Designs terminate this | 12:35:20 |
| 25 | agreement at any point in time with Brian Moreau? | 12:35:23 |

| | | |
|---|---|---|
| 1 | June is because we were at the motocross race in | 12:53:10 |
| 2 | Florida, and I think he was flying out.  And we were | 12:53:12 |
| 3 | in Florida, and I knew that was in June.  So there | 12:53:14 |
| 4 | are things that I can remember and there's going to | 12:53:18 |
| 5 | be things that I can't remember. | 12:53:21 |
| 6 | Q     Sure.  And look, I'm not necessarily | 12:53:22 |
| 7 | interested in whether or not you took him out to | 12:53:27 |
| 8 | dinner when he came to the United States.  I'm more | 12:53:27 |
| 9 | interested in the company and any assistance that | 12:53:29 |
| 10 | was provided. | 12:53:32 |
| 11 | A     Yep. | 12:53:33 |
| 12 | Q     Okay. | 12:53:34 |
| 13 | MS. JANKOWSKI:  I want to mark now as | 12:53:37 |
| 14 | Exhibit 97, Tab 8. | 12:53:49 |
| 15 | (Exhibit 97 was marked for | 12:54:08 |
| 16 | identification.) | 12:54:08 |
| 17 | Q     Do you have that in front of you? | 12:54:09 |
| 18 | A     Not yet. | 12:54:12 |
| 19 | Q     No, it's not up.  Sorry, I thought I saw | 12:54:13 |
| 20 | it. | 12:54:16 |
| 21 | A     There it is. | 12:54:17 |
| 22 | Q     There it is.  So I am marking Tab 97, | 12:54:18 |
| 23 | photographs produced by the plaintiff. | 12:54:30 |
| 24 | A     Yes. | 12:54:33 |
| 25 | Q     Are you familiar with what I am showing | 12:54:33 |

