# EXHIBIT 23

```
 1              UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
 2                     TAMPA DIVISION
              CASE NO.: 8:22-cv-01295-TPB-CPT
 3

 4
     BRIAN MOREAU,
 5
                    Plaintiff,
 6
     vs.
 7
     FELD MOTOR SPORTS, INC.;
 8   THE MEDIC RIG, LLC; AMERICAN
     MOTORCYCLE ASSOCIATION d/b/a
 9   AMERICAN MOTORCYCLIST
     ASSOCIATION; JOHN A. BODNAR,
10   M.D.; JAMES KENNEDYE, M.D.;
     AMY METIVA; and SCOTT COMBS,
11
                    Defendants.
12
     _____/
13
                   VIDEOTAPED DEPOSITION OF
14
                         BRIAN MOREAU
15
                       OCTOBER 7, 2024
16
                    9:16 a.m. - 3:06 p.m.
17

18                      Phelps Dunbar
                   100 South Ashley Drive
19                       Suite 2000
                    Tampa, Florida 33602
20

21

22

23   Reported by:   Deborah Lugo, CLR
     Esquire Deposition Solutions - Tampa Office
24   Phone - (813) 221-2535, (800) 838-2814
     Esquire Job No.: J11752517
25
```



```
 1                    APPEARANCES OF COUNSEL

 2    On Behalf of the Plaintiff, BRIAN MOREAU:

 3         MARK ADAM SCHWEIKERT, ESQ.
           Schweikert Law, PLLC
 4         1111 Brickell Avenue
           Suite 1550
 5         Miami, Florida 33131

 6

 7    On Behalf of the Defendant, FELD MOTOR SPORTS,
      INC.:
 8
           DAVID GORDON, ESQ.
 9         Buchanan Ingersoll & Rooney, PC
           700 Alexander Park
10         Suite 300
           Princeton, New Jersey 08540
11

12
      On Behalf of the Defendant, AMERICAN MOTORCYCLE
13    ASSOCIATION d/b/a AMERICAN MOTORCYCLIST ASSOCIATION:

14         CAROLINE SPRADLIN, ESQ.
           A. BRIAN ALBRITTON, ESQ.
15         Phelps Dunbar
           100 South Ashley Drive
16         Suite 2000
           Tampa, Florida 33602

17

18
      On Behalf of the Defendants, THE MEDIC RIG, LLC;
19    JOHN A. BODNER, M.D.; JAMES KENNEDYE, M.D.; AMY
      METIVA; AND SCOTT COMBS:
20
           DAVID O. DOYLE, ESQ.
21         Pearson Doyle Mohre & Pastis, LLP
           901 North Lake Destiny Road
22         Suite 305
           Maitland, Florida 32751

23

24   Also Present:  Brinson Harris, Videographer
                    Alexandra Nixon, French interpreter
25                  Lexy Khella
```



```
 1          MR. SCHWEIKERT:  Sure.  Good morning.  My        09:16:50
 2    name is Mark Schweikert on behalf of Brian             09:16:52
 3    Moreau.                                                09:16:57
 4          MS. SPRADLIN:  Good morning.  Caroline           09:16:57
 5    Spradlin on behalf of American Motorcyclist            09:16:59
 6    Association and with me I have my colleague Brian      09:17:04
 7    Albritton.                                             09:17:06
 8          MR. DOYLE:  David Doyle on behalf of             09:17:07
 9    defendants Medic Rig, Dr. Kennedye, Dr. Bodnar,        09:17:10
10    Amy Metiva and Scott Combs.                            09:17:14
11          MR. GORDON:  David Gordon for the Feld           09:17:15
12    defendants.  Here with me is Lexi Khella also on       09:17:18
13    behalf of Feld.                                        09:17:20
14          THE VIDEOGRAPHER:  The interpreter may be        09:17:26
15    sworn.                                                 09:17:28
16 THEREUPON,
17                    ALEXANDRA NIXON,
18 the interpreter, was duly sworn to truly and
19 accurately translate from English to French and
20 French to English.
21          THE INTERPRETER:  I do.
22 THEREUPON
23                     BRIAN MOREAU
24 was called as a witness and, having first been duly
25 sworn, testified through the interpreter, ALEXANDRA
```



```
 1  NIXON, as follows:
 2          THE DEPONENT:  I do.
 3            MS. SPRADLIN:  Ready to go?  Great.
 4                    DIRECT EXAMINATION
 5  BY MS. SPRADLIN:                                         09:18:00
 6     Q.   Good morning, Mr. Moreau.  Thank you for         09:18:00
 7  being here.  As we introduced a moment ago, my name      09:18:05
 8  is Caroline Spradlin.  I am an attorney here for         09:18:08
 9  the defendant American Motorcycle Association, AMA.      09:18:12
10          I understand that we have a French               09:18:15
11  translator here, Ms. Nixon.  I know that she was         09:18:18
12  the translator for your previous deposition in this     09:18:21
13  matter.  She is here to assist you with your             09:18:24
14  deposition today.                                        09:18:28
15          I understand that you speak and understand       09:18:29
16  English, correct?                                        09:18:32
17     A.   Yes.                                             09:18:33
18     Q.   So Ms. Nixon is here just to provide             09:18:33
19  assistance.  If I ask you any questions that you         09:18:37
20  don't understand, she'll translate those for you.        09:18:40
21  And if you feel in any way that you're not going to     09:18:43
22  be able to express yourself fully in English to          09:18:46
23  respond to my questions, please look to her and          09:18:49
24  she'll translate your answer to me in English.           09:18:52
25          It is -- if you are not a hundred percent        09:18:56
```



