# EXHIBIT 24



Exhibits#:

Keefe 97

3/10/2025



**Brian Moreau**

3726578

250SX License

© Feld Enterainment, Inc.

**MOTORSPORTS ARE DANGEROUS**

Feld Motorsports staff is the owner of this credential and has the right to withdraw it at any time. Use of this credential is governed by event management, security, and credential boards displayed at the entrances of each venue. This credential can only be used by the designated card holder. Person violating this policy will be subject to removal from the venue.


{Missing column}


FELD ENTERTAINMENT, INC.