# EXHIBIT 25

Video Lodged with Clerk of Court with Concurrently filed *Notice of Filing Media*

**FILE PRODUCED AS A NATIVE**

**100 250 TEASE.mxf**

FMS_INC_0001136