# EXHIBIT 26

Video Lodged with Clerk of Court with Concurrently filed *Notice of Filing Media*

# FILE PRODUCED AS A NATIVE

## 202007 F C C097C030_170521_A84Q.MOV

FMS_INC_0001139