# EXHIBIT 27

```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                           TAMPA DIVISION



                 CASE NO.: 8:22-CV-01295-TPB-CPT




BRIAN MOREAU,
      Plaintiff,

vs.

FELD MOTOR SPORTS, INC., ET AL.,
      Defendant.
_____/




                    DEPOSITION OF JOHN GALLAGHER




         DATE TAKEN:    APRIL 3, 2025
         TIME:          3:08 P.M.
         PLACE:         VIA VIDEOCONFERENCE
```

```
                         APPEARANCES:


     On behalf of the Plaintiff:

     SCHWEIKERT LAW PLLC
     BY:  MARK A. SCHWEIKERT, ESQUIRE
     1111 Brickell Avenue
     Suite 1550
     Miami, Florida 33131
     305-999-1906
     mark@schweikertlaw.com


     On behalf of the Defendant AMERICAN MOTORCYCLE
     ASSOCIATION:

     PHELPS DUNBAR, LLP
     BY:  CAROLINE SPRADLIN, ESQUIRE
     100 South Ashley Drive
     Suite 2000
     Tampa, Florida 33602
     813-222-7672
     caroline.spradlin@phelps.com


     On behalf of the Defendant FELD MOTOR SPORTS, INC.:

     BUCHANAN, INGERSOLL & ROONEY, P.C.
     BY:  DAVID L. GORDON, ESQUIRE
     700 Alexander Park
     Suite 300
     Princeton, New Jersey 08540
     609-987-6800
     david.gordon@bipc.com

     AND

     FELD ENTERTAINMENT, INC.
     BY:   ALEXIA KHELLA, ESQUIRE
     800 Feld Way
     Palmetto, Florida 34221
     941-432-4015
     lexykhella@gmail.com
```

3

APPEARANCES (CONT.):

On behalf of the Defendants, THE MEDIC RIG, LLC,
JOHN A. BODNAR, M.D., JAMES KENNEDYE, M.D.,
AMY METIVA AND SCOTT COMBS:

PEARSON, DOYLE, MOHRE & PASTIS, LLP
BY:  BETHANY NDUKA, ESQUIRE
901 North Lake Destiny Road
Suite 305
Maitland, Florida 32751
407-647-0900
bnduka@pdmplaw.com

|   |   |
|---|---|
| 1 | DEPOSITION OF JOHN GALLAGHER |
| 2 | APRIL 3, 2025 |
| 3 | * * * * * * * * * |
| 4 | THE REPORTER:  Good afternoon.  My name is George |
| 5 | Garcia, I'm the court reporter for today's depo.  The time |
| 6 | is 3:08 p.m., the date is April 3rd, 2025. |
| 7 | If the witness can state his name on the record |
| 8 | and spell it for us, please. |
| 9 | THE WITNESS:  John Gallagher. J-O-H-N, G-A-L-L-A- |
| 10 | G-H-E-R. |
| 11 | THE REPORTER:  Thank you.  Do you have a photo ID |
| 12 | that you could show me? |
| 13 | John Michael Gallagher.  Thank you so much. |
| 14 | If you could please raise your right hand, Mr. |
| 15 | Gallagher. |
| 16 | JOHN GALLAGHER, |
| 17 | having first been duly sworn, testified as follows: |
| 18 | THE REPORTER:  Thank you.  You can put your hand |
| 19 | down. |
| 20 | Attorneys, please state your appearances. |
| 21 | MR. SCHWEIKERT:  Good afternoon, Mark Schweikert |
| 22 | for Brian Moreau. |
| 23 | MS. SPRADLIN:  Caroline Spradlin for Defendant, |
| 24 | American Motorcycle Association. |
| 25 | MR. GORDON:  David Gordon and Lexy Khella on |

```
 1        Q.   Okay.  So by safety changes, what does -- what
 2   does that mean?
 3        A.   Riders have -- have walked the racetrack along
 4   with their teams, and if they see something on the
 5   racetrack that is something that we need to address, or the
 6   track maintenance personnel needs to address; then they
 7   come to me, and then I go out with the rider and look up
 8   exactly what he's talking about.  And then I go to the
 9   track maintenance people, or the track builder to address
10   the issue.
11        Q.   Okay.  And towards the top, you write, "Please
12   remember that Supercross and all motorsports are inherently
13   dangerous activities."
14             Do you see that?
15        A.   Yes.
16        Q.   And is that something you address during the
17   Riders meeting at the Tampa Supercross?
18        A.   Yes.
19        Q.   And why is that?
20        A.   Because the statement is true.
21        Q.   And in your role as race director, are you
22   partially trying to mitigate those dangers as best as you
23   can by controlling the track through flags, and
24   communicating with officials?
25             MR. GORDON:  Objection to form.
```

```
 1              MS. SPRADLIN:  Object to the form.
 2              THE WITNESS:  Yes.
 3   BY MR. SCHWEIKERT:
 4       Q.   Your role as race director is not to make
 5   Supercross even more dangerous, is it?
 6              MR. GORDON:  Objection --
 7              MS. SPRADLIN:  Object to the form.
 8              THE WITNESS:  Of course not.
 9   BY MR. SCHWEIKERT:
10       Q.   How would you describe your role as a race
11   director for an inherently dangerous activity like the
12   Supercross?
13              MS. SPRADLIN:  Object to the form.
14              THE WITNESS:  We attempt -- we -- all of us on
15   the floor attempt to provide the safest stage, so to speak,
16   for the riders to do what it is that they need to do.
17   BY MR. SCHWEIKERT:
18       Q.   And what do you, as the race director, have
19   available to you to try to create that stage for the
20   riders?
21       A.   Besides the flags and the personnel that are
22   trained to do what they need to do to create a safe
23   situation; we can also alter the racetrack if necessary, or
24   we can pad areas with padding that's -- that will solve a
25   problem with a rider hitting something on the floor of the
```

CERTIFICATE OF OATH

STATE OF FLORIDA

COUNTY OF HILLSBOROUGH

    I, JORGE GARCIA, Reporter, Notary Public, State of Florida, certify that JOHN GALLAGHER personally appeared before me on the 3rd day of April, 2025, and was duly sworn.

    SIGNED this 10th day of April, 2025, at Hillsborough County, Florida.

*Jorge García*

_____

JORGE GARCIA

Court Reporter

Notary Public, State of Florida

Commission: HH 358644

Expires: 03/27/2027

CERTIFICATE OF REPORTER

STATE OF FLORIDA

COUNTY OF HILLSBOROUGH


    I, JORGE GARCIA, do hereby certify that I was authorized to and did report the deposition of JOHN GALLAGHER; that a review of the transcript was not requested; and that the foregoing transcript is a true and correct record of the electronic notes.

    I FURTHER CERTIFY that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in the action.

    DATED this 10th day of April, 2025, at Hillsborough County, Florida.


*Jorge García*
_____

JORGE GARCIA

Court Reporter

Notary Public, State of Florida

Commission: HH 358644

Expires: 03/27/2027