# EXHIBIT 28

# Tampa Riders Meeting

1) Welcome to the Round 7 of the 2020 AMA Supercross, an FIM Championship.

Please remember that Supercross, and all motorsports are inherently dangerous activities. You all have had the chance to view this track in the track walk. Only you can determine your abilities and skills. If you feel these skills are not to a level that will allow you to compete on this course, please feel free to see me after this meeting to discuss your options.
Safety Changes!!!!!!!! See me with your suggestions. I'm your "GO TO" person for all your concerns regarding the obstacles.

2) Go to AMASupercross.com for Crew & Rider/ Credentials, Rider Entries, Rule Books, Day Schedules. Be sure to have your entries in 1 week prior to the event you intend to race.

3) Posting Board Location is next to the AMA Semi.
      Restrooms are in the "A" tunnel very close to the starting gate.
ALSO! All Teams: A Fire Extinguisher MUST be present and visible at every Truck!

4) Rider's "E-Ject" device should be mounted on the left side of the helmet, and clearly exposed.
Sleeves have to be to the wrist.
Remember:
All personnel on the stadium floor are required to wear collared shirts, and black long pants for the night show.

5) Practice & Qualifying
Your first session will be an untimed 8 min. session.
Practice sessions two and three are timed qualifying sessions, each being 10 min. long. The two timed sessions will begin from the Start Gate, off of the Grids.



EXHIBIT 191
DEPONENT NAME: Pelletier, M
DATE: 4/11/25

AMA_002007

Stopping on the racetrack is prohibited during the Timed Practices. Please pull off the racing surface or into the pits if you want to stop or rest. Timed Qualifying is for laying down FAST LAPS!
Your FASTEST lap will be deducted from your score if you stop on the racing surface.
If you choose to bypass a section of the racetrack during timed Practice, you must ride slowly on the side of the track. A fast lap may be deducted for riding too fast or cutting out sections while on the concrete, or off the track.

The Colors are: A – Blue         250SX has 3 groups
                B – Yellow       450SX has 2 groups
                C - Pink

6)

7) The Pit-IN will be before the Mechanic's Area, Pit-OUT will be after the Mechanic's Area. Pull behind the barriers before you have your mechanic work on the bike.

   Mechanics MUST remain in the mechanics area during all track sessions. Do not attempt to help your rider retrieve the bike from the racetrack.
   Push carts can be stored behind of the Start Gate near the tunnel.

8) Use the Bike Lanes in both directions to/from the paddock...The Ride of Fame is on your way to the track. All Race Bikes must go through the Ride of Fame before entering the track and returning to the paddock.
   **DO NOT LEAVE YOUR M/C UNATTENDED FOR ANY REASON!**

9) Ambulance Location: In the Tunnel Area, see the AlpineStar Truck or Dr. Bodnar for your medical needs. The Alpinestar Truck, and the AMA Truck are a little further past the Will Call trailer and the Wash Rack.

AMA_002008

10) Warm Up Area is outside, at the top of the tunnel. Do not start your Bikes in the Stadium, or in the Tunnel, until you are instructed to do so!

11) Exit the track by continuing in the direction of the course, to the Mechanic's Area. Entrance and Exit are from the "A" Tunnel.

12) Leaving the Racing Surface
    A) Unintentionally - re-enter in a safe manner without improving your position or gaining an advantage. <u>Accelerating in an unsafe manner will draw a one position penalty added to any penalties for passing other competitors, while you were off the track. Lesson....Ride slowly until you get back on the track.</u>

    B) The Sand Split Lane:
        If you enter on the inside of the sand, you must exit on the outside.
        The sand is delineated with TuffBlox and the TuffBlox are not to be crossed.

13) Interviews will be for first place only in each race. Additionally, <u>Top 5 to Top 10</u> in each Main Event will be required to report directly to the Podium, at the conclusion of their race.

14) Industry Seating
    Sections 148 - 151. Only Mechanics, Riders and Team Managers are allowed down the tunnel. All others enter Industry Seating...............

Factory Filming:
    Section 319, rows A-D.

15) Top 3 from each class go automatically to Impound at finish of Main. Impound is located at the AMA Semi, in the tunnel.

16) This weekend's Event is televised on **NBCSN @ 7PM Eastern Time.**

17) As usual, Transponders MUST be returned tonight, or a significant fine will be imposed.

19) The Bike Wash Area is just outside the paddock on the way to the Will Call Trailer. You are welcomed to use the pressure washers that are provided, or you can wash at your truck with your own equipment.

20) Reminder: Daytona Waivers will be available and stickers will be placed on your hard cards only for cards that have your picture.

Payout will be on Wednesday for direct deposits due to the President's Day Holiday, next Monday.

There are Futures Races tomorrow. All Race Semi's must be moved to Lot 6, the lot that was used for Pre-Staging, on the other side of the Stadium, before you leave tonight.

21) You all are welcomed to stay, and attend a chapel service presented by Jake Venada immediately after this meeting.

AMA_002010