# EXHIBIT 29

MILESTONE REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900
Fax 407.841.2779
Toll Free 855-MYDEPOS

COPY

```
 1   IN THE UNITED STATES DISTRICT COURT
 2   FOR THE MIDDLE DISTRICT OF FLORIDA
 3   TAMPA DIVISION
 4   CASE NO.: 8:22-CV-1295
 5
 6   BRIAN MOREAU,
 7   Plaintiff
 8
 9   VS.
10
11   FELD MOTOR SPORTS, INC.,
12   THE MEDIC RIG, LLC,
13   AMERICAN MOTORCYCLE
14   ASSOCIATION d/b/a AMERICAN
15   MOTORCYCLIST ASSOCIATION,
16   JOHN A. BODNAR, M.D.
17   JAMES KENNEDYE, M.D.,
18   AMY METIVA, and
19   SCOTT COMBS,
20   Defendants
21
22   DEPONENT:  MARVIN MUSQUIN
23   DATE:      FEBRUARY 10, 2025
24   REPORTER:  KAMERYN CHERRY
25
```

401 EAST JACKSON STREET,
SUITE 2370
TAMPA, FL 33602

315 EAST ROBINSON STREET,
SUITE 510
ORLANDO, FLORIDA 32801
CORPORATE

```
 1                        APPEARANCES

 2  ON BEHALF OF THE PLAINTIFF, BRIAN MOREAU:
    Mark A. Schweikert, Esquire
 3  Schweikert Law, PLLC
    1111 Brickell Avenue
 4  Suite 1550
    Miami, Florida 33131
 5  Telephone No.: (305) 999-1906
    E-mail: mark@schweikertlaw.com
 6  (Appeared via videoconference)

 7  ON BEHALF OF THE DEFENDANT, The Medic Rig, LLC, John A.
    Bodnar, M.D., James Kennedye, M.D., Amy Metiva, and
 8  Scott:
    Bethany W. Nduka, Esquire
 9  Pearson, Doyle, Mohre & Pastis, LLP
    901 North Lake Destiny Road
10  Suite 305
    Maitland, Florida 32751
11  Telephone No.: (407) 647-0090
    E-mail: bnduka@pdmplaw.com
12
    ON BEHALF OF THE DEFENDANT, Feld Motor Sports, Inc.:
13  Matthew C. Pilsner, Esquire
    Buchanan, Ingersoll & Rooney, PC
14  Union Trust Building
    501 Grant Street
15  Suite 200
    Pittsburgh, Pennsylvania 15219
16  Telephone No.: (412) 562-3921
    E-mail: matthew.pilsner@bipc.com
17
    ON BEHALF OF THE DEFENDANT, American Motorcyclist
18  Association:
    Caroline C. Spradlin, Esquire
19  Phelps Dunbar, LLP
    100 South Ashley Drive
20  Suite 2000
    Tampa, Florida 33602
21  Telephone No.: (813) 222-7672
    E-mail: caroline.spradlin@phelps.com
22
    Also Present: Alexia Khella, Feld Motor Sports, Inc.
23  Corporate Representative; Brian Moreau, Plaintiff

24

25
```



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

```
 1                      STIPULATION
 2
 3  The deposition of MARVIN MUSQUIN was taken at CLERMONT
 4  PROFESSIONAL OFFICES, 1230 OAKLEY SEAVER DRIVE, SUITE
 5  101, CLERMONT, FLORIDA 34711 on MONDAY the 10TH day of
 6  FEBRUARY 2025 at 2:37 p.m. (ET); said deposition was
 7  taken pursuant to the FEDERAL Rules of Civil Procedure.
 8  It is agreed that KAMERYN CHERRY, being a Notary Public
 9  and Court Reporter for the State of FLORIDA, may swear
10  the witness.
```


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

|   |   |
|---|---|
| 1 | PROCEEDINGS |
| 2 | THE REPORTER:  All right.  We're now on record. |
| 3 | MR. SCHWEIKERT:  Sorry. |
| 4 | THE REPORTER:  That's okay.  Make sure just to |
| 5 | mute your camera, okay -- or your computer. |
| 6 | MR. SCHWEIKERT:  Yes, I've done so. |
| 7 | THE REPORTER:  Okay, perfect.  All right.  Will |
| 8 | all parties please introduce themselves for the |
| 9 | record, except for the witness? |
| 10 | MS. NDUKA:  Bethany Nduka on behalf of The |
| 11 | Medic Rig of Dr. Bodnar, Dr. Kennedye, Amy Metiva, |
| 12 | and Scott Combs. |
| 13 | MR. PILSNER:  Matt Pilsner along with Lexi |
| 14 | Khella on behalf of Feld Motor Sports. |
| 15 | MS. SPRADLIN:  Caroline Spradlin, American |
| 16 | Motorcycle Association. |
| 17 | MR. SCHWEIKERT:  Good afternoon, Mark |
| 18 | Schweikert on behalf of Plaintiff, Brian Moreau, who |
| 19 | is also attending via Zoom. |
| 20 | THE REPORTER:  Thank you.  Marvin, will you |
| 21 | please state your full name for the record? |
| 22 | THE WITNESS:  Marvin Musquin. |
| 23 | THE REPORTER:  Thank you.  Will you please |
| 24 | raise your right hand for me.  Do you solemnly swear |
| 25 | or affirm that the testimony you're about to give |

