# EXHIBIT 30

Redacted Pursuant to *Notice of Sealed Filing*

UNITED STATES DISCTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **BRIAN MOREAU,**<br>Plaintiff,<br><br>vs.<br><br>**FELD MOTOR SPORTS, INC.,** *et al.,*<br>Defendants. | **CASE NO. 8-22-CV-01925-TPB-CPT** |

**PLAINTIFF'S SECOND SUPPLEMENT TO HIS RESPONSE TO
DEFENDANT FELD MOTOR SPORTS, INC.'S FIRST SET OF INTERROGATORIES**

Plaintiff BRIAN MOREAU, by and through its undersigned counsel, and pursuant to Fed. R. P. 33, hereby supplements his response to Defendant FELD MOTOR SPORTS, INC.'s First Set of Interrogatories as follows:

**INTRODUCTORY STATEMENT**

Plaintiff provides these responses based upon the information reasonably available to him at this time. His investigation is ongoing. Accordingly, Plaintiff reserves the right to modify, amend, or supplement these responses as additional information becomes available through discovery and/or further investigation.

By serving these responses, Plaintiff does not concede the relevance, materiality, or admissibility of any of the information described or suggested herein. Nor does Plaintiff waive: (a) any claim for privilege or work-product protection, (b) any objections to the discoverability or admissibility of documents, (c) any other exemptions from disclosure or discovery, or (d) any claims of confidentiality or any rights or obligations pursuant to any protective orders concerning the production of documents. These responses are not to be interpreted as a waiver of Plaintiff's right to object to any information as irrelevant or inadmissible in this action or any other action.

https://www.motors-addict.com/en-us/article/motocross/brian-moreau-these-two-weeks-have-been-the-toughest-of-my-life/5e5ea28fb7dc973fed4806b4
MOREAU02736-2741

https://www.cyclenews.com/2020/02/article/road-2-recovery-opens-fundraising-campaign-to-support-french-supercross-rider-brian-moreau/
MOREAU02579-2581

https://tmxnews.co.uk/news/supercross/ama-supercross/brian-moreau-road2recovery-sets-up-donation-page-after-tampa-sx-crash
MOREAU02804-2805

https://milled.com/troyleedesigns.tld/update-brian-moreau-on-his-road-to-recovery-s_r7FHmIF1L2hQCn
MOREAU02727-2729

https://www.motoonline.com/2020/02/17/tld-red-bull-ktms-moreau-undergoes-surgery-on-tampa-injury/
MOREAU02733-2735

https://www.motoheadmag.com/moreau-seriously-hurt-in-sx-debut/
MOREAU02730-2732

https://www.leetchi.com/fr/c/brian-moreau
MOREAU02723-2774

https://dailymotocross.fr/brian-moreau-je-ne-sais-toujours-pas-pourquoi-cet-accident-sest-produit/
MOREAU02582-2586

https://www.instagram.com/reel/CYhK2HvM0Q_/
MOREAU02657-2658

7. Has Plaintiff received any workers' compensation, disability, and/or any other related types of payments from any sources from February 15, 2020 to present. If so, identify the source and amounts of all such payments.

**ANSWER:** Yes. After Plaintiff turned 20 years old in January 2022, he became eligible for monthly disability payments from the French government.

As shown on the attestation of payment dated June 20, 2024, Plaintiff's first disability payment was a lump sum of €8,493.38 in October 2022 that retroactively covered the period of February 1, 2022, through October 31, 2022. *See* MOREAU04378.

Between November 2022 and March 2023, Plaintiff received five monthly payments of €956.65 totaling €4,783.25. *See id.* at MOREAU04378-79.

Between April 2023 and March 2024, Plaintiff received twelve monthly payments of €971.37 totaling €11,656.44. *See id.* at MOREAU04379-80.

Between April 2024 and May 2024, Plaintiff received two monthly payments of €1,016.65 totaling €2,033.30. *See id.* at MOREAU04380.

In sum, the total amount of disability payments Plaintiff has received to date from the French government is **€26,966.37**.

Lastly, Plaintiff also received a lump sum payment of **€375,000** from WIENER STÄDTISCHE Versicherung AG, Vienna Insurance Group in or around April 2021, which was facilitated by KTM Racing GMBH. *See* 1/25/24 Depo. of Brian Moreau (Vol. II) at 325:14-21; *see also* MOREAU02556 (screenshot of transaction).

8. Identify the address of each and every location where Plaintiff has resided beginning January 1, 2017 through present; and every person that Plaintiff has resided with at each location.

> **ANSWER:** Plaintiff supplements his answer to this interrogatory as follows. Since January 2017, Plaintiff's primary residence has been ███████████████████████ ██████. Plaintiff's parents Lydia Strubhart and Fabrice Moreau (when he was not imprisoned) and his siblings Ivana, ███████████████████████████████████████, as well as Marine's boyfriend, Nino Dufour, have resided with him during that time.
>
> Between 2018 and 2019, Plaintiff also periodically resided in Southern France while training with the Kawasaki Bud Racing Team. He does not recall the exact address where he resided during those times, but he believes it was across the street from the Team's workshop, located at ███████████████████████████████████████████████ ███████████████. During that time, Plaintiff resided with Lilian Pascual (truck driver) and Brian Hsu (teammate).
>
> From October 7, 2019, through January 2020, Plaintiff resided at ███████████████ ███████████████████. During that time, Plaintiff resided with Mathilde Musquin, Marvin Musquin, Edgar Perrin (driver) and Mike Brown (trainer).
>
> Between February 2020 and June 13, 2024, Plaintiff resided with family at ███████ ███████████████████████████.
>
> As of June 14, 2024, Plaintiff has been residing at Lieu Dit Les Champs Boisguillon, which is the new home that was built to accommodate his disability. *See* 1/24/24 Depo. Brian Moreau (Vol. I) at p. 24:18-20 (testifying that a new home was under construction). His sister (Ivana Strubhart), his grandfather (Jean-Marc Strubhart), and/or his mom (Lydia Strubhart) visit him daily to assist with living activities, but no one has been staying overnight or residing with him.

World Championship. He believes the other riders' teams were KTM, Husqvarna, Honda, and Yamaha.

On or about August 4, 2019, he competed in the MX2 class of the MXGP of Belgium, which was in Lommel, and which he believes was part of the 2019 FIM Motocross World Championship. He believes the other riders' teams were KTM, Husqvarna, Honda, and Yamaha.

On or about August 18, 2019, he competed in the MX2 class of the MXGP of Italy, which was in Bologna, and which he believes was part of the 2019 FIM Motocross World Championship. He believes the other riders' teams were KTM, Husqvarna, Honda, and Yamaha.

On or about August 25, 2019, he competed in the MX2 class of the MXGP of Sweden, which was in Uddevalla, and which he believes was part of the 2019 FIM Motocross World Championship. He believes the other riders' teams were KTM, Husqvarna, Honda, and Yamaha.

On or about September 8, 2019, he competed in the MX2 class of the MXGP of Turkey, which was in Afyonkarahisar, and which he believes was part of the 2019 FIM Motocross World Championship. He believes the other riders' teams were KTM, Husqvarna, Honda, and Yamaha.

On or about September 15, 2019, he competed in the MX2 class of the MXGP of China, which was in Shanghai, and which he believes was part of the 2019 FIM Motocross World Championship. He believes the other riders' teams were KTM, Husqvarna, Honda, and Yamaha.

Respectfully submitted,

By: /s/ Mark A. Schweikert
Mark A. Schweikert (FBN 70555)
mark@schweikertlaw.com
**SCHWEIKERT LAW PLLC**
1111 Brickell Avenue, Suite 1550
Miami, Florida 33131
Office: (305) 999-1906
Mobile: (305) 926-9452
*Lead Counsel for Plaintiff*

and

Maria A. Dominguez, Esq. (FBN 0510221)
m.dominguez@dmrpr.com
Juan C. Ramos-Rosado, Esq. (FBN 1002562)
j.ramos@dmrpr.com
Javier F. Micheo Marcial, Esq. (FBN 1009694)

        j.micheo@dmrpr.com
        **DMR Law LLC**
        1430 South Dixie Hwy., Suite 314
        Coral Gables, FL 33146
        Telephone: 305-548-8666

        *and*

        Jason B. Giller, Esq. (FBN 77441)
        jason@gillerpa.com
        **JASON B. GILLER, P.A.**
        1111 Brickell Avenue, Suite 1550
        Miami, Florida 33131
        Telephone: (305) 999-1906

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2024, I served via email the foregoing document on counsel for all parties.

        By: */s/ Mark A. Schweikert*
        Mark A. Schweikert (FBN 70555)

**DECLARATION UNDER 28 U.S.C. § 1746(1)**

I, BRIAN MOREAU, declare under penalty of perjury under the laws of the United States of America that the foregoing interrogatory answers are true and correct to the best of my knowledge, information, and belief, as well as the documents referenced therein, which I do not necessarily have personal knowledge of.

Executed on June 23, 2024.

_____
BRIAN MOREAU