# EXHIBIT C



# Transcript of Tyler Keefe

**Date:** March 10, 2025
**Case:** Moreau -v- Feld Motor Sports, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767 | **Email:** transcripts@planetdepos.com
www.planetdepos.com
Michigan #8598 | Nevada #089F | New Mexico #566

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

| | | |
|---|---|---|
| 1 | Amy Metiva and Scott Combs: | 11:09:41 |
| 2 |      MR. SCHWEIKERT: Good morning. Mark | 11:09:44 |
| 3 | Schweikert on behalf of plaintiff, Brian Moreau. | 11:09:45 |
| 4 |      VIDEO OPERATOR: The court reporter today | 11:09:50 |
| 5 | is Pam Beck representing Planet Depos. The witness | 11:09:51 |
| 6 | will now be sworn. | 11:09:56 |
| 7 |      TYLER KEEFE, | 11:09:57 |
| 8 | Having been first duly sworn/affirmed, was examined | 11:09:57 |
| 9 | and testified under oath as follows: | 11:09:57 |
| 10 |      EXAMINATION | 11:09:57 |
| 11 | BY MS. JANKOWSKI: | 11:09:57 |
| 12 |   Q  Good morning, Mr. Keefe. | 11:09:57 |
| 13 |   A  Good morning. | 11:10:19 |
| 14 |   Q  Have you been deposed before? | 11:10:20 |
| 15 |   A  Nope. | 11:10:21 |
| 16 |   Q  And you're appearing today pursuant to a | 11:10:26 |
| 17 | subpoena that we issued to you, correct? | 11:10:29 |
| 18 |   A  Correct. | 11:10:32 |
| 19 |   Q  Is that Exhibit 93 that we've placed in | 11:10:36 |
| 20 | the chat? | 11:10:39 |
| 21 |   A  Yes. | 11:10:40 |
| 22 |   Q  So I'm going to go over some instructions | 11:10:43 |
| 23 | to help make today a little bit easier. So you | 11:10:46 |
| 24 | understand that this is a deposition that's being | 11:10:51 |
| 25 | taken in connection with the lawsuit that Brian | 11:10:55 |

Transcript of Tyler Keefe
Conducted on March 10, 2025                                    43

| | | |
|---|---|---|
| 1 | something. | 12:10:01 |
| 2 |     Q   Okay.  And how does -- in terms of what | 12:10:02 |
| 3 | you've articulated, how in any way does that relate | 12:10:06 |
| 4 | to Gerard Vallat? | 12:10:10 |
| 5 |     A   I believe Gerard was maybe representing | 12:10:12 |
| 6 | the team he rode for, the Honda team. | 12:10:14 |
| 7 |         MS. JANKOWSKI:  Why don't we take a | 12:11:00 |
| 8 | five-minute break.  Does that work, Mr. Keefe? | 12:11:01 |
| 9 |         THE WITNESS:  Sure. | 12:11:05 |
| 10 |         VIDEO OPERATOR:  We're going off the | 12:11:06 |
| 11 | record at 12:11. | 12:11:07 |
| 12 |         (There was a recess in the proceedings | 12:11:09 |
| 13 | from 12:11 p.m. to 12:24 p.m.) | 12:11:09 |
| 14 |         VIDEO OPERATOR:  We are back on the | 12:24:25 |
| 15 | record at 12:24 Eastern Time. | 12:24:26 |
| 16 | BY MS. JANKOWSKI: | 12:24:29 |
| 17 |     Q   Mr. Keefe, when we take breaks, you | 12:24:37 |
| 18 | understand that when you come back, you're still | 12:24:39 |
| 19 | under oath, correct? | 12:24:42 |
| 20 |     A   Yes. | 12:24:43 |
| 21 |         MS. JANKOWSKI:  I am going to mark now as | 12:24:46 |
| 22 | Exhibit 96 a document produced by Troy Lee Designs | 12:24:47 |
| 23 | at 1 through 24.  It is the Racing Agreement, it is | 12:24:55 |
| 24 | Tab 7. | 12:25:01 |
| 25 |         (Exhibit 96 was marked for | 12:25:27 |

Transcript of Tyler Keefe
Conducted on March 10, 2025                            44

| | | |
|---|---|---|
| 1 | identification.) | 12:25:27 |
| 2 | Q    Are you familiar with this Racing | 12:25:32 |
| 3 | Agreement? | 12:25:34 |
| 4 | A    Yes. | 12:25:35 |
| 5 | Q    This is the Racing Agreement between Troy | 12:25:40 |
| 6 | Lee Designs, Red Bull, KTM Racing Team and Brian | 12:25:42 |
| 7 | Moreau, correct? | 12:25:46 |
| 8 | A    Yes. | 12:25:47 |
| 9 | Q    And you signed this document on page 19 | 12:25:51 |
| 10 | as the manager for Troy Lee Designs, correct? | 12:25:56 |
| 11 | A    Yes. | 12:26:01 |
| 12 | Q    And the team owner, Troy Lee, signed it | 12:26:03 |
| 13 | also on behalf of Troy Lee Designs, correct? | 12:26:10 |
| 14 | A    Yes. | 12:26:13 |
| 15 | Q    And Brian Moreau signed it as well? | 12:26:13 |
| 16 | A    Yes. | 12:26:18 |
| 17 | Q    Where did he sign that agreement? | 12:26:18 |
| 18 | A    Like where was he at? | 12:26:32 |
| 19 | Q    Yes, if you know. | 12:26:34 |
| 20 | A    I believe he was in France. | 12:26:35 |
| 21 | Q    Okay.  It has his legal guardian as Lydia | 12:26:36 |
| 22 | Strubhart.  Do you see that? | 12:26:39 |
| 23 | A    Uh-huh.  Yes. | 12:26:41 |
| 24 | Q    And that's his mother? | 12:26:42 |
| 25 | A    Yes. | 12:26:42 |

Transcript of Tyler Keefe
Conducted on March 10, 2025  62

| | | |
|---|---|---|
| 1 | June is because we were at the motocross race in | 12:53:10 |
| 2 | Florida, and I think he was flying out.  And we were | 12:53:12 |
| 3 | in Florida, and I knew that was in June.  So there | 12:53:14 |
| 4 | are things that I can remember and there's going to | 12:53:18 |
| 5 | be things that I can't remember. | 12:53:21 |
| 6 |     Q    Sure.  And look, I'm not necessarily | 12:53:22 |
| 7 | interested in whether or not you took him out to | 12:53:27 |
| 8 | dinner when he came to the United States.  I'm more | 12:53:27 |
| 9 | interested in the company and any assistance that | 12:53:29 |
| 10 | was provided. | 12:53:32 |
| 11 |     A    Yep. | 12:53:33 |
| 12 |     Q    Okay. | 12:53:34 |
| 13 |     MS. JANKOWSKI:  I want to mark now as | 12:53:37 |
| 14 | Exhibit 97, Tab 8. | 12:53:49 |
| 15 |     (Exhibit 97 was marked for | 12:54:08 |
| 16 | identification.) | 12:54:08 |
| 17 |     Q    Do you have that in front of you? | 12:54:09 |
| 18 |     A    Not yet. | 12:54:12 |
| 19 |     Q    No, it's not up.  Sorry, I thought I saw | 12:54:13 |
| 20 | it. | 12:54:16 |
| 21 |     A    There it is. | 12:54:17 |
| 22 |     Q    There it is.  So I am marking Tab 97, | 12:54:18 |
| 23 | photographs produced by the plaintiff. | 12:54:30 |
| 24 |     A    Yes. | 12:54:33 |
| 25 |     Q    Are you familiar with what I am showing | 12:54:33 |

Transcript of Tyler Keefe
Conducted on March 10, 2025                                63

| | | |
|---|---|---|
| 1 | you in Tab 97? | 12:54:35 |
| 2 | A    Yes. | 12:54:37 |
| 3 | Q    What is it? | 12:54:39 |
| 4 | A    It's his racing credential. | 12:54:40 |
| 5 | Q    Okay.  And when you say it's his, it's | 12:54:42 |
| 6 | Brian Moreau's racing credential for Supercross | 12:54:48 |
| 7 | 2020, correct? | 12:54:51 |
| 8 | A    Yes. | 12:54:58 |
| 9 | Q    And this is a credential that was issued | 12:54:59 |
| 10 | by whom? | 12:55:01 |
| 11 | A    Troy Lee Designs. | 12:55:12 |
| 12 | Q    Why do you say that this is a credential | 12:55:13 |
| 13 | issued by Troy Lee Designs? | 12:55:14 |
| 14 | A    Just because when it comes to this, this | 12:55:20 |
| 15 | is something that Troy has always -- out of kindness | 12:55:22 |
| 16 | we pay for it out of the race team budget. | 12:55:22 |
| 17 | Q    I see. | 12:55:27 |
| 18 | A    Some teams do, some teams don't. | 12:55:28 |
| 19 | Q    Okay.  So explain to me how Troy Lee | 12:55:30 |
| 20 | Designs pays for a rider's credential to compete in | 12:55:32 |
| 21 | a Supercross series. | 12:55:39 |
| 22 | A    How they pay for it? | 12:55:44 |
| 23 | Q    Yeah.  Explain to me why they pay for it. | 12:55:45 |
| 24 | A    When we do the team packages that Feld | 12:55:49 |
| 25 | charges the teams, each person has to have their own | 12:55:55 |

Transcript of Tyler Keefe
Conducted on March 10, 2025                    64

| | | |
|---|---|---|
| 1 | credential.  We basically go on and submit | 12:55:58 |
| 2 | everything and pay for it. | 12:56:02 |
| 3 | Q    And you're saying that in order for a | 12:56:09 |
| 4 | rider to have a credential, Troy Lee Designs | 12:56:11 |
| 5 | facilitates that by submitting paperwork, is that | 12:56:16 |
| 6 | right? | 12:56:19 |
| 7 | A    There's an online application when the | 12:56:19 |
| 8 | rider goes to -- when each person goes and picks up | 12:56:22 |
| 9 | the credentials, usually it's at the first race of | 12:56:26 |
| 10 | the Supercross season or when they go and pick it up | 12:56:30 |
| 11 | from the AMA will call or Feld trailer, everyone has | 12:56:33 |
| 12 | to sign a release for approval to get the license. | 12:56:38 |
| 13 | Q    And when you say everyone, if we limit | 12:56:43 |
| 14 | this to riders, are you saying that riders need to | 12:56:46 |
| 15 | execute a release before they get a credential? | 12:56:49 |
| 16 | MR. SCHWEIKERT:  Form. | 12:56:52 |
| 17 | A    Yes. | 12:56:55 |
| 18 | Q    With whom are they executing releases | 12:56:56 |
| 19 | before they get a credential? | 12:56:59 |
| 20 | A    It's at the will call trailer, and | 12:57:05 |
| 21 | there's, I don't know, two or three forms that they | 12:57:08 |
| 22 | have to sign. | 12:57:10 |
| 23 | Q    All right. | 12:57:10 |
| 24 | A    Feld or AMA or who, but it's -- | 12:57:10 |
| 25 | Q    Okay.  If we look at what's Exhibit 97, | 12:57:17 |

Transcript of Tyler Keefe
Conducted on March 10, 2025                                65

| | | |
|---|---|---|
| 1 | who actually issues this, what I'll call, plastic | 12:57:31 |
| 2 | credential?  Who is issuing this, if you know? | 12:57:35 |
| 3 |     A    Feld. | 12:57:38 |
| 4 |     Q    Okay.  And if we turn to the second page | 12:57:39 |
| 5 | of this document. | 12:57:46 |
| 6 |     A    Uh-huh. | 12:57:47 |
| 7 |     Q    Do you see that? | 12:57:47 |
| 8 |     A    Yes. | 12:57:48 |
| 9 |     Q    Is this the backside of the credential | 12:57:52 |
| 10 | that Brian Moreau had? | 12:57:54 |
| 11 |     A    Yes. | 12:57:57 |
| 12 |     Q    Underneath his name, there's a number, | 12:57:57 |
| 13 | 3726578.  What's that? | 12:58:00 |
| 14 |     A    I am not sure. | 12:58:07 |
| 15 |     Q    He was issued a 250 Supercross License, | 12:58:08 |
| 16 | is that right? | 12:58:11 |
| 17 |     A    Yes. | 12:58:13 |
| 18 |     Q    And what did that allow him to do? | 12:58:14 |
| 19 |     A    Race Supercross. | 12:58:17 |
| 20 |     Q    And do you see on the back of this, it | 12:58:21 |
| 21 | says Feld Entertainment? | 12:58:23 |
| 22 |     A    Yes. | 12:58:25 |
| 23 |     Q    Do you see that? | 12:58:26 |
| 24 |     A    Yes. | 12:58:27 |
| 25 |     Q    At the back of this, it says:  Motor | 12:58:29 |

Transcript of Tyler Keefe
Conducted on March 10, 2025                                67

| | | |
|---|---|---|
| 1 | THE WITNESS:  Can I go to the restroom | 13:00:02 |
| 2 | real quick? | 13:00:04 |
| 3 | MS. JANKOWSKI:  100 percent, yeah.  Let's | 13:00:06 |
| 4 | take a five-minute break. | 13:00:07 |
| 5 | THE WITNESS:  I don't need five minutes. | 13:00:10 |
| 6 | It will be quick. | 13:00:11 |
| 7 | MS. JANKOWSKI:  Okay.  We'll go off the | 13:00:11 |
| 8 | record. | 13:00:13 |
| 9 | VIDEO OPERATOR:  We're going off the | 13:00:14 |
| 10 | record at 13:00. | 13:00:15 |
| 11 | (There was a recess in the proceedings | 13:00:17 |
| 12 | from 1:00 p.m. to 1:05 p.m.) | 13:00:17 |
| 13 | VIDEO OPERATOR:  We are back on the | 13:05:04 |
| 14 | record at 13:05. | 13:05:13 |
| 15 | (Exhibit 4, previously marked, is | 13:05:13 |
| 16 | attached to transcript.) | 13:05:13 |
| 17 | BY MS. JANKOWSKI: | 13:05:13 |
| 18 | Q    I want to show you a document that has | 13:05:19 |
| 19 | been marked before in this case, Deposition Exhibit | 13:05:22 |
| 20 | 4 in the Brian Moreau's deposition.  I'll ask you to | 13:05:37 |
| 21 | take a look at this document. | 13:05:40 |
| 22 | A    Yes. | 13:05:49 |
| 23 | Q    You are familiar with Exhibit 4, which is | 13:05:53 |
| 24 | Minor Release and Waiver of Liability and Indemnity | 13:05:55 |
| 25 | Agreement with the AMA, correct? | 13:05:55 |

Transcript of Tyler Keefe
Conducted on March 10, 2025                                68

| | | |
|---|---|---|
| 1 | A     Yes. | 13:06:01 |
| 2 | Q     How are you familiar with this document? | 13:06:04 |
| 3 | A     It's a minor release. | 13:06:08 |
| 4 | Q     As a team manager, explain to me the | 13:06:15 |
| 5 | circumstances under which a minor rider would sign | 13:06:17 |
| 6 | this with the AMA. | 13:06:23 |
| 7 | A     Yes. | 13:06:26 |
| 8 | Q     Under what circumstances does a minor | 13:06:29 |
| 9 | sign this with the AMA?  Why is this being signed? | 13:06:34 |
| 10 | A     A release liability? | 13:06:38 |
| 11 | Q     Yes. | 13:06:39 |
| 12 | A     Yes. | 13:06:40 |
| 13 | Q     Okay.  What I'm trying to understand is, | 13:06:42 |
| 14 | riders, if they're not of the age of majority need | 13:06:45 |
| 15 | to sign this with the AMA before they participate, | 13:06:49 |
| 16 | correct? | 13:06:52 |
| 17 | A     Correct. | 13:06:53 |
| 18 | Q     And they have to sign this before they're | 13:06:54 |
| 19 | given credentials to race, correct? | 13:06:57 |
| 20 | A     Correct. | 13:07:00 |
| 21 | Q     All right.  So if we look at this release | 13:07:00 |
| 22 | with the AMA, is this part of one of the documents | 13:07:07 |
| 23 | that needs to be signed in advance of actually | 13:07:11 |
| 24 | getting the credential by a rider? | 13:07:14 |
| 25 |        MR. SCHWEIKERT:  Form. | 13:07:18 |

Transcript of Tyler Keefe
Conducted on March 10, 2025                                          69

| | | |
|---|---|---|
| 1 | A     I believe so.  I believe we had to do | 13:07:24 |
| 2 | this, because when we issued for the credential, he | 13:07:28 |
| 3 | was a minor.  Before he raced Supercross, he was an | 13:07:32 |
| 4 | adult. | 13:07:35 |
| 5 | Q     All right.  So if we look at this | 13:07:36 |
| 6 | agreement itself, we see Brian Moreau, his date of | 13:07:38 |
| 7 | birth, signature and guardian circled with a date of | 13:07:44 |
| 8 | 11-20-2019. | 13:07:51 |
| 9 | Do you see that? | 13:07:53 |
| 10 | A     Yes. | 13:07:54 |
| 11 | Q     Is that your signature? | 13:07:55 |
| 12 | A     Yes. | 13:07:57 |
| 13 | Q     It says printed name of parent or | 13:08:01 |
| 14 | guardian, and your name is there, correct? | 13:08:03 |
| 15 | A     Yes. | 13:08:05 |
| 16 | Q     And then underneath it, you signed it | 13:08:06 |
| 17 | again, correct? | 13:08:09 |
| 18 | A     Yes. | 13:08:10 |
| 19 | Q     What is the reason that you signed this | 13:08:11 |
| 20 | on behalf of Brian Moreau on November 20th of 2019? | 13:08:13 |
| 21 | A     Because we had to send the packet in to | 13:08:20 |
| 22 | get done per the AMA before Supercross.  Like I | 13:08:29 |
| 23 | said, the whole packet had to go out.  So I signed | 13:08:32 |
| 24 | this, his legal guardian, as when he was here in the | 13:08:34 |
| 25 | United States under age riding. | 13:08:36 |

Transcript of Tyler Keefe
Conducted on March 10, 2025                           70

| | | |
|---|---|---|
| 1 | Q Okay. In 2019, were you, in fact, his | 13:08:39 |
| 2 | legal guardian? | 13:08:43 |
| 3 | A I believe I had a letter from his mother | 13:08:45 |
| 4 | back then, but I don't know where it's at. | 13:08:48 |
| 5 | Q Okay. So you signed this because his | 13:08:56 |
| 6 | mother authorized you to do it? | 13:08:58 |
| 7 | A If I recall correctly, yes. | 13:09:00 |
| 8 | Q Fair to say you wouldn't have signed this | 13:09:04 |
| 9 | if you didn't have authority to do it? | 13:09:06 |
| 10 | MR. SCHWEIKERT: Form. | 13:09:09 |
| 11 | A I can't answer that. I don't know if I | 13:09:15 |
| 12 | would have or would not have. | 13:09:18 |
| 13 | Q So is it your testimony that you don't | 13:09:21 |
| 14 | know one way or the other whether or not you had | 13:09:23 |
| 15 | legal authority to sign this? | 13:09:28 |
| 16 | MR. SCHWEIKERT: Form. | 13:09:35 |
| 17 | A I had one phone call with the father, and | 13:09:37 |
| 18 | he said, if I'm sending him over there, I want you | 13:09:39 |
| 19 | to take care and watch out over my son. | 13:09:42 |
| 20 | Q All right. Did you have any | 13:09:49 |
| 21 | conversations with his mother like that? | 13:09:50 |
| 22 | A I don't think she spoke any English, no. | 13:10:01 |
| 23 | Q Okay. His father spoke some English? | 13:10:04 |
| 24 | A Very minimal, yes. | 13:10:07 |
| 25 | Q Did you interpret that phone call as the | 13:10:08 |

Transcript of Tyler Keefe
Conducted on March 10, 2025                                71

| | | |
|---|---|---|
| 1 | ability to sign paperwork on behalf of Brian Moreau | 13:10:12 |
| 2 | as his guardian? | 13:10:16 |
| 3 |     MR. SCHWEIKERT:  Form. | 13:10:18 |
| 4 | A   I felt on the behalf of him coming over | 13:10:24 |
| 5 | here as a minor for our race team, that we needed to | 13:10:27 |
| 6 | do what it took to help him go racing. | 13:10:31 |
| 7 | Q   Did you tell Brian you were executing | 13:10:43 |
| 8 | this form on his behalf? | 13:10:45 |
| 9 | A   I believe I did, yes. | 13:10:46 |
| 10 | Q   At any point after this time frame, did | 13:10:55 |
| 11 | Brian Moreau tell you that he did not want to be | 13:10:57 |
| 12 | bound by this agreement? | 13:11:04 |
| 13 | A   No. | 13:11:16 |
| 14 | Q   At the bottom of this agreement, there is | 13:11:17 |
| 15 | a notary witness.  Do you see that? | 13:11:18 |
| 16 | A   Uh-huh. | 13:11:22 |
| 17 | Q   Is that a yes? | 13:11:23 |
| 18 | A   Yes. | 13:11:24 |
| 19 | Q   Do you know Jacque Marostica? | 13:11:30 |
| 20 | A   Uh-huh. | 13:11:33 |
| 21 | Q   Who is she? | 13:11:34 |
| 22 | A   She was Troy Lee's personal assistant at | 13:11:35 |
| 23 | the time. | 13:11:40 |
| 24 | Q   And she's the one that notarized this | 13:11:41 |
| 25 | form, correct? | 13:11:45 |

Transcript of Tyler Keefe
Conducted on March 10, 2025

72

```
1      A    Yes.                                               13:11:46
2      Q    And she's familiar with your signature,            13:11:47
3   correct?                                                   13:11:48
4           MR. SCHWEIKERT:  Form.                             13:11:57
5      A    Yes.                                               13:11:57
6      Q    Did you say yes?                                   13:11:58
7      A    Yes.                                               13:11:59
8      Q    If we turn to the second page of this              13:12:14
9   document, it also continues, Minor's Assumption of         13:12:16
10  Risk Acknowledgment.                                       13:12:26
11          Do you see that?                                   13:12:28
12     A    Yes.                                               13:12:28
13     Q    Again, it looks like Brian Moreau signed           13:12:35
14  this on November 22nd, 2019.                               13:12:38
15          Do you see that?                                   13:12:42
16     A    Yes.                                               13:12:43
17     Q    He did that in your presence?                      13:12:48
18     A    Yes.                                               13:12:51
19     Q    Is the address that's listed the address           13:12:51
20  of the Musquins where he was living at the time?           13:12:55
21     A    No.                                                13:12:58
22     Q    What is that address?                              13:13:10
23     A    That's the Troy Lee Designs' address.              13:13:11
24     Q    And you also signed this as his guardian,          13:13:13
25  correct?                                                   13:13:16
```

Transcript of Tyler Keefe
Conducted on March 10, 2025                    73

| | | |
|---|---|---|
| 1 | A   Yes. | 13:13:16 |
| 2 | Q   And you see at the bottom that there is | 13:13:17 |
| 3 | the AMA number.  Do you see that? | 13:13:18 |
| 4 | A   Yes. | 13:13:20 |
| 5 | Q   Every rider is issued a number by the | 13:13:21 |
| 6 | AMA, correct? | 13:13:24 |
| 7 | A   Yes. | 13:13:26 |
| 8 | Q   And that was the number that appeared on | 13:13:26 |
| 9 | the credential that we looked at earlier, correct? | 13:13:28 |
| 10 | A   Yes. | 13:13:34 |
| 11 | Q   If we look at what Mr. Moreau is signing | 13:13:42 |
| 12 | on November 22nd, 2019, there are three provisions | 13:13:48 |
| 13 | to it. | 13:13:55 |
| 14 | Do you see that? | 13:13:56 |
| 15 | A   Yes. | 13:13:57 |
| 16 | Q   The first one says:  My parents and I | 13:13:58 |
| 17 | believe I'm qualified to participate in the | 13:14:01 |
| 18 | EVENT(s).  I will inspect the premises and | 13:14:03 |
| 19 | equipment, and if, at any time, I feel anything to | 13:14:06 |
| 20 | be unsafe, I will immediately leave and refuse to | 13:14:09 |
| 21 | participate further in the EVENT(s). | 13:14:13 |
| 22 | Do you see that? | 13:14:15 |
| 23 | A   Yes. | 13:14:16 |
| 24 | Q   As the guardian for Mr. Moreau, you | 13:14:16 |
| 25 | believed he was qualified to participate in the 2020 | 13:14:20 |