UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**BRIAN MOREAU,**

    **Plaintiff,**

vs.                                                              Case No. 8:22-cv-01295

**FELD MOTOR SPORTS, INC., et al.,**

    **Defendants.**
_____/

### FELD MOTOR SPORTS, INC.'S SECOND SET OF REQUESTS FOR ADMISSION DIRECTED TO PLAINTIFF BRIAN MOREAU

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, Defendant Feld Motor Sports, Inc. ("FMS"), through its undersigned counsel, hereby propounds its Second Set of Requests for Admission ("Requests") Directed to Plaintiff Brian Moreau ("Plaintiff"). Plaintiff must respond to these Requests, subject to the within Definitions and Instructions, no later than 30 days from the date of service. Plaintiff may comply by transmitting the responses to the Requests to undersigned counsel for FMS.

### DEFINITIONS

1.     "**Plaintiff**," "**You**," or "**Your**" means Plaintiff Brian Moreau, as well as any person or entity acting or purporting to act at his request, on his behalf, or

under his direction or control, including, without limitation, all of his affiliated entities, predecessors, successors, assigns, officers, directors, employees, representatives and agents.

2. "**FMS**" or "**Feld Motor Sports**" means Defendant Feld Motor Sports, Inc., as well as any person or entity acting or purporting to act at its request, on its behalf, or under its direction or control, including, without limitation, all of its affiliated entities, predecessors, successors, assigns, officers, directors, employees, representatives and agents.  means Defendant Feld Motor Sports, Inc.

3. "**TAC**" means Plaintiff's Third Amended Complaint and Demand for Jury Trial that he filed on March 19, 2024 at ECF No. 180.

## INSTRUCTIONS

1. Whenever necessary to bring within the scope of these Requests information that might otherwise be construed to be outside its scope:

   a. "and" and "or" shall be construed either disjunctively or conjunctively;

   b. "all," "any," and "each" shall each be construed as encompassing any and all;

   c. "refer," "relate," "reflect," "regard," and "concerning" (or any forms thereof) mean directly or indirectly, in whole or in part, referring to, relating to, connected with, commenting on, relevant to, impinging or impacting upon, affecting, responding to, showing, describing, representing, supporting, contradicting, stating, mentioning, showing, evaluating, recording, noting, analyzing, reflecting, or constituting;

2

        d.    "including" means "including but not limited to" and/or "including without limitation;"

        e.    the use of the singular form of any word shall include the plural and vice versa;

        f.    the use of a verb in any tense shall be construed as the use of that verb in all other tenses; and

        g.    the use of the feminine, masculine, or neuter genders shall include all genders.

2.    Unless otherwise specified, no paragraph herein shall be construed with reference to any other paragraph for the purpose of limitation.

3.    These Requests seek responses regardless of whether You believe the information sought may be in FMS's possession.

4.    If You admit only part of a Request, You must specify which part is admitted and qualify or deny the remainder.  If You deny only part of a Request, You must specify which part is denied and qualify or admit the remainder.  If You assert lack of knowledge or information as a reason for failing to admit or deny a Request, You must state truthfully that You have made reasonable inquiry and the information You know or can readily obtain is insufficient to enable You to admit or deny the request.

5.    If in responding to any of these Requests You encounter any ambiguity in construing either the request or a definition or instruction relevant to it, You shall

set forth the matter deemed ambiguous and the construction used in responding to the request

6. These Requests are continuing in nature. In accordance with Federal Rule of Civil Procedure 26(e), You are required to supplement Your responses if You obtain further or different information, and FMS reserves the right to seek supplemental responses.

7. These Requests should be interpreted and answered individually, without reference to other Requests, except where otherwise indicated.

8. These Requests shall not be construed as a waiver by FMS of any argument, defense, or objection, nor shall any such Request be construed as an admission by FMS.

## REQUESTS FOR ADMISSION

1. Admit that You signed FMS's "2019-2020 Adult FMS All-Event Release, Waiver and Indemnity Agreement" that the AMA produced at AMA_001591-92.

2. Admit that You signed FMS's "2019-2020 Adult FMS All-Event Release, Waiver and Indemnity Agreement" that the AMA produced at AMA_001591-92 before a Notary Witness on January 2, 2020.

Dated: November 12, 2024

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

/s/*Gretchen Jankowski*
Gretchen Jankowski (admitted pro hac vice
Matthew Pilsner (admitted pro hac vice)
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Tel.: (412) 562-1417
Email: gretchen.jankowski@bipc.com
Email: matthew.pilsner@bipc.com

Richard G. Salazar
Florida Bar No: 899615
401 East Jackson St., Suite 2400
Tampa, FL 33602
Tel: (813) 222-8180
Email: richard.salazar@bipc.com

David Gordon
(admitted pro hac vice)
700 Alexander Park Suite 300
Princeton, NJ 08540-6340
Tel: (609) 987-5767
Email: david.gordon@bipc.com

*Counsel for Defendant Feld Motor Sports, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 12, 2024, I served a copy of the foregoing on the following counsel of record:

| | |
|---|---|
| Mark Adam Schweikert, Esq.<br>SCHWEIKERT LAW PLLC<br>1111 Brickell Avenue, Suite 1550<br>Miami, FL 33131<br>mark@scheikertlaw.com | Lead Attorney for Plaintiff |
| Jason B. Giller, Esq.<br>JASON B. GILLER, P.A.<br>1111 Brickell Avenue, Suite 1550<br>Miami, FL 33131<br>jason@gillerpa.com | Attorney for Plaintiff |
| Javier F. Micheo-Marcial, Esq.<br>Juan C. Ramos-Rosado, Esq.<br>Maria A. Dominguez, Esq.<br>DMR Law LLC<br>1430 South Dixie Hwy., Suite 314<br>Coral Gables, FL 33146<br>j.micheo@dmrpr.com<br>j.ramos@dmrpr.com<br>m.dominguez@dmrpr.com | Attorney for Plaintiff |
| David O. Doyle, Jr., Esq.<br>Bethany W. Nduka, Esq.<br>Toni P. Turocy, Esq.<br>Pearson Doyle Mohre & Pastis, LLP<br>901 North Lake Destiny Road, Suite 305<br>Maitland, FL 32751<br>ddoyle@pdmplaw.com<br>bnduka@pdmplaw.com<br>tturocy@pdmplaw.com<br>jpreston@pdmplaw.com | Attorney for Defendants John A. Bodnar, M.D., James Kennedye, M.D., The Medic Rig, LLC, Amy Metiva, and Scott Combs |

[*Continued On Next Page*]

| | |
|---|---|
| Michael S. Hooker, Esq.<br>Caroline Catchpole Spradlin, Esq.<br>Phelps Dunbar LLP<br>100 South Ashley Drive, Suite 2000<br>Tampa, FL 33602-5315<br>michael.hooker@phelps.com<br>caroline.spradlin@phelps.com<br>nicole.marsade@phelps.com,<br>samantha.powell@phelps.com<br>fransheska.reyes@phelps.com | Attorneys for Defendant American Motorcycle Association d/b/a American Motorcyclist Association |

/s/*Matthew C. Pilsner*
Gretchen L. Jankowski (admitted pro hac vice)
Matthew C. Pilsner (admitted pro hac vice)
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Tel.: (412) 562-1417/3921
Email: gretchen.jankowski@bipc.com
Email: matthew.pilsner@bipc.com

Richard G. Salazar
Florida Bar No: 899615
401 East Jackson St., Suite 2400
Tampa, FL 33602
Tel: (813) 222-8180
Email: richard.salazar@bipc.com

David Gordon (admitted pro hac vice)
700 Alexander Park Suite 300
Princeton, NJ 08540-6340
Tel: (609) 987-6854
Email: david.gordon@bipc.com

*Counsel for Defendant Feld Motor Sports, Inc.*