# EXHIBIT H

```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                    TAMPA DIVISION

                    CASE NO. 8:22-CV-1295


BRIAN MOREAU,

     Plaintiff,

  vs.

FELD ENTERTAINMENT, INC.,
FELD MOTOR SPORTS, INC.,
THE MEDIC RIG, LLC
JOHN A. BODNAR, M.D.,
JAMES KENNEDYE, M.D.,
AMY METIVA, and
SCOTT COMBS,

     Defendants.
_____/




       VIDEOTAPED DEPOSITION OF BRIAN MOREAU
                     Volume I

          Wednesday, January 24, 2024
             9:12 a.m. - 3:44 p.m.

          Buchanan Ingersoll & Rooney
            401 East Jackson Street
             Tampa, Florida 33602

    ------------------------------------------




             STENOGRAPHICALLY REPORTED BY:
                  LISA ORTEGA, RPR
             Registered Professional Reporter
                 Job No.: 6523980-001
```

1  outcome.  The court reporter is Lisa Ortega on
2  behalf of US Legal Support.
3      Counsel will state their appearance for the
4  record, after which the court reporter will swear
5  the interpreter and then the witness.
6      MR. SCHWEIKERT:  Good morning.  Mark Schweikert
7  for plaintiff.
8      MR. RAMOS:  Good morning.  Juan Carlos Ramos
9  for plaintiff.
10      MR. DOYLE:  David Doyle on behalf of
11  defendants, Medic Rig, Dr. Bodnar, Dr. Kennedye, Amy
12  Metiva and Scott Combs.
13      MR. GORDON:  David Gordon and Caroline Warren
14  on behalf of the Feld defendants.
15      THE REPORTER:  Madam Interpreter, raise your
16  right hand, please.
17      Do you solemnly swear or affirm that the
18  interpretation you will give in this deposition will
19  be from English to French and from French to English
20  to the best of your ability?
21      THE INTERPRETER:  I do.
22      THE REPORTER:  Thank you.
23      Raise your right hand, please.
24      Do you swear or affirm the testimony you are
25  about to give will be the truth, the whole truth and

1    nothing but the truth?
2          THE WITNESS:  Yeah.
3          THE REPORTER:  Thank you.
4                    BRIAN MOREAU,
5    a witness, having been duly sworn to tell the truth, the
6    whole truth and nothing but the truth, was examined and
7    testified as follows:
8                   DIRECT EXAMINATION
9    BY MR. GORDON:
10     Q.   And, Brian, did you understand that oath that
11   you just took that was given in English?  And then he
12   did?
13     A.   Yeah, I understood.
14          THE INTERPRETER:  Yes.
15     Q.   (By Mr. Gordon)  Yes.  Great.  Great.
16          All right.  So my name is David Gordon.  I
17   represent the Feld defendants in this matter.  We
18   introduced ourselves off the record.  I'm going to
19   introduce myself on the record.
20          Today is what's called a deposition.  Have you
21   ever done a deposition before?
22     A.   I've already participated in depositions
23   concerning family affairs related to my father.
24     Q.   Okay.  Okay.  So you have a general idea of
25   what the proceeding is like, but I still want to give

```
 1     Q.    In the Clermont area?
 2     A.    No.  I think so.  I don't remember.  No.
 3   Friday I think I went to Tampa.
 4     Q.    Okay.
 5     A.    For the press day.
 6     Q.    Okay.  And do you remember doing any
 7   training --
 8     A.    Yeah, I did.
 9     Q.    -- on Friday?
10     A.    (Nodding head.)
11     Q.    Did you do that here in Tampa or did you do
12   that --
13     A.    Yeah, I think I did at the hotel.  At the hotel
14   I did my cardio session.
15           THE INTERPRETER:  Hotel.
16     Q.    (By Mr. Gordon)  Hotel.  Thank you.
17     A.    The hotel.
18     Q.    Thank you.
19           Okay.  So you used, like, the exercise
20   equipment in the hotel --
21     A.    Yeah.
22     Q.    -- to do some cardio?
23     A.    Bicycling.
24     Q.    Okay.  Okay.  So tell me about press day.
25   Like, first of all, where was it?  At the stadium?
```

```
1    A.    Yes.
2    Q.    At the Raymond James Stadium?
3    A.    Yes.
4    Q.    And is that traditionally held the day before
5  the race?
6    A.    What's that?
7    Q.    Press day, is it traditionally --
8    A.    Yeah.
9    Q.    -- the day before the race?
10   A.    Yeah.  And they usually, like, take, like, a
11 bunch of people.  You know, not every racer, like, are
12 able to be on press days, you know.
13   Q.    Okay.
14   A.    Like, they select people, you know, and since
15 it was my first race, they got -- they took me.
16   Q.    They wanted to highlight you --
17   A.    Yes.
18   Q.    -- since it was your first race in the United
19 States?
20   A.    Yes.  And coming from Europe, so that's why I
21 was able to do the press day.
22   Q.    Okay.  And tell me about press day.  Was it
23 like a news conference or what -- what did you do on
24 press day?
25   A.    It was like a -- yeah, a little interview.
```

1    Q.   Okay.
2    A.   Like, on the starting line of the track.
3    Q.   Okay.
4    A.   On the bike.  And then it was, like, two times
5  15 or 20 minutes ride on the track, so it was quite a
6  lot.  We had, like, a lot of time to get used to the
7  track.
8    Q.   So -- so who interviewed you?
9    A.   It was Ricky Carmichael.
10   Q.   What's that?
11   A.   Ricky.
12        THE INTERPRETER:  Ricky Carmichael.
13   Q.   (By Mr. Gordon)  He's a -- who does he -- who
14 was he --
15   A.   He used to be --
16   Q.   -- affiliated with?
17   A.   He used to be professional racer.
18   Q.   He was a professional racer and now he's in the
19 media?
20   A.   Yeah.  I think he's working, like, for -- he's
21 interviewing, like, you know, when it goes to the TV,
22 he's, like, talking.
23   Q.   Did he just interview you?
24   A.   No.
25   Q.   He interviewed several racers?

1      A.   Yes.  There were so many people.
2      Q.   Yeah.
3      A.   Many picture guys, like.
4      Q.   And what types of questions were they asking
5   you?
6      A.   How do you feel, how do you like to be here,
7   like...
8      Q.   Yeah.
9      A.   How is it?
10     Q.   Are you excited --
11     A.   Does it change a lot?
12     Q.   Are you excited for your first race in the
13  United States?
14     A.   Yes.  All these questions, yeah.
15     Q.   Okay.  All right.  And you did this at the
16  starting line sitting on your bike?
17     A.   Yeah.
18     Q.   In your equipment?
19     A.   Yes.
20     Q.   And was that your first time in Raymond James
21  Stadium?
22     A.   Yes.  Yes, it was.  Yeah, because it was my
23  first time in Florida.
24     Q.   Did you walk the track at all before -- on
25  press day?

1  A. No. I walked the track on --

2  Q. Saturday for the race.

3  A. -- Saturday.

4  Q. We'll talk about that in a second. So then
5  after they interviewed you, they basically said go check
6  out the track, take a couple runs.

7  A. Yes. And we -- there was, like, two groups, so
8  there was, like, 250 group and 450 group.

9  Q. Okay.

10  A. And we were doing two sessions of 15 minutes,
11  so 15 minutes, we done, and then 450 for 15 minutes,
12  they are done, and us again, 15 minutes.

13  Q. So tell me if I'm wrong, it's not an official
14  practice session?

15  A. No.

16  Q. It's really more for the media?

17  A. Yeah, and it's also about to learn the track.

18  Q. To learn the track?

19  A. Yeah. So it's easier, you know, like, when you
20  get on -- you go on race day, like, you know the
21  track --

22  Q. Okay.

23  A. -- which other riders, they don't.

24  Q. So it's giving you a little bit of an
25  advantage?

Brian Moreau Volume I
January 24, 2024

```
 1      A.    Yeah.  I think -- I'm not sure, but I think
 2   there was, like, five or six 250.
 3      Q.    I was going to ask you that next.  Five or six
 4   250s?
 5      A.    And I think, yeah, like, same for 450.  I'm not
 6   sure.  Maybe more, but --
 7      Q.    Okay.
 8      A.    -- it's not something I...
 9      Q.    Was Marvin in the 450 group?
10      A.    No.
11      Q.    No.
12      A.    He was not racing.
13      Q.    He was not racing?
14      A.    Because he was injured.
15      Q.    Okay.  All right.  All right.  So you had
16   15 minutes on the track after you were interviewed?
17      A.    Yeah.
18      Q.    And tell me what you remember from that.
19      A.    It went well.  It was cool.
20      Q.    Okay.
21      A.    Yeah.  It was good.  I was running good,
22   feeling good.  I was looking forward for race day.
23      Q.    Okay.  So tell me, like, what'd you think of
24   the stadium?
25      A.    It was huge.
```

1   everything was good, my handlebar, everything, just
2   checking, you know.
3       Q.   Okay.
4       A.   And then I think 11:00 or something like that
5   it was, like, the track walk, you know.
6       Q.   Track walk?
7       A.   So, yeah.  So I think we got -- we get at 9:00
8   something in the track and was doing my thing, preparing
9   my clothes, just getting ready.
10      Q.   Okay.
11      A.   Yeah.
12      Q.   So you're doing the track walk, but you had --
13  you had rode the track the day before?
14      A.   Yeah.  Yeah.
15      Q.   So it wasn't your first time seeing it?
16      A.   No.
17      Q.   But you still wanted to walk it?
18      A.   No.  We -- yeah, but it's, like, there is time
19  for it.  Like, there's only 30 minutes to walk it --
20      Q.   Okay.
21      A.   -- and everyone join, like we --
22      Q.   You walk it together?
23      A.   Yeah, with everyone.
24      Q.   You walk the whole track?
25      A.   Yeah, the whole track.  I do my thing on my own

 1  with my trainer, but, you know, everybody everywhere is
 2  sort of, like, around the track.  You know, every racer,
 3  like, they are on the track from 11:00 to 11:30.  You
 4  know what I mean?  So it's 30 minutes.
 5      Q.   Okay.
 6      A.   And I think it's 30 or 20 minutes.  And, yeah,
 7  we were on the track, and then I went -- I went back to
 8  the truck and I dressed up.
 9      Q.   So I want to ask you about the track walk first
10  before we move on.  Do you have any recollections from
11  the track walk?
12      A.   Like what?
13      Q.   Like, did you have any concerns about the track
14  that you --
15      A.   Like fear or...
16      Q.   Well --
17      A.   No.  As I said just earlier, like, there was a
18  little section that was tough, that was --
19      Q.   Yeah.
20      A.   You know?
21      Q.   There was -- one of the -- there was -- one of
22  the climbs was steep?
23      A.   Yeah.
24      Q.   Okay.
25      A.   But if not, that was pretty -- that was okay.

1      Q.   Okay.
2      A.   But I was not thinking about it, you know, so.
3      Q.   So -- but the track was in pretty good shape?
4      A.   Yeah.  It was good.  It was good.
5      Q.   And -- and did you or anybody else in the
6  group, you know, ask for any corrections or changes to
7  be made to the track?
8      A.   No.
9      Q.   Okay.  I wasn't following you before on the
10 sand.  You said there was a sand area.  Is that for if
11 you go off the track?
12     A.   No.  It was part of the track.
13     Q.   Okay.
14     A.   So there was -- there was the sand section
15 here.
16     Q.   Okay.
17     A.   Finish line was here.
18     Q.   Okay.
19     A.   We were going through the finish line, doing
20 left, and instead going straight and taking the sand
21 section, we were just getting, like, you know, like,
22 after the finish line.
23     Q.   Okay.
24     A.   And we were going into that section I said it
25 was, like, steep.

1    Q.   Got it.
2    A.   And I crashed on the other one, like, not on
3 this one, but -- not on the other one, but on this.
4    Q.   I understand.  I'm going to ask you that soon,
5 but I was just asking about the sand.
6    A.   Okay.
7    Q.   The sand was just at the end of the race to
8 kind of slow you down?
9    A.   Yeah.
10   Q.   Yeah.  Okay.
11   A.   Because it's softer, so.
12   Q.   Yeah.  I understand.
13        Okay.  All right.  So you walk the track 20 to
14 30 minutes with all the riders.  Nobody made any
15 corrections or had any issues to your recollection, then
16 you went to get dressed, right?
17   A.   (Nodding head.)
18   Q.   And that's to do your -- you get a practice
19 time, correct?
20   A.   It was free practice.
21   Q.   Free practice.  And how long is free practice?
22   A.   It might be 10 minutes.
23   Q.   Okay.
24   A.   Ten, 12 minutes.  I'm not sure.  I think it's
25 -- or eight minutes.  It's short.

```
 1  serious --
 2      Q.   Okay.
 3      A.   -- really serious, so -- but it change, you
 4  know, from -- like, for example, I don't know if we have
 5  black flag in the United States, and in Europe, I'm not
 6  sure, so, you know.
 7      Q.   Okay.
 8      A.   But the meaning is the same, like, from French
 9  to, like, United States to Europe.
10      Q.   Okay.  All right.  So let's go back to the
11  crash.  Did you lose consciousness or black out at all?
12      A.   No.  I remember everything.  Everything.
13      Q.   Okay.  So -- so tell me what you first remember
14  after the crash.
15      A.   So I hit the ground.  I hit the ground.
16      Q.   You eat --
17           THE INTERPRETER:  Hit.
18      Q.   (By Mr. Gordon)  Hit the ground.
19      A.   Hit the ground.
20      Q.   Okay.
21      A.   And I started to scream and saying, don't touch
22  me, I'm paralyzed.  I said, like, I'm paralyzed.  And I
23  think no one listen to me and they pull me up.  I don't
24  know if I took my helmet off or if the paramedics did.
25  I'm not sure.  And then -- yeah, that's what I said.  I
```

1  screamed.
2      Q.   So you screamed and you specifically remember
3  what you said?
4      A.   Yeah.
5      Q.   What did you say?
6      A.   I said, I'm paralyzed, I'm paralyzed, like
7  don't --
8      Q.   Why were you saying that?
9      A.   Because, like, I crashed and I tried to get up
10 and I could not get up.  I was -- I had tingling in my
11 legs, but, like, nothing.  Like, I tried to move, no, I
12 could not, and then -- so I had to -- like, I crashed
13 and they came to me straightaway and then I said,
14 please, guys, don't touch me, I'm paralyzed, and I was,
15 like, like, in another mood, like, really, it was, like,
16 a nightmare.  And they grabbed me.  They pull me up.
17 Like, they put their arm, like, you know, under mine.
18 They grab me like that and they put me on the mule and I
19 was about to fall because I was not holding nothing in
20 my body, and then I was moving my neck back and forth
21 like -- and, yeah, I was just not stabilized.  It was,
22 like, I was not understanding what's -- what was
23 happening.
24     Q.   So the screaming that I'm paralyzed, I'm
25 paralyzed, were you saying that in English like you are

1    Q.   Had you ever done an MRI before?
2    A.   No, but, you know, like, since I could not move
3 my legs, like, I was not stupid.  I was, like, it's bad,
4 you know.
5    Q.   You were -- you were scared that your injury
6 was bad?
7    A.   And I was scared that my spine was severed, you
8 know, and I remember crying in the MRI thing, tube.  And
9 then I got out of the MRI and they said that it was
10 serious.  And, I don't know, like, I think I was in the
11 hall, you know, H-A-L-L --
12         THE INTERPRETER:  In the hall.
13    A.   -- in the hall waiting and then we went
14 straightaway to -- I went straightaway to -- under
15 surgery.
16    Q.   (By Mr. Gordon)  Okay.  Do you remember them
17 telling you what your injury was?
18    A.   Yeah.
19    Q.   What did they tell you?
20    A.   They said I have vertebra broken and that,
21 like, it hit the spine and they have to stabilize it
22 because, like, for the injury not to get worse, you
23 know, because I was not -- I shouldn't move my neck at
24 all, nothing --
25    Q.   Okay.

1    A.   -- because it was getting worse, so they say we
2  have to do it, like, as soon as possible, and they said
3  once it's going to be stabilized, then you will see
4  you're recovering.
5    Q.   So they told you they weren't sure what your
6  recovery would be?
7    A.   Yeah, no, but my spine was not severed.
8    Q.   Your spine was not severed?
9    A.   It was not.
10   Q.   Okay.  When and how did your mom find out about
11 the accident?
12   A.   I think it was the first -- so it was the first
13 race, my -- still my father was out, he was not in jail,
14 and then I think he invited, like, a few friends of him
15 at my house to just watch the race, and then a friend of
16 mine, like, saw on the website, like, okay, Brian, like,
17 crashed.  He's, like, on his way, like, to the hospital
18 and stuff like that, and then I think -- I'm not sure,
19 but I think my mom called Mathilde Musquin and then she
20 told her -- told my mom that -- what happened --
21   Q.   Okay.
22   A.   -- and what I was going to do and I was going
23 to go under surgery.
24   Q.   Okay.  And what's your understanding of what
25 the surgery was?  What did they do?

```
 1      A.   As I said, like, they -- they did -- they put
 2  things in there to stabilize me.
 3      Q.   Okay.
 4      A.   Because my vertebra was, like, hitting the
 5  spine, like, so they had to remove it for it not to get
 6  worse.
 7      Q.   Okay.
 8      A.   And to stabilize it and that's what they did.
 9      Q.   Okay.  And do you have an understanding of,
10  like, was the surgery successful?
11      A.   Yeah.
12      Q.   They were able to do what they wanted to do?
13      A.   Yes.  They did what they wanted to do.  It went
14  pretty good.
15      Q.   Okay.
16      A.   I went under surgery, like, for almost four
17  hours.
18      Q.   Okay.
19      A.   And then -- and then right after that I was --
20  I spent, like, a week in ICU.
21      Q.   Okay.
22      A.   And I was, like, not in good shape.  I was --
23      Q.   In what way?
24      A.   My head was, like, hurting, like, so, so bad
25  and I was, like, not -- kind of not conscious, you know.
```

1  depositions where people get emotional that sometimes

2  it's easier to keep asking questions --

3      A.   Yes.

4      Q.   -- in order to get them through it, so I'm not

5  being disrespectful to you if I keep asking you

6  questions.  It's just I want to try to get you through

7  it and move on to the next --

8      A.   No, that's fine.

9      Q.   -- subject, okay?

10     A.   Yes.  I'm sorry.

11     Q.   All right.  No, don't apologize to me.  And if

12 you want to take a break at any time, like I told you

13 before, you're welcome to, but I found it's easier to

14 just keep asking questions and try to move on.

15     A.   Yes.  Let's go.

16     Q.   Okay.  Here, let me ask you an easy question as

17 we go back on the record.  Exhibit -- I meant to ask you

18 this before.  In what we've marked as Exhibit 4, which

19 is Bates stamped Moreau 1167, I just wanted to ask you

20 if that was your signature where it's your name.

21     A.   Yeah.

22     Q.   It is?

23     A.   That's the same.

24     Q.   Okay.  Thank you.

25          All right.  All right.  So I know that you went