# EXHIBIT I

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

BRIAN MOREAU,

    Plaintiff,

v.                                                      CASE NO. 8:22-cv-01295-TPB-CPT

FELD MOTOR SPORTS, INC.;
THE MEDIC RIG, LLC;
AMERICAN MOTORCYCLE
ASSOCIATION d/b/a AMERICAN
MOTORCYCLIST ASSOCIATION;
JOHN A. BODNAR, M.D.;
JAMES KENNEDYE, M.D.;
AMY METIVA; and SCOTT COMBS,

    Defendants.

_____/

**DEFENDANT, THE MEDIC RIG, LLC'S, RESPONSE TO AMERICAN MOTORCYCLE ASSOCIATION D/B/A AMERICAN MOTORCYCLIST ASSOCIATION'S, FIRST REQUESTS FOR ADMISSION**

Defendant, THE MEDIC RIG, LLC, pursuant to Rules 26 and 36 of the *Federal Rules of Civil Procedure,* files its Response to Defendant, American Motorcycle Association d/b/a American Motorcyclist Association's, First Requests for Admission, served on March 7, 2025, as follows:

1

# REQUESTS FOR ADMISSION

1. Admit that AMA was not a party to the Master Services Agreement.

**RESPONSE:**

**Admitted.**

2. Admit that there was no contract or other agreement between Medic Rig and AMA relating to the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

3. Admit that Medic Rig provided its own personnel and services in connection with the 2020 Tampa Event pursuant to the Master Services Agreement.

**RESPONSE:**

**Admitted.**

4. Admit that AMA did not arrange or pay for the services Medic Rig and its personnel provided during the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

5. Admit that AMA did not arrange for or supply local contracted ambulance services for the 2020 Tampa Event.

**RESPONSE:**

**Admitted inasmuch as local ambulance services were contracted by Feld.**

6. Admit that Medic Rig prepared the Medical Emergency Action Plan.

**RESPONSE:**

**Admitted.**

7. Admit that Dr. John Bodnar was the Chief Medical Officer ("CMO") for the 2020 Tampa Event, as described in the Medical Emergency Action Plan.

**RESPONSE:**

**Admitted.**

8. Admit that during the 2020 Tampa Event the CMO was responsible for crew performance, conducting the race meeting, staff track assignments and positions, communication at all incidents, transport requirements with local contract ambulance services, evaluation of injuries, and communication with AMA officials, track promotors, and Race Control Center as described in the Medical Emergency Action Plan.

**RESPONSE:**

**Admitted.**

9. Admit that for the 2020 Tampa Event the combined team of Medic Rig personnel and local contracted ambulance personnel worked under the direction of the CMO as described in the Medical Emergency Action Plan.

**RESPONSE:**

**Admitted.**

10. Admit that Medic Rig was responsible for providing emergency medical services during the 2020 Tampa Event for on-track situations as described in the Medical Emergency Action Plan.

**RESPONSE:**

**Admitted.**

11. Admit that the AMA's Race Director had the final decision to display a red flag during the 2020 Tampa Event, as described in the Medical Emergency Action Plan.

**RESPONSE:**

**Admitted.**

12. Admit that the CMO was responsible for directing, supervising, and controlling the medical services provided by Medic Rig personnel during the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

13. Admit that AMA did not direct, supervise, or control the medical services provided by the CMO or Medic Rig personnel during the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

14. Admit that Medic Rig personnel under the direction of the CMO were responsible for evaluating injured riders during the 2020 Tampa Event as described in the Medical Emergency Action Plan.

**RESPONSE:**

**Admitted.**

15. Admit that the CMO was responsible for recommending to the Race Director that a practice, qualifier, or race session be red flagged or stopped in the event that the CMO or Medic Rig personnel deemed a stoppage necessary for the care of an injured rider during the 2020 Tampa Event, as described in the Medical Emergency

4

Action Plan.

  **RESPONSE:**

  **Admitted.**

  16. Admit that the CMO was responsible for requesting a red flag or stoppage of a practice, qualifier, or race session if the CMO or Medic Rig personnel felt there was danger to the track officials, medical staff, track workers, team staff, or spectators during the 2020 Tampa Event, as described in the Medical Emergency Action Plan.

  **RESPONSE:**

  **Admitted.**

  17. Admit that following Plaintiff's crash during the free practice session of the 2020 Tampa Event while Plaintiff was still on the track, track safety procedures were promptly undertaken, including the display of yellow flags throughout the section in which Plaintiff was located to notify oncoming riders of an incident on the track.

  **RESPONSE:**

  **Admitted.**

  18. Admit that following Plaintiff's crash during the free practice session of the 2020 Tampa Event, while Plaintiff was still on the track, track safety procedures were promptly undertaken, including the on-track presence of multiple FMS track safety personnel equipped with high-visibility gloves directing oncoming riders to the far right side of the racing lane.

  **RESPONSE:**

  **Admitted.**

  19. Admit that following Plaintiff's crash during the free practice session of

the 2020 Tampa Event, while Plaintiff was still on the track, track safety procedures were promptly undertaken, including the on-track presence of an AMA official equipped with a yellow flag directing oncoming riders to the far right side of the racing lane.

**RESPONSE:**

**Admitted.**

20. Admit that immediately following Plaintiff's crash during the free practice session of the 2020 Tampa Event, while Plaintiff was still on the track, track safety procedures were promptly undertaken, including the relocation of a "TuffBlock" horizontally across the racing lane as a physical barrier between Plaintiff, the attending Medic Rig personnel and any oncoming riders.

**RESPONSE:**

**Admitted.**

21. Admit that following Plaintiff's crash during the free practice session of the 2020 Tampa Event, while Plaintiff was still on the track, track safety procedures were promptly undertaken, including the lifting of Plaintiff's motorcycle by a FMS track safety crewmember and placement of it horizontally across the racing lane as a physical barrier between Plaintiff, the attending Medic Rig personnel any oncoming riders.

**RESPONSE:**

**Admitted that Plaintiff's motorcycle was lifted after Brian Moreau was lifted by Amy Metiva and Scott Combs.**

22. Admit that AMA never failed or refused to display a red flag upon the

6

request or recommendation of the CMO or Medic Rig personnel.

**RESPONSE:**

**Admitted.**

23. Admit that the CMO and the Medic Rig personnel did not request or recommend a red flag or stoppage of the free practice session when Plaintiff crashed his motorcycle at the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

24. Admit that the CMO and the Medic Rig personnel did not request or recommend a white flag with red cross be displayed during practice session when Plaintiff crashed his motorcycle at the 2020 Tampa Event.

**RESPONSE:**

**Admitted inasmuch as the CMO and Medic Rig personnel do not typically request a white flag with red cross be displayed.**

25. Admit that AMA did not direct or provide any of the equipment or gear used by Medic Rig personnel in performing their services in connection with the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

26. Admit that AMA did not direct or provide any of the equipment or gear used by Medic Rig personnel in performing their services in connection with the 2020 Supercross Season.

**RESPONSE:**

7

**Admitted.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 31, 2025, I served the foregoing document to all counsel or parties of record.

*/s/ David O. Doyle, Jr.*
**DAVID O. DOYLE, JR., ESQUIRE**
Florida Bar No. 0084964
**TONI P. TUROCY, ESQUIRE**
Florida Bar No. 0121709
**BETHANY W. NDUKA, ESQUIRE**
Florida Bar No. 1022888
Pearson Doyle Mohre & Pastis, LLP
901 North Lake Destiny Road, Suite 305
Maitland, FL 32751
Tel. (407) 647-0090
Fax. (407) 647-0092
Primary E-mails:  ddoyle@pdmplaw.com
 tturocy@pdmplaw.com
 bnduka@pdmplaw.com
Additional E-mails: jpreston@pdmplaw.com
 kiddings@pdmplaw.com
 smaisonave@pdmplaw.com
Attorneys for Defendants, The Medic Rig, LLC, John A. Bodnar, M.D., James Kennedye, M.D., Amy Metiva, and Scott Combs

## **SERVICE LIST**

| | |
|---|---|
| **Mark Adam Schweikert**<br>Schweikert Law, PLLC<br>1111 Brickell Avenue, Suite 1550<br>Miami, FL 33131<br>mark@schweikertlaw.com | Lead Attorney for Plaintiff |
| **Jason Beau Giller**<br>Jason B. Giller, P.A.<br>1111 Brickell Avenue, Suite 1550<br>Miami, FL 33131<br>jason@gillerpa.com<br>file@gillerpa.com | Attorney for Plaintiff |
| **Javier F. Micheo-Marcial**<br>DMR Law LLC<br>Guaynabo<br>Centro Internacional de Mercadeo<br>Torre 1, Suite 402<br>Guaynabo, PR 00968<br>javier.micheo@dmrpr.com | Attorney for Plaintiff |
| **Juan Carlos Ramos-Rosado**<br>DMR Law LLC<br>701 Brickell Avenue, Suite 200<br>Miami, FL 33131<br>juan.ramos@dmrpr.com<br>nathalie.bovadilla@dmrpr.com | Attorney for Plaintiff |
| **Manuel A. Franco**<br>DMR Law LLC<br>1111 Brickell Ave. Suite 1550<br>Miami, FL 33131<br>Manuel.franco@dmrpr.com<br>nathalie.bovadilla@dmrpr.com | Attorney for Plaintiff |
| **Maria A. Dominguez**<br>DMR LAW LLC<br>Sabadell Financial Center<br>1111 Brickell Avenue., Suite 1550 | Attorney for Plaintiff |

9

| | |
|---|---|
| Miami, FL 33131<br>maria.dominguez@dmrpr.com<br>elizabeth.santana@dmrpr.com | |
| **Gretchen L. Jankowski**<br>Buchanan Ingersoll & Rooney, PC<br>Union Trust Building<br>501 Grant Street, Suite 200<br>Pittsburgh, PA 15219<br>gretchen.jankowski@bipc.com | Lead Attorney for Feld Motor Sports, Inc. |
| **David Gordon**<br>Buchanan Ingersoll & Rooney, PC<br>700 Alexander Park, Suite 300<br>Princeton, NJ 08540-6340<br>david.gordon@bipc.com | Attorney for Feld Motor Sports, Inc. |
| **Richard G. Salazar**<br>Buchanan Ingersoll & Rooney, PC<br>401 East Jackson Street, Suite 2400<br>Tampa, FL 33602<br>Richard.salazar@bipc.com | Attorney for Feld Motor Sports, Inc. |
| **Matthew C. Pilsner**<br>Buchanan Ingersoll & Rooney, PC<br>Union Trust Building<br>501 Grant Street, Suite 200<br>Pittsburgh, PA 15219<br>Matthew.pilsner@bipc.com | Attorney for Feld Motor Sports, Inc. |
| **Michael S. Hooker**<br>**Caroline Catchpole Spradlin**<br>**A. Brian Albritton**<br>Phelps Dunbar LLP<br>100 South Ashley Drive, Suite 2000<br>Tampa, FL 33602-5311<br>michael.hooker@phelps.com<br>caroline.spradlin@phelps.com<br>brian.albritton@phelps.com<br>fransheska.reyes@phelps.com<br>jessica.brannan@phelps.com | Attorneys for American Motorcyclist Association |