# EXHIBIT J



UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

BRIAN MOREAU,

      Plaintiff,

vs.               CASE NO. 8:22-CV-01295-TPB-CPT

FELD MOTOR SPORTS, INC., et al.,

      Defendants.

VIDEOTAPED DEPOSITION OF

SCOTT COMBS

TAKEN ON

THURSDAY, AUGUST 15, 2024

10:07 A.M.

BUCHANAN INGERSOLL & ROONEY, PC

401 EAST JACKSON STREET, SUITE 2400

TAMPA, FLORIDA 33602



(800) 528-3335 | NAEGELI DEPOSITION & TRIAL Established 1980 | NAEGELIUSA.COM

1                VIDEOTAPED DEPOSITION OF

2                    SCOTT COMBS

3                      TAKEN ON

4              THURSDAY, AUGUST 15, 2024

5                     10:07 A.M.

6

7           THE VIDEOGRAPHER:  Okay.  We are on the

8    record.  The time is 10:07 a.m.  The date is August

9    15th, 2024.

10          Court Reporter, would you swear in the

11   witness.

12          THE REPORTER:  Yes.  All right.

13          Mr. Combs, please raise your right hand.

14          Do you affirm under penalty of perjury

15   that the testimony you're about to give will be the

16   truth, the whole truth, and nothing but the truth?

17          THE DEPONENT:  Yes, ma'am.

18          THE REPORTER:  Thank you so much.

19          THE VIDEOGRAPHER:  This is the beginning

20   of the deposition of Scott Combs in the case name of

21   Moreau versus Feld Motor Sports.  Naegeli job number

22   is 76223, but case Number 8:22-CV-01295-TPB-CIT

23   (sic).

24          Will counsel introduce yourselves and

25   state whom you represent.

SCOTT COMBS                          August 15, 2024                              100
76223

 1        A.    In regards to him, or in general?

 2        Q.    **In regards to him.**

 3        A.    In regards to him.  Is he alert?  Is he --

 4   you know, responsive?

 5        Q.    **Was he alert?**

 6        A.    Do I see anything jumping out at me?  I

 7   believe he was, yeah.

 8        Q.    **Did you see him crawling on the ground at**

 9   **any point?**

10        A.    Not that I remember.

11        Q.    **Did you see any movement of his body?**

12        A.    Not off the top of my head.  I'm sorry,

13   four years ago, to try to remember intricate

14   details, it's kind of hard.

15        Q.    **Did you conduct your own independent**

16   **assessment of Brian's potential injuries?**

17        A.    I mean, a quick.  He was alert.  So I knew

18   that.  So, I mean, I know Amy was doing -- Amy had

19   the assessment, so --

20        Q.    **Did you do anything beyond assessing**

21   **whether he was alert or not?**

22        A.    I helped carry him off the track.  Amy

23   stated it was his leg.  Let's get him off the track.

24   And got him off the track.

25        Q.    **You remember her saying that to you?**

SCOTT COMBS                          August 15, 2024                          124
76223

1    A.   Yes, sir.  Yes, sir.

2         (Video playing.)

3  BY MR. SCHWEIKERT:

4    Q.   Did you see Brian crash?

5    A.   Yes, sir.

6    Q.   It was around the 4:54 mark.  Okay.

7         (Video playing.)

8  BY MR. SCHWEIKERT:

9    Q.   See these individuals moving to his side

10 of the track?

11   A.   Yes, sir.

12   Q.   It's my understanding this one is Amy

13 Metiva.  At this time you were on this outer wall?

14   A.   Yeah.  I don't even see where I'm --

15   Q.   All right.

16        (Video playing.)

17 BY MR. SCHWEIKERT:

18   Q.   All right.  Do you see the individual

19 identified as Metiva moving onto the track?

20   A.   Yes, sir.

21   Q.   That's around the 5:06 mark.

22        (Video playing.)

23 BY MR. SCHWEIKERT:

24   Q.   Did you somebody there come from the other

25 side?

SCOTT COMBS                          August 15, 2024                          125
76223

1        A.   Yes, sir.

2             (Video playing.)

3    BY MR. SCHWEIKERT:

4        Q.   And then that person gets low to the

5    ground next --

6        A.   Okay.

7        Q.   -- to Brian.

8        A.   Yes, sir.

9        Q.   Okay.  Do you believe that's you?

10       A.   I guess so.

11       Q.   And that's around the 5-minute, 9-second

12   mark?

13       A.   Okay.

14       Q.   So Amy was on-scene for about three

15   seconds before you arrived?

16            MR. DOYLE:  Object --

17            THE DEPONENT:  Okay.

18            MR. DOYLE:  -- to the form.

19            THE DEPONENT:  Sure.  If that's what it

20   says.

21   BY MR. SCHWEIKERT:

22       Q.   And did you -- what did you see her doing

23   that gave you confidence that she was conducting a

24   proper assessment?

25       A.   I was on the other side of the jump, so I