# EXHIBIT L



UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

BRIAN MOREAU,

    Plaintiff,

v.                  CASE NO. 8:22-CV-01295-TPB-CPT

FELD MOTOR SPORTS, INC., et al.,

    Defendants.

REMOTE VIDEOTAPED DEPOSITION OF

JOHN GALLAGHER

TAKEN ON

THURSDAY, MARCH 13, 2025

10:13 A.M.

HUNTINGTON BEACH PLAZA CONFERENCE CENTER

17011 BEACH BOULEVARD, SUITE 900

HUNTINGTON BEACH, CALIFORNIA 92647



(800) 528-3335   NAEGELI DEPOSITION & TRIAL — Established 1980   NAEGELIUSA.COM

```
 1            REMOTE STREAMING VIDEOTAPED DEPOSITION OF

 2                          JOHN GALLAGHER

 3                             TAKEN ON

 4                     THURSDAY, MARCH 13, 2025

 5                             10:13 A.M.

 6

 7            THE REPORTER:  We are now on the record at

 8   10:13 a.m.

 9            Mr. Gallagher, will you raise your right

10   hand.

11            Do you affirm under penalty of perjury

12   that the testimony you are about to give will be the

13   truth, the whole truth, and nothing but the truth?

14            THE DEPONENT:  I do.

15            THE REPORTER:  Thank you.

16            Mr. Schweikert.

17            MR. GORDON:  I just briefly -- I'm sorry.

18   Before we get started, I just wanted to briefly say

19   we've had an agreement in other cases that an

20   objection to form by one defendant is accepted as an

21   -- as an objection to form by all so we don't have

22   to all be screaming over that.

23            So Mark, are you okay that we continue

24   with that?

25            MR. SCHWEIKERT:  Yes.
```

1   want to see in the telecast.  They go to stories and
2   announcers and whatnot.
3       Q.   Who's they?
4       A.   TV is.  The director.
5       Q.   And who's the TV director?
6       A.   I don't know -- with the TV, I don't know.
7       Q.   Did you have access to the camera feeds
8   from the television cameras that were at the stadium
9   at the Tampa Supercross?
10      A.   I had a TV monitor in the tower I was
11  standing in, and I can request a replay of a episode
12  if they caught it on -- on the cameras that were
13  running.
14      Q.   And just so I'm clear, what tower were you
15  standing in?
16      A.   The one where the finish flagger stands
17  in.
18      Q.   By the finish line.
19      A.   By the finish line.
20      Q.   Okay.  We'll come back to that.  Just
21  wanted to make that clear.  All right.  Let's go
22  back to the rulebook, the next section, B3, entitled
23  "Race Director."
24      A.   Yes.
25      Q.   Under subsection a., it reads, ensure the

1  racecourse is suitable and discontinue race activity
2  if conditions become unacceptable; see that?
3      A.   Yes.
4      Q.   And was that one of your responsibilities
5  as the race director during the Tampa Supercross?
6      A.   Yes.
7      Q.   And what does that mean exactly?
8      A.   Well, going back to the examples that I
9  provided in the previous question, if a structure
10 fell or if tuff blocks moved onto the racetrack, if
11 we had a heavy wind condition, there's a variety of
12 things that could have us stop an event, including
13 crashes sometimes.  If they can't be controlled by
14 the staff that's on the floor, the area can't be
15 controlled, then we would stop the -- stop a
16 practice or stop a race.
17     Q.   Okay.  At the Tampa Supercross, who had
18 the authority to cause a red flag to be thrown?
19     A.   The CMO, Dr. Bodnar; Jeff Canfield; and
20 myself; and the clerk of course.
21     Q.   Mike Pelletier.
22     A.   Yeah.  Or the people he's designated under
23 his license.
24     Q.   What does that mean?
25     A.   So the clerk of course activity is

1  sure that anything we past experience noticed
2  creates an issue, we try to address those issues,
3  and that's -- that's the advantage to having a crew
4  that's consistent for all 17 rounds is that we're
5  bringing information from issues that happened in
6  previous rounds or previous years.  We bring that to
7  every event forward.
8  BY MR. SCHWEIKERT:
9      Q.   And -- well, in collaboration with the
10 medical team and the other Feld staff that is there
11 also assisting in the process of responding to
12 crashes, right?
13     A.   That's correct.
14     Q.   All right.  Do you recall where you were
15 physically located when you became aware that Brian
16 had crashed?
17     A.   In the -- in the finish flaggers tower,
18 race directions tower.
19     Q.   And what were you doing?
20     A.   I was watching practice.
21     Q.   Do you recall what direction you were
22 facing, what you were looking at, when you became
23 aware that he had crashed?
24     A.   The yellow flags down the lane prior to
25 his -- where his crash was and then in the corner

1  and in the area where the triple was were all
2  waving, five -- five or so flaggers, flags that were
3  waving.  They call came out -- looking at the video,
4  they came out within seconds.  And so, of course,
5  when you see yellow flags waving, the next thing I
6  would do is try and find out why they're out and
7  what's going on with it, and that's when I saw
8  Brian.
9      Q.   So it was observing the yellow flags and
10 then seeing Brian that led to your awareness of his
11 crash?
12     A.   Yes.
13     Q.   Do you recall hearing anything over the
14 radio at any time?
15     A.   No.
16          MS. SPRADLIN:  Object to form.
17 BY MR. SCHWEIKERT:
18     Q.   You do not recall any radio communications
19 about Brian's crash?
20          MS. SPRADLIN:  Object to form.
21          THE DEPONENT:  No.
22 BY MR. SCHWEIKERT:
23     Q.   Do you recall anyone reporting that there
24 had been a crash in a particular section of the
25 track at that time?

1           (WHEREUPON, the playing of Exhibit 58 was
2    resumed.)
3           (WHEREUPON, the playing of Exhibit 58 was
4    paused.)
5           THE DEPONENT:  I think it's out now.
6    BY MR. SCHWEIKERT:
7       Q.   Okay.
8       A.   Only because this flag is waving yellow.
9       Q.   Okay.  So approximately five to seven
10   seconds after Brian hit the ground.
11          MS. SPRADLIN:  Object to form.
12          THE DEPONENT:  I guess.
13   BY MR. SCHWEIKERT:
14      Q.   Well, what is your best estimate of how
15   long lapsed between Brian crashing and you observing
16   the yellow flag that led you to see him?
17      A.   In the -- in the six second mark, I guess,
18   give or take.
19      Q.   Okay.  And in those six seconds, nobody
20   said anything over the radio that you can remember.
21      A.   No.  I'm sure every single one of the
22   people that would respond on the radio were actually
23   acting instead of responding.
24      Q.   All right.  Let's keep going.  I want you
25   to tell me when you see medical personnel first

1  enter the racetrack.  You'll see one come from here
2  and one come from there.
3              (WHEREUPON, the playing of Exhibit 58 was
4  resumed.)
5              (WHEREUPON, the playing of Exhibit 58 was
6  paused.)
7              THE DEPONENT:  There's one right there.
8  Actually, he came even before that.  He's standing
9  in my eyesight.
10 BY MR. SCHWEIKERT:
11     Q.   Are they on the track?
12     A.   No.  That red -- that red right there on
13 the -- above the tuff block.
14     Q.   Okay.
15     A.   If you back it up just a hair, you'll see
16 him walking.
17     Q.   Did you ask the medical crew what they
18 were observing?  They were blocking your view.
19             MS. SPRADLIN:  Object to form.
20             THE DEPONENT:  No.
21 BY MR. SCHWEIKERT:
22     Q.   Why not?
23             MS. SPRADLIN:  Object to form.
24             THE DEPONENT:  Because their job is way
25 more important than me seeing what they're doing.

1  BY MR. SCHWEIKERT:
2      Q.  Your job in controlling the racetrack is
3  not important?
4          MS. SPRADLIN:  Object to the form,
5  mischaracterizes testimony.
6          THE DEPONENT:  It's more important that
7  they -- all the people, not just the medic, but
8  Jerry Newby, all the -- all the Feld staff, it's
9  more important that they're all doing their job and
10 acting more than whether I know that they're doing
11 it or not.  I can gather that from looking at it.
12         So no, I did not communicate on the radio
13 whether they were doing their job because I could
14 see that they were doing their job.
15 BY MR. SCHWEIKERT:
16     Q.  You could see, but you were not hearing
17 any information to supplement what you were
18 observing with your eyes, right?
19         MS. SPRADLIN:  Object to form.
20         THE DEPONENT:  No.
21 BY MR. SCHWEIKERT:
22     Q.  What does it mean to be the race director
23 and direct the race?
24         MS. SPRADLIN:  Object to form.
25         THE DEPONENT:  You're making pre-race

1  unfortunate.
2  BY MR. SCHWEIKERT:
3      Q.   Why?
4      A.   His injury changed his whole life.
5      Q.   I want you to tell me at what point you
6  see the medical personnel enter the racetrack.  I
7  know you indicate you saw someone move towards the
8  side, but --
9           THE DEPONENT:  There's one standing right
10 there.  There's one.
11 BY MR. SCHWEIKERT:
12     Q.   Right.
13     A.   The one I pointed at.
14     Q.   And that's about the five minute, six
15 second mark.  Do you see that?  So approximately 60
16 seconds after Brian crashed, a medical team member
17 entered the racetrack.
18          MS. SPRADLIN:  Object --
19          THE DEPONENT:  Your math is wrong.
20 BY MR. SCHWEIKERT:
21     Q.   Okay.  Well, correct my math.
22     A.   It was not 60 seconds.  From when he
23 crashed till he was off the track was 60 seconds.
24     Q.   Let's go back.  Well, do you agree --
25 here, you can see five minute, six second mark,

```
 1  approximately when the medic went onto the track?
 2              (WHEREUPON, the playing of Exhibit 58 was
 3  resumed.)
 4              (WHEREUPON, the playing of Exhibit 58 was
 5  paused.)
 6              THE DEPONENT:  Mm-hmm.
 7  BY MR. SCHWEIKERT:
 8       Q.   Is that a yes?
 9       A.   Yes.
10       Q.   Okay.  So now let's determine according to
11  this video when he crashed.  And I'll start playing
12  from the four minute, 39 second.  And tell me when
13  you see him crash, and I will pause it.
14              (WHEREUPON, the playing of Exhibit 58 was
15  resumed.)
16              (WHEREUPON, the playing of Exhibit 58
17  concluded.)
18              THE DEPONENT:  Right there.
19  BY MR. SCHWEIKERT:
20       Q.   And what -- that's at the four minute, 53
21  second mark, right?
22       A.   Four minute, 53 to 5:06.
23       Q.   Oh.  My math was wrong.
24       A.   By -- by a lot.
25       Q.   It's a long day.  Okay.  And how long
```

1  BY MR. SCHWEIKERT:
2      Q.   And even though you understand there was a
3  spinal cord injured rider, you still don't believe
4  that a red flag would have been necessary under
5  those circumstances.
6           MS. SPRADLIN:  Object to form.
7           THE DEPONENT:  I mean I suppose that if I
8  were provided that information, that's added
9  information to make a decision.  That wasn't
10 provided to me.
11 BY MR. SCHWEIKERT:
12     Q.   But if you had been provided that
13 information, would you have made a different
14 decision?
15     A.   I don't know.
16          MS. SPRADLIN:  Object to the form.
17          MR. GORDON:  Join.
18          THE DEPONENT:  I'm not sure.
19 BY MR. SCHWEIKERT:
20     Q.   Why not?
21     A.   I believe that the track was controlled.
22 I mean they were doing the proper thing.  If they
23 needed more time, they could ask for it.
24     Q.   Do you have any understanding as to
25 whether somebody with a spinal cord injury should be