# EXHIBIT M

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRIAN MOREAU,

    Plaintiff,

vs.                CASE NO. 8:22-CV-01295-TPB-CPT

FELD MOTOR SPORTS, INC., et al.,

    Defendants.
_____



**VIDEOTAPED DEPOSITION OF**

**JOHN A. BODNAR, M.D.**

**TAKEN ON**
**MONDAY, AUGUST 5, 2024**
**9:16 A.M.**

BUCHANAN INGERSOLL & ROONEY, PC
600 WEST BROADWAY, SUITE 1100
SAN DIEGO, CALIFORNIA 92101

```
 1  by -- by all so we don't have to join into

 2  objections, okay?

 3           MR. SCHWEIKERT:  That's correct.

 4           THE VIDEOGRAPHER:  The court reporter will

 5  now swear in the witness.

 6           THE REPORTER:  Dr. Bodnar, do you affirm

 7  under penalty of perjury that the testimony you're

 8  about to give will be the truth, the whole truth,

 9  and nothing but the truth?

10           THE DEPONENT:  I do.

11           THE REPORTER:  Thank you.

12           MR. SCHWEIKERT:  Good morning, sir.

13           THE DEPONENT:  Good morning.

14  JOHN ANDREW BODNAR, M.D., having been first duly

15  affirmed to tell the truth, was examined, and

16  testified as follows:

17  EXAMINATION

18  BY MR. SCHWEIKERT:

19      Q.   Could you please state your full legal

20  name for the record.

21      A.   Yes.  John Andrew Bodnar.

22      Q.   Okay.  And were you the medical director

23  of the Medic Rig during the 2020 Supercross season?

24      A.   Yes.

25      Q.   And the Medic Rig, does it do business as
```



```
 1  Metiva were in charge of the patient.
 2       Q.   Could you hear anything over the radio
 3  about what --
 4       A.   Not if they don't --
 5       Q.   -- was going on?
 6       A.   I -- excuse -- I don't remember anything
 7  other than that there was a leg injury and that he
 8  was going to go -- being taken off the track.
 9       Q.   Are the radio communications constant, or
10  do you have to, like, push a button to transmit a
11  message to someone?
12       A.   That's what I meant.  That's why it's
13  difficult sometimes to get -- while you're working
14  on a patient, you have to reach up and push the
15  button on the microphone to activate the push-to-
16  talk mic.  They're all push-to-talk mics. So if
17  you're working on a rider, you can't let go -- let
18  the rider go and talk sometimes, so there's always a
19  little bit of a delay.
20       Q.   Let's take a look at picture 1190.
21       A.   Okay.
22       Q.   In this picture, it appears Scott -- Scott
23  Combs is the gentleman on the left?
24       A.   That's correct.
25       Q.   And it appears his headset is not over his
```



1  ears at this point, right?
2      A.   Is -- I can't tell from the other picture,
3  but on his right ear it's not, correct.  And that's
4  not uncommon.  We need to hear the rider, so you'll
5  take one ear off and one ear on so you can hear the
6  patient in one ear, and you can hear the radio in
7  the other ear.
8      Q.   Okay.  And if we go to the last few
9  pictures beginning 1230, we can see Brian being
10 driven towards the tunnel on the medical Mule,
11 right?
12     A.   Correct.
13     Q.   And is that Amy Metiva with him?
14     A.   That appears to be, yes.
15     Q.   Were you in communication with Amy Metiva
16 while she was on the medical Mule with Brian?
17     A.   No.  And she would likely be talking to
18 Dr. Kennedye either -- directly, because his head is
19 right behind Brian's head there.  So she would be
20 talking to him before she would be calling me on the
21 radio.
22     Q.   It's your understanding that Dr. Kennedye
23 was driving the Mule?
24     A.   That's correct.
25     Q.   Do you know where they took him with the



1  keep going?
2         THE DEPONENT:  I'm fine.
3  FURTHER EXAMINATION
4  BY MS. SPRADLIN:
5     Q.   All right.  So I introduced myself at the
6  beginning of this deposition as well, Caroline
7  Spradlin.  I'm here on behalf of the American
8  Motorcyclists Association, AMA, as we've been
9  referring to them all day.  I suspect that a lot of
10 my questions are going to sound very familiar.
11        With respect to -- as you just discussed
12 with Mr. Gordon, with respect to the credentialing,
13 AMA does not issue any credentials to you for your
14 participation in the AMA Supercross events?
15    A.   No, they --
16        MR. SCHWEIKERT:  Form.
17        THE DEPONENT:  -- do not.
18 BY MS. SPRADLIN:
19    Q.   And as far as you are aware, AMA does not
20 issue credentials to -- did not issue credentials to
21 Metiva for the February 2020 Tampa Supercross event?
22    A.   No, they did not.
23        MR. SCHWEIKERT:  Form.
24 BY MS. SPRADLIN:
25    Q.   And as far as you're aware, AMA did not



```
 1  issue any credentials to Scott Combs for

 2  participation in the 2020 Tampa Supercross event?

 3       A.   No.

 4            MR. SCHWEIKERT:  Form.

 5  BY MS. SPRADLIN:

 6       Q.   And as far as you are aware, AMA did not

 7  issue any credentials for -- with respect to Dr.

 8  Kennedye with respect to the Tampa 2020 Supercross

 9  event; is that correct?

10            MR. SCHWEIKERT:  Form.

11            THE DEPONENT:  Correct.

12  BY MS. SPRADLIN:

13       Q.   Okay.  In terms of the coordination with

14  the local ambulance services, does AMA have any role

15  in procuring those local ambulance services for

16  supercross events, to your knowledge.

17       A.   No.

18       Q.   And with respect to the provision of

19  medical services by yourself and the Alpinestars

20  Mobile Medical Unit during supercross events, does

21  AMA direct how you provide patient care during the

22  supercross events?

23       A.   No --

24            MR. SCHWEIKERT:  Form.

25            THE DEPONENT:  -- they do not.
```

NAEGELI DEPOSITION & TRIAL    (800)528-3335    NAEGELIUSA.COM

```
 1  BY MS. SPRADLIN:
 2      Q.   And does AMA direct does -- does AMA
 3  supervise Alpinestars in providing patient care
 4  during the supercross events?
 5      A.   No, do not.
 6      Q.   In terms of the hiring of staff, you just
 7  discussed Feld's role in terms of the staff hired
 8  for the Alpinestars Mobile Medical Unit.  With
 9  respect to AMA, does the AMA play any role in hiring
10  the staff for the Alpinestars Mobile Medical --
11      A.   No --
12      Q.   -- Unit?
13      A.   -- they do not.
14      Q.   And does AMA take any responsibility for
15  supervising the staff of the Alpinestars Mobile
16  Medical Unit?
17      A.   No.
18      Q.   Does the AMA play any role in the
19  termination of any of the staff for the -- for the
20  Alpinestars Mobile Medical Unit?
21      A.   No.
22      Q.   Does the AMA play any role with respect to
23  the types of employees that you would hire for the
24  Alpinestars Mobile Medical Unit?
25      A.   No.
```

Case 8:22-cv-01295-TPB-CPT   Document 294-13   Filed 04/17/25   Page 9 of 19 PageID 5191

John Bodnar, M.D. - August 5, 2024   NDT Assgn # 76231   Page 285

1   Q. Does the AMA direct or play any role in
2   determining the number of employees that the
3   Alpinestars Mobile Medical Unit needs to have for a
4   supercross event?
5   A. No.
6   MR. SCHWEIKERT: Form.
7   BY MS. SPRADLIN:
8   Q. Does the AMA play any role in directing
9   you -- you testified previously that you set forth
10  where all of the Alpinestar Mobile Medical Unit
11  people will be positioned throughout the track, as
12  well as the volunteers and the local ambulance. Does
13  the AMA play any role in determining where those
14  people are positioned during supercross events?
15  MR. SCHWEIKERT: Form.
16  THE DEPONENT: Only to the sense of if
17  they are -- if they feel they're in a -- a spot
18  that's not appropriate or dangerous, and then they
19  would say maybe we could move down a few feet here
20  or there, but as far as generally where I'm putting
21  on the track, no.
22  BY MS. SPRADLIN:
23  Q. And if they felt it were something that
24  were dangerous, they would go to you and say Dr.
25  Bodnar, this person needs to move, or would they

NAEGELI DEPOSITION & TRIAL   (800)528-3335   NAEGELIUSA.COM

1  provide a direction directly to the person?
2       A.   They would call --
3            MR. SCHWEIKERT:  Form.
4            THE DEPONENT:  -- they would direct it to
5  me, and I would take care of the issue.
6  BY MS. SPRADLIN:
7       Q.   Okay.  So it's -- is it fair to say that
8  AMA would defer to you in terms of where to position
9  your staff --
10           MR. SCHWEIKERT:  Form.
11 BY MS. SPRADLIN:
12      Q.   -- for the supercross events?
13      A.   Generally.  I mean, it's shared.  We -- we
14 discuss everything, so it's -- we want to make sure
15 we're in the right -- on the same page.
16      Q.   And with respect to training the
17 Alpinestars Mobile Medical Unit personnel, does the
18 AMA play any role in the training of the Alpinestars
19 staff for supercross events?
20      A.   No, they do not.
21      Q.   And does the AMA play any role in the
22 performance evaluations of Alpinestars Mobile
23 Medical Unit staff for --
24      A.   No, they do not.
25      Q.   -- supercross?  In terms of the formation

```
 1  of the Alpinestars policies and procedures, does the
 2  AMA play any role in directing or supervising how
 3  you prepare those procedures?
 4          MR. SCHWEIKERT:  Form.
 5          THE DEPONENT:  No.
 6  BY MS. SPRADLIN:
 7      Q.  And in terms of flagging, I understand
 8  that -- that you discussed, obviously, the race
 9  director, who is the AMA official, is the final call
10  in terms of determining a red flag.  Is it fair to
11  say that the race director relies on the information
12  communicated by you with regards to an injured rider
13  down on the track to determine whether a red flag
14  needs to be thrown?
15          MR. SCHWEIKERT:  Form.
16          THE DEPONENT:  Yes.
17  BY MS. SPRADLIN:
18      Q.  Okay.  And with respect to -- I believe
19  that this was discussed earlier, but just for the
20  record, are you aware of any instance in the time
21  that you have been involved as the chief medical
22  officer for the supercross events, are you aware of
23  any instance or you or any Alpinestars staff
24  recommended a red flag and the race director refused
25  a red flag?
```

1       A.   Not that I remember, no.
2       Q.   With respect to the equipment that Mobile
3  -- that the Alpinestars Mobile Medical Unit utilizes
4  for the supercross events, does the AMA play any
5  role in deciding what equipment you need to have?
6       A.   No.
7       Q.   Does the AMA play any role -- play any
8  role with respect to the equipment for the events in
9  deciding where the equipment needs to be for the
10 event?
11           MR. SCHWEIKERT:  Form.
12           THE DEPONENT:  No.
13 BY MS. SPRADLIN:
14      Q.   Does the AMA play any role with respect to
15 the equipment utilized by the Alpinestars Mobile
16 Medical Unit in providing that equipment or
17 purchasing that equipment for you?
18      A.   No --
19           MR. SCHWEIKERT:  Form.
20           THE DEPONENT:  -- they do not.
21 BY MS. SPRADLIN:
22      Q.   Does the AMA play any role with respect to
23 the direction of medical care by the Alpinestars
24 Mobile Medical Unit --
25           MR. SCHWEIKERT:  Form.

```
 1              THE DEPONENT:  No.
 2   BY MS. SPRADLIN:
 3       Q.   -- for supercross events?
 4            With respect to the headsets, you
 5   testified that you provide those headsets.  The --
 6   does the AMA have any role in providing your
 7   headsets for Alpinestars Mobile Medical Unit staff
 8   and volunteers?
 9       A.   Only into making -- coordinating that we
10   have the correct channels that they would be using
11   -- that we'd be using back and forth.  But other
12   than that, it's -- they're our radios.
13       Q.   So it's fair to say you purchase and
14   provide those units and coordinate with AMA, and AMA
15   would say we are on Channel 1, for example?
16            MR. SCHWEIKERT:  Form.
17            THE DEPONENT:  Correct.
18   BY MS. SPRADLIN:
19       Q.   You testified previously in terms of
20   determining what code needs to be -- needs to be
21   rendered for a -- an injured rider, that that would
22   be in conjunction with medical staff and AMA
23   marshals on the track.  Can you explain what role
24   the AMA marshals on the track might have in terms of
25   -- of calling a code?
```

```
 1       A.   They assist in notifying us when a patient
 2  -- a -- a rider appears to be injured, as opposed --
 3  and as well as when there is -- is no injury,
 4  there's just a yellow flag for caution's sake.  And
 5  being that they have been doing these job for years,
 6  they have a pretty good understanding of when a
 7  rider is hurt and not hurt, but it's still more of a
 8  -- just a notification that there's something going
 9  on, and then we will -- we would take it from there.
10       Q.   But it wouldn't be that the AMA marshals,
11  with respect to conveying that information on a
12  code, for what code is necessary for a rider, it
13  wouldn't be that the AMA marshal is rendering
14  medical care, in that circumstance?
15       A.   No.
16            MR. SCHWEIKERT:  Form.
17  BY MS. SPRADLIN:
18       Q.   So the AMA marshal would not be involved
19  in attending to or assessing the patient up close --
20  assessing the injured rider up close.  They would be
21  positioned somewhere and -- and viewing that patient
22  from a distance; is that accurate?
23            MR. SCHWEIKERT:  Form.
24            THE DEPONENT:  That's correct.
25  BY MS. SPRADLIN:
```

```
 1      Q.   In terms of the -- the gear that the
 2 Alpinestars Mobile Medical Unit wears and was
 3 wearing for the February 15th, 2020, event, did the
 4 AMA provide any of that gear?
 5      A.   No, they did not.
 6      Q.   And again, with respect to the gear that
 7 the AMMU was wearing, did the AMA offer any
 8 direction or supervision in terms of what needed to
 9 be worn?
10      A.   No.
11           MR. SCHWEIKERT:  Form.
12 BY MS. SPRADLIN:
13      Q.   You testified previously that no Feld
14 employees were involved in any input in terms of the
15 Alpinestar staff's medical credentialing.  Is the
16 same true for the AMA?  Did the AMA have any input
17 in terms of the medical credentialing of the AMMU
18 staff?
19      A.   No, they --
20           MR. SCHWEIKERT:  Form.
21           THE DEPONENT:  -- did not.
22 BY MS. SPRADLIN:
23      Q.   And did the AMA play any role in
24 supervising the medical care that was rendered by
25 Amy Metiva on February 15th, 2020, with respect to
```

```
 1  the supercross?
 2          MR. SCHWEIKERT:  Form.
 3          THE DEPONENT:  No.
 4  BY MS. SPRADLIN:
 5      Q.   Did the AMA play any role in directing or
 6  supervising Scott Combs for the 2020 Tampa
 7  Supercross?
 8          MR. SCHWEIKERT:  Form.
 9          THE DEPONENT:  No.
10  BY MS. SPRADLIN:
11      Q.   Did the AMA play any -- play any role in
12  terms of directing or supervising Dr. Kennedye for
13  the 2020 Tampa Supercross?
14      A.   No.
15      Q.   And the medical care provided by Dr.
16  Kennedye as well, correct?
17          MR. SCHWEIKERT:  Form.
18          THE DEPONENT:  (No audible response.)
19  BY MS. SPRADLIN:
20      Q.   In terms of the -- in terms of the
21  flagging decisions that were made, it was your
22  testimony that there -- you did not call for a red
23  flag when Brian Moreau crashed on the February 2020
24  Tampa Supercross event?
25      A.   That is correct.
```

```
 1        Q.   Okay.  And are you aware of anyone during
 2   the February 2020 Tampa Supercross event, as a
 3   result of Moreau's crash, calling for a red flag or
 4   calling for the practice session to be stopped?
 5             MR. SCHWEIKERT:  Form.
 6             THE DEPONENT:  No.
 7   BY MS. SPRADLIN:
 8        Q.   In terms of funding, did the AMA -- has
 9   the AMA provided any funding in terms of salaries,
10   reimbursements, payments, or otherwise to the
11   Alpinestars Mobile Medical Unit with respect to
12   those supercross events?
13        A.   Only -- not supercross, no.
14        Q.   Okay.  And with respect to your -- your
15   "only," you mentioned a -- a separate racing event
16   that has to do with the international supercross. Is
17   that what you would be referring to that AMA has
18   dealt with funding?
19        A.   Correct.
20             MR. SCHWEIKERT:  Form.
21             THE DEPONENT:  Yeah, Motocross of Nations.
22   BY MS. SPRADLIN:
23        Q.   Okay.  And that doesn't have anything to
24   do with the Tampa 2020 Supercross event?
25        A.   No, it --
```

```
 1            MR. SCHWEIKERT:  Form.
 2            THE DEPONENT:  -- does not.
 3  BY MS. SPRADLIN:
 4       Q.   That's a totally separate racing event and
 5  not involved, correct?
 6       A.   Yes.
 7            MR. SCHWEIKERT:  Form.
 8  BY MS. SPRADLIN:
 9       Q.   Do you have any contract between yourself
10  individually and the AMA with --
11       A.   No, I don't.
12       Q.   -- respect to the supercross events?
13       A.   No, I do not.
14       Q.   And at the time of the February 2020 Tampa
15  Supercross event, did you have any contract with the
16  AMA with respect to supercross?
17       A.   No.
18       Q.   And as far as you are aware, did Amy
19  Metiva have any contract with AMA with respect to
20  the supercross events in February of 2020?
21            MR. SCHWEIKERT:  Form.
22            THE DEPONENT:  No.
23  BY MS. SPRADLIN:
24       Q.   As far as you are aware, did Scott Combs
25  have any contract with AMA with respect to the 2020
```

```
 1  Tampa Supercross events?
 2          MR. SCHWEIKERT:  Form.
 3          THE DEPONENT:  No.
 4  BY MS. SPRADLIN:
 5      Q.  As far as you are aware, did Dr. Kennedye
 6  have any contract with AMA with respect to the 2020
 7  Tampa Supercross event?
 8      A.  No.
 9      Q.  And you do not receive any employee
10  benefits, insurance, any pensions, paid time off
11  from AMA?
12      A.  No, I do not.
13      Q.  You do not receive any fringe benefits
14  from AMA either; is that correct?
15      A.  No, I do not.
16      Q.  In terms of the hiring decisions by the
17  Alpinestars Mobile Medical Unit, does AMA have any
18  requirements for who you can and cannot hire or the
19  qualifications or credentials that they need to
20  have?
21      A.  No.
22          MR. SCHWEIKERT:  Form.
23  BY MS. SPRADLIN:
24      Q.  If a rider is down, they've -- they've
25  crashed during a practice session, a qualifier, a
```