# EXHIBIT N

## Page 1

```
 1            UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF FLORIDA
 2                   TAMPA DIVISION
              CASE NO.: 8:22-cv-01295-TPB-CPT
 3
 4
    BRIAN MOREAU,
 5
                Plaintiff,
 6
    vs.
 7
    FELD MOTOR SPORTS, INC.;
 8  THE MEDIC RIG, LLC; AMERICAN
    MOTORCYCLE ASSOCIATION d/b/a
 9  AMERICAN MOTORCYCLIST
    ASSOCIATION; JOHN A. BODNAR,
10  M.D.; JAMES KENNEDYE, M.D.;
    AMY METIVA; and SCOTT COMBS,
11
                Defendants.
12
    ---------------------------/
13
                VIDEOTAPED DEPOSITION OF
14
                     BRIAN MOREAU
15
                    OCTOBER 7, 2024
16
               9:16 a.m. - 3:06 p.m.
17
                   Phelps Dunbar
18             100 South Ashley Drive
                    Suite 2000
19              Tampa, Florida 33602
20
21
22
23  Reported by:   Deborah Lugo, CLR
    Esquire Deposition Solutions - Tampa Office
24  Phone - (813) 221-2535, (800) 838-2814
    Esquire Job No.:  J11752517
25
```

## Page 2

```
 1          APPEARANCES OF COUNSEL
 2  On Behalf of the Plaintiff, BRIAN MOREAU:
 3     MARK ADAM SCHWEIKERT, ESQ.
       Schweikert Law, PLLC
 4     1111 Brickell Avenue
       Suite 1550
 5     Miami, Florida 33131
 6
 7  On Behalf of the Defendant, FELD MOTOR SPORTS,
    INC.:
 8
       DAVID GORDON, ESQ.
 9     Buchanan Ingersoll & Rooney, PC
       700 Alexander Park
10     Suite 300
       Princeton, New Jersey 08540
11
12
    On Behalf of the Defendant, AMERICAN MOTORCYCLE
13  ASSOCIATION d/b/a AMERICAN MOTORCYCLIST ASSOCIATION:
14     CAROLINE SPRADLIN, ESQ.
       A. BRIAN ALBRITTON, ESQ.
15     Phelps Dunbar
       100 South Ashley Drive
16     Suite 2000
       Tampa, Florida 33602
17
18
    On Behalf of the Defendants, THE MEDIC RIG, LLC;
19  JOHN A. BODNER, M.D.; JAMES KENNEDYE, M.D.; AMY
    METIVA; AND SCOTT COMBS:
20
       DAVID O. DOYLE, ESQ.
21     Pearson Doyle Mohre & Pastis, LLP
       901 North Lake Destiny Road
22     Suite 305
       Maitland, Florida 32751
23
24  Also Present:  Brinson Harris, Videographer
                   Alexandra Nixon, French interpreter
25                 Lexy Khella
```

## Page 3

```
 1
                INDEX OF EXAMINATION
 2
 3  WITNESS:  BRIAN MOREAU
 4  EXAMINATION                                 PAGE
 5  By MS. SPRADLIN                                6
    By MR. GORDON                                214
 6  By MR. DOYLE                                 249
    Errata Sheet                                 272
 7  Certificate of Oath                          275
    Certificate of Reporter                      276
 8
 9             INDEX OF EXHIBITS
10  DEFENDANT'S       DESCRIPTION               PAGE
11  Exhibit 47     Plaintiff's Response to
                   Defendant AMA's First
12                 Interrogatories               39
13  Exhibit 48     E-mail chain                  95
14  Exhibit 49     Text messages                120
15
```

## Page 4

1  VIDEOTAPED DEPOSITION OF BRIAN MOREAU
2  OCTOBER 7, 2024
3     THE VIDEOGRAPHER: The time is 9:16 a.m.
4  We're on the record. Today is Monday, October 7,
5  2024.
6     This is the beginning of the video
7  deposition of Brian Moreau taken by the
8  defendants in the matter of Brian Moreau,
9  plaintiff, versus Feld Motor Sports,
10 Incorporated, et. al., defendants, case No.
11 8:22-cv-01295-TPB-CPT, pending before the United
12 States District Court for the Middle District of
13 the Florida, Tampa Division.
14    The deposition is being taken at the Law
15 Offices of Phelps Dunbar, LLP, located at 100
16 South Ashley Drive, Suite 2000, in Tampa,
17 Florida.
18    The interpreter is Alexandra Nixon. The
19 court reporter is Deborah Lugo of Esquire
20 Deposition Solutions located at One North Dale
21 Mabry Highway, suite 350, in Tampa, Florida. My
22 name is Brinson Harris. I'm the videographer.
23    Counsel, will you please introduce
24 yourselves and affiliations beginning with the
25 plaintiff's counsel.



Page 5

1  MR. SCHWEIKERT: Sure. Good morning. My
2  name is Mark Schweikert on behalf of Brian
3  Moreau.
4      MS. SPRADLIN: Good morning. Caroline
5  Spradlin on behalf of American Motorcyclist
6  Association and with me I have my colleague Brian
7  Albritton.
8      MR. DOYLE: David Doyle on behalf of
9  defendants Medic Rig, Dr. Kennedye, Dr. Bodnar,
10 Amy Metiva and Scott Combs.
11     MR. GORDON: David Gordon for the Feld
12 defendants. Here with me is Lexi Khella also on
13 behalf of Feld.
14     THE VIDEOGRAPHER: The interpreter may be
15 sworn.
16 THEREUPON,
17         ALEXANDRA NIXON,
18 the interpreter, was duly sworn to truly and
19 accurately translate from English to French and
20 French to English.
21     THE INTERPRETER: I do.
22 THEREUPON
23         BRIAN MOREAU
24 was called as a witness and, having first been duly
25 sworn, testified through the interpreter, ALEXANDRA

Page 6

1  NIXON, as follows:
2      THE DEPONENT: I do.
3      MS. SPRADLIN: Ready to go? Great.
4          DIRECT EXAMINATION
5  BY MS. SPRADLIN:
6    Q. Good morning, Mr. Moreau. Thank you for
7  being here. As we introduced a moment ago, my name
8  is Caroline Spradlin. I am an attorney here for
9  the defendant American Motorcycle Association, AMA.
10     I understand that we have a French
11 translator here, Ms. Nixon. I know that she was
12 the translator for your previous deposition in this
13 matter. She is here to assist you with your
14 deposition today.
15     I understand that you speak and understand
16 English, correct?
17   A. Yes.
18   Q. So Ms. Nixon is here just to provide
19 assistance. If I ask you any questions that you
20 don't understand, she'll translate those for you.
21 And if you feel in any way that you're not going to
22 be able to express yourself fully in English to
23 respond to my questions, please look to her and
24 she'll translate your answer to me in English.
25     It is -- if you are not a hundred percent

Page 7

1  sure about my question, please have her translate
2  it for you. And if you're not a hundred percent
3  sure about your answer, please have her translate
4  that.
5      If I ask my question to you in English and
6  you respond to me in English, I'm going to assume
7  that you understood my question and that you are
8  responding accurately.
9      Do you agree with that?
10   A. I get it, yes.
11   Q. Fantastic. And I know that you have
12 previously been deposed. I'm just going to quickly
13 run through the basics to make sure as a little
14 refresher.
15     You do remember giving your deposition on
16 January 24th and 25th this year or, I'm sorry --
17 yes, of this year?
18   A. I do.
19   Q. Okay. Did you review that prior testimony
20 in preparation for today?
21   A. Yes, I reviewed it.
22   Q. And we're trying to keep the transcript as
23 clean as possible here. We do have a court
24 reporter who is taking everything down, so be sure
25 to give verbal answers. Don't nod or shake your

Page 8

1  head, uh-uh, uh-huh, and make sure that you speak
2  loudly and clearly so that she can get all of your
3  responses down.
4      Your attorney may object or some of the
5  other counsels here may object to some of my
6  questions today. If they do so, that's just
7  something attorneys are doing to preserve the
8  record. Unless your attorney instructs you
9  specifically not to answer, please answer the
10 question that was posed.
11     And if you don't understand my question,
12 don't answer my question. Let me know that you
13 don't understand. If you do answer the question,
14 I'm going to assume you understand both the English
15 of it and the substance of the question.
16     Is that fair?
17   A. Yeah, it is.
18   Q. All right. And --
19     MR. SCHWEIKERT: Speak up a little bit.
20     Can you hear him okay?
21     MS. SPRADLIN: It's a -- it's a little
22 quiet.
23 BY MS. SPRADLIN:
24   Q. If you could just project a tiny bit and I
25 don't -- I know the microphone is going to the



Page 97

1  waiver of liability and indemnity agreement from
2  the AMA is there.  The next page, The minor's
3  assumption of risks acknowledgement.  The next
4  page, the AMA racing credential terms and
5  conditions, and then documents for the FIM and the
6  FFM.
7       THE INTERPRETER:  Pardon me.  Let me --
8       MS. SPRADLIN:  Oh, your microphone.
9       THE INTERPRETER:  -- help him with them.
10      THE WITNESS:  This one?
11      MR. SCHWEIKERT:  You might be going a
12  little too fast there.
13      MS. SPRADLIN:  Yeah.
14      THE INTERPRETER:  Can we start over?
15      MS. SPRADLIN:  Sure.
16      THE INTERPRETER:  Minor release and release
17  of liability?
18  BY MS. SPRADLIN:
19    Q.  Just going through to see if you recognize
20  the documents that were attached to this e-mail, if
21  you'll flip through those and see if any of those
22  don't look familiar to you.
23      MR. SCHWEIKERT:  I would just point out I
24  think that e-mail ends at Moreau 4410 and then
25  Moreau 4411 appears to be a new e-mail chain.

Page 98

1       MS. SPRADLIN:  It was, I believe, all
2  attached to this document in the way that it was
3  produced.  But if this is a separate --
4       MR. SCHWEIKERT:  Yeah --
5       MS. SPRADLIN:  -- e-mail --
6       MR. SCHWEIKERT:  -- they were combined into
7  one PDF but there are separate e-mails with
8  separate attachments.
9       MS. SPRADLIN:  Got it.  It looked like from
10  the PDF that all of that was part of the Brian
11  Moreau or the Moreau, Brian 2020 docs, so it's --
12      MR. SCHWEIKERT:  That would be my mistake.
13  I apologize for that confusion.
14      MS. SPRADLIN:  Got you.  Okay.
15      So it appears, for the record, that what
16  we're going to attach as Exhibit 48 is going to
17  stop at 4410, so we'll correct that.
18  BY MS. SPRADLIN:
19    Q.  Do you recognize the documents that are
20  attached to what we've marked as Exhibit 48?  Have
21  you seen those before?
22    A.  I know, you know, like to race, you have to
23  sign paperwork.  So I know Shea, you know, brought
24  me paperwork and I had to sign it to ride.  But,
25  you know, as I told you earlier, I'm not really

Page 99

1  into reading and it was not my preoccupation
2  to just --
3       THE COURT REPORTER:  It was not my what?
4       THE INTERPRETER:  Preoccupation.
5    A.  Yeah, to -- to read.  And I was trusting
6  people with who I was.  So she told me I had to
7  sign that for me to be able to race and then I
8  signed it.
9  BY MS. SPRADLIN:
10    Q.  So you signed it so that you would be
11  permitted to participate in the 2020 Supercross; is
12  that correct?
13    A.  Yeah.  They told me to sign paperwork and
14  then she brought me the paperwork, I signed, and
15  then that was it.
16    Q.  So you didn't read the paperwork that you
17  signed?
18    A.  No.  I don't like so much reading.
19    Q.  Did you ask anyone to explain what the
20  paperwork entailed?
21    A.  No.  Again, I was trusting people with who
22  I was.  They told me to sign and then I've signed
23  it for me to be able to race.
24    Q.  Did you understand in connection with
25  signing that paperwork that you had to sign a

Page 100

1  waiver of liability to be permitted to race?
2    A.  No, I just know that I had to sign the
3  paperwork.
4    Q.  And did you have to sign paperwork to be
5  permitted to race in the competitions you
6  participated in in Europe?
7    A.  Yes, I -- also we have to -- to sign
8  paperwork in Europe.  But, again, like, I'm not
9  into paperwork so I trust people with who I am, you
10  know.  Like, I'm coming from France.  They told me
11  to sign that.  She gave me that and then I signed.
12  That's it.
13    Q.  Did you have any expectation that you were
14  not executing a waiver of liability in connection
15  with the paperwork to be able to race?
16      MR. SCHWEIKERT:  Form.
17    A.  No.  Again, as I was saying, like she told
18  me to sign that paperwork and then I've signed it
19  just know that it was for me to race.
20  BY MS. SPRADLIN:
21    Q.  And you understand that motorcycle racing
22  is dangerous, right?
23    A.  All the sports are dangerous.
24    Q.  Sure.  Motorcycling racing is particularly
25  dangerous, right?



Page 149

1  A.  Maybe.
2  Q.  Do you remember participating in the track
3  walk, the press day track walk the day before the
4  event?
5  A.  I do.
6  Q.  And do you remember participating in a
7  track walk the morning of the event before the
8  practice session started?
9  A.  I do.
10  Q.  And you had the opportunity to observe the
11  track and the conditions of the track?
12  A.  I do.
13  Q.  Did you have any concerns about the track?
14  A.  No.
15  Q.  And you didn't bring any concerns because
16  you didn't have any, you didn't talk to anybody
17  about the way that the track was set up?
18  A.  No.
19  Q.  Okay.  And the second point here, second
20  paragraph on this minor's assumption of risk form
21  says, My parents, slash, guardians have explained
22  to me and I understand that there are risks and
23  dangers associated with participation in the events
24  and admission within the restricted area that could
25  cause severe bodily injury, disability and death.

Page 150

1      Do you see that?
2  A.  I do.
3  Q.  And you understood that there were risks
4  and dangers associated with participating in the
5  2020 Supercross, right?
6      MR. SCHWEIKERT:  Form.
7  A.  There is risk everywhere, you know.  It's
8  not participating at Supercross that make it more
9  dangerous than going on races in GP in Europe.
10  BY MS. SPRADLIN:
11  Q.  It's not more -- you're saying Supercross
12  is not more dangerous than other motorcycle races?
13  A.  It's the same sport, you know, so --
14  Q.  But motorcycle racing in general is
15  dangerous, right?
16  A.  It's a dangerous sport but as everything,
17  you know.
18  Q.  And then the third point it says, My
19  parents, slash, guardians have explained to me and
20  I understand that these risks and dangers may be
21  caused by my own actions or inactions, the actions
22  are inactions of others participating in the
23  events, the rules of the events, the condition and
24  layout of the premises and equipment, or the
25  negligence of others, including those persons

Page 151

1  responsible for conducting the events.
2      Do you see that?
3  A.  I do.
4  Q.  Okay.  And do you -- did anyone explain to
5  you the risks and dangers associated with
6  motorcycle racing?
7  A.  No.  We all know the risk.  Like it's a
8  tough sport.  But, no, I mean, this is just the
9  only thing I love to do racing dirt bike and I was
10  just not thinking about the risk.
11  Q.  So is it fair to say to say that after
12  eleven plus years of competing in motorcycle races
13  you understood the risks and the dangers of
14  motorcycle racing?
15      MR. SCHWEIKERT:  Form.
16      THE WITNESS:  Can you help me?
17  A.  Again, it's a dangerous sport, but, you
18  know, we're not thinking about it if not we would
19  not keep on doing it so this is not something I was
20  thinking about.
21  BY MS. SPRADLIN:
22  Q.  And then it says, I have read the above
23  assumption of risk acknowledgement, understand what
24  I have read, and sign it voluntarily.
25      Do you see that?

Page 152

1  A.  Yeah.
2  Q.  And that's your signature right below,
3  right?
4  A.  Yes.
5  Q.  And the date on that is 11/22/2019, which,
6  again, to switch it from what you're used to
7  November 22nd of 2019; is that right?
8  A.  Okay.
9  Q.  And then below it looks like Tyler Keefe
10  signed and circled guardian.
11      Do you see that?
12  A.  Yes.
13  Q.  And you understood he was signing as your
14  guardian because he filled that out and circled
15  guardian on this page?
16      MR. SCHWEIKERT:  Form.
17  A.  No, I don't know.  I don't know.  I mean,
18  again, like just the paperwork and I don't know he
19  had to sign and then I just signed what I had to do
20  and he don't ask for anything.
21  BY MS. SPRADLIN:
22  Q.  Okay.  We'll go to the next page stamped
23  Moreau 1167.
24      Do you see at the top it's titled AMA
25  Racing, Credential Terms and Conditions?  Do you

