# EXHIBIT O

```
              UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF FLORIDA
                    TAMPA DIVISION

            CASE NO.: 8:22-CV-01295-TPB-CPT


BRIAN MOREAU,

     Plaintiff,

     -vs-

FELD MOTOR SPORTS, INC., et al.,

     Defendants.
_____/


            Buchanan Ingersoll & Rooney, P.C.
              401 East Jackson, Suite 2400
                  Tampa, Florida 33602

                Tuesday, March 25, 2025
                9:11 a.m. to 5:45 p.m.


                 VIDEOTAPED DEPOSITION OF


                     DAVID L. PRATER
```

       Taken before Jennifer Cope, Court Reporter, a Notary Public for the State of Florida at Large, pursuant to Notice of Videotaped Deposition filed in the above-styled cause.

1    Defendants The Medic Rig, LLC, Dr. Bodnar,
2    Dr. Kennedye, Amy Mativa, and Scott Combs.
3                  DAVID L. PRATER,
4    having been first duly sworn and responding,
5    "I do," was examined and testified as follows:
6         THE REPORTER:  You can put your hand down now.
7         Counsel, you may proceed.
8                  DIRECT EXAMINATION
9  BY MR. SCHWEIKERT:
10   Q.   Good morning, sir.
11   A.   Good morning.
12   Q.   Could you please state your full legal name
13 for the record.
14   A.   David Lloyd Prater.
15   Q.   And where are you currently employed?
16   A.   Feld Motor Sports.
17   Q.   Have you ever had your deposition taken
18 before?
19   A.   Yes.
20   Q.   What was that in connection with?
21   A.   In connection with a -- in a Monster Jam event
22 in 2000, I believe, and another time when I was a
23 teenager in an automobile accident.
24   Q.   What was the Monster Jam event case about if
25 you can recall?

1  A. It means that we physically create the physical
2  hard card credential. It's split into two different
3  groups. So there are Feld Sports Motor Sports and the
4  credentials that we issue to television staff,
5  operations crew, sponsors, and so on, everyone outside
6  of competition.
7    And then the AMA would issue the athletes, race
8  teams, OEM personnel, any individual that is on the
9  competition side. The AMA would take all of that
10 information in. They would send us a list and then we
11 would physically print the credentials. And once those
12 are printed, give them back to the AMA to distribute to
13 those individuals.
14  Q. And those individuals would need a credential
15 to access and participate in the 2020 Tampa Supercross,
16 right?
17  A. Correct.
18  Q. If we go to the next page, 22, at the top
19 there's a Subsection 4 entitled Emergency Medical
20 Support.
21  A. Uh-huh.
22  Q. Do you see that?
23  A. I do.
24  Q. And I'm going to read the first sentence into
25 the record. Quote, "FMS agrees to arrange for an

1  A.  We did have the mobile medic unit at Supercross
2  Futures events, so, again, I assume these protocols are
3  just to inform the paramedics of the potential risk and
4  injuries during a Supercross Futures event.
5      MR. SCHWEIKERT:  Well, I think subject to my
6    right to follow up, if there's additional
7    questions, I will tender Mr. Prater.
8      MS. JANKOWSKI:  Okay.  Anyone want to ask some
9    questions?
10      MR. DOYLE:  I have no questions.
11      MS. SPRADLIN:  I have just a couple for you,
12    Mr. Prater.
13               CROSS-EXAMINATION
14  BY MS. SPRADLIN:
15  Q.  And I introduced myself earlier.  I'm Carline
16  Spradlin.  I'm here on behalf of the AMA.
17      At Supercross events, including during the 2020
18  season, is there a restricted area that spectators are
19  not allowed to enter?
20  A.  There is.  There are -- so the paddock is
21  restricted typically from the hours prior to 12:00 noon
22  and after 6:00 p.m.  And then anything interior, meaning
23  the service corridor, the tunnels, the stadium floor
24  would be prohibited by general spectators.
25  Q.  And that would include the racetrack?

```
 1      A.   That would include the racetrack.
 2      Q.   And how -- does Feld have any responsibility
 3 for ensuring that spectators are not allowed to access
 4 those areas?
 5      A.   Feld does have responsibility to ensure
 6 spectators do not access those areas.
 7      Q.   And how does Feld ensure that spectators are
 8 not able to access those areas?
 9      A.   Well, we create credential boards.  We create
10 the credentials that we spoke about earlier.  We have a
11 security company that we contract, Ingress Security.
12 There are four individuals that travel with us.  And
13 then we also contract either through the venue or
14 through the local security company local security
15 personnel to man those access points where restricted
16 areas can be accessed.
17      Q.   And in -- is there signage that designates
18 what is a non-spectator or restricted access area at the
19 Supercross events, including at Tampa 2020?
20      A.   There is, yes.
21      Q.   And does that signage read "non-spectator
22 area" or some similar verbiage?
23      A.   Something similar.  It would -- as I recall,
24 read "credential access only" or "credential access."
25      Q.   And are those signs that designate non-
```

```
 1   spectator areas displayed at any entrances that people
 2   could access to the non-spectator areas?
 3       A.   Yes, they should be displayed at all entrances
 4   where there are entrances to non-spectator access -- in
 5   areas.
 6       Q.   And at the stadiums where Supercross is
 7   typically held, there are -- we discussed earlier today
 8   that there's the tarping that's laid over the first
 9   areas of the seating to prevent people from accessing
10   the floor from those directions.  So when we speak about
11   access points to, for instance, the stadium floor, that
12   would be the tunnels coming into the stadium floor; is
13   that correct?
14       A.   Correct.
15            MR. DOYLE:  Form.
16       Q.   And in order to be able to access you said
17   there are other credential boards, so any individuals
18   that would be -- have access to the non-spectator areas
19   would need to have the credentials; is that correct?
20       A.   Correct.
21       Q.   And in order to obtain a credential,
22   individuals have to sign certain documentation; is that
23   correct?
24       A.   Yes.  In 2020 individuals would have to sign
25   an AMA release or waiver, as well as a Feld Motor Sports
```

```
 1  release or waiver.
 2      Q.  And we spoke earlier about press day that
 3  occurs the day before a Supercross event.  Do you
 4  remember that?
 5      A.  I do.
 6      Q.  And I believe you testified that you did not
 7  attend the Tampa press day on February 14th, 2020?
 8      A.  Correct, I do not believe I attended press
 9  day.
10      Q.  Do you ever attend press day events?
11      A.  I do from time to time, but not often.
12      Q.  You're generally familiar with what occurs
13  during a press day; is that correct?
14      A.  Yes.
15      Q.  And in the documentation that you just
16  mentioned that individuals have to sign to obtain their
17  credential, are you aware that there are certain grants
18  by those individuals of promotional or production
19  rights?
20      A.  Yes.
21      Q.  And at press day is the purpose of press day
22  to allow media to take photographs and videos of --
23  among other things, of competitors to promote Supercross
24  events?
25      A.  Yes.
```