# EXHIBIT P



AMA_000480



AMA_000481



AMA_000482



AMA_000483