# EXHIBIT S

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRIAN MOREAU,

    Plaintiff,

v.                                                                         CASE NO. 8:22-cv-01295-TPB-CPT

FELD MOTOR SPORTS, INC. *et al.*,

    Defendants.

_____/

## DECLARATION OF MICHAEL PELLETIER IN SUPPORT OF DEFENDANT AMA'S MOTION FOR SUMMARY JUDGMENT

I, Michael Pelletier, declare as follows:

1. I am an adult (more than 21 years of age) resident of New Albany, Ohio. I have personal, first-hand knowledge of the matters discussed in this Declaration in Support of Defendant American Motorcycle Association d/b/a American Motorcyclist Association's ("AMA") contemporaneously filed Motion for Summary Judgment (the "Motion"), and I am otherwise competent to testify regarding same.

2. I am currently the Director of Racing for the American Motorcycle Association d/b/a American Motorcyclist Association ("AMA"). I have been employed by AMA since 2015.

3. In 2020, I served as AMA's Supercross Manager and Clerk of Course for the 2020 Monster Energy AMA Supercross season (the "2020 Supercross").

4. I personally attend all AMA Supercross events, and I attended the 2020 Supercross event held in Tampa, Florida at Raymond James Stadium on February 15, 2020 (the "Tampa Supercross").

PD.49164025.1

5. Through my position with AMA, I am familiar with AMA's business practices and records, including AMA's cooperation and coordination with both Feld Motor Sports, Inc. ("FMS") and The Medic Rig, LLC ("Medic Rig") as relates to how the 2020 Supercross season was conducted and put on.

6. The AMA is the national sanctioning body for Supercross competitions, and it was the sanctioning body for the 250SX class for the Tampa Supercross, with the international sanctioning body, the Federation Internationale de Motocyclisme ("FIM"), sanctioning the 450SX class for the Tampa Supercross.

7. John Gallagher served as the AMA Race Director for the 250SX class in which Plaintiff Brian Moreau competed, and, pursuant to a sanctioning agreement between FMS and FIM, Mr. Gallagher also served as the FIM Race Director for the 450SX class.

8. FMS was the promoter of the 2020 Supercross, including the Tampa Supercross.

9. At Raymond James Stadium where the Tampa Supercross was held, the racetrack was located on the field in a non-spectator area closed to the general public and that could be entered and accessed only by individuals holding and displaying a Supercross credential.

10. To gain access to any non-spectator area at the Tampa Supercross, the person seeking access was required to have previously obtained a Supercross credential by executing multiple releases/waivers of liability that acknowledged the risks and

dangers of participating in the 2020 Supercross and that further assumed such risks, including the risk of "negligent rescue operations."

11. To obtain a credential, every participant in the 2020 Supercross, including the Tampa Supercross, was required to execute a 2019-2020 Adult Feld Motor Sports All-Event Release, Waiver, and Indemnity Agreement, which contained waivers and releases of liability in favor of FMS and "its…employees and those in privity with them including, without limitation, any…racing associations, sanctioning organizations… rescue personnel, trauma doctors and other medical personnel, any persons in any Restricted Area, promoters… and each of them, their directors, officers, agents and employees."

12. Additionally, to obtain a credential, every participant in the 2020 Supercross, including the Tampa Supercross, was required to execute an AMA Racing Credential Terms and Conditions, which contained an acknowledgement and assumption of risk and waiver of "any and all claims for personal property damage, injury, or death against AMA or any of their respective directors, officers, employees or agents."

13. Further, to obtain a credential to compete in the 2020 Supercross, including the Tampa Supercross, every rider was required to execute an AMA Release and Waiver of Liability and Assumption of Risk, which form varied depending on whether the rider was a minor or an adult.

14. Access to the nonspectator area of the Tampa Supercross was regulated and restricted by various means, including via:

    a. the requirement that every individual have and display a valid credential to enter;

    b. the use of credential boards as displayed on the attached **Exhibit 1**;

    c. security personnel hired by FMS, stationed at every point at which spectators could gain entrance to the nonspectator area, who confirmed each individual was properly credentialed before being allowed entry;

    d. posted signage designating the nonspectator area with font at least 4 inches high, displayed at each entrance to the nonspectator area;

    e. physical barriers to entry on the stadium floor by means of the walls and railings permanently installed separating the spectator seating from the floor, as well as specially installed tarping blocking access to the lower rows of seating for safety and security purposes; and

    f. any and all other measures necessary to ensure compliance with §549.09, *Florida Statutes*.

15. AMA did not contract with Medic Rig relating to the 2020 Supercross season, for any purpose, including for the provision of medical services.

16. AMA has never employed or entered into any employment agreements with any individuals employed by Medic Rig, including Defendants Dr. John Bodnar, Dr. James Kennedye, Amy Metiva, or Scott Combs.

17. AMA did not direct, supervise, manage, or otherwise control the actions of Medic Rig or any of its employees, agents, crewmembers, independent contractors, or other staff in any way relating to the Tampa Supercross.

18. AMA had no right to and never participated in any staffing functions or decisions relating to the Medic Rig, including selecting, vetting, hiring, evaluating, firing, or in any other way overseeing or supervising any individual employed or

contracted by Medic Rig for the 2020 Supercross season, including during the Tampa Supercross.

19. Likewise, AMA did not employ or enter into any employment agreements with individuals who either were employed by or had contracted with FMS.

20. AMA did not direct, supervise, manage, or otherwise control the actions of FMS or any of its employees, agents, independent contractors, or other staff in any way relating to the Tampa Supercross.

21. AMA had no right to participate, and never participated, in any staffing functions or decisions relating to FMS, including compensating, selecting, vetting, hiring, evaluating, firing or in any other way overseeing or supervising any individual employed or contracted by FMS for the 2020 Supercross season, including during the Tampa Supercross.

22. For the 2020 Supercross season, AMA did not require FMS or Medic Rig to use any logo or trademark of AMA.

23. The "Track Safety Supervisor" is a position held by an employee of FMS and had no authority to call for a red flag during the Tampa Supercross or at any other time.

24. The excerpts of the Second Amended and Restated Supercross Sanctioning Agreement Dated July 1, 2019, between Feld Motorsports Inc. and The American Motorcyclist Association, previously marked Deposition Exhibit 131, and

attached to the Motion as "Exhibit A," is a true and correct copy of the excerpts of said agreement.

25. The document attached as "Exhibit P" to the Motion is a true and correct copy of the 2020 Supercross Season Registration page for Plaintiff that depicts his AMA rider profile, including the status of the 250SX license issued to him by AMA. This document is a true and correct screenshot of Plaintiff's online profile, was made at or near the time of its creation using information provided by an AMA representative with knowledge of its contents, has been kept and maintained by AMA in the course of AMA's regularly business activity, which business activity includes as a regular practice the making of such profiles.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 17, 2025

*Michael Pelletier*

Michael Pelletier

# EXHIBIT 1

# Credential Board

EXHIBIT 3
DEPONENT NAME: D. Bodner
DATE: 8/5/24

**TAMPA SUPERCROSS**
**TAMPA, FL**
**FEBRUARY 15, 2020**

## PIT ACCESS — FanFest Only SAMPLE
ACCESS IN THE PITS "FAN FEST" ONLY - Day Glow Green

## Local Crew — LOCAL CREW SAMPLE
INDUSTRY SEATING, FAN FEST, TRACK (AT ALLOTED TIMES) – Grape

## Mechanic band — SAMPLE
Raymond James Stadium – February 15, 2020
INDUSTRY SEATING, FAN FEST, TRACK (AT ALLOTED TIMES) – Black Hologram

## Industry Band — SAMPLE
Raymond James Stadium - February 15, 2020
INDUSTRY SEATING, FAN FEST, TRACK (AT ALLOTED TIMES) – Red Hologram

## TRACK WALK — 16
Track Walk Sticker to be affixed to event credential – Yellow

FAN FEST Access Sticker to be affixed to event Ticket – Translucent Metallic #16
INDUSTRY SEATING and FAN FEST

## ALL ACCESS
VALID AT ALL TIMES WHERE FELD STAFF IS PERMITTED
CAN ESCORT — CAN ESCORT
2020 ALL ACCESS — CANNOT ESCORT
SAMPLE — 2020 ALL ACCESS SAMPLE
ALL ACCESS MOTORSPORTS 2020 ESCORT

## INDUSTRY CREDENTIALS — NO ESCORT

PC
MONSTER ENERGY SUPERCROSS — First Name Last Name — SX 2020 SAMPLE
INDUSTRY CREDENTIALS

## Media Pass/Credential — NO ESCORT
SATURDAY MEDIA SAMPLE — TAMPA FL 2020
Working Media
Pits, track (with vest), and press box – valid only on Saturday starting at 11am

## VIP — NO ESCORT
VIP TAMPA FL — RAYMOND JAMES STADIUM FEBRUARY 15, 2020 — MONSTER SUPERCROSS SAMPLE
Tampa VIP
Industry Seating, Paddock, Pressbox

# Credential Board

**TAMPA SUPERCROSS — TAMPA, FL — FEBRUARY 15, 2020**

## Vests NO ESCORT





TV Crew Polo - GRAY
Used in conjunction with credential. Allows access to the pits, and track.

Black Vests White #s
Used in conjunction with credential. Allows access to the pits, and track.

## TRACK WALK Credentials NO ESCORT



LATE TRACK WALK — 4:55 PM



EARLY TRACK WALK — 2:40 PM



Orange Bib with #s
They will have a designating patch affixed to Back & Front designated the area they are allowed in. (See to Right)

 FAN FEST FILMING
 FAN FEST FILMING
 PODIUM
PODIUM



PRESS CORPS allowed on rider's track walk with black VEST with white numbers



Factory Filming Sticker

FMS_INC_0000707

CONFIDENTIAL