# EXHIBIT U

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

BRIAN MOREAU,

     Plaintiff,

v.                                                    CASE NO. 8:22-cv-01295-TPB-CPT

FELD MOTOR SPORTS, INC.;
THE MEDIC RIG, LLC;
AMERICAN MOTORCYCLE
ASSOCIATION d/b/a AMERICAN
MOTORCYCLIST ASSOCIATION;
JOHN A. BODNAR, M.D.;
JAMES KENNEDYE, M.D.;
AMY METIVA; and SCOTT COMBS,

     Defendants.

_____/

### DEFENDANT, JOHN BODNAR, M.D.'S, RESPONSE TO AMERICAN MOTORCYCLE ASSOCIATION D/B/A AMERICAN MOTORCYCLIST ASSOCIATION'S, FIRST REQUESTS FOR ADMISSION

Defendant, JOHN BODNAR, M.D., pursuant to Rules 26 and 36 of the *Federal Rules of Civil Procedure,* files his Response to Defendant, American Motorcycle Association d/b/a American Motorcyclist Association's, First Requests for Admission, served on January 27, 2025, as follows:

## REQUESTS FOR ADMISSION

1.      Admit that no employment agreement existed between You and AMA for the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

2.      Admit that no employment agreement existed between You and AMA for the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

3.      Admit that no subcontract agreement existed between You and AMA for the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

4.      Admit that no subcontract agreement existed between You and AMA for the 2020 Tampa Event.

**RESPONSE**:

**Admitted.**

5.      Admit that You did not execute the AMA RACING CREDENTIAL TERMS AND CONDITIONS for the 2020 Supercross Season, a blank copy of which was previously marked as "Exhibit 4" and shown to You during Your deposition.

**RESPONSE:**

**Admitted.**

7.    Admit that You have never been employed by AMA.

**RESPONSE:**

**Admitted.**

8.    Admit that during the 2020 Supercross Season, You provided medical services under a subcontract services agreement with Medic Rig, a true and correct copy of which was marked as Exhibit 39 to Your deposition.

**RESPONSE:**

**Admitted as to Exhibit 6 of my deposition.**

9.    Admit that, in connection with the services that You rendered at the 2020 Tampa Event, You provided medical services under a subcontract services agreement with Medic Rig, a true and correct copy of which was marked as Exhibit 39 to Your deposition.

**RESPONSE:**

**Admitted as to Exhibit 6 of my deposition.**

10.    Admit that AMA did not select You or participate in Your selection as a crewmember for Medic Rig for the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

11.    Admit that AMA did not select You to be a crewmember of Medic Rig for the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

12.    Admit that AMA has never prohibited You from providing medical

3

services on behalf of any other organization.

**RESPONSE:**

**Admitted.**

13.    Admit that AMA did not provide You with compensation or benefits for Your services rendered during the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

14.    Admit that AMA did not provide You with compensation or benefits for Your services rendered at the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

15.    Admit that AMA did not reimburse You for any expenses related to the services that You rendered during the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

16.    Admit that AMA did not reimburse You for any expenses related to the services that You rendered at the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

17.    Admit that AMA did not give You any type of instruction during the 2020 Supercross Season related to the medical services that You performed during the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

18.     Admit that AMA did not give You any type of instruction at the 2020
Tampa Event related to the medical services that You performed at the 2020 Tampa
Event.

**RESPONSE:**

**Admitted.**

20.     Admit that AMA did not participate in the patient evaluation of any
injured rider during the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

21.     Admit that AMA did not participate in the patient evaluation of Plaintiff
at the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

22.     Admit that AMA did not participate in any patient treatment of Plaintiff
at the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

23.     Admit that AMA did not provide any medical training to You in
connection with the 2020 Supercross Season.

**RESPONSE:**

24.    Admit that AMA did not provide medical training to You in connection with the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

25.    Admit that AMA did not supervise the medical services that You performed during the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

26.    Admit that AMA did not supervise the medical services that You performed at the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

27.    Admit that AMA did not direct You on how to supervise the medical services provided to any rider injured during the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

28.    Admit that AMA did not direct You on how to supervise the medical services to any rider injured at the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

29.    Admit that AMA did not direct which other crewmembers or volunteers of Medic Rig would work with You during the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

30.     Admit that AMA did not direct which other crewmembers or volunteers of Medic Rig would work with You at the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

31.     Admit that AMA did not prepare a performance evaluation related to Your services for the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

32.     Admit that AMA did not prepare a performance evaluation related to Your services for the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

33.     Admit that AMA did not direct what medical equipment and gear to use in the performance of Your services during the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

34.     Admit that AMA did not direct what medical equipment and gear to use in the performance of Your services at the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

35.     Admit that AMA did not provide the medical equipment and/or gear that You used in the performance of Your services during the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

36.     Admit that AMA did not provide the medical equipment and/or gear that You used in the performance of Your services at the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

37.     Admit that AMA did not provide the clothing, protective gear, or communication devices that You wore during the performance of Your services during the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

38.     Admit that AMA did not provide the clothing, protective gear, or communication devices that You wore during the performance of Your services at the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 26, 2025, I served the foregoing

document to all counsel or parties of record.

*/s/ David O. Doyle, Jr.*

**DAVID O. DOYLE, JR., ESQUIRE**
Florida Bar No. 0084964
**TONI P. TUROCY, ESQUIRE**
Florida Bar No. 0121709
**BETHANY W. NDUKA, ESQUIRE**
Florida Bar No. 1022888
Pearson Doyle Mohre & Pastis, LLP
901 North Lake Destiny Road, Suite 305
Maitland, FL 32751
Tel. (407) 647-0090
Fax. (407) 647-0092
Primary E-mails:    ddoyle@pdmplaw.com
                    tturocy@pdmplaw.com
                    bnduka@pdmplaw.com
Additional E-mails: jpreston@pdmplaw.com
                    kiddings@pdmplaw.com
                    smaisonave@pdmplaw.com
Attorneys for Defendants, The Medic Rig, LLC,
John A. Bodnar, M.D., James Kennedye, M.D.,
Amy Metiva, and Scott Combs

**SERVICE LIST**

| | |
|---|---|
| **Mark Adam Schweikert**<br>Schweikert Law, PLLC<br>1111 Brickell Avenue, Suite 1550<br>Miami, FL 33131<br>mark@schweikertlaw.com | Lead Attorney for Plaintiff |
| **Jason Beau Giller**<br>Jason B. Giller, P.A.<br>1111 Brickell Avenue, Suite 1550<br>Miami, FL 33131<br>jason@gillerpa.com<br>file@gillerpa.com | Attorney for Plaintiff |
| **Javier F. Micheo-Marcial**<br>DMR Law LLC<br>Guaynabo<br>Centro Internacional de Mercadeo<br>Torre 1, Suite 402<br>Guaynabo, PR 00968<br>javier.micheo@dmralaw.com | Attorney for Plaintiff |
| **Juan Carlos Ramos-Rosado**<br>DMR Law LLC<br>701 Brickell Avenue, Suite 200<br>Miami, FL 33131<br>juan.ramos@dmralaw.com<br>nathalie.bovadilla@dmralaw.com | Attorney for Plaintiff |
| **Manuel A. Franco**<br>DMR Law LLC<br>1111 Brickell Ave. Suite 1550<br>Miami, FL 33131<br>Manuel.franco@dmralaw.com<br>nathalie.bovadilla@dmralaw.com | Attorney for Plaintiff |
| **Maria A. Dominguez**<br>DMR LAW LLC<br>Sabadell Financial Center<br>1111 Brickell Avenue., Suite 1550 | Attorney for Plaintiff |

| | |
|---|---|
| Miami, FL 33131<br>maria.dominguez@dmralaw.com<br>elizabeth.santana@dmralaw.com | |
| **Gretchen L. Jankowski**<br>Buchanan Ingersoll & Rooney, PC<br>Union Trust Building<br>501 Grant Street, Suite 200<br>Pittsburgh, PA 15219<br>gretchen.jankowski@bipc.com | Lead Attorney for Feld Motor Sports, Inc. |
| **David Gordon**<br>Buchanan Ingersoll & Rooney, PC<br>700 Alexander Park, Suite 300<br>Princeton, NJ 08540-6340<br>david.gordon@bipc.com | Attorney for Feld Entertainment, Inc. and Feld Motor Sports, Inc. |
| **Richard G. Salazar**<br>Buchanan Ingersoll & Rooney, PC<br>401 East Jackson Street, Suite 2400<br>Tampa, FL 33602<br>Richard.salazar@bipc.com | Attorney for Feld Motor Sports, Inc. |
| **Matthew C. Pilsner**<br>Buchanan Ingersoll & Rooney, PC<br>Union Trust Building<br>501 Grant Street, Suite 200<br>Pittsburgh, PA 15219<br>Matthew.pilsner@bipc.com | Attorney for Feld Motor Sports, Inc. |
| **Michael S. Hooker**<br>**Caroline Catchpole Spradlin**<br>**A. Brian Albritton**<br>Phelps Dunbar LLP<br>100 South Ashley Drive, Suite 2000<br>Tampa, FL 33602-5311<br>michael.hooker@phelps.com<br>caroline.spradlin@phelps.com<br>brian.albritton@phelps.com<br>fransheska.reyes@phelps.com<br>alison.work@phelps.com | Attorneys for American Motorcyclist Association |

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

BRIAN MOREAU,

     Plaintiff,

v.                                    CASE NO. 8:22-cv-01295-TPB-CPT

FELD MOTOR SPORTS, INC.;
THE MEDIC RIG, LLC;
AMERICAN MOTORCYCLE
ASSOCIATION d/b/a AMERICAN
MOTORCYCLIST ASSOCIATION;
JOHN A. BODNAR, M.D.;
JAMES KENNEDYE, M.D.;
AMY METIVA; and SCOTT COMBS,

     Defendants.

_____/

### DEFENDANT, JAMES KENNEDYE, M.D.S', RESPONSE TO AMERICAN MOTORCYCLE ASSOCIATION D/B/A AMERICAN MOTORCYCLIST ASSOCIATION'S, FIRST REQUESTS FOR ADMISSION

Defendant, JAMES KENNEDYE, M.D., pursuant to Rules 26 and 36 of the *Federal Rules of Civil Procedure,* files his Response to Defendant, American Motorcycle Association d/b/a American Motorcyclist Association's, First Requests for Admission, served on January 27, 2025, as follows:

## REQUESTS FOR ADMISSION

1.      Admit that no employment agreement existed between You and AMA for the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

2.      Admit that no employment agreement existed between You and AMA for the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

3.      Admit that no subcontract agreement existed between You and AMA for the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

4.      Admit that no subcontract agreement existed between You and AMA for the 2020 Tampa Event.

**RESPONSE**:

**Admitted.**

5.      Admit that You did not execute the AMA RACING CREDENTIAL TERMS AND CONDITIONS for the 2020 Supercross Season, a blank copy of which was previously marked as "Exhibit 4" and shown to You during Your deposition.

**RESPONSE:**

**Admitted.**

7.    Admit that You have never been employed by AMA.

**RESPONSE:**

**Admitted.**

8.    Admit that during the 2020 Supercross Season, You provided medical services under a subcontract services agreement with Medic Rig, a true and correct copy of which was marked as Exhibit 39 to Your deposition.

**RESPONSE:**

**Admitted.**

9.    Admit that, in connection with the services that You rendered at the 2020 Tampa Event, You provided medical services under a subcontract services agreement with Medic Rig, a true and correct copy of which was marked as Exhibit 39 to Your deposition.

**RESPONSE:**

**Admitted.**

10.    Admit that AMA did not select You or participate in Your selection as a crewmember for Medic Rig for the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

11.    Admit that AMA did not select You to be a crewmember of Medic Rig for the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

12.    Admit that AMA has never prohibited You from providing medical services on behalf of any other organization.

**RESPONSE:**

**Admitted.**

13.    Admit that AMA did not provide You with compensation or benefits for Your services rendered during the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

14.    Admit that AMA did not provide You with compensation or benefits for Your services rendered at the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

15.    Admit that AMA did not reimburse You for any expenses related to the services that You rendered during the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

16.    Admit that AMA did not reimburse You for any expenses related to the services that You rendered at the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

17.    Admit that AMA did not give You any type of instruction during the 2020 Supercross Season related to the medical services that You performed during the

2020 Supercross Season.

**RESPONSE:**

**Admitted.**

18.     Admit that AMA did not give You any type of instruction at the 2020
Tampa Event related to the medical services that You performed at the 2020 Tampa
Event.

**RESPONSE:**

**Admitted.**

20.     Admit that AMA did not participate in the patient evaluation of any
injured rider during the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

21.     Admit that AMA did not participate in the patient evaluation of Plaintiff
at the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

22.     Admit that AMA did not participate in any patient treatment of Plaintiff
at the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

23.     Admit that AMA did not provide any medical training to You in
connection with the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

24.    Admit that AMA did not provide medical training to You in connection with the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

25.    Admit that AMA did not supervise the medical services that You performed during the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

26.    Admit that AMA did not supervise the medical services that You performed at the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

27.    Admit that AMA did not direct You on how to supervise the medical services provided to any rider injured during the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

28.    Admit that AMA did not direct You on how to supervise the medical services to any rider injured at the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

29.    Admit that AMA did not direct which other crewmembers or volunteers

of Medic Rig would work with You during the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

30.    Admit that AMA did not direct which other crewmembers or volunteers of Medic Rig would work with You at the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

31.    Admit that AMA did not prepare a performance evaluation related to Your services for the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

32.    Admit that AMA did not prepare a performance evaluation related to Your services for the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

33.    Admit that AMA did not direct what medical equipment and gear to use in the performance of Your services during the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

34.    Admit that AMA did not direct what medical equipment and gear to use in the performance of Your services at the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

7

35.    Admit that AMA did not provide the medical equipment and/or gear that You used in the performance of Your services during the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

36.    Admit that AMA did not provide the medical equipment and/or gear that You used in the performance of Your services at the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

37.    Admit that AMA did not provide the clothing, protective gear, or communication devices that You wore during the performance of Your services during the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

38.    Admit that AMA did not provide the clothing, protective gear, or communication devices that You wore during the performance of Your services at the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 26, 2025, I served the foregoing document to all counsel or parties of record.

*/s/ David O. Doyle, Jr.*
**DAVID O. DOYLE, JR., ESQUIRE**
Florida Bar No. 0084964
**TONI P. TUROCY, ESQUIRE**
Florida Bar No. 0121709
**BETHANY W. NDUKA, ESQUIRE**
Florida Bar No. 1022888
Pearson Doyle Mohre & Pastis, LLP
901 North Lake Destiny Road, Suite 305
Maitland, FL 32751
Tel. (407) 647-0090
Fax. (407) 647-0092
Primary E-mails:     ddoyle@pdmplaw.com
                     tturocy@pdmplaw.com
                     bnduka@pdmplaw.com
Additional E-mails: jpreston@pdmplaw.com
                     kiddings@pdmplaw.com
                     smaisonave@pdmplaw.com
Attorneys for Defendants, The Medic Rig, LLC,
John A. Bodnar, M.D., James Kennedye, M.D.,
Amy Metiva, and Scott Combs

**SERVICE LIST**

| | |
|---|---|
| **Mark Adam Schweikert**<br>Schweikert Law, PLLC<br>1111 Brickell Avenue, Suite 1550<br>Miami, FL 33131<br>mark@schweikertlaw.com | Lead Attorney for Plaintiff |
| **Jason Beau Giller**<br>Jason B. Giller, P.A.<br>1111 Brickell Avenue, Suite 1550<br>Miami, FL 33131<br>jason@gillerpa.com<br>file@gillerpa.com | Attorney for Plaintiff |
| **Javier F. Micheo-Marcial**<br>DMR Law LLC<br>Guaynabo<br>Centro Internacional de Mercadeo<br>Torre 1, Suite 402<br>Guaynabo, PR 00968<br>javier.micheo@dmralaw.com | Attorney for Plaintiff |
| **Juan Carlos Ramos-Rosado**<br>DMR Law LLC<br>701 Brickell Avenue, Suite 200<br>Miami, FL 33131<br>juan.ramos@dmralaw.com<br>nathalie.bovadilla@dmralaw.com | Attorney for Plaintiff |
| **Manuel A. Franco**<br>DMR Law LLC<br>1111 Brickell Ave. Suite 1550<br>Miami, FL 33131<br>Manuel.franco@dmralaw.com<br>nathalie.bovadilla@dmralaw.com | Attorney for Plaintiff |
| **Maria A. Dominguez**<br>DMR LAW LLC<br>Sabadell Financial Center<br>1111 Brickell Avenue., Suite 1550<br>Miami, FL 33131 | Attorney for Plaintiff |

| | |
|---|---|
| maria.dominguez@dmralaw.com<br>elizabeth.santana@dmralaw.com | |
| **Gretchen L. Jankowski**<br>Buchanan Ingersoll & Rooney, PC<br>Union Trust Building<br>501 Grant Street, Suite 200<br>Pittsburgh, PA 15219<br>gretchen.jankowski@bipc.com | Lead Attorney for Feld Motor Sports, Inc. |
| **David Gordon**<br>Buchanan Ingersoll & Rooney, PC<br>700 Alexander Park, Suite 300<br>Princeton, NJ 08540-6340<br>david.gordon@bipc.com | Attorney for Feld Entertainment, Inc. and Feld Motor Sports, Inc. |
| **Richard G. Salazar**<br>Buchanan Ingersoll & Rooney, PC<br>401 East Jackson Street, Suite 2400<br>Tampa, FL 33602<br>Richard.salazar@bipc.com | Attorney for Feld Motor Sports, Inc. |
| **Matthew C. Pilsner**<br>Buchanan Ingersoll & Rooney, PC<br>Union Trust Building<br>501 Grant Street, Suite 200<br>Pittsburgh, PA 15219<br>Matthew.pilsner@bipc.com | Attorney for Feld Motor Sports, Inc. |
| **Michael S. Hooker**<br>**Caroline Catchpole Spradlin**<br>**A. Brian Albritton**<br>Phelps Dunbar LLP<br>100 South Ashley Drive, Suite 2000<br>Tampa, FL 33602-5311<br>michael.hooker@phelps.com<br>caroline.spradlin@phelps.com<br>brian.albritton@phelps.com<br>fransheska.reyes@phelps.com<br>alison.work@phelps.com | Attorneys for American Motorcyclist Association |

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BRIAN MOREAU,

     Plaintiff,

v.                             CASE NO. 8:22-cv-01295-TPB-CPT

FELD MOTOR SPORTS, INC.;
THE MEDIC RIG, LLC;
AMERICAN MOTORCYCLE
ASSOCIATION d/b/a AMERICAN
MOTORCYCLIST ASSOCIATION;
JOHN A. BODNAR, M.D.;
JAMES KENNEDYE, M.D.;
AMY METIVA; and SCOTT COMBS,

     Defendants.

_____/

**DEFENDANT, AMY METIVA'S, RESPONSE TO AMERICAN MOTORCYCLE**
**ASSOCIATION D/B/A AMERICAN MOTORCYCLIST ASSOCIATION'S,**
**FIRST REQUESTS FOR ADMISSION**

     Defendant, AMY METIVA, pursuant to Rules 26 and 36 of the *Federal Rules of Civil*

*Procedure,* files her Response to Defendant, American Motorcycle Association d/b/a

American Motorcyclist Association's, First Requests for Admission, served on January

27, 2025, as follows:

**REQUESTS FOR ADMISSION**

     1.     Admit that no employment agreement existed between You and AMA

for the 2020 Supercross Season.

     **RESPONSE:**

     **Admitted.**

2.    Admit that no employment agreement existed between You and AMA for the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

3.    Admit that no subcontract agreement existed between You and AMA for the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

4.    Admit that no subcontract agreement existed between You and AMA for the 2020 Tampa Event.

**RESPONSE**:

**Admitted.**

5.    Admit that You did not execute the AMA RACING CREDENTIAL TERMS AND CONDITIONS for the 2020 Supercross Season, a blank copy of which was previously marked as "Exhibit 4" and shown to You during Your deposition.

**RESPONSE:**

**Admitted.**

7.    Admit that You have never been employed by AMA.

**RESPONSE:**

**Admitted.**

8.    Admit that during the 2020 Supercross Season, You provided medical services under a subcontract services agreement with Medic Rig, a true and correct

copy of which was marked as Exhibit 39 to Your deposition.

**RESPONSE:**

**Admitted as to Exhibit 25 of my deposition.**

9.    Admit that, in connection with the services that You rendered at the 2020
Tampa Event, You provided medical services under a subcontract services agreement
with Medic Rig, a true and correct copy of which was marked as Exhibit 39 to Your
deposition.

**RESPONSE:**

**Admitted as to Exhibit 25 of my deposition.**

10.    Admit that AMA did not select You or participate in Your selection as a
crewmember for Medic Rig for the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

11.    Admit that AMA did not select You to be a crewmember of Medic Rig
for the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

12.    Admit that AMA has never prohibited You from providing medical
services on behalf of any other organization.

**RESPONSE:**

**Admitted.**

13.    Admit that AMA did not provide You with compensation or benefits for

Your services rendered during the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

14.    Admit that AMA did not provide You with compensation or benefits for Your services rendered at the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

15.    Admit that AMA did not reimburse You for any expenses related to the services that You rendered during the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

16.    Admit that AMA did not reimburse You for any expenses related to the services that You rendered at the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

17.    Admit that AMA did not give You any type of instruction during the 2020 Supercross Season related to the medical services that You performed during the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

18.    Admit that AMA did not give You any type of instruction at the 2020 Tampa Event related to the medical services that You performed at the 2020 Tampa

Event.

**RESPONSE:**

**Admitted.**

20.    Admit that AMA did not participate in the patient evaluation of any injured rider during the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

21.    Admit that AMA did not participate in the patient evaluation of Plaintiff at the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

22.    Admit that AMA did not participate in any patient treatment of Plaintiff at the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

23.    Admit that AMA did not provide any medical training to You in connection with the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

24.    Admit that AMA did not provide medical training to You in connection with the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

25.    Admit that AMA did not supervise the medical services that You performed during the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**


26.    Admit that AMA did not supervise the medical services that You performed at the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

27.    Admit that AMA did not direct You on how to supervise the medical services provided to any rider injured during the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

28.    Admit that AMA did not direct You on how to supervise the medical services to any rider injured at the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

29.    Admit that AMA did not direct which other crewmembers or volunteers of Medic Rig would work with You during the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

30.    Admit that AMA did not direct which other crewmembers or volunteers of Medic Rig would work with You at the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

31.    Admit that AMA did not prepare a performance evaluation related to Your services for the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

32.    Admit that AMA did not prepare a performance evaluation related to Your services for the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

33.    Admit that AMA did not direct what medical equipment and gear to use in the performance of Your services during the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

34.    Admit that AMA did not direct what medical equipment and gear to use in the performance of Your services at the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

35.    Admit that AMA did not provide the medical equipment and/or gear

that You used in the performance of Your services during the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

36.    Admit that AMA did not provide the medical equipment and/or gear that You used in the performance of Your services at the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

37.    Admit that AMA did not provide the clothing, protective gear, or communication devices that You wore during the performance of Your services during the 2020 Supercross Season.

**RESPONSE:**

38.    Admit that AMA did not provide the clothing, protective gear, or communication devices that You wore during the performance of Your services at the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 26, 2025, I served the foregoing

document to all counsel or parties of record.

/s/ David O. Doyle, Jr.
**DAVID O. DOYLE, JR., ESQUIRE**
Florida Bar No. 0084964
**TONI P. TUROCY, ESQUIRE**
Florida Bar No. 0121709
**BETHANY W. NDUKA, ESQUIRE**
Florida Bar No. 1022888
Pearson Doyle Mohre & Pastis, LLP
901 North Lake Destiny Road, Suite 305
Maitland, FL 32751
Tel. (407) 647-0090
Fax. (407) 647-0092
Primary E-mails:       ddoyle@pdmplaw.com
                       tturocy@pdmplaw.com
                       bnduka@pdmplaw.com
Additional E-mails:  jpreston@pdmplaw.com
                     kiddings@pdmplaw.com
                     smaisonave@pdmplaw.com
Attorneys for Defendants, The Medic Rig, LLC,
John A. Bodnar, M.D., James Kennedye, M.D.,
Amy Metiva, and Scott Combs

**SERVICE LIST**

| | |
|---|---|
| **Mark Adam Schweikert**<br>Schweikert Law, PLLC<br>1111 Brickell Avenue, Suite 1550<br>Miami, FL 33131<br>mark@schweikertlaw.com | Lead Attorney for Plaintiff |
| **Jason Beau Giller**<br>Jason B. Giller, P.A.<br>1111 Brickell Avenue, Suite 1550<br>Miami, FL 33131<br>jason@gillerpa.com<br>file@gillerpa.com | Attorney for Plaintiff |
| **Javier F. Micheo-Marcial**<br>DMR Law LLC<br>Guaynabo<br>Centro Internacional de Mercadeo<br>Torre 1, Suite 402<br>Guaynabo, PR 00968<br>javier.micheo@dmralaw.com | Attorney for Plaintiff |
| **Juan Carlos Ramos-Rosado**<br>DMR Law LLC<br>701 Brickell Avenue, Suite 200<br>Miami, FL 33131<br>juan.ramos@dmralaw.com<br>nathalie.bovadilla@dmralaw.com | Attorney for Plaintiff |
| **Manuel A. Franco**<br>DMR Law LLC<br>1111 Brickell Ave. Suite 1550<br>Miami, FL 33131<br>Manuel.franco@dmralaw.com<br>nathalie.bovadilla@dmralaw.com | Attorney for Plaintiff |
| **Maria A. Dominguez**<br>DMR LAW LLC<br>Sabadell Financial Center<br>1111 Brickell Avenue., Suite 1550<br>Miami, FL 33131 | Attorney for Plaintiff |

| | |
|---|---|
| maria.dominguez@dmralaw.com<br>elizabeth.santana@dmralaw.com | |
| **Gretchen L. Jankowski**<br>Buchanan Ingersoll & Rooney, PC<br>Union Trust Building<br>501 Grant Street, Suite 200<br>Pittsburgh, PA 15219<br>gretchen.jankowski@bipc.com | Lead Attorney for Feld Motor Sports, Inc. |
| **David Gordon**<br>Buchanan Ingersoll & Rooney, PC<br>700 Alexander Park, Suite 300<br>Princeton, NJ 08540-6340<br>david.gordon@bipc.com | Attorney for Feld Entertainment, Inc. and Feld Motor Sports, Inc. |
| **Richard G. Salazar**<br>Buchanan Ingersoll & Rooney, PC<br>401 East Jackson Street, Suite 2400<br>Tampa, FL 33602<br>Richard.salazar@bipc.com | Attorney for Feld Motor Sports, Inc. |
| **Matthew C. Pilsner**<br>Buchanan Ingersoll & Rooney, PC<br>Union Trust Building<br>501 Grant Street, Suite 200<br>Pittsburgh, PA 15219<br>Matthew.pilsner@bipc.com | Attorney for Feld Motor Sports, Inc. |
| **Michael S. Hooker**<br>**Caroline Catchpole Spradlin**<br>**A. Brian Albritton**<br>Phelps Dunbar LLP<br>100 South Ashley Drive, Suite 2000<br>Tampa, FL 33602-5311<br>michael.hooker@phelps.com<br>caroline.spradlin@phelps.com<br>brian.albritton@phelps.com<br>fransheska.reyes@phelps.com<br>alison.work@phelps.com | Attorneys for American Motorcyclist Association |

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

BRIAN MOREAU,

    Plaintiff,

v.                               CASE NO. 8:22-cv-01295-TPB-CPT

FELD MOTOR SPORTS, INC.;
THE MEDIC RIG, LLC;
AMERICAN MOTORCYCLE
ASSOCIATION d/b/a AMERICAN
MOTORCYCLIST ASSOCIATION;
JOHN A. BODNAR, M.D.;
JAMES KENNEDYE, M.D.;
AMY METIVA; and SCOTT COMBS,

    Defendants.

_____/

## DEFENDANT, SCOTT COMBS', RESPONSE TO AMERICAN MOTORCYCLE ASSOCIATION D/B/A AMERICAN MOTORCYCLIST ASSOCIATION'S, FIRST REQUESTS FOR ADMISSION

Defendant, SCOTT COMBS, pursuant to Rules 26 and 36 of the *Federal Rules of Civil Procedure,* files his Response to Defendant, American Motorcycle Association d/b/a American Motorcyclist Association's, First Requests for Admission, served on January 27, 2025, as follows:

## REQUESTS FOR ADMISSION

1.    Admit that no employment agreement existed between You and AMA for the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

2.      Admit that no employment agreement existed between You and AMA for the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

3.      Admit that no subcontract agreement existed between You and AMA for the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

4.      Admit that no subcontract agreement existed between You and AMA for the 2020 Tampa Event.

**RESPONSE**:

**Admitted.**

5.      Admit that You did not execute the AMA RACING CREDENTIAL TERMS AND CONDITIONS for the 2020 Supercross Season, a blank copy of which was previously marked as "Exhibit 4" and shown to You during Your deposition.

**RESPONSE:**

**Admitted.**

7.      Admit that You have never been employed by AMA.

**RESPONSE:**

**Admitted.**

8.    Admit that during the 2020 Supercross Season, You provided medical services under a subcontract services agreement with Medic Rig, a true and correct copy of which was marked as Exhibit 39 to Your deposition.

**RESPONSE:**

**Admitted as to providing volunteer services at the 2000 Tampa Event pursuant to the Alpinestars Mobile Medical Unit Volunteer Agreement, which was Exhibit 31 of my deposition.**

9.    Admit that, in connection with the services that You rendered at the 2020 Tampa Event, You provided medical services under a subcontract services agreement with Medic Rig, a true and correct copy of which was marked as Exhibit 39 to Your deposition.

**RESPONSE:**

**Admitted as to providing volunteer services at the 2000 Tampa Event pursuant to the Alpinestars Mobile Medical Unit Volunteer Agreement, which was Exhibit 31 of my deposition.**

10.    Admit that AMA did not select You or participate in Your selection as a crewmember for Medic Rig for the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

11.    Admit that AMA did not select You to be a crewmember of Medic Rig for the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

3

12.    Admit that AMA has never prohibited You from providing medical services on behalf of any other organization.

**RESPONSE:**

**Admitted.**

13.    Admit that AMA did not provide You with compensation or benefits for Your services rendered during the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

14.    Admit that AMA did not provide You with compensation or benefits for Your services rendered at the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

15.    Admit that AMA did not reimburse You for any expenses related to the services that You rendered during the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

16.    Admit that AMA did not reimburse You for any expenses related to the services that You rendered at the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

17.    Admit that AMA did not give You any type of instruction during the 2020 Supercross Season related to the medical services that You performed during the

2020 Supercross Season.

**RESPONSE:**

**Admitted.**

18.    Admit that AMA did not give You any type of instruction at the 2020

Tampa Event related to the medical services that You performed at the 2020 Tampa

Event.

**RESPONSE:**

**Admitted.**

20.    Admit that AMA did not participate in the patient evaluation of any

injured rider during the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

21.    Admit that AMA did not participate in the patient evaluation of Plaintiff

at the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

22.    Admit that AMA did not participate in any patient treatment of Plaintiff

at the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

23.    Admit that AMA did not provide any medical training to You in

connection with the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

24.    Admit that AMA did not provide medical training to You in connection with the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

25.    Admit that AMA did not supervise the medical services that You performed during the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

26.    Admit that AMA did not supervise the medical services that You performed at the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

27.    Admit that AMA did not direct You on how to supervise the medical services provided to any rider injured during the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

28.    Admit that AMA did not direct You on how to supervise the medical services to any rider injured at the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

29.    Admit that AMA did not direct which other crewmembers or volunteers of Medic Rig would work with You during the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

30.    Admit that AMA did not direct which other crewmembers or volunteers of Medic Rig would work with You at the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

31.    Admit that AMA did not prepare a performance evaluation related to Your services for the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

32.    Admit that AMA did not prepare a performance evaluation related to Your services for the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

33.    Admit that AMA did not direct what medical equipment and gear to use in the performance of Your services during the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

34.    Admit that AMA did not direct what medical equipment and gear to use in the performance of Your services at the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

35.    Admit that AMA did not provide the medical equipment and/or gear that You used in the performance of Your services during the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

36.    Admit that AMA did not provide the medical equipment and/or gear that You used in the performance of Your services at the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

37.    Admit that AMA did not provide the clothing, protective gear, or communication devices that You wore during the performance of Your services during the 2020 Supercross Season.

**RESPONSE:**

**Admitted.**

38.    Admit that AMA did not provide the clothing, protective gear, or communication devices that You wore during the performance of Your services at the 2020 Tampa Event.

**RESPONSE:**

**Admitted.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 26, 2025, I served the foregoing

document to all counsel or parties of record.

/s/ David O. Doyle, Jr.
**DAVID O. DOYLE, JR., ESQUIRE**
Florida Bar No. 0084964
**TONI P. TUROCY, ESQUIRE**
Florida Bar No. 0121709
**BETHANY W. NDUKA, ESQUIRE**
Florida Bar No. 1022888
Pearson Doyle Mohre & Pastis, LLP
901 North Lake Destiny Road, Suite 305
Maitland, FL 32751
Tel. (407) 647-0090
Fax. (407) 647-0092
Primary E-mails:     ddoyle@pdmplaw.com
                     tturocy@pdmplaw.com
                     bnduka@pdmplaw.com
Additional E-mails: jpreston@pdmplaw.com
                     kiddings@pdmplaw.com
                     smaisonave@pdmplaw.com
Attorneys for Defendants, The Medic Rig, LLC,
John A. Bodnar, M.D., James Kennedye, M.D.,
Amy Metiva, and Scott Combs

9

## SERVICE LIST

| | |
|---|---|
| **Mark Adam Schweikert**<br>Schweikert Law, PLLC<br>1111 Brickell Avenue, Suite 1550<br>Miami, FL 33131<br>mark@schweikertlaw.com | Lead Attorney for Plaintiff |
| **Jason Beau Giller**<br>Jason B. Giller, P.A.<br>1111 Brickell Avenue, Suite 1550<br>Miami, FL 33131<br>jason@gillerpa.com<br>file@gillerpa.com | Attorney for Plaintiff |
| **Javier F. Micheo-Marcial**<br>DMR Law LLC<br>Guaynabo<br>Centro Internacional de Mercadeo<br>Torre 1, Suite 402<br>Guaynabo, PR 00968<br>javier.micheo@dmralaw.com | Attorney for Plaintiff |
| **Juan Carlos Ramos-Rosado**<br>DMR Law LLC<br>701 Brickell Avenue, Suite 200<br>Miami, FL 33131<br>juan.ramos@dmralaw.com<br>nathalie.bovadilla@dmralaw.com | Attorney for Plaintiff |
| **Manuel A. Franco**<br>DMR Law LLC<br>1111 Brickell Ave. Suite 1550<br>Miami, FL 33131<br>Manuel.franco@dmralaw.com<br>nathalie.bovadilla@dmralaw.com | Attorney for Plaintiff |
| **Maria A. Dominguez**<br>DMR LAW LLC<br>Sabadell Financial Center<br>1111 Brickell Avenue., Suite 1550<br>Miami, FL 33131 | Attorney for Plaintiff |

| | |
|---|---|
| maria.dominguez@dmralaw.com<br>elizabeth.santana@dmralaw.com | |
| **Gretchen L. Jankowski**<br>Buchanan Ingersoll & Rooney, PC<br>Union Trust Building<br>501 Grant Street, Suite 200<br>Pittsburgh, PA 15219<br>gretchen.jankowski@bipc.com | Lead Attorney for Feld Motor Sports, Inc. |
| **David Gordon**<br>Buchanan Ingersoll & Rooney, PC<br>700 Alexander Park, Suite 300<br>Princeton, NJ 08540-6340<br>david.gordon@bipc.com | Attorney for Feld Entertainment, Inc. and Feld Motor Sports, Inc. |
| **Richard G. Salazar**<br>Buchanan Ingersoll & Rooney, PC<br>401 East Jackson Street, Suite 2400<br>Tampa, FL 33602<br>Richard.salazar@bipc.com | Attorney for Feld Motor Sports, Inc. |
| **Matthew C. Pilsner**<br>Buchanan Ingersoll & Rooney, PC<br>Union Trust Building<br>501 Grant Street, Suite 200<br>Pittsburgh, PA 15219<br>Matthew.pilsner@bipc.com | Attorney for Feld Motor Sports, Inc. |
| **Michael S. Hooker**<br>**Caroline Catchpole Spradlin**<br>**A. Brian Albritton**<br>Phelps Dunbar LLP<br>100 South Ashley Drive, Suite 2000<br>Tampa, FL 33602-5311<br>michael.hooker@phelps.com<br>caroline.spradlin@phelps.com<br>brian.albritton@phelps.com<br>fransheska.reyes@phelps.com<br>alison.work@phelps.com | Attorneys for American Motorcyclist Association |