# EXHIBIT V

```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                    TAMPA DIVISION


          CASE NO.: 8:22-CV-01295-TPB-CPT



BRIAN MOREAU,
     Plaintiff,

vs.

FELD MOTOR SPORTS, INC., ET AL.,
     Defendant.
_____/




              DEPOSITION OF JOHN GALLAGHER




     DATE TAKEN:    APRIL 3, 2025
     TIME:          3:08 P.M.
     PLACE:         VIA VIDEOCONFERENCE
```

1                   DEPOSITION OF JOHN GALLAGHER

2                         APRIL 3, 2025

3                       * * * * * * * * *

4         THE REPORTER: Good afternoon. My name is George

5 Garcia, I'm the court reporter for today's depo. The time

6 is 3:08 p.m., the date is April 3rd, 2025.

7         If the witness can state his name on the record

8 and spell it for us, please.

9         THE WITNESS: John Gallagher. J-O-H-N, G-A-L-L-A-

10 G-H-E-R.

11         THE REPORTER: Thank you. Do you have a photo ID

12 that you could show me?

13         John Michael Gallagher. Thank you so much.

14         If you could please raise your right hand, Mr.

15 Gallagher.

16                       JOHN GALLAGHER,

17   having first been duly sworn, testified as follows:

18         THE REPORTER: Thank you. You can put your hand

19 down.

20         Attorneys, please state your appearances.

21         MR. SCHWEIKERT: Good afternoon, Mark Schweikert

22 for Brian Moreau.

23         MS. SPRADLIN: Caroline Spradlin for Defendant,

24 American Motorcycle Association.

25         MR. GORDON: David Gordon and Lexy Khella on

1   A.   By the trajectory from the jump to the landings.
2   For instance, if they rhythm the rhythm section.  And none
3   of them are rhythming the rhythm section.  Not one single
4   rider went through there the way they would go through at
5   race speed.
6   Q.   And if you had the chance to do this all over
7   again, even knowing today how serious of an injury Brian
8   had sustained while he was on that track, you wouldn't
9   change a thing.
10            Is that what you're telling me?
11            MS. SPRADLIN:  Form.
12            THE WITNESS:  I don't think, in the moment, I had
13  that 2020 hindsight that you're illustrating.  So I think
14  that's an unfair question.
15  BY MR. SCHWEIKERT:
16     Q.  You wouldn't change a thing, even if you had the
17  chance and with the benefit of hindsight, right?
18            MR. GORDON:  Objection.
19            MS. SPRADLIN:  Form.
20            THE WITNESS:  I think everybody did their job
21  perfectly.
22  BY MR. SCHWEIKERT:
23     Q.  Everybody did their job perfectly, even though
24  you were never informed that the rider was not moving his
25  legs.

1           Is that what you're saying?
2                MS. SPRADLIN:  Form.
3                THE WITNESS:  All -- all of the MA staff were
4  doing exactly what we asked them to do.  I would take this
5  video and use it as a training tool.
6  BY MR. SCHWEIKERT:
7       Q.   Are you aware that Brian has testified that he
8  was screaming, don't touch me; I'm paralyzed -- something
9  like that -- while the medics were about to lift him off
10 the ground?
11      A.   How -- how would I know that -- what Brian
12 testified to?  I don't know -- understand how you would ask
13 that.  I don't -- I don't know how I would know that
14 question.
15      Q.   So no, you -- you're not aware of that?
16      A.   No.
17      Q.   If you had been informed, as the race director,
18 that a rider was screaming words to that effect, what would
19 you have done in response, if anything?
20               MS. SPRADLIN:  Form.
21               THE WITNESS:  I'd need to know when he -- when he
22 started screaming.  I mean, there -- I'd need more
23 information.
24 BY MR. SCHWEIKERT:
25      Q.   You would need more information beyond a rider on

1    A.   I thought we talked about Alex Ray?

2    Q.   We did.  And that was, I think, a crash at the

3 Tampa Supercross during the qualifiers.  Neither here nor

4 there.  I'm going to show you a video from the Glendale,

5 Arizona, event, previously marked Exhibit 55.

6         I will share my screen.

7         Can you see a paused video on your screen?

8    A.   Yes.

9    Q.   And I currently have it at the 2:51 mark.  Let me

10 back it up a hair.

11        All right.  I'm going to start it from the 2:46

12 mark.

13        (Video recording played.)

14        COMMENTATOR:  First main event.  He's, like,

15 really aggressive here early on.  Oh, the red flag is out.

16 Red flag -- this one will come to a stop so the Alpinestars

17 medical team can probably -- properly attend to Justin

18 Bogle.

19        (Video recording stopped.)

20 BY MR. SCHWEIKERT:

21   Q.   Did you hear the commentator state that the red

22 flag is out so the Alpinestars medical team can properly

23 attend to Justin Bogle?

24   A.   Yes.

25   Q.   Is waving a red flag in response to a medical

```
 1  request one way to allow the medical team to properly do
 2  their job?
 3           MS. SPRADLIN:  Form.
 4           MR. GORDON:  Form.
 5           THE WITNESS:  If they requested a red flag, then
 6  we would provide a red flag to stop the race.
 7  BY MR. SCHWEIKERT:
 8      Q.  I'm going to show you that video again.  It's at
 9  the 3:04 mark, and I'm going to push play.
10           (Video recording played.)
11           COMMENTATOR:  Justin is sitting up.  He's taking
12  his helmet off.  That's Doc Bodnar just rolling in.
13           (Video recording stopped.)
14  BY MR. SCHWEIKERT:
15      Q.  And do you see in this video that Dr. Bodnar was
16  able to drive the medical mule onto the track and right
17  next to where Justin Bogle is sitting on the ground?
18      A.  Yes.
19      Q.  And that's possible because there's been a red
20  flag at this point, right?
21           MS. SPRADLIN:  Form.
22           THE WITNESS:  Correct.
23  BY MR. SCHWEIKERT:
24      Q.  Okay.  I'm going to push play.
25           (Video recording played.)
```

```
 1         A.   Yes.
 2         Q.   Compensated by the AMA?
 3         A.   Yes.
 4              MR. SCHWEIKERT:  Form.
 5   BY MR. GORDON:
 6         Q.   And then when you were asked not to come back at
 7   some point, that was from the AMA, correct?
 8              MR. SCHWEIKERT:  Form.
 9              THE WITNESS:  Yes.
10   BY MR. GORDON:
11         Q.   And when you were at these races as the rest --
12   race director, are you making your own independent
13   decisions based on your training, and experience in
14   Supercross?
15         A.   Yes.
16              MR. SCHWEIKERT:  Form.
17   BY MR. GORDON:
18         Q.   And are you expecting Doc Bodnar and his medical
19   crew to make their own decisions based on medical needs of
20   riders based on their training and experience?
21              MR. SCHWEIKERT:  Form.
22              THE WITNESS:  Yes.
23   BY MR. GORDON:
24         Q.   Looking at the videos of Brian's crash and the
25   aftermath of the crash on February 15th, 2020 in Tampa, do
```

```
 1  you believe that the medical crew was provided a safe area
 2  in order for them to assess Brian and do whatever they
 3  needed to do?
 4          MR. SCHWEIKERT:  Form.
 5          THE WITNESS:  I -- I believe that it was a safe
 6  area, and if it wasn't a safe area, or they didn't feel it
 7  was, there was a solution in that.
 8  BY MR. GORDON:
 9      Q.   Which is what?
10      A.   Get on the radio and ask for a red flag to
11  provide them with additional needs if they felt necessary.
12      Q.   Okay.  And nobody got on the radio that day to
13  ask for a red flag, correct?
14      A.   No.
15      Q.   And based on where you were you able to visualize
16  the track?  I mean --
17      A.   Yes.
18      Q.   -- were you able to visualize I knew you were
19  able to visualize the track, strike that.
20          Were you able to -- were able to visualize the
21  area where the accident occurred?
22      A.   Yes.
23          MR. SCHWEIKERT:  Form.
24  BY MR. GORDON:
25      Q.   And I know we went through a -- Mr. Schweikert
```

1  went through a bunch of questions with you, you didn't
2  visualize the accident itself, but once there were yellow
3  flags, your attention was called to the -- that area, and
4  you were you were watching the scene, correct?
5      A.  Yes.  Uh-huh.
6      Q.  And if you believed on your own that a red flag
7  was necessary, you could have called it, correct?
8      A.  Sure.
9      Q.  Okay.  And based on your observation of the fact
10 that Brian was conscious, and the medical folks, the scene
11 was secured, and the medical folks, were there rendering
12 attention to Brian, based on your observation and
13 experience, you also did not believe that a red flag needed
14 to be called at that time?
15         MR. SCHWEIKERT:  Form.
16         THE WITNESS:  No.
17 BY MR. GORDON:
18     Q.  No you did not -- no, you did not believe a red
19 flag needed to be called?
20         MR. SCHWEIKERT:  Form.
21         THE WITNESS:  Correct.
22 BY MR. GORDON:
23     Q.  Yes, okay.  And it's -- in terms of time
24 pressure, have you ever in your many years of being a race
25 director at the AMA, not called a red flag because you were