# EXHIBIT W

1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


CASE NO. 8:22-CV-01295-TPB-CPT

BRIAN MOREAU,
Plaintiff

vs.
FELD MOTOR SPORTS, INC.,
THE MEDIC RIG, LLC,
AMERICAN MOTORCYCLE
ASSOCIATION d/b/a AMERICAN
MOTORCYCLIST ASSOCIATION,
JOHN A. BODNAR, M.D.,
JAMES KENNEDYE, M.D.,
SCOTT COMBS, and AMY METIVA,

Defendants.
_____/



DEPOSITION OF TIM KENNEDY


FEBRUARY 25, 2025
10:00 AM



VIA ZOOM VIDEO CONFERENCE

1  **MR. SCHWEIKERT:** Yes.

2  **MR. PILSNER:** Yes.

3  **MS. NDUKA:** Yes.

4  **MS. SPRADLIN:** Yes.

5  **COURT REPORTER:** Okay.

6  **MR. KENNEDY:** Yes.

7  **COURT REPORTER:** All right. Mr. Kennedy, if you

8  could raise your right hand for me. Do you

9  solemnly swear and affirm the testimony you

10  shall give today is the truth, the whole truth,

11  and nothing but the truth?

12  **MR. KENNEDY:** It is.

13  **COURT REPORTER:** All right. You guys can get

14  started.

15  **MR. KENNEDY:** Yes.

16  **MR. SCHWEIKERT:** Good morning, sir. My name is

17  Mark Schweikert, and I represent Brian Moreau.

18  **DIRECT EXAMINATION BY MR. SCHWEIKERT:**

19  **Q.** Could you please state your full legal name

20  for the record?

1  Q. And is that because when a rider is down and
2  not getting up, that could be a situation that
3  needs careful attention?
4  **MS. SPRADLIN:** Object to the form.
5  **BY MR. SCHWEIKERT:**
6  A. In another situation, again, yes, if a
7  rider's been down for a long time, yes, then
8  there's a possibility[?] to wave the red cross
9  flag, yes.
10 Q. Let me go back to Exhibit 73. Going to the
11 second page. Bullet point 14. I'll read it into
12 the record. It reads, "If you do have a cross
13 flag and a rider goes down during the BC
14 practice, you think about not putting out the
15 cross flag due to they are going slower or not
16 jumping as far to hit them or will slow down
17 when seeing FELD guys and you pointing and
18 waving a yellow flag. It depends on if they are
19 in the race line or in a safer spot. If in
20 doubt, protect Doc and the rider." Did I read

81

1  that correctly?

2  **A.** Yes.

3  **Q.** I really just wanted to put in context my

4  question about the sentence, if in doubt,

5  protect Doc and the rider. Do you see that

6  sentence?

7  **A.** Yes.

8  **Q.** What do you mean by that?

9  **A.** Once again, depending on the situation, if I

10 can control the scene and protect Doc, that's

11 my job. Like in the case that it could happen,

12 this one from the video you showed me that you

13 saw five, six Flaggers on the side of the

14 track. You saw a FELD runner up front pointing.

15 You saw my AMA official waving and pointing the

16 yellow flag. You saw another FELD runner take a

17 tough block to block the situation. You saw

18 another FELD person pick up the bike and put it

19 between medical and then you also saw up to

20 five medical people ready to help the rider off

1  the track. So, in that situation, and you also
2  see that if you see the bikes going by, they're
3  going by very slowly. And so at that time, we
4  were just controlling that whole situation
5  using just with the yellow flag. Doc did not
6  ask for a red cross flag to be put out. Because
7  if he felt endangered, he would ask to go from
8  yellow to a cross flag. And in that situation,
9  it did not happen and we used the yellow flag
10 instead.
11 Q. There has been some testimony from the
12 medics that they characterized the situation to
13 being in a house on fire because of the
14 proximity of the motorcycles and therefore they
15 made the quick decision to remove Mr. Moreau
16 out of what they perceive to be a dangerous
17 situation. You don't agree with that?
18 **MR. PILSNER:** Objection to form.
19 **MS. SPRADLIN:** [inaudible]
20 **BY MR. SCHWEIKERT:**

134

1 Q. Are you referring to John Gallagher?

2 A. I'm referring to John Gallagher, yes.

3 Q. Do you know if a red flag was thrown as a
4 result of Brian's crash during the practices on
5 that day?

6 A. Oh, there was no red flag asked for. So,
7 therefore, John Gallagher did not ask for the
8 stop of the race.

9 Q. Well, how do you know there was no red flag
10 asked for if you don't really remember what was
11 being said over the radio?

12 A. Because if it was asked for, John Gallagher
13 would say, "Red flag, red flags. Stop the race.
14 Stop. Bring everybody back to the start line."
15 So, that definitely I would remember.

16 Q. But that's an assumption you're making that
17 if a red flag had been asked for, Mr. Gallagher
18 would have done those things. But you don't
19 actually recall any of that happening, right?

20 **MS. SPRADLIN:** Object to the form.

1  **BY MR. SCHWEIKERT:**

2  **A.** Once again, there was no red flag asked for,
3  so therefore, I would've remembered if they
4  would've said shut the track down, stop the
5  race, stop the practice.
6  **Q.** Have you told me everything that you can
7  remember to the best of your recollection about
8  the radio traffic related to Brian's incident
9  on that day?
10 **A.** To my recollection, yes.
11 **Q.** Do you know if any of the radio traffic is
12 recorded in any way?
13 **A.** Not to my knowledge. The radio is not
14 recording.
15 **Q.** You've never been involved in conducting a
16 review or debrief where you listen to radio
17 traffic, anything like that?
18 **A.** All my years of AMA, I've never heard a
19 radio traffic being recorded in my position[?].
20 I have never heard one. No.