# INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | This Index of Exhibits |
| 2 | Deposition of Dr. John Bodnar (Chief Medical Officer of Supercross and the Medical Director of TMR) |
| 3 | Deposition of Dr. James Kennedye (member of TMR's medical team) |
| 4 | Deposition of Amy Metiva (member of TMR's medical team) |
| 5 | Deposition of Scott Combs (first-time volunteer on TMR's medical team) |
| 6 | Deposition of Mike Pelletier (AMA Supercross Manager and corporate representative) |
| 7 | Deposition of Lieutenant Marcus Williams, Jr. (ambulance paramedic with Tampa Fire Rescue) |
| 8 | Deposition of Tyler Keefe (Plaintiff's racing team manager) |
| 9 | Deposition of Lydia Strubhart (Plaintiff's mother) |
| 10 | Deposition of Marvin Musquin (former rider and Supercross champion) |
| 11 | Deposition of Gerard Valat (Plaintiff's sports agent) |
| 12 | Deposition of Todd Jendro (FMS's former Vice President of Supercross) |
| 13 | Deposition of Dave Prater (FMS's current Vice President of Supercross) |
| 14 | Deposition of Stephan Legrand (journalist who photographed incident) |
| 15 | Photographs of Incident by Stephan Legrand |
| 16 | Deposition of John Gallagher on March 13, 2025 (AMA Race Director) |
| 17 | The Medic Rig's Medical Emergency Action Plan |
| 18 | Deposition of Jeffrey Canfield (AMA Event Manager) |
| 19 | Deposition of Mike Muye (FMS's Senior Director of Operations for Supercross) |
| 20 | Emails on February 17, 2020, Cancelling Moreau's Entries in Season |
| 21 | Declaration of Brian Moreau |
| 22 | First Deposition of Brian Moreau (Vol. I) on January 24, 2024 |
| 23 | First Deposition of Brian Moreau (Vol. II) on January 25, 2024 |
| 24 | Second Deposition of Brian Moreau on October 7, 2024 |
| 25 | FMS Email on February 11, 2020, Stating "Brian Moreau . . . Just turned Age 18 (1/29/02)" |
| 26 | FMS's Answers and Objections to Plaintiff's Interrogatories |
| 27 | Deposition of John Gallagher on April 3, 2025 (AMA Race Director) |
| 28 | Deposition of Tom Carson (owner and corporate representative of TMR) |

# INDEX OF EXHIBITS

| | |
|---|---|
| 29 | Picture of TMR's medics uniforms |
| 30 | Medics' "FELD ALL ACCESS" credentials |
| 31 | Deposition of Lisa Joiner (Feld's Senior Vice President, General Counsel) |
| 32 | FMS's Plain Logo and Series Logo for the Supercross |
| 33 | Composite of Pictures of FMS's Plain Logo and Series Logo in stadium |
| 34 | AMA official's "FELD ALL ACCESS" credentials |
| 35 | Picture of AMA officials' uniform |
| 36 | *Nest Camera Video of Incident* (FMS_INC_652). The practice session begins at 2:30. Plaintiff crashes at 4:50. Metiva and Combs enter the racetrack to attend to Plaintiff at 5:05. Dr. Kennedye begins driving medical mule towards incident at 5:18. Metiva and Combs lift Plaintiff off the ground at 5:30. Dr. Kennedye parks the mule near the incident at 5:35. Metiva and Combs begin dragging Plaintiff towards the mule at 5:40. They arrive at the mule around 5:50. Dr. Kennedye begins driving the mule with Plaintiff and Metiva seated on it towards the stadium tunnel around 6:42. The mule disappears into the tunnel at 6:58. |
| 37 | *Video of Incident Displayed on Stadium's Jumbotron* (FMS_INC_651). The practice session begins at 0:20. The public address (PA) announcer says, "another rider having trouble in the rhythm section," referring to Plaintiff, at 2:42. The PA announcer says, "we got Alpinestars on it," referring to TMR's medics, at 2:48. A close-up view of Metiva and Combs lifting Plaintiff off the ground is shown at 3:15-3:24. |
| 38 | *First Slow-Motion Video of Incident* (FMS_INC_1148). A camera zooms in on the incident after Metiva and Combs have lifted Plaintiff off the ground at 0:15. They begin dragging Plaintiff off the track and towards the mule at 0:30. They sit Plaintiff upright on the back of the mule with the assistance of Dr. Kennedye and others at 0:50-1:40, before the camera pans way. |
| 39 | *Second Slow-Motion Video of Incident* (FMS_INC_1147). A camera zooms in on the incident as Metiva and Combs sit Plaintiff upright on the back of the mule with the assistance of Dr. Kennedye and others at 0:15-0:45, before the camera pans away. |
| 40 | Sample FMS Releases signed by AMA officials and TMR's medics |
| 41 | Deposition of Mathilde Musquin |
| 42 | Declaration of Mark A. Schweikert, Esq. |
| 43 | TMR's Emails on August 16, 2019, regarding Track Emergency Protocol |