

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION


BRIAN MOREAU,

        Plaintiff,

vs.                   CASE NO. 8:22-CV-01295-TPB-CPT

FELD MOTOR SPORTS, INC., et al.,

        Defendants.

_____


VIDEOTAPED DEPOSITION OF

MICHAEL BRIAN PELLETIER

TAKEN ON

TUESDAY, APRIL 1, 2025

10:10 A.M.


AMERICAN MOTORCYCLIST ASSOCIATION

13515 YARMOUTH DRIVE

PICKERINGTON, OHIO 43147



(800) 528-3335    NAEGELI DEPOSITION & TRIAL    NAEGELIUSA.COM
Established 1980

1                              APPEARANCES

2

3     Appearing on behalf of the Plaintiff:

4     MARK A. SCHWEIKERT, ESQUIRE

5     Schweikert Law, PLLC

6     Brickell Avenue, Suite 1550

7     Miami, Florida 33131

8     (305) 999-1906

9     mark@schweikertlaw.com

10

11    Appearing on behalf of the Defendant, American

12    Motorcyclist Association:

13    CAROLINE C. SPRADLIN, ESQUIRE

14    Phelps Dunbar, LLP

15    100 South Ashley Drive, Suite 2000

16    Tampa, Florida 33602

17    (813) 472-7550

18    caroline.spradlin@phelps.com

19

20

21

22

23

24

25

1                      APPEARANCES CONTINUED

2

3    Appearing on behalf of the Defendant,

4    Feld Motor Sports:

5    DAVID L. GORDON, ESQUIRE

6    Buchanan Ingersoll & Rooney, P.C.

7    700 Alexander Park, Suite 300

8    Princeton, New Jersey 08540

9    (609) 987-6854

10   david.gordon@bipc.com

11

12   Appearing on behalf of the Defendants:

13   BETHANY W. NDUKA, ESQUIRE

14   Pearson Doyle Mohre & Pastis, LLP

15   901 North Lake Destiny Road, Suite 305

16   Maitland, Florida 32751

17   (407) 904-3813

18   b.nduka@pdmplaw.com

19

20   Also present:

21   Lexy Khella, Feld Motor Sports Corporate

22   Representative

23

24

25

MICHAEL PELLETIER                April 01, 2025                                    4
83433

1 |                          EXAMINATION INDEX

2 |                                                              PAGE

3 |

4 | EXAMINATION BY MR. SCHWEIKERT                         8

5 | EXAMINATION BY MR. GORDON                           244

6 | EXAMINATION BY MS. SPRADLIN                         250

7 | FURTHER EXAMINATION BY MR. GORDON                   253

8 | FURTHER EXAMINATION BY MR. SCHWEIKERT               254

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

MICHAEL PELLETIER                    April 01, 2025                              5
83433

1                              EXHIBIT INDEX

2    EXHIBIT                                                  PAGE

3

4       185   RESPONSES AND OBJECTIONS TO              11

5             PLAINTIFF'S NOTICE

6       186   AMERICAN MOTORCYCLE ASSOCIATION          39

7             EMPLOYEE PROFILE

8       187   REGISTRATION DATED APRIL 21,            100

9             2008

10      188   REGISTRATION DATED JANUARY 21,          100

11            2002

12      189   AMA RISK MANAGEMENT VIDEOS              103

13      190   EMAILS                                  108

14      191   TAMPA RIDERS MEETING MEMO               156

15      192   EMAILS REGARDING BRIAN MOREAU           236

16      193   SUPERCROSS RULEBOOK UPDATES             196

17

18

19

20

21

22

23

24

25

1                    DEPOSITION OF

2                 MICHAEL B.   PELLETIER

3                      TAKEN ON

4               TUESDAY, APRIL 1, 2025

5                    10:10 A.M.

6

7            THE VIDEOGRAPHER:  We are now on the

8  record. The time on the screen is 10:10 a.m.  The

9  date is April 1st, 2025, and this is the beginning

10  of the deposition of Mike Pelletier.  The case

11  caption is Brian Moreau versus Feld Motor Sports,

12  Inc., et al.

13            Will counsel please introduce yourselves

14  and whom you represent.

15            MR. SCHWEIKERT:  Good morning.  I'm Mark

16  Schweikert.  I represent the -- the plaintiff, Brian

17  Moreau.

18            MS. SPRADLIN:  Good morning, Caroline

19  Spradlin.  I represent the defendant, American

20  Motorcyclist Association.

21            MR. GORDON:  David Gordon on behalf of

22  Defendant Feld Motor Sports.

23            MS. NDUKA:  Bethany Nduka on behalf of

24  Defendants, the Medic Rig, Dr. John Bodnar, Dr.

25  James Kennedye, Amy Metiva, and Scott Combs.

MICHAEL PELLETIER                     April 01, 2025                              7
83433

```
 1              MR. GORDON:  And Lexy Khella, who is on
 2  the Zoom, is with me.  She's a corporate
 3  representative for Feld Motor Sports.
 4              THE VIDEOGRAPHER:  Our court reporter has
 5  a statement to make, and then we'll swear in the
 6  witness, and then we may continue.
 7              THE REPORTER:  I'm your court reporter for
 8  today, and I just have a quick statement to make for
 9  the record.  I would like everyone to please speak
10  loudly, slowly, and clearly, so I can make an
11  accurate transcript today.  Please do not talk over
12  one another, because I can only report one person at
13  a time.  I will be administering an affirmation for
14  any testimony given.  I would like to stipulate for
15  the record that the remote affirmation and the
16  remote testimony will be administered and reported
17  by a professional digital reporter.  The testimony
18  will be transcribed and certified.
19              Mr. Schweikert, do you agree to move
20  forward?
21              MR. SCHWEIKERT:  Yes.
22              THE REPORTER:  Ms. Spradlin, do you agree
23  to move forward?
24              MS. SPRADLIN:  Yes.
25              THE REPORTER:  Mr. Gordon, do you agree to
```

1   move forward?

2              MR. GORDON:  I do.   Thanks.

3              THE REPORTER:  Ms. Nduka, do you agree to

4   move forward?

5              MS. NDUKA:  Yes.

6              THE REPORTER:  Mr. Pelletier, please raise

7   your right hand.  Do you affirm under penalty of

8   perjury that the testimony you're about to give will

9   -- you're about to give will be the truth, the whole

10  truth, and nothing but the truth?

11             THE DEPONENT:  I do.

12             THE REPORTER:  Thank you.

13             You may proceed.

14             MR. SCHWEIKERT:  Thank you. MICHAEL B.

15  PELLETIER, having been first duly affirmed to tell

16  the truth, was examined, and testified as follows:

17  EXAMINATION

18  BY MR. SCHWEIKERT:

19       Q.   Good morning, sir.

20       A.   Good morning.

21       Q.   Could you please state your full legal

22  name for the record.

23       A.    It is Michael Brian Pelletier.

24       Q.   Okay.  And are you currently employed?

25       A.   I am.

MICHAEL PELLETIER                    April 01, 2025                            9
83433

1        Q.    Where are you employed?

2        A.    The American Motorcyclist Association.

3        Q.    Is that also referred to as the AMA?

4        A.    It is.

5        Q.    And what is your current employment

6   position?

7        A.    I am the director of Racing.

8        Q.    And what do you do as the director of

9   Racing?

10       A.    I oversee the domestic professional and

11  amateur competitions for our Racing Department.

12       Q.    And how long have you been the director of

13  Racing?

14       A.    I believe it was around 2020.

15       Q.    Okay.  Have you ever had your deposition

16  taken before?

17       A.    I have not.

18       Q.    Have you ever been a plaintiff or a

19  defendant?

20       A.    I have not.

21       Q.    I'm going to show you -- well, since you

22  haven't had your deposition taken before, this is a

23  formal court proceeding, even though we're not in a

24  courtroom.  Your lawyer and the other lawyers

25  present, we're all officers of the court.  And I

```
 1   would ask that we conduct ourselves just as if we
 2   were in the court room, even though the judge and
 3   the jury are not present.  Understand?
 4        A.   Understood.
 5        Q.   Okay.  The court reporter is literally
 6   transcribing every single word being spoken.  So,
 7   for purposes of an accurate transcript, if we could
 8   give each other the courtesy of allowing me to
 9   finish my question, and I will certainly allow you
10   to finish your answer before speaking; is that fair?
11        A.   Fair.
12        Q.   Okay.  And the lawyers might have some
13   objections.  I would ask that you answer my
14   questions unless your lawyer specifically instructs
15   you not to answer, okay?
16        A.   Okay.
17        Q.   I'm going to ask you a number of questions
18   today.  It's important that you understand them, so
19   you can give me your best testimony.  Now, if you
20   don't understand a question, just let me know, and I
21   will try to clarify it.  If you do answer a
22   question, I'm going to assume that you understood
23   it, okay?
24        A.   Okay.
25        Q.   And you are not being held hostage.
```

April 01, 2025                        11

```
 1   You're -- we're happy to take a break if you need

 2   one for whatever reason.  I would just ask that we

 3   not take a break while a question is pending, all

 4   right?

 5       A.   I understand.

 6       Q.   I'm going to show you a exhibit.  This is

 7   a document I will mark as Exhibit 185.  It's the AMA

 8   Responses and Objections to Plaintiff's Notice of

 9   Rule 30(b)(6), Videotaped Deposition.

10            (WHEREUPON, Exhibit 185 was marked for

11   identification.)

12            THE REPORTER:  Exhibit 185 has been

13   marked.

14            MR. SCHWEIKERT:  Thank you.

15   BY MR. SCHWEIKERT:

16       Q.   Have you seen Exhibit 185?

17       A.   I have.

18       Q.   Okay.  And are you aware that you've been

19   designated as the representative of the AMA to

20   testify about certain topics enumerated in this

21   notice?

22       A.   I'm aware.

23       Q.   And are you prepared to do so today?

24       A.   I am.

25       Q.   Okay.  Without telling me things that you
```

1  may have discussed with your counsel, what did you

2  do to prepare to testify today?

3       A.    I reviewed several documents and had a sit

4  down meeting, a few, actually, with our counsel.

5       Q.    How many meetings?

6       A.    I believe three.

7       Q.    And when were those meetings?

8       A.    Last week, and I don't recall the one

9  before, maybe two weeks ago.

10       Q.    And was anybody present other than your

11  counsel?

12       A.    No.

13       Q.    And what documents did you review?

14       A.    I reviewed the payroll sheet, and I

15  reviewed the rulebook.

16       Q.    Anything else?

17       A.    I don't recall.  I know that we saw some

18  videos when we were with counsel.

19       Q.    Did you look at any pictures?

20       A.    I did not look at pictures.

21       Q.    What do you recall about the videos that

22  you saw?

23       A.    It was what counsel showed me from the

24  stadium, I believe.

25       Q.    How many videos?

```
 1        A.    Two or three.
 2        Q.    Was one of the videos from what we've been
 3   calling a Nest camera sort of located high up in the
 4   stadium, providing a full view of the track?
 5        A.    I can't attest to as a Nest camera, but I
 6   believe it was a stadium, overall view.
 7        Q.    Okay.  Did you review any videos that
 8   provided more of a close up perspective on what
 9   happened after Brian Moreau crashed?
10        A.    I believe I did.
11        Q.    Did you view any videos that were in slow
12   motion?
13        A.    I don't recall slow motion.
14        Q.    Okay.  Did you look at any pictures?
15        A.    I don't believe I looked at pictures.  No.
16        Q.    Did you review any deposition transcripts?
17        A.    I did.
18        Q.    And which ones?
19        A.    John Gallagher's and Tim Kennedy's.
20        Q.    And when did you review those?
21        A.    Last week.
22        Q.    Did you read them cover to cover or just
23   certain parts?
24        A.    Certain parts that I skimmed through most
25   of them.
```

```
 1        Q.    Okay.   Anything else that you did to
 2   prepare to testify today?
 3        A.    No, sir.
 4        Q.    Did you speak with Mr. Gallagher or Mr.
 5   Kennedy?
 6        A.    I did not.
 7        Q.    Mr. Canfield?
 8        A.    I did not.
 9        Q.    Did you speak with anyone other than your
10   lawyers?
11        A.    I did not.
12        Q.    And do you know who Brian Moreau is?
13        A.    I do.
14        Q.    Who's he?
15        A.    He was an athlete competing at the 2020
16   Tampa Supercross.
17        Q.    Were you at that event?
18        A.    I was.
19        Q.    And what do you understand to be the
20   nature of Brian's allegations in this case?
21              MS. SPRADLIN:   I'm going to object to the
22   form, just to the extent that you have personal
23   knowledge, but anything that has been shared with
24   you by counsel, I would instruct you not to share
25   anything that is attorney-client privileged.   You
```

MICHAEL PELLETIER                    April 01, 2025                          15
83433

```
 1   can go ahead and answer for your individual
 2   knowledge.
 3               THE DEPONENT:   Could you repeat that?  I'm
 4   sorry.
 5   BY MR. SCHWEIKERT:
 6        Q.   Sure.  Do you understand that Brian has
 7   sued the American Motorcyclist Association in this
 8   case?
 9        A.   I'm -- I'm aware.
10        Q.   And do you have an independent
11   understanding of what Brian alleges the AMA did
12   wrong?
13        A.   I do.
14        Q.   And what's that?
15        A.   I believe it was due to our flagging and
16   operational standpoint.
17        Q.   What do you mean by that?
18        A.   I believe the situation of the control of
19   the racetrack, is my understanding of it.
20        Q.   And do you know if Brian has sued any
21   other defendants in this case?
22        A.   Based off the other attorneys in this
23   room, that's -- I can make a judgment of that.
24        Q.   Do you have an independent understanding
25   of what Brian's claims are against the medical
```

```
 1  defendants?

 2        A.    Not fully.

 3        Q.    Partially?

 4        A.    I'd say not really at all.

 5        Q.    So, you understand him to be alleging that

 6  the AMA did some things wrong from a flagging and

 7  operational standpoint, but you're not aware of what

 8  his claims are with respect to the medical

 9  defendants.

10        A.    Correct.

11        Q.    And that's despite reading the depositions

12  of Mr. Gallagher and Mr. Kennedy?

13        A.    Yes.

14        Q.    Okay.  Do you believe that Brian's claims

15  against the AMA are frivolous?

16              MS. SPRADLIN:  Object to the form.

17              You can answer --

18              THE DEPONENT:  I can answer?

19              MS. SPRADLIN:  -- to the extent you know.

20              THE DEPONENT:  I believe it is.

21  BY MR. SCHWEIKERT:

22        Q.    Okay.  Could you explain to me why.

23        A.    Based off the control of the racetrack,

24  like I did -- I said before.  I believe the AMA

25  operated in a textbook form of how to control that
```

1  racetrack.

2      Q.    Is Brian still participating in the

3  supercross today?

4      A.    I do not believe he is.

5      Q.    Why not?

6      A.    I believe it's due to injury.

7      Q.    Do you know what injury?

8      A.    I can speculate that I've heard it's a

9  spinal cord injury, but I've not seen that

10  officially.

11     Q.    Okay.  And is it your understanding that

12  that injury was sustained during his participation

13  in the Tampa Supercross in 2020?

14     A.    I believe it was.

15     Q.    Okay.  And with the benefit of that

16  understanding, do you still believe, as you sit here

17  today, that the AMA's response was textbook?

18     A.    I absolutely do.

19          MS. SPRADLIN:  Objection to form.

20          THE DEPONENT:  I'm sorry.

21          MS. SPRADLIN:  No, that's okay.  You can

22  answer.

23          THE DEPONENT:  I absolutely do.

24          MR. GORDON:  And just for the record, just

25  so we have it on once that all objections to form

```
 1  are asked to all counsel, so we don't have to

 2  continue to repeat that.  Mr. Schweikert has agreed

 3  to that in the past, and he'll agree to that today.

 4  Thank you, sir.

 5         MR. SCHWEIKERT:  Yes, I will.  No problem.

 6  Okay.  And -- and we'll get into that, certainly,

 7  later on.  I just wanted to get an understanding up

 8  front.

 9  BY MR. SCHWEIKERT:

10      Q.    Do you know Feld Motor Sports?

11      A.    Can you specify that further.

12      Q.    Do you know the entity Feld Motor Sports,

13  Inc.?

14      A.    As pertains to supercross, do you mean?

15      Q.    Yes.

16      A.    Yes.

17      Q.    And what is your understanding of how Feld

18  Motor Sports pertains to supercross?

19      A.    They are the promoter of the supercross

20  series.

21      Q.    Do you know Feld Entertainment, Inc.?

22      A.    I'm not familiar with the designation

23  between the two.

24      Q.    Okay.  Can we have an understanding today

25  that if we're discussing Feld, we're referring to
```

MICHAEL PELLETIER                     April 01, 2025                          19
83433

```
 1   Feld Motor Sports.
 2        A.    Yes.
 3        Q.    Is that fair?
 4        A.    Uh-huh.
 5        Q.    And to the extent you intend to refer to
 6   Feld Entertainment, or perhaps the individual, Mr.
 7   Kenneth Feld, just please specify that for me, okay?
 8        A.    Understood.
 9        Q.    Otherwise, I'm going to assume that our
10   discussion of Feld is pertaining to Feld Motor
11   Sports.
12        A.    I understand.
13        Q.    Okay.  Do you ride motorcycles?
14        A.    Not as of late, but I have, yes.
15        Q.    When did you start riding?
16        A.    I'd say I was around 12 or 13 years old.
17        Q.    Dirt bikes?
18        A.    Yes, sir.
19        Q.    And when you say, you have not been riding
20   as of late, what do you mean?
21        A.    Due to travel in the job, I have not
22   ridden as much as I used to.
23        Q.    You used to ride relatively frequently?
24        A.    I did.
25        Q.    And how old are you today?
```

1      A.    I am 37.

2      Q.    And where are you from?

3      A.    Originally, from Berlin, New Hampshire.

4      Q.    Where?

5      A.    Berlin, New Hampshire.

6      Q.    Could you spell that, please.

7      A.    B-E-R-L-I-N, New Hampshire.

8      Q.    And where do you currently live?

9      A.    I currently live in New Albany, Ohio.

10     Q.    Okay.  And how long have you lived in New

11  Albany?

12     A.    I moved here around fall of 2015.

13     Q.    And from that time through the present,

14  has your residence in New Albany, Ohio, been your

15  primary residence?

16     A.    Correct.

17     Q.    Okay.  Do you live alone?

18     A.    I do.

19     Q.    Are you married?

20     A.    I am not.

21     Q.    Okay.  How did you get into riding dirt

22  bikes at the age of 12 or 13?

23     A.    My family was into it, had dirt bikes and

24  motorcycles, and then bought me one, and I started

25  riding dirt bikes.

MICHAEL PELLETIER                    April 01, 2025                        21
83433

```
 1        Q.    When you say your family was into it, what
 2   do you mean?
 3        A.    I used to go trail riding and have ATVs
 4   and motorcycles and kind of in the blood there.  So,
 5   naturally came to me.
 6        Q.    Okay.  No, I understand.  I grew up in a
 7   similar environment in Michigan.  Did you ever ride
 8   a motocross track?
 9        A.    I have.
10        Q.    When did you first ride a motocross track?
11        A.    I was probably around 14 or so.  14 or 15.
12        Q.    Did you ever compete in motocross?
13        A.    I did.
14        Q.    When did you start competing?
15        A.    Around the same age.
16        Q.    Was that as an amateur or professional?
17        A.    No.  It was amateur.
18        Q.    And would you -- what races were you
19   participating in around that time?
20        A.    When I first started, it was just some
21   local tracks in Vermont, in New England, and then I
22   grew into spreading out more in New England,
23   Connecticut, Massachusetts.
24        Q.    And were the races that you participated
25   in sanctioned by a sanctioning body?
```

1       A.    There was an organization that ran it, but

2   I can't quite recall if it was a sanction --

3   sanctioning body or not.

4       Q.    Did you ever race professionally?

5       A.    I did.

6       Q.    When did you begin a professional career?

7       A.    I believe my first license, pro license,

8   was 2013 or 2014.

9       Q.    And how old would you have been at that

10  time?

11      A.    Over ten years ago, so I was probably

12  early 20s, mid to early 20s.

13      Q.    And how did you get involved in

14  professional racing?

15      A.    Continuing through the amateur ranks, I

16  did that and then decided to pursue my pro license.

17      Q.    Were you -- strike that.

18            Were you recruited by a racing team?

19      A.    I was not.

20      Q.    Did you get a place on a professional

21  racing team?

22      A.    I did not.

23      Q.    You were an independent professional

24  rider?

25      A.    Correct.

MICHAEL PELLETIER                 April 01, 2025                            23
83433

```
 1        Q.   And was there a particular series that you
 2   were participating in as a professional rider?
 3        A.   I did two or three races in Canada.
 4        Q.   Were those motocross?
 5        A.   They were.
 6        Q.   Was either one supercross?
 7        A.   Not supercross.
 8        Q.   Any other professional races that you
 9   competed in?
10        A.   I did not.
11        Q.   Why didn't you race professionally beyond
12   those two or three races in Canada?
13        A.   I chose to pursue a different career,
14   other than that.
15        Q.   And what career was that?
16        A.   I wanted to stay in the sport, so I
17   started pursuing careers with the sanctioning body
18   here at the AMA.
19        Q.   Over the course of your career as both an
20   amateur and a professional, did you ever break any
21   bones?
22        A.   I was fortunate enough to not have any
23   severe injuries, bumps and bruises and pains that
24   come with it.
25        Q.   Okay.  Anyone else in your family that
```

MICHAEL PELLETIER  April 01, 2025  24
83433

1   raced Motocross, as an amateur professional?

2       A.   No.

3       Q.   Did you graduate high school?

4       A.   I did.

5       Q.   And when was that?

6       A.   I graduated in 2005.

7       Q.   Did you go to college?

8       A.   I did.

9       Q.   Where did you go to school?

10      A.   Plymouth State University in Plymouth, New

11  Hampshire.

12      Q.   Did you obtain a degree?

13      A.   I did.

14      Q.   What was your degree?

15      A.   I have a BA in Business Administration and

16  a minor in Professional Communications.

17      Q.   Did you go to graduate school?

18      A.   I did not.

19      Q.   Do you have any licenses or certifications

20  related to motorcycles?

21      A.   Outside of my professional license that I

22  held, which has lapsed, I do have some licenses

23  through the FIM.

24      Q.   Okay.  And let's start by just listing the

25  licenses that you have held with the FIM, at any

 1  point.

 2       A.    Sure.  I have had my Clerk of Course

 3  license through the FIM.

 4       Q.    Okay.

 5       A.    I've had my CCR, which is a road racing

 6  license.  And I believe I've had my Environmental

 7  Steward license.  And that's all I can recall at the

 8  moment.

 9       Q.    Okay.  And when did you obtain the Clerk

10  of Course license?

11       A.    I don't recall the exact year.  I would

12  say it was around 2016 or 2017.

13       Q.    And was that license active as of February

14  2020?

15       A.    That was.

16       Q.    And what did you have to do to get a Clerk

17  of Course license from the FIM?

18       A.    It was a seminar that was presented every

19  three years by the FIM.

20       Q.    And do you recall where you attended that

21  seminar?

22       A.    I do not.

23       Q.    Did you have to take any sort of written

24  test or exam to obtain a license?

25       A.    There was an exam.

April 01, 2025                        26

1      Q.    Was it a written exam?

2      A.    It was a multiple choice, if I remember

3  correctly.

4      Q.    And once you had obtained your license,

5  did you need to renew it over the years?

6      A.    Every three -- three years, like I had

7  stated, it expires, so we have to renew it.

8      Q.    And do you have to attend a seminar every

9  time?

10     A.    I did.

11     Q.    And what is covered during the seminar?

12     A.    Background on the FIM, Clerk of Course

13 responsibilities.

14     Q.    And what are the Clerk of Course

15 responsibilities?

16     A.    Clerk of Course responsibilities would to

17 assist the race director on-site with the

18 officiating and the officials.

19     Q.    Anything else?

20     A.    I'd have to refresh my memory.

21     Q.    And were you the Clerk of Course for the

22 Tampa Supercross in 2020?

23     A.    Yes, sir.  I was.

24     Q.    I think you also mentioned a CCR road

25 racing license?

MICHAEL PELLETIER                    April 01, 2025                         27
83433

```
 1        A.    Correct.

 2        Q.    What does CCR stand for?

 3        A.    CCR is the Road Racing Commission of the

 4   FIM.

 5        Q.    And when did you obtain that license?

 6        A.    That was about three to four years ago.

 7        Q.    After the Tampa Supercross?

 8        A.    Yes.

 9        Q.    Okay.

10              MS. SPRADLIN:  You mean the Tampa

11   Supercross in 2020 --

12              MR. SCHWEIKERT:  Yes.

13              MS. SPRADLIN:  -- for the record.

14   BY MR. SCHWEIKERT:

15        Q.    And we're going to be talking about the

16   event where Brian got hurt.  You understand that was

17   in Tampa, Florida on February 15th, 2020?

18        A.    That's correct.

19        Q.    All right.  So, if I refer to the Tampa

20   Supercross, can we have an understanding that's the

21   event I'm talking about?

22        A.    I understand.

23        Q.    Okay.  Appreciate it.  Why did you get a

24   road racing license with the FIM three or four years

25   ago?
```

1        A.    As the director of Racing, I oversee all

2   disciplines.

3        Q.    And by disciplines, what do you mean?

4        A.    Racing disciplines could vary from

5   motocross, supercross, to road racing, to off-road

6   racing, like you would see in the woods.  All of

7   those are considered different racing disciplines.

8        Q.    Are there professional road races that you

9   currently are involved with in your role as director

10  of racing for the AMA?

11       A.    There is.

12       Q.    And what are those?

13       A.    That is the MotoAmerica Series.  That is a

14  professional road racing series.

15       Q.    Do you know -- have you ever heard of the

16  MotoGP?

17       A.    I have.

18       Q.    Is MotoAmerica affiliated with MotoGP, or

19  are they two different series?

20       A.    Two separate entities.

21       Q.    Okay.  Is one considered to be more elite

22  than the other?

23       A.    To some, I would speculate, but I would

24  say MotoGP is a world championship that travels the

25  world, and MotoAmerica stays domestic, here in the

MICHAEL PELLETIER
83433

April 01, 2025                                        29

```
 1   United States.
 2        Q.   Understood.  Okay.  And do you go to
 3   MotoAmerica events?
 4        A.   I do.
 5        Q.   Okay.  Do you serve as an official at
 6   those events?
 7        A.   Typically, I do not.
 8        Q.   Are you there in some capacity with the
 9   AMA when you attend the events?
10        A.   I am.  I'm a staff visit, basically, from
11   the office.
12        Q.   Okay.  And do you know who the promoter is
13   for MotoAmerica?
14        A.   I believe it's the Krave Group.
15        Q.   Is that K-R-A-V-E?
16        A.   That's correct.
17        Q.   And do you know if there is a medical team
18   that is provided to assist injured riders at these
19   MotoAmerica races?
20        A.   I do know there's medical personnel there.
21   I can't speak as to deep -- how deep that is.
22        Q.   Do you know who arranges for the medical
23   personnel to be at those events?
24        A.   I believe it would be MotoAmerica
25   themselves.
```

1          Q.    Okay.   All right.   The other license you

2     mentioned was an environmental what?

3          A.    Environmental Steward license.

4          Q.    All right.   What is an Environmental

5     Steward license?

6          A.    That is to ensure that the environmental

7     areas of the racing is kept, so environmental mats,

8     oil disposal, things like that.

9          Q.    And when did you first obtain that

10    license?

11         A.    That was -- this is pure speculation, but

12    2016, 2017.

13         Q.    Okay.   Is it currently active today?

14         A.    It is not.

15         Q.    When did it lapse?

16         A.    Several years ago.   I'd say over five

17    years ago.

18         Q.    Any other licenses or certifications

19    related to motorcycle racing that we haven't

20    discussed?

21         A.    Not that I'm aware of.

22         Q.    Have you ever taken any courses related to

23    emergency medicine?

24         A.    No.

25         Q.    Never been trained as an EMT?

1        A.    I have not.

2        Q.    Paramedic?

3        A.    No, sir.

4        Q.    Okay.  All right.  So, you mentioned

5   earlier that you finished your professional racing

6   career because you wanted to do something else,

7   right?

8        A.    Correct.

9        Q.    All right.  Tell me about that career that

10  you pursued after you ended professional racing.

11       A.    I came to the AMA, applied to the AMA, the

12  American Motorcyclist Association, as a motocross

13  coordinator to get into the motocross discipline,

14  which I was hired for in 2015.

15       Q.    What -- what was a motocross coordinator

16  doing at that time?

17       A.    Motocross coordinator dealt with our

18  organizers around the country, ensuring that they

19  had their proper sanctions paperwork in place,

20  things of that nature.

21       Q.    Did you say proper paperwork and

22  insurance?

23       A.    I did not say insurance, but that is part

24  of it.

25       Q.    What -- what is the proper paperwork that

 1  you were referring to?

 2       A.    They have to go through certain paperwork

 3  as a charter.   They have to become a charter with

 4  the AMA, and then they have to fill out forms to

 5  sanction an event with us.

 6       Q.    And how long did you serve in that role?

 7       A.    That role was three or four months.

 8  That's speculation, but it was quick.

 9       Q.    Were you promoted?

10       A.    I was.

11       Q.    Okay.   What was your next position?

12       A.    I was the assistant manager of motocross.

13       Q.    And that was some time in 2015, '16?

14       A.    I would say to start year 2016.

15       Q.    And what were you doing as the assistant

16  manager of motocross?

17       A.    That was more of a travel position, so I

18  would be on-site at amateur events around the

19  country.

20       Q.    Only amateur events?

21       A.    Correct.

22       Q.    Are you referring to amateur events that

23  were sanctioned by the AMA?

24       A.    That is correct.

25       Q.    And how long were you the assistant

MICHAEL PELLETIER                    April 01, 2025                         33
83433

1  | manager of motocross?

2  |       A.    Until spring of 2017.

3  |       Q.    And what position did you take on next?

4  |       A.    Then I took on the supercross manager.

5  |       Q.    And were you the supercross manager at the

6  | time of the Tampa Supercross in 2020?

7  |       A.    Yes, sir.   I was.

8  |       Q.    All right.   What are your responsibilities

9  | as a supercross manager?

10 |       A.    A supercross manager would over --

11 | continue the relationship with Feld Motor Sports.

12 | Kind of an overall basis of the series from our home

13 | office.   And then on-site with the officials and the

14 | officiating.

15 |       Q.    And what do you mean, continuing

16 | relationship with Feld Motor Sports?

17 |       A.    I was their connection from the

18 | collaboration between the partner or our companies

19 | for the Supercross Series.   I was the main point of

20 | contact.

21 |       Q.    And on-site at supercross events, what are

22 | your general responsibilities as the supercross

23 | manager?

24 |       A.    Work with our officials.   Make sure

25 | everything's running smoothly from our side, from a

 1  sanctioning body perspective.

 2       Q.   And what does that mean?

 3       A.   That is, again, working with the officials

 4  and officiating the race with our team.

 5       Q.   Are you responsible for managing the

 6  entire supercross event?

 7       A.   That's a bit broad of a spectrum.  Could

 8  you rephrase what you mean by that.

 9       Q.   Sure.  I was just -- the -- the title,

10  supercross manager, suggests you're managing the

11  supercross, and so I was asking, were you managing

12  the entire event or just --

13       A.   No.  Just from the sanctioning body

14  perspective.

15       Q.   Okay.  And the responsibilities, as you

16  described them, is that consistent with what your

17  responsibilities would have been at the Tampa

18  Supercross in 2020?

19       A.   Yes, sir.

20       Q.   And when you say, you would work with

21  officials, what do you mean?

22       A.   Officials that would come in to -- who

23  would work there that day and work throughout the

24  event with them, along with the race director.

25       Q.   And anyone in particular that you can

 1  recall -- strike that.

 2          Who was the race director for the Tampa

 3  Supercross?

 4      A.   That was John Gallagher.

 5      Q.   Okay.  And can you recall any other

 6  officials that you worked with in connection with

 7  the Tampa Supercross in 2020?

 8      A.   Tim McAdams, Jeff Canfield, and Tim

 9  Kennedy, specifically.

10      Q.   Anyone else?

11      A.   I'd have to refresh my memory on who was

12  there.

13      Q.   Okay.  And who is Tim McAdams?

14      A.   Tim McAdams would have served as the AMA

15  delegate and chief technical inspector at that

16  event.

17      Q.   And what is your understanding of Mr.

18  McAdams' responsibilities in connection with the

19  Tampa Supercross?

20      A.   As the AMA delegate, he would serve on a

21  Race Direction Panel.  And as a chief technical

22  inspector, he would handle our technical control at

23  the racetrack.

24      Q.   And what is technical control?

25      A.   Technical control could be specifications

MICHAEL PELLETIER                    April 01, 2025                              36
83433

```
 1  of the motorcycles and equipment that the riders

 2  operate.

 3       Q.    And, Mr. Jeff Canfield, do you recall what

 4  role he served at the Tampa Supercross?

 5       A.    I believe Jeff was the event manager at

 6  the Tampa Supercross.  And he would basically be a

 7  liaison between television and our sanctioning body.

 8       Q.    And Mr. Tim Kennedy?

 9       A.    He'd be our flagging steward or chief

10  flagging steward.  I don't recall the exact name in

11  2020.

12       Q.    And are those the primary officials that

13  you would have been working with at the event?

14       A.    They would have been.

15       Q.    Did Mr. Gallagher report to you?

16       A.    He did.

17       Q.    Did Mr. McAdams report to you?

18       A.    Yes.

19       Q.    Mr. Canfield?

20       A.    Yes.

21       Q.    Mr. Kennedy?

22       A.    Yes.

23       Q.    Were you the highest ranking person from

24  the AMA at the Tampa Supercross?

25       A.    I was.
```

1        Q.   And who did you report to, at that time,

2   in terms of the hierarchy within the AMA?

3        A.   I don't recall 2020.  I believe it was

4   James Holter, who was our chief operating officer,

5   or Rob Dingman as our CEO.

6        Q.   Is Mr. -- is that D-I-N-G-H-A-M?

7        A.   D-I-N-G-M-A-N. It's Dingman.

8             MR. SCHWEIKERT:  Valerie, did you get

9   that?

10            THE REPORTER:  You said it was DING --

11            THE DEPONENT:  M-A-N. Rob Dingman.

12   BY MR. SCHWEIKERT:

13        Q.   Is Mr. Dingman still the CEO today?

14        A.   He is.

15        Q.   Okay.  Outside of those officials we just

16   talked about, do you know if the AMA had any other

17   individuals on-site assisting in any way in

18   connection with the supercross event?

19        A.   No, I'm not aware.

20        Q.   Do you know if the AMA had any track

21   marshals?

22        A.   Can you explain what you mean by track

23   marshals.

24        Q.   I was hoping you could explain.  I've seen

25   reference in documents to track marshals.  Do you

 1  have an understanding of what that might be

 2  referring to?

 3       A.   I know there's some different name and

 4  verbiage being used, but AMA officials would be AMA

 5  flaggers.  I don't know if that's what you mean by

 6  track marshals or not.

 7       Q.   Okay.  Do you know a gentleman by the name

 8  of Jarry Newby?

 9       A.   I do.

10       Q.   Was he a flagger at the Tampa Supercross?

11       A.   I believe he was.

12       Q.   And Jarry is J-A-R-R-Y.

13       A.   Correct.

14       Q.   Newby, N-E-W-B-Y.

15       A.   That's correct.

16       Q.   Was there anybody else like Jarry Newby

17  that was assisting the AMA during the Tampa event?

18       A.   Yes.  Jarry Newby would be considered one

19  of those AMA flaggers, and we had several others

20  around the racecourse.

21       Q.   Okay.  And I imagine there were some

22  administrative people on-site; is that fair?

23       A.   That's fair.

24       Q.   Okay.  Excluding the administrative stuff,

25  it's my understanding, the AMA had the officials,

1   that you previously identified, as well as some

2   flaggers there to assist with officiating the event;

3   is that fair?

4        A.   That's fair.

5        Q.   Any other type of person or position that

6   the AMA would have had there?

7        A.   I don't recall.

8             MS. SPRADLIN:  And just for the record,

9   Mark, are you considering timing and scoring people

10  to be admin or not admin?  I'm not really sure where

11  that falls.

12  BY MR. SCHWEIKERT:

13       Q.   Okay.  Were there timing and scoring folks

14  as well?

15       A.   There was.

16       Q.   Okay.  And what role did the timing and

17  scoring people serve?

18       A.   The timing and scoring keeps the results

19  and lap times of the event.

20       Q.   Okay.  I will show you a document.  This

21  will be marked as Exhibit 186, Bates labeled AMA

22  1679 through 1683.

23            (WHEREUPON, Exhibit 186 was marked for

24  identification.)

25            THE REPORTER:  Exhibit 186 has been

1  marked.

2  BY MR. SCHWEIKERT:

3      Q.    Okay.  And if you would just take a

4  minute, review the document I've marked as Exhibit

5  186, and let me know if you've seen it before.

6      A.    I have.

7      Q.    And what is Exhibit 186?

8      A.    This looks like my offer letter,

9  originally, to start with the American Motorcyclist

10  Association, as well as a status change to the

11  assistant motocross manager from the motocross

12  coordinator position.

13      Q.    And do you have any other type of written

14  contract with the AMA that covers your work as a

15  supercross manager?

16      A.    I don't -- don't recall.

17      Q.    Okay.  And are you a W-2 employee of the

18  AMA?

19      A.    I believe I'm a full-time.  I'm not sure

20  if that's a W-2 or not, but I believe so.

21      Q.    And was that the case in 2020?

22      A.    That was.

23      Q.    Are you still the supercross manager

24  today?

25      A.    I am not.

MICHAEL PELLETIER                   April 01, 2025                          41
83433

1      Q.   Do you know who is?

2      A.   We do not have one.

3      Q.   And why not?

4      A.   As a director of Racing, I still operate

5    supercross.

6      Q.   So, as of today, you still fulfill the

7    same responsibilities, but your title is now

8    director of Racing.

9      A.   Correct.

10     Q.   But you still go to the supercross events?

11     A.   I do.

12     Q.   And you oversee the officials.

13     A.   Correct.

14     Q.   Okay.  Do you hold any other jobs outside

15   of working with the AMA?

16     A.   I do not.

17     Q.   I'm going to show you the rulebook was

18   previously marked as Exhibit 2.  It might be --

19          MS. SPRADLIN:  There's a copy right here.

20          THE DEPONENT:  Thank you.

21   BY MR. SCHWEIKERT:

22     Q.   Do you recognize Exhibit 2?

23     A.   I do.

24     Q.   And what is it?

25     A.   This looks like the 2020 Rulebook.

1     Q.    The rulebook for the supercross?

2     A.    Correct.

3     Q.    And on the first page at the top, there's

4  an AMA logo.  Do you see that?

5     A.    I do.

6     Q.    Is that the logo of the American

7  Motorcyclist Association?

8     A.    Looks to be.

9     Q.    And then, there's also an FIM logo.  Do

10  you see that?

11    A.    I do.

12    Q.    What involvement did the FIM have with the

13  supercross in 2020?

14    A.    They sanctioned the 450cc class.

15    Q.    And did the AMA also sanction the 450cc

16  class?

17    A.    We did not.  We did the 250 class, as far

18  as I'm aware.

19    Q.    And why -- can you explain to me why the

20  FIM would sanction one class and the AMA would

21  sanction another?

22    A.    I can't.  That was pre -- pre my time.

23    Q.    Okay.  Does the -- withdraw that.

24          Does the FIM still co-sanction supercross

25  events today?

MICHAEL PELLETIER                  April 01, 2025                           43
83433

```
 1        A.    They do not.

 2        Q.    Do you know why?

 3        A.    Let me rephrase that.  They do not for the

 4   AMA series.

 5        Q.    Is there another series you're thinking

 6   of?

 7        A.    They have a world championship series,

 8   yes.

 9        Q.    Okay.  There's a world championship

10   series, today, that is sanctioned by the FIM?

11        A.    That's correct.

12        Q.    Is the AMA involved in that?

13        A.    We are not.

14        Q.    But as of 2020, the world championship was

15   part of the supercross, right?

16              MS. SPRADLIN:  Object to the form.

17              THE DEPONENT:  I don't -- I don't know

18   what you mean, to be honest with you.

19   BY MR. SCHWEIKERT:

20        Q.    The AMA Supercross in 2020 was an FIM

21   World Championship --

22        A.    That is correct.

23        Q.    -- right?  But as of today, there's now a

24   separate series done by the FIM, that is a world

25   championship, right?
```

```
 1        A.    That is correct.

 2        Q.    Why, if you know, are the AMA and the FIM

 3   not still working together to do a world

 4   championship?

 5        A.    I don't know the reasons of why they

 6   separated.  And it wasn't AMA.  I believe Feld made

 7   the decision to separate from the FIM.

 8        Q.    I want to -- we touched on this briefly,

 9   but I just want to talk about it in connection with

10   the rulebook.  If you could go to Page 61.  It's

11   Appendix B entitled Official's Duties.

12        A.    Okay.

13        Q.    And at the top, there is a table, and that

14   lists various officials.  Do you see that?

15        A.    I do see that.

16        Q.    Okay.  Lists Race Direction, event

17   management, race director, clerk of course, chief

18   medical officer, chief clerk/registrar, timing and

19   scoring manager, starter, officials, pit steward,

20   chief technical inspector, equipment steward, and

21   Steward's Appeals Panel.  Do you see that?

22        A.    I do.

23        Q.    Do you know if all those different types

24   of officials were present at the Tampa Supercross?

25        A.    I believe they were.
```

1        Q.   And Race Direction consisted of you, as
2   the clerk of course, John Gallagher, as the race
3   director, and Tim McAdams, as the AMA delegate?
4        A.   Yes, sir.
5        Q.   Okay.  And what was Race Direction
6   responsible for at the Tampa Supercross?
7        A.   Race Direction is responsible for the
8   officiating of the event.
9        Q.   And what does that mean?
10       A.   To impose penalties for violations on the
11  racetrack, if you will.
12       Q.   Anything else?
13       A.   Yeah, as you can see, as it lists in here,
14  events schedule to make, modifies or delays.  Other
15  -- other responsibilities as well.
16       Q.   Does the Race Direction group have the
17  ability to red flag an active track?
18       A.   They do not.  That is the race director.
19       Q.   Okay.  And what does it mean to you to
20  ensure the smooth and efficient running of a
21  supercross event?
22       A.   That, to me, would be if there was a
23  weather delay, we would discuss that, things of that
24  nature.  I would say ingress, egress of motorcycles
25  inside the stadium, outside of the stadium from an

1  operational standpoint.

2       Q.   Is weather the only thing that you can

3  think of that could cause a delay?

4       A.   I'd have to think about that.  No, I would

5  say, you know, there could be high winds, something,

6  something like that.

7       Q.   Could prolonged stoppages on a racetrack

8  produce a delay in an event schedule?

9       A.   It could delay the session or stop a

10 session.

11      Q.   Have you ever had any issues with delays

12 resulting from the racetrack being stopped for a

13 prolonged period of time.

14      A.   What do you mean by issues?

15      Q.   You -- what does it mean to you?

16      A.   Issues, are you talking about the

17 schedule?

18      Q.   Sure.

19      A.   I would say a schedule is very fluid, so I

20 wouldn't see any issues with it.  No.

21      Q.   Okay.  So, if the track was active for

22 practices, and it needed to be stopped so a rider

23 could be attended to by the medical team for a

24 period of 30 minutes or longer, would that scenario,

25 possibly, interfere with the ability to have a

```
1  smooth and efficient event?

2           MS. SPRADLIN:  Object to form.

3           You can answer.

4           THE DEPONENT:  I can answer?

5           I wouldn't say that it would cause to the

6  smooth running of the event.  No.

7  BY MR. SCHWEIKERT:

8       Q.   Would it cause a delay?

9       A.   Of course.

10      Q.   What sort of recommendations are you aware

11  of, had -- had been made to the organizers in

12  connection with ensuring the smooth and efficient

13  running of an event?

14      A.   Recommendations, I would go back to saying

15  ingress and egress of motorcycles, operationally

16  around the racetrack, the facility of how we operate

17  that racetrack, where our flaggers are placed,

18  things like that.

19      Q.   Have there been instances where, in your

20  experience, adjustments needed to be made to the

21  schedule in order for the event to be broadcast live

22  in accordance with the TV schedule?

23      A.   Are you talking the full day?

24      Q.   Sure.

25      A.   I know we've made adjustments that we've
```

MICHAEL PELLETIER
83433
April 01, 2025
48

```
 1   had to do things on the schedule.  Just this past
 2   weekend, we had a rain delay, for example.
 3        Q.   Where was the event this past weekend?
 4        A.   Seattle, Washington.
 5        Q.   And do you know what time it was scheduled
 6   to be broadcast live?
 7        A.   I don't know that.
 8        Q.   Did the event -- strike that.
 9             Was the event in Seattle broadcast on
10   time?
11        A.   I believe it was.
12        Q.   But there were some rain delays leading up
13   to the night show?
14        A.   Correct.
15        Q.   Okay.  And what -- what was done to
16   compensate for those rain delays?
17        A.   Free practice was eliminated from the
18   schedule.
19        Q.   Anything else?
20        A.   I don't believe so.
21        Q.   And were you involved in coordinating the
22   decision to eliminate free practices?
23        A.   I was not.
24        Q.   Do you know who was?
25        A.   I believe our event manager, Jeff
```

```
 1   Canfield, was.
 2        Q.   There's a reference in the rulebook to a
 3   representative of the championship promoter.  Do you
 4   see that?
 5        A.   Can you specify where that is?
 6        Q.   Yeah.  In Section F5.
 7        A.   Are you under officials still?
 8        Q.   Yes.
 9        A.   Okay.
10        Q.   Correct?
11        A.   Yeah.  I see that.
12        Q.   All right.  Do you know who was the
13   representative of the championship promoter at the
14   Tampa Supercross?
15        A.   I do not recall then.
16        Q.   Is the reference to the championship
17   promoter a reference to Feld Motor Sports?
18        A.   I believe it to be, yes.
19        Q.   Did you coordinate with anyone from Feld
20   while you were on-site at the Tampa Supercross.
21        A.   Is there a specific scenario you're
22   talking about or just in general?
23        Q.   Just trying to understand, generally.
24        A.   Okay.  Yeah.  We talk frequently
25   throughout the event at every event, so I'm sure
```

1  there was communication between the championship

2  promoter and us.

3      Q.   Do you recall who you would have been

4  talking to at the Tampa Supercross from Feld?

5      A.   I can speculate it was probably Mike Muye

6  with Feld -- or Feld Motor Sports.

7      Q.   Anyone else?

8      A.   I don't recall.

9      Q.   Do you know Dave Prater?

10     A.   I do.

11     Q.   Based on your experience, is it likely

12  that he may have been someone you would have

13  coordinated with at the event?

14     A.   I probably spoke to Dave at the event,

15  especially being in Tampa, as it's local to Feld

16  Motor Sports, but from an operational standpoint, I

17  wouldn't think so.

18     Q.   If we go to the next page in the rulebook,

19  Page 62.   There's a Section B2 entitled Event

20  Management.   Do you see that?

21     A.   I do.

22     Q.   And then, there's a list of three

23  officials, including the AMA delegate, race

24  director, and representative of the championship

25  promoter.   Do you see that?

1      A.   I do.

2      Q.   **What is your understanding of the role of**

3   **the event management group?**

4      A.   My understanding of event management group

5   would be to discuss a weather situation or something

6   of that nature.

7      Q.   **And that's similar to what you provided as**

8   **an example of something the race direction would**

9   **discuss --**

10     A.   Yes.

11     Q.   **-- the championship promoter as well?**

12     A.   Correct.

13     Q.   **So, is there overlapping functions between**

14  **the race direction group and the event management**

15  **group?**

16     A.   There's specific responsibilities between

17  each group.  But between the collaboration, I would

18  say, we would discuss it as a race direction as

19  well, but event management would make the final

20  decision on it.

21     Q.   **So, what is race direction specifically**

22  **responsible for?**

23     A.   Like I said, officiating, is their main

24  responsibility for it.

25     Q.   **And when you say officiating, you**

1   mentioned penalizing riders for violating a rule in

2   the rulebook, right?

3        A.    Uh-huh.

4        Q.    Is that a yes?

5        A.    Yes.  Sorry.

6        Q.    Does officiating also include controlling

7   the activity on the racetrack through the use of

8   flags?

9        A.    I wouldn't say that's part of officiating,

10  but I would say that is part of the responsibility

11  of the AMA.  Yes.

12       Q.    Anything else that the race direction

13  group was specifically responsible for that you have

14  not told me?

15       A.    Just to ensure fair competition, that I

16  can recall.

17       Q.    And then, the event management group, what

18  is your understanding of its specific

19  responsibilities?

20       A.    Like I said, that was be a collaboration

21  between with the championship promoter, the

22  delegate, and the race director, to go over, for

23  example, if there was a weather scenario ahead of us

24  and come up with a plan.

25       Q.    And if we look at Subsection B2 for event

1  management, there's a subheading E2, which provides,

2  "The authority and duties of event management

3  include making recommendations to Race Direction to

4  improve the smooth and efficient running of the

5  event." Do you see that?

6      A.   I do.

7      Q.   What does that mean?

8      A.   I take that to mean, like I said before,

9  with facility collaboration between the groups.  So,

10 ingress, egress of motorcycles, entering, exiting

11 the pit lanes into the paddock, that kind of thing

12 with the facility.

13     Q.   Let's go to the next heading, B3 for race

14 director.  Do you see that?

15     A.   I do.  Yep.

16     Q.   And immediately below race director, it

17 reads, "Ensure the race course is suitable and

18 discontinue race activity if conditions become

19 unacceptable." Do you see that?

20     A.   I do.

21     Q.   What does it mean to -- strike that.

22          What does it mean for a race director to

23 ensure a race course is suitable?

24     A.   Suitable, he would have done a track walk

25 to look at the race course.  Again, we keep going

1  back to weather.  That's a scenario that would be
2  suitable.  If we have a monsoon or a tornado coming
3  through, or lightning, things of that nature.
4       **Q.   What about looking for any potential**
5  **hazards on a track?**
6       A.   Are you talking just maintenance of the
7  racetrack?
8       **Q.   Sure.**
9       A.   Yeah.  He would look for maintenance of
10 the racetrack to see how it's playing out during the
11 race.
12      **Q.   Okay.  And what does it mean for the race**
13 **director to discontinue race activity if conditions**
14 **become unacceptable?**
15      A.   Primary example is that is if lightning is
16 within a certain radius of the stadium, that's now
17 unacceptable race conditions, and we'll have to
18 stop.
19      **Q.   Is Brian alleging that the racetrack**
20 **should have been stopped because there was lightning**
21 **in the area?**
22      A.   I don't --
23           MS. SPRADLIN:  Object to form.
24           THE DEPONENT:  I don't believe he is. BY
25 MR. SCHWEIKERT:

April 01, 2025                                      55

1        Q.    Okay.  Are there any other reasons you can
2   think of why race activity would be discontinued by
3   the race director aside from inclement weather?
4        A.    Yeah, I would say if there was a gate
5   malfunction on the start of the racetrack, he would
6   discontinue the race and do a restart.
7        Q.    Anything else?
8        A.    I mean, it could be due to a call from
9   medical for a red flag due to injury.
10       Q.    Anything else?
11       A.    Not that I'm aware of or recall right now.
12       Q.    Did the race director have the authority
13   to -- strike that.
14             During the Tampa Supercross, did the race
15   director need your approval as a superior before
16   throwing a red flag?
17       A.    He does not.
18       Q.    Has -- have you ever been consulted in
19   connection with making a decision about whether to
20   red flag an active track?
21       A.    I can recommend it, but he would be the
22   one to call the red flag.
23       Q.    Well, if he reports to you and you
24   recommend it, then he should do it, right?
25       A.    I mean, it's speculative, but I mean, he

MICHAEL PELLETIER                    April 01, 2025                              56
83433

```
 1  would use his judgment to do it, or if he hears from
 2  medical.
 3       Q.   Let's talk a little bit about flags while
 4  we're on the subject.  At the time of the Tampa
 5  Supercross.
 6       A.   Uh-huh.
 7       Q.   What were the different flags that could
 8  have been thrown?
 9       A.   In a particular incident?  Or --
10       Q.   I -- I just want to understand flags.
11       A.   Sure.
12       Q.   I know there's yellow, there's red,
13  there's red cross, but you obviously have tremendous
14  experience.  So, if you could educate myself and the
15  jurors --
16       A.   Uh-huh.
17       Q.   -- on the different types of flags that
18  were used or available during the event.
19       A.   Sure.  So, there's blue flags --
20       Q.   Okay.
21       A.   -- that could be used.  So, that's also
22  yellow flags, red cross flags, a black flag.  There
23  is a green flag, a white flag and a checkered flag.
24       Q.   Okay.  What is a blue flag for?
25       A.   A blue flag would be to communicate with a
```

1   rider that is about to go lap down from the leaders,
2   and to move out of his main line if he's capable of
3   doing so and let the leaders pass without impeding
4   their progress.
5        Q.   So, if -- if you're a rider and you're
6   seeing a -- a blue flag being waved at you, you're
7   not doing too well in the race?
8        A.   No you're -- you're not --
9        Q.   You're going to get lapped.
10       A.   You could be doing better.
11       Q.   All right.  What about a white flag, what
12  is that for?
13       A.   A white flag is considered a courtesy flag
14  for us.  That's to indicate the last lap of the
15  race.
16       Q.   And a checkered flag?
17       A.   Indicates the end of the race.
18       Q.   Okay.  What about a green flag?
19       A.   A green flag indicates the start of a
20  race.
21       Q.   A black flag?
22       A.   A black flag could be used if there's a
23  mechanical issue with a rider, or if he's doing
24  something on the racetrack that we don't approve of.
25  We can black flag him, and he would have to report

1   to the mechanics area and speak to us.

2        Q.   Is the rider being directed to, like, exit

3   the track immediately --

4        A.   Correct.

5        Q.   -- for some reason?

6        A.   Yes.

7        Q.   And that would just be directed towards a

8   particular rider?

9        A.   Correct.

10       MR. GORDON:   Mark, after you finish the

11  flagging section, I'd appreciate a bathroom break.

12  Thank you.

13       MR. SCHWEIKERT:   I think I just got a

14  couple more.

15       MR. GORDON:   No, take your time.

16  BY MR. SCHWEIKERT:

17       Q.   Could you please help us understand yellow

18  flags.

19       A.   So, a yellow flag indicates a serious

20  hazard on or around the racetrack.   The riders have

21  to use extreme caution when proceeding.

22       Q.   What does extreme caution when proceeding

23  mean?

24       A.   Being cognizant of the surroundings.

25       Q.   Can the rider still jump in sections of

MICHAEL PELLETIER                        April 01, 2025                        59
83433

```
 1  the track where a yellow flag is being --
 2        A.   They're allowed to, yes.
 3        Q.   Even though there is potentially serious
 4  hazard on the track, the riders are still allowed to
 5  jump in that area.
 6        A.   Under --
 7             MS. SPRADLIN:  Objection.
 8             THE DEPONENT:  Oh, sorry.
 9             MS. SPRADLIN:  You can answer.
10             THE DEPONENT:  Under a yellow flag, they
11  can.
12  BY MR. SCHWEIKERT:
13        Q.   Why would that be the case?
14        A.   Why could they jump?
15        Q.   Well, if it's telling me there's a serious
16  hazard up on the track, why am I going to want to
17  launch my bike into the air where I don't have
18  control and potentially encounter that hazard that
19  I'm being warned about?
20             MS. SPRADLIN:  Object to the form.
21             THE DEPONENT:  Answer?
22             MS. SPRADLIN:  Yes, you can.
23             THE DEPONENT:  I disagree with that.  I
24  think they can fully control their motorcycles at
25  this level.  And when it's controlled on the
```

 1  racetrack, they can see what's going on.  So, under
 2  a yellow, they can pass and they can jump.
 3  BY MR. SCHWEIKERT:
 4      Q.  But once a bike is in the air, you are
 5  essentially governed by the law of physics, right?
 6              MS. SPRADLIN:  Object to form.
 7              THE DEPONENT:  I think they have full
 8  control at the professional level.  They can put
 9  their motorcycle exactly where they want to.
10  BY MR. SCHWEIKERT:
11      Q.  But it's different than when you have
12  wheels contacting the ground and you turn the handle
13  bars, you can turn the bike, right?
14              MS. SPRADLIN:  Object to to the form.
15              THE DEPONENT:  I would say, even on the
16  ground, anything could happen.
17  BY MR. SCHWEIKERT:
18      Q.  Red flag?
19      A.  Red flag, yes.
20      Q.  What's that for?
21      A.  That stops a competition session.
22      Q.  All right.  And we'll talk more about that
23  later.  What about this white flag with a red cross?
24      A.  That means a rider is -- there's a use
25  extreme caution still, but they have to roll,

```
 1  individually, the jumps.
 2       Q.   And how do you distinguish a red cross
 3  flag from a yellow flag?
 4       A.   One is white, and one is yellow.
 5       Q.   Is the red cross flag used in cases where
 6  there is a potential injury?
 7            MS. SPRADLIN:  Object to the form.
 8            THE DEPONENT:  That -- not necessarily the
 9  case, no.
10  BY MR. SCHWEIKERT:
11       Q.   Could it be the case?
12       A.   Speculative.  It can be.
13       Q.   Did you get your law degree recently?
14       A.   I'm trying to.
15            MS. SPRADLIN:  Object to the form.
16  BY MR. SCHWEIKERT:
17       Q.   Well, I only ask because I think to lay
18  people, you know, red cross is affiliated with
19  medicine, I think, but that's not at all what a red
20  cross flag in the supercross suggests?
21       A.   That's correct.
22       Q.   It just means continue to use extreme
23  caution and roll the jumps.
24       A.   That is correct.
25       Q.   And I interrupted you.  What were you
```

 1  going to say?

 2       A.    No.   That's fine.

 3            MR. SCHWEIKERT:   Okay.   Can we take a

 4  little break?

 5            THE VIDEOGRAPHER:   We are now going off

 6  record.   The time is 11:23.

 7            (WHEREUPON, a recess was taken.)

 8            THE VIDEOGRAPHER:   We are now back on the

 9  record.   The time is 11:35.

10            You may continue.

11  BY MR. SCHWEIKERT:

12       Q.    Okay.   Of the different colored flags that

13  we were discussing, which ones can a flagger wave on

14  their own versus needing direction from the race

15  director?

16            MS. SPRADLIN:   Object to the form.

17            THE DEPONENT:   The yellow flag they can,

18  the red cross -- the white flag with the red cross

19  on it, they can, and the blue flag they can.

20  BY MR. SCHWEIKERT:

21       Q.    And why would a flagger wave a red cross

22  flag versus a yellow flag?

23            MS. SPRADLIN:   Object to the form.

24            THE DEPONENT:   The red cross flag is very

25  visual for the riders.   What I mean by that is that

MICHAEL PELLETIER                    April 01, 2025                        63
83433

```
 1   flag may come out when the rider cannot see down the
 2   racetrack or off a blind jump, we would call it, to
 3   make sure he doesn't roll if there's an incident on
 4   the other side.
 5   BY MR. SCHWEIKERT:
 6        Q.   Do you know if the flaggers at the Tampa
 7   Supercross were ever trained on their flagging
 8   responsibilities?
 9             MS. SPRADLIN:   Object to the form.
10             THE DEPONENT:   They have a lot of
11   experience, yes.  And some of the best experience is
12   the on-track experience.
13   BY MR. SCHWEIKERT:
14        Q.   Were they trained?
15             MS. SPRADLIN:   Object to form.
16             THE DEPONENT:   Yes, they were.
17   BY MR. SCHWEIKERT:
18        Q.   Do you know who trained them?
19        A.   Tim Kennedy has a meeting with the
20   flaggers every supercross morning.
21        Q.   Okay.  Let's go back to the rulebook.
22   Page 62, Section B4, entitled Clerk of the Course.
23   Do you see that?
24        A.   62, you said?
25        Q.   Yes, sir.
```

```
 1        A.    Yes, sir, I do.

 2        Q.    All right.  Immediately below clerk of the

 3   course, it says, "The clerk of the course is

 4   appointed by the FMNR." Do you see that?

 5        A.    I do.

 6        Q.    Do you know what the FMNR is?

 7        A.    That would be the home federation that the

 8   race is taking place in.

 9        Q.    And what was the home federation for the

10   Tampa Supercross?

11        A.    That would be the AMA.

12        Q.    Okay.  And you were appointed the clerk of

13   the course by the AMA?

14        A.    Correct.

15        Q.    And then, Subsection C reads, "The clerk

16   of the course must assist the race director in

17   organizing and supervising course officials." Do you

18   see that?

19        A.    I do.

20        Q.    And was that one of your responsibilities

21   during the Tampa Supercross?

22        A.    It was, yes.

23        Q.    And what does it mean to organize and

24   supervise course officials?

25        A.    That means assisting the race director in
```

MICHAEL PELLETIER                        April 01, 2025                           65
83433

```
 1  that.  So, putting them together and helping where
 2  they are on the racetrack and throughout the event,
 3  monitoring what's going on.
 4       Q.  And when you say monitoring what's going
 5  on, what do you mean?
 6       A.  As the situations are unfolding, I would
 7  say, you know, if we have to move one due to a
 8  banner being in the way or something like that, we
 9  can slide them over a little bit.
10       Q.  Anything else?
11       A.  Could be several reasons that I'm just not
12  recalling right now.
13       Q.  And was there a chief medical officer at
14  the Tampa Supercross?
15       A.  There was.
16       Q.  Do you know who it was?
17       A.  I believe it was John Bodnar.
18       Q.  Is that Dr. John Bodnar?
19       A.  Dr. John Bodnar.
20       Q.  Do you know him?
21       A.  I do.
22       Q.  And when did you first get to know Dr.
23  Bodnar?
24       A.  Dr. Bodnar, I would say back in 2017.
25       Q.  That was around the time that you became
```

MICHAEL PELLETIER
83433
April 01, 2025
66

```
1   the supercross manager?
2        A.   That is correct.
3        Q.   Who was your predecessor?
4        A.   As the director of Racing, or is this --
5   is that what you mean?
6        Q.   As supercross manager.  And you might have
7   told me, I just don't recall.
8        A.   It was Kevin Crowther.
9        Q.   Could you spell that, please.
10       A.   Kevin, K-E-V-I-N, Crowther, C-R-O-W-T-H-E-
11  R.
12       Q.   Do you know a gentleman by the name of Dr.
13  James Kennedye?
14       A.   Not personally.
15       Q.   Do you know of that person?
16       A.   Just from this.
17       Q.   This, being the lawsuit?
18       A.   Yeah.
19       Q.   What about a woman by the name of Amy
20  Metiva?
21       A.   I do know who that is.
22       Q.   And what do you know about her?
23       A.   Just in passing.  But not much about her.
24       Q.   Well, what do you mean you just know about
25  her in passing?
```

1        A.    I know who that is.  I've probably spoken

2   and said hi to her in an event or something.

3        Q.    Do you know if she was a part of the

4   medical team for the supercross at any time?

5        A.    Prior to Tampa?

6        Q.    Yes.

7        A.    I do not know that.

8        Q.    Do you have a specific recollection of

9   meeting her?

10        A.    None.  Not specifics, no.

11        Q.    Do you know a gentleman by the name of

12   Scott Combs?

13        A.    I do not.

14        Q.    Do not?

15        A.    I do not.  No.

16        Q.    Okay.  Have you had any conversations with

17   Dr. Bodnar about Brian?

18        A.    I don't believe I have.

19        Q.    Why not?

20        A.    I'm not sure why.  I just haven't.

21        Q.    During your tenure as supercross manager,

22   how many riders are you aware of that experienced an

23   injury during an event that resulted in paralysis?

24        A.    Not many, in my recollection.

25        Q.    Are you aware that Brian is paralyzed

```
 1   today?

 2        A.    I am.

 3        Q.    Okay.   Who else, during your tenure of

 4   supercross manager, are you aware of that

 5   experienced an injury during an event that resulted

 6   in paralysis?

 7        A.    On top of my head, I can't think of a

 8   rider.

 9        Q.    Just Brian.

10        A.    Yeah, right now.

11        Q.    Okay.   And you -- you had no reason to

12   talk to Dr. Bodnar about Brian?

13             MS. SPRADLIN:   Object to the form.

14             THE DEPONENT:   You mean during -- about

15   the incident?

16   BY MR. SCHWEIKERT:

17        Q.    Have you spoken to him about anything?

18        A.    I'm sure that day, we spoke to him,

19   because he had to tell me he was unfit, that he

20   would not be competing.

21        Q.    What did he tell you?

22        A.    I don't recall exactly what he said.

23        Q.    But you believe you were informed by Dr.

24   Bodnar that Brian was unfit to continue competing

25   after his crash during the free practices?
```

1      A.    Yes.   That would be a typical procedure

2   that we would do.

3      Q.    Do you recall how that was communicated to

4   you?

5      A.    I do not.

6      Q.    Typically, how would that be communicated?

7      A.    He would either come up to me and tell me

8   or say it onto the radio to me.

9      Q.    Did you have any other conversations with

10  Dr. Bodnar about Brian?

11     A.    I don't recall.

12     Q.    Do you know if there was any

13  representative of the FIM at the Tampa Supercross?

14     A.    I believe there was.

15     Q.    Do you know who that was?

16     A.    I don't recall.  My best recollection

17  would -- I think his name is Ivo, but I don't know a

18  last name.

19     Q.    Tsvetanov?  Maybe about?

20     A.    I can't confirm that.

21     Q.    Well, then, let me just show you

22  something.

23     A.    Sure.

24     Q.    Maybe it'll jog your memory.

25            This is a document previously marked as

1   Exhibit 74, AMA 1509 through 1516.  It's the

2   supplementary regulations for the Tampa Supercross.

3        A.    Thank you.

4             MS. NDUKA:  Sorry to interrupt, Mark.  Can

5   you tell me the Bates number again?

6             MR. SCHWEIKERT:  AMA 1509 through 1516.

7             MS. NDUKA:  Thank you.

8             MR. SCHWEIKERT:  I believe it was marked

9   during Tim Kennedy's deposition.

10  BY MR. SCHWEIKERT:

11       Q.    Do you recognize the document marked as

12  Exhibit 74?

13       A.    I do.

14       Q.    And what is it?

15       A.    The supplementary regulations for the

16  Tampa Supercross on February 15th, 2020.

17       Q.    And what are supplementary regulations?

18       A.    This is a requirement that the FIM

19  required and would publish.  It's event information,

20  officials, things of that nature.

21       Q.    And if we go to the second page, there's a

22  list of officials.  Do you see that?

23       A.    I do.

24       Q.    And the third name down is Ivo Tsvetanov.

25       A.    You did a better job than I would have

1    with that name.  Yes.

2         Q.    Is that the Ivo you were thinking of?

3         A.    It was, yes.

4              MR. SCHWEIKERT:  And the spelling on that

5    is T-S-V-E-T-A-N-O-V. Ivo first name, I-V-O.  Ivo

6    Tsvetanov.

7    BY MR. SCHWEIKERT:

8         Q.    And do you see, in the supplementary

9    regulations, Mr. Tsvetanov is identified as the FIM

10   steward?

11        A.    I do.

12        Q.    Do you have any understanding of what Mr.

13   Tsvetanov would have been doing as the FIM steward?

14        A.    Yes.  He would have served on the FIM

15   Appeals Panel.  So, if there's a violation issued or

16   a penalty issued, and the rider chose to appeal that

17   decision, Ivo would serve on that panel.

18        Q.    Anything else that he might have been

19   doing that you're aware of?

20        A.    Not that I'm aware of.

21        Q.    And this document is entitled

22   Supplementary Regulations, right?

23        A.    Correct.

24        Q.    What regulations were being supplemented?

25        A.    They also talk about fuel and things like

1  that, but it points to our AMA Supercross Rulebook.

2  So, again, this is the FIM requirement to publish

3  this.

4      Q.   Okay.  So, the AMA Supercross -- the AMA

5  Supercross Rulebook was a regulation governing the

6  event?

7      A.   That's correct.

8      Q.   And who, if you know, created that

9  rulebook?

10     A.   The AMA Supercross Rulebook?

11     Q.   Yes.

12     A.   The AMA did.

13     Q.   Did the FIM have any input?

14     A.   That was before me.  I can't attest to

15  that.

16     Q.   And if we go to Page 3, Section 6,

17  entitled Applicable Rules.  Do you see that?

18     A.   I do.

19     Q.   And it reads, "The Monster Energy AMA

20  Supercross and FIM World Championship is governed by

21  the AMA and FIM regulations, such as the FIM

22  statutes, the FIM Sporting Code, the FIM Medical

23  Code, the FIM Anti-Doping Code, the FIM

24  Environmental Code, and the regulations of the

25  Monster Energy AMA Supercross and FIM World

```
 1   Championship." Do you see that?
 2        A.   I do.
 3        Q.   And is that your understanding of the
 4   applicable rules for the event?
 5        A.   That is.
 6        Q.   Are you familiar with the FIM Medical
 7   Code?
 8        A.   Not -- not very, no.
 9        Q.   Do you have some familiarity with it?
10        A.   Just basic understanding of it.
11        Q.   And what's your basic understanding of it?
12        A.   Just that that's the governance the
13   medical would use.
14        Q.   Are you familiar with any response codes
15   or radio codes that were used during the event when
16   there was an incident on the racetrack involving a
17   rider?
18        A.   I am.
19        Q.   And what do you refer to those as,
20   response codes, radio codes?
21        A.   I would say response codes.
22        Q.   And what are they?
23        A.   They can range from Code 0, Code 1, Code
24   2, and Code 3.
25        Q.   And what is a Code 0?
```

1         A.    A Code 0 would be called if there's an

2   incident on the racetrack, say, a tough block or a

3   rider tips over, but it's getting up immediately.

4         Q.    And when you say, "would be called," who

5   would be calling response codes during a supercross

6   event like the Tampa event?

7         A.    It would be those AMA flaggers I had

8   talked about.  It could also be called by medical

9   personnel.

10        Q.    Anyone else?

11        A.    If it was in visual of the race director,

12  he could call it as well.

13        Q.    And what does a Code 1 indicate?

14        A.    A code one would be a rider goes down and

15  is getting up, maybe showing somewhat sign of

16  holding his wrists or walking off the racetrack, for

17  example.

18        Q.    And a Code 2?

19        A.    Code 2 would be more significant.  A rider

20  could be getting up, but maybe slower, needs medical

21  attention on the racetrack.

22        Q.    And Code 3.

23        A.    Code 3 would be the highest severity of

24  it, maybe an unconscious rider, for example,

25  something of that nature.

1    Q.    Potential spinal cord injury?

2    A.    You could say that.

3    Q.    And what is the basis of your

4  understanding of these response codes?

5    A.    It's really to alert medical on the

6  section of the racetrack that it is.

7    Q.    And how did you acquire knowledge about

8  these codes?

9    A.    This was in place when I came into -- to

10  the role.

11    Q.    Did somebody train you on them?

12    A.    On-job training.

13    Q.    By on-job training, do you mean by doing

14  the job, you became familiar with these codes?

15    A.    Correct.

16    Q.    Did you shadow somebody for a period of

17  time?

18    A.    I did not.

19    Q.    When you became the supercross manager in

20  2017, had you previously worked supercross events?

21    A.    I've been to supercross events, but not in

22  an official role.

23    Q.    Were you ever given any materials that

24  outlined any of your responsibilities as a

25  supercross manager?

1        A.    You mean, like the rulebook or things like

2   that?

3        Q.    **Anything you may have been given.**

4        A.    Just during the office, when Kevin

5   Crowther was here, we worked closely together.  So,

6   I'm sure there was many things we've went over --

7   over the events and years.

8        Q.    **Do you know if the response codes are set**

9   **forth in the FIM Medical Code?**

10       A.    My basic understanding is it is, but I

11  can't confirm that.

12       Q.    **What is the basis of your basic**

13  **understanding?**

14       A.    I believe it is in there.  It's been a

15  long time since I've really reviewed that deeply,

16  but I believe they are in there.

17       Q.    **Okay.  All right.  Do you know if the AMA**

18  **has an agreement with Feld Motor Sports?**

19       A.    I believe there's a sanction agreement in

20  place.

21       Q.    **Have you seen that before?**

22       A.    I have.

23             (WHEREUPON, Exhibit 131 was marked for

24  identification.)

25  BY MR. SCHWEIKERT:

MICHAEL PELLETIER                      April 01, 2025                              77
83433

```
 1        Q.   All right.  I'm going to give you a copy.
 2   It was previously marked Exhibit 131.  Bates labeled
 3   FMS, Inc. 597 through 642.
 4             MS. SPRADLIN:  What's the exhibit number
 5   on that, I'm sorry?
 6             MR. SCHWEIKERT:  131.
 7             MS. SPRADLIN:  131.  Thank you.
 8   BY MR. SCHWEIKERT:
 9        Q.   Do you recognize Exhibit 131?
10        A.   I do.
11        Q.   And what is it?
12        A.   This looks to be the sanction agreement
13   between Feld Motor Sports and the American
14   Motorcyclist for supercross.
15        Q.   Was this agreement in effect at the time
16   of the Tampa Supercross in 2020?
17        A.   I believe it was.
18        Q.   If we go to Page 1, do you see at the top,
19   it states, "The agreement is entered into July 1st,
20   2019"?
21        A.   I do.
22        Q.   Were you involved in negotiating this
23   agreement?
24        A.   I was not.
25        Q.   Do you know who was?
```

1        A.    I believe our CEO and the Kevin Crowther,

2   that I had mentioned at the time.

3        Q.    Is Kevin Crowther still with the AMA?

4        A.    He is not.

5        Q.    When you took over as supercross manager,

6   did Kevin Crowther stay on with the AMA?

7        A.    He did.

8        Q.    Do you know what position he took on?

9        A.    He was the director of Racing.

10        Q.    Was he the director of Racing up until the

11   time that you became the director of Racing in 2023?

12        A.    He was.

13        Q.    Did he retire?

14        A.    He's moved on to a different company.

15        Q.    Okay.  If I could direct your attention to

16   Page 8, Section 3, entitled Sanctioning Services.

17   Do you see that?

18        A.    Page 8, Sanctioning -- number three?

19        Q.    Yes, sir.

20        A.    Correct.  Yes, I do.

21        Q.    And that provision provides, in part, that

22   "The AMA agrees to provide to Feld Motor Sports for

23   all events all typical services generally provided

24   by a sanctioning body." Do you see that?

25        A.    I do.

1      Q.   What are the typical services generally

2  provided by a sanctioning body such as the AMA?

3            MS. SPRADLIN:  Object to the form.

4            You can answer.

5            THE DEPONENT:  I'm not sure I can answer

6  that. I'm not a lawyer who wrote that.

7            MR. GORDON:  Good answer.

8            MR. SCHWEIKERT:  I don't know about that.

9  BY MR. SCHWEIKERT:

10     Q.   Well, what is your understanding of what a

11 sanctioning -- strike that.

12            What is your understanding of what the AMA

13 was agreeing to do by sanctioning the supercross

14 events in 2020?

15            MS. SPRADLIN:  Object to the form.

16            THE DEPONENT:  Again, I can't speculate to

17 the agreement.  I wasn't part of it.

18 BY MR. SCHWEIKERT:

19     Q.   But you are the director of Racing for the

20 AMA, correct?

21     A.   That's correct.

22     Q.   And you were the AMA supercross manager at

23 the time of the Tampa Supercross, right?

24     A.   Correct.

25     Q.   And the AMA was sanctioning the Tampa

April 01, 2025                    80

 1  Supercross, right?

 2        A.    Correct.

 3        Q.    And as the AMA supercross manager, you

 4  can't give me any sort of understanding that you may

 5  have as to what sanctioning the event meant?

 6        A.    I can, from the responsibilities I had on

 7  the racetrack.

 8        Q.    Tell me that.

 9        A.    That is, again, to officiate the event.

10  As a supercross manager, I collaborated with Feld

11  throughout the event.  I was the main point of

12  contact for them.  And the officiating, yeah, really

13  on-site.

14        Q.    We go to Section 4, entitled Race

15  Management Personnel.  Do you see that?

16        A.    I do.

17        Q.    Okay.  And it reads, in part, "AMA will

18  provide at each event in the series, an AMA

19  supercross manager." Do you see that?

20        A.    I do.  Yeah.

21        Q.    And it also reads that, "The AMA

22  supercross manager will maintain ultimate control

23  over all race and floor operations." Do you see

24  that?

25        A.    I do.

1    Q.    And was that your responsibility as the

2    supercross manager for the Tampa event?

3        A.    It was.

4        Q.    You were responsible for maintaining

5    ultimate control over all race and floor operations?

6        A.    Correct.

7        Q.    And what is meant by race and floor

8    operations?

9        A.    I would say that would be race operations

10   was, again, we're going back to the officiating.

11   Floor operations would be the officials on our floor

12   for the AMA officials.

13       Q.    And how did you, as the AMA supercross

14   manager, maintain ultimate control over race

15   operations?

16       A.    Race operations, I was deeply involved in

17   Race Direction.  So, from that aspect with the

18   officiating piece.

19       Q.    What do you mean you were deeply involved?

20       A.    I was part of Race Direction.

21       Q.    I don't want to get too ahead of myself.

22   But where were you stationed during the Tampa

23   Supercross when the track was active?

24       A.    Are -- you have a specific section or a

25   session you're talking about?

1     Q.    Is there a place where you generally

2   situate yourself when the track has motorcycles on

3   it?

4     A.    I don't have a set location.  No.

5     Q.    Is there a location that you typically

6   prefer to be in?

7     A.    Yeah, I could be in the semi, our AMA

8   semi-truck.  I could be in the paddock, or I could

9   be upstairs watching the racetrack.

10    Q.    And when you say upstairs, what do you

11  mean by that?

12    A.    There's a place called Show Control, and

13  it's on a suite level in the stadium.  There's

14  different booths up there.  I could find myself in

15  one of those booths.

16    Q.    And there's been times where you've been

17  in the AMA semi-truck while the track is active?

18    A.    Yes, sir.

19    Q.    And when you're in the semi-truck, are you

20  still in radio contact with the other officials?

21    A.    I am.

22    Q.    Are there any monitors in the semi-truck?

23    A.    We do have a TV in the semi.

24    Q.    And when the racetrack is active, does the

25  TV in the semi typically display a feed of what's

April 01, 2025                     83

```
 1  going on on the track?
 2       A.   It does not.
 3       Q.   What does the TV typically display?
 4       A.   The TV is a typical one like this, where
 5  we can take our laptops or something and plug into
 6  it and work from it there.
 7            MR. GORDON:  And like this, he's
 8  indicating a large screen TV, which is being used as
 9  a monitor, here in the conference room.
10            THE DEPONENT:  Yeah.  Sorry.
11
12  BY MR. SCHWEIKERT:
13       Q.   Do you recall where you were when the free
14  practices began at the Tampa Supercross?
15       A.   I do not.
16       Q.   Let's go back to the sanctioning
17  agreement. In Section 4, discussing race management
18  personnel, it identifies the AMA supercross manager,
19  right?
20       A.   Correct.
21       Q.   And it includes providing managerial
22  assistance of all track marshals and safety
23  personnel. Do you see that?
24       A.   I do.
25       Q.   Was that part of your responsibilities at
```

```
 1   the Tampa event?

 2        A.   Yes, sir.

 3        Q.   What does that mean, to provide managerial

 4   assistance of all track marshals and safety

 5   personnel?

 6        A.   Again, I didn't write that, but I can say

 7   my interpretation of that is over the AMA flaggers.

 8        Q.   You believe the reference to track

 9   marshals and safety personnel is just to the

10   flaggers?

11        A.   I believe the flaggers are also considered

12   safety personnel.

13        Q.   Anyone else considered safety personnel?

14             MS. SPRADLIN:  Object to form.

15             THE DEPONENT:  My interpretation of this

16   would be just the AMA Flaggers.

17   BY MR. SCHWEIKERT:

18        Q.   Is it your understanding that the

19   reference to track marshals is to flaggers?

20        A.   Yes.

21        Q.   When the track is -- strike that.

22             When the track was active during a

23   supercross event in 2020, who do you believe had

24   some responsibility for the safety of the riders?

25             MS. SPRADLIN:  Object to the form.
```

1           THE DEPONENT:   The safety of the riders?

2   BY MR. SCHWEIKERT:

3       Q.   Yeah.

4       A.   I would say our marshals with the flags

5   could communicate.

6       Q.   Anybody else?

7       A.   From an AMA standpoint?

8       Q.   Based on your experience, having been the

9   supercross manager at AMA.

10      A.   Yeah.  I would say the safety -- I

11  consider our AMA flaggers safety personnel as well.

12  The way they communicate to the riders with scenes

13  that are happening in instance on the racetrack.

14      Q.   Anyone else?

15      A.   From my responsibilities as a sanctioning

16  body, no. I would not oversee anybody else.

17      Q.   Did anybody else outside of the AMA, have

18  any responsibility for rider safety while the track

19  was active?

20      A.   I would say yes.

21           MS. SPRADLIN:   Form.

22  BY MR. SCHWEIKERT:

23      Q.   Could you explain that to me, please.

24      A.   Sure.  I would say Feld has personnel on

25  the racetrack, as well as the mobile medical unit.

MICHAEL PELLETIER                April 01, 2025                         86
83433

1        Q.    And when you refer to the mobile medical

2   unit, are you referring to the Alpinestars Mobile

3   Medical Unit working under Dr. John Bodnar?

4        A.    Correct.

5        Q.    Okay.  Anyone else?

6        A.    Top of my head, no.

7        Q.    Going back to the sanctioning agreement.

8        A.    Uh-huh.

9        Q.    Section 4B references the AMA providing a

10  race director to support the AMA supercross manager.

11  Do you see that?

12       A.    Yep.  I do.

13       Q.    And John Gallagher was the race director

14  that was supporting you as a supercross manager?

15       A.    That is correct.

16       Q.    Okay.  And he assisted you in maintaining

17  ultimate control over the racetrack?

18       A.    That is correct.

19       Q.    And the next subsection refers to an AMA

20  event manager.  Do you see that?

21       A.    I do.

22       Q.    And do you know who the AMA event manager

23  was at the Tampa Supercross?

24       A.    Yes.  That would be Jeff Canfield.

25       Q.    Okay.  And the sanctioning agreement

MICHAEL PELLETIER
83433
April 01, 2025
87

1  references the event manager performing certain race
2  control functions stationed to observe the race in
3  an operation booth with clear vision of the entire
4  track. Do you see that?

5      A.   I do.

6      Q.   And what do you understand that to mean?

7      A.   I understand that to be up in what I
8  talked about before a show control.  So, that would
9  be a booth where the entire vision of the racetrack
10  could be seen.

11     Q.   And what is your understanding of what Mr.
12  Canfield as the event manager was responsible for
13  when the racetrack was active?

14     A.   He's another set of eyes up on a higher
15  level, and the race director is down on the
16  racetrack.  So, it's a different perspective view
17  for us, as well as the liaison between show control,
18  which could be television operations and what's
19  happening with us, as officials.

20     Q.   Are you familiar with a race command
21  booth?

22     A.   In general, I am, yes.

23     Q.   And what is a race command booth?

24     A.   A race command booth, I believe, there's
25  Feld personnel in it.

1       Q.    And what is your understanding of the

2  purpose of the race command booth during a

3  supercross event.

4       A.    Like I mentioned before, Feld has

5  personnel on the racetrack, and that booth is

6  communicating with that personnel on the racetrack.

7       Q.    Do you know why it's referred to as the

8  race command booth?

9       A.    I do not.

10      Q.    Are they commanding the race?

11            MS. SPRADLIN:    Form.

12            THE DEPONENT:    I couldn't answer.    I can't

13  answer that.

14  BY MR. SCHWEIKERT:

15      Q.    But it is referred to as the race command

16  booth, right?

17      A.    I've heard that before.    Yes.

18      Q.    And do you know what personnel was

19  stationed in that race command booth during the free

20  practices at the Tampa event?

21      A.    At that event, I don't -- I don't recall.

22      Q.    Around that time, and in your experience,

23  was it typically one individual in the race command

24  booth?

25      A.    I believe there could be one or two in

1  there.

2       Q.   And who do you think those individuals

3  could have been, based on your experience?

4       A.   To my recollection, I would think it had

5  either been Harv Whipple or Harvey Whipple, or Phil

6  -- Phil Penn, maybe.

7       Q.   Do you know Harv Whipple?

8       A.   I do.

9       Q.   Who's he?

10      A.   Harv Whipple works for Feld for exactly

11 what I said, is one of those responsibilities.

12      Q.   Is he still involved with Supercross?

13      A.   He is.

14      Q.   Have you seen him recently?

15      A.   I have.

16      Q.   When was the last time?

17      A.   I actually believe I think I saw him this

18 weekend.

19      Q.   And did you ever discuss with Mr. Whipple

20 Brian Moreau or this case?

21      A.   No.

22      Q.   Why not?

23           MS. SPRADLIN:   Objection to form.

24           THE DEPONENT:   It's not something I would

25 talk to Harv about.

MICHAEL PELLETIER
83433
April 01, 2025
90

```
 1   BY MR. SCHWEIKERT:
 2        Q.   Has the AMA ever been sued by a
 3   professional supercross rider before?
 4        A.   I don't know that.
 5        Q.   What about Phil Penn?  Do you know him?
 6        A.   I do.
 7        Q.   And who is he?
 8        A.   He filled a role similar to the Harv.
 9        Q.   And you believe he's employed with Feld
10   Motor Sports?
11        A.   I believe he was.  Yes.
12        Q.   Do you know if he still is?
13        A.   I do not know that.
14        Q.   Have you seen him at any supercross event?
15        A.   It's been a long time.  Yeah.
16        Q.   Do you ever communicate with Mr. Penn
17   about Brian or his lawsuit?
18        A.   I did not.
19        Q.   Just give me a moment.
20        A.   Sure.
21        Q.   If I could direct your attention to Page
22   22 of the sanction agreement.
23        A.   Okay.
24        Q.   Do you see at the top, Section 4 entitled
25   Emergency Medical Support?
```

1      A.    I do.

2      Q.    And the first sentence reads, "Feld Motor

3 Sports agrees to arrange for emergency medical care

4 at the events at no cost to AMA, " right?

5      A.    Correct.

6      Q.    And is that your understanding of

7 something that Feld did?

8      A.    It is.

9      Q.    And do you know why they would do it at no

10 cost to AMA?

11      A.    That to me, and I'm speculating because I

12 didn't write it, would be that AMA does not have

13 responsibility of that.

14      Q.    Was there ever a time where the AMA would

15 arrange for emergency medical care at supercross

16 events?

17      A.    Not that I'm aware of.

18      Q.    I want to talk, just briefly, about the

19 compensation section. It's on Page 18.

20      A.    Okay.

21      Q.    Do you see the section for a fixed

22 services/sanctioning fee?

23      A.    That'd be J1.

24      Q.    Correct.

25      A.    Yes.

1        Q.   And Subsection A references that during

2   the 2020 season the amount of the event fee for the

3   fixed services would be $40,026.  Do you see that?

4        A.   I do.

5        Q.   And is that your understanding of the

6   fixed fee that the AMA was paid by Feld during the

7   2020 season?

8        A.   It is since it's written here, yes.

9        Q.   And then, Subsection 2 references a

10  variable service/officiating fee.  Do you see that?

11       A.   I do.

12       Q.   And Subsection 2A refers to a per event

13  variable fee of $23,464 during the 2020 season.  Do

14  you see that?

15       A.   I do.

16       Q.   Okay.  And is that your understanding of

17  the amount of the variable fee that Feld Motor

18  Sports paid to the AMA during the 2020 season?

19       A.   Based on this, yes.

20       Q.   And then, the third section refers to a

21  rights fee.  Do you see that?

22       A.   I do.

23       Q.   And Feld Motor Sports agreed to pay "an

24  additional fee to the AMA in consideration for the

25  benefits being conferred upon Feld Motor Sports,

1  including the exclusive use of the AMA marks and all

2  promotional and exploitation rights related to the

3  series." Do you see that?

4        A.    I do.

5        Q.    Okay.  And the amount of the rights fee

6  per event during the 2020 Supercross season was

7  $24,843?

8        A.    Correct.

9        Q.    And is that your understanding of the

10  amount of the rights fee that was paid to the AMA

11  during that season?

12        A.    As written, yes.

13        Q.    Do you have any reason to believe it

14  wasn't paid?

15        A.    I do not.  That's an accounting.

16            MS. SPRADLIN:  And just for the record,

17  pursuant to the agreement with counsel in discussing

18  the 30(b)(6) Notice, Mr. Pelletier is providing his

19  personal knowledge with respect to accounting

20  issues, but has not been designated as a corporate

21  representative for the financial aspect of the AMA's

22  business.

23            MR. SCHWEIKERT:  All right.  I don't know

24  if that's an entirely accurate characterization, but

25  we don't need to discuss it here.

April 01, 2025                                94

 1   BY MR. SCHWEIKERT:

 2        Q.   There's a reference on Page 19 to a back

 3   gate. Do you see that?

 4        A.   I do.

 5        Q.   And then, it refers to revenue being

 6   generated at the back gate.  Do you see that?

 7        A.   I do.

 8        Q.   Do you have any understanding of the back

 9   gate and any revenue that's generated during events?

10        A.   My understanding is some mechanics could

11   come up for a one day mechanic's pass and purchase

12   that at that moment.

13        Q.   And the AMA was collecting and retaining

14   100 percent of the back gate credential revenue, at

15   all domestic events, from riders and support crew?

16        A.   Correct.

17        Q.   And then, FMS was entitled to collect and

18   retain 100 percent of revenue from guest passes and

19   contingency over by pass; is that right?

20        A.   According to this, yes.

21        Q.   If we go back to the first page, number

22   one. Let me know when you're there.

23        A.   I am here.  Yeah.

24        Q.   Okay.  Do you see the whereas clause?

25   It's the fifth one down, begins, "Whereas, AMA owns

MICHAEL PELLETIER        April 01, 2025        95
83433

1    the names and marks"?

2       A.   I do.

3       Q.   And it reads, "AMA owns the names and

4    marks, 'American Motorcyclist Association, 'AMA,'

5    and 'AMA Supercross,' collectively, the AMA marks."

6    Do you see that?

7       A.   I do.

8       Q.   And is that true?

9       A.   According to this, it is.  I don't have a

10   lot of knowledge there.

11      Q.   Is it your understanding that the AMA gave

12   Feld Motor Sports the right to exploit the AMA marks

13   in connection with the supercross?

14      A.   Based off that statement, yes.

15      Q.   When a -- strike that.

16          How does a supercross rider earn -- strike

17   that.

18          During the 2020 supercross season, how did

19   a rider earn money?

20         MS. SPRADLIN:  Object to the form.

21         THE DEPONENT:  Like, get -- for his

22   results, do you mean?

23   BY MR. SCHWEIKERT:

24      Q.   Yeah.

25      A.   His results would pay him a certain

MICHAEL PELLETIER                    April 01, 2025                         96
83433

 1  position.

 2       Q.   So, depending on whether he was first

 3  place or third place or last place, he might get

 4  paid something?

 5       A.   He may, yes.

 6       Q.   Is that what's known as the event purse,

 7  or is that something else?

 8       A.   I would consider that the event purse,

 9  yes.

10       Q.   And do you know who funds the monies that

11  are used to pay the event purse to riders?

12       A.   I believe it's Feld Motor Sports.

13       Q.   And when the rider receives an event

14  purse, does it come from Feld Motor Sports?

15       A.   It comes from the AMA.

16       Q.   So, Feld Motor Sports funds the event

17  purse, which is distributed by the AMA to riders?

18       A.   Correct.

19       Q.   Do you know why?

20       A.   I don't.  That's an accounting thing.

21       Q.   Have you ever seen a supercross event

22  broadcast on television?

23       A.   I have.

24       Q.   Have you ever seen -- well, strike.

25            Did you ever see a broadcast before the

1    2020 season?

2        A.    Yes.

3        Q.    And is it fair to say that, the supercross

4    logo and the AMA logos are featured in those

5    television broadcasts?

6        A.    I'm sure they're in there.  I've seen them

7    before.  I don't recall.

8        Q.    If we go to Page 15, there's a Section H

9    entitled AMA Publicity and Exposure.

10       A.    Yes, sir.

11       Q.    And it reads, "AMA shall receive the

12   following publicity and/or exposure with respect to

13   the domestic events within the championship that are

14   produced, promoted, and operated by Feld Motor

15   Sports." Do you see that?

16       A.    I do.

17       Q.    And then there is a list of a number of

18   things that are connected to the publicity and

19   exposure that the AMA received, right?

20       A.    Correct.

21       Q.    And is it your understanding that the AMA

22   did receive publicity and exposure during the

23   supercross events in 2020?

24       A.    I believe we did.  That's more of our

25   marketing communications department.

MICHAEL PELLETIER                  April 01, 2025                           98
83433

```
 1        Q.   If we go to Page 17, this is Section 24
 2   under the heading for AMA Publicity and Exposure.
 3   And it reads, "The series logo will be placed
 4   prominently on the chest of the shirt of all Feld
 5   Motor Sports race staff uniforms for the
 6   championship." Do you see that?
 7        A.   I do.
 8        Q.   Okay.  And do you know who the FMS race
 9   staff are that are being referred to here?
10        A.   I do not.
11        Q.   Let's go to Page 21, please.  There's, at
12   the bottom of the page, the section entitled
13   Credentials. Do you see that?
14        A.   I do.
15        Q.   And it reads, "Feld Motor sports.  She'll
16   have the exclusive right to create, issue, revoke,
17   and otherwise control all credentials pertaining to
18   security and access at events." Do you see that?
19        A.   I do.
20        Q.   And is that a true statement?
21        A.   I believe it is.
22        Q.   Is it your understanding that Feld had the
23   exclusive right to create, issue, revoke, and
24   otherwise control all credentials pertaining to
25   security and access at the Tampa Supercross.
```

MICHAEL PELLETIER                    April 01, 2025                    99
83433

1          A.    I do.

2          Q.    Now, I've learned that the AMA also has

3    its own credential, fair?

4          A.    Fair.

5          Q.    All right.  What is the AMA credential?

6          A.    We credential riders, mechanics, and

7    officials.

8          Q.    Okay.  And what does the AMA credential

9    allow someone to do, once they have it?

10         A.    Gain access to the event.  And then in the

11   rider scenario, compete.

12         Q.    Is the AMA credential printed on a hard

13   card?

14         A.    It is.

15         Q.    Is that hard card created by Feld?

16         A.    They print it for us, yes.

17         Q.    And is that the credential that Feld had

18   the exclusive right to create, issue, revoke, and

19   otherwise control?

20         A.    They would, I would say, do a

21   collaborative effort with us, with the riders,

22   mechanics, and officials.

23         Q.    Did you have a hard card for the 2020

24   season?

25         A.    Yes, sir.

1          Q.    Do you still have it?

2          A.    I don't believe I do.

3          Q.    Wait a second.  All right.  I'll show you

4    a document that I will mark as Exhibit 187.

5                (WHEREUPON, Exhibit 187 was marked for

6    identification.)

7                THE REPORTER:  Exhibit 187 has been

8    marked.

9    BY MR. SCHWEIKERT:

10         Q.    I represents a printout from the United

11   States Patent Trademark Office.

12               MR. GORDON:  187, Mark?

13               MR. SCHWEIKERT:  Yeah.

14   BY MR. SCHWEIKERT:

15         Q.    And we might have talked about this a

16   little bit earlier, but do you see on the right-hand

17   side of the page, the AMA logo?

18         A.    I do.

19         Q.    And is that, in fact, a logo of the AMA?

20         A.    It appears to be.

21         Q.    Do you know if it's trademarked?

22         A.    I do not.

23         Q.    I'll do another one.  This will be 188.

24               (WHEREUPON, Exhibit 188 was marked for

25   identification.)

MICHAEL PELLETIER                        April 01, 2025                              101
83433

```
 1              THE REPORTER:   Exhibit 188 has been
 2    marked.
 3    BY MR. SCHWEIKERT:
 4         Q.    Which is another printout from the US PTO
 5    of a AMA Supercross trademark.  Do you see on the
 6    right-hand side, there is a AMA Supercross logo?
 7         A.    I do.
 8         Q.    Is that a logo of the AMA?
 9         A.    I have not used that logo.
10         Q.    Had you ever --
11         A.    I can't attest to it.
12         Q.    Have you ever seen it?
13         A.    I've seen it, yeah.
14         Q.    Where have you seen it?
15         A.    I believe, way prior to me, that was used
16    as -- as a logo.
17         Q.    It was used as a logo by the AMA?
18         A.    I -- I believe so.
19         Q.    I'm going to show you, if you could -- you
20    might have it in front of you.  There's a document
21    previously marked as Exhibit 77.  It's a picture of
22    a AMA uniform.
23         A.    Yes, sir.
24         Q.    Do you see Exhibit 77 is a picture of a --
25    a black polo shirt?
```

```
 1        A.    Is this Exhibit 77?   Sorry?

 2              MS. SPRADLIN:   It just wasn't stamped, but

 3   --

 4              MR. SCHWEIKERT:   Yes.

 5              THE DEPONENT:   Okay.   I do see a black

 6   polo shirt, yes.

 7   BY MR. SCHWEIKERT:

 8        Q.    Do you recognize what is depicted in that

 9   picture?

10        A.    Looks like the AMA official's uniform.

11        Q.    Does it look like the AMA official's

12   uniform that would have been worn during the Tampa

13   Supercross?

14        A.    I don't recall if this was the one that

15   was used for 2020 Supercross.

16        Q.    Did you wear a uniform on that day?

17        A.    I did not.

18        Q.    How -- what were you wearing, if you

19   recall?

20        A.    I would have had a polo shirt on.

21        Q.    Would the polo shirt have any sort of

22   markings related to the AMA or the supercross?

23        A.    It would have the AMA on it.

24        Q.    But you're not sure if it looked exactly

25   like what is in this picture; is that right?
```

1        A.    I can't recall that -- that long, five

2   years ago.

3        Q.    Okay.  Fair enough.  Do you know if the

4   AMA has a risk management department?

5        A.    Department, no.

6        Q.    Does it have anybody that works on risk

7   management for events that are sanctioned by the

8   AMA?

9        A.    Yes.

10       Q.    Can you tell me about that, please.

11       A.    We have a risk management web page on our

12   website that organizers can go to.

13       Q.    And what is the purpose of that web page?

14       A.    That gives a broad understanding of if you

15   want to sanction event with the AMA, insurance

16   requirements and how to mitigate as much a risk as

17   holding that event.

18       Q.    Are you familiar with that web page?

19       A.    I have a basic understanding of it, yes.

20       Q.    This will be Exhibit 189.

21            (WHEREUPON, Exhibit 189 was marked for

22   identification.)

23            THE REPORTER:   Exhibit 189 has been

24   marked.

25   BY MR. SCHWEIKERT:

1        Q.    Here you go, sir.

2        A.    Thanks.

3        Q.    Do you recognize Exhibit 189?

4        A.    I do.

5        Q.    And what is it?

6        A.    This looks like the web page that I just

7    referenced.

8        Q.    The AMA's web page with risk management

9    videos?

10       A.    That is correct.

11       Q.    And if we go to the second page of the

12   exhibit.

13       A.    Yep.

14       Q.    Do you see at the top, it reads, "An event

15   organizer or sponsor assumes the responsibility to

16   adequately protect participants, spectators, and

17   third parties, by its design of the event, access to

18   the event, and control of the event." You see that?

19       A.    I do.

20             MS. SPRADLIN:   Mark, I'm not certain what

21   copy you gave us, but ours -- does not say that at

22   the top of the document that you handed us.

23             MR. GORDON:   I have a -- in the red.

24             MS. SPRADLIN:   But I have a different -- I

25   have something different.

1              MR. GORDON:   Okay.   Yours was just cut

2    off.   I have it.

3              MS. SPRADLIN:   Thank you.

4              MR. SCHWEIKERT:   There we go.

5              MS. SPRADLIN:   Sorry about that.

6    BY MR. SCHWEIKERT:

7         Q.   And is that a true statement?

8         A.   I believe it to be.

9         Q.   And in this case, Feld Motor Sports was

10   the organizer of the Tampa Supercross?

11        A.   That is correct.

12        Q.   And it assumed the responsibility to

13   adequately protect participants, spectators, and

14   third parties, by its design of the event, access to

15   the event, and control of the event.

16        A.   Based off what that says.

17        Q.   What -- was the AMA responsible for those

18   things?

19        A.   No, it says event organizer in there.

20        Q.   Those were the responsibilities of Feld

21   Motor Sports?

22        A.   Correct.

23        Q.   Okay.   And it -- is that typical with

24   respect to other motorcycle events that the AMA

25   sanctions?

1       A.    That is.

2       Q.    The AMA will provide officiating services,

3  but ultimately, the responsibility for the safety of

4  the participants rests with the sponsor of the

5  event?

6       A.    To correct that, we provide it for

7  supercross due to the sanctioning agreement.  Other

8  sanctioned events, we do not provide officiating

9  services.  That also falls on the organizer.

10      Q.    Oh.  So, for, like, a non-supercross

11  event, what role, if any, does the AMA play?

12      A.    We help with insurance rates, based off

13  that, and the rulebook.

14      Q.    Do you know if Feld had a risk management

15  officer for the supercross during the 2020 season?

16      A.    I don't know.

17      Q.    And who at the AMA would be involved with

18  risk management?

19      A.    I'm not sure within the AMA.

20      Q.    Didn't you tell me that there were some

21  people that might be involved with that?

22      A.    Yeah.  Someone maintains this.  Just

23  doesn't fall under me.

24      Q.    How many people work for the AMA?

25      A.    Speculating around 45 to 50.

1        Q.    And you don't know those 45 to 50 people,

2    despite working for the AMA for a long time?

3        A.    I can't speak to who controls this web

4    page or updates those videos.

5        Q.    Was there anybody who is responsible for

6    the risk management of events that the AMA

7    sanctions?

8        A.    Can you clarify that?

9        Q.    If I was to call the AMA's office and say,

10   I want to put on a race next weekend.  I'd like the

11   AMA to sanction it, but I want to get the right

12   insurance. Who can I talk to?

13       A.    It's broken out in between discipline in

14   the Racing department, so we would point them to

15   what event they would like to do.

16       Q.    And for motocross?

17       A.    Yes.

18       Q.    Who would you point?

19       A.    We have, I believe, it's Jensen Burkeen,

20   right now, is the motocross coordinator?

21       Q.    Is there a separate coordinator for

22   supercross?

23       A.    There is.

24       Q.    Do you know who that is?

25       A.    That is Connie Fleming.

```
1              MR. SCHWEIKERT:  All right.  I would
2    propose a lunch break before I get into some other
3    topics.  Off the record.
4              THE VIDEOGRAPHER:  We are now going off
5    record.  The time is 12:46.
6              (WHEREUPON, a recess was taken.)
7              THE VIDEOGRAPHER:  We are now back on the
8    record.  The time is 1:57.
9              You may continue.
10             MR. SCHWEIKERT:  Thank you.
11   BY MR. SCHWEIKERT:
12        Q.   All right.  I'm going to show you a
13   document I will mark as Exhibit 190.
14             (WHEREUPON, Exhibit 190 was marked for
15   identification.)
16             THE REPORTER:  Exhibit 190 has been
17   marked.
18   BY MR. SCHWEIKERT:
19        Q.   It's Bates labeled FMS, Inc. 774 through
20   777. If you could just take a minute, review Exhibit
21   190. Let me know if you've seen it before.
22        A.   Okay.
23        Q.   Do you know what Exhibit 190 is?
24        A.   It looks like an e-mail chain with myself,
25   John Gallagher, Dirk De Neve from the FIM, Mike
```

1   Muye, and Antonio Alia, from the FIM as well.

2        Q.   And this e-mail chain is from January of

3   2020 before the Tampa Supercross, right?

4        A.   It looks to be correct, yes.

5        Q.   And who's Dirk De Neve?

6        A.   Dirk De Neve was the motocross

7   coordinator, at the time, for the FIM.

8        Q.   Antonio Alia?

9        A.   Antonio Alia.  I can't recall back to

10  2020. He is now the director of the Motocross

11  Commission, but I'm not sure the role -- if that was

12  his role in 2020 or not.

13       Q.   Is he still with the FIM, as far as you

14  know?

15       A.   Antonio?  Yes.

16       Q.   You stay in touch with him?

17       A.   I do.

18       Q.   In what capacity?

19       A.   I am also on the Motocross Commission at

20  the FIM.

21       Q.   What does the Motocross Commission at the

22  FIM do?

23       A.   There's representatives from around the

24  world, different federations that make up the

25  Motocross Commission.  And we could be sent to be a

1    delegate at some of the world championship rounds.

2         Q.   Have you been sent to any cool countries

3    --

4         A.   I have --

5         Q.   -- as a delegate?

6         A.   -- actually, yes.  Quite a few.

7         Q.   What are some of the more interesting

8    places where they do motocross, I would not expect?

9         A.   You would not expect.  Last year, I went

10   to Bali --

11        Q.   Bali?

12        A.   -- actually for some motocross.  Yeah.  It

13   was a long flight.

14        Q.   And it looks like Mr. Dirk De Neve is

15   sending a draft mail for the FIM stewards.  Do you

16   see that?

17        A.   I do.

18        Q.   And there's a couple sections in the draft

19   e-mail I just wanted to ask you about.

20        A.   Okay.

21        Q.   There's a -- in Section 2, there's a

22   reference to a rider e-briefing.  Do you see that?

23        A.   Yes.

24        Q.   And it says, "AMA supercross director,

25   Mike Pelletier, sends out an e-briefing every week."

1   Do you see that?

2        A.    I do.

3        Q.    Do you know what he's referring to?

4        A.    Yes.   The electronic riders' briefing.

5        Q.    And what is that?

6        A.    That is a briefing that I sent to -- at

7   2020, I was the one that sent to the riders prior to

8   the event, each event.

9        Q.    Would you send it directly to the riders

10  or the racing team?

11       A.    The racing teams are on it.   Other people

12  from the industry, and then every entered rider for

13  that event would receive it by e-mail.

14       Q.    And I will show you a document previously

15  marked as Exhibit 13.  Is Exhibit 13 a e-briefing

16  for the Tampa Supercross, or is Exhibit 13 something

17  else entirely?

18       A.    This looks like it would be the e-briefing

19  that we're discussing.

20       Q.    Okay.  And you would send out a e-briefing

21  similar to Exhibit 13 to the riders and the racing

22  teams in advance of each supercross event around

23  that time?

24       A.    That is correct.

25       Q.    And were you the author of the contents of

1  the e-briefing?

2        A.    I believe I was, at this time, yes.

3        Q.    And what is the general purpose of that e-

4  briefing?

5        A.    Purpose would be to share the event

6  schedule, the venue map, the track map, and put as

7  much information in the riders' hands.  We also

8  highlight different season notes that are going on

9  throughout the season up to that point.  And also

10  highlight some of the rules we want to refresh or

11  reinforce with the riders.

12        Q.    All right.  If we go back to Exhibit 190,

13  I'm looking at the second page, Bates labeled FMS,

14  Inc. 775.  Section 3, regarding arriving at the

15  stadium.  Do you see that?

16        A.    I do.

17        Q.    It says, "You must arrive at the stadium

18  as of Friday, noon, or earlier in the morning.

19  Meeting place will be the AMA truck.  Do you see

20  that?

21        A.    I do.  Yep.

22        Q.    What -- and this is a draft e-mail that

23  would be sent to the FIM stewards?

24        A.    That is correct.

25        Q.    And I believe we talked about Ivo

1   Tsvetanov being one of those stewards?

2       A.   Yes.

3       Q.   What meeting would happen on the Friday

4   before the event?

5       A.   I think in the section you're referencing,

6   it's just meeting up at the truck so we could meet

7   up from their trip.  They just arrived.

8       Q.   Okay.  Well, if we go to Section 6 in the

9   e-mail, entitled Race Direction Meeting.  Do you see

10  that?

11      A.   I do.

12      Q.   It says, "AMA, Feld, John, DirtWurx, and

13  the medical team will have a meeting on Friday

14  afternoon. The goal is to exchange information on

15  the event, discuss any issues that there are, may

16  arise, et cetera." Do you see that?

17      A.   I do.  Yeah.

18      Q.   Was there a race direction meeting on the

19  Friday before the Tampa Supercross?

20      A.   I don't recall specifically, but that is

21  our general procedure to do that, yes.

22      Q.   And what is the purpose, generally, of

23  that meeting?

24      A.   That would be go over track layout.  Like

25  I talked about, ingress, egress, where the riders

 1  would -- how to stage the riders to line up at the

 2  starting gate, exiting the racetrack after the

 3  checkered flag, so all of our -- our groups, if you

 4  will, are on the same page when it comes to race

 5  day.

 6       Q.   And is that the correct spelling of

 7  DirtWurx, D-U-R-T-W-U-R-X?

 8       A.   I don't believe it is.

 9       Q.   Okay.  Okay.  And why would the medical

10  team participate in that Friday meeting?

11       A.   The medical team, with track layout.  So,

12  for example, they would go around the racetrack and

13  say, make sure they have ample room to ride their

14  carts around.  Nothing would obstruct them for

15  getting around the racetrack.  This would be the

16  meeting to bring that up prior to the event.

17       Q.   And who do you -- who would typically

18  attend on behalf of the medical team?

19       A.   Either the CMO or Tom Carson.

20       Q.   And who's Tom Carson?

21       A.   Tom Carson, I don't know his exact title,

22  but I know he's with the medical rig.

23       Q.   And below that, in the next Section 7,

24  there's a reference to an AMA staff briefing.  Do

25  you see that?

1        A.    I do.

2        Q.    Refers to an AMA staff briefing taking

3   place at 8:00 a.m., in the morning.

4        A.    I see that.

5        Q.    You see that?

6        A.    Yep.

7        Q.    Would that be on the Saturday morning

8   before the event gets underway?

9        A.    That is correct.

10       Q.    Do you recall if there was such a meeting?

11       A.    I do remember that, yes.

12       Q.    At the Tampa Supercross?

13       A.    Uh-huh.  We do on every one, every race.

14       Q.    What do you remember about that meeting?

15       A.    No specifics, but I know we've not missed

16  one at a supercross.

17       Q.    And what, generally, is addressed during

18  that staff briefing.

19       A.    We welcome our officials for the day.  We

20  go over formats, locations with them, things that

21  are going on within the series, the format of the

22  race itself, whether it be a triple crown or a

23  standard format, just general information.

24       Q.    What is a standard versus triple crown

25  format?

1        A.    Triple crown just has different evening
2   programs.  Standard, there's heats and different
3   type of races.  For a triple crown, it's main
4   events, and then it's Olympic scoring at the end.
5        Q.    I still don't know what you mean by that.
6   That's not really that important.  I could pick your
7   brain for a long time about this stuff, but not
8   necessary on that.  Okay.  At the AMA staff
9   briefing, the flaggers for the AMA would typically
10  attend?
11       A.    The AMA flaggers would, yes.
12       Q.    Now, I understand that Feld also has some
13  flaggers of its own, right?
14       A.    Correct.
15       Q.    Would they attend to your meeting as well?
16       A.    They would not.
17       Q.    Was there anything done to ensure that the
18  flaggers that Feld had on-site were on the same page
19  as your AMA flaggers?
20            MS. SPRADLIN:  Object to the form.
21            THE DEPONENT:  I'm under the understanding
22  that they have their own briefing.
23  BY MR. SCHWEIKERT:
24       Q.    Do you know what is covered?
25       A.    I do not.

1        Q.   Do you know why there wouldn't be one

2   briefing of all the flaggers together?

3        A.   No.  I know, I think, John Tillman maybe,

4   at the time, headed up that meeting from the Feld

5   side.  And then, one of our officials, maybe John

6   Starling, or someone of that nature would go over

7   and discuss things with John.  But we're not at the

8   same meetings, to answer your question.

9        Q.   Were any of the flaggers the AMA had at

10  the Tampa Supercross volunteers?

11       A.   No.  They were all paid.

12       Q.   And who paid him?

13       A.   The AMA pays him.

14       Q.   Okay.  Do you know if any of the flaggers

15  that Feld had for the event were volunteers?

16       A.   I do not know that.

17            (WHEREUPON, Exhibit 79 was marked for

18  identification.)

19  BY MR. SCHWEIKERT:

20       Q.   And while we're talking payment, briefly,

21  if you could take a look at an Exhibit 79, should be

22  somewhere in front of you.

23            MS. SPRADLIN:  Which one is that, Mark?

24            MR. SCHWEIKERT:  The payroll.

25            MS. SPRADLIN:  Some of them weren't

 1  stamped. That's why I'm asking.  Let me look here.

 2              THE DEPONENT:  Yeah.

 3              MS. SPRADLIN:  Perfect.  This is Exhibit

 4  79. It's just not stamped.

 5              THE DEPONENT:  Okay.

 6  BY MR. SCHWEIKERT:

 7      Q.   Do you recognize that document?

 8      A.   I do.

 9      Q.   And what is it?

10      A.   That is our payroll sheet.

11      Q.   And at the bottom, there is an electronic

12  signature with your name.  Do you see that?

13      A.   I do.

14      Q.   And did you electronically sign this

15  payroll document?

16      A.   I did.

17      Q.   Were you authorizing payment of the

18  amounts shown in the table?

19      A.   That is correct.

20      Q.   According to this document, Jeff Canfield,

21  was the event manager and was to be paid $1375 in

22  wages for the Tampa Supercross.  Do -- do you see

23  that?

24      A.   I see that line, yes.

25      Q.   Do you know if he was paid?

1     A.    He was not paid that.

2     Q.    Do you know why?

3     A.    That is paid to MX Sports Pro Racing

4  because he was a full-time employee for them at the

5  time.

6     Q.    So, MX Pro Racing was compensating Mr.

7  Canfield for his time, and the AMA was essentially

8  reimbursing MX Pro Racing?

9     A.    That's one way to look at it, yes.

10     Q.    Okay.  Does that sort of arrangement apply

11  with respect to anyone else on this payroll sheet?

12     A.    No, I don't believe so.

13     Q.    As far as you're aware, the amounts shown

14  here are the amounts that these individuals were

15  paid for their services at the Tampa event?

16     A.    As far as I know, yes.

17     Q.    And did you receive any extra compensation

18  or just your standard paycheck?

19     A.    Standard paycheck.

20     Q.    If we go back to Exhibit 190, I'm looking

21  at the page FMS, Inc. 776.  Are you there?

22     A.    I am, yes.

23     Q.    And this is still part of Mr. De Neve's

24  draft e-mail to the FIM stewards.  Number 16 refers

25  to an FIM report.  Do you see that?

```
1        A.   I do.

2        Q.   And the e-mail says, "Please use the

3   attached template when reporting to the FIM." Do you

4   see that?

5        A.   I see that.

6        Q.   Are you aware of any reporting to the FIM

7   that was done in connection with the supercross

8   events in 2020?

9        A.   Not personally.  That would have come from

10  Ivo.

11       Q.   Do you know what he would have been

12  reporting?

13       A.   I do not.

14       Q.   Do you know if any injury reports were

15  prepared and submitted to the FIM?

16       A.   I can't speak to that.  I'd have to see

17  the template.

18       Q.   Have you ever submitted any injury reports

19  in connection with any supercross event to the FIM

20  for any reason?

21       A.   Not that I can recall.

22       Q.   Do you know when you arrived in Tampa?

23       A.   I don't remember, specifically, but my

24  standard would be to come in on a Thursday.

25       Q.   Do you know where you stayed?
```

1        A.    I do not recall that, no.

2        Q.    Do you typically make your own hotel

3   accommodations?

4        A.    Typically, Connie would help us with that,

5   Connie Fleming.

6        Q.    Do you know if Feld would reserve a block

7   of rooms that would be used for AMA officials, such

8   as yourself?

9        A.    I believe there has been times they have

10  done that for us.

11       Q.    Do you know who paid for your hotel

12  accommodations in Tampa?

13       A.    The AMA would pay for the hotel

14  accommodations.

15       Q.    Okay.  And why do you typically come in on

16  a Thursday?

17       A.    So, I can be there on Friday.

18       Q.    And we talked about the race direction

19  meeting that typically occurred on Friday, right?

20       A.    Correct.

21       Q.    What else would you typically do on the

22  Friday before the event?

23       A.    I don't remember that, exactly, in 2020,

24  but we would have technical inspection with the

25  motorcycles.  We would do sound control, things of

1  that nature.

2       Q.    It's more just my curiosity.  How do you

3  control the sound during the supercross event?

4       A.    We have a meter, and each motorcycle has

5  to hit a certain amount of decibels to be allowed on

6  the racetrack.

7       Q.    And if it's too loud, how do you make it

8  quieter?

9       A.    There's ways that the motorcycles can do

10 it, and the team members can make it.

11      Q.    And does it change from stadium to

12 stadium, the permissible decibel level?

13      A.    It's possible.  Atmospheric, humidity all

14 can come into play of decibels and meter readings.

15      Q.    Are you familiar with any written

16 protocols that apply to responding to an injured

17 rider on a racetrack during the 2020 supercross

18 season?

19      A.    To my recollection, nothing stands out to

20 me.

21      Q.    Does the AMA have anything in writing

22 aside from the rulebook that would address how to

23 respond to a crash on a racetrack?

24           MS. SPRADLIN:  Object to form.

25           THE DEPONENT:  Not that I'm aware of that

 1  I can remember.

 2  BY MR. SCHWEIKERT:

 3      **Q.   How do the AM officials -- how do the AMA**

 4  **officials at that time know how to do their job?**

 5      A.   From experience they've had or the meeting

 6  that I've discussed about with Tim Kennedy in the

 7  morning.

 8      **Q.   Is there any sort of refresher that is**

 9  **done with the AMA officials before an event?**

10      A.   Yes, with Tim Kennedy.

11      **Q.   And he would be doing a refresher with the**

12  **AMA flaggers, right?**

13      A.   That is correct.

14      **Q.   And we talked earlier about how Feld had**

15  **some track runners that were there, right?**

16      A.   Correct.

17      **Q.   What is a track runner?**

18      A.   A track runner, I would say, is one that

19  runs onto the racetrack and points riders away or

20  moves tough blocks and positions different things.

21      **Q.   I think Dr. Bodnar called them whack-a-**

22  **moles, because they just pop up out of the ground.**

23  **So, Feld had some of those track runners, and they**

24  **also had some flaggers as well at the Tampa**

25  **Supercross?**

1     A.   That is correct.

2     Q.  **Was there any sort of coordination between**

3 **the AMA folks and those Feld individuals who are all**

4 **going to be on the racetrack while it was active?**

5     A.   Yeah, John Tillman, as I mentioned, would

6 work closely with Tim Kennedy, as a liaison together

7 with the groups.

8     Q.  **But, that's just essentially the leader of**

9 **the Feld team talking to the leader of the AMA's**

10 **team?**

11     A.   Correct.

12     Q.  **As far as you're aware, there's no group**

13 **meeting with all of the track runners and the**

14 **flaggers from Feld and the flaggers from the AMA to**

15 **orient everybody to what was going to happen and how**

16 **they were expected to respond to various situations?**

17     A.   Correct.  Correct.

18     Q.  **Is it still done that way?**

19     A.   Yes.

20     Q.  **Have you ever considered doing it a**

21 **different way?**

22         MS. SPRADLIN:  Object to the form.

23         THE DEPONENT:  We have not.  This has

24 worked for us, and we feel comfortable with it.

25 BY MR. SCHWEIKERT:

1      Q.   Are you familiar with any written

2  protocols that the medical team may have had in

3  place that apply to the Tampa Supercross?

4      A.   My recollection, no.

5      Q.   Okay.  Do you know if they had any

6  protocols?

7           MS. SPRADLIN:  Object to form.

8           THE DEPONENT:  I believe I've seen

9  something from John Bodnar before, but I can't quite

10 remember what it was.

11 BY MR. SCHWEIKERT:

12     Q.   What do you recall seeing?

13     A.   I believe a -- maybe a disaster protocol

14 or something of that nature.

15     Q.   And when do you recall seeing that?

16     A.   I can't say that.  I'm not sure.

17     Q.   I don't have a clean copy.

18          MS. SPRADLIN:  What document is it?

19          MR. SCHWEIKERT:  The Medical Emergency

20 Action Plan.

21          MS. SPRADLIN:  I can show it to him.

22          MR. SCHWEIKERT:  Would you mind?

23          MS. SPRADLIN:  What's the exhibit number

24 on that?

25          MR. SCHWEIKERT:  11.

MICHAEL PELLETIER                    April 01, 2025                    126
83433

1  BY MR. SCHWEIKERT:

2      Q.    I just wanted to ask you some questions

3  about a document previously marked as Exhibit 11,

4  the Medical Emergency Action Plan.  If you could

5  just skim through it and let me know if it's

6  something that looks familiar.

7      A.    Yeah, I believe I've seen this before.

8      Q.    When do you believe you've seen it before?

9      A.    That, it would be a wild guess, to be

10  honest.

11     Q.    Do you recall in what context you were

12  looking at it?

13     A.    I don't.

14     Q.    Do you know what it is?

15     A.    I'd have to go through it, now.  Looks

16  like something that was written by the Medic Rig.

17     Q.    I want to start with the first page.  It's

18  the third paragraph.  It says the AMMU chief medical

19  officer.  You see that?

20     A.    I do.

21     Q.    It reads, "The AMMU chief medical officer

22  is responsible for crew performance, conducting the

23  race meeting, staff track assignments and positions,

24  communication at all incidents, transport

25  requirements with local contract ambulance services,

1   evaluation of injuries, and communication with AMA

2   officials, track promoters, and race control

3   center." Do you see that?

4        A.   I do.

5        Q.   Is that consistent with your understanding

6   of the responsibilities of the chief medical officer

7   at a supercross event?

8        A.   I do.  It is.

9        Q.   It is?

10       A.   Sorry.  Yeah.

11       Q.   Till death do us part, Mike.  I do, as

12   well. That's okay.

13            All right.  There's a reference to race

14   control center.  Do you see that?

15       A.   I do.

16       Q.   All right.  Does that mean anything to

17   you?

18       A.   It -- name could vary.  I believe, my

19   assumption of that would be show control, like we

20   discussed before.

21       Q.   Okay.

22       A.   It could also mean that race command that

23   you mentioned before.  I'm not really sure.

24       Q.   Let's go to the second page, the Medical

25   Emergency Action Plan.  Do you see at the bottom,

```
 1  there's a heading, Trackside Interdependence?

 2       A.    I see that.  Yes.

 3       Q.    And it reads, "A red flag can be called by

 4  the AMA race director, the AMMU chief medical

 5  officer, or other track marshals and AMA officials

 6  in communication with the race director." Did I read

 7  that correctly?

 8       A.    You did.

 9       Q.    And is that consistent with your

10  understanding as to who could call a red flag at the

11  Tampa Supercross?

12       A.    It is not.

13       Q.    Why not?

14       A.    The race director can call it.  The rest

15  in the list can recommend.

16       Q.    What's the difference between calling and

17  recommending?

18       A.    The communication from rest -- the race

19  director to red flag has to come from the race

20  director.

21       Q.    Okay.  But is it fair to say that a red

22  flag could have been -- strike that.

23             Is it fair to say a red flag could be

24  recommended by the AMA race director, the chief

25  medical officer, or other track marshals, and AMA
```

1  officials?

2      A.   It can be recommended, but I would not say

3  the -- the race director would recommend it.  The

4  race director would call it.

5      Q.   Okay.  The other individuals, being the

6  chief medical officer, other track marshals, and AMA

7  officials, could they call for a red flag?

8      A.   They can't call for a red flag.

9      Q.   Could the chief medical officer, other

10 track marshals, and AMA officials recommend a red

11 flag?

12     A.   It's possible.  Yes.

13     Q.   And in here, it refers to track marshals

14 and AMA officials.  Do you see that?

15     A.   I do.

16     Q.   And your understanding is that track

17 marshals refers to the AMA flaggers?

18     A.   Track Marshals, I can't attest to what

19 he's talking about here, as John Bodnar wrote it.

20 AMA officials, I would say, would reference the AMA

21 flaggers.  And since he wrote this, I would say, our

22 internal protocol my officials or AMA flaggers would

23 not call for a red flag or recommend.

24     Q.   During the Tampa Super Cross, could you,

25 as the AMA Supercross manager recommend a red flag?

1         A.   I could.

2         Q.   Could you call for a red flag?

3         A.   I would not.  I would recommend it to the
4  race director.

5         Q.   But he reports to you, right?

6         A.   Uh-huh.  Yes, sir.

7         Q.   Could you have directed him to throw a red
8  flag, regardless of whether he wanted to or not?

9              MS. SPRADLIN:  Object to the form.

10             THE DEPONENT:  I would recommend it to
11  him, only. BY MR. SCHWEIKERT:

12        Q.   Why would you defer to him as to whether
13  or not he acted on your recommendation?

14             MS. SPRADLIN:  Object to the form.

15             THE DEPONENT:  Can you repeat that.
16  Sorry.

17  BY MR. SCHWEIKERT:

18        Q.   Sure.  You would recommend it to him, but
19  leave it to him to decide whether or not to actually
20  throw a red flag?

21        A.   That is correct.

22        Q.   You would effectively be deferring to him
23  to make the final decision about throwing a red
24  flag, right?

25             MS. SPRADLIN:  Object to the form.

1           THE DEPONENT:   Yes.   Because the race

2    director would call the red flag.

3    BY MR. SCHWEIKERT:

4        Q.   And my question was, why would you, as the

5    AMA Supercross manager who was responsible for

6    maintaining ultimate control over the track, defer

7    to the race director about whether he abided by your

8    recommendation to throw a red flag?

9           MS. SPRADLIN:   Object to the form.

10          THE DEPONENT:   It all -- it all comes down

11   to a live event.   So, the consistency of having one

12   individual as the race director call that flag is an

13   important piece.

14   BY MR. SCHWEIKERT:

15       Q.   What if you were aware of something that

16   the race director was not aware of that you believe

17   warranted a red flag?   Would you override him if he

18   did not abide by a recommendation from you?

19          MS. SPRADLIN:   Object to the form.

20          THE DEPONENT:   I would say I would still

21   recommend it to him.

22   BY MR. SCHWEIKERT:

23       Q.   Is there any circumstance that you can

24   think of where you would direct the race director to

25   throw a red flag as opposed to merely recommending

1   one?

2              MS. SPRADLIN:  Object to the form.

3              THE DEPONENT:  In the history that I have

4   done supercross, I have never done that.

5   BY MR. SCHWEIKERT:

6        Q.   The question was a little different.  Can

7   you think of any circumstance where you would do

8   that?

9              MS. SPRADLIN:  Object to the form.

10             THE DEPONENT:  Not off the top of my head.

11  No.

12  BY MR. SCHWEIKERT:

13       Q.   Could Jeff Canfield, as the event manager,

14  have recommended a red flag during the Tampa

15  Supercross?

16       A.   He could have.

17       Q.   What about the Feld personnel in the race

18  command booth?

19       A.   Could they recommend one, you're saying?

20       Q.   Yes, sir.

21       A.   They could.  I couldn't be able to stop

22  them from doing that.

23       Q.   What about the Feld track runners?

24       A.   They would not because we are not on the

25  same radio communication.

1        Q.    The Feld flaggers?

2        A.    Same.

3        Q.    When you say they were not on the same

4    radio channel, what do you mean?

5        A.    The Feld flaggers with John Tillman is

6    speaking to them or from race command.  And race

7    command and John Tillman would have our channel be

8    able to communicate with us, but the actual Feld

9    flaggers themselves will not communicate with our

10   radio channels.

11       Q.    Do you know who provided the radios to the

12   Feld flaggers?

13       A.    I do not know that.

14       Q.    Did the AMA provide any radio equipment

15   for any of the Feld personnel to use during the

16   events?

17       A.    Yes.  John Tillman, I believe, has our

18   channel on his own radio with our frequencies.  I

19   believe we provide a radio to either race command

20   with that Harv Whipple or Phil Penn, whoever that

21   was.  But I don't recall if it was done there, or

22   they had our radio channels.

23       Q.    Do the -- strike that.

24             Do you know if the Feld flaggers wore

25   helmets during the Tampa Supercross?

```
 1        A.    I don't recall, in 2020.
 2        Q.    I just want to see if this refreshes your
 3   recollection.
 4             MS. SPRADLIN:  And are you done with the
 5   Medical Emergency Action Plan for now?
 6             MR. SCHWEIKERT:  Not quite.
 7             MS. SPRADLIN:  Okay.
 8             (WHEREUPON, Exhibit 15 was marked for
 9   identification.)
10   BY MR. SCHWEIKERT:
11        Q.    Okay.  Just give me a moment, sir.  I'm
12   going to show you what's previously been marked as
13   Exhibit 15, which is a series of photographs.
14   Direct your attention to 1224.  Do you see a Feld
15   flagger in Picture 1224 wearing a helmet?
16        A.    I see someone wearing a helmet.  I don't
17   know if that's a Feld flagger or a Feld runner.
18        Q.    I can help you out.  If we go to 1229.
19        A.    Okay.
20        Q.    Do you see an individual with a T-shirt on
21   the back that says, "Flag Crew"?
22        A.    I do.
23        Q.    And he's wearing a helmet?
24        A.    Yes, sir.
25        Q.    Do you know who provided the helmets that
```

1  this particular flagger and the others were wearing?

2       A.    I don't know for sure.  I believe it to be

3  Feld.

4       Q.    And do you know if those helmets have

5  radios built into them, or if they're using, like,

6  earbuds. Do you have any idea?

7       A.    I'm not sure, actually.

8       Q.    Okay.  But it -- it's your understanding

9  that that helmet and whatever radio equipment they

10  have is coming from Feld?

11            MR. GORDON:  Objection to form.

12            THE DEPONENT:  It would be a guess, but

13  that's my understanding.

14  BY MR. SCHWEIKERT:

15       Q.    Okay.  If we go back to the Medical

16  Emergency Action Plan, which is Exhibit 11.  Still

17  on the bottom of the second page.

18       A.    Okay.

19       Q.    Under the heading for Trackside

20  Interdependence.  Do you see that?

21       A.    I do.  Yes.

22       Q.    What does the phrase "trackside

23  interdependence" mean to you?

24       A.    That would be another guess as I didn't

25  write that.

```
 1        Q.    Does it mean anything to you as someone
 2   with extensive experience working and managing
 3   supercross events?
 4              MS. SPRADLIN:   Object to the form.
 5              THE DEPONENT:   I really have no idea what
 6   he meant by that.
 7   BY MR. SCHWEIKERT:
 8        Q.    If we look at the last sentence in that
 9   paragraph, it reads, "Consideration is given for
10   injured riders who are unable to be removed from the
11   track either by themselves, or by track staff due to
12   severity of injury, location on the track, as well
13   as danger to the other riders on the track." Do you
14   see that?
15        A.    I do.
16        Q.    Are those considerations that the Race
17   Direction Group uses, in any way, in connection with
18   determining whether to recommend or throw a red
19   flag?
20              MS. SPRADLIN:   Object to the form.
21   Answer.
22              THE DEPONENT:   I think you meant the race
23   director.
24   BY MR. SCHWEIKERT:
25        Q.    Are those considerations, in your
```

1   experience, taken into account by the race director
2   in determining whether to red flag a track?
3               MS. SPRADLIN:   Object to the form.
4   Answer.
5               THE DEPONENT:   I would agree.
6   BY MR. SCHWEIKERT:
7        Q.    Those are considerations?
8        A.    Yes.
9        Q.    Any other considerations that the race
10  director typically take into account in evaluating
11  -- evaluating whether a red flag should be thrown in
12  a particular instance?
13       A.    That you would have to ask the race
14  director.
15       Q.    What are the things that you consider as
16  the AMA supercross manager with ultimate authority
17  over the track in evaluating whether you should
18  recommend a red flag to the race director?
19              MS. SPRADLIN:   Object to form.
20              THE DEPONENT:   I think that sentence I
21  would agree to as a supercross.   Is what you're
22  saying?
23  BY MR. SCHWEIKERT:
24       Q.    So, you would give consideration to
25  injured riders who are unable to be moved -- removed

1   from the track, either by themselves or by track

2   staff due to severity of injury?

3           A.   I would.

4                MS. SPRADLIN:  Object to the form.

5   BY MR. SCHWEIKERT:

6           Q.   You would also consider the location on

7   the track?

8           A.   Correct.

9           Q.   All right.  You would also consider danger

10  to other riders on the track?

11          A.   I would.

12          Q.   Anything else that you consider when

13  evaluating whether to recommend a red flag to the

14  race director in response to a particular incident?

15               MS. SPRADLIN:  Object to form.

16               THE DEPONENT:  I would say the starting

17  gate as well, is a big one.

18  BY MR. SCHWEIKERT:

19          Q.   What do you mean by that?

20          A.   There's -- if there's a malfunction of the

21  starting gate on the start.

22          Q.   Anything else?

23          A.   Not that I can think of at the moment.

24          Q.   Do you consider where you are in the

25  event?  For example, if it was the second to last lap

1   of a main event, race, is that something that you

2   would take into consideration in evaluating whether

3   to recommend a red flag to the race director in

4   response to a particular instance?

5        A.    That would not come into play.

6        Q.    Why not?

7        A.    Safety of the athletes is priority.

8        Q.    So, you agree that rider safety is the

9   number one priority at supercross events?

10       A.    I'd say we take that very seriously.

11       Q.    Is it the number one priority?

12            MS. SPRADLIN:   Object to the form.

13            THE DEPONENT:   I mean, there's a lot going

14  on at supercross.  I wouldn't designate that as a

15  number one, but it's as highest value for us, yeah.

16  Safety of our athletes.

17  BY MR. SCHWEIKERT:

18       Q.    What would you designate as number one?

19            MS. SPRADLIN:   Object to the form.

20            THE DEPONENT:   I don't have that right

21  now.

22  BY MR. SCHWEIKERT:

23       Q.    What are your priorities when you are

24  managing a supercross event?

25            MS. SPRADLIN:   Form.

```
 1              THE DEPONENT:   From a sanctioning body
 2  perspective, operationally, the event itself and
 3  ensuring fair competition.
 4  BY MR. SCHWEIKERT:
 5      Q.   And would those things go above safety of
 6  athletes or below safety of athletes, in terms of
 7  priority?
 8              MS. SPRADLIN:   Form.
 9              THE DEPONENT:   I think they're all
10  important.
11  BY MR. SCHWEIKERT:
12      Q.   What if there is a conflict between the
13  AMA's operations and the safety of an athlete, which
14  would be higher priority to you?
15      A.   Can --
16              MS. SPRADLIN:   Form.
17              THE DEPONENT:   Can you give me an example?
18  BY MR. SCHWEIKERT:
19      Q.   Can you give me an example?
20              MS. SPRADLIN:   Form.
21              THE DEPONENT:   I don't know where you're
22  going with it is my problem.
23  BY MR. SCHWEIKERT:
24      Q.   Well, you don't agree that rider safety is
25  the number one priority at supercross events, do
```

1   you?

2       A.    I think -- I think that is very important.

3   I think all aspects are important.

4       Q.    Okay.  But are there instances where other

5   aspects that you're thinking of need to yield to the

6   safety concerns of a potential injured rider?

7               MS. SPRADLIN:  Form.

8               THE DEPONENT:  I think if we got

9   recommendation from medical to stop, we would, and

10  that would take priority.

11  BY MR. SCHWEIKERT:

12      Q.    Have you ever seen a active track stopped

13  with a red flag without the recommendation of

14  medical?

15      A.    With the race director doing it on his

16  own, it probably has happened.

17      Q.    Are you aware of any instances where a red

18  flag was used to stop a practice or race because of

19  what appeared to be an injured rider who had not yet

20  been assessed by the medical team?

21              MS. SPRADLIN:  Objection.

22              THE DEPONENT:  By the race director's

23  discretion?

24  BY MR. SCHWEIKERT:

25      Q.    Yeah.

1        A.    I'm sure it's happened.

2        Q.    All right.  The race director doesn't need

3   the medical team to ask him to red flag the track,

4   right?

5             MS. SPRADLIN:  Object to the form.

6             THE DEPONENT:  The race director can call

7   on his own.  Yes.

8   BY MR. SCHWEIKERT:

9        Q.    If we look at the last sentence in that

10  paragraph, we were reading, it's at the top of Page

11  3. Begins, "If it is felt," do you see that?

12       A.    I do.

13       Q.    All right.  It reads, "If it is felt, that

14  there is danger to track officials, medical staff,

15  track workers, team staff, or spectators, a red flag

16  will be called." Did I read that correctly?

17       A.    You did.

18       Q.    Do you agree with that?

19       A.    I do.

20       Q.    If there's danger to track officials,

21  medical staff, track workers, team staff, or

22  spectators, a red flag will be called?

23             MS. SPRADLIN:  Object to the form.

24             THE DEPONENT:  I think that would be

25  recommended to the race director to make that

1  decision.

2  BY MR. SCHWEIKERT:

3      Q.   Let's go to the next section entitled

4  Medical Crew and Rider Security.  Do you see that?

5      A.   I do.

6      Q.   You see the first sentence reads,

7  "Designated Feld crew members are assigned to the

8  track to manage track equipment, including tough

9  blocks, track markers, and signage." Do you see

10 that?

11     A.   I do.

12     Q.   Is it your understanding that's referring

13 to the track runners?

14     A.   I believe so.  It's an assumption.

15     Q.   Okay.  Well, you can see how this Medical

16 Emergency Action Plan references some collaboration

17 or coordination with AMA officials and some Feld

18 crew members, right?

19     A.   Yes.

20     Q.   But there's no meeting with all of those

21 individuals together at the same time to ensure that

22 everyone is on the same page about what they should

23 be doing in the event that there is a medical

24 emergency on the track; is that right?

25          MS. SPRADLIN:  Objection to form.

```
 1              MR. GORDON:  Object to the form.
 2              THE DEPONENT:  That is true.  There is no
 3   big meeting that I'm aware of.  I think the separate
 4   entities that we have work professionally in their
 5   own state and do a good job.
 6   BY MR. SCHWEIKERT:
 7        Q.   People can do a good job and still have
 8   room for improvement, right?
 9              MS. SPRADLIN:  Object to the form.
10              THE DEPONENT:  Speculative.
11   BY MR. SCHWEIKERT:
12        Q.   People can do a good job and still have
13   room for improvement, right?
14              MS. SPRADLIN:  Object to the form.
15              THE DEPONENT:  I would say yes.  I'm
16   always looking to improve.
17   BY MR. SCHWEIKERT:
18        Q.   And is that something that you proactively
19   try to do in connection with your work with the
20   supercross?
21              MS. SPRADLIN:  Object to the form.
22              THE DEPONENT:  I think that's with
23   anything.
24   BY MR. SCHWEIKERT:
25        Q.   What do you do to try to improve?
```

1            MS. SPRADLIN:  Object to the form.

2            THE DEPONENT:  I try to read up on things

3   and standards and do trainings with the FIM.

4   BY MR. SCHWEIKERT:

5        Q.   And if there is new information that you

6   acquire that you believe is relevant to the

7   supercross and potentially improving the way things

8   are done, would you share that information with

9   others?

10           MS. SPRADLIN:  Object to the form.

11           THE DEPONENT:  I would look at it, and

12  yes, if I felt pertinent.

13  BY MR. SCHWEIKERT:

14       Q.   Have you ever done something like that?

15       A.   No, I don't recall that.

16       Q.   If we go back to the third page of the

17  Medical Emergency Action Plan.  We're still in the

18  section entitled Medical Crew and Rider Security.

19  The third sentence, beginning "Communication, " do

20  you see that?

21       A.   I do.

22       Q.   It reads, "Communication is maintained and

23  monitored through radio with track safety supervisor

24  who has overview of the entire track." Do you see

25  that?

```
 1        A.   I do.

 2        Q.   Do you know what a track safety supervisor

 3   was during the 2020 season?

 4        A.   I don't know what he's referencing here.

 5   He's the one that wrote it, but maybe race command.

 6        Q.   And the gentleman or the gentlemen, you

 7   believe may have been in the ace command booth

 8   during the Tampa Supercross were Harv Whipple or

 9   Phil Penn.

10        A.   Correct.

11        Q.   Is there a title that you would put on the

12   position of the person in that booth?

13        A.   No.

14             MS. SPRADLIN:  Object to the form.

15             THE DEPONENT:  No.

16   BY MR. SCHWEIKERT:

17        Q.   Have you ever heard the phrase track

18   safety supervisor before today?

19             MS. SPRADLIN:  Object to the form.

20             THE DEPONENT:  Yes, I have.

21   BY MR. SCHWEIKERT:

22        Q.   In what context?

23        A.   I believe dealing with race command.

24        Q.   Dealing with the Feld individual in the

25   race command booth?
```

1       A.    Correct.

2             MR. GORDON:  Object to the form.

3   BY MR. SCHWEIKERT:

4       Q.    All right.  Do you believe the person in

5   the race command booth is known as the track safety

6   supervisor?

7             MS. SPRADLIN:  Object to the form.

8             THE DEPONENT:  I'm not sure what they

9   would consider him.

10  BY MR. SCHWEIKERT:

11      Q.    What do you call him?

12      A.    I don't call him anything.

13      Q.    Phil?

14      A.    Phil.  Phil or Harv.

15      Q.    Harv?  I mean, this is a really serious

16  and dangerous sport, right?

17            MR. GORDON:  Objection to the form.

18            THE DEPONENT:  Correct.

19  BY MR. SCHWEIKERT:

20      Q.    And you're not aware of the title of the

21  individual in a race command booth at the Tampa

22  Supercross?

23            MS. SPRADLIN:  Object to the form.

24            THE DEPONENT:  I don't know the exact

25  title. He doesn't work for me.

1  BY MR. SCHWEIKERT:

2       Q.   **Have you ever heard of the eye in the sky?**

3       A.   I believe I've heard that comment before.

4       Q.   **In what context?**

5       A.   Just individuals up above, like in a race

6  command.

7       Q.   **Can you give me an example?**

8       A.   Not really, no.

9       Q.   **When was the last time you can think of**

10 **that you heard a reference to eye in the sky?**

11          MS. SPRADLIN:  Object to the form, and

12 just, going to instruct you in terms of

13 communications you may have had with counsel, not to

14 reveal any of that. I don't I assume that Mr.

15 Schweikert is asking with respect to, in the context

16 of a supercross race.

17          THE DEPONENT:  I don't remember hearing

18 last time I heard eye in the sky.

19 BY MR. SCHWEIKERT:

20      Q.   **I thought you just said you had heard the**

21 **--**

22      A.   I've heard it before.  I don't remember

23 when that was.

24      Q.   **Okay.  So, you don't know if there is an**

25 **eye in the sky -- strike that.**

1   　　　　　You don't know if there was an eye in the

2   sky or a track safety supervisor at the Tampa

3   Supercross, right?

4   　　　　　MS. SPRADLIN:  Object to the form.

5   　　　　　MR. GORDON:  Objection to form.

6   　　　　　THE DEPONENT:  I believe the track safety

7   supervisor was in race command.

8   BY MR. SCHWEIKERT:

9   　　　Q.  So, you believe the track safety

10  supervisor would have been Phil Penn or Harv Whipple

11  of Feld?

12  　　　A.  Yes.

13  　　　Q.  If we go to the next paragraph entitled

14  Communication.  Do you see that?

15  　　　A.  I do.

16  　　　Q.  It says, "The CMO, medical staff, and the

17  AMMU maintain constant communication by radio with

18  the AMA staff, marshals, race director, and AMA

19  trailer." Do you see that?

20  　　　A.  I do.

21  　　　Q.  What is -- strike that.

22  　　　　　Was there an AMA trailer at the Tampa

23  Supercross?

24  　　　A.  There was.

25  　　　Q.  Is that, like a semi-truck trailer?

April 01, 2025                    150

```
 1        A.    Correct.

 2        Q.    Was there more than one?

 3        A.    Just one.

 4        Q.    And what, at that time, was the purpose of

 5   that trailer?

 6        A.    That is our home base, if you want to call

 7   it, for AMA.

 8        Q.    And when the track was active at the Tampa

 9   Supercross, was there someone in the trailer that

10   was in radio contact with folks on the track?

11        A.    There is.

12        Q.    Do you know who that was at that time?

13        A.    I believe that to be our clerk, which I

14   think, at that time, was Jan Pistole.

15        Q.    And the function of the clerk was what?

16        A.    To deal with people coming up asking

17   questions to the trailer, but she also did our fall

18   down report.

19        Q.    So, if a rider fell, information would be

20   communicated to Jan Pistole in the AMA trailer?

21        A.    Correct.

22        Q.    Would that happen in real time?

23        A.    It could happen just past it.

24        Q.    Okay.  And what -- would that have been on

25   the
```

1   AMA radio channel?

2              MS. SPRADLIN:   Object to the form.

3              THE DEPONENT:   That is a separate channel.

4   BY MR. SCHWEIKERT:

5        Q.   It's my understanding there is, or there

6   was at that time, AMA Channel 1.  Do you recall

7   that?

8        A.   Correct.

9        Q.   And what was Channel 1 used for, if you

10  recall?

11       A.   That was our main channel, operations.

12       Q.   And that would have had the -- the

13  flaggers, the race director, the medical folks on

14  it?

15             MS. SPRADLIN:   Object to form.

16             THE DEPONENT:   To -- to clarify the AMA

17  flaggers.

18  BY MR. SCHWEIKERT:

19       Q.   Okay.  So, Channel 1 would have had the

20  race director, John Gallagher, the AMA flaggers, and

21  the Alpinestars medical team on it?

22       A.   Correct.

23       Q.   All right.  And to communicate with Jan

24  Pistole about a fall down, what channel would be

25  used?

```
 1        A.    I don't recall in 2020, it may have been
 2   Channel 2.
 3        Q.    And who was generally responsible with
 4   communicating information about a fall down to the
 5   AMA trailer?
 6        A.    The AMA flaggers are.
 7        Q.    And what information were they expected to
 8   communicate to the AMA trailer when a rider fell
 9   down on the track?
10        A.    The section that it was in and
11   essentially, if they could see how it happened, low
12   side or high side, or something about the crash if
13   they saw it.
14        Q.    So, if a fall down report indicates
15   whether it was a low side or high side crash, that
16   would suggest that somebody saw how that particular
17   crash happened?
18             MS. SPRADLIN:   Object to the form.
19             THE DEPONENT:   Yes.
20   BY MR. SCHWEIKERT:
21        Q.    Do you know if anybody saw Brian Moreau's
22   crash during the free practices?
23             MS. SPRADLIN:   Object to the form.
24             THE DEPONENT:   I do not know that.
25   BY MR. SCHWEIKERT:
```

1      Q.    Have you ever seen a fall down report for

2   the Tampa Supercross that included Brian?

3      A.    I don't know if I've seen that one,

4   exactly.

5      Q.    There's a reference on Page 3 of the

6   Medical Emergency Action Plan to the Feld Management

7   and Show office.

8           MS. SPRADLIN:   Where are we?

9   BY MR. SCHWEIKERT:

10     Q.    Do you see that?

11          MR. SCHWEIKERT:   It's last sentence.

12          MS. SPRADLIN:   Show office?

13  BY MR. SCHWEIKERT:

14     Q.    All right.  Do you see the reference to

15  the Feld Management and Show office?

16     A.    I do.

17     Q.    What is your understanding of the Feld

18  Management and Show office?

19     A.    I don't know what he meant by writing

20  that.

21     Q.    Do you recall if during the Tampa

22  Supercross, Feld had any designated area for its

23  personnel?

24     A.    I don't recall that.

25     Q.    I think we had talked about the show

1   control booth having Mr. Canfield as the event

2   manager and some Feld folks, right?

3              MR. GORDON:  Objection to form.

4              THE DEPONENT:  I don't know who's up there

5   with him.

6              MR. SCHWEIKERT:  That was yesterday,

7   maybe.

8              MS. SPRADLIN:  I think it was.

9              MR. SCHWEIKERT:  Okay.

10  BY MR. SCHWEIKERT:

11       Q.   Are you aware of whether Feld would have

12  any sort of office space set up, like, within the

13  belly of the stadium?

14             MR. GORDON:  Objection to form.

15             THE DEPONENT:  It's typical they would

16  have an area, yes.

17  BY MR. SCHWEIKERT:

18       Q.   And do you know what, typically, was the

19  purpose of that area?

20       A.   I don't.

21       Q.   When a red flag is thrown on a track, the

22  riders are -- strike that.

23             When a red flag is thrown on a track, what

24  are the riders supposed to do in response to that

25  flag?

1        A.     That means the competition session has

2   ended, and they reduce speed and go back to the

3   mechanics area or starting area, and receive further

4   instruction.

5        Q.     **If a red flag is thrown in response to a**

6   **medical emergency on the track, would it be**

7   **displayed right there at the section of the track**

8   **where the emergency is occurring?**

9             MS. SPRADLIN:   Object to the form.

10             THE DEPONENT:   Not necessarily.

11   BY MR. SCHWEIKERT:

12        Q.     **There's only -- it's my understanding**

13   **there's only two red flags at a given event.**

14        A.     It's possible.

15        Q.     **Do you know?**

16        A.     That's our typical procedure.

17        Q.     **And where are those red flags, typically?**

18        A.     There's one at the start finish line, and

19   there's one strategically placed around the

20   racetrack.

21        Q.     **Do you know why there's only two?**

22             MS. SPRADLIN:   Object to form.

23             THE DEPONENT:   That's the procedure we use

24   in order to get the riders to go where we need them

25   to.

1  BY MR. SCHWEIKERT:

2       Q.    What if there was a medical emergency

3  going on in the middle of the track, and you wanted

4  the riders to stay clear of that area.  Is there a

5  particular flag that would be used?

6       A.    Not a particular one.  We would control

7  the scene that way.

8       Q.    What way?

9       A.    We would funnel them to where we want them

10 to go using flags, could be yellow or red cross.

11      Q.    Okay.  But if the AMA wanted to direct

12 traffic away from a particular section of the track,

13 it had the means to do so, right?

14           MS. SPRADLIN:  Object to the form.

15           THE DEPONENT:  Yes.  We would funnel them,

16 like I said, to where we want them to go.

17 BY MR. SCHWEIKERT:

18      Q.    I will show you document, I will mark as

19 Exhibit 191, Bates labeled AMA 2007 to 2010.

20           (WHEREUPON, Exhibit 191 was marked for

21 identification.)

22           THE REPORTER:  Exhibit 191 has been

23 marked.

24           MS. SPRADLIN:  You have to stretch

25 farther, sorry.

1           MR. SCHWEIKERT:  It's all right.

2           MS. SPRADLIN:  Stubby arms.

3    BY MR. SCHWEIKERT:

4       Q.  And just take a minute when you can review

5    Exhibit 191.  Let me know if you've seen it before.

6       A.  Okay.

7       Q.  Do you know what Exhibit 191 is?

8       A.  It looks like John Gallagher's notes for a

9    riders meeting.

10      Q.  And why does it look like that to you?

11      A.  Because it says, "Tampa riders meeting,"

12   on it.

13      Q.  Is this something, in your experience,

14   that would be posted at the event?

15      A.  No, in my experience, this is the way he

16   communicates.

17      Q.  How does he communicate what's in this

18   document?

19      A.  Just after track walk, they hold a riders

20   meeting where he speaks to the riders.

21      Q.  And in your experience, he uses an outline

22   to make a presentation to the riders?

23      A.  I believe so.  Looking at this, yes.

24      Q.  Have you ever lead a riders meeting?

25      A.  I have not.

1        Q.   And if you see, at the top of the Tampa

2   riders meeting document, it reads, "Please remember

3   that supercross and all motor sports are inherently

4   dangerous activities." Do you see that?

5        A.   I do.

6        Q.   Do you believe that supercross is an

7   inherently dangerous activity?

8        A.   I do.

9        Q.   In your experience, do you think John

10  Gallagher would have made a statement like that

11  during his meeting with the riders?

12             MS. SPRADLIN:   Object to the form.   You

13  can answer.

14             THE DEPONENT:   I do.

15  BY MR. SCHWEIKERT:

16       Q.   Why is that?

17       A.   I believe he says that at every riders

18  meeting.

19       Q.   For what purpose?

20       A.   To give them the chance to not compete if

21  they do not feel so.

22       Q.   Do you see where it says, "Safety

23  changes," followed by multiple exclamation points?

24       A.   I do.

25       Q.   In your experience, do you have any sense

1  of what that would be referring to?

2      A.   I can't speak to how he wrote these notes.

3  The only thing I could say is the riders could come

4  up and talk about obstacles on the racetrack to him.

5      Q.   You don't remember where you were --

6  strike one.

7           I'll ask it again.  Do you remember where

8  you were when free practices began at the Tampa

9  Supercross on February 15th, 2020?

10     A.   I do not.

11     Q.   Were you at Raymond James Stadium?

12     A.   Yes.

13     Q.   Were you inside the stadium?

14     A.   I don't recall.

15     Q.   Were you outside?

16          MS. SPRADLIN:  Object to form.

17          THE DEPONENT:  Again, I don't recall.

18  BY MR. SCHWEIKERT:

19     Q.   Were you wearing a headset?

20     A.   I don't recall that either.

21     Q.   Did you have a headset with you?

22     A.   I'm not sure if you're referencing the

23  headset on the head or a radio itself, because I

24  would have a radio.

25     Q.   What's -- let me understand, typically,

1  what you would be doing around that time.  What

2  would you typically be doing during the free

3  practices at a supercross event?

4      A.    It highly varies, event to event.  I could

5  be having meetings with the teams in the paddock.  I

6  could be having meetings for future rounds coming

7  up.  I could be in the semi.  I could be in the

8  stadium.  It varies.

9      Q.    But you, as the AMA supercross manager are

10 responsible for maintaining ultimate control over

11 race operations, right?

12     A.    Correct.

13     Q.    But when the racetrack is active for free

14 practices, there's occasions where you're not even

15 near the racetrack?

16     A.    Yeah, I don't have an assigned position.

17 I have my best officials doing their jobs.

18     Q.    Are you in radio contact with those

19 officials typically?

20     A.    Typically, yes.

21     Q.    And what kind of radio is it, like, a

22 walkie talkie?

23     A.    Yes.

24     Q.    And what about during the actual main

25 event, are you typically stationed somewhere or it

```
 1  varies?
 2       A.    Typically, I would be in the stadium.
 3       Q.    In a particular location, typically?
 4       A.    I could roam.
 5       Q.    How do you ensure that the racetrack is
 6  being controlled in a manner that you believe is --
 7  strike that.
 8             Do you typically do anything to
 9  proactively maintain control over the racetrack when
10  it's active?
11             MS. SPRADLIN:  Object to the form.
12             THE DEPONENT:  I am constantly listening
13  to our officials.
14  BY MR. SCHWEIKERT:
15       Q.    And that's via a walkie talkie?
16       A.    Correct.
17       Q.    Are there instances where you're in
18  locations like the paddock talking to somebody else
19  at the same time that you're trying to listen to the
20  walkie talkie?
21       A.    Not typically.
22       Q.    You try to focus on the radio?
23       A.    Yes.
24       Q.    Because you want to pay attention to
25  what's going on on the racetrack?
```

```
 1              MS. SPRADLIN:  Object to the form.

 2              MR. GORDON:  Object to form.

 3              THE DEPONENT:  Yes.  I'm listening to the

 4   officials and roaming around.

 5   BY MR. SCHWEIKERT:

 6         Q.   Why would you not want to also have your

 7   eyes on the track?

 8         A.   I do from time to time.

 9              MS. SPRADLIN:  Object to the form on that

10   last one.

11   BY MR. SCHWEIKERT:

12         Q.   But why not, as a general matter of

13   course, do you keep your eyes on the track whenever

14   it's active with riders?

15              MS. SPRADLIN:  Object to form.

16              THE DEPONENT:  Because I rely on my

17   officials for that as well.

18   BY MR. SCHWEIKERT:

19         Q.   Have there ever been instances where you

20   disagreed with a decision made by the race director?

21              MS. SPRADLIN:  Object to the form.

22              THE DEPONENT:  No, not that I can

23   remember.

24              One moment.  I am going to have to go to

25   the bathroom eventually.
```

```
1              MR. SCHWEIKERT:  You want to do a break?
2              MS. SPRADLIN:  Yeah.
3              THE DEPONENT:  If we can.
4              MR. SCHWEIKERT:  Now is a good time.
5              MS. SPRADLIN:  It's -- you are in charge
6   of saying when you need to take a break, so --
7              THE DEPONENT:  I didn't know if I could
8   say that.
9              MR. SCHWEIKERT:  Five minutes.
10             THE VIDEOGRAPHER:  We are now going off
11  record.  The time is 3:12.
12             (WHEREUPON, a recess was taken.)
13             THE VIDEOGRAPHER:  We are now back on the
14  record.  The time is 3:26, and you may continue.
15  BY MR. SCHWEIKERT:
16      Q.    All right.  Do you recall how you first
17  became aware that there had been a crash involving
18  Brian Moreau?
19      A.    I do not remember.
20      Q.    Is that something you became aware of on
21  that Saturday?
22      A.    That day, yes.
23      Q.    Do you recall hearing anything over the
24  radio about a rider crashing during the free
25  practices around 12:20 to 12:30 p.m.?
```

1        A.    I don't recall that.

2        Q.    But you do believe, based on your typical

3   practice, that you would have had your radio on

4   during the free practices?

5        A.    A typical practice, yes.

6        Q.    Do you remember hearing anything on the

7   radio that day?

8             MS. SPRADLIN:   Object to the form.

9             THE DEPONENT:   That day, yes.

10  BY MR. SCHWEIKERT:

11       Q.    Anything related to Brian?

12       A.    I don't recall that.

13       Q.    Do you know if somebody informed you that

14  Brian had crashed?

15       A.    Not of the crash.  Again, I'd say, Dr.

16  Bodnar let me know that he was unfit.

17       Q.    Okay.  Would that have been before the

18  event was televised around 7:00 p.m.?

19       A.    That I don't -- I can't answer.

20       Q.    And why would you be informed as to a

21  rider being unfit?

22       A.    We need to know if he's going to come back

23  into the competition sessions or not.

24       Q.    Are you typically informed of that by Dr.

25  Bodnar over the radio or in person?

1        A.    Could be a mix of either.

2        Q.    And you're not sure, either way, with

3   respect to Brian?

4        A.    That is correct.

5        Q.    Did you ask for more information about why

6   Brian was unfit?

7        A.    I don't recall the conversation.

8        Q.    Even though this is the only instance that

9   you can remember where a rider was paralyzed during

10  a supercross event that you've been involved in?

11            MS. SPRADLIN:   Object to the form.

12            THE DEPONENT:   I don't -- I don't believe

13  at that time I knew his injury.

14  BY MR. SCHWEIKERT:

15       Q.    Did you have any other communications

16  about Brian on the Saturday?

17       A.    I don't recall that.

18       Q.    Were you aware of any rumors going around

19  the paddock or among the riders about Brian?

20            MS. SPRADLIN:   Object to the form.

21            THE DEPONENT:   Personally, no.

22  BY MR. SCHWEIKERT:

23       Q.    Had you heard secondhand?

24            MS. SPRADLIN:   Object to the form.

25            THE DEPONENT:   I really don't recall that.

1   BY MR. SCHWEIKERT:

2        Q.   Do you know who Tyler Keefe is?

3        A.   I do.

4        Q.   Who is he?

5        A.   Tyler Keefe was a team manager of -- I

6   might mess the name up Troy Lee Designs, KTM Race

7   Team.

8        Q.   Was he the manager of Brian's racing team

9   in 2020?

10       A.   I believe he was.

11       Q.   Did you ever speak with Tyler about

12  Brian's accident?

13       A.   That, I don't recall.

14       Q.   Did you acquire more information about the

15  nature of Brian's injury that weekend?

16       A.   Can you rephrase.  I don't know what you

17  mean.

18       Q.   If I understand you, you were informed by

19  Dr. Bodnar that Brian was unfit on Saturday, after

20  he had crashed, right?

21       A.   Correct.

22       Q.   But you were not informed or were not

23  aware, at that time, as to why he was unfit, right?

24       A.   I believe that.  Yes.

25       Q.   Did you, subsequently, at some point that

1   weekend, acquire more information about what had

2   happened or Brian's injury?

3        A.    I can't remember back to that weekend.

4        Q.    What is the first post-incident

5   communication about Brian that you can remember, if

6   any?

7        A.    I really don't remember from the weekend.

8        Q.    What about after that weekend?

9        A.    Even so.  It was 2020.  Struggling there.

10       Q.    Would it have been important to you to

11  know that a rider participating in a supercross

12  event, in which you were serving as the AMA

13  supercross manager, had sustained a spinal injury?

14              MS. SPRADLIN:  Object to the form.

15              THE DEPONENT:  That weekend?

16  BY MR. SCHWEIKERT:

17       Q.    At any time.

18       A.    I'm sure I would have been notified that

19  by somehow.

20       Q.    Were you ever notified of that?

21              MS. SPRADLIN:  Object to the form.

22              THE DEPONENT:  I don't remember how I was,

23  if I was.

24  BY MR. SCHWEIKERT:

25       Q.    Do you typically remember significant

1  events that happen during supercross races?

2              MS. SPRADLIN:  Object to the form.

3              THE DEPONENT:  There's a lot of incidents.

4  I don't know anything specific you're talking about

5  or referencing, but -

6  BY MR. SCHWEIKERT:

7       Q.   Well, Brian was seriously injured, such

8  that he can no longer walk, today.  Are you aware of

9  that?

10      A.   I am.

11      Q.   And when I asked you earlier, if you could

12 remember any other instances where a rider had

13 sustained such a catastrophic injury, you couldn't

14 remember any, could you?

15      A.   I can't, off the top of my head, no.

16      Q.   Was that not a significant event, such

17 that it registered in your memory bank somewhere?

18              MS. SPRADLIN:  Object to the form.

19              THE DEPONENT:  Once I heard about the

20 injury, it's significant, yes.

21 BY MR. SCHWEIKERT:

22      Q.   But do you remember that moment when you

23 heard about the injury?

24              MS. SPRADLIN:  Object to the form.

25              THE DEPONENT:  I really don't recall that.

1  BY MR. SCHWEIKERT:

2       Q.   It was significant to you hearing about

3  the injury, but you don't recall hearing about the

4  injury; is that right?

5            MS. SPRADLIN:   Object to the form.

6            THE DEPONENT:   Correct.

7  BY MR. SCHWEIKERT:

8       Q.   I'm going to show you document previously

9  marked as Exhibit 130, Bates labeled FMS, Inc. 1065,

10  1068.  If you would just take a minute, review it,

11  and let me know if you've seen it before.

12       A.   Yes.  This looks like a fall down report.

13       Q.   Is Exhibit 130, an e-mail from Jan Pistole

14  on February 16th, 2020, the day after the Tampa

15  Supercross to you, Dr. Bodnar, and some other

16  individuals?

17       A.   It looks to be that way.

18       Q.   And Jan Pistole is sending a fall down

19  report for Tampa?

20       A.   Looks that way, yes.

21       Q.   Okay.  Go to the first page of the fall

22  down report, please.

23       A.   Okay.

24       Q.   Is this the fall down report for the Tampa

25  event?

1          A.    That's what it says on it, yes.

2          Q.    And this would have been -- strike that.

3                Would this have been created in the AM

4    trailer?  Strike that.

5                Would this have been created in the AMA

6    trailer throughout the day as AMA officials radioed

7    the clerk to inform them of riders crashing?

8          A.    Yes, it would.

9          Q.    And do you see Brian Moreau in the fall

10   down report?

11         A.    I do.

12         Q.    And there's an X in the box for endo.  Do

13   you see that?

14         A.    I do.

15         Q.    And endo refers to what?

16         A.    Typically, going over the handle bars.

17         Q.    Is it, like, an abbreviation for end over

18   end or something?

19         A.    I'm not sure.

20         Q.    Okay.  Do you know who was the source of

21   the information that Brian went over his handle

22   bars?

23         A.    I do not know that.

24         Q.    Do you know if anybody saw Brian crash?

25               MS. SPRADLIN:  Object to form.

1          THE DEPONENT:  I do not know.

2   BY MR. SCHWEIKERT:

3       Q.   Did you, at any point, try to find out if

4   anyone had seen Brian crash?

5          MS. SPRADLIN:  Object to the form.

6          MR. SCHWEIKERT:  What's wrong with the

7   form?

8          MS. SPRADLIN:  To the extent that it

9   invades attorney-client privilege, and we've done an

10  investigation post lawsuit.

11         MR. SCHWEIKERT:  I'm not asking.

12         MS. SPRADLIN:  I understand, but I have to

13  preserve my objections.

14         MR. SCHWEIKERT:  I don't know if that's a

15  form.  It's neither here nor there.

16  BY MR. SCHWEIKERT:

17      Q.   Do you know -- did you, personally, ever

18  try to find out if anyone had seen the Brian crash?

19      A.   I don't remember if I did.

20      Q.   Do you know if, at any point after Brian

21  had crashed and before this lawsuit was filed,

22  whether any investigation was done into the

23  incident?

24      A.   I'm not sure.

25      Q.   Why not?

```
 1              MS. SPRADLIN:  Object to the form.
 2              THE DEPONENT:  I'm not sure of what I'm
 3    not sure of.
 4    BY MR. SCHWEIKERT:
 5         Q.   If we go back to the e-mail, Exhibit 130,
 6    do you see in the body of the e-mail where Jan
 7    Pistole writes in part, "Connie will send the
 8    Alpinestar report and ambulance report on Monday."
 9    Do you see that?
10         A.   Yes.
11         Q.   Was it typical, at that time, for --
12    strike that.
13              Connie is Connie Fleming with the AMA?
14         A.   That's who it's addressed to, so I'm not
15    sure if she's referencing that in the body.
16         Q.   Is Connie Fleming with the AMA?
17         A.   She is.  Yes.
18         Q.   And in the e-mail, it states, in part,
19    that "Connie will send the Alpinestar report and
20    ambulance report on Monday." Do you see that?
21         A.   I do.
22         Q.   And this e-mail is addressed to yourself,
23    Dr. Bodnar, Katerina Kaczmarzyk, Mike Muye of Feld,
24    right?
25         A.   Yes.
```

1        Q.    Was it typical, at that time, for the AMA

2   to send the Alpinestars report and ambulance report

3   to Feld when a rider was injured during a supercross

4   event?

5        A.    I don't remember the procedure in 2020.

6        Q.    What about today?

7        A.    I've seen Jan actually sends the medical

8   report to us.

9        Q.    Sends it to who?

10       A.    I'd have to look exactly who it goes to.

11       Q.    Do you know if somebody submitted the

12   Alpinestars report and ambulance report for Brian's

13   accident to anyone at Feld?

14       A.    I do not know that.

15       Q.    Did you ever get it?

16       A.    I don't remember if I did.

17             (WHEREUPON, Exhibit 17 was marked for

18   identification.)

19   BY MR. SCHWEIKERT:

20       Q.    All right.  I'll show you what's

21   previously been marked Exhibit 17.  And I will

22   represent this is a copy of the Alpinestars Medical

23   Report on Brian Moreau. Just take a minute.  Look at

24   it.  Let me know if you've seen it before.

25       A.    I don't recall seeing this before.

```
 1        Q.    Do you know why the AMA would potentially
 2   be interested in obtaining a copy of the Alpinestars
 3   report and ambulance report for Brian --
 4              MS. SPRADLIN:  Object to form.
 5   BY MR. SCHWEIKERT:
 6        Q.    -- the day after his accident?
 7              MS. SPRADLIN:  Object to form.
 8              THE DEPONENT:  I -- medical report, I
 9   don't believe references these documents of what
10   you're talking about in the e-mail.
11   BY MR. SCHWEIKERT:
12        Q.    What is your understanding of Alpinestar
13   report?
14        A.    I believe it's a list of riders that were
15   treated in there, not this much detail.
16        Q.    What about the ambulance report?
17        A.    That would, I believe, come over.
18        Q.    Was it typical, at that time, to compile
19   ambulance reports for riders that were transported
20   by ambulance from a supercross event to a hospital?
21        A.    I don't remember, in 2020.
22        Q.    Are you aware of any reason why the AMA
23   would want an ambulance report for Brian's injury
24   the day after it happened?
25              MS. SPRADLIN:  Object to the form.
```

```
 1                 THE DEPONENT:  I do not.  I just know the

 2   medical report.  I believe it came with it.

 3   BY MR. SCHWEIKERT:

 4        Q.   Do you see that Jan's e-mail was sent at

 5   3:54 a.m. on February 16th?

 6                 MS. SPRADLIN:  Object to the form.

 7                 THE DEPONENT:  I do.  Yes.

 8   BY MR. SCHWEIKERT:

 9        Q.   Do you know if she had stayed up past

10   midnight and was sending this e-mail?

11                 MS. SPRADLIN:  Object to the form.

12                 THE DEPONENT:  I can't -- can't answer

13   that. BY MR. SCHWEIKERT:

14        Q.   Do you know if she typically wakes up

15   before 3:50 a.m.?

16        A.   That, I can't speak to.

17                 MS. SPRADLIN:  Object to the form.

18   BY MR. SCHWEIKERT:

19        Q.   Do you know who Michael Lindsay is?

20        A.   I know of him, yes.

21        Q.   Who is he?

22        A.   I believe him to be a media representative

23   for, I want to say Vital MX, but I'm not sure.

24        Q.   Have you ever conversed with Mr. Lindsay?

25        A.   I have.
```

1        Q.   Did you ever speak with Michael Lindsay

2   about Brian?

3        A.   I don't believe so.

4        Q.   Do you follow him on social media?

5        A.   I don't know.

6        Q.   I'll show you a document previously marked

7   as Exhibit 155, Bates labeled FMS, Inc. 1126 to 28.

8   It's an e-mail.  You're not copied on it, but it

9   does contain --

10            MR. GORDON:  Do you have an extra copy of

11   that?

12            MR. SCHWEIKERT:  I don't have this one.

13            MR. GORDON:  Check the --

14            MS. SPRADLIN:  This is Exhibit 155?

15            MR. SCHWEIKERT:  Yeah.  It's an e-mail

16   internal from Feld with some screenshots of Michael

17   Lindsay's Instagram.

18   BY MR. SCHWEIKERT:

19        Q.   And if you would take a look at the

20   screenshots of Michael Lindsay's social media posts.

21   Do you see those?

22        A.   I do.

23        Q.   Did you ever -- do you recall seeing this

24   particular post by Michael Lindsay?

25        A.   I do not recall seeing this.

1        Q.    Did you have any discussion with anyone at

2   Feld on Sunday or Monday about Brian?

3        A.    I don't remember back then.  I have a lot

4   of conversations with Feld.

5        Q.    If we look at the last page of the e-mail,

6   in about the middle of the text, it says,

7   "Considering it was just free practice, I wish there

8   was a red thrown, so the safety crew had the time to

9   move him under safer conditions." Do you see that?

10       A.    I do.

11       Q.    Would a red flag have given the medical

12   team more time to assess -- (Cell phone

13   interruption.)

14            THE DEPONENT:  That's my phone.

15   BY MR. SCHWEIKERT:

16       Q.    -- Brian's injuries before removing him

17   from the track?

18            MS. SPRADLIN:  Object to the form.

19            THE DEPONENT:  I'm sorry.  My phone was on

20   -- not on silent.  Can you repeat that.  Sorry.

21   BY MR. SCHWEIKERT:

22       Q.    Do you see how the post by Michael Lindsay

23   refers to how he wishes there was a red thrown, so

24   the safety crew had the time to move Brian under

25   safer conditions?

1          A.    I do see that.

2          Q.    In your experience, would throwing a red

3     flag have created a greater window of time for the

4     medical team to assess Brian's injuries before

5     removing him from the track?

6               MS. SPRADLIN:  Object to the form.

7               THE DEPONENT:  I -- well, I rely on the

8     medical team for that information.

9     BY MR. SCHWEIKERT:

10         Q.    So, you don't know, one way or another,

11    whether a red flag that would stop the activity on a

12    racetrack would give the medical team more time to

13    do their job?

14              MS. SPRADLIN:  Object to the form.

15              THE DEPONENT:  I think the medical team

16    needs to tell us if they need more time.

17    BY MR. SCHWEIKERT:

18         Q.    That wasn't my question.  In your

19    experience, would stopping the activity on a track

20    in response to a rider who had injuries, give the

21    medical team more time to do their job?

22              MS. SPRADLIN:  Object to the form.

23              THE DEPONENT:  I think every situation is

24    so different.  Not necessarily, no.

25    BY MR. SCHWEIKERT:

1        Q.    Why would it not give them more time?

2              MS. SPRADLIN:   Object to the form.

3              THE DEPONENT:   Because when the scene is

4   controlled, they can take their time and do what

5   they need to.

6   BY MR. SCHWEIKERT:

7        Q.    I've seen a number of videos of other red

8   flag instances.  Are you familiar with any other

9   instances where a red flag was thrown?

10             MS. SPRADLIN:   Object to the form.

11             THE DEPONENT:   Yeah.

12  BY MR. SCHWEIKERT:

13       Q.    Okay.  And does stopping the activity on

14  the track create some time for the medical team to

15  do their job without having motorcycles riding close

16  to them?

17             MS. SPRADLIN:   Object to form.

18             THE DEPONENT:   If they recommend that, we

19  -- we would do that.

20  BY MR. SCHWEIKERT:

21       Q.    Okay.  I'm going to show you document

22  previously marked as Exhibit 23, FMS, Inc. 654.  Do

23  you recognize Exhibit 23?

24       A.    It looks like a meeting invite from

25  Michael Muye.

```
 1        Q.    Is it a meeting invite from Michael Muye
 2   of Feld on February 18th, 2020, to you, Tom Carson,
 3   Dr. Bodnar, and Dave Prater of Feld?
 4        A.    Yes.
 5        Q.    And the subject of the meeting is Tampa
 6   Supercross.
 7        A.    Correct.
 8        Q.    Did you have a meeting with any of the
 9   individuals in this invite about Brian on February
10   18th?
11             MS. SPRADLIN:    Object to the form.
12             THE DEPONENT:    That, I don't remember.
13   BY MR. SCHWEIKERT:
14        Q.    Do you remember having any meeting where
15   Dr. Bodnar may have stated that his team believed
16   Brian just had a leg injury?
17             MS. SPRADLIN:    Object to the form.
18             THE DEPONENT:    I don't recall that.
19   BY MR. SCHWEIKERT:
20        Q.    Was it typical to have meetings within
21   three days of an event occurring to discuss that
22   event?
23             MS. SPRADLIN:    Object to form.
24             THE DEPONENT:    I -- I do have a lot of
25   meetings about events, yes.
```

1  BY MR. SCHWEIKERT:

2       Q.   **Within three days of the event?**

3       A.   I'd say sometimes within two, on Monday

4  mornings.

5       Q.   **And what is the purpose of those meetings?**

6            MS. SPRADLIN:  Object to the form.

7            THE DEPONENT:  It could vary from

8  anything.

9  BY MR. SCHWEIKERT:

10      Q.   **And the meetings that you're thinking of**

11 **that happen somewhat typically, do they include the**

12 **medical team?**

13      A.   I -- I'd have to go back to the meetings.

14 I'm not sure.

15      Q.   **Do you, typically, have meetings with Dr.**

16 **Bodnar after a Supercross event?**

17      A.   That's a possibility.

18      Q.   **Anything's possible, but is it typical in**

19 **your experience?**

20      A.   Typical, no.

21      Q.   **And you don't remember whether this**

22 **meeting happened or --**

23      A.   Receiving the invite, I think I could

24 assume that I was on this, but what we discussed, I

25 -- I don't remember.

1        Q.    February 18th, 2020, would have been

2    Tuesday after the event?

3        A.    I believe so.

4        Q.    By Tuesday, had you acquired more

5    information about Brian's accident or injury?

6        A.    I don't remember when I found out.

7        Q.    You don't remember when you found out that

8    a professional motocross rider had sustained a

9    spinal cord injury during a supercross event --

10            MS. SPRADLIN:   Object to the form. BY MR.

11   SCHWEIKERT:

12       Q.    -- is that correct?

13       A.    I don't remember because it was five years

14   ago.

15       Q.    Okay.  All right.  But you have recalled

16   other facts from that time period, right?

17       A.    I believe so.

18       Q.    You just don't remember anything

19   specifically about Brian's accident or injury; is

20   that fair?

21            MS. SPRADLIN:   Object to the form.

22            THE DEPONENT:   I don't remember when I had

23   found out his injury.  Correct.

24   BY MR. SCHWEIKERT:

25       Q.    Do you remember anything else about

1   Brian's accident?

2              MS. SPRADLIN:   Object to the form.

3              THE DEPONENT:   I meant, not specifically.

4   BY MR. SCHWEIKERT:

5        Q.   Generally?

6        A.   I don't know what you're asking, I guess.

7        Q.   I'm trying to ask questions, that I think

8   the fact finder might want to know answers to.  And

9   you've conveyed that you don't remember when you

10  learned out -- learned about Brian's injury, right?

11       A.   Right.

12       Q.   And I said, well, more generally, do you

13  recall acquiring more information about Brian's

14  accident, at any point?

15       A.   And I don't remember.

16       Q.   Did you ever seek out any information?

17       A.   As in, how?

18       Q.   Picking up the phone, sending an e-mail,

19  contacting his racing team, contacting someone at

20  Feld, contacting the medical team, any way at all.

21       A.   I just don't remember that from 2020.

22       Q.   Do you take any medication, sir, that

23  affects your ability to remember events involving a

24  rider being paralyzed?

25              MS. SPRADLIN:   Object to form.

```
 1              THE DEPONENT:  Do I personally take
 2   medication?
 3   BY MR. SCHWEIKERT:
 4        Q.   Yes.
 5        A.   I do not.
 6        Q.   Did you ever read any articles about the
 7   Tampa Supercross?
 8        A.   It's possible.
 9        Q.   Do you generally stay abreast of the
10   motocross news?
11        A.   I try to.
12        Q.   Do you subscribe to any motocross media
13   outlets?
14        A.   On social media.  I believe so.
15        Q.   Who on social media?
16        A.   Racer X online, for example.
17        Q.   Do you get e-mails from Racer X about
18   articles related to the supercross?
19        A.   I don't know if I do.
20        Q.   Do you ever get any e-mails about Brian
21   Moreau from Racer X?
22        A.   I don't believe so.
23        Q.   Do you know who Marvin Musquin is?
24        A.   I do.
25        Q.   Who's he?
```

1      A.    He's a formal professional supercross

2   racer.  Former.  Sorry.

3          Q.    Has he ever won the supercross?

4      A.    I don't know if he's won the championship.

5          Q.    Has he won something that you do remember?

6      A.    I believe he's won a few individual races.

7   I don't recall.  Which ones are somewhat of a guess.

8          Q.    Did you ever speak with Marvin Musquin

9   about Brian?

10     A.    I did not.

11         Q.    Why not?

12             MS. SPRADLIN:  Object to the form.

13             THE DEPONENT:  I can't answer that.  I

14  don't know why.

15  BY MR. SCHWEIKERT:

16         Q.    Have you ever been concerned about the

17  fact that a professional rider sustained a spinal

18  cord injury at a supercross event for which you were

19  the AMA supercross manager?

20             MS. SPRADLIN:  Object to the form.

21             THE DEPONENT:  I have concerns every time

22  an athlete gets injured.

23  BY MR. SCHWEIKERT:

24         Q.    What do you do about those concerns?

25             MS. SPRADLIN:  Object to the form.

1            THE DEPONENT:  You look at racetracks, do

2  things like that.

3  BY MR. SCHWEIKERT:

4        Q.    For what purpose?

5        A.    For example, that fall down report is a

6  great example.  We go through that report and see

7  what sections people fall and look at racetracks to

8  see if any -- anything can come of that for the

9  future.

10       Q.    Anything else that you typically do?

11       A.    Not off the top of my head.

12       Q.    Do you typically collaborate with other

13 individuals about ideas you may have to address

14 concerns in your mind about a particular issue?

15            MS. SPRADLIN:  Object to the form.

16            THE DEPONENT:  Not necessarily, no.

17 BY MR. SCHWEIKERT:

18       Q.    You just keep it to yourself?

19            MS. SPRADLIN:  Object to the form.

20            THE DEPONENT:  I'm not sure what you're

21 trying to get after, my thoughts.

22 BY MR. SCHWEIKERT:

23       Q.    Do you have an interest in seeing

24 supercross stick around as a professional sport for

25 years to come?

1        A.    Of course.

2        Q.    And we've talked about how it's a

3   dangerous sport, correct?

4        A.    It is.

5        Q.    Do you have an interest in trying to

6   improve the safety of the sport to minimize risks to

7   riders getting hurt?

8        A.    I think we do as much as we can to

9   mitigate risks, and we'll continue to do that, but

10  it's going to remain inherently dangerous.

11       Q.    Okay.  What -- what do you do?

12       A.    Just like I said, with the fall down

13  reports, mostly, looking at that, conversing with

14  all parties involved.

15       Q.    Who are all parties involved that you

16  would converse with?

17       A.    I would say, specifically, Feld.

18       Q.    And why, specifically, Feld?

19       A.    Because of our close working relationship,

20  and they're the organizer.

21       Q.    Did you ever have any communications with

22  Feld about trying to make the supercross safer after

23  Brian Moreau got injured?

24            MS. SPRADLIN:  Objection.

25            THE DEPONENT:  I don't remember,

1   specifically, about that Brian Moreau incident.

2          (WHEREUPON, Exhibit 18 was marked for

3   identification.)

4   BY MR. SCHWEIKERT:

5       Q.   I'm going to show you a document

6   previously marked as Exhibit 18.  And I will

7   represent that Exhibit 18 contained some screenshots

8   from Dr. Bodnar's cell phone.  Do you see the

9   screenshot in the upper left-hand corner?

10      A.   I do see a screenshot, yes.

11      Q.   Okay.  And on May 21st, 2020, a message

12  was sent saying, "Hey, Doc, my office is requesting

13  to see the injury report from Brian Moreau from

14  Tampa.  Can you send me what you have on that?" Do

15  you see that?

16      A.   I see that.

17      Q.   Did you send that message to Dr. Bodnar?

18      A.   I don't remember sending that message.

19      Q.   Do you know why you may have sent this

20  potential -- this particular message to Dr. Bodnar?

21      A.   The only thing I can say is my office was

22  talking to me about it.

23      Q.   And why were they talking to you about it?

24          MS. SPRADLIN:  Object to the form.

25          THE DEPONENT:  I'm not sure.

1  BY MR. SCHWEIKERT:

2       Q.   This was approximately three months after

3  the Tampa Supercross, right?

4       A.   It shows May 21st.

5       Q.   So, approximately three months after the

6  Tampa Supercross?

7       A.   Three or four.  Yeah.

8       Q.   Okay.  And it was three months after Brian

9  sustained spinal cord injury at the Tampa

10 Supercross, and your office was talking about it,

11 right?

12           MS. SPRADLIN:  Object to the form.

13           THE DEPONENT:  By the message in that

14 screenshot, yes.

15 BY MR. SCHWEIKERT:

16      Q.   Do you know if Dr. Bodnar sent you

17 anything?

18      A.   I do not know that.

19      Q.   And you don't know why you would have been

20 requesting that information or why your office was

21 talking about it, right?

22           MS. SPRADLIN:  Object to form.

23           THE DEPONENT:  Yeah.  I just don't

24 remember that.

25 BY MR. SCHWEIKERT:

1        Q.    Do you know who Roger De Coster is?

2        A.    I do.

3        Q.    Who's that?

4        A.    He is -- I don't know his exact title,

5   right now, but he's with KTM Motor Sports, one of

6   the head persons of the race team and a former world

7   champion.

8        Q.    Have you ever spoken to Roger De Coster

9   about Brian?

10       A.    I don't know if I spoke to him,

11  specifically.

12       Q.    Did you speak to him, generally?

13            MS. SPRADLIN:   Objection.

14            THE DEPONENT:   I don't know if I spoke to

15  him on this -

16

17  BY MR. SCHWEIKERT:

18       Q.    I'm sorry.

19       A.    I don't know if I spoke to him on the

20  circumstance.  I speak to Roger a lot.

21       Q.    And you don't recall if he ever raised any

22  concerns he had about Brian's removal from the

23  track?

24       A.    I don't know if he did or not.

25       Q.    Was there any pressure to get Brian off

1  the track as soon as possible to stay on schedule?

2              MS. SPRADLIN:  Object to the form.

3              THE DEPONENT:  You're asking me that?

4  BY MR. SCHWEIKERT:

5       Q.   Yeah.

6       A.   Say that again.  I'm sorry.

7       Q.   All right.  I'll show you what's been

8  marked as Exhibit 54, KTM 46 to 47.

9              MR. GORDON:  What -- what was the exhibit

10  number?

11             MR. SCHWEIKERT:  KTM 46.

12             MR. GORDON:  This is a new exhibit, or one

13  that's been previously marked?

14             MR. SCHWEIKERT:  It's 54.

15  BY MR. SCHWEIKERT:

16       Q.   I will represent this is an internal e-

17  mail chain at KTM.  Do you see in the middle of the

18  first page, there's an e-mail from Roger De Coster

19  on February 17th, 2020, to John Hinz and Ian

20  Harrison?

21       A.   I do.

22       Q.   And February 17th, 2020, was two days

23  after the event at which Brian got injured, right?

24       A.   Yeah.  That's correct.

25       Q.   Okay.  And if you look down towards the

1  last sentence of the first paragraph in Mr. De

2  Coster's e-mail, he writes, "There may have been

3  pressure to get Brian off the track, ASAP to stay on

4  schedule." Do you see that?

5       A.   I do.

6       Q.   Any idea why that Roger De Coster would

7  have that question about the incident?

8            MS. SPRADLIN:   Object to the form.

9            THE DEPONENT:   I can't speak to why he

10  would have said that.

11  BY MR. SCHWEIKERT:

12       Q.   Roger De Coster has been involved in the

13  supercross for decades, right?

14       A.   Yes.

15       Q.   He's a former racer, right?

16       A.   Yes.

17       Q.   One of the best?

18       A.   One of the best.

19       Q.   I think I saw his jersey out in the Hall

20  of Fame at here, right?

21       A.   You probably did.

22       Q.   And when his racing career ended, he

23  started working with KTM.

24       A.   I think he was a few companies before

25  that. I'm not sure exactly which ones.

1      Q.   Okay.   But as of February of 2020, he was

2   working with KTM, right?

3      A.   Correct.

4      Q.   Do you know if he was involved in

5   recruiting Brian to come to the United States to

6   compete in the supercross?

7           MS. SPRADLIN:   Object to the form.

8           THE DEPONENT:   That, I do not know.

9   BY MR. SCHWEIKERT:

10     Q.   Okay.   Given Roger De Coster's extensive

11  experience with the supercross, do you have any idea

12  why he would have written, two days after Brian's

13  accident, that there may have been pressure to get

14  Brian off the track, ASAP, to stay on schedule?

15          MS. SPRADLIN:   Object to the form.

16          THE DEPONENT:   I do not know why he would

17  say that.

18  BY MR. SCHWEIKERT:

19     Q.   Have you ever experienced any pressure to

20  stay on schedule?

21          MS. SPRADLIN:   Object to the form.

22          THE DEPONENT:   I have not.

23  BY MR. SCHWEIKERT:

24     Q.   What about anyone working under you in

25  your role as AMA supercross manager?

1              MS. SPRADLIN:   Object to the form.

2              THE DEPONENT:   Is there -- I didn't know

3    the question there.   About -

4    BY MR. SCHWEIKERT:

5        Q.    I believe you said you have never had that

6    sort of pressure, right?

7        A.    Correct.

8        Q.    Anyone -- has anyone under you as the AMA

9    supercross manager ever had that kind of pressure,

10   as far as you know?

11             MS. SPRADLIN:   Object to the form.

12             THE DEPONENT:   I don't believe so.

13   BY MR. SCHWEIKERT:

14       Q.    So, you don't believe there's any basis

15   for Roger De Coster to question two days after the

16   incident, whether there had been some pressure to

17   get Brian off the track as soon as possible to stay

18   on schedule?

19             MS. SPRADLIN:   Object to form.

20             THE DEPONENT:   I'm not sure why he wrote

21   that. You'd have to ask him.

22   BY MR. SCHWEIKERT:

23       Q.    Do you know John Hinz?

24       A.    I do.

25       Q.    Who's he?

1        A.    I believe his official title of CEO of

2   KTM, North America.

3        Q.    Did you ever speak with Mr. Hinz about

4   Brian?

5        A.    I don't recall.

6        Q.    Were you involved in updating the rulebook

7   after the 2020 season?

8        A.    I believe I would have been, yes.

9        Q.    Oh, you remember that?

10       A.    Yes.  Yes.

11       Q.    Yeah.  Okay.  I will show you -- well,

12   what do you remember about that?

13       A.    Updating the rulebook?

14       Q.    Yeah.

15       A.    Every year, I go through and update the

16   rulebook, and then we publish it.

17       Q.    Do you do that on your own or in

18   collaboration with others?

19       A.    I do that in collaboration with others.

20       Q.    Who do you collaborate with?

21       A.    I speak with Feld about the rulebook.  I

22   speak with the teams about the rulebook.  If riders

23   bring up things to our attention, I'll discuss that

24   as well.

25       Q.    Do you recall if anyone had any

1  suggestions for updating the rulebook to address

2  anything related to Brian Moreau?

3              MS. SPRADLIN:  Object to the form.

4              THE DEPONENT:  I don't recall that.

5              MR. SCHWEIKERT:  All right.  This will be

6  Exhibit 193.

7              (WHEREUPON, Exhibit 193 was marked for

8  identification.)

9              THE REPORTER:  Exhibit 193 has been

10  marked.

11  BY MR. SCHWEIKERT:

12      Q.   FMS, Inc. 1054 to 1058.  Just take a

13  minute, review it, let me know if you have seen it

14  before.

15      A.   Yes.  Looks familiar.

16      Q.   What is Exhibit 193?

17      A.   It looks like an e-mail I had sent to Mike

18  Muye and Dave Prater of Feld, letting them know

19  about the competition bulletin, about '21 -- 2021

20  Supercross Rulebook updates.

21      Q.   And you sent this e-mail on November 3rd,

22  2020?

23      A.   That's what it says, yes.

24      Q.   When did the supercross season end, around

25  that time?

1        A.    From the 2020 season, you mean?

2        Q.    Yeah.

3        A.    It ended in May, I believe.

4        Q.    So, this would have been something done in
5    the post season?

6        A.    That's correct.

7        Q.    All right.  And if we go to the body of
8    your e-mail, do you see the number three?

9        A.    Yes.

10        Q.    And could you read that section into the
11    record for me, please.

12        A.    "Removing the rule which does not allow
13    riders competing on a start permission to be
14    eligible for a national number.  The intent behind
15    this is to welcome riders to compete on a start
16    permission so they can utilize the FIM insurance.
17    Some riders were not doing this simply because they
18    wanted to earn a national number.  Personally, I
19    would rather see a rider utilize very good insurance
20    coverage, than not, simply because he wants to earn
21    a yearly racing number.  This will hopefully
22    minimize the situations we ran into, like Brian
23    Moreau issue, this season in Tampa."

24        Q.    All right.  Thank you.  What did you mean
25    when you wrote, "This will hopefully minimize the

1  situations we ran into, like the Brian Moreau issue,

2  this season in Tampa"?

3       A.    The only thing I could think of for that

4  was this rule change.  These riders really want a

5  yearly racing number.  And if they were on an FIM

6  license, they were not eligible for a yearly number.

7  So, they were not taking out an FIM license for

8  that.

9       Q.    Can you explain that to me, please.

10      A.    Yes.  So, an FIM license carries insurance

11 with it.  With anyone that was on an FIM license and

12 wasn't with us full-time, would not be eligible for

13 a career number, if you will, at the end of the

14 season.

15      Q.    What is the benefit of having a career

16 number?

17      A.    It means a lot to the riders.

18      Q.    And what does that have to do with Brian

19 Moreau?

20      A.    I don't know what I meant at the time by

21 writing that, but it sounds like he was not an FIM

22 license.  I cannot attest to that, exactly.

23      Q.    Are your numbered items in the body of

24 your e-mail corresponding to section numbers in the

25 competition bulletin that's attached?

1        A.    I would say not necessarily, no.

2        Q.    No?

3        A.    The section numbers would be the section

4    of the rulebook.

5        Q.    Okay.   And who has the ultimate decision-

6    making authority about changing the rulebook?

7              MS. SPRADLIN:   Object to the form.

8              THE DEPONENT:   The AMA does.

9    BY MR. SCHWEIKERT:

10       Q.    Do those changes have to be approved by

11   Feld?

12             MS. SPRADLIN:   Object to form.

13             THE DEPONENT:   We collaborate with them.

14   BY MR. SCHWEIKERT:

15       Q.    Have -- has the AMA, as far as you know,

16   ever made changes over the objection of Feld?

17       A.    Not that I'm aware of.

18       Q.    Has the AMA, as far as you're aware, ever

19   changed anything in the rulebook without first

20   informing Feld?

21       A.    No.   And I can't speak to the history,

22   just since I've been here.

23       Q.    Did you participate in any end-of-year

24   supercross meeting with the FIM?

25       A.    I believe, typically, right after the

1  season, we would have a -- a debriefing with the

2  FIM.

3        Q.    Do you remember if you had such a meeting

4  and -- stricken.

5              Do you remember if you had such a meeting

6  and addressed anything related to Brian Moreau?

7        A.    I don't remember if we had such a meeting,

8  but that would be our typical procedure.  So, my

9  assumption is we did have it.  To Brian Moreau, I do

10 not know.

11       Q.    All right.  I'm going to show you a

12 document previously marked Exhibit 92, FMS, Inc.,

13 1038, 1044.

14             MR. SCHWEIKERT:  I've only got one extra,

15 sorry.

16             MS. SPRADLIN:  It's fine.  I've got it

17 over here.

18             MR. GORDON:  I missed 192.  What is 192?

19 Did we skip one?

20             THE REPORTER:  We skipped it.

21             MR. GORDON:  We skipped.  Well, it's not

22 on me.

23             MR. SCHWEIKERT:  I did?

24             MR. GORDON:  I'm not missing anything.

25             MS. SPRADLIN:  Rats.

```
 1              MR. SCHWEIKERT:  I'll find something to
 2   mark.
 3              MS. SPRADLIN:  Oh, good.
 4   BY MR. SCHWEIKERT:
 5       Q.   Do you recognize the document marked as
 6   Exhibit 92?
 7       A.   It looks like an e-mail sent from Dirk De
 8   Neve, also with meeting minutes.
 9       Q.   Is this an e-mail from July of 2020
10   regarding the supercross meeting report?
11       A.   It does look that way, yes.
12       Q.   And attached to the e-mail are the minutes
13   of that Zoom meeting on June 30th, 2020?
14       A.   It appear -- appears to be that way, yes.
15       Q.   Did you participate in that meeting?
16       A.   I believe I did.
17       Q.   If we look at Page 2 of the minutes, at
18   the top, there's a list of people in attendance.  Do
19   you see that?
20       A.   I do.
21       Q.   And it says Michael Pelletier, Supercross
22   Series manager.  Do you see that?
23       A.   I do.
24       Q.   Do you -- does that refresh your
25   recollection as to whether you attended?
```

1        A.    Not my recollection, but I guess I did.

2        Q.    And what was the general purpose of having

3    a meeting like this after a supercross season?

4        A.    The FIM would like to do this every year

5    and go through different events.  Maybe they had

6    questions during the season, they could bring up.

7    We could work on things, you know, that we -- we had

8    brought up to them, vice versa kind of thing.

9        Q.    And was there any discussion of Brian

10   Moreau during that meeting?

11       A.    I do not remember.

12       Q.    Well, let's go to Page 4 of the minutes.

13   There's Section 2.11.  Do you see that?

14       A.    I do.

15       Q.    And it reads, "After the Brian Moreau

16   incident, his team decided not to use any helmet

17   cameras anymore." Do you see that?

18       A.    I do.

19       Q.    Do you recall having a discussion about

20   the Brian Moreau incident during this meeting on

21   June 30th?

22       A.    I don't.  No.

23       Q.    Do you recall discussing the use of GoPro

24   cameras?

25       A.    No.

1        Q.    Have you ever had any discussion about the

2   use of GoPro cameras by supercross riders?

3        A.    Yes.

4        Q.    Tell me about that.

5        A.    Are you talking about the use of the

6   helmet camera on the helmet, or in general?

7        Q.    I will take whatever you can remember,

8   sir.

9        A.    The helmet cameras, we were talking about,

10  and as this minute says, his team decided not to use

11  it for the remainder of the season.  So, I do

12  remember that.

13       Q.    What do you remember about that?

14       A.    All I remember is whoever was under, I

15  believe, the KTM, North American Group, but I don't

16  remember which riders.  That team or that group

17  wouldn't allow helmet cameras to be mounted on

18  helmets.

19       Q.    Do you know why?

20       A.    I don't.

21       Q.    Did the rulebook -- strike that.

22             Are supercross riders permitted to wear

23  helmet cameras during events today?

24       A.    They're not.

25       Q.    Is it prohibited?

 1        A.    It is.

 2        Q.    By the rulebook?

 3        A.    Correct.

 4        Q.    Do you know when that change was made?

 5        A.    I believe 2022.

 6        Q.    Were you involved in that change?

 7        A.    I was.

 8        Q.    Do you recall the genesis of the decision

 9   to prohibit riders from wearing GoPro cameras?

10        A.    I do recall they had a footage.  The

11   footage the riders were posting on social media, and

12   then, I believe the championship promoter had some

13   requirements that I wasn't familiar with exactly on

14   that.  So, that was part of it.  And then any helmet

15   attachment, not just cameras, is no longer allowed

16   on helmets.

17        Q.    What other things would riders attach to

18   their helmets?

19        A.    They could put, say mohawks, or they could

20   put things on their helmet, or other racing series,

21   you can put flashlights on there because it's night

22   racing, transponders, things like that.

23        Q.    Do you recall having any discussions with

24   anyone about Brian Moreau at any time before this

25   supercross meeting on June 30th, 2020?

```
1         A.    I don't recall.

2         Q.    Do you know if anyone within the AMA had

3   any discussions about Brian Moreau at any time

4   before this supercross meeting in June of 2020?

5               MS. SPRADLIN:   Objection.

6               THE DEPONENT:   That I'm not -- that, I'm

7   not sure.

8   BY MR. SCHWEIKERT:

9         Q.    But you are appearing today as the

10  representative of the AMA?

11              MS. SPRADLIN:   Object to the form.

12              THE DEPONENT:   The corporate

13  representative, yes.

14  BY MR. SCHWEIKERT:

15        Q.    Are you the individual who is most

16  familiar with the supercross event in Tampa in 2020?

17        A.    Yes.

18              MS. SPRADLIN:   Object to the form. BY MR.

19  SCHWEIKERT:

20        Q.    Is there anyone that would be more

21  familiar with it than you?

22        A.    Not that I'm aware.

23        Q.    Is there any resource that you're aware of

24  that you could review to help jog your memory about

25  conversations or information you acquired about
```

1  Brian Moreau after his accident?

2        A.    Resources?  What do you mean by resources?

3        Q.    Do you have anything that would refresh

4  your recollection?

5        A.    Not that I'm aware of.

6        Q.    Text messages?

7        A.    No.

8        Q.    E-mails, personal diary?

9        A.    No.

10       Q.    Have you ever been involved in any

11  discussions regarding event protocols for the

12  supercross with Feld and Dr. Bodnar?

13       A.    I do not know that.

14       Q.    Not that you can recall?

15       A.    Not that I can recall.  There's always a

16  possibility.

17       Q.    Do you think it is important to get on the

18  same page with the promoter and the medical team in

19  terms of protocols that will be applied during the

20  events?

21             MS. SPRADLIN:  Object to the form.

22             THE DEPONENT:  I think we all work closely

23  together, yes.

24  BY MR. SCHWEIKERT:

25       Q.    And how do you do that?

1        A.    With communication.

2        Q.    **What type of communication?**

3        A.    That could vary.  It could be in person

4   meetings, when we went through COVID in 2020.  It

5   could be Zoom.  It could be on-site at the events.

6   It could be e-mails.

7              (WHEREUPON, Exhibit 161 was marked for

8   identification.)

9   BY MR. SCHWEIKERT:

10       Q.    **All right.  I'll show you what's been**

11  **marked Exhibit 161, Bates labeled FMS, Inc. 962.**

12             MR. GORDON:  161, it was, Mark?

13             MR. SCHWEIKERT:  Yes.

14  BY MR. SCHWEIKERT:

15       Q.    **Do you recognize Exhibit 161, sir?**

16       A.    It looks like a meeting invite again on

17  Microsoft Teams in 2021.

18       Q.    **And the subject is Feld/AMA/Astars Event**

19  **Protocols Review/Discussion, right?**

20       A.    Correct.

21       Q.    **The subject of this meeting was to review**

22  **and discuss event protocols with Feld, the**

23  **Alpinestars Medical team and the AMA, right?**

24       A.    Appears that way, yes.

25       Q.    **And this was in March of 2021?**

1        A.    Correct.

2        Q.    **What was the purpose of this meeting?**

3        A.    I couldn't tell you.

4        Q.    **Do you remember it?**

5        A.    I don't remember it.  Being in 2021 and

6    event protocols, that -- I don't know, specifically,

7    what that would be.

8        Q.    **Do you know what protocols are?**

9        A.    What do you mean by that?

10       Q.    **Do you know what a protocol is?**

11       A.    I'm not exactly sure what you're asking.

12   Like, guidelines and requirements, rules,

13   procedures?

14       Q.    **Have you discussed guidelines, rules,**

15   **procedures related to supercross events with Feld**

16   **and the Alpinestars Medical team before?**

17       A.    Based on this in front of me, it looks

18   like we have.

19       Q.    **Do you think that this meeting in March of**

20   **2021 was the first time the group of you had met to**

21   **discuss event protocols?**

22            MS. SPRADLIN:  Object to form.

23            THE DEPONENT:  That, I can't say.

24   BY MR. SCHWEIKERT:

25       Q.    **Do you think you had met before to discuss**

```
 1   event protocols?

 2        A.    I'm sure over time with Feld, we have.

 3        Q.    What about with the Alpinestars Medical

 4   team?

 5        A.    Possibly.

 6        Q.    Do you think that would be a good practice

 7   to meet with the medical team that's providing care

 8   to riders injured on a racetrack that the AMA is

 9   controlling?

10            MS. SPRADLIN:   Object to the form.

11            THE DEPONENT:   I believe it's always good

12   to continue to work together.

13   BY MR. SCHWEIKERT:

14        Q.    But you don't have any specific

15   recollection of meeting with the medical team to

16   review protocols?

17        A.    I really don't.

18        Q.    Who's Bill -- who is William Heras, do you

19   know?

20        A.    He's an employee for Feld.  His exact

21   title, I'm not sure of.

22        Q.    Do you recall that Medical Emergency

23   Action Plan we talked about a little bit earlier?

24        A.    Yes, sir.

25        Q.    Have you seen any other written protocols,
```

 1  similar to that, at any time since the Brian Moreau
 2  incident?

 3      A.    I want to say, like you asked me before, I
 4  think there was a disaster relief form that I've
 5  reviewed.

 6      Q.    What would a disaster relief form have to
 7  do with the AMA and the Alpinestars Medical team at
 8  a supercross event?

 9      A.    I believe it was a protocol, from my
10  recollection, of maybe a mass incident, earthquake
11  or an active shooter or something like that, I think
12  I've seen.

13      Q.    So, you've seen a protocol about mass
14  events such as an earthquake, or an active shooter,
15  but you haven't seen, that you can remember, any
16  written protocol about how to respond to a rider
17  injured on a racetrack during a supercross event?

18          MS. SPRADLIN:   Object to the form.

19          THE DEPONENT:   That one you showed me
20  before, I did say I believe I've seen that before.

21  BY MR. SCHWEIKERT:

22      Q.    Do you recall when you saw it before?

23      A.    No.

24      Q.    Did you ever go over it with anyone at
25  Feld or on the medical team or on your official

1    crew?

2        A.    I can't attest to that, no. I don't

3    remember when I've seen it.

4        **Q.    If you could just pull it up real quick.**

5        A.    I didn't have that.  That was --

6              MS. SPRADLIN:  Give me just a second.

7              MR. SCHWEIKERT:  Oh, sorry, Caroline.

8              MS. SPRADLIN:  Sorry.  What was the

9    exhibit number on that?

10             MR. SCHWEIKERT:  11.

11             MS. SPRADLIN:  One second.  I got to pull

12   it back up.  Okay.

13   BY MR. SCHWEIKERT:

14       **Q.    Do you see in the first paragraph, the**

15   **second sentence beginning, "Our action plan"?**

16             MS. SPRADLIN:  You want first page?

17             MR. SCHWEIKERT:  Yes.  Top of the page.

18             THE DEPONENT:  Where -- our action plan?

19             MS. SPRADLIN:  I'm sorry, what?

20             MR. SCHWEIKERT:  Second sentence.

21             MS. SPRADLIN:  Oh, second sentence.  I'm

22   sorry.

23             THE DEPONENT:  No.  Sorry.  Same.

24             MS. SPRADLIN:  I thought you said second

25   paragraph.

```
 1              THE DEPONENT:  Okay.  Yes.
 2  BY MR. SCHWEIKERT:
 3      Q.   All right.  And I'm going to read it into
 4  the record.  "Our action plan is multi-dimensional
 5  and intended to reduce confusion regarding authority
 6  and responsibility, prevent fatalities, reduce
 7  injuries, protect the racing community, and
 8  accelerate the resumption of normal operations at
 9  the event." Do you see that?
10      A.   I do.
11      Q.   Do you have any idea, based on your
12  experience, why the Alpinestars Medical Emergency
13  Action Plan would be intended, in part, to
14  accelerate the resumption of normal operations at
15  the event?
16              MS. SPRADLIN:  Object to the form.
17              THE DEPONENT:  I am not sure.
18  BY MR. SCHWEIKERT:
19      Q.   I'm sorry.
20      A.   I'm not sure.
21      Q.   As the AMA supercross manager and
22  presently the racing director, do you believe that
23  medics providing care to professional athletes at
24  supercross events should be doing so in accelerated
25  fashion to resume normal operations at the event?
```

```
 1              MS. SPRADLIN:  Object to the form.
 2              THE DEPONENT:  I leave it up to the
 3    medical professionals.
 4    BY MR. SCHWEIKERT:
 5         Q.   Would it concern you if the medical team
 6    was rushing for any reason?
 7              MS. SPRADLIN:  Object to the form.
 8              THE DEPONENT:  Again, that is their
 9    wheelhouse.
10    BY MR. SCHWEIKERT:
11         Q.   But it is an event that you, being the
12    AMA, were sanctioning, right?
13         A.   Correct.
14         Q.   And it would not concern you that the
15    medical team was rushing?
16              MS. SPRADLIN:  Object to the form.
17              THE DEPONENT:  I can't speak to how they
18    do their jobs.  I'm not a doctor.
19    BY MR. SCHWEIKERT:
20         Q.   But you are a human being, sir, right?
21         A.   I am.
22         Q.   You've been a rider before, right?
23         A.   Yeah.
24         Q.   And if you were injured on a racetrack,
25    would you want a medical professional to take their
```

1   time in rendering care?

2          MS. SPRADLIN:  Object to the form.

3          THE DEPONENT:  I have the full trust that

4   they're doing their job, the way they should be.

5   BY MR. SCHWEIKERT:

6       Q.   That wasn't my question.

7       A.   You asked me, as a rider, as well.

8       Q.   Would you want medical care to be rendered

9   to you in a careful manner?

10         MS. SPRADLIN:  Object to the form.

11         THE DEPONENT:  Of course.

12   BY MR. SCHWEIKERT:

13      Q.   All right.  Let's -- let me ask you this:

14   You haven't seen slow motion videos, have you?

15      A.   I don't recall if it was slow motion.

16   I've seen videos.

17      Q.   All right.  I'm going to show you -- this

18   is Exhibit 64.  My computer is loading.  FMS, Inc.

19   1147.

20         MS. SPRADLIN:  Do we need to take a quick

21   break wile you get that loaded, or is it going?

22         MR. SCHWEIKERT:  We can take a quick break

23   if you want.

24         MS. SPRADLIN:  I'm just -- if it was

25   slowing down or anything, I just didn't know if we

1  needed to go off the record.

2          MR. SCHWEIKERT:  No, I've got it.

3          MS. SPRADLIN:  Okay.

4  BY MR. SCHWEIKERT:

5      Q.  You good to go?

6      A.  Sure.

7      Q.  All right.  I'm going to show you video on

8  my screen.  It's currently paused at the eight-

9  second mark.  Does this look familiar to you at all?

10     A.  It does.

11     Q.  I want to push play.  Do you see how the

12 riders are moving somewhat in slow motion?

13     A.  Correct.  Yes.

14     Q.  That's why I was referring to slow motion

15 video.  Have you seen this video before?

16     A.  I reviewed videos with counsel.

17     Q.  This one?

18     A.  I am not sure if this one exactly.

19          MS. SPRADLIN:  I'll represent that we have

20 viewed that video with Mr. Pelletier.

21          MR. SCHWEIKERT:  Okay.  That's not the one

22 I wanted.  Sorry.  I want to -- I'm going to show

23 you a video exhibit -- what was the one I just had?

24 All right.  If I had previously referred to Exhibit

25 62, I was misspeaking.

```
 1              MS. SPRADLIN:  You said Exhibit 64.

 2              MR. SCHWEIKERT:  Okay.

 3              MS. SPRADLIN:  Is that the one you were

 4   going for?

 5              (WHEREUPON, Exhibit 62 was marked for

 6   identification.)

 7   BY MR. SCHWEIKERT:

 8        Q.   That was -- no.  That was incorrect.  I am

 9   going to show you a video marked as Exhibit 62, FMS,

10   Inc. 1148.  I currently have it paused at the 14-

11   second mark.  Do you see where my cursor is?

12        A.   I do.

13        Q.   Okay.  That, I will represent to you, is

14   Brian Moreau, and I'm going to push play.  All

15   right.  Okay. Did you ever see this video, at any

16   point before you reviewed it with your lawyer?

17        A.   I don't believe so.  No.

18        Q.   Were you aware that there was -- strike

19   that.

20              Were you aware that there were cameras

21   that were recording the free practices that day?

22        A.   I was unaware.

23        Q.   Were you aware as to whether there was

24   video being shown on the jumbotron of the racetrack

25   during the practices?
```

1          A.    Specifically for Tampa, I'm not aware.

2          Q.    In your experience, is footage of the

3    practices typically displayed in real time on the

4    jumbotron inside the stadium?

5          A.    I believe I've seen it before.   Yes.

6          Q.    And I'm going to push play.   26-second

7    mark.   And do you see Brian being removed from the

8    track?

9          A.    I do.

10         Q.    Okay.   Is he walking off on his own.

11         A.    It does not look that way.

12         Q.    Is he walking off with assistance?

13         A.    He's getting assistance, yes.

14         Q.    What type of assistance?

15         A.    By two medical professionals, it looks

16   like.

17         Q.    And what do you see them doing that you

18   consider to be assistance?

19         A.    I see him -- them holding him.

20         Q.    Where are they holding him?

21         A.    It looks just under the arms.   I can't

22   quite see the other medic.

23         Q.    And we had talked earlier about the

24   response codes.   Do you remember that?

25         A.    I do.

```
 1        Q.    And I believe you identified some codes
 2   that were medical.  Do you recall that?
 3        A.    I do.
 4        Q.    And that included when a rider wasn't able
 5   to get off the track on their own, right?
 6        A.    That could be one of them, yes.
 7        Q.    If you had seen this happening in real
 8   time, would you expect a particular code to have
 9   been called?
10             MS. SPRADLIN:  Object to the form.
11             THE DEPONENT:  The codes are typically
12   called when the rider initially goes down.  The code
13   would not be called at this point.
14   BY MR. SCHWEIKERT:
15        Q.    You've never been involved in any
16   situation where a code was initially used, but then,
17   later changed for some reason?
18        A.    That's a possibility, but again, it's
19   almost instantaneous of the crash.
20        Q.    Okay.  And if a rider is not able to walk
21   off on their own or with the assistance of the
22   medical team, what code, in your experience, should
23   be used?
24             MS. SPRADLIN:  Object to the form.
25             THE DEPONENT:  That could be a Code 2 or
```

1   3, depends on the scenario.

2   BY MR. SCHWEIKERT:

3        Q.   And Code 3 is the worst?

4             MS. SPRADLIN:   Object to form.

5             THE DEPONENT:   The highest severity, yes.

6   BY MR. SCHWEIKERT:

7        Q.   Highest severity.   Okay.   Do you typically

8   recommend that a red flag be thrown when you hear a

9   Code 3?

10       A.   From -- medical would do that.

11       Q.   Why?

12       A.   Medical would recommend to the race

13  director for a red flag.

14       Q.   Why?

15            MS. SPRADLIN:   Object to form.

16            THE DEPONENT:   They're the ones assessing

17  the situation.

18  BY MR. SCHWEIKERT:

19       Q.   And why would they want a red flag, in

20  your experience?

21            MS. SPRADLIN:   Object to form.

22            THE DEPONENT:   That could vary from

23  circumstance to circumstance.

24  BY MR. SCHWEIKERT:

25       Q.   So, they could attend to a rider without

1  the distraction of other riders circulating the
2  track?
3            MS. SPRADLIN:  Object to form.
4            THE DEPONENT:  That's, again, up to them.
5  BY MR. SCHWEIKERT:
6       Q.   Well, if you guys communicated with each
7  other, maybe you could be on the same page.  You
8  don't have we need idea why they asked for a red
9  flag?
10            MS. SPRADLIN:  Object to the form.
11            THE DEPONENT:  We do communicate with
12  them. BY MR. SCHWEIKERT:
13       Q.   Okay.  Do you know why they would request
14  a red flag versus not asking for one.
15            MS. SPRADLIN:  Object to the form.
16            THE DEPONENT:  It depends on the
17  circumstance.
18  Again, every situation is very different.
19  BY MR. SCHWEIKERT:
20       Q.   What are circumstances that you've been
21  involved in where a red flag was requested by the
22  medical team?
23            MS. SPRADLIN:  Object to to form.
24            THE DEPONENT:  I would say if a rider is
25  unconscious, because they cannot talk to the rider

1  and get a good diagnosis of what's going on.  It's a

2  potential for a recommendation.

3  BY MR. SCHWEIKERT:

4       Q.   That's a potential for recommendation?

5       A.   Uh-huh.  It's still in their hands to

6  recommend that to us.

7       Q.   And what about if the race director

8  witnessed with their own eyes, two riders, colliding

9  in mid air, falling limpless to the ground.  Would

10  you still want your race director to wait for

11  medical to recommend a red flag?

12            MS. SPRADLIN:  Object to the form.

13            THE DEPONENT:  I think he would assess

14  that situation to see what the riders do.  And by

15  that time, medical potentially could be in there.

16  BY MR. SCHWEIKERT:

17       Q.   If there was space on the track for them

18  to go out to those riders, right?

19       A.   Correct.

20            MS. SPRADLIN:  Object to form.

21  BY MR. SCHWEIKERT:

22       Q.   Are you aware that in some instances, the

23  medical team has to wait for a clearing in the

24  traffic before they can enter the track?

25       A.   Yes.

1        Q.    And do you recall seeing in the video that

2   one of the medics approached the side of the track

3   while Brian was laying on the ground, and had to

4   wait a little bit for some bikes to go by, right?

5        A.    Yes.  Not in this video.

6        Q.    Not in this video.  But you have seen a

7   video like that?

8        A.    With counsel.  Yes.

9        Q.    Okay.  So, aside from a rider being

10  unconscious, in which case, you would wait for

11  medics to request a red flag?

12             MS. SPRADLIN:  Object to form.

13  Mischaracterizes his testimony.

14  BY MR. SCHWEIKERT:

15       Q.    What circumstances are you aware of where

16  you would expect the race director to throw a red

17  flag every single time?

18             MS. SPRADLIN:  Object to the form.

19             THE DEPONENT:  Every single time?  I would

20  say if medical, if there's different lanes going on

21  that racetrack and medical just cannot get to a

22  rider, he would call a red flag in his discretion.

23  BY MR. SCHWEIKERT:

24       Q.    What does that mean?

25       A.    Some of our track layouts, they're

1  different every single week.  So, there's some lanes
2  or there's bikes going different directions on the
3  other lanes.  And if a medical personnel can't cross
4  those lanes due to traffic, we would stop that race.
5      Q.   Without having the medical team ask for
6  you to stop the race?
7      A.   Correct.
8      Q.   Okay.  Let's go back to -- well, can you
9  think of any other examples?
10     A.   Gate malfunction, again.  I keep going
11  back to that.  Operational issues.
12     Q.   Anything else?
13     A.   Not off the top of my head.
14     Q.   All right.  I'm going to push play around
15  the 35-second mark.  In your experience, what would
16  you expect any of the AMA officials in the area to
17  be doing, at this point, where Brian is almost off
18  the track?
19          MS. SPRADLIN:  Object to the form.  For
20  the record, there are not AMA officials shown on the
21  screen, to the extent you're talking about the
22  specific area on the video.
23          THE DEPONENT:  I still answer?
24          MS. SPRADLIN:  You can answer to the
25  extent that you can answer.  Yes.

1           THE DEPONENT:  I would expect them to be
2   waving the flags.
3   BY MR. SCHWEIKERT:
4       Q.   Would you expect there to be communication
5   with the medical team about what is going on and
6   whether the track needs to be shut down?
7       A.   The medical team could relay that to the
8   race director.
9       Q.   I believe --
10          MS. NDUKA:  Form for the last one.
11          THE DEPONENT:  I believe it was Dr.
12  Kennedye who talked about having someone in his ear
13  asking if they needed to shut down the track.  Is
14  that something that, in your experience, has
15  happened before in cases where riders crashed?
16          MS. SPRADLIN:  Object to the form.
17          THE DEPONENT:  How the race doctor can
18  communicate with the medics right there.  So, it's
19  possible they conversed about that.
20  BY MR. SCHWEIKERT:
21      Q.   And would you expect the race director to
22  be communicating with the medics to ensure that they
23  were getting the support they needed from the AMA?
24          MS. SPRADLIN:  Object to the form.
25          THE DEPONENT:  I think the race director

1  would communicate.  In this scenario, they would

2  rely on them to tell us what's going on so they can

3  assess the rider.

4  BY MR. SCHWEIKERT:

5       Q.   And would you be concerned if the race

6  director heard nobody say anything after Brian had

7  crashed?

8            MS. SPRADLIN:  Object to the form.

9            THE DEPONENT:  No.  That actually happens

10  a lot.

11  BY MR. SCHWEIKERT:

12       Q.   Explain to me that.

13       A.   When the medics are doing their job, if we

14  don't hear from them, we know it's under control, in

15  our opinion from them, as they work the rider off

16  the racetrack.

17       Q.   You -- okay.  So, there's not any sort of

18  checking in by the race director with the medical

19  team on the ground when there's a crash?

20            MS. SPRADLIN:  Object to the form.

21            THE DEPONENT:  We rely on them to tell us.

22  BY MR. SCHWEIKERT:

23       Q.   And if they don't say anything, you just

24  assume everything is normal.

25       A.   We continue operation.

1        Q.    Do you know if the radios were functioning
2    that day?

3        A.    I believe they were.

4        Q.    Do you test them?

5        A.    Yeah.

6            MS. SPRADLIN:  Object to the form on that.

7    BY MR. SCHWEIKERT:

8        Q.    I think you were telling me earlier that
9    you thought the response from the AMA was textbook.
10   Do you recall that?

11       A.    I do.

12       Q.    And you were referring to these people
13   directing traffic, correct?

14       A.    It looks like I only have one AMA official
15   in that section.

16       Q.    Is that this gentleman?

17       A.    I believe so.

18       Q.    Is that Jarry Newby?

19       A.    I believe so.

20       Q.    Okay.  And then this person, you believe
21   is a Feld?

22       A.    That's correct.

23       Q.    And what is it about them that tells you
24   Feld? Is it the shirts they're wearing?

25       A.    It could be the shirts, those glowing

```
 1  gloves. That's typically what the Feld runners would

 2  wear.

 3      Q.   Okay.  And this gentleman here, standing

 4  in front of a tough block, would he be AMA or Feld?

 5      A.   He's also a Feld runner with those gloves

 6  on.

 7      Q.   Okay.  And this person down here with a

 8  yellow flag?

 9      A.   That would be a Feld flagger.

10      Q.   And none of these Feld people were in

11  radio contact with anyone from the AMA who had the

12  ability to shut down the track?

13          MS. SPRADLIN:  Object to form.

14          MR. GORDON:  Object to form.

15          THE DEPONENT:  They were in communication

16  with the race command.  So, Harv Whipple or Phil

17  Penn.

18  BY MR. SCHWEIKERT:

19      Q.   And race command would have a line to the

20  race director?

21      A.   They do.

22      Q.   Now, you understand, as you sit here today

23  that Brian had sustained a spinal cord injury at the

24  Tampa Supercross, right?

25      A.   Correct.
```

1         Q.    Knowing that, and with the benefit of

2    hindsight, do you still believe that the response by

3    the race director was appropriate under those

4    circumstances?

5              MS. SPRADLIN:   Object to the form.

6              THE DEPONENT:   Sitting here today, from an

7    operational standpoint, I do.

8    BY MR. SCHWEIKERT:

9         Q.    You wouldn't change anything, even if you

10   had the chance.

11             MS. SPRADLIN:   Object to the form.

12             THE DEPONENT:   Again, operationally from

13   our side, no.

14   BY MR. SCHWEIKERT:

15        Q.    And that's despite knowing that this young

16   rider had sustained a spinal cord injury?

17             MS. SPRADLIN:   Object to the form.

18             THE DEPONENT:   That's the medical

19   officials to do that.

20   BY MR. SCHWEIKERT:

21        Q.    But I -- I'm asking if you -- strike that.

22             If your race director had been aware in

23   real time that Brian had sustained a spinal cord

24   injury, such that he could not move his legs, would

25   you have wanted him to stop the activity on the

1   **track?**

2              MS. SPRADLIN:  Object to the form.

3              THE DEPONENT:  I would want --

4              MS. SPRADLIN:  You can answer.

5              THE DEPONENT:  -- I would want to hear

6   from Medical.

7   BY MR. SCHWEIKERT:

8       **Q.    Even under those circumstances.**

9              MS. SPRADLIN:  Object to the form.

10             THE DEPONENT:  The only way he would know

11  that is from Medical. BY MR. SCHWEIKERT:

12      **Q.    And if they said, we've got a rider here,**

13  **can't move his legs, would you want the race**

14  **director to stop the track?**

15      A.    That would be from Medical.

16             MS. SPRADLIN:  Object to form.

17  BY MR. SCHWEIKERT:

18      **Q.    You would still wait for a specific**

19  **request from Medical to stop the track.**

20             MS. SPRADLIN:  Object to the form.

21             THE DEPONENT:  If they're answering that,

22  I would assume they would want to stop it.  That's

23  an assumption.

24  BY MR. SCHWEIKERT:

25      **Q.    So, if we had a time machine and could go**

1  back and do it all over again, there's nothing that

2  you, as the AMA supercross manager, responsible for

3  maintaining control over the track would have wanted

4  done differently, even knowing today how badly

5  injured he was?

6              MS. SPRADLIN:  Object to form.

7              THE DEPONENT:  And I would say how do you

8  explain that, with control of the racetrack, that

9  situation is under control.

10  BY MR. SCHWEIKERT:

11      Q.    Do you know if the medics believed that

12  the environment was like a car being on fire?

13              MS. SPRADLIN:  Object to the form.

14              THE DEPONENT:  I do -- I do not know that.

15  BY MR. SCHWEIKERT:

16      Q.    Because you never talked to him, right?

17              MS. SPRADLIN:  Object to the form.

18              THE DEPONENT:  I talk to Medical.

19  BY MR. SCHWEIKERT:

20      Q.    Did you ever talk to them after this

21  incident about Brian?

22              MS. SPRADLIN:  Object to form.

23              THE DEPONENT:  I don't remember that.

24  BY MR. SCHWEIKERT:

25      Q.    Did anyone ever tell you that They felt

1   unsafe while they were on the track because there

2   were motorcycles still coming in their direction?

3                MS. SPRADLIN:  Object to form.

4                THE DEPONENT:  Not that I recall.

5   BY MR. SCHWEIKERT:

6        Q.   Would that have been useful for you to

7   know if they did feel that way at this time?

8                MS. SPRADLIN:  Object to form.

9                THE DEPONENT:  They would have had to

10  communicate that to us.

11  BY MR. SCHWEIKERT:

12       Q.   You could have asked for feedback from

13  them, right?

14               MS. SPRADLIN:  Object to form.

15               THE DEPONENT:  Now, the race director can

16  talk to them.

17  BY MR. SCHWEIKERT:

18       Q.   I'm moving past real time on the day of

19  event.

20       A.   Uh-huh.

21       Q.   Do you ever -- you've done some post-event

22  debriefings, right?  We looked at a meeting about

23  this Tampa event, right?

24       A.   Uh-huh.

25       Q.   Yes?

1       A.   Yes.

2       Q.   And you told me that, you've done meetings

3   like that, typically, right?

4       A.   Yes.

5       Q.   And is one purpose of those types of

6   meetings to address things that could be improved

7   going forward?

8       A.   It's a possibility, yes.

9       Q.   Are you aware of anything being done to

10  improve the response to riders injured on a

11  racetrack, given what happened with Brian Moreau's

12  rescue?

13          MS. SPRADLIN:   Object to the form.

14          THE DEPONENT:   I would say we continue the

15  same procedure today, very similarly.

16  BY MR. SCHWEIKERT:

17      Q.   You didn't talk to Dr. Bodnar about it, as

18  far as you can remember, right?

19      A.   Correct.

20      Q.   You didn't ask him if his team felt

21  pressure to get Brian off the track because there

22  were motorcycles still coming, did you?

23          MS. SPRADLIN:   Form.

24          THE DEPONENT:   I don't recall that, no.

25  BY MR. SCHWEIKERT:

1          Q.    You didn't talk to Dr. Kennedye about how

2    he felt in the heat of the moment, did you?

3               MS. SPRADLIN:    Form.

4               THE DEPONENT:    I do not recall that.  No.

5    BY MR. SCHWEIKERT:

6          Q.    You didn't talk to Amy Metiva about how

7    she felt at that time, did you?

8               MS. SPRADLIN:    Form.

9               THE DEPONENT:    I did not.

10   BY MR. SCHWEIKERT:

11         Q.    And you don't even know who Scott Combs

12   is, do you?

13              MS. SPRADLIN:    Form.

14              THE DEPONENT:    I do not recall who Scott

15   Combs is.

16   BY MR. SCHWEIKERT:

17         Q.    Don't you think it would have been useful

18   to acquire information from the very people who

19   handled the situation about what they perceived in

20   that moment for purposes of doing better in the

21   future, and hopefully trying to prevent this sort of

22   thing from happening again?

23              MS. SPRADLIN:    Form.

24              THE DEPONENT:    I can't speak to their

25   thoughts of that.  They need to bring that to me as

1   well.

2   BY MR. SCHWEIKERT:

3       Q.   I mean, you don't feel any need as the AMA

4   supercross manager to investigate situations, that

5   unfortunately resulted in a paralyzed rider, to see

6   if things could be improved in the future?

7           MS. SPRADLIN:   Object to the form.

8           THE DEPONENT:   The medical crew is their

9   own entity, so they do their procedures, and I'm not

10  a doctor.  But, from an operational standpoint,

11  you're asking me from the sanctioning body, that

12  scene was completely under control.

13  BY MR. SCHWEIKERT:

14      Q.   And that's based on the information that

15  you have, right?

16      A.   Based off this video.

17      Q.   And that's your perspective, even though

18  you never talked to any of these medics about why

19  they did what they did, did you?

20          MS. SPRADLIN:   Object to the form.

21          THE DEPONENT:   I did not speak to them,

22  that I can recall.

23  BY MR. SCHWEIKERT:

24      Q.   And if you had spoken to the medical team,

25  and they had told you that they felt unsafe because

```
 1  there were motorcycles coming, and they thought
 2  Brian was unsafe, being on the ground, would you
 3  have considered doing anything to change procedures
 4  on the AMA side to address those types of concerns?
 5              MS. SPRADLIN:  Object to the form.
 6              THE DEPONENT:  I think they would need to
 7  bring that up to us.
 8              MR. SCHWEIKERT:  All right.  Let's take a
 9  little break.
10              THE VIDEOGRAPHER:  We are now going off
11  record.  The time is 5:01.
12              (WHEREUPON, a recess was taken.)
13              THE VIDEOGRAPHER:  We are now back on the
14  record.  The time is 5:13.
15              You may continue.
16  BY MR. SCHWEIKERT:
17      Q.   All right.  You mentioned somebody with a
18  last name of Burkeen earlier.  Do you recall that?
19      A.   I do.
20      Q.   Who were you talking about?
21      A.   The current motocross coordinator here at
22  the AMA is Jensen Burkeen.
23      Q.   Do you know a Mike Burkeen?
24      A.   I do.
25      Q.   Who's he?
```

1        A.    He's our deputy director of racing.

2        Q.    All right.  Fix my exhibit numbers.  And

3   I'll mark this as 192.

4              (WHEREUPON, Exhibit 192 was marked for

5   identification.)

6              MR. GORDON:   Look at that.

7              MR. SCHWEIKERT:   AMA 673, 676.

8              THE REPORTER:   Exhibit 192 has been

9   marked.

10  BY MR. SCHWEIKERT:

11       Q.    Do you happen to know what Exhibit 192 is?

12       A.    I do not.

13       Q.    Appears to be a e-mail chain between Mike

14  Burkeen and someone who goes by Eli.  Do you see

15  that?

16       A.    I do see that, yes.

17       Q.    Did Mr. Mike Burkeen ever inform you that

18  he received some e-mails from someone about the

19  response to Brian's crash?

20       A.    I do not know if he made me aware of that

21  or not.

22       Q.    Have you ever spoken with Mr. Mike Burkeen

23  -- Burkeen about Brian?

24       A.    There's potential.  We work together in

25  the office.

1       Q.    There's potential?

2       A.    Yeah.

3       Q.    Do you recall?

4       A.    I don't recall anything specific.

5       Q.    What does Mike do as the deputy director?

6       A.    Mike works our commission process, amateur

7  rule making and amateur motocross, and helps oversee

8  our department.  So, most of our discipline managers

9  and staff report directly to Mike.

10      Q.    Okay.  And you were not aware that Mr.

11 Burkeen had received e-mail inquiry in why the track

12 wasn't red flagged after Brian crashed?

13            MS. SPRADLIN:  Object to form.

14            THE DEPONENT:  I cannot speak to this,

15 specifically, no.

16 BY MR. SCHWEIKERT:

17      Q.    We don't have to go through it.  It's

18 nothing too new, and it's not to you anyways.  But

19 at least we've plugged that exhibit number.  Do you

20 know somebody by the name of Stephan Legrand?

21      A.    Stephan Legrand, I think I know him as

22 LeBig, maybe.  I think he's a media professional in

23 our industry.

24      Q.    Did you ever speak with Stephan Legrand

25 about Brian Moreau?

1        A.    I don't recall that I did.

2        Q.    Have you seen -- do you remember the

3   pictures of the incident we were looking at earlier

4   that are marked as Exhibit 15?

5        A.    I do.

6        Q.    Do you know who took those pictures?

7        A.    I do not.

8        Q.    Had you ever seen the pictures or pictures

9   similar to them before this lawsuit was filed in

10  June of 2022?

11       A.    I believe I did.

12       Q.    What do you recall seeing?

13       A.    I think I've seen it on social media.

14       Q.    You're not sure where?

15       A.    I'm not sure where, no.

16       Q.    Do you have an account with Vital MX?

17       A.    I do not.

18       Q.    What social media do you follow that

19  touches on supercross?

20       A.    Specifically, Racer X, like I told you

21  before. I think Swapmoto, maybe, the top of my head.

22       Q.    So, when are you referring to social

23  media, are you referring to, like, Racer X and

24  Swapmoto?

25       A.    Yeah.

1        Q.   You're not referring to, like, Instagram
2   or Facebook?
3        A.   Oh, sorry.  Yeah.  On Instagram.  Those
4   accounts.
5        Q.   Okay.  As far as you can recall, you --
6   you saw pictures on the Instagram accounts of Racer
7   X or Swapmoto?
8        A.   I don't know if I've seen the pictures on
9   there.  I just follow those on social media.  I
10  don't recall where I saw the photos.
11       Q.   Did you do anything once you saw those
12  photos?
13           MS. SPRADLIN:  Object to the form.
14           THE DEPONENT:  I don't recall that I did.
15  BY MR. SCHWEIKERT:
16       Q.   Was it around the time of the incident
17  that you saw those photos?
18       A.   Now, that I don't remember.
19       Q.   Are you aware, other than through your
20  counsel, that Brian said he was screaming at the
21  medics to not touch him and that he couldn't move
22  his legs?
23           MS. SPRADLIN:  Object to the form.
24           THE DEPONENT:  Did I hear that from
25  anywhere. Is that what you're saying -- asking?

```
 1  BY MR. SCHWEIKERT:
 2        Q.   Other than your counsel.
 3        A.   I don't believe I did.
 4        Q.   If Brian had been screaming at the medics,
 5  would that affect your opinion that the response was
 6  textbook?
 7             MS. SPRADLIN:  Object to the form.
 8             THE DEPONENT:  It would not change my
 9  opinion from an operational standpoint, no.
10  BY MR. SCHWEIKERT:
11        Q.   From any standpoint?
12             MS. SPRADLIN:  Object to form.
13             THE DEPONENT:  I would rely on the medical
14  professionals to handle that.
15             MR. SCHWEIKERT:  Now my pen died.
16             MS. SPRADLIN:  There's a bunch of pens in
17  the cup right here, if you want one.
18  BY MR. SCHWEIKERT:
19        Q.   Were you ever interviewed by anyone about
20  Brian Moreau before the lawsuit was filed?
21        A.   I don't believe so.  No.
22        Q.   And you don't know if the AMA undertook
23  any investigation of the incident?
24        A.   I don't -- I don't remember that.
25        Q.   If the AMA had investigated the incident,
```

1  would you likely have been involved as the

2  supercross manager at the event?

3       A.   I would say that would be likely, yes.

4       Q.   Do you know if Feld undertook any

5  investigation?

6       A.   I am not aware of that.

7       Q.   Do you know if the medical team undertook

8  any investigation?

9       A.   Also, not aware of that.

10      Q.   Who, if anyone, do you believe, is

11 responsible for Brian's injuries?

12      A.   I can't speak to that, really.

13      Q.   Do you believe that Brian, himself, is

14 responsible for his injuries?

15      A.   I believe Brian made a mistake on the

16 racetrack.

17      Q.   Is that a yes to my question?

18      A.   Yes.

19      Q.   Do you believe anyone on the medical team

20 did anything to contribute to Brian's injuries?

21           MS. SPRADLIN:   Object to form.

22           THE DEPONENT:   We rely and trust Medical.

23 BY MR. SCHWEIKERT:

24      Q.   Let me just do it again.

25      A.   Sure.

```
 1        Q.    Do you believe that anyone on the Medical
 2   team did anything to contribute to Brian's injuries?
 3              MS. SPRADLIN:   Object to form.
 4              THE DEPONENT:   I believe that is in their
 5   hands to assess those riders and do their
 6   procedures.
 7   BY MR. SCHWEIKERT:
 8        Q.    Is that a no to my question?
 9        A.    That is a no.
10        Q.    Okay.   This probably goes without saying,
11   but you don't believe that the AMA did anything to
12   contribute to Brian's injuries, correct?
13        A.    I do not.
14        Q.    Do you believe Feld did anything to
15   contribute to Brian's injuries?
16              MR. GORDON:   Object to form.
17              THE DEPONENT:   I do not.   I do not.
18   BY MR. SCHWEIKERT:
19        Q.    Do you consider the -- the supercross
20   community to be one big family?
21        A.    Perceptually, yes.
22        Q.    Do you consider Brian still be a part of
23   that family?
24        A.    I think all of our athletes are part of
25   our family.
```

1        Q.   Okay.   Do you typically stay in touch with
2   family members, see how they're doing?
3        A.   My personal family, yes.
4        Q.   Have you ever reached out to Brian to see
5   how he's doing?
6        A.   I have not.
7        Q.   Why not?
8        A.   I don't typically reach out to riders.
9        Q.   Even riders that had a career-ending
10  injury at a supercross event?
11       A.   Even those.
12            MS. SPRADLIN:   Object to the form.
13            MR. SCHWEIKERT:   I think I am finished,
14  subject to asking potential follow-up questions if
15  the other lawyers ask you anything.
16            MR. GORDON:   I'll go next.   Can -- can I
17  be heard okay because I'm not wearing a microphone?
18  You get the portable mic by -- by me is good.
19  Perfect. Great.   Just making sure.   I know it's been
20  a long day.
21            THE DEPONENT:   It's okay.
22            MR. GORDON:   Let's keep plugging because
23  we're almost there.
24            THE DEPONENT:   Got you.
25  EXAMINATION

MICHAEL PELLETIER
83433

April 01, 2025

244

```
 1  BY MR. GORDON:

 2      Q.   My name is David Gordon.  I met you

 3  earlier. I -- I represent Feld Motor Sports in this

 4  matter.  I just have a few follow up questions.

 5  There -- there have been a -- a bunch of questions

 6  and comments about track safety, generically.  Just

 7  want to follow up on that a little bit.  I -- I will

 8  represent to you that Brian testified at his

 9  deposition, that -- that he -- he did, in fact, make

10  a mistake in jumping the hill.

11          And he did not criticize the track in any

12  way, saying there was any hazard, there was any

13  defect, or any track design issues.  I -- I will

14  also represent to you, there are no experts in this

15  case, in any way, criticizing the crack -- the track

16  design or any defects.  Sitting here today, with

17  regard to the Tampa 2020 track, are you aware of any

18  track design issues with that track, that design?

19      A.   I'm not aware --

20           MR. SCHWEIKERT:  Form.

21           THE DEPONENT:  -- oh, I'm sorry.

22           MR. GORDON:  Go ahead.

23           THE DEPONENT:  I am not aware of any, no.

24  BY MR. GORDON:

25      Q.   Okay.  In terms of any types of hazards
```

1  that may have, in fact, caused Brian to crash, are

2  you aware of any hazards that anyone brought to your

3  attention, either before or after Brian's crash,

4  that it, in any way, may have caused Brian to crash?

5       A.   I am not aware of any.

6       Q.   Okay.  In terms of the scene after Brian

7  crashed, right?  You've seen some photographs and

8  some videos which your counsel showed to you and

9  showed -- showed to you today.  They involve a

10  combination of both AMA staff and -- and Feld staff,

11  using yellow flags and moving tough blocks, correct?

12       A.   Correct.

13       Q.   And -- and your testimony was that that

14  was textbook, in terms of securing the track, to

15  provide a safe environment for Brian, post crash; is

16  that correct?

17            MR. SCHWEIKERT:  Form.

18            THE DEPONENT:  That is -- that is correct.

19  BY MR. GORDON:

20       Q.   And just so you're aware.  I mean, I know

21  you haven't seen all the videos.  Brian wasn't hit

22  by any motorcycles.  And -- and Brian's -- while --

23  while the method in which Brian's removal from the

24  track is at issue in this lawsuit, Brian was not, in

25  any way, hit by any debris, hit by any motorcycles,

1   et cetera and so forth, with regard to his removal

2   from the track.  So, from a track safety

3   perspective, are you aware of any issues that, in

4   any way, affected Brian safety issues, which

5   affected Brian Moreau's removal from the track, on

6   February 15th, 2020?

7             MR. SCHWEIKERT:  Form.

8             THE DEPONENT:  I am not aware of any.

9   BY MR. GORDON:

10       Q.   Okay.  No.  So, from your perspective,

11  there -- there are no track safety issues, either

12  before or after Brian's accident, which, in any way,

13  should be relevant to this lawsuit?

14            MR. SCHWEIKERT:  Form.

15            THE DEPONENT:  That is correct.

16  BY MR. GORDON:

17       Q.   Okay.  All right.  I do want to ask you

18  some questions.  First, there -- there was a

19  question earlier about a Feld arranging for medical

20  care services.  Is that having to do with local

21  ambulance companies that -- that they arrange for at

22  all the events?

23       A.   I believe that is, yes.

24       Q.   Okay.  And -- and here we know that Tampa

25  Fire and Rescue were at the event.  These are, you

 1  know, ambulances and paramedics and EMTs that are
 2  employees of the City of Tampa that were there to
 3  provide assistance to injured riders who may need
 4  transport to a hospital, and also fans, who -- in
 5  the stands, who may have a heart attack or something
 6  like that.  And they -- is -- is that common at all
 7  of your events?
 8       A.    Yes.
 9            MR. SCHWEIKERT:  Form.
10  BY MR. GORDON:
11       Q.    Okay.  There's always some sort of local
12  EMTs and -- and ambulances that are at -- at all of
13  your events that provide some sort of assistance in
14  that regard?
15       A.    Correct.
16            MR. SCHWEIKERT:  Form.
17  BY MR. GORDON:
18       Q.    Okay.  And it -- and at least in your
19  experience, it's -- it's generally in the
20  responsibility list of Feld motor sports to arrange
21  for that local medical support.
22       A.    That is my understanding, yes.
23       Q.    Okay.  In terms of the support on the
24  track, right.  That -- that's done by what we've
25  been referring to as either Alpinestars or the Medic

1    Rig, correct?

2        A.    Correct.

3        Q.    And that -- that's Dr. Bodnar and his

4    team?

5        A.    Correct.

6        Q.    And -- and those are the folks who were in

7    the red shirts in the videos that you looked at?

8        A.    Correct.

9        Q.    Okay.  And are -- are you, in any way,

10   involved in -- in the contract with Dr. Bodnar and

11   his team to provide these types of medical services

12   at supercross events?

13       A.    I am not.

14            MR. SCHWEIKERT:   Form.

15   BY MR. GORDON:

16       Q.    Okay.  But you're aware that they're there

17   and you're aware that they -- they attend every

18   event, correct?

19       A.    Correct.

20       Q.    And -- and is it your understanding that

21   it's -- it's their responsibility to be the first

22   responders, for lack of a better word, when -- when

23   the -- there are riders who were injured on the

24   track?

25       A.    Correct.

```
 1              MR. SCHWEIKERT:  Form.  BY MR. GORDON:
 2         Q.   Okay.  In this particular case, I'll --
 3    I'll represent to you that the two people you saw in
 4    the video are, in fact, Amy Metiva and Scott Combs,
 5    who are named defendants in this matter, okay?  And
 6    Dr. Bodnar is also a named defendant, and a Dr.
 7    Kennedye, who -- who was driving the medical mule
 8    that assisted with -- with Brian's removal from the
 9    track.
10              I'll represent to you that not only Amy
11    Metiva and Scott Combs, the two people who are part
12    of Dr. Bodnar's group, but -- but also Dr. Bodnar
13    and Dr. Kennedye, all -- all provided testimony that
14    in terms of their making medical decisions and
15    removing riders from the track, including Brian
16    Moreau, on February 15th, 2020, that those decisions
17    are their own, and that no one from Feld or the AMA,
18    provides any direction to them, any control to them,
19    or any supervision to them.
20              I'm asking you, as the race director at
21    AMA, is that something that -- that sounds
22    consistent with your knowledge and understanding of
23    how Dr. Bodnar, the Medic Rig, and the Alpinestars
24    operates at these events?
25              MR. SCHWEIKERT:  Form.
```

```
1              THE DEPONENT:  That is correct, yes. BY
2  MR. GORDON:
3       Q.   Okay.  So -- so when it comes to making
4  decisions as to -- to, you know, how much medical
5  attention a rider needs, how to remove a -- a rider
6  from the track, or whether a flag or a different
7  flag needs to be called, they -- they make all of
8  those decisions independently and -- and do not rely
9  on Feld or the MA -- or AMA in that regard?
10      A.   Correct.
11           MR. SCHWEIKERT:  Form.
12           MR. GORDON:  Okay.  That's all the
13  questions I have.  Thank you, sir.
14           THE DEPONENT:  Thank you.
15           MR. SCHWEIKERT:  Bethany?
16           MS. NDUKA:  No questions.
17           MR. SCHWEIKERT:  Do you have any?
18           MS. SPRADLIN:  Just a -- just a brief
19  question.
20  EXAMINATION
21  BY MS. SPRADLIN:
22      Q.   We've looked today, Mr. Pelletier, at the
23  Medical Emergency Action Plans previously marked as
24  Exhibit 11, I believe.  In reviewing that Medical
25  Emergency Action Plan, the procedures and protocols
```

```
 1  that are outlined in that plan, are they consistent
 2  with the way that the AMA staff, the Feld staff, and
 3  the Medic Rig staff have traditionally operated
 4  supercross events?
 5       A.   That is --
 6            MR. SCHWEIKERT:   Form.
 7            THE DEPONENT:   That is correct.
 8  BY MS. SPRADLIN:
 9       Q.   And in reviewing the Medical Emergency
10  Action Plan, is there anything in there that
11  surprised you that Medic Rig would include such
12  information in a Medical Emergency Action Plan that
13  they prepared?
14       A.   No.
15            MR. SCHWEIKERT:   Form. BY MS. SPRADLIN:
16       Q.   Is there anything that is inconsistent in
17  the Medical Emergency Action Plan with the way that
18  the AMA officials operate with respect to flagging
19  the racetrack at a supercross event?
20            MR. SCHWEIKERT:   Form.
21            THE DEPONENT:   I did not see any.  No.
22  BY MS. SPRADLIN:
23       Q.   Is there anything in the Medical Emergency
24  Action Plan, in your experience, that is
25  inconsistent with the way the Feld runners or Feld
```

1   **flaggers operate, with respect to a racetrack at a**
2   **supercross event?**
3              MR. SCHWEIKERT:   Form.
4              THE DEPONENT:   I did not see that, no.
5              MS. SPRADLIN:   I believe that's all the
6   questions that I have for you, Mr. Pelletier,
7   subject to any other follow-up from any other
8   counsel.
9              MR. GORDON:   Mark, just so we're not doing
10  it around and round, I did have one set of
11  questions. Thank you.
12             Do you have that Exhibit 189?   Can you
13  pull that out, Caroline?
14             THE DEPONENT:   Oh, boy.   I don't know if
15  they're in the best order.
16             MS. SPRADLIN:   No.   That's okay.   We'll
17  find it.
18             MR. GORDON:   It's the risk management
19  video screenshot.
20             MS. SPRADLIN:   It's here somewhere.   Just
21  a lot of papers today.
22             THE DEPONENT:   Oh boy.   I might want to
23  help, but I feel like more hands would be worse.
24             MS. SPRADLIN:   That's okay.   There we go.
25             THE DEPONENT:   Yes, sir.

1  FURTHER EXAMINATION

2  BY MR. GORDON:

3      **Q.    Okay.  So -- so what -- what exactly is**

4  **this, and how is it used as you understand it?**

5      A.    The AMA Risk Management is for people

6  coming in to sanction AMA events, and it walks them

7  through guidelines of how to get insurance, proper

8  steps to take to mitigate the risks on their own.

9      **Q.    Okay.  Is this intended for supercross --**

10 **go ahead -- and -- and yeah, Feld Motor Sports, et**

11 **cetera, and so forth.**

12             MR. SCHWEIKERT:   Form.

13             THE DEPONENT:   This is -- BY MR. GORDON:

14     **Q.    Go ahead.**

15     A.    This is really intended for someone, I

16 don't want to say "off the street," coming in to run

17 events that the AMA is not on-site.  So, a lot of

18 these events are run without the AMA on-site at all.

19 So, that's what this is prepped for.  Supercross is

20 different as we're on-site as well.

21             MR. GORDON:   Okay.   Great.   All right.

22 Thanks.   No further questions.

23             THE VIDEOGRAPHER:   Anything further?

24             MR. SCHWEIKERT:   Yes.   Yes.

25 FURTHER EXAMINATION

1  BY MR. SCHWEIKERT:

2       Q.   As a follow up to Mr. Gordon --

3       A.   Uh-huh.

4       Q.   -- you said that the response of the Feld

5  folks and the AMA folks were textbook because it

6  created a safe environment for the medics and Brian,

7  right?

8       A.   Can you repeat that.  I'm sorry.

9       Q.   I'm trying to paraphrase.

10      A.   Sure.  No I understand.

11      Q.   Don't want to put words in your mouth, so

12  please correct me, but I believe you said something

13  like the response of the Feld flaggers and track

14  runner and AMA flaggers was textbook because it

15  created a safe environment for the medical team.

16      A.   I said it was operationally a textbook way

17  to do it.

18      Q.   Okay.  And that was, in part, because it

19  created a safe environment for the medical team to

20  attend to Brian?

21      A.   It controlled the situation to do so.

22      Q.   All right.  But you don't know if the

23  medics actually felt safe in the heat of the moment

24  on the track with Brian, do you?

25           MS. SPRADLIN:  Object to the form.

```
 1              THE DEPONENT:  I cannot say that, no.

 2              MR. SCHWEIKERT:  All right.  Nothing

 3  further.

 4              MR. GORDON:  Nothing further.

 5              THE VIDEOGRAPHER:  All right.  This

 6  concludes the deposition of Mike Pelletier.  The

 7  court reporter will get orders for transcripts and

 8  the videographer will get orders for video.

 9              THE REPORTER:  Mr. Schweikert, would you

10  like to order the original?

11              MR. SCHWEIKERT:  I will have someone

12  contact you about my --

13              THE REPORTER:  So, no?

14              MR. SCHWEIKERT:  Not at this time.

15              THE REPORTER:  Ms. Spradlin, would you

16  like to order the original?

17              MS. SPRADLIN:  Not at this time, but the

18  witness will read and sign.

19              THE REPORTER:  And that will be to your

20  office?

21              MS. SPRADLIN:  Yes.  And we've coordinated

22  about those details offline, but the e-mails that I

23  provided to you.

24              THE REPORTER:  Absolutely.

25              And, Mr. Gordon, would you like to order
```

1  the original?

2           MR. GORDON:  Yes.

3           THE REPORTER:  And, Ms. Nduka, would you

4  like to order a copy?

5           MS. NDUKA:  Yes, please.  Just the

6  transcript. No video to me.

7           THE VIDEOGRAPHER:  All right.  And video

8  for anybody else?

9           MR. SCHWEIKERT:  Not at this time, but

10 thank you.

11          MR. GORDON:  We'll -- we'll take the

12 video.

13          MS. SPRADLIN:  Not at this time.   Thank

14 you.

15          THE VIDEOGRAPHER:  So Mr. Gordon is

16 ordering video.   Thank you.

17          Well, this concludes the deposition of

18 Mike Pelletier.  The time on the screen is 5:39, and

19 we are now off record.

20          (WHEREUPON, the deposition of MICHAEL B.

21 PELLETIER was concluded at 5:39 p.m.)

22

23

24

25

1                              CERTIFICATE

2

3          I, the undersigned, Jeff Sindiong, am a

4    videographer on behalf of NAEGELI Deposition &

5    Trial. I do hereby certify that I have accurately

6    made the video recording of the deposition of Mike

7    Pelletier, in the above captioned matter on the 1st

8    day of April 2025, at the location American

9    Motorcyclist Association, 13515 Yarmouth Dr.,

10   Pickerington, OH 43147.

11

12         No alterations, additions, or deletions were

13   made thereto.

14

15         I further certify that I am not related to any

16   of these parties in the matter and I have no

17   financial interest in the outcome of this matter.

18

19   

20

21                      Jeff Sindiong

22

23

24

25

1                          CERTIFICATE

2

3          I, Valerie Phan, do hereby certify that I

4    reported all proceedings adduced in the foregoing

5    matter and that the foregoing transcript pages

6    constitutes a full, true and accurate record of said

7    proceedings to the best of my ability.

8

9          I further certify that I am neither related to

10   counsel or any party to the proceedings nor have any

11   interest in the outcome of the proceedings.

12

13         IN WITNESS HEREOF, I have hereunto set my hand

14   this 11th day of April, 2025.

15

16

17

18

19                    Valerie Phan

20

21

22

23

24

25

1                            CORRECTION SHEET

2     Deposition of: Mike Pelletier   Date: 04/01/25

3     Regarding: Moreau vs. Feld Motor Sports

4     Reporter: Phan/Seaman

5     _____

6     Please make all corrections, changes or

7     clarifications to your testimony on this sheet,

8     showing page and line number.  If there are no

9     changes, write "none" across the page.  Sign this

10    sheet and the line provided.

11    Page  Line  Reason for Change

12    ____  ____  _____

13    ____  ____  _____

14    ____  ____  _____

15    ____  ____  _____

16    ____  ____  _____

17    ____  ____  _____

18    ____  ____  _____

19    ____  ____  _____

20    ____  ____  _____

21    ____  ____  _____

22    ____  ____  _____

23    ____  ____  _____

24                    Signature:_____

25                         Mike Pelletier

1   Date: 04/01/2025                Assignment #: 83433

2   Deponent:  Michael Pelletier

3   Case:     BRIAN MOREAU vs FELD MOTOR SPORTS

4

5   ATTORNEY - NO TRANSCRIPT ORDERED:

6   Signature of your client is required.  It will be necessary for

7   you to call our offices and arrange for an appointment for your

8   client to come in to read and sign their transcript.

9

10

11

12

13

14

15

16

17

18

19

20   C C:Naegeli Deposition and Trial

21

22

23

24

25

1                          DECLARATION

2    Deposition of: Michael Pelletier    Date: 04/01/2025

3    Regarding: BRIAN MOREAU vs FELD MOTOR SPORTS

4    Reporter:  Valerie Phan

5    _____

6

7    I declare under penalty of perjury the following to be

8    true:

9

10   I have read my deposition and the same is true and

11   accurate save and except for any corrections as made

12   by me on the Correction Sheet herein.

13

14   Signed at _____, _____

15   on the _____ day of _____, 20_____.

16

17

18

19

20

21

22

23

24                    Signature: _____

25                          Michael Pelletier

Case 8:22-cv-01295-TPB-CPT | Document 318-6 | Filed 05/15/25 | Page 262 of 301
PageID 13981

MICHAEL PELLETIER
83433

April 01, 2025

262
Index: $1375..2015

## Exhibits

**EX185 RESPONSES AND OBJECTIONS TO PLAINTIFF'S NOTICE** 11:7,10,12,16

**EX186 AMERICAN MOTORCYCLE ASSOCIATION EMPLOYEE PROFILE** 39:21,23,25 40:4,5,7

**EX187 REGISTRATION DATED APRIL 21, 2008** 100:4,5,7

**EX188 REGISTRATION DATED JANUARY 21, 2002** 100:24 101:1

**EX189 AMA RISK MANAGEMENT VIDEOS** 103:20,21,23 104:3 252:12

**EX190 EMAILS** 108:13,14,16,20,21,23 112:12 119:20

**EX191 TAMPA RIDERS MEETING MEMO** 156:19,20,22 157:5,7

**EX192 EMAILS REGARDING BRIAN MOREAU** 236:4,8,11

**EX193 2021 SUPERCROSS RULEBOOK UPDATES** 196:6,7,9,16

---

### $

**$1375** 118:21

**$23,464** 92:13

**$24,843** 93:7

**$40,026** 92:3

---

### 0

**0** 73:23,25 74:1

---

### 1

**1** 73:23 74:13 77:18 151:6,9,19

**100** 94:14,18

**1038** 200:13

**1044** 200:13

**1054** 196:12

**1058** 196:12

**1065** 169:9

**1068** 169:10

**10:10** 6:8

**11** 125:25 126:3 135:16 211:10 250:24

**1126** 176:7

**1147** 214:19

**1148** 216:10

**11:23** 62:6

**11:35** 62:9

**12** 19:16 20:22

**1224** 134:14,15

**1229** 134:18

**12:20** 163:25

**12:30** 163:25

**12:46** 108:5

**13** 19:16 20:22 111:15,16,21

**130** 169:9,13 172:5

**131** 76:23 77:2,6,7,9

**14** 21:11

**14-** 216:10

**15** 21:11 97:8 134:8,13 238:4

**1509** 70:1,6

**1516** 70:1,6

**155** 176:7,14

**15th** 27:17 70:16 159:9 246:6 249:16

**16** 32:13 119:24

**161** 207:7,11,12,15

**1679** 39:22

**1683** 39:22

**16th** 169:14 175:5

**17** 98:1 173:17,21

**17th** 191:19,22

**18** 91:19 188:2,6,7

**185** 11:7,10,12,16

**186** 39:21,23,25 40:5,7

**187** 100:4,5,7,12

**188** 100:23,24 101:1

**189** 103:20,21,23 104:3 252:12

**18th** 180:2,10 182:1

**19** 94:2

**190** 108:13,14,16,21,23 112:12 119:20

**191** 156:19,20,22 157:5,7

**192** 200:18 236:3,4,8,11

**193** 196:6,7,9,16

**1:57** 108:8

**1st** 6:9 77:19

---

### 2

**2** 41:18,22 73:24 74:18,19 92:9 110:21 152:2 201:17 218:25

**2.11** 202:13

**2005** 24:6

**2007** 156:19

**2010** 156:19

**2013** 22:8

**2014** 22:8

**2015** 20:12 31:14 32:13

**2016** 25:12 30:12 32:14

**2017** 25:12 30:12 33:2 65:24 75:20

**2019** 77:20

**2020** 9:14 14:15 17:13 25:14 26:22 27:11,17 33:6 34:18 35:7 36:11 37:3 40:21 41:25 42:13 43:14,20 70:16 77:16 79:14 84:23 92:2,7,13, 18 93:6 95:18 97:1,23 99:23 102:15 106:15 109:3,10,12 111:7 120:8 121:23 122:17 134:1 146:3 152:1 159:9 166:9 167:9 169:14 173:5 174:21 180:2 182:1 183:21 188:11 191:19,22 193:1 195:7 196:22 197:1 201:9,13 204:25 205:4,16 207:4 244:17 246:6 249:16

**2021** 196:19 207:17,25 208:5, 20

**2022** 204:5 238:10

**2023** 78:11

**2025** 6:9

**20s** 22:12

**21** 98:11 196:19

**21st** 188:11 189:4

**22** 90:22

**23** 179:22,23

**24** 98:1

**250** 42:17

**26-second** 217:6

**28** 176:7

**2A** 92:12

---
### 3
---

**3** 72:16 73:24 74:22,23 78:16 112:14 142:11 153:5 219:1,3,9

**30** 46:24

**30(b)(6)** 11:9 93:18

**30th** 201:13 202:21 204:25

**35-second** 223:15

**37** 20:1

**3:12** 163:11

**3:26** 163:14

**3:50** 175:15

**3:54** 175:5

**3rd** 196:21

---
### 4
---

**4** 80:14 83:17 90:24 202:12

**45** 106:25 107:1

**450cc** 42:14,15

**46** 191:8,11

**47** 191:8

**4B** 86:9

---
### 5
---

**50** 106:25 107:1

**54** 191:8,14

**597** 77:3

**5:01** 235:11

**5:13** 235:14

**5:39** 256:18

---
### 6
---

**6** 72:16 113:8

**61** 44:10

**62** 50:19 63:22,24 215:25 216:5,9

**64** 214:18 216:1

**642** 77:3

**654** 179:22

**673** 236:7

**676** 236:7

---
### 7
---

**7** 114:23

**74** 70:1,12

**77** 101:21,24 102:1

**774** 108:19

**775** 112:14

**776** 119:21

**777** 108:20

**79** 117:17,21 118:4

**7:00** 164:18

---
### 8
---

**8** 78:16,18

**8:00** 115:3

---
### 9
---

**92** 200:12 201:6

**962** 207:11

---
### A
---

**a.m.** 6:8 115:3 175:5,15

**abbreviation** 170:17

**abide** 131:18

**abided** 131:7

**ability** 45:17 46:25 183:23 227:12

**abreast** 184:9

**absolutely** 17:18, 23 255:24

**accelerate** 212:8, 14

**accelerated** 212:24

**access** 98:18,25 99:10 104:17

105:14

**accident** 166:12
173:13 174:6
182:5,19 183:1,
14 193:13 206:1
246:12

**accommodations**
121:3,12,14

**accordance**
47:22

**account** 137:1,10
238:16

**accounting**
93:15,19 96:20

**accounts** 239:4,6

**accurate** 7:11
10:7 93:24

**ace** 146:7

**acquire** 75:7
145:6 166:14
167:1 233:18

**acquired** 182:4
205:25

**acquiring** 183:13

**acted** 130:13

**action** 125:20
126:4 127:25
134:5 135:16
143:16 145:17
153:6 209:23
211:15,18 212:4,
13 250:23,25
251:10,12,17,24

**active** 25:13
30:13 45:17
46:21 55:20
81:23 82:17,24
84:22 85:19

87:13 124:4
141:12 150:8
160:13 161:10
162:14 210:11,14

**activities** 158:4

**activity** 52:7
53:18 54:13 55:2
158:7 178:11,19
179:13 228:25

**actual** 133:8
160:24

**additional** 92:24

**address** 122:22
186:13 196:1
232:6 235:4

**addressed**
115:17 172:14,22
200:6

**adequately**
104:16 105:13

**adjustments**
47:20,25

**admin** 39:10

**administered**
7:16

**administering**
7:13

**Administration**
24:15

**administrative**
38:22,24

**advance** 111:22

**affect** 240:5

**affected** 246:4,5

**affects** 183:23

**affiliated** 28:18

61:18

**affirm** 8:7

**affirmation** 7:13,
15

**affirmed** 8:15

**afternoon** 113:14

**age** 20:22 21:15

**agree** 7:19,22,25
8:3 18:3 137:5,21
139:8 140:24
142:18

**agreed** 18:2
92:23

**agreeing** 79:13

**agreement** 76:18,
19 77:12,15,19,
23 79:17 83:17
86:7,25 90:22
93:17 106:7

**agrees** 78:22 91:3

**ahead** 15:1 52:23
81:21 244:22
253:10,14

**air** 59:17 60:4
221:9

**Albany** 20:9,11,
14

**alert** 75:5

**Alia** 109:1,8,9

**allegations** 14:20

**alleges** 15:11

**alleging** 16:5
54:19

**allowed** 59:2,4
122:5 204:15

**allowing** 10:8

**Alpinestar** 172:8,
19 174:12

**Alpinestars** 86:2
151:21 173:2,12,
22 174:2 207:23
208:16 209:3
210:7 212:12
247:25 249:23

**AMA** 9:3 11:7,19
15:11 16:6,15,24
23:18 28:10 29:9
31:11 32:4,23
35:14,20 36:24
37:2,16,20 38:4,
17,19,25 39:6,21
40:14,18 41:15
42:4,15,20 43:4,
12,20 44:2,6 45:3
50:23 52:11
64:11,13 70:1,6
72:1,4,10,12,19,
21,25 74:7 76:17
78:3,6,22 79:2,
12,20,22,25 80:3,
17,18,21 81:12,
13 82:7,17 83:18
84:7,16 85:7,9,
11,17 86:9,10,19,
22 90:2 91:4,10,
12,14 92:6,18,24
93:1,10 94:13,25
95:3,4,5,11,12
96:15,17 97:4,9,
11,19,21 98:2
99:2,5,8,12
100:17,19 101:5,
6,8,17,22 102:10,
11,22,23 103:4,8,
15 105:17,24
106:2,11,17,19,
24 107:2,6,11
110:24 112:19

113:12 114:24
115:2 116:8,9,11,
19 117:9,13
119:7 121:7,13
122:21 123:3,9,
12 124:3,14
127:1 128:4,5,24,
25 129:6,10,14,
17,20,22,25
131:5 133:14
137:16 143:17
149:18,22 150:7,
20 151:1,6,16,20
152:5,6,8 156:11,
19 160:9 167:12
170:5,6 172:13,
16 173:1 174:1,
22 185:19 193:25
194:8 199:8,15,
18 205:2,10
207:23 209:8
210:7 212:21
213:12 223:16,20
224:23 226:9,14
227:4,11 230:2
234:3 235:4,22
236:7 240:22,25
242:11 245:10
249:17,21 250:9
251:2,18 253:5,6,
17,18 254:5,14

**AMA's** 17:17
93:21 104:8
107:9 124:9
140:13

**amateur** 9:11
21:16,17 22:15
23:20 24:1 32:18,
20,22 237:6,7

**ambulance**
126:25 172:8,20
173:2,12 174:3,
16,19,20,23

246:21

**ambulances**
247:1,12

**America** 195:2

**American** 6:19
9:2 15:7 31:12
40:9 42:6 77:13
95:4 203:15

**AMMU** 126:18,21
128:4 149:17

**amount** 92:2,17
93:5,10 122:5

**amounts** 118:18
119:13,14

**ample** 114:13

**Amy** 6:25 66:19
233:6 249:4,10

**and/or** 97:12

**answering**
229:21

**answers** 183:8

**Anti-doping**
72:23

**Antonio** 109:1,8,
9,15

**anymore** 202:17

**Anything's**
181:18

**appeal** 71:16

**Appeals** 44:21
71:15

**appeared** 141:19

**appearing** 205:9

**appears** 100:20
201:14 207:24
236:13

**Appendix** 44:11

**applicable** 72:17
73:4

**applied** 31:11
206:19

**apply** 119:10
122:16 125:3

**appointed** 64:4,
12

**approached**
222:2

**approval** 55:15

**approve** 57:24

**approved** 199:10

**approximately**
189:2,5

**April** 6:9

**area** 54:21 58:1
59:5 153:22
154:16,19 155:3
156:4 223:16,22

**areas** 30:7

**arise** 113:16

**arms** 157:2
217:21

**arrange** 91:3,15
246:21 247:20

**arrangement**
119:10

**arranges** 29:22

**arranging** 246:19

**arrive** 112:17

**arrived** 113:7
120:22

**arriving** 112:14

**articles** 184:6,18

**ASAP** 192:3
193:14

**aspect** 81:17
93:21

**aspects** 141:3,5

**assess** 177:12
178:4 221:13
225:3 242:5

**assessed** 141:20

**assessing** 219:16

**assigned** 143:7
160:16

**assignments**
126:23

**assist** 26:17
29:18 39:2 64:16

**assistance** 83:22
84:4 217:12,13,
14,18 218:21
247:3,13

**assistant** 32:12,
15,25 40:11

**assisted** 86:16
249:8

**assisting** 37:17
38:17 64:25

**Association** 6:20
9:2 15:7 31:12
40:10 42:7 95:4

**assume** 10:22
19:9 148:14
181:24 225:24
229:22

**assumed** 105:12

**assumes** 104:15

**assumption**
127:19 143:14
200:9 229:23

**athlete** 14:15
140:13 185:22

**athletes** 139:7,16
140:6 212:23
242:24

**Atmospheric**
122:13

**attach** 204:17

**attached** 120:3
198:25 201:12

**attachment**
204:15

**attack** 247:5

**attend** 26:8 29:9
114:18 116:10,15
219:25 248:17
254:20

**attendance**
201:18

**attended** 25:20
46:23 201:25

**attention** 74:21
78:15 90:21
134:14 161:24
195:23 245:3
250:5

**attest** 13:5 72:14
101:11 129:18
198:22 211:2

**attorney-client**
14:25 171:9

**attorneys** 15:22

**ATVS** 21:3

**author** 111:25

**authority** 53:2
55:12 137:16
199:6 212:5

**authorizing**
118:17

**aware** 11:18,22
15:9 16:7 30:21
37:19 42:18
47:10 55:11
67:22,25 68:4
71:19,20 91:17
119:13 120:6
122:25 124:12
131:15,16 141:17
144:3 147:20
154:11 163:17,20
165:18 166:23
168:8 174:22
199:17,18
205:22,23 206:5
216:18,20,23
217:1 221:22
222:15 228:22
232:9 236:20
237:10 239:19
241:6,9 244:17,
19,23 245:2,5,20
246:3,8 248:16,
17

———————————

**B**

**B-E-R-L-I-N** 20:7

**B2** 50:19 52:25

**B3** 53:13

**B4** 63:22

**BA** 24:15

**back** 47:14 54:1
62:8 63:21 65:24
81:10 83:16 86:7
94:2,6,8,14,21

108:7 109:9
112:12 119:20
134:21 135:15
145:16 155:2
163:13 164:22
167:3 172:5
177:3 181:13
211:12 223:8,11
230:1 235:13

**Background**
26:12

**badly** 230:4

**Bali** 110:10,11

**bank** 168:17

**banner** 65:8

**bars** 60:13
170:16,22

**base** 150:6

**based** 15:22
16:23 50:11 85:8
89:3 92:19 95:14
105:16 106:12
164:2 208:17
212:11 234:14,16

**basic** 73:10,11
76:10,12 103:19

**basically** 29:10
36:6

**basis** 33:12 75:3
76:12 194:14

**Bates** 39:21 70:5
77:2 108:19
112:13 156:19
169:9 176:7
207:11

**bathroom** 58:11
162:25

**began** 83:14

159:8

**begin** 22:6

**beginning** 6:9
145:19 211:15

**begins** 94:25
142:11

**behalf** 6:21,23
114:18

**believed** 180:15
230:11

**belly** 154:13

**benefit** 17:15
198:15 228:1

**benefits** 92:25

**Berlin** 20:3,5

**Bethany** 6:23
250:15

**big** 138:17 144:3
242:20

**bike** 59:17 60:4,
13

**bikes** 19:17
20:22,23,25
222:4 223:2

**Bill** 209:18

**bit** 34:7 56:3 65:9
100:16 209:23
222:4 244:7

**black** 56:22
57:21,22,25
101:25 102:5

**blind** 63:2

**block** 74:2 121:6
227:4

**blocks** 123:20
143:9 245:11

MICHAEL PELLETIER                    April 01, 2025                          267
83433                                                        Index: blood..car

**blood** 21:4

**blue** 56:19,24,25
57:6 62:19

**Bodnar** 6:24
65:17,18,19,23,
24 67:17 68:12,
24 69:10 86:3
123:21 125:9
129:19 164:16,25
166:19 169:15
172:23 180:3,15
181:16 188:17,20
189:16 206:12
232:17 248:3,10
249:6,12,23

**Bodnar's** 188:8
249:12

**body** 21:25 22:3
23:17 34:1,13
36:7 78:24 79:2
85:16 140:1
172:6,15 197:7
198:23 234:11

**bones** 23:21

**booth** 87:3,9,21,
23,24 88:2,5,8,
16,19,24 132:18
146:7,12,25
147:5,21 154:1

**booths** 82:14,15

**bottom** 98:12
118:11 127:25
135:17

**bought** 20:24

**box** 170:12

**boy** 252:14,22

**brain** 116:7

**break** 11:1,3

23:20 58:11 62:4
108:2 163:1,6
214:21,22 235:9

**Brian** 6:11,16
8:23 13:9 14:12
15:6,11,20 17:2
27:16 54:19
67:17,25 68:9,12,
24 69:10 89:20
90:17 152:21
153:2 163:18
164:11,14 165:3,
6,16,19 166:19
167:5 168:7
170:9,21,24
171:4,18,20
173:23 174:3
176:2 177:2,24
180:9,16 184:20
185:9 187:23
188:1,13 189:8
190:9,25 191:23
192:3 193:5,14
194:17 195:4
196:2 197:22
198:1,18 200:6,9
202:9,15,20
204:24 205:3
206:1 210:1
216:14 217:7
222:3 223:17
225:6 227:23
228:23 230:21
232:11,21 235:2
236:23 237:12,25
239:20 240:4,20
241:13,15 242:22
243:4 244:8
245:1,4,6,15,21,
24 246:4,5
249:15 254:6,20,
24

**Brian's** 14:20

15:25 16:14
166:8,12,15
167:2 173:12
174:23 177:16
178:4 182:5,19
183:1,10,13
190:22 193:12
236:19 241:11,20
242:2,12,15
245:3,22,23
246:12 249:8

**briefing** 111:4,6
112:4 114:24
115:2,18 116:9,
22 117:2

**briefly** 44:8 91:18
117:20

**bring** 114:16
195:23 202:6
233:25 235:7

**broad** 34:7
103:14

**broadcast** 47:21
48:6,9 96:22,25

**broadcasts** 97:5

**broken** 107:13

**brought** 202:8
245:2

**bruises** 23:23

**built** 135:5

**bulletin** 196:19
198:25

**bumps** 23:23

**bunch** 240:16
244:5

**Burkeen** 107:19
235:18,22,23
236:14,17,22,23

237:11

**business** 24:15
93:22

---

**C**

---

**C-R-O-W-T-H-E-**
66:10

**call** 55:8,22 63:2
74:12 107:9
128:10,14 129:4,
7,8,23 130:2
131:2,12 142:6
147:11,12 150:6
222:22

**called** 74:1,4,8
82:12 123:21
128:3 142:16,22
218:9,12,13
250:7

**calling** 13:3 74:5
128:16

**camera** 13:3,5
203:6

**cameras** 202:17,
24 203:2,9,17,23
204:9,15 216:20

**Canada** 23:3,12

**Canfield** 14:7
35:8 36:3,19 49:1
86:24 87:12
118:20 119:7
132:13 154:1

**capable** 57:2

**capacity** 29:8
109:18

**caption** 6:11

**car** 230:12

**card** 99:13,15,23

**care** 91:3,15
209:7 212:23
214:1,8 246:20

**career** 22:6
23:13,15,19 31:6,
9 192:22 198:13,
15

**career-ending**
243:9

**careers** 23:17

**careful** 214:9

**Caroline** 6:18
211:7 252:13

**carries** 198:10

**Carson** 114:19,
20,21 180:2

**carts** 114:14

**case** 6:10 14:20
15:8,21 40:21
59:13 61:9,11
89:20 105:9
222:10 244:15
249:2

**cases** 61:5
224:15

**catastrophic**
168:13

**caused** 245:1,4

**caution** 58:21,22
60:25 61:23

**CCR** 25:5 26:24
27:2,3

**cell** 177:12 188:8

**center** 127:3,14

**CEO** 37:5,13 78:1

195:1

**certifications**
24:19 30:18

**certified** 7:18

**cetera** 113:16
246:1 253:11

**chain** 108:24
109:2 191:17
236:13

**champion** 190:7

**championship**
28:24 43:7,9,14,
21,25 44:4 49:3,
13,16 50:1,24
51:11 52:21
72:20 73:1 97:13
98:6 110:1 185:4
204:12

**chance** 158:20
228:10

**change** 40:10
122:11 198:4
204:4,6 228:9
235:3 240:8

**changed** 199:19
218:17

**changing** 199:6

**channel** 133:4,7,
18 151:1,3,6,9,
11,19,24 152:2

**channels** 133:10,
22

**characterization**
93:24

**charge** 163:5

**charter** 32:3

**Check** 176:13

**checkered** 56:23
57:16 114:3

**checking** 225:18

**chest** 98:4

**chief** 35:15,21
36:9 37:4 44:17,
18,20 65:13
126:18,21 127:6
128:4,24 129:6,9

**choice** 26:2

**chose** 23:13
71:16

**circulating** 220:1

**circumstance**
131:23 132:7
190:20 219:23
220:17

**circumstances**
220:20 222:15
228:4 229:8

**City** 247:2

**claims** 15:25
16:8,14

**clarify** 10:21
107:8 151:16

**class** 42:14,16,
17,20

**clause** 94:24

**clean** 125:17

**clear** 87:3 156:4

**clearing** 221:23

**clerk** 25:2,9,16
26:12,14,16,21
44:17 45:2 63:22
64:2,3,12,15
150:13,15 170:7

**clerk/registrar**
44:18

**close** 13:8 179:15
187:19

**closely** 76:5
124:6 206:22

**CMO** 114:19
149:16

**co-sanction**
42:24

**code** 72:22,23,24
73:7,23,24,25
74:1,13,14,18,19,
22,23 76:9 218:8,
12,16,22,25
219:3,9

**codes** 73:14,15,
20,21 74:5 75:4,
8,14 76:8 217:24
218:1,11

**cognizant** 58:24

**collaborate**
186:12 195:20
199:13

**collaborated**
80:10

**collaboration**
33:18 51:17
52:20 53:9
143:16 195:18,19

**collaborative**
99:21

**collect** 94:17

**collecting** 94:13

**collectively** 95:5

**college** 24:7

**colliding** 221:8

Case 8:22-cv-01295-TPB-CPT    Document 318-6    Filed 05/15/25    Page 269 of 301
PageID 13988
MICHAEL PELLETIER
83433
April 01, 2025
269
Index: colored..continuing

colored 62:12

combination
245:10

Combs 6:25
67:12 233:11,15
249:4,11

comfortable
124:24

command 87:20,
23,24 88:2,8,15,
19,23 127:22
132:18 133:6,7,
19 146:5,7,23,25
147:5,21 148:6
149:7 227:16,19

commanding
88:10

comment 148:3

comments 244:6

commission 27:3
109:11,19,21,25
237:6

common 247:6

communicate
56:25 85:5,12
90:16 133:8,9
151:23 152:8
157:17 220:11
224:18 225:1
231:10

communicated
69:3,6 150:20
220:6

communicates
157:16

communicating
88:6 152:4
224:22

communication
50:1 126:24
127:1 128:6,18
132:25 145:19,22
149:14,17 167:5
207:1,2 224:4
227:15

communications
24:16 97:25
148:13 165:15
187:21

community 212:7
242:20

companies 33:18
192:24 246:21

company 78:14

compensate
48:16

compensating
119:6

compensation
91:19 119:17

compete 21:12
99:11 158:20
193:6 197:15

competed 23:9

competing 14:15
21:14 68:20,24
197:13

competition
52:15 60:21
140:3 155:1
164:23 196:19
198:25

competitions
9:11

compile 174:18

completely

234:12

computer 214:18

concern 213:5,14

concerned
185:16 225:5

concerns 141:6
185:21,24 186:14
190:22 235:4

concludes 255:6
256:17

conditions 53:18
54:13,17 177:9,
25

conduct 10:1

conducting
126:22

conference 83:9

conferred 92:25

confirm 69:20
76:11

conflict 140:12

confusion 212:5

connected 97:18

Connecticut
21:23

connection 33:17
35:6,18 37:18
44:9 47:12 55:19
95:13 120:7,19
136:17 144:19

Connie 107:25
121:4,5 172:7,13,
16,19

consideration
92:24 136:9
137:24 139:2

considerations
136:16,25 137:7,
9

considered 28:7,
21 38:18 57:13
84:11,13 124:20
235:3

consisted 45:1

consistency
131:11

consistent 34:16
127:5 128:9
249:22 251:1

constant 149:17

constantly
161:12

consulted 55:18

contact 33:20
80:12 82:20
150:10 160:18
227:11 255:12

contacting 60:12
183:19,20

contained 188:7

contents 111:25

context 126:11
146:22 148:4,15

contingency
94:19

continue 7:6 18:2
33:11 61:22
62:10 68:24
108:9 163:14
187:9 209:12
225:25 232:14
235:15

continuing 22:15
33:15

contract 40:14
126:25 248:10

contribute 241:20
242:2,12,15

control 15:18
16:23,25 35:22,
24,25 59:18,24
60:8 80:22 81:5,
14 82:12 86:17
87:2,8,17 98:17,
24 99:19 104:18
105:15 121:25
122:3 127:2,14,
19 131:6 154:1
156:6 160:10
161:9 225:14
230:3,8,9 234:12
249:18

controlled 59:25
161:6 179:4
254:21

controlling 52:6
209:9

controls 107:3

conversation
165:7

conversations
67:16 69:9 177:4
205:25

converse 187:16

conversed
175:24 224:19

conversing
187:13

conveyed 183:9

cool 110:2

coordinate 49:19

coordinated

50:13 255:21

coordinating
48:21

coordination
124:2 143:17

coordinator
31:13,15,17
40:12 107:20,21
109:7 235:21

copied 176:8

copy 41:19 77:1
104:21 125:17
173:22 174:2
176:10 256:4

cord 17:9 75:1
182:9 185:18
189:9 227:23
228:16,23

corner 188:9

corporate 7:2
93:20 205:12

correct 16:10
20:16 22:25 27:1,
18 29:16 31:8
32:21,24 38:13,
15 41:9,13 42:2
43:11,22 44:1
48:14 49:10
51:12 58:4,9
61:21,24 64:14
66:2 71:23 72:7
75:15 78:20
79:20,21,24 80:2
81:6 83:20 86:4,
15,18 91:5,24
93:8 94:16 96:18
97:20 104:10
105:11,22 106:6
109:4 111:24
112:24 114:6

115:9 116:14
118:19 121:20
123:13,16 124:1,
11,17 130:21
138:8 146:10
147:1,18 150:1,
21 151:8,22
160:12 161:16
165:4 166:21
169:6 180:7
182:12,23 187:3
191:24 193:3
194:7 197:6
204:3 207:20
208:1 213:13
215:13 221:19
223:7 226:13,22
227:25 232:19
242:12 245:11,
12,16,18 246:15
247:15 248:1,2,5,
8,18,19,25 250:1,
10 251:7 254:12

correctly 26:3
128:7 142:16

cost 91:4,10

Coster 190:1,8
191:18 192:6,12
194:15

Coster's 192:2
193:10

counsel 6:13
12:1,4,11,18,23
14:24 18:1 93:17
148:13 215:16
222:8 239:20
240:2 245:8
252:8

countries 110:2

country 31:18
32:19

couple 58:14
110:18

courses 30:22

court 7:4,7 9:23,
25 10:2,5 255:7

courtesy 10:8
57:13

courtroom 9:24

cover 13:22

coverage 197:20

covered 26:11
116:24

covers 40:14

COVID 207:4

crack 244:15

crash 68:25
122:23 152:12,
15,17,22 163:17
164:15 170:24
171:4,18 218:19
225:19 236:19
245:1,3,4,15

crashed 13:9
164:14 166:20
171:21 224:15
225:7 237:12
245:7

crashing 163:24
170:7

create 98:16,23
99:18 179:14

created 72:8
99:15 170:3,5
178:3 254:6,15,
19

credential 94:14
99:3,5,6,8,12,17

**credentials**
98:13,17,24

**crew** 94:15
126:22 134:21
143:4,7,18
145:18 177:8,24
211:1 234:8

**criticize** 244:11

**criticizing** 244:15

**cross** 56:13,22
60:23 61:2,5,18,
20 62:18,21,24
129:24 156:10
223:3

**crown** 115:22,24
116:1,3

**Crowther** 66:8,10
76:5 78:1,3,6

**cup** 240:17

**curiosity** 122:2

**current** 9:5
235:21

**cursor** 216:11

**cut** 105:1

─────────────

**D**

─────────────

**D-I-N-G-H-A-M**
37:6

**D-I-N-G-M-A-N**
37:7

**D-U-R-T-W-U-R-X**
114:7

**danger** 136:13
138:9 142:14,20

**dangerous**
147:16 158:4,7

187:3,10

**date** 6:9

**Dave** 50:9,14
180:3 196:18

**David** 6:21 244:2

**day** 34:23 47:23
68:18 94:11
102:16 114:5
115:19 163:22
164:7,9 169:14
170:6 174:6,24
216:21 226:2
231:18 243:20

**days** 180:21
181:2 191:22
193:12 194:15

**De** 108:25 109:5,6
110:14 119:23
190:1,8 191:18
192:1,6,12
193:10 194:15
201:7

**deal** 150:16

**dealing** 146:23,24

**dealt** 31:17

**death** 127:11

**debriefing** 200:1

**debriefings**
231:22

**debris** 245:25

**decades** 192:13

**decibel** 122:12

**decibels** 122:5,14

**decide** 130:19

**decided** 22:16
202:16 203:10

**decision** 44:7
48:22 51:20
55:19 71:17
130:23 143:1
162:20 204:8

**decision-** 199:5

**decisions** 249:14,
16 250:4,8

**deep** 29:21

**deeply** 76:15
81:16,19

**defect** 244:13

**defects** 244:16

**defendant** 6:19,
22 9:19 249:6

**defendants** 6:24
15:21 16:1,9
249:5

**defer** 130:12
131:6

**deferring** 130:22

**degree** 24:12,14
61:13

**delay** 45:23 46:3,
8,9 47:8 48:2

**delays** 45:14
46:11 48:12,16

**delegate** 35:15,20
45:3 50:23 52:22
110:1,5

**department** 9:11
97:25 103:4,5
107:14 237:8

**depending** 96:2

**depends** 219:1
220:16

**depicted** 102:8

**DEPONENT** 8:11
15:3 16:18,20
17:20,23 37:11
41:20 43:17 47:4
54:24 59:8,10,21,
23 60:7,15 61:8
62:17,24 63:10,
16 68:14 79:5,16
83:10 84:15 85:1
88:12 89:24
95:21 102:5
116:21 118:2,5
122:25 124:23
125:8 130:10,15
131:1,10,20
132:3,10 135:12
136:5,22 137:5,
20 138:16
139:13,20 140:1,
9,17,21 141:8,22
142:6,24 144:2,
10,15,22 145:2,
11 146:15,20
147:8,18,24
148:17 149:6
151:3,16 152:19,
24 154:4,15
155:10,23 156:15
158:14 159:17
161:12 162:3,16,
22 163:3,7 164:9
165:12,21,25
167:15,22 168:3,
19,25 169:6
171:1 172:2
174:8 175:1,7,12
177:14,19 178:7,
15,23 179:3,11,
18 180:12,18,24
181:7 182:22
183:3 184:1
185:13,21 186:1,

16,20 187:25
188:25 189:13,23
190:14 191:3
192:9 193:8,16,
22 194:2,12,20
196:4 199:8,13
205:6,12 206:22
208:23 209:11
210:19 211:18,23
212:1,17 213:2,8,
17 214:3,11
218:11,25 219:5,
16,22 220:4,11,
16,24 221:13
222:19 223:23
224:1,11,17,25
225:9,21 227:15
228:6,12,18
229:3,5,10,21
230:7,14,18,23
231:4,9,15
232:14,24 233:4,
9,14,24 234:8,21
235:6 237:14
239:14,24 240:8,
13 241:22 242:4,
17 243:21,24
244:21,23 245:18
246:8,15 250:1,
14 251:7,21
252:4,14,22,25
253:13 255:1

**deposition** 6:10
9:15,22 11:9
13:16 70:9 244:9
255:6 256:17

**depositions**
16:11

**deputy** 236:1
237:5

**design** 104:17
105:14 244:13,

16,18

**designate**
139:14,18

**designated** 11:19
93:20 143:7
153:22

**designation**
18:22

**Designs** 166:6

**detail** 174:15

**details** 255:22

**determining**
136:18 137:2

**diagnosis** 221:1

**diary** 206:8

**died** 240:15

**difference** 128:16

**differently** 230:4

**digital** 7:17

**DING** 37:10

**Dingman** 37:5,7,
11,13

**direct** 78:15
90:21 131:24
134:14 156:11

**directed** 58:2,7
130:7

**directing** 226:13

**direction** 35:21
44:16 45:1,5,7,16
51:8,14,18,21
52:12 53:3 62:14
81:17,20 113:9,
18 121:18 136:17
231:2 249:18

**directions** 223:2

**directly** 111:9
237:9

**director** 9:7,8,12
26:17 28:1,9
34:24 35:2 41:4,8
44:17 45:3,18
50:24 52:22
53:14,16,22
54:13 55:3,12,15
62:15 64:16,25
66:4 74:11 78:9,
10,11 79:19
86:10,13 87:15
109:10 110:24
128:4,6,14,19,20,
24 129:3,4 130:4
131:2,7,12,16,24
136:23 137:1,10,
14,18 138:14
139:3 141:15
142:2,6,25
149:18 151:13,20
162:20 212:22
219:13 221:7,10
222:16 224:8,21,
25 225:6,18
227:20 228:3,22
229:14 231:15
236:1 237:5
249:20

**director's** 141:22

**Dirk** 108:25
109:5,6 110:14
201:7

**dirt** 19:17 20:21,
23,25

**Dirtwurx** 113:12
114:7

**disagree** 59:23

**disagreed** 162:20

**disaster** 125:13
210:4,6

**discipline** 31:13
107:13 237:8

**disciplines** 28:2,
3,4,7

**discontinue**
53:18 54:13 55:6

**discontinued**
55:2

**discretion** 141:23
222:22

**discuss** 45:23
51:5,9,18 89:19
93:25 113:15
117:7 180:21
195:23 207:22
208:21,25

**discussed** 12:1
30:20 123:6
127:20 181:24
208:14

**discussing** 18:25
62:13 83:17
93:17 111:19
202:23

**discussion** 19:10
177:1 202:9,19
203:1

**discussions**
204:23 205:3
206:11

**display** 82:25
83:3

**displayed** 155:7
217:3

**disposal** 30:8

distinguish 61:2

distraction 220:1

distributed 96:17

Doc 188:12

doctor 213:18
224:17 234:10

document 11:7
39:20 40:4 69:25
70:11 71:21
100:4 101:20
104:22 108:13
111:14 118:7,15,
20 125:18 126:3
156:18 157:18
158:2 169:8
176:6 179:21
188:5 200:12
201:5

documents 12:3,
13 37:25 174:9

domestic 9:10
28:25 94:15
97:13

draft 110:15,18
112:22 119:24

driving 249:7

due 15:15 17:6
19:21 55:8,9 65:7
106:7 136:11
138:2 223:4

duly 8:15

duties 44:11 53:2

---

**E**

---

e- 112:3 191:16

e-briefing 110:22,
25 111:15,18,20

112:1

e-mail 108:24
109:2 110:19
111:13 112:22
113:9 119:24
120:2 169:13
172:5,6,18,22
174:10 175:4,10
176:8,15 177:5
183:18 191:18
192:2 196:17,21
197:8 198:24
201:7,9,12
236:13 237:11

e-mails 184:17,20
206:8 207:6
236:18 255:22

E2 53:1

ear 224:12

earbuds 135:6

earlier 31:5
100:16 112:18
123:14 168:11
209:23 217:23
226:8 235:18
238:3 244:3
246:19

early 22:12

earn 95:16,19
197:18,20

earthquake
210:10,14

educate 56:14

effect 77:15

effectively 130:22

efficient 45:20
47:1,12 53:4

effort 99:21

egress 45:24
47:15 53:10
113:25

eight- 215:8

electronic 111:4
118:11

electronically
118:14

Eli 236:14

eligible 197:14
198:6,12

eliminate 48:22

eliminated 48:17

elite 28:21

emergency 30:23
90:25 91:3,15
125:19 126:4
127:25 134:5
135:16 143:16,24
145:17 153:6
155:6,8 156:2
209:22 212:12
250:23,25 251:9,
12,17,23

employed 8:24
9:1 90:9

employee 40:17
119:4 209:20

employees 247:2

employment 9:5

EMT 30:25

EMTS 247:1,12

encounter 59:18

end 57:17 116:4
170:17,18 196:24
198:13

end-of-year
199:23

ended 31:10
155:2 192:22
197:3

endo 170:12,15

Energy 72:19,25

England 21:21,22

ensure 30:6
45:20 52:15
53:17,23 116:17
143:21 161:5
224:22

ensuring 31:18
47:12 140:3

enter 221:24

entered 77:19
111:12

entering 53:10

Entertainment
18:21 19:6

entire 34:6,12
87:3,9 145:24

entities 28:20
144:4

entitled 44:11
50:19 63:22
71:21 72:17
78:16 80:14
90:24 94:17 97:9
98:12 113:9
143:3 145:18
149:13

entity 18:12 234:9

enumerated
11:20

environment 21:7

230:12 245:15
254:6,15,19

**environmental**
25:6 30:2,3,4,6,7
72:24

**equipment** 36:1
44:20 133:14
135:9 143:8

**essentially** 60:5
119:7 124:8
152:11

**et al** 6:12

**evaluating**
137:10,11,17
138:13 139:2

**evaluation** 127:1

**evening** 116:1

**event** 14:17
27:16,21 32:5
34:6,12,24 35:16
36:5,13 37:18
38:17 39:2,19
44:16 45:8,21
46:8 47:1,6,13,21
48:3,8,9,25 49:25
50:13,14,19 51:3,
4,14,19 52:17,25
53:2,5 56:18 65:2
67:2,23 68:5
70:19 72:6 73:4,
15 74:6 80:5,9,
11,18 81:2 84:1,
23 86:20,22 87:1,
12 88:3,20,21
90:14 92:2,12
93:6 96:6,8,11,
13,16,21 99:10
103:15,17
104:14,17,18
105:14,15,19
106:5,11 107:15

111:8,13,22
112:5 113:4,15
114:16 115:8
117:15 118:21
119:15 120:19
121:22 122:3
123:9 127:7
131:11 132:13
138:25 139:1,24
140:2 143:23
154:1 155:13
157:14 160:3,4,
25 164:18 165:10
167:12 168:16
169:25 173:4
174:20 180:21,22
181:2,16 182:2,9
185:18 191:23
205:16 206:11
207:18,22 208:6,
21 209:1 210:8,
17 212:9,15,25
213:11 231:19,23
241:2 243:10
246:25 248:18
251:19 252:2

**events** 29:3,6,9,
23 32:18,20,22
33:21 41:10
42:25 45:14
75:20,21 76:7
78:23 79:14 91:4,
16 94:9,15 97:13,
23 98:18 103:7
105:24 106:8
107:6 116:4
120:8 133:16
136:3 139:9
140:25 168:1
180:25 183:23
202:5 203:23
206:20 207:5
208:15 210:14

212:24 246:22
247:7,13 248:12
249:24 251:4
253:6,17,18

**eventually** 162:25

**everything's**
33:25

**exact** 25:11 36:10
114:21 147:24
190:4 209:20

**exam** 25:24,25
26:1

**EXAMINATION**
8:17 243:25
250:20 253:1,25

**examined** 8:16

**examples** 223:9

**exchange** 113:14

**exclamation**
158:23

**Excluding** 38:24

**exclusive** 93:1
98:16,23 99:18

**exhibit** 11:6,7,10,
12,16 39:21,23,
25 40:4,7 41:18,
22 70:1,12 76:23
77:2,4,9 100:4,5,
7,24 101:1,21,24
102:1 103:20,21,
23 104:3,12
108:13,14,16,20,
23 111:15,16,21
112:12 117:17,21
118:3 119:20
125:23 126:3
134:8,13 135:16
156:19,20,22
157:5,7 169:9,13

172:5 173:17,21
176:7,14 179:22,
23 188:2,6,7
191:8,9,12 196:6,
7,9,16 200:12
201:6 207:7,11,
15 211:9 214:18
215:23,24 216:1,
5,9 236:2,4,8,11
237:19 238:4
250:24 252:12

**exit** 58:2

**exiting** 53:10
114:2

**expect** 110:8,9
218:8 222:16
223:16 224:1,4,
21

**expected** 124:16
152:7

**experience** 47:20
50:11 56:14
63:11,12 85:8
88:22 89:3 123:5
136:2 137:1
157:13,15,21
158:9,25 178:2,
19 181:19 193:11
212:12 217:2
218:22 219:20
223:15 224:14
247:19 251:24

**experienced**
67:22 68:5
193:19

**experts** 244:14

**expires** 26:7

**explain** 16:22
37:22,24 42:19
85:23 198:9

225:12 230:8

**exploit** 95:12

**exploitation** 93:2

**exposure** 97:9,
12,19,22 98:2

**extensive** 136:2
193:10

**extent** 14:22
16:19 19:5 171:8
223:21,25

**extra** 119:17
176:10 200:14

**extreme** 58:21,22
60:25 61:22

**eye** 148:2,10,18,
25 149:1

**eyes** 87:14 162:7,
13 221:8

---

F

**F5** 49:6

**Facebook** 239:2

**facility** 47:16
53:9,12

**fact** 100:19 183:8
185:17 244:9
245:1 249:4

**facts** 182:16

**fair** 10:10,11 19:3
38:22,23 39:3,4
52:15 97:3 99:3,4
103:3 128:21,23
140:3 182:20

**fall** 20:12 106:23
150:17 151:24
152:4,14 153:1

169:12,18,21,24
170:9 186:5,7
187:12

**falling** 221:9

**falls** 39:11 106:9

**Fame** 192:20

**familiar** 18:22
73:6,14 75:14
87:20 103:18
122:15 125:1
126:6 179:8
196:15 204:13
205:16,21 215:9

**familiarity** 73:9

**family** 20:23 21:1
23:25 242:20,23,
25 243:2,3

**fans** 247:4

**farther** 156:25

**fashion** 212:25

**fatalities** 212:6

**featured** 97:4

**February** 25:13
27:17 70:16
159:9 169:14
175:5 180:2,9
182:1 191:19,22
193:1 246:6
249:16

**federation** 64:7,9

**federations**
109:24

**fee** 91:22 92:2,6,
10,13,17,21,24
93:5,10

**feed** 82:25

**feedback** 231:12

**feel** 124:24
158:21 231:7
234:3 252:23

**Feld** 6:11,22 7:3
18:10,12,17,21,
25 19:1,6,7,10
33:11,16 44:6
49:17,19 50:4,6,
15 76:18 77:13
78:22 80:10
85:24 87:25 88:4
89:10 90:9 91:2,7
92:6,17,23,25
95:12 96:12,14,
16 97:14 98:4,15,
22 99:15,17
105:9,20 106:14
113:12 116:12,18
117:4,15 121:6
123:14,23 124:3,
9,14 132:17,23
133:1,5,8,12,15,
24 134:14,17
135:3,10 143:7,
17 146:24 149:11
153:6,15,17,22
154:2,11 172:23
173:3,13 176:16
177:2,4 180:2,3
183:20 187:17,
18,22 195:21
196:18 199:11,
16,20 206:12
207:22 208:15
209:2,20 210:25
226:21,24 227:1,
4,5,9,10 241:4
242:14 244:3
245:10 246:19
247:20 249:17
250:9 251:2,25
253:10 254:4,13

**Feld/ama/astars**
207:18

**fell** 150:19 152:8

**felt** 142:11,13
145:12 230:25
232:20 233:2,7
234:25 254:23

**filed** 171:21 238:9
240:20

**fill** 32:4

**filled** 90:8

**FIM** 24:23,25
25:3,17,19 26:12
27:4,24 42:9,12,
20,24 43:10,20,
24 44:2,7 69:13
70:18 71:9,13,14
72:2,13,20,21,22,
23,25 73:6 76:9
108:25 109:1,7,
13,20,22 110:15
112:23 119:24,25
120:3,6,15,19
145:3 197:16
198:5,7,10,11,21
199:24 200:2
202:4

**final** 51:19 130:23

**financial** 93:21

**find** 82:14 171:3,
18 201:1 252:17

**finder** 183:8

**fine** 62:2 200:16

**finish** 10:9,10
58:10 155:18

**finished** 31:5
243:13

**fire** 230:12 246:25

Case 8:22-cv-01295-TPB-CPT   Document 318-6   Filed 05/15/25   Page 276 of 301
PageID 13995

MICHAEL PELLETIER
83433

April 01, 2025

276
Index: Fix..forward

**Fix** 236:2

**fixed** 91:21 92:3,6

**flag** 45:17 55:9,
16,20,22 56:22,
23,24,25 57:6,11,
13,16,18,19,21,
22,25 58:19 59:1,
10 60:18,19,23
61:3,5,20 62:17,
18,19,22,24 63:1
114:3 128:3,10,
19,22,23 129:7,8,
11,23,25 130:2,8,
20,24 131:2,8,12,
17,25 132:14
134:21 136:19
137:2,11,18
138:13 139:3
141:13,18 142:3,
15,22 154:21,23,
25 155:5 156:5
177:11 178:3,11
179:8,9 219:8,13,
19 220:9,14,21
221:11 222:11,
17,22 227:8
250:6,7

**flagged** 237:12

**flagger** 38:10
62:13,21 134:15,
17 135:1 227:9

**flaggers** 38:5,19
39:2 47:17 63:6,
20 74:7 84:7,10,
11,16,19 85:11
116:9,11,13,18,
19 117:2,9,14
123:12,24 124:14
129:17,21,22
133:1,5,9,12,24
151:13,17,20
152:6 252:1

254:13,14

**flagging** 15:15
16:6 36:9,10
58:11 63:7
251:18

**flags** 52:8 56:3,7,
10,17,19,22
58:18 62:12 85:4
155:13,17 156:10
224:2 245:11

**flashlights**
204:21

**Fleming** 107:25
121:5 172:13,16

**flight** 110:13

**floor** 80:23 81:5,
7,11

**Florida** 27:17

**fluid** 46:19

**FMNR** 64:4,6

**FMS** 77:3 94:17
98:8 108:19
112:13 119:21
169:9 176:7
179:22 196:12
200:12 207:11
214:18 216:9

**focus** 161:22

**folks** 39:13 124:3
150:10 151:13
154:2 248:6
254:5

**follow** 176:4
238:18 239:9
244:4,7 254:2

**follow-up** 243:14
252:7

**footage** 204:10,
11 217:2

**form** 14:22 16:16,
25 17:19,25
43:16 47:2 54:23
59:20 60:6,14
61:7,15 62:16,23
63:9,15 68:13
79:3,15 84:14,25
85:21 88:11
89:23 95:20
116:20 122:24
124:22 125:7
130:9,14,25
131:9,19 132:2,9
135:11 136:4,20
137:3,19 138:4,
15 139:12,19,25
140:8,16,20
141:7 142:5,23
143:25 144:1,9,
14,21 145:1,10
146:14,19 147:2,
7,17,23 148:11
149:4,5 151:2,15
152:18,23 154:3,
14 155:9,22
156:14 158:12
159:16 161:11
162:1,2,9,15,21
164:8 165:11,20,
24 167:14,21
168:2,18,24
169:5 170:25
171:5,7,15 172:1
174:4,7,25 175:6,
11,17 177:18
178:6,14,22
179:2,10,17
180:11,17,23
181:6 182:10,21
183:2,25 185:12,
20,25 186:15,19

188:24 189:12,22
191:2 192:8
193:7,15,21
194:1,11,19
196:3 199:7,12
205:11,18 206:21
208:22 209:10
210:4,6,18
212:16 213:1,7,
16 214:2,10
218:10,24 219:4,
15,21 220:3,10,
15,23 221:12,20
222:12,18 223:19
224:10,16,24
225:8,20 226:6
227:13,14 228:5,
11,17 229:2,9,16,
20 230:6,13,17,
22 231:3,8,14
232:13,23 233:3,
8,13,23 234:7,20
235:5 237:13
239:13,23 240:7,
12 241:21 242:3,
16 243:12 244:20
245:17 246:7,14
247:9,16 248:14
249:1,25 250:11
251:6,15,20
252:3 253:12
254:25

**formal** 9:23 185:1

**format** 115:21,23,
25

**formats** 115:20

**forms** 32:4

**fortunate** 23:22

**forward** 7:20,23
8:1,4 232:7

found 182:6,7,23

free 48:17,22
68:25 83:13
88:19 152:22
159:8 160:2,13
163:24 164:4
177:7 216:21

frequencies
133:18

frequently 19:23
49:24

Friday 112:18
113:3,13,19
114:10 121:17,
19,22

frivolous 16:15

front 18:8 101:20
117:22 208:17
227:4

fuel 71:25

fulfill 41:6

full 8:21 13:4
47:23 60:7 214:3

full-time 40:19
119:4 198:12

fully 16:2 59:24

function 150:15

functioning 226:1

functions 51:13
87:2

funds 96:10,16

funnel 156:9,15

future 160:6
186:9 233:21
234:6

**G**

Gain 99:10

Gallagher 14:4
16:12 35:4 36:15
45:2 86:13
108:25 151:20
158:10

Gallagher's 13:19
157:8

gate 55:4 94:3,6,
9,14 114:2
138:17,21 223:10

gave 95:11
104:21

general 33:22
49:22 87:22
112:3 113:21
115:23 162:12
202:2 203:6

generally 49:23
78:23 79:1 82:1
113:22 115:17
152:3 183:5,12
184:9 190:12
247:19

generated 94:6,9

generically 244:6

genesis 204:8

gentleman 38:7
66:12 67:11
146:6 226:16
227:3

gentlemen 146:6

give 8:8,9 10:8,19
77:1 80:4 90:19
134:11 137:24
140:17,19 148:7

158:20 178:12,20
179:1 211:6

gloves 227:1,5

glowing 226:25

goal 113:14

good 6:15,18
8:19,20 79:7
144:5,7,12 163:4
197:19 201:3
209:6,11 215:5
221:1 243:18

Gopro 202:23
203:2 204:9

Gordon 6:21 7:1,
25 8:2 17:24
58:10,15 79:7
83:7 100:12
104:23 105:1
135:11 144:1
147:2,17 149:5
154:3,14 162:2
176:10,13 191:9,
12 200:18,21,24
207:12 227:14
236:6 242:16
243:16,22 244:1,
2,22,24 245:19
246:9,16 247:10,
17 248:15 249:1
250:2,12 252:9,
18 253:2,13,21
254:2 255:4,25
256:2,11,15

governance
73:12

governed 60:5
72:20

governing 72:5

graduate 24:3,17

graduated 24:6

great 186:6
243:19 253:21

greater 178:3

green 56:23
57:18,19

grew 21:6,22

ground 60:12,16
123:22 221:9
222:3 225:19
235:2

group 29:14
45:16 51:3,4,14,
15,17 52:13,17
124:12 136:17
203:15,16 208:20
249:12

groups 53:9
114:3 124:7

guess 126:9
135:12,24 183:6
185:7 202:1

guest 94:18

guidelines
208:12,14 253:7

guys 220:6

**H**

Hall 192:19

Hampshire 20:3,
5,7 24:11

hand 8:7

handed 104:22

handle 35:22
60:12 170:16,21
240:14

handled 233:19

hands 112:7
221:5 242:5
252:23

happen 60:16
113:3 124:15
150:22,23 168:1
181:11 236:11

happened 13:9
141:16 142:1
152:11,17 167:2
174:24 181:22
224:15 232:11

happening 85:13
87:19 218:7
233:22

happy 11:1

hard 99:12,15,23

Harrison 191:20

Harv 89:5,7,10,25
90:8 133:20
146:8 147:14,15
149:10 227:16

Harvey 89:5

hazard 58:20
59:4,16,18
244:12

hazards 54:5
244:25 245:2

he'll 18:3

head 68:7 86:6
132:10 159:23
168:15 186:11
190:6 223:13
238:21

headed 117:4

heading 53:13
98:2 128:1

135:19

headset 159:19,
21,23

hear 219:8 225:14
229:5 239:24

heard 17:8 28:15
88:17 146:17
148:2,3,10,18,20,
22 165:23
168:19,23 225:6
243:17

hearing 148:17
163:23 164:6
169:2,3

hears 56:1

heart 247:5

heat 233:2 254:23

heats 116:2

held 10:25 24:22,
25

helmet 134:15,16,
23 135:9 202:16
203:6,9,17,23
204:14,20

helmets 133:25
134:25 135:4
203:18 204:16,18

helping 65:1

helps 237:7

Heras 209:18

Hey 188:12

hierarchy 37:2

high 13:3 24:3
46:5 152:12,15

higher 87:14
140:14

highest 36:23
74:23 139:15
219:5,7

highlight 112:8,
10

highly 160:4

hill 244:10

hindsight 228:2

Hinz 191:19
194:23 195:3

hired 31:14

history 132:3
199:21

hit 122:5 245:21,
25

hold 41:14 157:19

holding 74:16
103:17 217:19,20

Holter 37:4

home 33:12 64:7,
9 150:6

honest 43:18
126:10

hoping 37:24

hospital 174:20
247:4

hostage 10:25

hotel 121:2,11,13

human 213:20

humidity 122:13

hurt 27:16 187:7

_____

I

_____

I-V-O 71:5

Ian 191:19

idea 135:6 136:5
192:6 193:11
212:11 220:8

ideas 186:13

identification
11:11 39:24
76:24 100:6,25
103:22 108:15
117:18 134:9
156:21 173:18
188:3 196:8
207:8 216:6
236:5

identified 39:1
71:9 218:1

identifies 83:18

imagine 38:21

immediately
53:16 58:3 64:2
74:3

impeding 57:3

important 10:18
116:6 131:13
140:10 141:2,3
167:10 206:17

impose 45:10

improve 53:4
144:16,25 187:6
232:10

improved 232:6
234:6

improvement
144:8,13

improving 145:7

incident 56:9
63:3 68:15 73:16
74:2 138:14

171:23 188:1
192:7 194:16
202:16,20 210:2,
10 230:21 238:3
239:16 240:23,25

incidents 126:24
168:3

inclement 55:3

include 52:6 53:3
181:11 251:11

included 153:2
218:4

includes 83:21

including 50:23
93:1 143:8
249:15

inconsistent
251:16,25

incorrect 216:8

independent
15:10,24 22:23

independently
250:8

indicating 83:8

individual 15:1
19:6 88:23
131:12 134:20
146:24 147:21
185:6 205:15

individually 61:1

individuals 37:17
89:2 119:14
124:3 129:5
143:21 148:5
169:16 180:9
186:13

industry 111:12
237:23

inform 170:7
236:17

information
70:19 112:7
113:14 115:23
145:5,8 150:19
152:4,7 165:5
166:14 167:1
170:21 178:8
182:5 183:13,16
189:20 205:25
233:18 234:14
251:12

informed 68:23
164:13,20,24
166:18,22

informing 199:20

ingress 45:24
47:15 53:10
113:25

inherently 158:3,
7 187:10

initially 218:12,16

injured 29:18
122:16 136:10
137:25 141:6,19
168:7 173:3
185:22 187:23
191:23 209:8
210:17 213:24
230:5 232:10
247:3 248:23

injuries 23:23
127:1 177:16
178:4,20 212:7
241:11,14,20
242:2,12,15

injury 17:6,7,9,12
55:9 61:6 67:23
68:5 75:1 120:14,

18 136:12 138:2
165:13 166:15
167:2,13 168:13,
20,23 169:3,4
174:23 180:16
182:5,9,19,23
183:10 185:18
188:13 189:9
227:23 228:16,24
243:10

input 72:13

inquiry 237:11

inside 45:25
159:13 217:4

inspection
121:24

inspector 35:15,
22 44:20

Instagram 176:17
239:1,3,6

instance 85:13
137:12 139:4
165:8

instances 47:19
141:4,17 161:17
162:19 168:12
179:8,9 221:22

instantaneous
218:19

instruct 14:24
148:12

instruction 155:4

instructs 10:14

insurance 31:22,
23 103:15 106:12
107:12 197:16,19
198:10 253:7

intend 19:5

intended 212:5,
13 253:9,15

intent 197:14

interdependence
128:1 135:20,23

interest 186:23
187:5

interested 174:2

interesting 110:7

interfere 46:25

internal 129:22
176:16 191:16

interpretation
84:7,15

interrupt 70:4

interrupted 61:25

interruption
177:13

interviewed
240:19

introduce 6:13

invades 171:9

investigate 234:4

investigated
240:25

investigation
171:10,22 240:23
241:5,8

invite 179:24
180:1,9 181:23
207:16

involve 245:9

involved 22:13
28:9 43:12 48:21
77:22 81:16,19
89:12 106:17,21

165:10 187:14,15
192:12 193:4
195:6 204:6
206:10 218:15
220:21 241:1
248:10

**involvement**
42:12

**involving** 73:16
163:17 183:23

**issue** 57:23
98:16,23 99:18
186:14 197:23
198:1 245:24

**issued** 71:15,16

**issues** 46:11,14,
16,20 93:20
113:15 223:11
244:13,18 246:3,
4,11

**items** 198:23

**Ivo** 69:17 70:24
71:2,5,17 112:25
120:10

---

**J**

**J-A-R-R-Y** 38:12

**J1** 91:23

**James** 6:25 37:4
66:13 159:11

**Jan** 150:14,20
151:23 169:13,18
172:6 173:7

**Jan's** 175:4

**January** 109:2

**Jarry** 38:8,12,16,
18 226:18

**Jeff** 35:8 36:3,5
48:25 86:24
118:20 132:13

**Jensen** 107:19
235:22

**jersey** 192:19

**job** 19:21 70:25
75:14 123:4
144:5,7,12
178:13,21 179:15
214:4 225:13

**jobs** 41:14 160:17
213:18

**jog** 69:24 205:24

**John** 6:24 13:19
35:4 45:2 65:17,
18,19 86:3,13
108:25 113:12
117:3,5,7 124:5
125:9 129:19
133:5,7,17
151:20 157:8
158:9 191:19
194:23

**judge** 10:2

**judgment** 15:23
56:1

**July** 77:19 201:9

**jumbotron**
216:24 217:4

**jump** 58:25 59:5,
14 60:2 63:2

**jumping** 244:10

**jumps** 61:1,23

**June** 201:13
202:21 204:25
205:4 238:10

**jurors** 56:15

**jury** 10:3

---

**K**

**K-E-V-I-N** 66:10

**K-R-A-V-E** 29:15

**Kaczmarzyk**
172:23

**Katerina** 172:23

**Keefe** 166:2,5

**Kennedy** 14:5
16:12 35:9 36:8,
21 63:19 123:6,
10 124:6

**Kennedy's** 13:19
70:9

**Kennedye** 6:25
66:13 224:12
233:1 249:7,13

**Kenneth** 19:7

**Kevin** 66:8,10
76:4 78:1,3,6

**Khella** 7:1

**kind** 21:4 33:12
53:11 160:21
194:9 202:8

**knew** 165:13

**knowing** 228:1,15
230:4

**knowledge** 14:23
15:2 75:7 93:19
95:10 249:22

**Krave** 29:14

**KTM** 166:6 190:5
191:8,11,17
192:23 193:2

195:2 203:15

---

**L**

**labeled** 39:21
77:2 108:19
112:13 156:19
169:9 176:7
207:11

**lack** 248:22

**lanes** 53:11
222:20 223:1,3,4

**lap** 39:19 57:1,14
138:25

**lapped** 57:9

**lapse** 30:15

**lapsed** 24:22

**laptops** 83:5

**large** 83:8

**late** 19:14,20

**launch** 59:17

**law** 60:5 61:13

**lawsuit** 66:17
90:17 171:10,21
238:9 240:20
245:24 246:13

**lawyer** 9:24 10:14
79:6 216:16

**lawyers** 9:24
10:12 14:10
243:15

**lay** 61:17

**laying** 222:3

**layout** 113:24
114:11

**layouts** 222:25

MICHAEL PELLETIER
83433

April 01, 2025

**lead** 157:24

**leader** 124:8,9

**leaders** 57:1,3

**leading** 48:12

**learned** 99:2
183:10

**leave** 130:19
213:2

**Lebig** 237:22

**Lee** 166:6

**left-hand** 188:9

**leg** 180:16

**legal** 8:21

**Legrand** 237:20,
21,24

**legs** 228:24
229:13 239:22

**letter** 40:8

**letting** 196:18

**level** 59:25 60:8
82:13 87:15
122:12

**Lexy** 7:1

**liaison** 36:7 87:17
124:6

**license** 22:7,16
24:21 25:3,6,7,
10,13,17,24 26:4,
25 27:5,24 30:1,
3,5,10 198:6,7,
10,11,22

**licenses** 24:19,
22,25 30:18

**lightning** 54:3,15,
20

**limpless** 221:9

**Lindsay** 175:19,
24 176:1,24
177:22

**Lindsay's** 176:17,
20

**list** 50:22 70:22
97:17 128:15
174:14 201:18
247:20

**listen** 161:19

**listening** 161:12
162:3

**listing** 24:24

**lists** 44:14,16
45:13

**literally** 10:5

**live** 20:8,9,17
47:21 48:6
131:11

**lived** 20:10

**loaded** 214:21

**loading** 214:18

**local** 21:21 50:15
126:25 246:20
247:11,21

**located** 13:3

**location** 82:4,5
136:12 138:6
161:3

**locations** 115:20
161:18

**logo** 42:4,6,9 97:4
98:3 100:17,19
101:6,8,9,16,17

**logos** 97:4

**long** 9:12 20:10
32:6,25 76:15
90:15 103:1
107:2 110:13
116:7 243:20

**longer** 46:24
168:8 204:15

**looked** 13:15
102:24 231:22
248:7 250:22

**lot** 63:10 95:10
139:13 168:3
177:3 180:24
190:20 198:17
225:10 252:21
253:17

**loud** 122:7

**loudly** 7:10

**low** 152:11,15

**lunch** 108:2

---

**M**

---

**M-A-N** 37:11

**MA** 250:9

**machine** 229:25

**made** 44:6 47:11,
20,25 158:10
162:20 199:16
204:4 236:20
241:15

**mail** 110:15
191:17

**main** 33:19 51:23
57:2 80:11 116:3
139:1 151:11
160:24

**maintain** 80:22

81:14 149:17
161:9

**maintained**
145:22

**maintaining** 81:4
86:16 131:6
160:10 230:3

**maintains** 106:22

**maintenance**
54:6,9

**make** 7:5,8,10
15:23 33:24
45:14 51:19 63:3
109:24 114:13
121:2 122:7,10
130:23 142:25
157:22 187:22
244:9 250:7

**making** 53:3
55:19 199:6
237:7 243:19
249:14 250:3

**malfunction** 55:5
138:20 223:10

**manage** 143:8

**management**
44:17 50:20 51:3,
4,14,19 52:17
53:1,2 80:15
83:17 103:4,7,11
104:8 106:14,18
107:6 153:6,15,
18 252:18 253:5

**manager** 32:12,
16 33:1,4,5,9,10,
23 34:10 36:5
40:11,15,23
44:19 48:25 66:1,
6 67:21 68:4
75:19,25 78:5

79:22 80:3,10,19,
22 81:2,14 83:18
85:9 86:10,14,20,
22 87:1,12
118:21 129:25
131:5 132:13
137:16 154:2
160:9 166:5,8
167:13 185:19
193:25 194:9
201:22 212:21
230:2 234:4
241:2

**managerial** 83:21
84:3

**managers** 237:8

**managing** 34:5,
10,11 136:2
139:24

**manner** 161:6
214:9

**map** 112:6

**March** 207:25
208:19

**mark** 6:15 11:7
39:9 58:10 70:4
100:4,12 104:20
108:13 117:23
156:18 201:2
207:12 215:9
216:11 217:7
223:15 236:3
252:9

**marked** 11:10,13
39:21,23 40:1,4
41:18 69:25 70:8,
11 76:23 77:2
100:5,8,24 101:2,
21 103:21,24
108:14,17 111:15
117:17 126:3

134:8,12 156:20,
23 169:9 173:17,
21 176:6 179:22
188:2,6 191:8,13
196:7,10 200:12
201:5 207:7,11
216:5,9 236:4,9
238:4 250:23

**markers** 143:9

**marketing** 97:25

**markings** 102:22

**marks** 93:1 95:1,
4,5,12

**married** 20:19

**marshals** 37:21,
23,25 38:6 83:22
84:4,9,19 85:4
128:5,25 129:6,
10,13,17,18
149:18

**Marvin** 184:23
185:8

**mass** 210:10,13

**Massachusetts**
21:23

**materials** 75:23

**mats** 30:7

**matter** 162:12
244:4 249:5

**Mcadams** 35:8,
13,14 36:17 45:3

**Mcadams'** 35:18

**means** 60:24
61:22 64:25
155:1 156:13
198:17

**meant** 80:5 81:7

136:6,22 153:19
183:3 198:20

**mechanic's** 94:11

**mechanical** 57:23

**mechanics** 58:1
94:10 99:6,22
155:3

**media** 175:22
176:4,20 184:12,
14,15 204:11
237:22 238:13,
18,23 239:9

**medic** 6:24
126:16 217:22
247:25 249:23
251:3,11

**medical** 15:25
16:8 29:17,20,22
44:18 46:23 55:9
56:2 65:13 67:4
72:22 73:6,13
74:8,20 75:5 76:9
85:25 86:1,3
90:25 91:3,15
113:13 114:9,11,
18,22 125:2,19
126:4,18,21
127:6,24 128:4,
25 129:6,9 134:5
135:15 141:9,14,
20 142:3,14,21
143:4,15,23
145:17,18 149:16
151:13,21 153:6
155:6 156:2
173:7,22 174:8
175:2 177:11
178:4,8,12,15,21
179:14 181:12
183:20 206:18
207:23 208:16

209:3,7,15,22
210:7,25 212:12
213:3,5,15,25
214:8 217:15
218:2,22 219:10,
12 220:22
221:11,15,23
222:20,21 223:3,
5 224:5,7 225:18
228:18 229:6,11,
15,19 230:18
234:8,24 240:13
241:7,19,22
242:1 246:19
247:21 248:11
249:7,14 250:4,
23,24 251:9,12,
17,23 254:15,19

**medication**
183:22 184:2

**medicine** 30:23
61:19

**medics** 212:23
222:2,11 224:18,
22 225:13 230:11
234:18 239:21
240:4 254:6,23

**meet** 113:6 209:7

**meeting** 12:4
63:19 67:9
112:19 113:3,6,9,
13,18,23 114:10,
16 115:10,14
116:15 117:4
121:19 123:5
124:13 126:23
143:20 144:3
157:9,11,20,24
158:2,11,18
179:24 180:1,5,8,
14 181:22 199:24
200:3,5,7 201:8,

Case 8:22-cv-01295-TPB-CPT   Document 318-6   Filed 05/15/25   Page 283 of 301
PageID 14002

MICHAEL PELLETIER
83433

April 01, 2025

283
Index: meetings..motorcycles

10,13,15 202:3,
10,20 204:25
205:4 207:16,21
208:2,19 209:15
231:22

**meetings** 12:5,7
117:8 160:5,6
180:20,25 181:5,
10,13,15 207:4
232:2,6

**members** 122:10
143:7,18 243:2

**memory** 26:20
35:11 69:24
168:17 205:24

**mentioned** 26:24
30:2 31:4 52:1
78:2 88:4 124:5
127:23 235:17

**mess** 166:6

**message** 188:11,
17,18,20 189:13

**messages** 206:6

**met** 208:20,25
244:2

**meter** 122:4,14

**method** 245:23

**Metiva** 6:25 66:20
233:6 249:4,11

**mic** 243:18

**Michael** 8:14,23
175:19 176:1,16,
20,24 177:22
179:25 180:1
201:21

**Michigan** 21:7

**microphone**
243:17

**Microsoft** 207:17

**mid** 22:12 221:9

**middle** 156:3
177:6 191:17

**midnight** 175:10

**Mike** 6:10 50:5
108:25 110:25
127:11 172:23
196:17 235:23
236:13,17,22
237:5,6,9 255:6
256:18

**mind** 125:22
186:14

**minimize** 187:6
197:22,25

**minor** 24:16

**minute** 40:4
108:20 157:4
169:10 173:23
196:13 203:10

**minutes** 46:24
163:9 201:8,12,
17 202:12

**Mischaracterizes**
222:13

**missed** 115:15
200:18

**missing** 200:24

**misspeaking**
215:25

**mistake** 241:15
244:10

**mitigate** 103:16
187:9 253:8

**mix** 165:1

**mobile** 85:25
86:1,2

**modifies** 45:14

**mohawks** 204:19

**moles** 123:22

**moment** 25:8
90:19 94:12
134:11 138:23
162:24 168:22
233:2,20 254:23

**Monday** 172:8,20
177:2 181:3

**money** 95:19

**monies** 96:10

**monitor** 83:9

**monitored** 145:23

**monitoring** 65:3,
4

**monitors** 82:22

**monsoon** 54:2

**Monster** 72:19,25

**months** 32:7
189:2,5,8

**Moreau** 6:11,17
13:9 14:12 89:20
163:18 170:9
173:23 184:21
187:23 188:1,13
196:2 197:23
198:1,19 200:6,9
202:10,15,20
204:24 205:3
206:1 210:1
216:14 237:25
240:20 249:16

**Moreau's** 152:21
232:11 246:5

**morning** 6:15,18
8:19,20 63:20
112:18 115:3,7
123:7

**mornings** 181:4

**motion** 13:12,13
214:14,15
215:12,14

**Motoamerica**
28:13,18,25 29:3,
13,19,24

**motocross** 21:8,
10,12 23:4 24:1
28:5 31:12,13,15,
17 32:12,16 33:1
40:11 107:16,20
109:6,10,19,21,
25 110:8,12
182:8 184:10,12
235:21 237:7

**Motogp** 28:16,18,
24

**motor** 6:11,22 7:3
18:10,12,18 19:1,
10 33:11,16
49:17 50:6,16
76:18 77:13
78:22 90:10 91:2
92:17,23,25
95:12 96:12,14,
16 97:14 98:5,15
105:9,21 158:3
190:5 244:3
247:20 253:10

**motorcycle** 30:19
60:9 105:24
122:4

**motorcycles**
19:13 20:24 21:4
24:20 36:1 45:24
47:15 53:10

59:24 82:2
121:25 122:9
179:15 231:2
232:22 235:1
245:22,25

**Motorcyclist** 6:20
9:2 15:7 31:12
40:9 42:7 77:14
95:4

**mounted** 203:17

**mouth** 254:11

**move** 7:19,23 8:1,
4 57:2 65:7
177:9,24 228:24
229:13 239:21

**moved** 20:12
78:14 137:25

**moves** 123:20

**moving** 215:12
231:18 245:11

**mule** 249:7

**multi-
dimensional**
212:4

**multiple** 26:2
158:23

**Musquin** 184:23
185:8

**Muye** 50:5 109:1
172:23 179:25
180:1 196:18

**MX** 119:3,6,8
175:23 238:16

---

**N**

**N-E-W-B-Y** 38:14

**named** 249:5,6

**names** 95:1,3

**national** 197:14,
18

**naturally** 21:5

**nature** 14:20
31:20 45:24 51:6
54:3 70:20 74:25
117:6 122:1
125:14 166:15

**Nduka** 6:23 8:3,5
70:4,7 224:10
250:16 256:3,5

**necessarily** 61:8
155:10 178:24
186:16 199:1

**needed** 46:22
47:20 215:1
224:13,23

**needing** 62:14

**negotiating** 77:22

**Nest** 13:3,5

**Neve** 108:25
109:5,6 110:14
201:8

**Neve's** 119:23

**Newby** 38:8,14,
16,18 226:18

**news** 184:10

**night** 48:13
204:21

**non-supercross**
106:10

**noon** 112:18

**normal** 212:8,14,
25 225:24

**North** 195:2
203:15

**notes** 112:8 157:8
159:2

**notice** 11:8,21
93:18

**notified** 167:18,
20

**November** 196:21

**number** 10:17
70:5 77:4 78:18
94:21 97:17
119:24 125:23
139:9,11,15,18
140:25 179:7
191:10 197:8,14,
18,21 198:5,6,13,
16 211:9 237:19

**numbered** 198:23

**numbers** 198:24
199:3 236:2

---

**O**

**object** 14:21
16:16 43:16 47:2
54:23 59:20 60:6,
14 61:7,15 62:16,
23 63:9,15 68:13
79:3,15 84:14,25
95:20 116:20
122:24 124:22
125:7 130:9,14,
25 131:9,19
132:2,9 136:4,20
137:3,19 138:4,
15 139:12,19
142:5,23 144:1,9,
14,21 145:1,10
146:14,19 147:2,
7,23 148:11

149:4 151:2,15
152:18,23 155:9,
22 156:14 158:12
159:16 161:11
162:1,2,9,15,21
164:8 165:11,20,
24 167:14,21
168:2,18,24
169:5 170:25
171:5 172:1
174:4,7,25 175:6,
11,17 177:18
178:6,14,22
179:2,10,17
180:11,17,23
181:6 182:10,21
183:2,25 185:12,
20,25 186:15,19
188:24 189:12,22
191:2 192:8
193:7,15,21
194:1,11,19
196:3 199:7,12
205:11,18 206:21
208:22 209:10
210:18 212:16
213:1,7,16 214:2,
10 218:10,24
219:4,15,21
220:3,10,15,23
221:12,20
222:12,18 223:19
224:16,24 225:8,
20 226:6 227:13,
14 228:5,11,17
229:2,9,16,20
230:6,13,17,22
231:3,8,14
232:13 234:7,20
235:5 237:13
239:13,23 240:7,
12 241:21 242:3,
16 243:12 254:25

objection 17:19
59:7 89:23
135:11 141:21
143:25 147:17
149:5 154:3,14
187:24 190:13
199:16 205:5

objections 10:13
11:8 17:25
171:13

observe 87:2

obstacles 159:4

obstruct 114:14

obtain 24:12
25:9,24 27:5 30:9

obtained 26:4

obtaining 174:2

occasions 160:14

occurred 121:19

occurring 155:8
180:21

off-road 28:5

offer 40:8

office 29:11 33:13
76:4 100:11
107:9 153:7,12,
15,18 154:12
188:12,21
189:10,20 236:25
255:20

officer 37:4 44:18
65:13 106:15
126:19,21 127:6
128:5,25 129:6,9

officers 9:25

official 29:5 75:22
195:1 210:25

226:14

official's 44:11
102:10,11

officially 17:10

officials 26:18
33:13,24 34:3,21,
22 35:6 36:12
37:15 38:4,25
41:12 44:14,19,
24 49:7 50:23
64:17,24 70:20,
22 81:11,12
82:20 87:19 99:7,
22 115:19 117:5
121:7 123:3,4,9
127:2 128:5
129:1,7,10,14,20,
22 142:14,20
143:17 160:17,19
161:13 162:4,17
170:6 223:16,20
228:19 251:18

officiate 80:9

officiating 26:18
33:14 34:4 39:2
45:8 51:23,25
52:6,9 80:12
81:10,18 106:2,8

offline 255:22

Ohio 20:9,14

oil 30:8

Olympic 116:4

on-job 75:12,13

on-site 26:17
32:18 33:13,21
37:17 38:22
49:20 80:13
116:18 207:5
253:17,18,20

on-track 63:12

online 184:16

operate 36:2 41:4
47:16 251:18
252:1

operated 16:25
97:14 251:3

operates 249:24

operating 37:4

operation 87:3
225:25

operational 15:16
16:7 46:1 50:16
223:11 228:7
234:10 240:9

operationally
47:15 140:2
228:12 254:16

operations 80:23
81:5,8,9,11,15,16
87:18 140:13
151:11 160:11
212:8,14,25

opinion 225:15
240:5,9

opposed 131:25

order 47:21
155:24 252:15
255:10,16,25
256:4

ordering 256:16

orders 255:7,8

organization 22:1

organize 64:23

organizer 104:15
105:10,19 106:9
187:20

organizers 31:18
47:11 103:12

organizing 64:17

orient 124:15

original 255:10,
16 256:1

originally 20:3
40:9

outlets 184:13

outline 157:21

outlined 75:24
251:1

overlapping
51:13

override 131:17

oversee 9:10 28:1
41:12 85:16
237:7

overview 145:24

owns 94:25 95:3

---

**P**

---

p.m. 163:25
164:18

paddock 53:11
82:8 160:5
161:18 165:19

paid 92:6,18
93:10,14 96:4
117:11,12
118:21,25 119:1,
3,15 121:11

pains 23:23

panel 35:21 44:21
71:15,17

MICHAEL PELLETIER　　　　April 01, 2025　　　　　　286
83433　　　　　　　　　　　　　　　Index: papers..picture

papers 252:21

paperwork 31:19, 21,25 32:2

paragraph 126:18 136:9 142:10 149:13 192:1 211:14,25

paralysis 67:23 68:6

paralyzed 67:25 165:9 183:24 234:5

Paramedic 31:2

paramedics 247:1

paraphrase 254:9

part 31:23 43:15 52:9,10 67:3 78:21 79:17 80:17 81:20 83:25 119:23 127:11 172:7,18 204:14 212:13 242:22,24 249:11 254:18

Partially 16:3

participants 104:16 105:13 106:4

participate 114:10 199:23 201:15

participated 21:24

participating 17:2 21:19 23:2 167:11

participation

17:12

parties 104:17 105:14 187:14,15

partner 33:18

parts 13:23,24

pass 57:3 60:2 94:11,19

passes 94:18

passing 66:23,25

past 18:3 48:1,3 150:23 175:9 231:18

Patent 100:11

paused 215:8 216:10

pay 92:23 95:25 96:11 121:13 161:24

paycheck 119:18, 19

payment 117:20 118:17

payroll 12:14 117:24 118:10,15 119:11

pays 117:13

Pelletier 6:10 8:6, 15,23 93:18 110:25 201:21 215:20 250:22 252:6 255:6 256:18

pen 240:15

penalizing 52:1

penalties 45:10

penalty 8:7 71:16

pending 11:3

Penn 89:6 90:5, 16 133:20 146:9 149:10 227:17

pens 240:16

people 38:22 39:9,17 61:18 106:21,24 107:1 111:11 144:7,12 150:16 186:7 201:18 226:12 227:10 233:18 249:3,11 253:5

perceived 233:19

percent 94:14,18

Perceptually 242:21

Perfect 118:3 243:19

performance 126:22

performing 87:1

period 46:13,24 75:16 182:16

perjury 8:8

permissible 122:12

permission 197:13,16

permitted 203:22

person 7:12 36:23 39:5 66:15 146:12 147:4 164:25 207:3 226:20 227:7

personal 14:22 93:19 206:8

243:3

personally 66:14 120:9 165:21 171:17 184:1 197:18

personnel 29:20, 23 74:9 80:15 83:18,23 84:5,9, 12,13 85:11,24 87:25 88:5,6,18 132:17 133:15 153:23 223:3

persons 190:6

perspective 13:8 34:1,14 87:16 140:2 234:17 246:3,10

pertaining 19:10 98:17,24

pertains 18:14,18

pertinent 145:12

Phil 89:5,6 90:5 133:20 146:9 147:13,14 149:10 227:16

phone 177:12,14, 19 183:18 188:8

photographs 134:13 245:7

photos 239:10, 12,17

phrase 135:22 146:17

physics 60:5

pick 116:6

Picking 183:18

picture 101:21,24

102:9,25 134:15

pictures 12:19,20
13:14,15 238:3,6,
8 239:6,8

piece 81:18
131:13

Pistole 150:14,20
151:24 169:13,18
172:7

pit 44:19 53:11

place 22:20 31:19
64:8 75:9 76:20
82:1,12 96:3
112:19 115:3
125:3

places 110:8

plaintiff 6:16 9:18

Plaintiff's 11:8

plan 52:24 125:20
126:4 127:25
134:5 135:16
143:16 145:17
153:6 209:23
211:15,18 212:4,
13 250:25 251:1,
10,12,17,24

Plans 250:23

play 106:11
122:14 139:5
215:11 216:14
217:6 223:14

playing 54:10

plug 83:5

plugged 237:19

plugging 243:22

Plymouth 24:10

point 25:1 33:19
80:11 107:14,18
112:9 166:25
171:3,20 183:14
216:16 218:13
223:17

points 72:1
123:19 158:23

polo 101:25
102:6,20,21

pop 123:22

portable 243:18

position 9:6
32:11,17 33:3
39:5 40:12 78:8
96:1 146:12
160:16

positions 123:20
126:23

possibility
181:17 206:16
218:18 232:8

possibly 46:25
209:5

post 171:10
176:24 177:22
197:5 245:15

post-event
231:21

post-incident
167:4

posted 157:14

posting 204:11

posts 176:20

potential 54:4
61:6 75:1 141:6
188:20 221:2,4
236:24 237:1

243:14

potentially 59:3,
18 145:7 174:1
221:15

practice 48:17
141:18 164:3,5
177:7 209:6

practices 46:22
48:22 68:25
83:14 88:20
152:22 159:8
160:3,14 163:25
164:4 216:21,25
217:3

Prater 50:9 180:3
196:18

pre 42:22

predecessor 66:3

prefer 82:6

prepare 12:2 14:2

prepared 11:23
120:15 251:13

prepped 253:19

present 9:25 10:3
12:10 20:13
44:24

presentation
157:22

presented 25:18

presently 212:22

preserve 171:13

pressure 190:25
192:3 193:13,19
194:6,9,16
232:21

prevent 212:6
233:21

previously 39:1
41:18 69:25
75:20 77:2
101:21 111:14
126:3 134:12
169:8 173:21
176:6 179:22
188:6 191:13
200:12 215:24
250:23

primary 20:15
36:12 54:15

print 99:16

printed 99:12

printout 100:10
101:4

prior 67:5 101:15
111:7 114:16

priorities 139:23

priority 139:7,9,
11 140:7,14,25
141:10

privilege 171:9

privileged 14:25

pro 22:7,16
119:3,6,8

proactively
144:18 161:9

problem 18:5
140:22

procedure 69:1
113:21 155:16,23
173:5 200:8
232:15

procedures
208:13,15 234:9
235:3 242:6
250:25

proceed 8:13

proceeding 9:23
58:21,22

process 237:6

produce 46:8

produced 97:14

professional 7:17
9:10 21:16 22:6,
14,20,23 23:2,8,
20 24:1,16,21
28:8,14 31:5,10
60:8 90:3 182:8
185:1,17 186:24
212:23 213:25
237:22

professionally
22:4 23:11 144:4

professionals
213:3 217:15
240:14

programs 116:2

progress 57:4

prohibit 204:9

prohibited 203:25

prolonged 46:7,
13

prominently 98:4

promoted 32:9
97:14

promoter 18:19
29:12 49:3,13,17
50:2,25 51:11
52:21 204:12
206:18

promoters 127:2

promotional 93:2

proper 31:19,21,
25 253:7

propose 108:2

protect 104:16
105:13 212:7

protocol 125:13
129:22 208:10
210:9,13,16

protocols 122:16
125:2,6 206:11,
19 207:19,22
208:6,8,21 209:1,
16,25 250:25

provide 78:22
80:18 84:3 106:2,
6,8 133:14,19
245:15 247:3,13
248:11

provided 13:8
29:18 51:7 78:23
79:2 133:11
134:25 249:13
255:23

providing 13:4
83:21 86:9 93:18
209:7 212:23

provision 78:21

PTO 101:4

publicity 97:9,12,
18,22 98:2

publish 70:19
72:2 195:16

pull 211:4,11
252:13

purchase 94:11

pure 30:11

purpose 88:2
103:13 112:3,5

113:22 150:4
154:19 158:19
181:5 186:4
202:2 208:2
232:5

purposes 10:7
233:20

purse 96:6,8,11,
14,17

pursuant 93:17

pursue 22:16
23:13

pursued 31:10

pursuing 23:17

push 215:11
216:14 217:6
223:14

put 60:8 107:10
112:6 146:11
204:19,20,21
254:11

putting 65:1

Q

question 10:9,20,
22 11:3 117:8
131:4 132:6
178:18 192:7
194:3,15 214:6
241:17 242:8
246:19 250:19

questions 10:14,
17 126:2 150:17
183:7 202:6
243:14 244:4,5
246:18 250:13,16
252:6,11 253:22

quick 7:8 32:8

211:4 214:20,22

quieter 122:8

R

race 22:4 23:11
26:17 34:4,24
35:2,21 44:16,17
45:1,2,5,7,16,18
50:23 51:8,14,18,
21 52:12,22 53:3,
13,16,17,18,22,
23,25 54:11,12,
13,17 55:2,3,6,
12,14 57:7,15,17,
20 62:14 64:8,16,
25 74:11 80:14,
23 81:5,7,9,14,
16,17,20 83:17
86:10,13 87:1,2,
15,20,23,24 88:2,
8,10,15,19,23
98:5,8 107:10
113:9,18 114:4
115:13,22 121:18
126:23 127:2,13,
22 128:4,6,14,18,
19,24 129:3,4
130:4 131:1,7,12,
16,24 132:17
133:6,19 136:16,
22 137:1,9,13,18
138:14 139:1,3
141:15,18,22
142:2,6,25 146:5,
23,25 147:5,21
148:5,16 149:7,
18 151:13,20
160:11 162:20
166:6 190:6
219:12 221:7,10
222:16 223:4,6
224:8,17,21,25

225:5,18 227:16,
19,20 228:3,22
229:13 231:15
249:20

**racecourse** 38:20

**raced** 24:1

**racer** 184:16,17,
21 185:2 192:15
238:20,23 239:6

**races** 21:18,24
23:3,8,12 28:8
29:19 116:3
168:1 185:6

**racetrack** 15:19
16:23 17:1 35:23
45:11 46:7,12
47:16,17 52:7
54:7,10,19 55:5
57:24 58:20 60:1
63:2 65:2 73:16
74:2,16,21 75:6
80:7 82:9,24
85:13,25 86:17
87:9,13,16 88:5,6
114:2,12,15
122:6,17,23
123:19 124:4
155:20 159:4
160:13,15 161:5,
9,25 178:12
209:8 210:17
213:24 216:24
222:21 225:16
230:8 232:11
241:16 251:19
252:1

**racetracks** 186:1,
7

**racing** 9:7,9,11,
13 22:14,18,21
25:5 26:25 27:3,

24 28:1,4,5,6,7,
10,14 30:7,19
31:5,10 41:4,8
66:4 78:9,10,11
79:19 107:14
111:10,11,21
119:3,6,8 166:8
183:19 192:22
197:21 198:5
204:20,22 212:7,
22 236:1

**radio** 69:8 73:15,
20 82:20 132:25
133:4,10,14,18,
19,22 135:9
145:23 149:17
150:10 151:1
159:23,24
160:18,21 161:22
163:24 164:3,7,
25 227:11

**radioed** 170:6

**radios** 133:11
135:5 226:1

**radius** 54:16

**rain** 48:2,12,16

**raise** 8:6

**raised** 190:21

**ran** 22:1 197:22
198:1

**range** 73:23

**ranking** 36:23

**ranks** 22:15

**rates** 106:12

**Rats** 200:25

**Raymond** 159:11

**reach** 243:8

**reached** 243:4

**read** 13:22 128:6
142:16 145:2
184:6 197:10
212:3 255:18

**reading** 16:11
142:10

**readings** 122:14

**reads** 53:17 64:15
72:19 80:17,21
91:2 95:3 97:11
98:3,15 104:14
126:21 128:3
136:9 142:13
143:6 145:22
158:2 202:15

**real** 150:22 211:4
217:3 218:7
228:23 231:18

**reason** 11:2 58:5
68:11 93:13
120:20 174:22
213:6 218:17

**reasons** 44:5
55:1 65:11

**recall** 12:8,17,21
13:13 22:2 25:7,
11,20 35:1,5
36:3,10 37:3 39:7
40:16 49:15 50:3,
8 52:16 55:11
66:7 68:22 69:3,
11,16 83:13
88:21 97:7
102:14,19 103:1
109:9 113:20
115:10 120:21
121:1 125:12,15
126:11 133:21
134:1 145:15
151:6,10 152:1

153:21,24
159:14,17,20
163:16,23 164:1,
12 165:7,17,25
166:13 168:25
169:3 173:25
176:23,25 180:18
183:13 185:7
190:21 195:5,25
196:4 202:19,23
204:8,10,23
205:1 206:14,15
209:22 210:22
214:15 218:2
222:1 226:10
231:4 232:24
233:4,14 234:22
235:18 237:3,4
238:1,12 239:5,
10,14

**recalled** 182:15

**recalling** 65:12

**receive** 97:11,22
111:13 119:17
155:3

**received** 97:19
236:18 237:11

**receives** 96:13

**Receiving** 181:23

**recently** 61:13
89:14

**recess** 62:7 108:6
163:12 235:12

**recognize** 41:22
70:11 77:9 102:8
104:3 118:7
179:23 201:5
207:15

**recollection** 67:8,
24 69:16 89:4

122:19 125:4
134:3 201:25
202:1 206:4
209:15 210:10

**recommend**
55:21,24 128:15
129:3,10,23,25
130:3,10,18
131:21 132:19
136:18 137:18
138:13 139:3
179:18 219:8,12
221:6,11

**recommendation**
130:13 131:8,18
141:9,13 221:2,4

**recommendation
s** 47:10,14 53:3

**recommended**
128:24 129:2
132:14 142:25

**recommending**
128:17 131:25

**record** 6:8 7:9,15
8:22 17:24 27:13
39:8 62:6,9 93:16
108:3,5,8 163:11,
14 197:11 212:4
215:1 223:20
235:11,14 256:19

**recording** 216:21

**recruited** 22:18

**recruiting** 193:5

**red** 45:17 55:9,16,
20,22 56:12,13,
22 60:18,19,23
61:2,5,18,19
62:18,21,24
104:23 128:3,10,
19,21,23 129:7,8,

10,23,25 130:2,7,
20,23 131:2,8,17,
25 132:14 136:18
137:2,11,18
138:13 139:3
141:13,17 142:3,
15,22 154:21,23
155:5,13,17
156:10 177:8,11,
23 178:2,11
179:7,9 219:8,13,
19 220:8,14,21
221:11 222:11,
16,22 237:12
248:7

**reduce** 155:2
212:5,6

**refer** 19:5 27:19
73:19 86:1

**reference** 37:25
49:2,16,17 84:8,
19 94:2 110:22
114:24 127:13
129:20 148:10
153:5,14

**referenced** 104:7

**references** 86:9
87:1 92:1,9
143:16 174:9

**referencing** 113:5
146:4 159:22
168:5 172:15

**referred** 9:3 88:7,
15 98:9 215:24

**referring** 18:25
32:1,22 38:2 86:2
111:3 143:12
159:1 215:14
226:12 238:22,23
239:1 247:25

**refers** 86:19
92:12,20 94:5
115:2 119:24
129:13,17 170:15
177:23

**refresh** 26:20
35:11 112:10
201:24 206:3

**refresher** 123:8,
11

**refreshes** 134:2

**regard** 244:17
246:1 247:14
250:9

**registered** 168:17

**regulation** 72:5

**regulations** 70:2,
15,17 71:9,22,24
72:21,24

**reimbursing**
119:8

**reinforce** 112:11

**related** 24:20
30:19,22 93:2
102:22 164:11
184:18 196:2
200:6 208:15

**relationship**
33:11,16 187:19

**relay** 224:7

**relevant** 145:6
246:13

**relief** 210:4,6

**rely** 162:16 178:7
225:2,21 240:13
241:22 250:8

**remain** 187:10

**remainder** 203:11

**remember** 26:2
115:11,14 120:23
121:23 123:1
125:10 148:17,22
158:2 159:5,7
162:23 163:19
164:6 165:9
167:3,5,7,22,25
168:12,14,22
171:19 173:5,16
174:21 177:3
180:12,14
181:21,25 182:6,
7,13,18,22,25
183:9,15,21,23
185:5 187:25
188:18 189:24
195:9,12 200:3,5,
7 202:11 203:7,
12,13,14,16
208:4,5 210:15
211:3 217:24
230:23 232:18
238:2 239:18
240:24

**remote** 7:15,16

**removal** 190:22
245:23 246:1,5
249:8

**remove** 250:5

**removed** 136:10
137:25 217:7

**removing** 177:16
178:5 197:12
249:15

**rendered** 214:8

**rendering** 214:1

**renew** 26:5,7

repeat 15:3 18:2 130:15 177:20 254:8

rephrase 34:8 43:3 166:16

report 7:12 36:15, 17 37:1 57:25 119:25 150:18 152:14 153:1 169:12,19,22,24 170:10 172:8,19, 20 173:2,8,12,23 174:3,8,13,16,23 175:2 186:5,6 188:13 201:10 237:9

reported 7:16

reporter 7:4,7,17, 22,25 8:3,6,12 10:5 11:12 37:10 39:25 100:7 101:1 103:23 108:16 156:22 196:9 200:20 236:8 255:7,9,13, 15,19,24 256:3

reporting 120:3, 6,12

reports 55:23 120:14,18 130:5 174:19 187:13

represent 6:14, 16,19 173:22 188:7 191:16 215:19 216:13 244:3,8,14 249:3, 10

representative 7:3 11:19 49:3,13 50:24 69:13 93:21 175:22

205:10,13

representatives 109:23

represents 100:10

request 220:13 222:11 229:19

requested 220:21

requesting 188:12 189:20

required 70:19

requirement 70:18 72:2

requirements 103:16 126:25 204:13 208:12

rescue 232:12 246:25

reserve 121:6

residence 20:14, 15

resource 205:23

resources 206:2

respect 16:8 93:19 97:12 105:24 119:11 148:15 165:3 251:18 252:1

respond 122:23 124:16 210:16

responders 248:22

responding 122:16

response 17:17 73:14,20,21 74:5

75:4 76:8 138:14 139:4 154:24 155:5 178:20 217:24 226:9 228:2 232:10 236:19 240:5 254:4,13

Responses 11:8

responsibilities 26:13,15,16 33:8, 22 34:15,17 35:18 41:7 45:15 51:16 52:19 63:8 64:20 75:24 80:6 83:25 85:15 89:11 105:20 127:6

responsibility 51:24 52:10 81:1 84:24 85:18 91:13 104:15 105:12 106:3 212:6 247:20 248:21

responsible 34:5 45:6,7 51:22 52:13 81:4 87:12 105:17 107:5 126:22 131:5 152:3 160:10 230:2 241:11,14

rest 128:14,18

restart 55:6

rests 106:4

resulted 67:23 68:5 234:5

resulting 46:12

results 39:18 95:22,25

resume 212:25

resumption 212:8,14

retain 94:18

retaining 94:13

retire 78:13

reveal 148:14

revenue 94:5,9, 14,18

review 12:13 13:7,16,20 40:4 108:20 157:4 169:10 196:13 205:24 207:21 209:16

Review/ discussion 207:19

reviewed 12:3,14, 15 76:15 210:5 215:16 216:16

reviewing 250:24 251:9

revoke 98:16,23 99:18

ridden 19:22

ride 19:13,23 21:7,10 114:13

rider 22:24 23:2 46:22 57:1,5,23 58:2,8,25 60:24 63:1 68:8 71:16 73:17 74:3,14,19, 24 85:18 90:3 95:16,19 96:13 99:11 110:22 111:12 122:17 139:8 140:24

141:6,19 143:4
145:18 150:19
152:8 163:24
164:21 165:9
167:11 168:12
173:3 178:20
182:8 183:24
185:17 197:19
210:16 213:22
214:7 218:4,12,
20 219:25
220:24,25 222:9,
22 225:3,15
228:16 229:12
234:5 250:5

**riders** 29:18 36:1
52:1 58:20 59:4
62:25 67:22
84:24 85:1,12
94:15 96:11,17
99:6,21 111:7,9,
21 112:11 113:25
114:1 123:19
136:10,13 137:25
138:10 154:22,24
155:24 156:4
157:9,11,19,20,
22,24 158:2,11,
17 159:3 162:14
165:19 170:7
174:14,19 187:7
195:22 197:13,
15,17 198:4,17
203:2,16,22
204:9,11,17
209:8 215:12
220:1 221:8,14,
18 224:15 232:10
242:5 243:8,9
247:3 248:23
249:15

**riders'** 111:4
112:7

**riding** 19:15,19
20:21,25 21:3
179:15

**rig** 6:24 114:22
126:16 248:1
249:23 251:3,11

**right-hand**
100:16 101:6

**rights** 92:21 93:2,
5,10

**risk** 103:4,6,11,16
104:8 106:14,18
107:6 252:18
253:5

**risks** 187:6,9
253:8

**road** 25:5 26:24
27:3,24 28:5,8,14

**roam** 161:4

**roaming** 162:4

**Rob** 37:5,11

**Roger** 190:1,8,20
191:18 192:6,12
193:10 194:15

**role** 28:9 32:6,7
36:4 39:16 51:2
75:10,22 90:8
106:11 109:11,12
193:25

**roll** 60:25 61:23
63:3

**room** 10:2 15:23
83:9 114:13
144:8,13

**rooms** 121:7

**round** 252:10

**rounds** 110:1

160:6

**rule** 11:9 52:1
197:12 198:4
237:7

**rulebook** 12:15
41:17,25 42:1
44:10 49:2 50:18
52:2 63:21 72:1,
5,9,10 76:1
106:13 122:22
195:6,13,16,21,
22 196:1,20
199:4,6,19
203:21 204:2

**rules** 72:17 73:4
112:10 208:12,14

**rumors** 165:18

**run** 253:16,18

**runner** 123:17,18
134:17 227:5
254:14

**runners** 123:15,
23 124:13 132:23
143:13 227:1
251:25

**running** 33:25
45:20 47:6,13
53:4

**runs** 123:19

**rushing** 213:6,15

------

**S**

**safe** 245:15
254:6,15,19,23

**safer** 177:9,25
187:22

**safety** 83:22 84:4,
9,12,13,24 85:1,

10,11,18 106:3
139:7,8,16 140:5,
6,13,24 141:6
145:23 146:2,18
147:5 149:2,6,9
158:22 177:8,24
187:6 244:6
246:2,4,11

**sanction** 22:2
32:5 42:15,20,21
76:19 77:12
90:22 103:15
107:11 253:6

**sanctioned** 21:25
32:23 42:14
43:10 103:7
106:8

**sanctioning**
21:25 22:3 23:17
34:1,13 36:7
78:16,18,24 79:2,
11,13,25 80:5
83:16 85:15 86:7,
25 106:7 140:1
213:12 234:11

**sanctions** 31:19
105:25 107:7

**Saturday** 115:7
163:21 165:16
166:19

**scenario** 46:24
49:21 52:23 54:1
99:11 219:1
225:1

**scene** 156:7
179:3 234:12
245:6

**scenes** 85:12

**schedule** 45:14
46:8,17,19 47:21,

22 48:1,18 112:6
191:1 192:4
193:14,20 194:18

**scheduled** 48:5

**school** 24:3,9,17

**Schweikert** 6:15,
16 7:19,21 8:14,
18 11:14,15 15:5
16:21 18:2,5,9
27:12,14 37:8,12
39:12 40:2 41:21
43:19 47:7 54:25
58:13,16 59:12
60:3,10,17 61:10,
16 62:3,11,20
63:5,13,17 68:16
70:6,8,10 71:4,7
76:25 77:6,8
79:8,9,18 83:12
84:17 85:2,22
88:14 90:1 93:23
94:1 95:23 100:9,
13,14 101:3
102:4,7 103:25
105:4,6 108:1,10,
11,18 116:23
117:19,24 118:6
123:2 124:25
125:11,19,22,25
126:1 130:11,17
131:3,14,22
132:5,12 134:6,
10 135:14 136:7,
24 137:6,23
138:5,18 139:17,
22 140:4,11,18,
23 141:11,24
142:8 143:2
144:6,11,17,24
145:4,13 146:16,
21 147:3,10,19
148:1,15,19
149:8 151:4,18

152:20,25 153:9,
11,13 154:6,9,10,
17 155:11 156:1,
17 157:1,3
158:15 159:18
161:14 162:5,11,
18 163:1,4,9,15
164:10 165:14,22
166:1 167:16,24
168:6,21 169:1,7
171:2,6,11,14,16
172:4 173:19
174:5,11 175:3,8,
13,18 176:12,15,
18 177:15,21
178:9,17,25
179:6,12,20
180:13,19 181:1,
9 182:11,24
183:4 184:3
185:15,23 186:3,
17,22 188:4
189:1,15,25
190:17 191:4,11,
14,15 192:11
193:9,18,23
194:4,13,22
196:5,11 199:9,
14 200:14,23
201:1,4 205:8,14,
19 206:24 207:9,
13,14 208:24
209:13 210:21
211:7,10,13,17,
20 212:2,18
213:4,10,19
214:5,12,22
215:2,4,21 216:2,
7 218:14 219:2,6,
18,24 220:5,12,
19 221:3,16,21
222:14,23 224:3,
20 225:4,11,22
226:7 227:18

228:8,14,20
229:7,11,17,24
230:10,15,19,24
231:5,11,17
232:16,25 233:5,
10,16 234:2,13,
23 235:8,16
236:7,10 237:16
239:15 240:1,10,
15,18 241:23
242:7,18 243:13
244:20 245:17
246:7,14 247:9,
16 248:14 249:1,
25 250:11,15,17
251:6,15,20
252:3 253:12,24
254:1 255:2,9,11,
14 256:9

**scoring** 39:9,13,
17,18 44:19
116:4

**Scott** 6:25 67:12
233:11,14 249:4,
11

**screaming**
239:20 240:4

**screen** 6:8 83:8
215:8 223:21
256:18

**screenshot**
188:9,10 189:14
252:19

**screenshots**
176:16,20 188:7

**season** 92:2,7,13,
18 93:6,11 95:18
97:1 99:24
106:15 112:8,9
122:18 146:3
195:7 196:24

197:1,5,23 198:2,
14 200:1 202:3,6
203:11

**Seattle** 48:4,9

**secondhand**
165:23

**section** 49:6
50:19 58:11
63:22 72:16 75:6
78:16 80:14
81:24 83:17 86:9
90:24 91:19,21
92:20 97:8 98:1,
12 110:21 112:14
113:5,8 114:23
143:3 145:18
152:10 155:7
156:12 197:10
198:24 199:3
202:13 226:15

**sections** 58:25
110:18 186:7

**securing** 245:14

**security** 98:18,25
143:4 145:18

**seek** 183:16

**semi** 82:7,23,25
160:7

**semi-truck** 82:8,
17,19,22 149:25

**seminar** 25:18,21
26:8,11

**send** 111:9,20
172:7,19 173:2
188:14,17

**sending** 110:15
169:18 175:10
183:18 188:18

sends 110:25
173:7,9

sense 158:25

sentence 91:2
136:8 137:20
142:9 143:6
145:19 153:11
192:1 211:15,20,
21

separate 28:20
43:24 44:7
107:21 144:3
151:3

separated 44:6

series 18:20 23:1
28:13,14,19
33:12,19 43:4,5,
7,10,24 80:18
93:3 98:3 115:21
134:13 201:22
204:20

serve 29:5 32:6
35:20 39:17
71:17

served 35:14 36:4
71:14

service/officiating
92:10

services 78:16,23
79:1 92:3 106:2,9
119:15 126:25
246:20 248:11

services/
sanctioning
91:22

serving 167:12

session 46:9,10
60:21 81:25
155:1

sessions 164:23

set 76:8 82:4
87:14 154:12
252:10

severe 23:23

severity 74:23
136:12 138:2
219:5,7

shadow 75:16

share 14:24 112:5
145:8

shared 14:23

She'll 98:15

sheet 12:14
118:10 119:11

shirt 98:4 101:25
102:6,20,21

shirts 226:24,25
248:7

shooter 210:11,
14

show 9:21 11:6
39:20 41:17
48:13 69:21
82:12 87:8,17
100:3 101:19
108:12 111:14
125:21 127:19
134:12 153:7,12,
15,18,25 156:18
169:8 173:20
176:6 179:21
188:5 191:7
195:11 200:11
207:10 214:17
215:7,22 216:9

showed 12:23
210:19 245:8,9

showing 74:15

shown 118:18
119:13 216:24
223:20

shows 189:4

shut 224:6,13
227:12

side 33:25 63:4
100:17 101:6
117:5 152:12,15
222:2 228:13
235:4

sign 74:15 118:14
255:18

signage 143:9

signature 118:12

significant 74:19
167:25 168:16,20
169:2

silent 177:20

similar 21:7 51:7
90:8 111:21
210:1 238:9

similarly 232:15

simply 197:17,20

single 10:6
222:17,19 223:1

sir 8:19 14:3 18:4
19:18 26:23 31:3
33:7 34:19 45:4
63:25 64:1 78:19
82:18 84:2 97:10
99:25 101:23
104:1 130:6
132:20 134:11,24
183:22 203:8
207:15 209:24
213:20 250:13

252:25

sit 12:3 17:16
227:22

Sitting 228:6
244:16

situate 82:2

situation 15:18
51:5 178:23
218:16 219:17
220:18 221:14
230:9 233:19
254:21

situations 65:6
124:16 197:22
198:1 234:4

skim 126:5

skimmed 13:24

skip 200:19

skipped 200:20,
21

sky 148:2,10,18,
25 149:2

slide 65:9

slow 13:11,13
214:14,15
215:12,14

slower 74:20

slowing 214:25

slowly 7:10

smooth 45:20
47:1,6,12 53:4

smoothly 33:25

social 176:4,20
184:14,15 204:11
238:13,18,22
239:9

**sort** 13:3 25:23
47:10 80:4
102:21 119:10
123:8 124:2
154:12 194:6
225:17 233:21
247:11,13

**sound** 121:25
122:3

**sounds** 198:21
249:21

**source** 170:20

**space** 154:12
221:17

**speak** 7:9 14:4,9
29:21 58:1 107:3
120:16 159:2
166:11 175:16
176:1 185:8
190:12,20 192:9
195:3,21,22
199:21 213:17
233:24 234:21
237:14,24 241:12

**speaking** 10:10
133:6

**speaks** 157:20

**specific** 49:21
51:16 52:18 67:8
81:24 168:4
209:14 223:22
229:18 237:4

**specifically** 10:14
35:9 51:21 52:13
113:20 120:23
182:19 183:3
187:17,18 188:1
190:11 208:6
217:1 237:15
238:20

**specifications**
35:25

**specifics** 67:10
115:15

**spectators**
104:16 105:13
142:15,22

**spectrum** 34:7

**speculate** 17:8
28:23 50:5 79:16

**speculating**
91:11 106:25

**speculation**
30:11 32:8

**speculative** 55:25
61:12 144:10

**speed** 155:2

**spell** 20:6 66:9

**spelling** 71:4
114:6

**spinal** 17:9 75:1
167:13 182:9
185:17 189:9
227:23 228:16,23

**spoke** 50:14
68:18 190:10,14,
19

**spoken** 10:6 67:1
68:17 190:8
234:24 236:22

**sponsor** 104:15
106:4

**sport** 23:16
147:16 186:24
187:3,6

**Sporting** 72:22

**sports** 6:11,22
7:3 18:10,12,18
19:1,11 33:11,16
49:17 50:6,16
76:18 77:13
78:22 90:10 91:3
92:18,23,25
95:12 96:12,14,
16 97:15 98:5,15
105:9,21 119:3
158:3 190:5
244:3 247:20
253:10

**Spradlin** 6:18,19
7:22,24 14:21
16:16,19 17:19,
21 27:10,13 39:8
41:19 43:16 47:2
54:23 59:7,9,20,
22 60:6,14 61:7,
15 62:16,23 63:9,
15 68:13 77:4,7
79:3,15 84:14,25
85:21 88:11
89:23 93:16
95:20 102:2
104:20,24 105:3,
5 116:20 117:23,
25 118:3 122:24
124:22 125:7,18,
21,23 130:9,14,
25 131:9,19
132:2,9 134:4,7
136:4,20 137:3,
19 138:4,15
139:12,19,25
140:8,16,20
141:7,21 142:5,
23 143:25 144:9,
14,21 145:1,10
146:14,19 147:7,
23 148:11 149:4
151:2,15 152:18,

23 153:8,12
154:8 155:9,22
156:14,24 157:2
158:12 159:16
161:11 162:1,9,
15,21 163:2,5
164:8 165:11,20,
24 167:14,21
168:2,18,24
169:5 170:25
171:5,8,12 172:1
174:4,7,25 175:6,
11,17 176:14
177:18 178:6,14,
22 179:2,10,17
180:11,17,23
181:6 182:10,21
183:2,25 185:12,
20,25 186:15,19
187:24 188:24
189:12,22 190:13
191:2 192:8
193:7,15,21
194:1,11,19
196:3 199:7,12
200:16,25 201:3
205:5,11,18
206:21 208:22
209:10 210:18
211:6,8,11,16,19,
21,24 212:16
213:1,7,16 214:2,
10,20,24 215:3,
19 216:1,3
218:10,24 219:4,
15,21 220:3,10,
15,23 221:12,20
222:12,18
223:19,24
224:16,24 225:8,
20 226:6 227:13
228:5,11,17
229:2,4,9,16,20
230:6,13,17,22

231:3,8,14
232:13,23 233:3,
8,13,23 234:7,20
235:5 237:13
239:13,23 240:7,
12,16 241:21
242:3 243:12
250:18,21 251:8,
15,22 252:5,16,
20,24 254:25
255:15,17,21
256:13

**spreading** 21:22

**spring** 33:2

**stadium** 12:24
13:4,6 45:25
54:16 82:13
112:15,17
122:11,12 154:13
159:11,13 160:8
161:2 217:4

**staff** 29:10 98:5,9
114:24 115:2,18
116:8 126:23
136:11 138:2
142:14,15,21
149:16,18 237:9
245:10 251:2,3

**stage** 114:1

**stamped** 102:2
118:1,4

**stand** 27:2

**standard** 115:23,
24 116:2 119:18,
19 120:24

**standards** 145:3

**standing** 227:3

**standpoint** 15:16
16:7 46:1 50:16

85:7 228:7
234:10 240:9,11

**stands** 122:19
247:5

**Starling** 117:6

**start** 19:15 21:14
24:24 32:14 40:9
55:5 57:19
126:17 138:21
155:18 197:13,15

**started** 20:24
21:20 23:17
192:23

**starter** 44:19

**starting** 114:2
138:16,21 155:3

**state** 8:21 24:10
144:5

**stated** 26:7
180:15

**statement** 7:5,8
95:14 98:20
105:7 158:10

**states** 29:1 77:19
100:11 172:18
193:5

**stationed** 81:22
87:2 88:19
160:25

**status** 40:10

**statutes** 72:22

**stay** 23:16 78:6
109:16 156:4
184:9 191:1
192:3 193:14,20
194:17 243:1

**stayed** 120:25
175:9

**stays** 28:25

**Stephan** 237:20,
21,24

**steps** 253:8

**steward** 25:7
30:3,5 36:9,10
44:19,20 71:10,
13

**Steward's** 44:21

**stewards** 110:15
112:23 113:1
119:24

**stick** 186:24

**stipulate** 7:14

**stop** 46:9 54:18
132:21 141:9,18
178:11 223:4,6
228:25 229:14,
19,22

**stoppages** 46:7

**stopped** 46:12,22
54:20 141:12

**stopping** 178:19
179:13

**stops** 60:21

**strategically**
155:19

**street** 253:16

**stretch** 156:24

**stricken** 200:4

**strike** 22:17 35:1
48:8 53:21 55:13
79:11 84:21
95:15,16 96:24
128:22 133:23
148:25 149:21
154:22 159:6

161:7 170:2,4
172:12 203:21
216:18 228:21

**Struggling** 167:9

**Stubby** 157:2

**stuff** 38:24 116:7

**subheading** 53:1

**subject** 56:4
180:5 207:18,21
243:14 252:7

**submitted**
120:15,18 173:11

**subscribe** 184:12

**subsection** 52:25
64:15 86:19 92:1,
9,12

**subsequently**
166:25

**sued** 15:7,20 90:2

**suggest** 152:16

**suggestions**
196:1

**suggests** 34:10
61:20

**suitable** 53:17,23,
24 54:2

**suite** 82:13

**Sunday** 177:2

**Super** 129:24

**supercross** 14:16
17:3,13 18:14,18,
19 23:6,7 26:22
27:7,11,20 28:5
33:4,5,6,9,10,19,
21,22 34:6,10,11,
18 35:3,7,19

36:4,6,24 37:18
38:10 40:15,23
41:5,10 42:1,13,
24 43:15,20
44:24 45:6,21
49:14,20 50:4
55:14 56:5 61:20
63:7,20 64:10,21
65:14 66:1,6
67:4,21 68:4
69:13 70:2,16
72:1,4,5,10,20,25
74:5 75:19,20,21,
25 77:14,16 78:5
79:13,22,23 80:1,
3,10,19,22 81:2,
13,23 83:14,18
84:23 85:9 86:10,
14,23 88:3 89:12
90:3,14 91:15
93:6 95:5,13,16,
18 96:21 97:3,23
98:25 101:5,6
102:13,15,22
105:10 106:7,15
107:22 109:3
110:24 111:16,22
113:19 115:12,16
117:10 118:22
120:7,19 122:3,
17 123:25 125:3
127:7 128:11
129:25 131:5
132:4,15 133:25
136:3 137:16,21
139:9,14,24
140:25 144:20
145:7 146:8
147:22 148:16
149:3,23 150:9
153:2,22 158:3,6
159:9 160:3,9
165:10 167:11,13
168:1 169:15

173:3 174:20
180:6 181:16
182:9 184:7,18
185:1,3,18,19
186:24 187:22
189:3,6,10
192:13 193:6,11,
25 194:9 196:20,
24 199:24
201:10,21 202:3
203:2,22 204:25
205:4,16 206:12
208:15 210:8,17
212:21,24 227:24
230:2 234:4
238:19 241:2
242:19 243:10
248:12 251:4,19
252:2 253:9,19

**superior** 55:15

**supervise** 64:24

**supervising**
64:17

**supervision**
249:19

**supervisor**
145:23 146:2,18
147:6 149:2,7,10

**supplementary**
70:2,15,17 71:8,
22

**supplemented**
71:24

**support** 86:10
90:25 94:15
224:23 247:21,23

**supporting** 86:14

**supposed** 154:24

**surprised** 251:11

**surroundings**
58:24

**sustained** 17:12
167:13 168:13
182:8 185:17
189:9 227:23
228:16,23

**Swapmoto**
238:21,24 239:7

**swear** 7:5

---

**T**

---

**T-S-V-E-T-A-N-O-
V** 71:5

**T-SHIRT** 134:20

**table** 44:13
118:18

**taking** 64:8 115:2
198:7

**talk** 7:11 44:9
49:24 56:3 60:22
68:12 71:25
89:25 91:18
107:12 159:4
220:25 230:18,20
231:16 232:17
233:1,6

**talked** 37:16 74:8
87:8 100:15
112:25 113:25
121:18 123:14
153:25 187:2
209:23 217:23
224:12 230:16
234:18

**talkie** 160:22
161:15,20

**talking** 27:15,21

46:16 47:23
49:22 50:4 54:6
81:25 117:20
124:9 129:19
161:18 168:4
174:10 188:22,23
189:10,21 203:5,
9 223:21 235:20

**Tampa** 14:16
17:13 26:22 27:7,
10,17,19 33:6
34:17 35:2,7,19
36:4,6,24 38:10,
17 44:24 45:6
49:14,20 50:4,15
55:14 56:4 63:6
64:10,21 65:14
67:5 69:13 70:2,
16 74:6 77:16
79:23,25 81:2,22
83:14 84:1 86:23
88:20 98:25
102:12 105:10
109:3 111:16
113:19 115:12
117:10 118:22
119:15 120:22
121:12 123:24
125:3 128:11
129:24 132:14
133:25 146:8
147:21 149:2,22
150:8 153:2,21
157:11 158:1
159:8 169:14,19,
24 180:5 184:7
188:14 189:3,6,9
197:23 198:2
205:16 217:1
227:24 231:23
244:17 246:24
247:2

**team** 22:18,21

29:17 34:4 46:23
67:4 111:10
113:13 114:10,
11,18 122:10
124:9,10 125:2
141:20 142:3,15,
21 151:21 166:5,
7,8 177:12 178:4,
8,12,15,21
179:14 180:15
181:12 183:19,20
190:6 202:16
203:10,16 206:18
207:23 208:16
209:4,7,15 210:7,
25 213:5,15
218:22 220:22
221:23 223:5
224:5,7 225:19
232:20 234:24
241:7,19 242:2
248:4,11 254:15,
19

teams 111:11,22
160:5 195:22
207:17

technical 35:15,
21,22,24,25
44:20 121:24

televised 164:18

television 36:7
87:18 96:22 97:5

telling 11:25
59:15 226:8

tells 226:23

template 120:3,
17

ten 22:11

tenure 67:21 68:3

terms 37:2 140:6
148:12 206:19
244:25 245:6,14
247:23 249:14

test 25:24 226:4

testified 8:16
244:8

testify 11:20 12:2
14:2

testimony 7:14,
16,17 8:8 10:19
222:13 245:13
249:13

text 177:6 206:6

textbook 16:25
17:17 226:9
240:6 245:14
254:5,14,16

That'd 91:23

thing 46:2 53:11
96:20 159:3
188:21 198:3
202:8 233:22

things 11:25 16:6
30:8 31:20 45:23
47:18 48:1 54:3
70:20 71:25 76:1,
6 97:18 105:18
115:20 117:7
121:25 123:20
137:15 140:5
145:2,7 186:2
195:23 202:7
204:17,20,22
232:6 234:6

thinking 43:5
71:2 141:5
181:10

thought 148:20

211:24 226:9
235:1

thoughts 186:21
233:25

throw 130:7,20
131:8,25 136:18
222:16

throwing 55:16
130:23 178:2

thrown 56:8
137:11 154:21,23
155:5 177:8,23
179:9 219:8

Thursday 120:24
121:16

Till 127:11

Tillman 117:3
124:5 133:5,7,17

Tim 13:19 35:8,
13,14 36:8 45:3
63:19 70:9 123:6,
10 124:6

time 6:8 7:13
20:13 21:19
22:10 26:9 31:16
32:13 33:6 37:1
42:22 46:13 48:5,
10 56:4 58:15
62:6,9 65:25 67:4
75:17 76:15
77:15 78:2,11
79:23 88:22
89:16 90:15
91:14 107:2
108:5,8 109:7
111:23 112:2
116:7 117:4
119:5,7 123:4
143:21 148:9,18
150:4,12,14,22

151:6 160:1
161:19 162:8
163:4,11,14
165:13 166:23
167:17 172:11
173:1 174:18
177:8,12,24
178:3,12,16,21
179:1,4,14
182:16 185:21
196:25 198:20
204:24 205:3
208:20 209:2
210:1 214:1
217:3 218:8
221:15 222:17,19
228:23 229:25
231:7,18 233:7
235:11,14 239:16
255:14,17 256:9,
13,18

times 39:19 82:16
121:9

timing 39:9,13,
16,18 44:18

tips 74:3

title 34:9 41:7
114:21 146:11
147:20,25 190:4
195:1 209:21

today 7:8,11
10:18 11:23 12:2
14:2 17:3,17
18:3,24 19:25
30:13 37:13
40:24 41:6 42:25
43:10,23 68:1
146:18 168:8
173:6 203:23
205:9 227:22
228:6 230:4
232:15 244:16

MICHAEL PELLETIER
83433

April 01, 2025

245:9 250:22 252:21

**told** 52:14 66:7 232:2 234:25 238:20

**Tom** 114:19,20,21 180:2

**top** 42:3 44:13 68:7 77:18 86:6 90:24 104:14,22 132:10 142:10 158:1 168:15 186:11 201:18 211:17 223:13 238:21

**topics** 11:20 108:3

**tornado** 54:2

**touch** 109:16 239:21 243:1

**touched** 44:8

**touches** 238:19

**tough** 74:2 123:20 143:8 227:4 245:11

**track** 13:4 21:8,10 37:20,22,25 38:6 45:17 46:21 53:24 54:5 55:20 58:3 59:1,4,16 81:23 82:2,17 83:1,22 84:4,8, 19,21,22 85:18 87:4 112:6 113:24 114:11 123:15,17,18,23 124:13 126:23 127:2 128:5,25 129:6,10,13,16, 18 131:6 132:23

136:11,12,13 137:2,17 138:1,7, 10 141:12 142:3, 14,15,20,21 143:8,9,13,24 145:23,24 146:2, 17 147:5 149:2,6, 9 150:8,10 152:9 154:21,23 155:6, 7 156:3,12 157:19 162:7,13 177:17 178:5,19 179:14 190:23 191:1 192:3 193:14 194:17 217:8 218:5 220:2 221:17,24 222:2,25 223:18 224:6,13 227:12 229:1,14,19 230:3 231:1 232:21 237:11 244:6,11,13,15, 17,18 245:14,24 246:2,5,11 247:24 248:24 249:9,15 250:6 254:13,24

**tracks** 21:21

**trackside** 128:1 135:19,22

**trademark** 100:11 101:5

**trademarked** 100:21

**traditionally** 251:3

**traffic** 156:12 221:24 223:4 226:13

**trail** 21:3

**trailer** 149:19,22, 25 150:5,9,17,20 152:5,8 170:4,6

**train** 75:11

**trained** 30:25 63:7,14,18

**training** 75:12,13

**trainings** 145:3

**transcribed** 7:18

**transcribing** 10:6

**transcript** 7:11 10:7 256:6

**transcripts** 13:16 255:7

**transponders** 204:22

**transport** 126:24 247:4

**transported** 174:19

**travel** 19:21 32:17

**travels** 28:24

**treated** 174:15

**tremendous** 56:13

**trip** 113:7

**triple** 115:22,24 116:1,3

**Troy** 166:6

**truck** 112:19 113:6

**true** 95:8 98:20 105:7 144:2

**trust** 214:3 241:22

**truth** 8:9,10,16

**Tsvetanov** 69:19 70:24 71:6,9,13 113:1

**Tuesday** 182:2,4

**turn** 60:12,13

**TV** 47:22 82:23,25 83:3,4,8

**Tyler** 166:2,5,11

**type** 39:5 40:13 116:3 207:2 217:14

**types** 44:23 56:17 232:5 235:4 244:25 248:11

**typical** 69:1 78:23 79:1 83:4 105:23 154:15 155:16 164:2,5 172:11 173:1 174:18 180:20 181:18,20 200:8

**typically** 29:7 69:6 82:5,25 83:3 88:23 114:17 116:9 121:2,4,15, 19,21 137:10 154:18 155:17 159:25 160:2,19, 20,25 161:2,3,8, 21 164:24 167:25 170:16 175:14 181:11,15 186:10,12 199:25 217:3 218:11 219:7 227:1 232:3 243:1,8

**U**

**Uh-huh** 19:4 52:3 56:6,16 86:8 115:13 130:6 221:5 231:20,24 254:3

**ultimate** 80:22 81:5,14 86:17 131:6 137:16 160:10 199:5

**ultimately** 106:3

**unable** 136:10 137:25

**unacceptable** 53:19 54:14,17

**unaware** 216:22

**unconscious** 74:24 220:25 222:10

**understand** 10:3, 18,20 11:5 14:19 15:6 16:5 19:12 21:6 27:16,22 49:23 56:10 58:17 87:6,7 116:12 159:25 166:18 171:12 227:22 253:4 254:10

**understanding** 15:11,19,24 17:11,16 18:7,17, 24 27:20 35:17 38:1,25 51:2,4 52:18 71:12 73:3, 10,11 75:4 76:10, 13 79:10,12 80:4 84:18 87:11 88:1 91:6 92:5,16 93:9

94:8,10 95:11 97:21 98:22 103:14,19 116:21 127:5 128:10 129:16 135:8,13 143:12 151:5 153:17 155:12 174:12 247:22 248:20 249:22

**understood** 10:4, 22 19:8 29:2

**undertook** 240:22 241:4,7

**underway** 115:8

**unfit** 68:19,24 164:16,21 165:6 166:19,23

**unfolding** 65:6

**uniform** 101:22 102:10,12,16

**uniforms** 98:5

**unit** 85:25 86:2,3

**United** 29:1 100:10 193:5

**University** 24:10

**unsafe** 231:1 234:25 235:2

**update** 195:15

**updates** 107:4 196:20

**updating** 195:6, 13 196:1

**upper** 188:9

**upstairs** 82:9,10

**utilize** 197:16,19

**V**

**Valerie** 37:8

**variable** 92:10,13, 17

**varies** 160:4,8 161:1

**vary** 28:4 127:18 181:7 207:3 219:22

**venue** 112:6

**verbiage** 38:4

**Vermont** 21:21

**versa** 202:8

**versus** 6:11 62:14,22 115:24 220:14

**vice** 202:8

**video** 215:7,15, 20,23 216:9,15, 24 222:1,5,6,7 223:22 234:16 249:4 252:19 255:8 256:6,7,12, 16

**videos** 12:18,21, 25 13:2,7,11 104:9 107:4 179:7 214:14,16 215:16 245:8,21 248:7

**view** 13:4,6,11 87:16

**viewed** 215:20

**violating** 52:1

**violation** 71:15

**violations** 45:10

**vision** 87:3,9

**visit** 29:10

**visual** 62:25 74:11

**Vital** 175:23 238:16

**volunteers** 117:10,15

**W**

**W-2** 40:17,20

**wages** 118:22

**wait** 100:3 221:10,23 222:4, 10 229:18

**wakes** 175:14

**walk** 53:24 157:19 168:8 218:20

**walkie** 160:22 161:15,20

**walking** 74:16 217:10,12

**walks** 253:6

**wanted** 18:7 23:16 31:6 110:19 126:2 130:8 156:3,11 197:18 215:22 228:25 230:3

**warned** 59:19

**warranted** 131:17

**Washington** 48:4

**watching** 82:9

MICHAEL PELLETIER
83433

April 01, 2025

301
Index: wave..Zoom

**wave** 62:13,21

**waved** 57:6

**waving** 224:2

**ways** 122:9

**wear** 102:16
203:22 227:2

**wearing** 102:18
134:15,16,23
135:1 159:19
204:9 226:24
243:17

**weather** 45:23
46:2 51:5 52:23
54:1 55:3

**web** 103:11,13,18
104:6,8 107:3

**website** 103:12

**week** 12:8 13:21
110:25 223:1

**weekend** 48:2,3
89:18 107:10
166:15 167:1,3,7,
8,15

**weeks** 12:9

**whack-a-** 123:21

**wheelhouse**
213:9

**wheels** 60:12

**Whipple** 89:5,7,
10,19 133:20
146:8 149:10
227:16

**white** 56:23
57:11,13 60:23
61:4 62:18

**wild** 126:9

**wile** 214:21

**William** 209:18

**window** 178:3

**winds** 46:5

**wishes** 177:23

**withdraw** 42:23

**witnessed** 221:8

**woman** 66:19

**won** 185:3,4,5,6

**woods** 28:6

**word** 10:6 248:22

**words** 254:11

**wore** 133:24

**work** 33:24 34:20,
23 40:14 83:6
106:24 124:6
144:4,19 147:25
202:7 206:22
209:12 225:15
236:24

**worked** 35:6
75:20 76:5
124:24

**workers** 142:15,
21

**working** 34:3
36:13 41:15 44:3
86:3 107:2 136:2
187:19 192:23
193:2,24

**works** 89:10
103:6 237:6

**world** 28:24,25
43:7,9,14,21,24
44:3 72:20,25
109:24 110:1

190:6

**worn** 102:12

**worse** 252:23

**worst** 219:3

**wrists** 74:16

**write** 84:6 91:12
135:25

**writes** 172:7
192:2

**writing** 122:21
153:19 198:21

**written** 25:23
26:1 40:13 92:8
93:12 122:15
125:1 126:16
193:12 209:25
210:16

**wrong** 15:12 16:6
171:6

**wrote** 79:6
129:19,21 146:5
159:2 194:20
197:25

**Y**

**year** 25:11 32:14
110:9 195:15
202:4

**yearly** 197:21
198:5,6

**years** 19:16 22:11
25:19 26:5,6
27:6,24 30:16,17
76:7 103:2
182:13 186:25

**yellow** 56:12,22
58:17,19 59:1,10

60:2 61:3,4
62:17,22 156:10
227:8 245:11

**yesterday** 154:6

**yield** 141:5

**young** 228:15

**Z**

**Zoom** 7:2 201:13
207:5