1    you in Tab 97?                                      12:54:35

2         A    Yes.                                      12:54:37

3         Q    What is it?                               12:54:39

4         A    It's his racing credential.              12:54:40

5         Q    Okay.  And when you say it's his, it's   12:54:42

6    Brian Moreau's racing credential for Supercross    12:54:48

7    2020, correct?                                      12:54:51

8         A    Yes.                                      12:54:58

9         Q    And this is a credential that was issued 12:54:59

10   by whom?                                            12:55:01

11        A    Troy Lee Designs.                         12:55:12

12        Q    Why do you say that this is a credential  12:55:13

13   issued by Troy Lee Designs?                         12:55:14

14        A    Just because when it comes to this, this  12:55:20

15   is something that Troy has always -- out of kindness 12:55:22

16   we pay for it out of the race team budget.          12:55:22

17        Q    I see.                                     12:55:27

18        A    Some teams do, some teams don't.          12:55:28

19        Q    Okay.  So explain to me how Troy Lee      12:55:30

20   Designs pays for a rider's credential to compete in 12:55:32

21   a Supercross series.                                12:55:39

22        A    How they pay for it?                      12:55:44

23        Q    Yeah.  Explain to me why they pay for it. 12:55:45

24        A    When we do the team packages that Feld    12:55:49

25   charges the teams, each person has to have their own 12:55:55

1   credential.  We basically go on and submit              12:55:58

2   everything and pay for it.                              12:56:02

3        Q    And you're saying that in order for a         12:56:09

4   rider to have a credential, Troy Lee Designs            12:56:11

5   facilitates that by submitting paperwork, is that       12:56:16

6   right?                                                  12:56:19

7        A    There's an online application when the        12:56:19

8   rider goes to -- when each person goes and picks up     12:56:22

9   the credentials, usually it's at the first race of      12:56:26

10  the Supercross season or when they go and pick it up    12:56:30

11  from the AMA will call or Feld trailer, everyone has    12:56:33

12  to sign a release for approval to get the license.      12:56:38

13       Q    And when you say everyone, if we limit        12:56:43

14  this to riders, are you saying that riders need to      12:56:46

15  execute a release before they get a credential?         12:56:49

16            MR. SCHWEIKERT:  Form.                         12:56:52

17       A    Yes.                                          12:56:55

18       Q    With whom are they executing releases         12:56:56

19  before they get a credential?                           12:56:59

20       A    It's at the will call trailer, and            12:57:05

21  there's, I don't know, two or three forms that they     12:57:08

22  have to sign.                                           12:57:10

23       Q    All right.                                    12:57:10

24       A    Feld or AMA or who, but it's --               12:57:10

25       Q    Okay.  If we look at what's Exhibit 97,       12:57:17

| | | |
|---|---|---|
| 1 | who actually issues this, what I'll call, plastic | 12:57:31 |
| 2 | credential?  Who is issuing this, if you know? | 12:57:35 |
| 3 | A     Feld. | 12:57:38 |
| 4 | Q     Okay.  And if we turn to the second page | 12:57:39 |
| 5 | of this document. | 12:57:46 |
| 6 | A     Uh-huh. | 12:57:47 |
| 7 | Q     Do you see that? | 12:57:47 |
| 8 | A     Yes. | 12:57:48 |
| 9 | Q     Is this the backside of the credential | 12:57:52 |
| 10 | that Brian Moreau had? | 12:57:54 |
| 11 | A     Yes. | 12:57:57 |
| 12 | Q     Underneath his name, there's a number, | 12:57:57 |
| 13 | 3726578.  What's that? | 12:58:00 |
| 14 | A     I am not sure. | 12:58:07 |
| 15 | Q     He was issued a 250 Supercross License, | 12:58:08 |
| 16 | is that right? | 12:58:11 |
| 17 | A     Yes. | 12:58:13 |
| 18 | Q     And what did that allow him to do? | 12:58:14 |
| 19 | A     Race Supercross. | 12:58:17 |
| 20 | Q     And do you see on the back of this, it | 12:58:21 |
| 21 | says Feld Entertainment? | 12:58:23 |
| 22 | A     Yes. | 12:58:25 |
| 23 | Q     Do you see that? | 12:58:26 |
| 24 | A     Yes. | 12:58:27 |
| 25 | Q     At the back of this, it says:  Motor | 12:58:29 |

1    sports are dangerous, and Feld Motor Sports staff is        12:58:32

2    the owner of this credential and has the right to          12:58:35

3    withdraw it at any time.                                    12:58:39

4            Do you see that?                                   12:58:40

5    A    Yes.                                                   12:58:41

6    Q    In 2020, you understood that to be the                12:58:42

7    case, that Feld Motor Sports could withdraw a              12:58:45

8    credential if they wanted to, correct?                     12:58:50

9    A    Yes.                                                   12:58:55

10   Q    This credential that we're looking at for             12:58:55

11   Brian Moreau is the same credential that would have        12:58:59

12   been issued to all your riders, with the difference        12:59:05

13   being their name, whatever their license would be,         12:59:08

14   maybe different, and their picture, correct?               12:59:12

15   A    Yes.                                                   12:59:18

16   Q    This also says:  Use of this credential               12:59:26

17   is governed by event management, security and              12:59:29

18   credential boards displayed at the entrances of each       12:59:31

19   venue.                                                      12:59:34

20           Do you see that?                                   12:59:34

21   A    Yes.                                                   12:59:35

22   Q    What do you understand that to mean?                  12:59:36

23   A    When he goes into the entrance of the                 12:59:53

24   stadium or to the pits, that's basically his pass to       12:59:55

25   get in.                                                     12:59:58

| | |
|---|---|
| 1 | THE WITNESS:  Can I go to the restroom | 13:00:02 |
| 2 | real quick? | 13:00:04 |
| 3 | MS. JANKOWSKI:  100 percent, yeah.  Let's | 13:00:06 |
| 4 | take a five-minute break. | 13:00:07 |
| 5 | THE WITNESS:  I don't need five minutes. | 13:00:10 |
| 6 | It will be quick. | 13:00:11 |
| 7 | MS. JANKOWSKI:  Okay.  We'll go off the | 13:00:11 |
| 8 | record. | 13:00:13 |
| 9 | VIDEO OPERATOR:  We're going off the | 13:00:14 |
| 10 | record at 13:00. | 13:00:15 |
| 11 | (There was a recess in the proceedings | 13:00:17 |
| 12 | from 1:00 p.m. to 1:05 p.m.) | 13:00:17 |
| 13 | VIDEO OPERATOR:  We are back on the | 13:05:04 |
| 14 | record at 13:05. | 13:05:13 |
| 15 | (Exhibit 4, previously marked, is | 13:05:13 |
| 16 | attached to transcript.) | 13:05:13 |
| 17 | BY MS. JANKOWSKI: | 13:05:13 |
| 18 | Q    I want to show you a document that has | 13:05:19 |
| 19 | been marked before in this case, Deposition Exhibit | 13:05:22 |
| 20 | 4 in the Brian Moreau's deposition.  I'll ask you to | 13:05:37 |
| 21 | take a look at this document. | 13:05:40 |
| 22 | A    Yes. | 13:05:49 |
| 23 | Q    You are familiar with Exhibit 4, which is | 13:05:53 |
| 24 | Minor Release and Waiver of Liability and Indemnity | 13:05:55 |
| 25 | Agreement with the AMA, correct? | 13:05:55 |

1      A      Yes.                                          13:06:01

2      Q      How are you familiar with this document?     13:06:04

3      A      It's a minor release.                         13:06:08

4      Q      As a team manager, explain to me the         13:06:15

5  circumstances under which a minor rider would sign      13:06:17

6  this with the AMA.                                       13:06:23

7      A      Yes.                                          13:06:26

8      Q      Under what circumstances does a minor        13:06:29

9  sign this with the AMA?  Why is this being signed?       13:06:34

10     A      A release liability?                          13:06:38

11     Q      Yes.                                          13:06:39

12     A      Yes.                                          13:06:40

13     Q      Okay.  What I'm trying to understand is,     13:06:42

14 riders, if they're not of the age of majority need      13:06:45

15 to sign this with the AMA before they participate,      13:06:49

16 correct?                                                 13:06:52

17     A      Correct.                                      13:06:53

18     Q      And they have to sign this before they're    13:06:54

19 given credentials to race, correct?                     13:06:57

20     A      Correct.                                      13:07:00

21     Q      All right.  So if we look at this release    13:07:00

22 with the AMA, is this part of one of the documents      13:07:07

23 that needs to be signed in advance of actually          13:07:11

24 getting the credential by a rider?                      13:07:14

25            MR. SCHWEIKERT:  Form.                        13:07:18

1      A     I believe so.  I believe we had to do          13:07:24

2   this, because when we issued for the credential, he     13:07:28

3   was a minor.  Before he raced Supercross, he was an     13:07:32

4   adult.                                                  13:07:35

5      Q     All right.  So if we look at this              13:07:36

6   agreement itself, we see Brian Moreau, his date of      13:07:38

7   birth, signature and guardian circled with a date of    13:07:44

8   11-20-2019.                                             13:07:51

9             Do you see that?                              13:07:53

10     A     Yes.                                            13:07:54

11     Q     Is that your signature?                        13:07:55

12     A     Yes.                                            13:07:57

13     Q     It says printed name of parent or              13:08:01

14  guardian, and your name is there, correct?              13:08:03

15     A     Yes.                                            13:08:05

16     Q     And then underneath it, you signed it          13:08:06

17  again, correct?                                         13:08:09

18     A     Yes.                                            13:08:10

19     Q     What is the reason that you signed this        13:08:11

20  on behalf of Brian Moreau on November 20th of 2019?     13:08:13

21     A     Because we had to send the packet in to        13:08:20

22  get done per the AMA before Supercross.  Like I         13:08:29

23  said, the whole packet had to go out.  So I signed      13:08:32

24  this, his legal guardian, as when he was here in the    13:08:34

25  United States under age riding.                         13:08:36

| | | |
|---|---|---|
| 1 | AND/OR GUARDIAN hereby agrees to indemnify, and save | 13:22:59 |
| 2 | and hold harmless, the Releasees and each of them | 13:22:59 |
| 3 | from loss, liability damage, or cost, and it goes | 13:22:59 |
| 4 | on. | 13:23:13 |
| 5 | Do you see that? | 13:23:13 |
| 6 | A     Yes. | 13:23:14 |
| 7 | Q     And as the legal guardian, you agreed to | 13:23:14 |
| 8 | that as well, correct? | 13:23:16 |
| 9 | MR. SCHWEIKERT:  Form. | 13:23:18 |
| 10 | A     Yes. | 13:23:19 |
| 11 | MS. JANKOWSKI:  Now, I want to mark as -- | 13:23:29 |
| 12 | I think we're up to Exhibit 98, another document. | 13:23:30 |
| 13 | It is Tab 10.  It is a document produced by AMA 1591 | 13:23:37 |
| 14 | through 1592. | 13:23:53 |
| 15 | (Exhibit 98 was marked for | 13:23:56 |
| 16 | identification.) | 13:23:56 |
| 17 | Q     Do you have that in front of you? | 13:24:15 |
| 18 | A     I'm trying to pull it up. | 13:24:16 |
| 19 | Q     Okay.  Let me know. | 13:24:18 |
| 20 | A     Yep. | 13:24:40 |
| 21 | Q     This is a 2019-2020 Adult FMS All-Event | 13:24:41 |
| 22 | Release, Waiver and Indemnity Agreement. | 13:24:41 |
| 23 | Do you see that? | 13:24:49 |
| 24 | A     Yes. | 13:24:50 |
| 25 | Q     And you're familiar with this agreement | 13:24:50 |

1   as well, correct?                                    13:24:54

2        A     Yes, it's one of the waivers that        13:24:59

3   everyone signs to get a credential.                  13:25:01

4        Q     And when you say everyone to get a        13:25:04

5   credential, you're talking about Troy Lee Designs    13:25:06

6   riders, correct?                                     13:25:09

7        A     Riders, if there's any crew members,      13:25:10

8   anybody involved with the racing team.               13:25:15

9        Q     And that would include you, yourself,     13:25:17

10  correct?                                             13:25:20

11       A     Yes.                                      13:25:21

12       Q     So you needed to sign an AMA Release,     13:25:22

13  Waiver and Indemnity Agreement to get your           13:25:25

14  credential for the 2020 Supercross season, correct?  13:25:28

15       A     Yes.                                      13:25:33

16       Q     And you needed to sign the Feld's         13:25:35

17  Release, Waiver and Indemnity Agreement in order to  13:25:38

18  get your credential for the 2020 Supercross season   13:25:41

19  as Troy Lee Designs team manager, correct?           13:25:45

20       A     Yes.                                      13:25:49

21       Q     If we look at the Feld's waiver, in       13:25:55

22  paragraph 2 it contains a warning that the events    13:26:01

23  may be very dangerous and may involve the risk of    13:26:09

24  serious injury or death.                             13:26:13

25             Do you see where I am in paragraph 2?     13:26:14

| | | |
|---|---|---|
| 1 | A     Yes. | 13:26:16 |
| 2 | Q     And all of the Troy Lee Designs riders | 13:26:18 |
| 3 | sign this form in order to be able to get their | 13:26:21 |
| 4 | credential, correct? | 13:26:26 |
| 5 | A     Yes. | 13:26:27 |
| 6 | Q     And Brian Moreau signed this form on the | 13:26:27 |
| 7 | second page of this document on January 2nd of 2020. | 13:26:31 |
| 8 | Do you see that? | 13:26:38 |
| 9 | MR. SCHWEIKERT:  Form. | 13:26:40 |
| 10 | A     Yes. | 13:26:40 |
| 11 | Q     The address that he's listing there is | 13:26:41 |
| 12 | the Troy Lee Designs address, correct? | 13:26:44 |
| 13 | A     Correct. | 13:26:47 |
| 14 | Q     The notary that signed this did so on the | 13:26:52 |
| 15 | same day, January 2nd of 2020. | 13:26:59 |
| 16 | Do you see that? | 13:27:02 |
| 17 | A     Yes. | 13:27:03 |
| 18 | Q     In Riverside, California.  Do you see | 13:27:06 |
| 19 | that? | 13:27:08 |
| 20 | A     Yes. | 13:27:08 |
| 21 | Q     Do you know Megan Carter? | 13:27:09 |
| 22 | A     Yeah, I think I do. | 13:27:17 |
| 23 | Q     And who is she? | 13:27:19 |
| 24 | A     She used to be John Hinz at KTM's | 13:27:20 |
| 25 | assistant. | 13:27:24 |

1      Q      So Ms. Carter is affiliated with Troy Lee      13:27:28

2  Designs because she is the assistant for someone at      13:27:31

3  KTM, correct?                                            13:27:37

4            MR. SCHWEIKERT:  Form.                          13:27:38

5      A      Sorry, what did you just say?                  13:27:39

6      Q      I said that Megan Carter is the assistant      13:27:41

7  to someone at KTM, and the race team that Mr. Moreau     13:27:51

8  raced with was Troy Lee Designs KTM race team,           13:27:55

9  correct?                                                 13:28:00

10     A      Correct.                                       13:28:00

11     Q      At the time that Mr. Moreau signed this,       13:28:07

12  he was not yet 18, was he?                               13:28:15

13     A      No.                                            13:28:17

14     Q      Whose handwriting appears on this              13:28:22

15  document?                                                13:28:25

16     A      I believe that's probably Shay Murphy's.       13:28:26

17  She would fill all the stuff out and then have the       13:28:28

18  riders sign it.                                          13:28:33

19     Q      Any idea why Troy Lee Designs had              13:28:39

20  Mr. Moreau sign an adult release when he wasn't one?     13:28:42

21            MR. SCHWEIKERT:  Form.                         13:28:48

22     A      I don't recall.  It was probably just          13:28:51

23  a -- he was probably the only minor, and when she        13:28:53

24  was doing it, she probably printed everything out        13:29:01

25  and had it signed.                                       13:29:04

1      Q      I'm interested in the Saturday events.          14:51:41

2  Do you see that?                                           14:51:45

3      A      Yes.                                            14:51:45

4      Q      What time do the riders generally arrive        14:51:55

5  in advance of the Saturday events starting?                14:51:58

6      A      I think Brian flew out Wednesday or             14:52:05

7  Thursday because he had press day on Friday.               14:52:10

8      Q      Explain what press day is.                      14:52:14

9      A      Press day is basically they get to go           14:52:16

10 ride the track, maybe not all the track, but the           14:52:19

11 majority of the track.  I don't know, a team               14:52:24

12 probably gets four or five, it's a way for the             14:52:30

13 riders to get a little bit of extra track time, get        14:52:33

14 some marketing, some PR, work with the local news          14:52:35

15 outlets, yeah.                                             14:52:36

16     Q      And Brian Moreau participated on press          14:52:40

17 day on the Friday before the Saturday event started        14:52:47

18 at Tampa Supercross?                                       14:52:50

19     A      Yes.                                            14:52:53

20     Q      And in order to get into press day, he          14:52:53

21 needed to show his credential, correct?                    14:52:56

22     A      I believe so.  Fridays are not as strict        14:53:00

23 when it comes to some of that stuff, but I mean --         14:53:05

24 yeah.                                                      14:53:09

25     Q      Any reason to think he didn't have to           14:53:22

1      CERTIFICATE OF COURT REPORTER - NOTARY PUBLIC

2

3        I, Pamela L. Beck, the officer before whom the

4    foregoing proceedings were taken, do hereby certify

5    that the foregoing transcript is a true and correct

6    record of the proceedings; that said proceedings

7    were taken by me stenographically, and thereafter

8    reduced to typewriting under my supervision; and

9    that I am neither counsel for, related to, nor

10   employed by any of the parties to this case, and

11   have no interest, financial or otherwise, in its

12   outcome.

13       IN WITNESS WHEREOF, I have hereunto set my hand

14   and affixed my notarial seal this 20th day of March.

15

16

17   My commission expires January 14, 2027.

18

19

20   *Pamela L Beck*

21   _____

22   NOTARY PUBLIC IN AND FOR THE

23   COMMONWEALTH OF PENNSYLVANIA

24

25