| | | |
|---|---|---|
| 1 | A.   Maybe. | 12:34:18 |
| 2 | Q.   Do you remember participating in the track | 12:34:18 |
| 3 | walk, the press day track walk the day before the | 12:34:21 |
| 4 | event? | 12:34:25 |
| 5 | A.   I do. | 12:34:25 |
| 6 | Q.   And do you remember participating in a | 12:34:25 |
| 7 | track walk the morning of the event before the | 12:34:27 |
| 8 | practice session started? | 12:34:29 |
| 9 | A.   I do. | 12:34:30 |
| 10 | Q.   And you had the opportunity to observe the | 12:34:30 |
| 11 | track and the conditions of the track? | 12:34:32 |
| 12 | A.   I do. | 12:34:34 |
| 13 | Q.   Did you have any concerns about the track? | 12:34:34 |
| 14 | A.   No. | 12:34:36 |
| 15 | Q.   And you didn't bring any concerns because | 12:34:36 |
| 16 | you didn't have any, you didn't talk to anybody | 12:34:38 |
| 17 | about the way that the track was set up? | 12:34:41 |
| 18 | A.   No. | 12:34:43 |
| 19 | Q.   Okay.  And the second point here, second | 12:34:43 |
| 20 | paragraph on this minor's assumption of risk form | 12:34:47 |
| 21 | says, My parents, slash, guardians have explained | 12:34:49 |
| 22 | to me and I understand that there are risks and | 12:34:52 |
| 23 | dangers associated with participation in the events | 12:34:55 |
| 24 | and admission within the restricted area that could | 12:34:58 |
| 25 | cause severe bodily injury, disability and death. | 12:35:02 |



```
 1   that.                                                   12:49:03
 2          And you understood you weren't -- you             12:49:03
 3   didn't have to participate in the 2020 Tampa             12:49:09
 4   Supercross, you wanted to participate because you        12:49:11
 5   wanted to race, right?                                   12:49:13
 6          THE INTERPRETER:  I'm sorry.  Please repeat       12:49:16
 7     that.                                                  12:49:18
 8          MS. SPRADLIN:  That's okay.                       12:49:19
 9   BY MS. SPRADLIN:                                         12:49:20
10     Q.   You wanted to race in the 2020 Tampa              12:49:20
11   Supercross, right?                                       12:49:22
12     A.   Yes.  Yes.                                        12:49:23
13     Q.   You didn't feel like you were forced to           12:49:29
14   participate in the Supercross, it was something          12:49:36
15   that you wanted to do, correct?                          12:49:37
16     A.   Yes.  And, of course, I've signed with KTM        12:49:39
17   Troy Design, so I was healthy, you know, I'm full
18   health --
19          THE COURT REPORTER:  I'm not understanding
20     him.
21          MR. GORDON:  Hold on for one second.  Turn
22     to the court reporter and answer that.
23     A.   I was healthy.                                    12:49:57
24          THE INTERPRETER:  I was healthy.
25     A.   Yeah, healthy.  Sorry.                            12:50:01
```



800.211.DEPO (3376)
EsquireSolutions.com

```
 1                    CERTIFICATE OF OATH
 2
 3   STATE OF FLORIDA              :
 4                                 :
 5   COUNTY OF PASCO               :
 6
 7
 8        I, the undersigned authority, certify that the
 9   French interpreter, ALEXANDRA NIXON, and deponent
10   named herein, BRIAN MOREAU, personally appeared before
11   me and was duly sworn.
12
13        WITNESS my hand and official seal this
14   October 15, 2024.
15
16
17
18
19        DEBORAH LUGO, CLR
          Notary Public
20        State of Florida
          Commission No. HH 537547
21        My Commission Expires 10/11/2028
22
23
24
25
```



CERTIFICATE OF COURT REPORTER

STATE OF FLORIDA

COUNTY OF PASCO

     I, Deborah Lugo, Court Reporter, certify that I was authorized to and did stenographically report the deposition of BRIAN MOREAU; that a review of the transcript was requested; and that the transcript, is a true and correct record of my stenographic notes.

     I FURTHER CERTIFY that I am not a relative, employee, or attorney, or counsel of the parties, nor am I a relative or employee of any of the parties' attorneys or counsel connected with the action, nor am I financially interested in the action.

     DATED this October 15, 2024.



_____
DEBORAH LUGO, CLR