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

```
 1        will be the truth, the whole truth, and nothing but
 2        the truth?
 3               THE WITNESS:  Yes.
 4               THE REPORTER:  Perfect.  You may begin.
 5               MS. NDUKA:  Thank you.
 6                       DIRECT EXAMINATION
 7            BY MS. NDUKA:
 8        Q.   Good afternoon.  Again, my name is Bethany
 9   Nduka.  I represent The Medic Rig, and the medical staff
10   associated with The Medic Rig in this case.  Have you
11   ever given a deposition before?
12        A.   No, it's my first time.
13        Q.   Okay.  So I'm going to go through some
14   guidelines, just to make this process a little bit
15   smooth and kind of walk you through how it's going to
16   go.  So I'm going to ask you some questions today.  Some
17   other attorneys here who are also going to ask you
18   questions.
19               As you can see, we've got a court reporter
20   that's taking on everything we're saying.  It just makes
21   it easier for her if everything that you say is verbal.
22   I know since we're in person, it makes things easy to
23   kind of nod or shrug, things like that.  But just for
24   her to be able to take it down, I ask that everything's
25   verbal.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**
407.423.9900   www.MILESTONEREPORTING.com   Toll Free 855-MYDEPOS

```
 1        A.   My wife.
 2        Q.   Anybody else that you may have had the
 3   conversation with, with regard to how he was removed
 4   from the track?
 5        A.   No.
 6             MS. NDUKA:  All right.  Well, those are all the
 7        questions that I have today.  I really appreciate
 8        your time.  Like I said, we've got some other
 9        attorneys here who are going to ask you some
10        questions --
11             THE WITNESS:  Okay.
12             MS. NDUKA:  -- so I'll hand it over to them.
13             THE WITNESS:  Okay.
14             MR. PILSNER:  Can we take five?
15             MS. NDUKA:  Yeah.
16               (A recess was taken.)
17             THE REPORTER:  We're back now on record.
18                     EXAMINATION
19             BY MS. SPRADLIN:
20        Q.   Hi, Mr. Musquin.
21        A.   Close.
22        Q.   Close enough?  Sorry for butchering that.  My
23   name is Caroline Spradlin.  I introduced myself earlier.
24   I'm here on behalf of AMA.  To start off, I am assuming
25   that you are familiar with the AMA; is that correct?
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**
407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1       A.   Yes.
 2       Q.   And in -- I understand you've had a very
 3  illustrious career racing Supercross in the United
 4  States as well as internationally.  You raced in
 5  Supercross in the United States with an AMA credential;
 6  is that correct?
 7       A.   Yes.
 8       Q.   And you are a member of the AMA; is that
 9  correct?
10       A.   With a license, yeah.
11       Q.   So I want to ask you a few questions.  First
12  of all, do you consider motorcycle racing to be a
13  dangerous activity?
14       A.   Yes.
15       Q.   Why?
16       A.   Because we go fast, we jump high.  Racing, you
17  have other riders around you, and you push yourself to
18  win.
19       Q.   Is there a risk of being injured any time you
20  can -- you participate in a motorcycle race?
21       A.   Yes.  But you can also get injured going down
22  the stairs in your house, so yeah.
23       Q.   And would you -- strike that.  Are riders who
24  participate in professional motorcycle racing, like
25  Supercross, aware of the risks and dangers of
```

 MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900       www.MILESTONEREPORTING.com       Toll Free 855-MYDEPOS

1 participating in motorcycle racing?
2     A.   Yes.
3     Q.   Do you believe that Ryan was -- that Brian was
4 aware of the risks and dangers of motorcycle racing?
5     A.   Yes.
6     Q.   Did you ever discuss the risks and dangers of
7 motorcycle racing with him?
8     A.   No, because as a racer we don't -- we don't
9 talk about that.  All we talk about is to perform and be
10 the best.
11    Q.   So with respect to a typical Supercross
12 competition, how often would you say in any given
13 session, a practice session, a qualifier, the races
14 themselves, how often would you say that riders fall
15 down during a given session?
16    A.   Each rider?
17    Q.   The overall.  The riders.  Generally, how
18 often would you say there was a fall during a particular
19 session?
20    A.   It could be one session with zero crash, and
21 it could be one session with one or two crashes.
22    Q.   So would it be, would you say, fairly typical
23 for a crash to happen in any given session?
24    A.   Yes.  Yeah, small crashes.  Yeah.
25    Q.   And with respect to obtaining the credential


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

```
 1                    CERTIFICATE OF OATH
 2
 3   STATE OF FLORIDA
 4   COUNTY OF ORANGE
 5
 6        I, the undersigned, certify that the witness in the
 7   foregoing transcript personally appeared before me and
 8   was duly sworn.
 9
10   Identification:  Produced Identification
11
12
13
14
15   _____
16       KAMERYN CHERRY
17       Court Reporter, Notary Public
18       State of Florida
19       Commission Expires: 07/08/2028
20       Commission Number:  HH 567870
21
22
23
24
25
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

```
                    C E R T I F I C A T E


STATE OF FLORIDA)

COUNTY OF ORANGE)



     I, KAMERYN CHERRY, Court Reporter and Notary Public
for the State of Florida at Large, do hereby certify
that I was authorized to and did report the foregoing
proceeding, and that said transcript is a true record of
the said proceeding.


     I FURTHER CERTIFY that I am not of counsel for,
related to, or employed by any of the parties or
attorneys involved herein, nor am I financially
interested in said action.


Submitted on: February 19, 2025.




                    _____
                    KAMERYN CHERRY
                    Court Reporter, Notary Public
```

MILESTONE REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS