UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION


BRIAN MOREAU,

      Plaintiff,

v.                     CASE NO. 8:22-CV-01295-TPB-CPT

FELD MOTOR SPORTS, INC., et al.,

      Defendants.



REMOTE VIDEOTAPED DEPOSITION OF


JOHN GALLAGHER


TAKEN ON

THURSDAY, MARCH 13, 2025

10:13 A.M.


HUNTINGTON BEACH PLAZA CONFERENCE CENTER

17011 BEACH BOULEVARD, SUITE 900

HUNTINGTON BEACH, CALIFORNIA 92647



UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NAEGELI
DEPOSITION & TRIAL

(800) 528 - 3335
NAEGELIUSA.COM

Nationwide

COURT REPORTING

LEGAL VIDEOGRAPHY

REMOTE DEPOSITIONS

TRIAL PRESENTATION

LEGAL TRANSCRIPTION

COPYING AND SCANNING

LANGUAGE INTERPRETERS

(800) 528-3335    NAEGELI
DEPOSITION & TRIAL
Established 1980    NAEGELIUSA.COM

1                        REMOTE APPEARANCES

2

3    Appearing on behalf of the Plaintiff:

4    MARK A. SCHWEIKERT, ESQUIRE

5    Schweikert Law, LLC

6    111 Brickell Avenue, Suite 1550

7    Miami, Florida  33131

8    (305) 999-1906

9    mark@schweikertlaw.com

10

11   Appearing on behalf of Defendant

12   American Motorcycle Association:

13   CAROLINE C. SPRADLIN, ESQUIRE

14   Phelps Dunbar, LLP

15   100 South Ashley Drive, Suite 2000

16   Tampa, Florida  33602

17   (813) 472-7550

18   caroline.spradlin@phelps.com

19

20

21

22

23

24

25

```
 1                  REMOTE APPEARANCES (CONTINUED)

 2

 3   Appearing on behalf of Defendant

 4   Feld Motor Sports, Inc.:

 5   DAVID L. GORDON, ESQUIRE (Via Zoom)

 6   Buchanan Ingersoll & Rooney

 7   700 Alexander Park, Suite 300

 8   Princeton, New Jersey  08540

 9   (609) 987-6800

10   david.gordon@bipc.com

11

12   Appearing on behalf of Defendants The Medic Rig,

13   LLC; James Kennedye, M.D.; John A. Bodnar, M.D.;

14   Amy Metiva, and Scott Combs:

15   BETHANY W. NDUKA, ESQUIRE (Via Zoom)

16   Pearson Doyle Mohre & Pastis, LLP

17   901 North Lake Destiny Road, Suite 305

18   Maitland, Florida  32751

19   (407) 647-0090

20   bnduka@pdmplaw.com

21

22   Also Present:

23   Lexy Khella, Legal Counsel, Feld Entertainment

24   Mark Nilson, Naegeli Technician

25
```

1                          EXAMINATION INDEX

2                                                            PAGE

3

4   EXAMINATION BY MR. SCHWEIKERT                              7

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                              EXHIBIT INDEX

2      EXHIBIT                                                    PAGE

3

4      118   EMAIL                                                53

5      119   RELEASE WAIVER AND INDEMNITY                         58

6            AGREEMENT

7      120   SIX-B APPAREL                                        67

8      121   2020 SUPERCROSS MEET REPORT                          168

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              REMOTE STREAMING VIDEOTAPED DEPOSITION OF

 2                          JOHN GALLAGHER

 3                              TAKEN ON

 4                     THURSDAY, MARCH 13, 2025

 5                            10:13 A.M.

 6

 7              THE REPORTER:  We are now on the record at

 8    10:13 a.m.

 9              Mr. Gallagher, will you raise your right

10    hand.

11              Do you affirm under penalty of perjury

12    that the testimony you are about to give will be the

13    truth, the whole truth, and nothing but the truth?

14              THE DEPONENT:  I do.

15              THE REPORTER:  Thank you.

16              Mr. Schweikert.

17              MR. GORDON:  I just briefly -- I'm sorry.

18    Before we get started, I just wanted to briefly say

19    we've had an agreement in other cases that an

20    objection to form by one defendant is accepted as an

21    -- as an objection to form by all so we don't have

22    to all be screaming over that.

23              So Mark, are you okay that we continue

24    with that?

25              MR. SCHWEIKERT:  Yes.
```

```
 1                    MR. GORDON:  Great.

 2                    MR. SCHWEIKERT:  Yes.  Although I will

 3   note, sometimes you all end up objecting anyways.

 4                    (Speaking simultaneously.)

 5                    MR. GORDON:  Right.  Because we --

 6                    MR. SCHWEIKERT:  It's a --

 7                    MR. GORDON:  I'll try to be -- I'll try to

 8   be the lead objector today to try to simplify --

 9                    MR. SCHWEIKERT:  Okay.

10                    MR. GORDON:  -- things, but if Bethany and

11   Caroline want to jump in, of course, they will.

12                    MR. SCHWEIKERT:  Fair enough.

13   JOHN GALLAGHER, having been first duly affirmed to

14   tell the truth, was examined, and testified as

15   follows:

16   EXAMINATION

17   BY MR. SCHWEIKERT:

18        Q.   Good morning, sir.

19        A.   Good morning.

20                    MR. SCHWEIKERT:  You got to do your thing?

21                    THE VIDEOGRAPHER:  I have -- I have my

22   read-on.  I'm so sorry.

23                    But we are on the record since 10:13.  The

24   date is March 13th, 2025.  This is the beginning of

25   the deposition of John Gallagher.  The case caption
```

```
 1   is Moreau v. AMA.
 2              Will counsel please introduce yourselves
 3   and state whom you represent.
 4              MR. SCHWEIKERT:  Good morning.  My name is
 5   Mark Schweikert.  I represent the Plaintiff, Brian
 6   Moreau.
 7              MS. SPRADLIN:  Good morning.  My name is
 8   Caroline Spradlin.  I represent the Defendant,
 9   American Motorcycle Association.
10              MR. GORDON:  David Gordon on behalf of
11   Feld Motor Sports.
12              MS. NDUKA:  Bethany Nduka on behalf of The
13   Medic Rig, Dr. John Bodnar, Dr. James Kennedye, Amy
14   Metiva, and Scott Combs.
15              THE VIDEOGRAPHER:  Okay.  I believe the
16   court reporter has already sworn in the witness.
17   She already did that.  Perfect.
18              All right.  You may proceed.
19   BY MR. SCHWEIKERT:
20       Q.   Could you please state your full legal
21   name for the record.
22       A.   John Michael Gallagher.
23       Q.   And where do you currently reside?
24       A.   Here in Huntington Beach.
25       Q.   And what's your address?
```

```
 1        A.                                   Huntington Beach,

 2   California 92649.

 3        Q.    And do you have a telephone number?

 4        A.    Yes.

 5        Q.    And what is that?

 6        A.    Cell number is

 7        Q.    Okay.  Have you ever had a deposition

 8   taken before?

 9        A.    No.

10        Q.    First time for everything.  I imagine you

11   went over some of the general guidelines with your

12   counsel, but let me give you some guidance as well

13   just so we're on the same page.

14              This is a formal court proceeding.  The

15   attorneys present are all officers of the court, and

16   we should conduct ourselves as if we were in the

17   courtroom even though the judge and jury are not

18   present as there's a possibility that this

19   deposition, which is being videotaped, may be shown

20   in court to the judge or jury at a later date,

21   understood?

22        A.    Understood.

23        Q.    Okay.  We have a court reporter present

24   who is literally transcribing every single word

25   being spoken.  So to make her job easier, if you
```

JOHN GALLAGHER
82873

 1  could please give me the courtesy of waiting until I

 2  have finished asking a question before answering, I

 3  would appreciate it.  And likewise, I will do my

 4  best to ensure you have finished answering a

 5  question before I ask you another one.  Does that

 6  make sense?

 7        A.    Yes.

 8        Q.    Okay.  It's also important that you

 9  understand my questions.  If you don't understand

10  what I'm asking, please let me know, and I will try

11  to clarify.  But if you do answer my question, I'm

12  going to assume that you understood it; is that

13  fair?

14        A.    Yes.

15        Q.    You are not being held hostage today.  I'm

16  happy to accommodate any breaks you may need.  All I

17  would ask is that we don't take a break while a

18  question is pending; is that fair?

19        A.    Yes.

20        Q.    Okay.  And you're doing a great job

21  answering verbally, but just as a friendly reminder,

22  sometimes in normal conversation people will be like

23  uh-huh, uh-uh, grunt, shrug their shoulders.  That

24  is not possible for the court reporter to

25  transcribe.  So if you're intending to say yes or

1   no, please verbalize that as opposed to nonverbal

2   answers.   Does that make sense?

3        A.   Yes.

4        Q.   All right.   What did you do to -- well,

5   let me preface by saying, I don't want to know

6   anything that you may have spoken about with your

7   counsel.   But generally speaking, did you do

8   anything to prepare to testify today?

9        A.   Yes.

10       Q.   Okay.   And what did you do?

11       A.   Spoke in depth about the case with my --

12   with my counsel.

13       Q.   Did you --

14            MS. SPRADLIN:   And just for the record,

15   obviously, Mr. Schweikert has -- has advised you,

16   but you don't share anything that -- that you

17   discussed with myself or with Mr. Hooker.   You can

18   -- just the fact that we met.

19            THE DEPONENT:   Okay.

20   BY MR. SCHWEIKERT:

21       Q.   Did you review any documents?

22       A.   Yes.

23       Q.   What did you review?

24       A.   The AMA Rulebook, and I looked at my rider

25   meeting notes from that event and the schedule for

```
 1   that event.  I have that all at home.
 2        Q.   Do you have a copy of your rider meeting
 3   notes with you?
 4        A.   No.
 5        Q.   What is your best recollection of what you
 6   had noted in connection with the riders' meeting?
 7             MS. SPRADLIN:  And just for the record,
 8   Mark, we did produce a copy of those.
 9             MR. SCHWEIKERT:  The handwritten?
10             THE DEPONENT:  No.
11             MS. SPRADLIN:  No.  It's typed.
12             MR. SCHWEIKERT:  Okay.  We might get to
13   that later.
14   BY MR. SCHWEIKERT:
15        Q.   Aside from those documents you just
16   identified, did you review anything else?
17        A.   There was one document that is a
18   explanation to the flaggers on how to do their jobs.
19   I -- I have that also and I looked it over.
20        Q.   Anything else?
21        A.   Not that I can recall.
22        Q.   Did you review any video footage from the
23   Tampa Supercross in 2020?
24        A.   Yes.
25        Q.   And what do you recall about the videos
```

1  that you reviewed?

2       A.   They show -- they show an incident.  The

3  -- the rider -- the rider crashed in a section of

4  the racetrack.  And the procedures that we have in

5  place to protect that rider once he's down were

6  exhibited in the video.

7       Q.   Okay.  Did you review multiple videos or

8  just one?

9       A.   Multiple videos.

10      Q.   Was one of those videos from what's been

11  characterized as a Nest camera sort of high up in

12  the stadium showing a full view of the track?

13      A.   Yes.

14      Q.   Okay.  Did you also happen to review any

15  videos that were in slow motion and showed sort of

16  the aftermath of the crash and the response by the

17  medical professionals?

18      A.   I think that video is online.

19      Q.   It's your understanding that there is a

20  video of the incident online.

21      A.   We saw it.  Yes.

22      Q.   And when did -- when did you review that

23  online video?

24      A.   Right after counsel got a hold of me, I

25  looked at it -- I looked at it online to remember

1   what we're talking about.

2       Q.   And where did you go to review that video?

3       A.   I just Googled it.

4       Q.   Are you referring to a video on YouTube?

5       A.   I think so.  Yeah.

6       Q.   Was it actual video of the incident or was

7   it a YouTube video that had pictures of the

8   incident?

9       A.   I don't recall.  I think it was the video

10  of the incident.

11      Q.   And when were you first contacted by

12  counsel?  I don't want to know discussions, but just

13  the approximate date to the best of your

14  recollection.

15      A.   It was eight or nine months ago, I think.

16      Q.   Okay.

17      A.   I'm making a wild guess.  I'm not sure.

18      Q.   Okay.

19      A.   I know that we -- we delayed a bunch of

20  times so -- I was called and then we discussed and

21  then there was a delay and then there's more delay

22  and there's -- I think we actually canceled a

23  deposition and then we started again.  It's been

24  several months.

25      Q.   And you believe that there's a video on

1  YouTube that depicts portions of the incident in
2  slow motion.
3       A.    I don't recall if it was in slow motion.
4  I just know that I -- I looked up -- I familiarized
5  myself with the incident after I was originally
6  contacted.
7       Q.    Okay.  Did you review any deposition
8  transcripts prior --
9       A.    No.
10      Q.    -- to today?
11            No?
12      A.    No.
13      Q.    Did you speak with anyone other than your
14  counsel about Mr. Moreau or the incident?
15      A.    No.
16      Q.    Why not?
17      A.    For one, counsel explained to me that
18  they're my counsel --
19      Q.    Okay.
20      A.    -- and I'm not allowed to talk to anybody
21  else.
22      Q.    So you have no -- had no conversations
23  with Mike Pelletier about Brian.
24      A.    Mike Pelletier and I haven't spoken since
25  I was released from AMA.

March 13, 2025                                16

1        Q.    I want to back up a little bit.   I

2   understand you've never been deposed before.

3        A.    Correct.

4        Q.    Have you ever been a party to a lawsuit,

5   whether a plaintiff or a defendant?

6        A.    No.

7        Q.    Are you married?

8        A.    No.

9        Q.    Do you have any children?

10        A.    No.

11        Q.    Do you ride motorcycles?

12        A.    Yes.

13        Q.    When did you start riding motorcycles?

14        A.    I think when I was seven.

15        Q.    You got me beat.  I started at eight.  So

16   at seven, I imagine it was dirt bikes; is that

17   correct?

18        A.    Yes.

19        Q.    Okay.  Do you also ride street

20   motorcycles?

21        A.    Yes.

22        Q.    And do you currently continue to ride?

23        A.    Yes.

24        Q.    Have you ever ridden a motocross track on

25   a motorcycle?

1         A.   Yes.

2         Q.   When did you first do that?

3         A.   When I was 13.

4         Q.   Did you ever race -- strike that.  Did you

5    ever like compete in a motocross race at any point

6    in your life?

7         A.   Oh, yes.

8         Q.   Are you a former rider?

9         A.   Not at the professional level.

10        Q.   Would you consider on an amateur level?

11        A.   Yes.

12        Q.   When did you start racing on the amateur

13   level?

14        A.   When I was 13.

15        Q.   And how long did you continue racing

16   motocross?

17        A.   Probably into my 20s, mid to late 20s.

18        Q.   And at some point, you stopped racing

19   motocross.

20        A.   Yes.

21        Q.   Why did you stop?

22        A.   I started a business that was physical and

23   it required me to make sure that I'm capable of

24   doing the business.

25        Q.   What business is that?

1        A.    I handled product for motorcycle

2   manufacturers in the area for commercial use doing

3   filming, and I rode in those commercials.

4        Q.    **These are like television commercials.**

5        A.    Yes.

6        Q.    **That's pretty cool.  Okay.  Have you ever**

7   **had what you consider a serious injury as a result**

8   **of riding a motorcycle?**

9        A.    No.

10       Q.    **Have you ever crashed while you were**

11  **participating in a motocross race?**

12       A.    Oh.  Many times.

13            MR. SCHWEIKERT:  We had poltergeists here

14  for a second.

15            MS. SPRADLIN:  For the record, the lights

16  have kind of been flashing on and off throughout the

17  morning so --

18            MR. SCHWEIKERT:  Giving me a migraine.

19            MS. SPRADLIN:  -- to the -- yeah.  To the

20  extent that they impact the video transcript or it

21  looks like we're at a rave, we are -- we are not.

22  BY MR. SCHWEIKERT:

23       Q.    **Have you ever had any minor injuries as a**

24  **result of participating in a motocross race?**

25       A.    Yes.

1        Q.    What sort of injuries have you

2   experienced?

3        A.    I mean, obviously, sore muscles and -- and

4   I think I broke my big toe on my left foot, and

5   that's -- that's about it.  Scrapes and scratches,

6   that kind of thing.

7        Q.    Never broke a leg or an arm or collarbone,

8   anything like that.

9        A.    No.

10       Q.    Fractured any bones?

11       A.    Just my big toe.

12       Q.    Hopefully, that's healed all right.  Did

13   you graduate from high school?

14       A.    Yes.

15       Q.    What year did you graduate?

16       A.    '79.

17       Q.    And where did you go to high school?

18       A.    In Riverside, California.

19       Q.    Are you from California, born and raised?

20       A.    I was born in California, but I've lived

21   in other states.

22       Q.    Where in California were you born?

23       A.    San Francisco.

24       Q.    And what other states have you lived in?

25       A.    I've lived in Massachusetts.

1        Q.    Any others?

2        A.    No.

3        Q.    And after high school, did you pursue a

4   higher education --

5        A.    Yes.

6        Q.    -- go to college, anything like that?

7              Yes?

8        A.    Mm-hmm.

9        Q.    Could you tell me about that, please?

10       A.    The college -- the college that I went to

11  had an actual motocross -- I mean a motorcycle

12  technology degree.  It was an AS degree, and I

13  achieved that degree in between going to seminars at

14  American Suzuki, and the seminars involved,

15  basically, the same thing -- you know, a more in-

16  depth version of the same thing that the college

17  provided, but on a deeper level regarding Suzuki

18  motorcycles.

19       Q.    What college was that?

20       A.    It was Riverside City College.

21       Q.    And did you obtain a bachelors or an

22  associate degree?

23       A.    Associates.

24       Q.    An associate's degree in motorcycle

25  technology.

1        A.    Correct.

2        Q.    And for those of us unfamiliar, could you

3    explain to us what that degree entails, essentially?

4        A.    I think the original intent of the

5    curriculum was to prepare a student for a job that

6    entailed working on motorcycles.  I fully planned on

7    going farther than that.  In fact, during the time I

8    was at the college, I ended up getting a job at

9    American Suzuki.  And then I completed the AS while

10   I was working, so I, at least, completed it.  I

11   started going to some of the seminars at Suzuki and

12   somebody there said you're the guy we want here

13   instead of where you're at so I started working for

14   American Suzuki.

15       Q.    Do you recall approximately the year you

16   obtained your associate degree?

17       A.    '81, I think.

18       Q.    Okay.

19       A.    '82.  Somewhere in there.

20       Q.    And when approximately did you start

21   working with Suzuki?

22       A.    Right -- right at -- I think the end of

23   '81.

24       Q.    And what were you engaged to do for

25   Suzuki?

1        A.    I originally was hired to work in the

2   customer relations department, so I would field

3   calls and deal with letters from customers regarding

4   the parts they purchased.  Did that for a year and

5   then I was -- I was -- I wanted to move into their

6   service shop and work on magazine test bikes and

7   bikes that were going to be going out to be competed

8   with, and we worked very closely with the testing

9   division and tested new product.

10             They kind of used the people that were in

11  the service department as test dummies for product

12  that nobody had seen before, so it was very

13  interesting to work on motorcycles that may or may

14  not even ever be in the marketplace.

15       Q.    What would have been like the next

16  progression in your motorcycle career, if you will?

17       A.    Well, American Suzuki didn't pay a whole

18  lot.  It was one of the companies that probably was

19  more on the lower end so many of the people there

20  had other jobs.  I was still working the racetrack

21  at the time.  I started working the racetrack really

22  early in life.  And the -- it was a local -- local

23  racetrack in Riverside that had motocross racing.

24             And I started teaching motorcycle

25  technology at Citrus College in, I think the town

1   is, Azusa, and I did that for -- I developed a
2   curriculum there while I worked at Suzuki, and
3   started getting really busy with a business that I
4   started while I was still working at Suzuki besides
5   the motorcycle technology classes I was teaching,
6   and I got so busy that Suzuki asked me do you want
7   to still work for us or you want to go do what
8   you're doing, and that's when I started doing the
9   film thing.

10       Q.   That's when you started your own business.

11       A.   Yeah.

12       Q.   Tell me a little bit about working at a
13   local racetrack in Riverside.

14       Q.   So the biology teacher at my high school
15   when I started at my high school had a -- had a
16   class like football and baseball and basketball.
17   It's usually the end of the day and, you know,
18   you're -- you go to -- like if you're going to be
19   playing basketball for the high school, then you're
20   going to go to a class that prepares and trains you
21   to go play basketball.

22            We had that for motocross at the high
23   school that I went to.  So the biology teacher, who
24   was also the driver's education teacher, taught that
25   as a sixth period class.  And then we'd compete

1  against other high schools in the area.  I actually

2  lettered in motocross.

3        Q.   Wow.  Is that something unique to

4  California?  I didn't have -- I grew up in Michigan,

5  and if we had a motocross team, I would have been

6  interested, but nothing I was aware of.

7        A.   I don't know.  Because I know that there

8  was -- I know that there was issues with some of the

9  classes that where -- where injury could happen like

10  trampled or something like that so -- and I know

11  that there was an issue with money where suddenly a

12  lot of classes that were not academic driven were

13  eliminated from schools in California.

14             That didn't happen till after I graduated.

15  I was fortunate.  But it went on through, I think,

16  the mid-'90s and they finally stopped it.  But with

17  regard to -- with regard to me up until '79, we had

18  -- we had it consistent through the whole entire

19  school season.

20        Q.   Okay.  After you started your business,

21  what would you consider to be like sort of the next

22  progression in your -- your career?

23        A.   So the film industry for -- the film

24  industry -- I mean, sorry.

25             The motorcycle industry with regard to

1    doing commercials usually starts -- usually starts

2    when the new products come in, which is like March

3    to May, and we'll shoot all summer.  And Supercross

4    starts -- at the time at the beginning when I

5    started doing this started in November and went

6    through May.

7              So it was a -- I'd already been doing

8    officiating at the local racetrack and some of the

9    racetracks even farther from the one that I

10   originally was doing.  A lot of promoters were

11   asking me to officiate events.  And then

12   periodically -- well, let me back up.  So in high

13   school, when you have a football team --

14        Q.   Yeah.

15        A.   -- they do booster -- they have a booster

16   club, and what they do is carwashes or whatever and

17   it pays for things that the team had.  We did the

18   same thing with the motocross team, but the promoter

19   for Supercross at the time was looking for cheap

20   labor and they'd hire, instead of individuals to go

21   to the Supercross, at the time, they'd hire --

22   they'd bring on a whole entire high school motocross

23   team.

24             And we'd do yellow flagging.  We'd do fire

25   marshaling, parking.  And then instead of paying a

1  bunch of individuals, the promoter would pay the

2  team as a lump.  Then we'd use that as like the

3  money for the booster club.

4       Q.    Okay.

5       A.    So that kind of like was what got me

6  started with being at a professional level even

7  though it was a very low position that I had, and I

8  kept at it and worked my way up to race director,

9  eventually.

10      Q.    So while you were in high school, you,

11 essentially, started working on the officiating side

12 of motocross --

13      A.    At an extremely low level.  I mean --

14      Q.    Yeah.

15      A.    -- we're talking yellow flagger, you know

16 -- the -- the biology teacher that I was telling you

17 about who started the motocross team, he organized

18 us to be able to go do that, and he was actually the

19 race director for the west coast for Supercross when

20 tours started.

21      Q.    And this would have been in the late '70s,

22 early '80s.

23      A.    I started working at Supercross races in

24 '77, '76-'77, when I moved to southern California,

25 all the way until, yeah, the mid to late '80s.  And

1  then I did arena cross.  I've done some road racing.

2  I did flat track.

3       Q.   Do you have any licenses -- have you ever

4  held any licenses or certifications related to

5  officiating --

6       A.   Yes.

7       Q.   -- a motorcycle event?

8            MS. SPRADLIN:  And I'll just caution --

9            THE DEPONENT:  Sorry.

10           MS. SPRADLIN:  Make sure -- you're good.

11 You got it.  Just make sure to let him --

12           THE DEPONENT:  Soon as I said it, I knew I

13 --

14           MS. SPRADLIN:  I -- I -- I saw you see it,

15 but yeah, just let him finish his question.  Yeah.

16           MR. SCHWEIKERT:  My questions are super

17 predictable.  Sometimes they don't make sense.

18 They're silly.  But let's just -- I always think of

19 this like a slow game of tennis.  I'm going to hit

20 the ball over the net to you.

21           THE DEPONENT:  I understand.

22           MR. SCHWEIKERT:  Just take our time.  Now

23 I don't remember my question.

24           THE DEPONENT:  I'm doing a good job of --

25           MS. SPRADLIN:  You are doing a great job

1   remembering not to cut him off.  Hold on.

2          MR. SCHWEIKERT:  Licenses, yes.

3   BY MR. SCHWEIKERT:

4      **Q.   Do -- have you ever held any licenses or**

5   **certifications related to officiating a motorcycle**

6   **event?**

7      A.   Yes.

8      **Q.   Please tell me about that.**

9      A.   AMA has a seminar once a year to -- it's

10  kind of like a risk management seminar.  That's what

11  I started with was just in the United States racing.

12  And they wanted people that had decision-making

13  abilities at that event to be able to, at least,

14  understand what the risk taking -- risk management

15  seminars were.  So I attended some of those.

16          In 2000, I was asked to -- because

17  Supercross, the 450 class, became international, and

18  we did races out of the country and then races in --

19  in the United States as a series.  And to achieve

20  the position of race director, or there's another

21  position below that called clerk of course, to

22  achieve that, there's a license from the FIM.  And I

23  would fly to Switzerland and go through a weekend

24  seminar every -- every two years to update that --

25  that license.

1        Q.    Do you recall approximately when you first

2    got your license with the FIM?

3        A.    I think it was 2001.  I think so.

4        Q.    Okay.  And the FIM refers to, according to

5    my rough translation, the Federation of

6    International Motorcycles.

7        A.    It's -- it's actually --

8        Q.    Can you say it in --

9        A.    Federation Internationale de Motocyclisme

10   is what it actually stands for.  But yeah, it's --

11   it's what we said in English.

12       Q.    Oh, great.  Perfect.  Is it fair to say

13   the FIM is the international sanctioning body for

14   motorcycle races?

15       A.    Yes.

16       Q.    Okay.  And we've been referring to the

17   AMA.  Is that the American Motorcycle Association?

18       A.    It's the American Motorcyclists

19   Association.  Yes.

20       Q.    Motorcyclists Association.  Okay.  And is

21   the AMA the domestic sanctioning body for motorcycle

22   events?

23       A.    So the FIM recognizes federations, and I

24   don't remember the number, it's over 100 countries,

25   and AMA is the recognized FIM federation in the

1  United States.  Yes.

2      Q.   Okay.  And when did you -- we talked about

3  a risk management seminar with the AMA.  Do you

4  recall approximately when you first attended one of

5  those?

6      A.   It was probably the late '80s.  I'm

7  guessing.

8      Q.   Have you attended more than one of those

9  types of risk management seminars with the AMA?

10     A.   Yes.

11     Q.   And what is -- what was like the general

12 subject matter during that -- those seminars?

13     A.   Well, when you're doing -- a large portion

14 of it was to cover the various documents that are

15 necessary for a rider to compete and the various

16 documents that the promoter would have to provide if

17 you're going as a referee, you have to ask for those

18 documents.  You know, and to introduce an official

19 to what kind of insurance the -- the local promoter

20 would need to have and --

21          And then with regard to risk, talking

22 about some things that are important that you're to

23 be aware of, and it was all due to past experience

24 and, you know, anecdotal interaction between the AMA

25 and promoters.  So they're -- they're basically

1  taking my little world and sharing a much bigger

2  world so that I know what's going on and being able

3  to do that -- those activities.

4      Q.   Is it fair to say that a promoter of an

5  AMA sanctioned event assumes some responsibility for

6  the safety of the riders during that event?

7      A.   Mm-hmm.   Yes.

8           MR. GORDON:   Form.

9  BY MR. SCHWEIKERT:

10     Q.   Okay.   That's part of the risk management,

11 right?

12          MR. GORDON:   Form.

13          THE DEPONENT:   Yes.

14          MR. GORDON:   You can answer.

15          MS. SPRADLIN:   Yeah.   You can answer once

16 -- once someone objects, you still -- they will make

17 their objection for the record and then you can go

18 ahead and answer the question unless you're

19 instructed not to.

20          THE DEPONENT:   Okay.

21 BY MR. SCHWEIKERT:

22     Q.   And you'll have to -- I'll just apologize

23 now.   I've been jumping over -- jumping around a

24 little bit, but I will do my best to not confuse you

25 too much.   Okay.   Have you ever taught a risk

1  management seminar?

2       A.   No.

3       Q.   Do you know who teaches those seminars at

4  present?

5       A.   No.

6       Q.   Do you recall who taught any of the

7  seminars that you participated in?

8       A.   I don't recall.

9       Q.   And obviously, the lawyers and myself, you

10  become somewhat familiar with the Supercross and the

11  different terminology, but just to create a record

12  and help those who may hear your testimony later

13  that are not familiar, you mentioned a 450 class

14  earlier.  Do you recall that?

15      A.   Yes.

16      Q.   Okay.  Are you referring to a 450 cubic

17  centimeter motorcycle?

18      A.   Yes.

19      Q.   Okay.  And that's one class of Supercross

20  racing.

21      A.   Yes.

22      Q.   Okay.  Is there another class?

23      A.   The 250 cc class.

24      Q.   And that refers to motorcycles with a

25  smaller engine size, fair?

1          A.    Yes.

2          Q.    Okay.  What type of motorcycles did you

3     ride when you were competing in motocross races?

4          A.    When I competed, the motorcycles were --

5          Q.    Two-stroke.  Yeah.

6          A.    -- two-stroke instead of four-stroke.  And

7     I rode one 25 cc, one 75 cc, 250, and 500 cc.  I

8     still have some of them.

9          Q.    You collect motorcycles.

10         A.    Not as a collector.  Just like I like

11    certain bikes.  I acquired them.  It's not as much

12    as a collection.  I don't think I've, you know,

13    showed them in a museum or anything.

14         Q.    Yeah.  Okay.  You may have told me this,

15    but I apologize.  Do you recall when you got your

16    license with the FIM?

17         A.    Well, it had to have been right around

18    2001 because that's when I became the FIM race

19    director for the 450 class.

20         Q.    Did you receive any licenses or

21    certifications from any other bodies, for example,

22    the AMA?

23         A.    I don't think so.  No.

24         Q.    Okay.  Do you recall the name of that

25    license or certification that you obtained in 2001?

1       A.    I think it was -- the title of the

2  license, I think, was race director.  I needed a

3  license later on for clerk of course because I was

4  doing international races other than the Supercross

5  series that happened in the U.S., so I attained more

6  licenses from the FIM to cover the bases for doing

7  those kind of races.

8       Q.    And in connection with obtaining your

9  licenses, did you have to undergo any training?

10       A.    The seminars were just that, training.

11  That was the idea.

12       Q.    Did you attend seminars hosted by the FIM?

13       A.    Yes.

14       Q.    Okay.  And was there a continuing

15  education requirement where you had to attend

16  seminars over the course of your career to maintain

17  your license?

18       A.    Yes.

19       Q.    And did you attend all of those -- strike

20  that.  Do you still have your FIM license today?

21       A.    No.

22       Q.    When did it lapse?

23       A.    They -- they were good for two years, and

24  the last one I did was just before, if I had to

25  guess, 2020 or 2021.  COVID kind of blocked the

1  travel to Switzerland so about that time before -- I

2  think COVID started in 2020.  I certainly didn't go

3  after that.

4       Q.   So as far as you can recall, the last time

5  you renewed your license was in 2020, 2019.

6       A.   It had to have been 2019.  Correct.

7       Q.   Okay.  And then it lapsed, approximately,

8  two years later, right?

9       A.   Well, needless to say, COVID made

10  everybody, including the FIM, make contingency with

11  timelines of things that couldn't happen because of

12  COVID.  I don't -- I think the two-year mark has got

13  to be 2018, 2019, and then there was no trips after

14  that.

15       Q.   Once your license lapsed, why did you not

16  renew it?

17       A.   Because of travel restrictions.

18       Q.   Is that the only reason?

19       A.   You mean after I didn't work for the AMA

20  anymore?

21       Q.   Yeah.

22       A.   There'd be no reason to renew a license.

23  I mean the cost of travel, if I'm not the race

24  director for Supercross anymore.

25       Q.   Do you consider yourself retired from

 1  officiating motorcycle races?

 2       A.   Oh, no.

 3       Q.   Something you still do.

 4       A.   Not at the moment, but I have feelers out

 5  to continue doing that in other disciplines.

 6       Q.   So you still have an interest in serving

 7  that function for motorcycle races.

 8       A.   Sure.

 9       Q.   Why are you not the race director for

10  Supercross anymore?

11       A.   The -- the -- the -- the contract with

12  Feld and the FIM stopped in 2021, and they don't

13  have international racing at the Supercross level

14  anymore so they didn't need a race director that had

15  those affiliations.

16       Q.   But they did still need a race director

17  for the Supercross events going forward, right?

18       A.   Yes.

19       Q.   And you had substantial experience up to

20  that point in directing Supercross races, right?

21       A.   Yes.

22            MR. GORDON:   Object to the form.

23  BY MR. SCHWEIKERT:

24       Q.   Do you have any understanding as to why

25  you were not selected to continue serving as the

1  race director even after the FIM was no longer

2  affiliated?

3       A.   No.

4       Q.   Did you ever try to find out?

5       A.   You know, word of mouth, but not formally.

6  I didn't have a contract.

7       Q.   Who told you that your services as the

8  race director for Supercross was no longer needed?

9       A.   Mike Pelletier.

10      Q.   What did he tell you?

11      A.   You're not going to be at the rounds in

12  2022.

13      Q.   Did you ask him why?

14      A.   Very first question.

15      Q.   What did he say?

16      A.   Said I don't know.

17      Q.   Did you push him for more information?

18      A.   When someone tells you I don't know, and

19  yet, they're the director of racing at AMA, in my

20  opinion, that was a lie, so why ask another

21  question.  If the question -- the only question you

22  asked, you know you were lied to, then why would you

23  ask any more questions.

24      Q.   Did you not feel that you were entitled to

25  a truthful answer as to why the decision was made to

1   no longer continue with you as the race director?

2              MS. SPRADLIN:   Object to form.

3              MR. GORDON:   Objection to form.

4              THE DEPONENT:   Absolutely.

5   BY MR. SCHWEIKERT:

6        Q.   Did you press him to give you one?

7        A.   I didn't ask him another question after

8   that.

9        Q.   Was this on the telephone?

10       A.   Yes.

11       Q.   Did you hang up the phone immediately?

12       A.   No.

13       Q.   What did you talk about next?

14       A.   Well, besides being the director of

15   racing, Mike was also at the time a very good friend

16   of mine, and I think his response to me was, well,

17   you and I are still good, right, and I think that

18   was kind of when I started exiting the conversation.

19       Q.   I mean you, obviously, over motorcycles

20   and racing, right?

21       A.   Yes.

22              MR. GORDON:   Objection to form.

23   BY MR. SCHWEIKERT:

24       Q.   Would you consider serving as the race

25   director for the Supercross to have been a dream job

1  of yours?

2                MS. SPRADLIN:  Object to form.

3                MR. GORDON:  Objection to form.

4                THE DEPONENT:  It was an extremely

5  difficult job.  You're making decisions with every

6  single incident where one person will be happy and

7  one person won't be.  So I took it very seriously.

8  The other part of it is it involves the safety of

9  riders, and I take that part extremely seriously.

10               And back to your question, I don't -- I

11  really questioned whether -- at the beginning, it

12  was a dream job, but I realized just how serious

13  this is and how difficult it was.

14  BY MR. SCHWEIKERT:

15        Q.    What do you mean by that?

16        A.    You're dealing with a lot of amenities

17  that all have agendas.  But I didn't really care

18  what any agenda was.  There were aspects of the job

19  that were my responsibility, and I would deal with

20  -- the issues of the job I would deal with on face

21  value, not -- not for anybody else's opinion or --

22  or interaction.  I would listen.

23               You know, I would -- I would listen to

24  what people had to say, certainly, but I think I

25  didn't need to concern myself with other people's

1  opinions about how to do the job.  After doing it

2  for 20 years, I think that was probably a pretty

3  good run.

4       Q.   You served as the race director for the

5  Supercross for approximately 20 years.

6       A.   Yes.

7       Q.   And did that include the race season

8  during 2020?

9       A.   I think it started at the end of 2020,

10 because we did two rounds.  It was either the end of

11 2020 or the end of 2021.  I don't recall.  But I

12 know that the whole -- the whole -- sorry.  2001.  I

13 was -- it was 20 years before I ended.

14      Q.   Okay.

15      A.   The -- the contract was 20 years.

16      Q.   Okay.

17      A.   So 2001 to '21.

18      Q.   So as you sit here today, you have no

19 understanding as to why your services as the race

20 director for Supercross were not continued.

21           MS. SPRADLIN:  Object to form.

22           MR. GORDON:  Objection to form.

23           MS. SPRADLIN:  You can answer.

24           THE DEPONENT:  I don't -- I don't know why

25 I was released, but --

1   BY MR. SCHWEIKERT:

2       Q.    Do you have a belief as to who would know

3   why?

4            MR. GORDON:   Form.

5            THE DEPONENT:   I would assume director of

6   racing and the president of AMA know.

7   BY MR. SCHWEIKERT:

8       Q.    Mr. Pelletier?

9       A.    Mm-hmm.

10      Q.    Yes?

11      A.    Yes.

12      Q.    Is he the president of the AMA?

13      A.    I said the director of racing and the

14  president of AMA.

15      Q.    Who's the president?

16      A.    Rob Dingman.

17      Q.    Okay.  And I understand the Supercross has

18  changed hands over the decades in terms of the

19  promoters; is that fair?

20      A.    Yes.

21      Q.    Okay.  Do you recall when Feld became the

22  promoter for Supercross?

23      A.    I don't recall.

24      Q.    Do you know who I'm referring to when I

25  say Feld?

1            MR. GORDON:   Objection to form.

2    BY MR. SCHWEIKERT:

3         Q.   And who's that?

4         A.   I think Kenneth Feld bought Supercross in

5    the late '90s, maybe.  I'm making a wild guess when

6    it would be.

7         Q.   Don't always ask good questions, like I

8    said.  How about this, were you the race director at

9    the Tampa Supercross in February of 2020?

10        A.   Yes.

11        Q.   Do you know who was the promoter of the

12   Tampa Supercross in 2020?

13        A.   Feld Entertainment was.

14        Q.   Who were you engaged by to serve as the

15   race director?

16        A.   Well, because there are two classes, and

17   one class is an international class and one class is

18   a -- is a domestic class, the -- the arrangement

19   with Feld and the FIM is that FIM is the sanctioning

20   body for the international class and then the 250

21   class is strictly a domestic class and AMA is the

22   sanctioning body for the 250 class.  So I was hired

23   by the FIM for the 450 class and I was hired by AMA

24   for the 250 class.

25        Q.   And was that true with respect to the 2020

1  Supercross season?

2       A.   Correct.

3       Q.   Are you aware as to whether a rider

4  participating in the Supercross 250 class still

5  needed to hold both an AMA and an FIM license?

6       A.   I don't think so.

7       Q.   Okay.  So you do not believe that riders

8  participating in the Supercross in 2020 had to be

9  holders of valid AMA national and FIM Motocross

10 World Championship license?

11      A.   Not in the 250 class.

12      Q.   I will represent that Mr. Brian Moreau did

13 sign some licensure paperwork with the FIM.  Do you

14 have any reason why he would have been required to

15 do so if he was participating in the 250 class?

16      A.   Not to my knowledge.

17      Q.   When were you first engaged by the FIM to

18 officiate the 450 class?

19      A.   When the -- when the relationship of Feld

20 and -- or actually, back when it was -- whatever --

21 whatever the promoter was called back in 2001, I was

22 already doing other events for them in Arenacross,

23 and when they needed somebody to do this, they --

24 the FIM asked for, I think, four criteria.  They

25 wanted somebody that understood the sport, somebody

1   that had done international races before, somebody
2   that had worked with the FIM before, and I think one
3   other one.
4           But anyhow, when whoever it was called
5   before it was Feld was put on the task to find
6   somebody like that -- oh.  The fourth one was they
7   wanted someone who was English speaking and local.
8   They didn't want to send an European over that may
9   or may not know the sport or whatever.  So I fit
10  those criteria, and whoever was in charge of Feld
11  suggested that I be interviewed.
12      Q.   Okay.  Did you have a contract with any
13  entity that governed any of your services as a race
14  director during the 2020 Supercross season?
15      A.   No.
16      Q.   You didn't sign any contract with the FIM
17  to serve as the race director for that season.
18      A.   No.
19      Q.   Did you sign any contract with Feld
20  Entertainment or Feld Motor Sports to serve as the
21  race director for the 450 class during the 2020
22  season?
23      A.   No.
24      Q.   How do you know that you were engaged to
25  be the race director for the 2020 season then?

1        A.    I completed the 2019 season, and 2020

2   season came up and there was nobody else that they

3   were planning on sending to the event except for me.

4        Q.    Have you ever had any sort of contract

5   regarding your services as a race director related

6   to the Supercross since Feld became the promoter?

7        A.    No.

8        Q.    It's just a verbal agreement between you

9   and the entities running the show.

10       A.    That's correct.

11       Q.    There's nothing that dictates -- well,

12  strike that.  Are you paid for your services as a

13  race director?

14       A.    Yes.

15       Q.    And there's no paperwork that dictates how

16  you're paid or how your compensation is determined.

17       A.    No.

18       Q.    I've seen a lot of documentation that the

19  riders complete and the officials complete just to

20  even be present at a Supercross event.  Why would

21  there not be any sort of documentation related to

22  your role as the race director for the Supercross as

23  far as you know?

24            MS. SPRADLIN:  Object to form.

25            You can answer.

```
 1              THE DEPONENT:  I can't -- I don't know the
 2   answer to that question.
 3   BY MR. SCHWEIKERT:
 4        Q.    Have you ever had any contract with any
 5   promoter when you were engaged to be an official for
 6   a motocross event?
 7        A.    No.
 8        Q.    At any time in your career.
 9        A.    Correct.
10        Q.    So if I wanted to hire you to be an
11   official for a motocross event, I would just call
12   you and say, hey, John, I'll give you 200 bucks to
13   show up on Saturday, that sort of thing.
14        A.    I wouldn't do it for 200 bucks.
15        Q.    How much would you do it for?
16              MS. SPRADLIN:  Object to the form.
17              THE DEPONENT:  We would have to come up
18   with an amicable number before I'd agree, but it
19   would depend on what you want me to do.
20   BY MR. SCHWEIKERT:
21        Q.    Would we put that number in writing so
22   there's no misunderstanding between us about what
23   you're going to do and what I'm going to pay you for
24   what you're doing?
25              MS. SPRADLIN:  Object to the form.
```

1             MR. GORDON:   Form.

2             THE DEPONENT:  It was unnecessary.  No.

3    It never was put in writing.  I guess I wouldn't

4    come back if what was agreed upon wasn't actually

5    paid out.

6    BY MR. SCHWEIKERT:

7         Q.   **How do you know what was agreed upon?**

8         A.   The discussion of me showing up and what's

9    going to be covered.  That discussion would tell me

10   what I'm going to expect.

11        Q.   **Tell me about the discussion that would**

12   **have covered the services you provided during the**

13   **2020 season as race director.**

14        A.   There was no discussion for the 2020

15   season because it was exactly the same as 2019 and

16   prior.  In fact, it was the same for the whole 20

17   years.

18        Q.   **When was the discussion where you reached**

19   **the agreement that you believe dictated the services**

20   **you were providing during the 2020 Supercross**

21   **season?**

22        A.   In probably the middle of 2000, I believe.

23        Q.   **So you had a discussion beginning of this**

24   **century, more or less, about serving as the race**

25   **director for Supercross, and you came to an**

1   **agreement on some terms and that's what governed**
2   **your services as the race director for the next few**
3   **decades.**

4         A.   Well, at the time, I was doing just race
5   direction for the 450 class, and that stayed that
6   way until 2006, maybe.  And then it didn't make
7   sense to have an AMA race director for the 250 class
8   and somebody else for the 450 class.  There was
9   probably some more issues that happened that I don't
10  know about.

11        And then they decided to -- to come to me
12  and ask me if I would be interested in just doing
13  the whole thing.  And so then we came up with an
14  amount that was acceptable to do that.

15        Q.   **Tell me about that conversation.**

16        A.   It's pretty simple.  It's adding a whole
17  class.  We, basically, doubled what I was making,
18  give or take, prior to doing that.

19        Q.   **Okay.**

20        A.   And then there was a decision made on who
21  was going to cover my expenses to get to the events.

22        Q.   **And how much were you making when you**
23  **first started back in the 2000 timeframe?**

24        A.   Twelve-hundred dollars a race and all
25  expenses.

1        Q.    To serve as the race director for the 450

2   class at that time.

3        A.    Correct.

4        Q.    And that was paid by the FIM.

5        A.    It was -- it was a sanctioning agreement

6   between whoever it was before it was Feld and the

7   FIM, and the -- whoever the -- whatever it was

8   called -- I think it was then -- in any case, they

9   -- they paid me in check and then they, obviously,

10  had to pay a sanctioning fee, so I'm sure the

11  accounting just took that part out of the sanction.

12       Q.    So at least as of 2000, the -- the

13  promoter was paying you for your services.

14       A.    Yes.

15            MS. SPRADLIN:   Object to the form.

16  BY MR. SCHWEIKERT:

17       Q.    And reimbursing your expenses.

18       A.    Yes.

19       Q.    How much were you making during the 2010

20  Supercross season?

21       A.    It was -- they added a -- AMA added $1,000

22  to it, so 2200.

23       Q.    But you were still only receiving 1200 for

24  serving as the race director for the 450 class, even

25  though you had been doing it for about a decade at

 1  that point.

 2       A.   Yes.

 3       Q.   There was no cost of living adjustment or

 4  increase in wage to compensate for inflation,

 5  nothing like that.

 6       A.   No.

 7            MR. GORDON:  Objection to form.

 8  BY MR. SCHWEIKERT:

 9       Q.   Okay.  And have you ever had any contract

10  with the AMA related to your services as the race

11  director for the Supercross?

12       A.   No.

13       Q.   As far as you're aware, it's all been

14  verbal agreement.

15       A.   Yes.

16       Q.   Okay.  Now let's just focus in on the 2020

17  season.  Do you recall how much you were being paid

18  for your services as the race director for the 450

19  class?

20       A.   Twelve-hundred dollars.

21       Q.   Still.  Okay.  You were still being paid

22  $1200 as of 2020, despite 20 years of experience at

23  that point as being the race director for the 450

24  class.

25            MS. SPRADLIN:  Object to the form.

1            THE DEPONENT:   Yes.

2   BY MR. SCHWEIKERT:

3        Q.   Were your expenses being reimbursed?

4        A.   Yes.

5        Q.   Who paid you the $1200 during the 2020

6   Supercross season?

7        A.   Feld Motor Sports did.

8        Q.   So it wasn't the FIM then that paid you.

9            MS. SPRADLIN:   Object to form.

10           THE DEPONENT:   There was an agreement in

11  the very beginning that there's a fee that they pay

12  the race director, the FIM does, and then there's an

13  agreement between the promoter and the FIM as to

14  what their sanctioning is.

15           And I'm sure that there was some

16  accounting done to take the fee that they paid out

17  of the sanctioning fee, but if the FIM paid me, it

18  would be in Swiss francs so I'd have to deal with

19  international monetary to change the money over.

20  BY MR. SCHWEIKERT:

21       Q.   Were you paid $1200 by Feld Motor Sports

22  for some of your services as the race director at

23  the 2020 Tampa Supercross?

24       A.   Yes.

25           MR. GORDON:   Objection to form.

```
 1   BY MR. SCHWEIKERT:

 2        Q.   Were you paid $1,200 by Feld Motor Sports

 3   for working the Tampa Supercross in 2020?

 4        A.   Yes.

 5        Q.   Did Feld Motor Sports reimburse any

 6   expenses that you may have engaged in connection

 7   with the services you provided at the Tampa

 8   Supercross in 2020?

 9        A.   Just the flight, the hotel, and the rental

10   car.

11        Q.   And were you paid by the AMA for any

12   services that you provided in connection with the

13   Tampa Supercross in 2020?

14        A.   Yes.

15        Q.   How much were you paid?

16        A.   A thousand dollars.

17        Q.   Did you receive any other renumeration

18   (sic) from the AMA in connection with the 2020 Tampa

19   Supercross?

20        A.   Other than the $1,000, no.

21        Q.   Okay.  So all together, you were

22   compensated $2,200 for your services as the race

23   director at the Tampa Supercross in 2020.

24        A.   Yes.

25        Q.   And you had your expenses reimbursed by
```

1   Feld Motor Sports?

2         A.    Yes.

3               MR. GORDON:  Objection to form.

4               MR. SCHWEIKERT:  What's wrong with my

5   form?

6               MR. GORDON:  You're just leading.

7               MR. SCHWEIKERT:  Leading?

8               THE DEPONENT:  Can we call this one?

9               MR. SCHWEIKERT:  Yeah.

10              MR. SCHWEIKERT:  I'm going to show you a

11  document I will mark as Exhibit 118, Bates-labeled

12  FMS_INC_666 through 672.

13              (WHEREUPON, Exhibit 118 was marked for

14  identification.)

15              MR. GORDON:  What were the Bates again,

16  Mark?  I missed that.

17              MR. SCHWEIKERT:  Yes.  FMS_INC_666 --

18  maybe that's why we have poltergeist today --

19  through 672.

20              MS. SPRADLIN:  Do you have an extra copy

21  of that for me?

22              MR. SCHWEIKERT:  I do.

23              MS. SPRADLIN:  Thank you.

24              MR. GORDON:  Are we going to make that

25  Exhibit 118?

```
 1              MR. SCHWEIKERT:  Yeah.  And just as a
 2   general heads-up, it appears to be the expense
 3   report submitted by Mr. Gallagher.  That's all it
 4   is.
 5   BY MR. SCHWEIKERT:
 6        Q.   Take a moment, sir, please to review the
 7   document I've marked as Exhibit 118 and let me know
 8   if you've seen it before.
 9        A.   Yes.  I've seen this before.
10        Q.   Okay.  And what is Exhibit 118?
11        A.   I was required to submit an expense report
12   to Feld Entertainment for the cost -- and an invoice
13   for the cost of the per diem.
14              MS. SPRADLIN:  You can hang onto that
15   until you --
16              THE DEPONENT:  I didn't --
17              MS. SPRADLIN:  No.  You're good.
18              THE DEPONENT:  -- know if you needed to
19   see it.
20              MS. SPRADLIN:  That's fair.  There's an
21   extra copy for me.
22   BY MR. SCHWEIKERT:
23        Q.   And is Exhibit 118 the expense report that
24   you submitted for the 2020 Tampa Supercross on or
25   about June 18th, 2020?
```

```
 1        A.    What was the date that you -- that you --

 2        Q.    June 18th, 2020.

 3        A.    Actually, I think it may have been a

 4   little earlier than that, but yeah.

 5        Q.    Yeah.  Well, how did you submit your

 6   expense report to Feld?

 7        A.    I provided copies of this invoice and then

 8   additionally, copies of each -- of each receipt for

 9   all the things listed on the invoice, and they

10   wanted a map for mileage from my house to whatever

11   report I chose.

12        Q.    Did you email your invoice and receipts to

13   Feld?

14        A.    No.  I made, basically, this exact same

15   packet and handed it to Pam Murphy.  She was at the

16   races.

17        Q.    Have you ever submitted any expense

18   reports to Feld by email?

19        A.    I don't recall.  Pam -- Pam was at every

20   single event so it probably wouldn't be necessary to

21   email them.

22        Q.    And who's Pam Murphy?

23        A.    She's one of their accountants.

24        Q.    And if we look at the second page of the

25   exhibit Bates-labeled 667, is this the invoice that
```

1  you handed to Pam Murphy for your expenses in

2  connection with the Tampa Supercross?

3        A.    Yes.

4        Q.    It says it's sold to Feld Entertainment,

5  Inc.  Do you see that?

6        A.    Yes.

7        Q.    Do you know if it was Feld Entertainment,

8  Inc. or Feld Motor Sports that actually reimbursed

9  you for your expenses?

10       A.    I'd have to go back and look at the check,

11  but I think that the way that I wrote it on this

12  invoice says Feld Entertainment was probably the way

13  the checks were.

14       Q.    Do you have an understanding of what Feld

15  Motor Sports, Inc. is?

16       A.    No.  Like you said at the very beginning,

17  the names of the company have changed probably seven

18  times since I first started working with them.

19       Q.    Okay.  And if we go back to the invoice

20  you provided to Feld, it appears you were reimbursed

21  a total of $1,152.88 for the Tampa Supercross.

22       A.    Correct.

23       Q.    Do you recall if you received a 1099 from

24  Feld Motor Sports or Feld Entertainment for the 2020

25  tax year?

1         A.    Yes.

2         Q.    **What do you recall?**

3               MS. SPRADLIN:  Object to the form.

4               You can answer.

5    BY MR. SCHWEIKERT:

6         Q.    **I'm not trying to trick -- I thought I**

7    **asked do you recall, and you said yes, so -- let me**

8    **put it another way.  Did you receive a 1099 from**

9    **Feld Entertainment or Feld Motor Sports for the 2020**

10   **tax year?**

11        A.    Yes.

12        Q.    **Did you receive a W-2 from Feld**

13   **Entertainment or Feld Motor Sports for the 2020 tax**

14   **year?**

15        A.    Not that I recall, because a W-2 is for an

16   employee, and I wasn't an employee of theirs.

17        Q.    **Did you receive a W-2 from the AMA for the**

18   **2020 tax year?**

19        A.    No.

20        Q.    **Did you receive a 1099 from the AMA for**

21   **the 2020 tax year?**

22        A.    Yes.

23              MR. SCHWEIKERT:  Did you -- strike that.

24              Can we take a little bathroom break if

25   that's okay with everybody.

1            MS. SPRADLIN:  Works for us.

2            MR. GORDON:  How long we --

3            THE VIDEOGRAPHER:  Please stand by --

4            MR. GORDON:  How long we taking?

5            MR. SCHWEIKERT:  About seven minutes.

6   Come back at 25 after the hour.

7            MR. GORDON:  Great.  Thanks.

8            THE VIDEOGRAPHER:  Please stand by.  The

9   time is 11:18 a.m.  We are off the record.

10           (WHEREUPON, a recess was taken.)

11           THE VIDEOGRAPHER:  The time is 11:28, and

12  we are on the record.

13           MR. SCHWEIKERT:  I'm going to show you a

14  document I'm going to mark as Exhibit 119 Bates-

15  labeled FMS_INC_963 through 965, and it's entitled,

16  "2019 to 2020 Adult FMS All-Event Release, Waiver

17  and Indemnity Agreement."

18           (WHEREUPON, Exhibit 119 was marked for

19  identification.)

20  BY MR. SCHWEIKERT:

21      Q.   **Take a minute to review the document and**

22  **let me know if you've seen it before.**

23           MS. SPRADLIN:  And I will just note for

24  the record that I just got a small highlighter mark

25  on what you had marked as 118, but --

1              MR. SCHWEIKERT:   How dare you.

2              MR. SPRADLIN:   -- that's -- I hope that

3    won't be devastating to the sanctity of the legal

4    industry.

5    BY MR. SCHWEIKERT:

6        Q.   Do you recognize the document I've marked

7    as Exhibit 119?

8        A.   I need -- I need to read it.

9        Q.   Oh, please.  By all means.  And throughout

10   the deposition, I'm going to show you a number of

11   things.  You're free to take as much time as you

12   need to review them.  If it's going to take some

13   time though, I would ask that we just go off the

14   record so we're not all just sitting here waiting.

15             MR. SCHWEIKERT:   Let's go off the record

16   while he reviews it.

17             THE VIDEOGRAPHER:   Please stand by.   The

18   time is 11:32.  We are off the record.

19             (WHEREUPON, a recess was taken.)

20             THE VIDEOGRAPHER:   The time is 11:34.   We

21   are on the record.

22   BY MR. SCHWEIKERT:

23       Q.   Do you recognize the document I have

24   marked as Exhibit 119?

25       A.   Yes.

1    Q.   And what is it?

2    A.   It's the release that I signed to be a

3  race director from Feld -- from Feld.

4    Q.   From Feld Motor Sports?

5    A.   I think it's -- yep.  Feld Motor Sports.

6    Q.   Okay.  So if we look at the -- the last

7  page, there's a signature -- there's two signatures.

8  Is one of those signatures yours?

9    A.   The above one.  Yes.

10   Q.   Okay.  And if we go back to the first page

11 of the exhibit, right above the underlined title of

12 the document, there's a stamp in the upper left-hand

13 corner that says February 14, 2020, at 11:01:24 a.m.

14 Do you see that?

15   A.   Yes.

16   Q.   Is it your understanding that that's the

17 approximate time at which you signed this document?

18   A.   I couldn't tell you if that's the time I

19 signed it or not.

20   Q.   Do you know when you signed it?

21   A.   No.

22   Q.   If we look at the last page just below

23 your signature, it says date of signature, and below

24 that, February 14, 2020; see that?

25   A.   Yes.

1      Q.    Do you have any reason to believe that you

2  did not sign it on February 14th, 2020?

3      A.    I don't have any reason to believe that.

4  No.

5      Q.    You don't have a specific recollection of

6  exactly when you signed it.

7      A.    I do not.  No.

8      Q.    Have you signed similar releases in

9  connection with other Supercross events?

10      A.    Yes.

11      Q.    Was it standard practice to sign a release

12  like this before every single event during the 2020

13  Supercross season?

14      A.    I -- I don't recall having to do it for

15  every single event.  No.

16      Q.    Was the February -- strike that.  Was the

17  Tampa Supercross in February of 2020 the first

18  Supercross event of that season?

19      A.    No.

20      Q.    There had been some prior races, right?

21      A.    Yes.

22      Q.    Do you believe you signed a release prior

23  to participating in those events before the Tampa

24  Supercross?

25            MS. SPRADLIN:  Object to the form.

1            THE DEPONENT:  I don't recall.  I mean

2  this -- this document is very common and not just

3  Supercross, for all races, and I probably signed

4  this one and, additionally, probably signed one for

5  the AMA at some point in the season.

6  BY MR. SCHWEIKERT:

7       Q.   **What document do you believe you probably**

8  **signed for the AMA at some point in the season?**

9       A.   It was probably a document that looked

10  very much or exactly like this.

11      Q.   **And what do you understand this document**

12  **to be?**

13      A.   It's an attempt to ensure that I release

14  my rights on liability to still be active in the job

15  that I -- that I took on.

16      Q.   **Is it your understanding that Supercross**

17  **events are very dangerous?**

18      A.   Yes.

19      Q.   **And why's that?**

20      A.   There's motorcycles that are on dirt

21  jumping through the air and the riders in most cases

22  are in control, but there's situations where

23  sometimes they're not in control.

24      Q.   **What does that mean?**

25      A.   Meaning that they -- they are not in

1  control of the motorcycle and they crash.

2       Q.   And crashing presents a risk of injuries

3  from very minor to very serious, fair?

4       A.   Yes.

5       Q.   And we'll talk a little bit more about

6  that -- that later.  You can set that one aside.  Do

7  you know what a hard card for Supercross is?

8       A.   Yes.

9       Q.   And what is that?

10      A.   It's a credential to allow you to go to

11 whatever area of that particular credential allows

12 you to go to.  There's a variety of them.  But the

13 -- in most cases, a hard card is a yearly

14 credential, as opposed to an individual race

15 credential.

16      Q.   Did you have a hard card for the 2020

17 Supercross season?

18      A.   Yes.

19      Q.   I'm going to show you a document

20 previously marked as Exhibit 75.  It's in black and

21 white, fortunately, because I printed it -- Bates-

22 labeled --

23           MS. SPRADLIN:  I think it may have printed

24 it on the black that is printed out.

25           MR. SCHWEIKERT:  Give me a second and I'll

1  get you that Bates label.  Bates-labeled AMA_2002 to
2  2003.  And I'll show it to your counsel first.  It's
3  the only copy I have.
4           MS. SPRADLIN:  It's two pages -- or two
5  sides.
6           THE DEPONENT:  Yeah.
7  BY MR. SCHWEIKERT:
8       Q.  Can you take -- yeah.  Just take a look at
9  Exhibit 75.  Let me know if you've seen it before.
10      A.  Well, I haven't seen this one because it's
11  not me.
12      Q.  Well, do you know what is depicted in
13  Exhibit 75?
14      A.  Yes.
15      Q.  And what is that?
16      A.  It's Tim Kennedy's credential.
17      Q.  And who's Tim Kennedy?
18      A.  He was one of the officials that worked
19  with the AMA.
20      Q.  Is Exhibit 75 pictures of the front and
21  back of Mr. Kennedy's hard card for the 2020
22  Supercross season?
23      A.  Yes.
24      Q.  And did you have a similar hard card for
25  the 2020 Supercross season?

1        A.    Yes.

2        Q.    And did you need that hard card in order

3    to access Raymond James Stadium and work the Tampa

4    Supercross?

5        A.    Yes.

6        Q.    Were you wearing the hard card during the

7    Tampa Supercross?

8        A.    Yes.

9        Q.    Where?

10       A.    On a lanyard around my neck, and, most

11   likely, I would tuck it into the uniform shirt that

12   I was wearing.

13       Q.    Do you know who issued your hard card?

14       A.    Feld Motor Sports, I think.

15       Q.    Do you know if anyone -- strike that.  Is

16   it fair to say that in order for anyone to

17   participate in the Supercross, they needed a

18   credential or a hard card issued by Feld Motor

19   Sports?

20       A.    I don't think you -- I don't think every

21   competitor is issued a hard card if they're only

22   riding one event.

23       Q.    My question was a little different, and

24   I'll -- I'll rephrase it.  Do you know how

25   participants in the Tampa Supercross were able to

1   enter the stadium to participate?

2        A.   Well, they would either have a hard card

3   with them or they'd have a wristband that allows

4   them into the stadium.

5        Q.   And do you know who issued those hard

6   cards and wristbands for the Tampa Supercross?

7        A.   Feld Motor Sports did.

8             MR. SCHWEIKERT:   Okay.   I'm going to show

9   you another document previously marked Exhibit 77.

10             For our friends on Zoom, I will represent

11   it is a photograph of the front of an AMA uniform,

12   Bates-labeled AMA_1704.

13             Take a look at that.

14             MS. SPRADLIN:   It is in black and white

15   for just the sake of the record.

16   BY MR. SCHWEIKERT:

17        Q.   Just take a look at the picture that is

18   marked Exhibit 77.   Do you know what is in that

19   picture?

20        A.   Yes.

21        Q.   What is that?

22        A.   I don't recall if that's the AMA uniform

23   for the Tampa Supercross.   We changed uniforms

24   several times throughout the time that I spent with

25   the AMA.   If you're saying that's the uniform we

1  used for the Tampa Supercross, I'd believe you, but

2  I don't recall if that's the ones at the Tampa

3  Supercross.

4      **Q.   Did you have a uniform that you wore**

5  **during the Supercross events during the 2020 season?**

6      A.   Yes.

7      **Q.   Where did you get that uniform?**

8      A.   The FIM sent me some uniforms for -- that

9  represented the FIM, and I think on race day I would

10 use an AMA uniform.

11     **Q.   The uniform that you used on race day**

12 **during the Tampa Supercross in 2020, did it appear**

13 **similar to what is depicted in Exhibit 77?**

14     A.   If that was the uniforms that we -- that

15 the AMA issued for the 2020 season, then yes.  I

16 just -- I don't recall what uniform was issued

17 during that year.

18         MR. SCHWEIKERT:  I'm going to show you

19 another document that we'll mark as Exhibit 120,

20 Bates-labeled FMS_INC_770.

21         (WHEREUPON, Exhibit 120 was marked for

22 identification.)

23 BY MR. SCHWEIKERT:

24     **Q.   If you'll just take a look at Exhibit 120**

25 **and let me know if you recognize it.**

1        A.    I do.

2        Q.    And what is it?

3        A.    I believe that's the uniform that the Feld

4    employees would wear on the floor.  I don't have one

5    of these.

6        Q.    You did not have a uniform similar to what

7    is depicted in Exhibit 120.  Is that what you're

8    saying?

9        A.    That's correct.

10       Q.    But it's your understanding that what's

11   depicted in Exhibit 120 was the uniform worn by Feld

12   employees.

13       A.    Correct.

14       Q.    All right.  You can set that aside.  Do

15   you recall if the uniform that you were wearing

16   during the Tampa Supercross in 2020 had any

17   Supercross logos on it?

18       A.    I believe that the series logo is on

19   uniforms that were -- all the uniforms that we --

20   that we operated in.

21       Q.    And by series logo, what do you mean?

22       A.    The one that's on the front of the --

23   Exhibit 77.

24       Q.    Okay.  Do you recall if you were wearing

25   any other gear or uniform during the Tampa

1    Supercross in 2020?

2         A.    Yes.

3         Q.    What else were you wearing?

4         A.    All day Friday, I would wear the FIM

5    provided uniforms.

6         Q.    And then what about Saturday?

7         A.    Saturday morning, I'd put on whatever AMA

8    was wearing.

9         Q.    Okay.  Do you recall if you wore a hat?

10        A.    Yes.

11        Q.    What did that hat look like?

12        A.    That would be a FIM hat.

13        Q.    You would -- and what do you mean by a FIM

14   hat?

15        A.    It says FIM on the front of the hat.

16        Q.    Okay.  Any other article of clothing that

17   would be part of sort of the uniform that you were

18   wearing as an official on that day?

19        A.    We were all required to wear black pants,

20   long pants.

21        Q.    Did those pants have any logos on them, as

22   far as you can recall?

23        A.    No.

24        Q.    Okay.  And just for the sake of my

25   curiosity, why -- well, strike that.  The Friday

1  before race day is considered press day; is that

2  fair?

3       A.    No, not for us.

4       Q.    Oh, okay.

5       A.    I mean it's press day for Feld Motor

6  Sports, but we don't participate in press day.  I'm

7  there in an official capacity as far as making sure

8  that the track is safe and seeing how the track is

9  -- basically, gathering information before we go the

10 Saturday morning.

11      Q.    Okay.  And I do want to talk more in

12 detail about those specific days and what happened,

13 but before we get too deep in the weeds, I had some

14 other topics I wanted to pick your brain about.

15           I'm going to show you a document

16 previously marked as Exhibit 2.  It's the AMA

17 Supercross 2020 Rulebook, Bates-labeled AMA_393

18 through 472.  You certainly are free to review it in

19 its entirety if you would like before I ask you

20 questions.  If you would like to do so, please let

21 me know and we can take a little break, but I will

22 tell you, I'm not asking you questions about the

23 whole rulebook.

24      A.    Good.

25      Q.    I did want to ask you some questions about

```
 1   a few sections if you want to take a minute and
 2   review them before I do so, and that would be
 3   Appendix B on page 61 through 64 of the rulebook.
 4              MR. GORDON:  Mike, remind me of the
 5   exhibit number of that again.
 6              MR. SCHWEIKERT:  2.
 7              MR. GORDON:  Exhibit 2?
 8              MR. SCHWEIKERT:  Yes.
 9              MS. SPRADLIN:  And for the record, I know
10   we had some multiple marked exhibits at the very
11   beginning, but it was marked 2 during Dr. Bodnar's
12   deposition.
13              MR. GORDON:  Correct.
14              THE DEPONENT:  You're referring to the --
15   the description of each person's job title and their
16   duties.
17              MR. SCHWEIKERT:  Yes.
18              THE DEPONENT:  Okay.
19   BY MR. SCHWEIKERT:
20        Q.   Just -- just to put you in the headspace
21   so you can review whatever you want to review before
22   I question you, I'm going to ask you to help me as a
23   layperson understand race direction versus event
24   management, race director, clerk of course, et
25   cetera.
```

March 13, 2025                                72

```
1        A.    Okay.

2        Q.    And whenever you're ready for those

3   questions, let me know.

4        A.    Are we going to be referring to this as we

5   go along?

6        Q.    Yes.

7        A.    Okay.  I feel comfortable with --

8        Q.    Okay.

9        A.    -- if I can refer to it.

10       Q.    Absolutely.  So take a look at page 61 of

11   the rulebook entitled, "Appendix B, Official

12   Duties," and let me know when you're there.

13       A.    I'm here.

14       Q.    Okay.  Do you see the section entitled,

15   "Race Direction?"

16       A.    Yes.

17       Q.    And below that, it reads, "The race

18   direction is composed of three officials, AMA

19   delegate, race director, clerk of course."  Do you

20   see that?

21       A.    Yes.

22       Q.    Do you recall who the AMA delegate was at

23   the Tampa Supercross?

24       A.    I believe it was Jeff Canfield.

25       Q.    And who is -- who is Jeff Canfield?
```

1        A.    He works for the AMA in the capacity of

2   race manager -- or AMA manager.

3        Q.    And the reference to race director, would

4   that have been you during the Tampa Supercross?

5        A.    Yes.

6        Q.    Okay.  Do you recall who was the clerk of

7   course for --

8        A.    Mike Pelletier.

9        Q.    And what function does the race direction

10  group serve during a Supercross event?

11       A.    The biggest part of it is having more than

12  one set of eyes on an issue instead of having a

13  single person making a call on an issue, like a

14  rider that has broken a rule in the rulebook.   In

15  the event that it's -- it can be looked at a

16  different way, we have three sets of eyes that make

17  a decision on that, especially when there's

18  penalties involved.

19       Q.    Would that include issues related to red

20  flagging a practice or race?

21            MS. SPRADLIN:  Object to the form.

22            THE DEPONENT:  No.  We wouldn't

23  collaborate to come up with the decision to red flag

24  a race.

25  BY MR. SCHWEIKERT:

1      Q.   And do you know where Mr. Canfield was

2   stationed during the practice sessions at the 2020

3   Tampa Supercross?

4      A.   No.

5      Q.   Do you have an understanding as to whether

6   he was supposed to be stationed somewhere during the

7   practice sessions?

8      A.   Yes.

9      Q.   And where's that?

10      A.   There's a booth up in the tower that he

11   can see the whole racetrack from high above.

12      Q.   A booth up in the -- a tower or up in the

13   stadium?

14      A.   In the stadium's tower.

15      Q.   Okay.  And would that booth be at the

16   suite level of the stadium?

17      A.   I don't know where it is at Raymond James,

18   but yeah, sometimes they're at the suite level,

19   sometimes it's the announcing -- where the

20   announcers sit.  It depends on the stadium, and I'm

21   not sure exactly where it is at Tampa.

22      Q.   And what function -- or what is the reason

23   Mr. Canfield should have been in that particular

24   booth during the practice session?

25           MS. SPRADLIN:  Object to the form.

 1              THE DEPONENT:   It would -- it would be to

 2   provide an extra set of eyes from a different

 3   perspective before the stadium.

 4   BY MR. SCHWEIKERT:

 5        Q.   An extra set of eyes for what benefit?

 6        A.   If there's an issue with the racetrack, if

 7   there's an issue with a rider that's -- that's down,

 8   if there's problems with banners or tuff blocks that

 9   are on the track.  You can see that from his

10   perspective in a different -- a different way that I

11   could on the -- on the floor.

12        Q.   Do you know if there would have been video

13   monitors of the practice sessions available to Mr.

14   Canfield?

15        A.   Yeah.  I think he has a video monitor.

16        Q.   Just one?

17        A.   Yes.

18        Q.   And I've -- I've heard references to show

19   control and race command.  Do those terms mean

20   anything to you?

21        A.   Well, when you run an event that's --

22   that's like this, you -- you have TV people that are

23   doing their job.  You have Feld -- Feld people that

24   are up in the tower doing their job and directing

25   their portion.  And then we have people up in the

1  tower that are monitoring entirely different things

2  than what Feld and the TV people are interested in.

3  They all have different booths too in most cases.

4  We have timing and scoring people that are up in the

5  tower, up in the booths of the tower.

6      Q.   And when you say up in the tower, are you

7  referring to an elevated position within the stadium

8  or like a physical tower --

9      A.   Structure.

10     Q.   -- on the racetrack?

11     A.   No.  It's -- it's -- it's utilizing either

12 the suites in some stadiums or the announcing area

13 or show -- like Raymond James is a football stadium.

14     Q.   Right.

15     A.   So there's booths that are dedicated not

16 to fans or to suite operation, and sometimes they

17 utilize those.

18     Q.   Okay.  We'll come back to that a little

19 bit later.  I want to go back to Appendix B of the

20 AMA Rulebook.  There's a subsection, f.4., on page

21 61, which reads, in part, that the authority and

22 duties of race direction include, but are not

23 limited to, making recommendations to the organizers

24 to ensure smooth and efficient running of the event.

25 Do you see that?

1      A.    Yes.

2      **Q.    Okay.  What does that mean?**

3      A.    So a lot of the activity that I was

4   involved in on Friday was to figure out the most

5   efficient way to get riders on the racetrack and

6   onto the starting gate, to prepare them before they

7   go onto the starting gate by lining them up in the

8   order they need to be lined up in, making sure the

9   route to the starting gate is a safe route for those

10  riders and mechanics, and then when they finish and

11  get the checkered flag, a route that they can get

12  off the racetrack and back to the pit area without

13  being in harm's way.

14            There's discussions about padding and

15  things on the racetrack that might be hazardous to

16  the riders.  There's discussion regarding the

17  mechanics where they come in at, where they stay,

18  and then where they go to when the race is going on.

19  These -- these are all recommendations that happen

20  during Friday's pre-race activity.

21            And then on Saturday, if something didn't

22  work out, we could change it, but if we -- you know,

23  they need somebody of authority that can recognize,

24  wow, we thought that this was going to work and now

25  we have a new issue we didn't think about or

1  something came onto the floor that wasn't even

2  brought up on Friday that now on Saturday it's in

3  the way.

4          TV -- TV isn't in on Friday so we have to,

5  you know, make amends for where TV is at.  And

6  there's -- there's a variety of things that happen

7  that are recommendations to the organizer to make it

8  so that we can smoothly operate the event.

9      **Q.    And by the organizer, you're referring to**

10  **-- to Feld Motor Sports or Feld Entertainment.**

11      A.    Yes.

12          MR. GORDON:   Objection to form.

13  BY MR. SCHWEIKERT:

14      **Q.    And you make recommendations and then Feld**

15  **makes a final decision based on your**

16  **recommendations.**

17          MR. GORDON:   Objection to form.

18          THE DEPONENT:   There's -- there's

19  certainly collaboration.  Needless to say, boots on

20  the ground sees things more astutely than, you know,

21  someone that may or may not be on the floor, but

22  it's -- it's always a collaboration.

23  BY MR. SCHWEIKERT:

24      **Q.    But by using the word, recommendation, it**

25  **suggests that you did not have the ultimate**

1  authority to implement those recommendations.  You

2  needed to get approval from the race organizer; is

3  that fair?

4           MS. SPRADLIN:  Object to form.

5           MR. GORDON:  Objection to form.

6           THE DEPONENT:  There's too many different

7  topics that some are Feld's responsibility and some

8  are the AMA's responsibility.  So your question is

9  kind of blanketing every decision, and the AMA --

10  the AMA's point of view is, yes, I made

11  recommendations for things that we took care of, and

12  the recommendations to Feld are -- are not in that

13  group of recommendations.  It's ones that they will

14  look at and decide.

15  BY MR. SCHWEIKERT:

16      Q.   Well, help me understand the different

17  responsibilities in your mind's eye between the AMA

18  and Feld, as you just indicated.

19      A.   Like I'll give an example.  We -- we -- we

20  never wanted riders exiting on the -- on the -- on

21  the medical route around the stadium in the opposite

22  direction of the way that the flow of traffic of the

23  race was going.  So -- so say they exit the course

24  and if they went one way around the racetrack,

25  they'd be going against the traffic next to them on

1  the racetrack, and if they went the other way, they
2  would be going with the flow of traffic on the side
3  of the racetrack.

4          If you're going to get -- if there's going
5  to be a collision, you want the speeds to be
6  similarly at the same speed, not head on.  So we
7  would discuss, yeah, we were going to -- we were
8  going to do an exit in a certain way, and when we
9  realize that this is more dangerous than doing it
10  the longer way, but the safer way.  So those --
11  those would be collaborations we -- I would talk
12  with Feld about.

13      Q.   And what responsibilities does Feld have
14  as far as you're aware?

15          MS. SPRADLIN:  Object to form.

16          THE DEPONENT:  I don't work for Feld so --
17  I mean I know some things they do.  They're
18  anecdotal though.  For one, they're responsible for
19  making sure the TV has a clear view of the racetrack
20  and that their sponsors are taken care of, and
21  basically, everything that's not actually race --
22  race related.

23  BY MR. SCHWEIKERT:

24      Q.   Well, isn't an event organizer responsible
25  for adequately protecting participants, spectators,

```
 1  and third parties by its design of the event, access
 2  to the event, and control of the event?
 3              MR. GORDON:  Objection to form.
 4              THE DEPONENT:  Yes.  I don't -- I'm not
 5  responsible for spectators; only the people and the
 6  items that are on the floor.
 7  BY MR. SCHWEIKERT:
 8       Q.   Well, you're not the event organizer or
 9  sponsor; are you?
10       A.   Neither.
11       Q.   That's Feld's, right?
12              MR. GORDON:  Objection to form.
13  BY MR. SCHWEIKERT:
14       Q.   If we go back to the rulebook, the next
15  subsection five --
16       A.   B5?
17       Q.   Yes.  It's B1, f.5.
18       A.   Oh.
19       Q.   And I'll put it into the record.  The
20  authority and duties of race direction include, but
21  are not limited to, modify or delay the event
22  schedule as needed for any unforeseen situation.  A
23  representative of the championship promoter will be
24  present for any decision regarding an event schedule
25  modification or delay.  Do you see that?
```

1        A.    Yes.

2        Q.    And what does that mean?

3        A.    Like say it's raining and the track is
4   impassable, or say one of the structures that are on
5   the floor fell over, then a decision would be made,
6   certainly by Feld, but I'd be involved regarding
7   making a decision on  are we going to drag the
8   structure off to the side and finish practice or are
9   we going to amend the schedule and redirect the
10  structure and make it sound.

11       Q.    And in that second sentence, it refers to
12  a representative of the championship promoter.  Did
13  you see that?

14       A.    Yes.

15       Q.    DO you know who was the representative of
16  the championship promoter at Tampa Supercross in
17  2020?

18       A.    Yes.  Mike Muye.

19       Q.    And if there was an instance where the
20  activity on the racetrack needed to be stopped for a
21  prolonged period so a rider could receive medical
22  intervention, is that something that might affect
23  the schedule of the event?

24             MS. SPRADLIN:  Object to form.

25             THE DEPONENT:  No.

1  BY MR. SCHWEIKERT:

2      Q.   A, for example, 30-minute delay while an

3  injured rider is strapped to a backboard and driven

4  off the track would not cause a delay to the

5  scheduling event.  Is that what you're saying?

6      A.   There's time packed in --

7           MS. NDUKA:  Object to form.

8           MS. SPRADLIN:  You can answer.

9           THE DEPONENT:  There's time packed into

10 the form -- I mean to the schedule to be able to

11 make amends for that.  So no, it's not a problem.

12 BY MR. SCHWEIKERT:

13     Q.   I've seen the schedule and you reviewed it

14 before this deposition, right?

15     A.   Yes.

16     Q.   It appears to be planned almost down to

17 the minute, right?

18     A.   That's correct.

19          MS. SPRADLIN:  Object to form.

20 BY MR. SCHWEIKERT:

21     Q.   But your belief is that there is a buffer

22 still built in to accommodate any sort of prolonged

23 delay similar to the one I just described.

24     A.   Yes.

25     Q.   And where is that buffer in the schedule?

1          A.    You'd have to provide the schedule for me

2    to show you where it is.  It's -- first off, the

3    event has an A, B, and C practice.  In this event,

4    there wasn't a C practice for the 450 class, but the

5    -- the time is still in the schedule.  That's 40

6    minutes of time that we're not utilizing.

7          Q.    Why was there a practice for the 450 C

8    class on the schedule that did not happen on that

9    day?

10         A.    This schedule is made long before the day

11   of the event.  The entries, we don't know the number

12   of entries and whether we're going to have a C

13   practice or not.  We try to not put more than 22

14   riders out on the track at any one practice session.

15   So if we can take the total number of entries of a

16   class, divide it in half and have about 22-23 riders

17   in two sessions, then we can use that other time for

18   something different --

19         Q.    Okay.

20         A.    -- like a red flag issue.

21         Q.    Understood.  So if there had been, for

22   example, 60 450 participants that are registered for

23   the Tampa event, there would have been a group C

24   practice session, but that wasn't needed because

25   there weren't that many registrants on that --

```
 1        A.    That's correct.

 2        Q.    All right.  Let's go to the next page in

 3   the rulebook, page 62.  There is a heading, B2,

 4   entitled, "Event Management;" you see that?

 5        A.    Yes.

 6        Q.    Okay.  And below it, it reads, the event

 7   management is composed of three officials, AMA

 8   delegate, race director, representative of the

 9   championship promoter; you see that?

10        A.    Yes.

11        Q.    And the AMA delegate was Jeff Canfield at

12   the Tampa event, as far as you're aware.

13        A.    I believe so.  Yes.

14        Q.    And you would have been the race director,

15   right?

16        A.    Yes.

17        Q.    And the representative of the championship

18   promoter as far as your belief was Mike Muye.

19        A.    Yes.

20        Q.    What is the difference between the race

21   direction group and the event management group?

22        A.    So race direction wouldn't deal with

23   lightning in the area and what we should do about

24   it.  Event management would deal with a subject like

25   that.  If in pre-stage -- there's a part of the
```

1  riders getting to the racetrack called pre-stage
2  where we line them up in the order that they get to
3  pick their starting gates.
4          If, say, the crowd crosses that -- that
5  train from where they start from the pits and goes
6  all the way to the starting gate, and that was
7  delaying the riders, that would be an event
8  management issue, not a race direction issue.
9  Actually, it would fit into both, but event
10 management would have to be involved in fixing that
11 problem.
12         If a portable chain-link fence that was
13 meant to separate the spectators from the racers
14 falls over and suddenly the spectators can go into
15 the pit area, then that would be an event management
16 issue, certainly not a race direction issue.
17     Q.    And do you see a reference under that
18 Section B2, to again, ensuring the smooth and
19 efficient running of the event?  It's B2 e.2. -- no.
20 E.1.  Excuse me.
21     A.    Yes.
22     Q.    Do you know why there is an emphasis on
23 ensuring the smooth and efficient running of
24 Supercross events?
25     A.    When you -- when an organizer owns the

1  property and operates perpetual events at that

2  property, they can -- they can provide a smooth

3  environment to make events run smooth, so I'm

4  referencing outdoor motocross.

5          But we're taking over a stadium that was

6  designed to have football played in it, and we're

7  transforming it into a motocross track and all the

8  peripheral parts that go along with making that

9  happen, and it's all portable, meaning that by

10  Wednesday of the following week, it's going to look

11  like a football stadium again and the pit area is

12  going to look like a parking lot, and it'll

13  retransform itself back to being something that it

14  originally wasn't designed to do.

15          And so that's why this -- this statement

16  keeps coming up of the smooth operation of the event

17  is that in the event that we, say, plan something

18  and then, like I said, TV gets there or the

19  spectators get there, or whatever, it isn't working

20  like what we planned, then we would immediately come

21  up with a better idea for that.

22      Q.   The Supercross is a sport that provides

23  entertainment to fans; is that fair?

24      A.   Yes.

25      Q.   Do you know if the Supercross events in

```
 1   2020 were conducted for profit?

 2              MS. SPRADLIN:  Object to form.

 3              THE DEPONENT:  I would assume so.

 4   BY MR. SCHWEIKERT:

 5        Q.   And why -- why is that?

 6        A.   It's very expensive to rent a stadium and

 7   to go through all of the different aspects of what

 8   it takes to do this and not end up with a profit.

 9        Q.   Supercross is not a not-for-profit event,

10   right?

11        A.   Correct.

12              MS. SPRADLIN:  Object to form.

13              MR. GORDON:  Objection to form.

14   BY MR. SCHWEIKERT:

15        Q.   Do you know who, if anyone, makes profit

16   from Supercross events?

17              MS. SPRADLIN:  Object to the form.

18              MR. GORDON:  Join.

19              MR. SCHWEIKERT:  What's wrong with my

20   form?

21              MS. SPRADLIN:  You're asking him to

22   speculate on who is making a profit.  He's being

23   offered in his individual capacity.

24              MR. SCHWEIKERT:  I said if he knows.

25              MS. SPRADLIN:  Okay.  You can answer.
```

```
 1              THE DEPONENT:  I'm sure somebody is making
 2   profit.  I don't know exactly how much, who is it,
 3   what percentage they make.
 4   BY MR. SCHWEIKERT:
 5        Q.   Do you know if the AMA makes profit off
 6   these events?
 7        A.   No.  I would assume so, but I do not know
 8   that.
 9        Q.   Is -- as far as you're aware, during the
10   2020 Supercross season, was there any interest in
11   keeping the sport entertaining for the fans?
12              MS. SPRADLIN:  Object to the form.
13              MR. GORDON:  Objection to form.
14              THE DEPONENT:  Say the question again.  I
15   don't understand what you're getting at.
16   BY MR. SCHWEIKERT:
17        Q.   Sure.  Supercross is a sport to entertain
18   fans, right?
19        A.   Correct.
20        Q.   Okay.  And how are fans entertained by
21   Supercross?
22        A.   I would assume most fans are -- are
23   looking at Supercross as a sport that vey
24   professional riders do things on motorcycles that
25   the fans are incapable of doing.  Many of them ride,
```

1  just like you or I, but I -- I think the fans are

2  still dazzled with the aspect of what the riders are

3  capable of doing that they would not in any way,

4  shape, or form be able to do in their lifetime.

5        Q.    So watching the riders perform on the

6  racetrack is part of being the entertainment factor

7  of this sport, right?

8        A.    Yes.

9        Q.    And if the riders are not on the track,

10 it's not very entertaining; is it?

11       A.    Correct.

12       Q.    So would you agree that there is an

13 interest then in keeping the racetrack active to

14 promote the entertainment aspect of the sport for

15 the fans?

16             MS. SPRADLIN:   Object to form.

17             THE DEPONENT:   No.  I wouldn't agree with

18 that statement.

19 BY MR. SCHWEIKERT:

20       Q.    If I tune into NBC to watch the Supercross

21 and all I see is just an empty racetrack with no

22 motorcycles going around, that's not very

23 entertaining; is it?

24             MS. SPRADLIN:   Object to the form.

25             MR. GORDON:   Join.

1           THE DEPONENT:  But you wouldn't tune into

2   NBC during practice.

3   BY MR. SCHWEIKERT:

4        **Q.   Wasn't my question.**

5        A.   I mean, during the event, there are dead

6   times.  There's no question.  And we have announcers

7   to fill that dead time.  We have stories about

8   riders and stories about building the racetrack even

9   put on NBC during the time that the telecast

10  happens.  I'll bet there is more time during a

11  three-hour telecast of not racing than there is of

12  racing.

13       **Q.   What do you mean by dead time?**

14       A.   We have -- we have to get riders off the

15  racetrack after a checkered flag and then we have to

16  prepare to get a gate drop for the next.  That's all

17  dead time.

18           If the track needs track maintenance,

19  there's actually in the schedule, there's track

20  maintenance times.  That's all dead time, unless you

21  want to watch bulldozers move around on the floor of

22  the stadium.

23           So they don't -- I mean, it comes up in

24  the telecast, but certainly, it's not the -- you

25  know, it's not they view it as the thing that they

1  want to see in the telecast.  They go to stories and

2  announcers and whatnot.

3        Q.    Who's they?

4        A.    TV is.  The director.

5        Q.    And who's the TV director?

6        A.    I don't know -- with the TV, I don't know.

7        Q.    Did you have access to the camera feeds

8  from the television cameras that were at the stadium

9  at the Tampa Supercross?

10       A.    I had a TV monitor in the tower I was

11 standing in, and I can request a replay of a episode

12 if they caught it on -- on the cameras that were

13 running.

14       Q.    And just so I'm clear, what tower were you

15 standing in?

16       A.    The one where the finish flagger stands

17 in.

18       Q.    By the finish line.

19       A.    By the finish line.

20       Q.    Okay.  We'll come back to that.  Just

21 wanted to make that clear.  All right.  Let's go

22 back to the rulebook, the next section, B3, entitled

23 "Race Director."

24       A.    Yes.

25       Q.    Under subsection a., it reads, ensure the

1   racecourse is suitable and discontinue race activity

2   if conditions become unacceptable; see that?

3        A.   Yes.

4        Q.   And was that one of your responsibilities

5   as the race director during the Tampa Supercross?

6        A.   Yes.

7        Q.   And what does that mean exactly?

8        A.   Well, going back to the examples that I

9   provided in the previous question, if a structure

10  fell or if tuff blocks moved onto the racetrack, if

11  we had a heavy wind condition, there's a variety of

12  things that could have us stop an event, including

13  crashes sometimes.  If they can't be controlled by

14  the staff that's on the floor, the area can't be

15  controlled, then we would stop the -- stop a

16  practice or stop a race.

17       Q.   Okay.  At the Tampa Supercross, who had

18  the authority to cause a red flag to be thrown?

19       A.   The CMO, Dr. Bodnar; Jeff Canfield; and

20  myself; and the clerk of course.

21       Q.   Mike Pelletier.

22       A.   Yeah.  Or the people he's designated under

23  his license.

24       Q.   What does that mean?

25       A.   So the clerk of course activity is

1  expansive, and you can get a license as clerk of
2  course and have people that work under you or for
3  you that can do certain aspects of that -- of that
4  title.  And I'm sure that Mike had other people that
5  might have helped him fulfill the obligations of
6  clerk of course.  And in most cases, the clerk of
7  course would make a recommendation to the race
8  director to red flag if it wasn't already being
9  done.

10     Q.   Okay.  That segways nicely to the next
11  section, B4, in the rulebook, the clerk of course.
12  Can you help me understand what function the clerk
13  of course fills?

14     A.   So there are -- there are a lot of duties
15  that -- that that person is responsible for that
16  mesh with the organizer.  So the clerk of course
17  will -- will look at a -- a part of the racetrack
18  that has maybe an unsafe situation during -- either
19  during the event, prior to the event, and make
20  recommendations to the organizer to make sure that
21  that gets repaired or whatever.

22          If it's before the event, say, padding of
23  something that's in the stadium that a rider could
24  run into, the clerk of course or his -- the people
25  that he assigns to take care of that would look at

1  those aspects and then either talk directly with the

2  organizer or talk with me about it to get me to --

3  to have me take care of it.

4      Q.   What about while the racetrack is active,

5  does the clerk of course have any duties or

6  responsibilities at that time?

7      A.   If you notice in c., the clerk of course

8  must assist the race director in organizing and

9  supervising course officials, so he would be

10  involved in that.  Basically, it's a -- it's a

11  position that's a boots-on-the-ground, get -- get-

12  things-done person that I can rely on to do it

13  properly, to do it right.

14          But it -- in Supercross, the term is -- is

15  not what the original term of -- of it -- of it is,

16  and I've been the clerk of course on international

17  events.  When I say international, meaning that the

18  FIM would come over, do a -- an outdoor motocross

19  event called Motocross of the Nations.  It's like

20  the Olympics for motorcycle.

21          Now, the -- some of the FIM guys speak

22  limited English.  Most of them speak English.  But

23  they would come over and their interaction with the

24  American promoter would be not as effective as

25  somebody that knows the promoter, knows the

1   facility, and can be the liaison between the

2   promoter and be -- and the FIM staff.  There was

3   only one FIM person at the Tampa Supercross, and

4   that was me.  Sorry.  There were two.

5        Q.   Who was the other?

6        A.   It's a -- it's a --

7        Q.   Ivo --

8        A.   Yeah.  Yep.

9        Q.   -- Tsvetanov.

10       A.   Yep.

11       Q.   And I don't mean to make light of his

12  name.

13       A.   He's Bulgarian.

14       Q.   Yeah.  Let me actually find that document.

15  I have it here.

16       A.   He's the FIM delegate that would observe

17  and deal with appeals afterwards.

18       Q.   Are you referring to Ivo Tsvetanov?

19       A.   That's correct.

20            MR. SCHWEIKERT:  And Madam Court Reporter,

21  that is I-v-o, Ivo, Tsvetanov, T-s-v-e-t-a-n-o-v.

22  BY MR. SCHWEIKERT:

23       Q.   Okay.  So he was an FIM representative,

24  and you were the only other one, as well, that was

25  there.

1        A.    Yes.

2        Q.    Okay.  And what role was he playing?

3        A.    He's strictly -- he isn't involved in race

4   direction.  He isn't involved in race management.

5   He's strictly an observer that monitors the entire

6   event.  He knows the rulebook, the FIM standards,

7   just like I do.  He would point out to me if there

8   was an issue that is above and beyond what the FIM

9   Rulebook will allow.  That never happened in 20

10  years.

11        And there's a -- there's a employee -- or

12  sorry -- representative from the FIM at every event.

13  We never had an event that didn't have one.  And

14  part of the reason for that is that he's -- he and

15  the AMA delegate are -- are who presides over

16  appeal.

17        Q.    Okay.  While we're on the topic, I will

18  mark this as Exhibit 21 -- excuse me.  I'm going to

19  show you a document I've marked as Exhibit 121,

20  Bates-labeled AMA_1509.  Strike that.  Strike that.

21  I previously marked this.

22        I am going to show you a document I have

23  previously marked as Exhibit 74, Bates-labeled

24  AMA_1509 through 1516.  Take a minute, review it,

25  and let me know if you've seen it before.  And if

1  you want to read it cover to cover, let me know and
2  we can take a little break.
3              MR. GORDON:   Mark, just like could we know
4  what it is?
5              What are we talking about?
6              MR. SCHWEIKERT:   Supplementary
7  Regulations, Exhibit 74.
8              THE DEPONENT:   Yes.   I recognize this
9  document.
10 BY MR. SCHWEIKERT:
11      Q.   All right.   And what is Exhibit 74?
12      A.   So the FIM would -- would require in every
13 single race one of these to be presented to them,
14 and they will distribute it to all of the
15 competitors that are international competitors.   And
16 it's -- it's a document that provides basic
17 information for the event that -- that riders will
18 be going to.   So it basically documents a variety of
19 information to make clear that we're abiding by
20 these things.
21      Q.   And is Exhibit 74 the Supplementary
22 Regulations for the Tampa Supercross on February 15,
23 2020?
24      A.   It appears so.   Yes.
25      Q.   That's what it says on the front page,

 1  right?

 2       A.   Yes.

 3       Q.   And if we go to the second page of the

 4  document, there's a section 3 entitled, Officials."

 5       A.   Yes.  I see that.

 6       Q.   Okay.  And the Supercross race director

 7  was you, John Gallagher, correct?

 8       A.   Yes.

 9       Q.   Clerk of the course was Mike Pelletier,

10  right?

11       A.   Mm-hmm.

12       Q.   Correct, yes?

13       A.   Yes.

14       Q.   You told me about the FIM steward, Ivo

15  Tsvetanov.  We talked a little bit about the AMA

16  steward, Jeff Canfield.  Do you see the reference to

17  Chief Technical Steward, Tim McAdams?

18       A.   Yes.

19       Q.   Who is Tim McAdams?

20       A.   He acted as the chief technical steward

21  for all the events at Supercross for that year.

22       Q.   And as far as you know, what were the

23  duties and responsibilities of the chief technical

24  steward?

25       A.   He would arrange and administer a -- it's

1  called pre-tech -- pre-tech inspections, and every
2  motorcycle, every jersey, every helmet, would go
3  through pre-tech inspection.  He would maintain that
4  responsibility and mark the bikes -- mark the bikes
5  with stickers to make sure that the bike that the
6  rider is claiming he's using from the beginning, he
7  uses throughout the, you know, entire meet.

8          He administers sound control.  These bikes
9  are governed by max sound control.  We would
10 actually do sound control on the floor of the
11 stadium and -- during practice.  And then he would
12 -- he would also perform some of the duties that
13 were assigned to him from the clerk of course.

14     Q.   Do you know if he had any role in
15 officiating the practice session during the Tampa
16 Supercross?

17     A.   He was absolutely present at -- right next
18 to me in the stadium tower at the finish line.

19     Q.   Who else was with you in the stadium tower
20 finish line?

21     A.   During -- during untimed practices, most
22 likely, Chad Bailey, the finished rider, Tim
23 McAdams, and myself.  We -- we also have scorers
24 that hand score the event in the tower, but they're
25 not there during practice.  It's unnecessary for

 1   them to be there.

 2        Q.   And in that tower, you had one monitor.

 3        A.   Yes.

 4        Q.   And do you know where the clerk of course,

 5   Mike Pelletier, was during that practice session?

 6        A.   I do not know.

 7        Q.   Do you know where he should have been at

 8   that time?

 9        A.   No.

10        Q.   Are you not responsible for supervising

11   the officials and making sure they are in specific

12   designated locations anytime the racetrack is

13   active?

14        A.   Yes.

15        Q.   You are.  So had you designated specific

16   locations for Mike to be during the practice

17   sessions on that date?

18        A.   No.

19        Q.   Why not?

20        A.   Well, he's also director of racing at AMA,

21   so he -- he fulfills other functions besides clerk

22   of the course, but he's delegated all

23   responsibilities of clerk of course to various

24   people that are on the floor.  So he wouldn't

25   necessarily be needed for every minute of every

1  practice.  He has other duties as well that he could
2  be dealing with.

3        Q.    What duties are those?

4        A.    He may have meetings with the promoter
5  about future events.  He may be dealing with an
6  individual rider that we're having issues regarding
7  their license.  There's a variety of things that
8  he'd do.  He also communicates with the team
9  managers with regard to not only that event, but
10  maybe issues in the future.

11       Q.    Do you know if he had delegated any
12  responsibilities to anyone in particular in terms of
13  monitoring or supervising the practice session?

14       A.    No.  That's my responsibility.

15       Q.    But you -- I thought you said you had --
16  he could have delegated his responsibilities to
17  other people.  That's why I'm confused.

18       A.    Yes.

19       Q.    What do you mean?

20       A.    Operating the practice is -- is my
21  responsibility.

22       Q.    But as the clerk of course and as part of
23  the race direction group, shouldn't he have been
24  present during the practice sessions to assist in
25  the officiating of?

```
 1        A.    He's present at the event.  He's not
 2   necessarily needed on the floor watching every
 3   practice.
 4        Q.    But sometimes he is needed.
 5             MS. SPRADLIN:   Object to form.
 6             THE DEPONENT:   I can't think of a single
 7   reason why I would have to involve him in a practice
 8   session.
 9   BY MR. SCHWEIKERT:
10        Q.    Is he involved in the main event races?
11        A.    Yes.
12        Q.    Why is he involved in the main event
13   races, but you can't think of any reason why he
14   would be needed for the practice sessions?
15        A.    Well, the main event races can have -- can
16   have riders break rules that they will be sanctioned
17   for, and he would be involved anytime we'd sanction
18   a rider.
19        Q.    Can a rider break a rule during a practice
20   session?
21        A.    They can, but we can deal with those
22   sanctions without him present.  Practices are -- we
23   want to make sure they're fair, so they're -- during
24   the timed sessions.  It's not -- it's not -- not
25   when Brian crashed.  But during the timed sessions,
```

1  if a rider, say, decides to ride in another section
2  over again without going all the way around the
3  track, that's against the rules, primarily, because
4  his timing will be off because he's being timed by
5  an electronic timer.

6            So if he doesn't start at the starting
7  line and go all the way to the finish line every
8  time, go all the way around the track, his timing is
9  going to look different than -- than the way it
10 would be if he kept riding the same section.  So
11 those kind of things we deal with with practice.
12 Riders intentionally bumping into other riders, we
13 would deal with that.  But the account of what
14 happened, Mike wouldn't need to be present.  You
15 know, he -- we can -- we can describe what happened
16 after the fact.

17       Q.   Right.

18       A.   So no, he wouldn't be there all the time.

19       Q.   **Let's go back to Exhibit 74, Supplementary**
20 **Regulations.  Direct your attention to page three,**
21 **section 5.  Could you read the first sentence into**
22 **the record for me, please?**

23       A.   Riders participating in the "Monster
24 Energy AMA Supercross, an FIM World Championship"
25 must be holders of valid AMA national and FIM

1    Motocross World Championship licenses.

2        Q.   And is that a true statement?

3        A.   I don't believe that the 250 class

4    requires an FIM license.  They may.  I just may not

5    be aware of the fact that that had to happen.  It

6    may have something to do with insurance or something

7    to do with some other aspect, but I don't -- I don't

8    recall whether the 250 riders needed a license or

9    not.

10       Q.   What if they were an international rider

11   like Brian coming over to compete in the 250 class

12   --

13       A.   He would already have an international

14   license though.

15       Q.   Okay.  Well, according to this

16   supplementary regulation, riders participating in

17   the event had to be holders of valid AMA national

18   and FIM Motocross World Championship licenses,

19   right?

20       A.   That's what it says.  Yes.

21       Q.   That's what it says.  And if we go to the

22   next section 6, I will read the first sentence into

23   the record.  Just follow along and make sure I read

24   it correctly.

25            The "Monster Energy AMA Supercross, an FIM

1   World Championship" is governed by the AMA and FIM

2   Regulations such as the FIM Statutes, the FIM

3   Sporting Code, the FIM Medical Code, the FIM

4   Antidoping Code, the FIM Environmental Code, and the

5   Regulations of the "Monster Energy AMA Supercross,

6   an FIM World Championship."  Did I read that

7   correctly?

8        A.    Yes.

9        Q.    And is that a true statement?

10       A.    Yes.

11       Q.    Okay.  Do you know what is meant by the

12  AMA and FIM -- strike that.  Never mind.  Let's go

13  to page five, section 10, entitled "Prizes."  And

14  the first sentence below reads, "All payments will

15  be made by cheque by the Championship Promoter;" you

16  see that?

17       A.    Yes.

18       Q.    Is that a true statement as far as you

19  know?

20       A.    I never got paid for racing Supercross so

21  I'm not sure what it says on top of the check.  I --

22  I thought until you just brought that up that the

23  money is distributed to AMA and AMA writes the

24  checks, but that would still be from the

25  championship promoter, just distributed by AMA.

1      Q.    Okay.   So as far as you believe, the
2    source of the money is from Feld to AMA to whichever
3    rider earned it.
4      A.    That could be the way.   Like I said, I've
5    never been paid by -- I've never been paid for
6    competing in an event at Supercross so I don't -- I
7    don't know for sure.
8      Q.    I'll tell you, Marvin -- Marvin told me it
9    was the AMA that pays him so --
10     A.    That's what I thought.
11            MR. GORDON:   Objection to form.
12   BY MR. SCHWEIKERT:
13     Q.    But your understanding that the original
14   source of that prize money is from the promoter,
15   Feld --
16            MR. GORDON:   Objection to form.
17   BY MR. SCHWEIKERT:
18     Q.    -- and then to the AMA to the rider?
19     A.    As far as I know, yes.
20     Q.    Okay.   If we look a little bit further
21   down, it also reads, the following prizes (in US
22   Dollars/$) will be paid by the Championship Promoter
23   to the first 20 riders of the final standings of the
24   "Monster Energy AMA Supercross, an FIM World
25   Championship," right?

1       A.    Yes.

2       Q.    And do you believe that to be a true

3    statement?

4       A.    Yes.

5             MR. SCHWEIKERT:   We'll set that aside.

6             I am -- I would like to do a little lunch

7    if you guys are okay.   I think I'm going to be

8    changing gears anyway so now would be a good

9    breaking point.

10             THE VIDEOGRAPHER:   All right.   Sounds

11   good.

12             Please stand by.   The time is 12:40, and

13   we are off the record.

14             (WHEREUPON, a luncheon recess was taken.)

15             THE VIDEOGRAPHER:   The time is 1:35, and

16   we are on the record.

17   BY MR. SCHWEIKERT:

18       Q.    All right.   During the Tampa Supercross,

19   did you report to anyone?

20             Was there somebody above you as race

21   director?

22       A.    I guess it's like reporting to somebody,

23   Mike Pelletier, because he's a -- he's the director

24   of racing at AMA, but, you know, there isn't a -- a

25   comparable position for FIM.   I mean I wouldn't

1   report it to Ivo.

2        Q.    All right.  But in terms of the AMA, Mike

3   Pelletier was your direct report.

4        A.    Yes.

5        Q.    Okay.

6             MS. SPRADLIN:  And just to clarify for the

7   record, I mean, Mark, you said Mike was his director

8   or did you mean he directly reported to Pelletier?

9             MR. SCHWEIKERT:  Yes.  Thank you for that.

10            MS. SPRADLIN:  Okay.  Just want to make

11  that clear down the line.

12  BY MR. SCHWEIKERT:

13       Q.    You reported to Mike Pelletier.

14       A.    It really wasn't that arrangement, but I

15  guess if that's -- you want to look at hierarchy,

16  then that would probably be correct.

17       Q.    Okay.  Did the AMA have a trailer at the

18  Tampa Supercross?

19       A.    Yes.

20       Q.    How many?

21       A.    Just -- just the one.

22       Q.    And what is inside -- or what was inside

23  the AMA trailer?

24       A.    There's our timing and scoring equipment,

25  all the flags, the -- the support vehicles that we

1   utilize to get around the racetrack or move heavy

2   equipment.  There's a lounge.  There's a small

3   bathroom and then there's an overhead storage area

4   above that has various things for Supercross, you

5   know, equipment.

6        Q.   There's also video monitors, right?

7             MS. SPRADLIN:  Object to form.

8             THE DEPONENT:  I don't think there's video

9   monitors in the -- in the semi.

10  BY MR. SCHWEIKERT:

11       Q.   Do you recall --

12       A.   We have a TV that we could put -- we can

13  plug computers into, but it doesn't -- it's in the

14  lounge.

15       Q.   And the lounge is in the semi.

16       A.   In the front.  Yes.

17       Q.   And do you use that TV for reviewing

18  footage of any activity on the racetrack?

19            MS. SPRADLIN:  Object to form.

20            THE DEPONENT:  To be able to use that TV

21  as a monitor, we would have to get the content we're

22  talking about from TV first.

23  BY MR. SCHWEIKERT:

24       Q.   Do you recall appearing on a Vital MX

25  podcast?

```
 1       A.   No.

 2       Q.   I'm going to play you a Vital MX podcast

 3  entitled, "John Gallager Supercross Race Director"

 4  dated April 10th, 2019.  And let me know --

 5            MR. SCHWEIKERT:  I need to play the audio.

 6  How can I avoid this echo?

 7            MS. SPRADLIN:  I think that you turn your

 8  audio off in the Zoom, like in the actual Zoom

 9  application.  Then you should be able to play sound

10  through your computer.

11            MR. SCHWEIKERT:  Let me see if I can play

12  it on my phone.

13            (WHEREUPON, a podcast was played.)

14            (WHEREUPON, the playing of a podcast was

15  paused.)

16  BY MR. SCHWEIKERT:

17       Q.   Did you hear that audio I just played of a

18  podcast with your voice on it?

19       A.   Yes.

20       Q.   Does that refresh your recollection as to

21  whether you appeared on a podcast?

22       A.   No.

23       Q.   Okay.  Don't have time to listen to the

24  whole thing, but there are some portions I'd like to

25  play for you.  Hopefully, refresh your recollection.
```

 1   I'm going to start playing at the 12 minute, 37

 2   second mark.

 3              (WHEREUPON, the playing of a podcast was

 4   resumed.)

 5              (WHEREUPON, the playing of a podcast was

 6   paused.)

 7   BY MR. SCHWEIKERT:

 8        Q.   Does that refresh your recollection as to

 9   some of the things you may have said on a podcast?

10        A.   To be honest, I -- I didn't realize it was

11   a podcast I was talking to.  I was actually out on

12   the floor of the stadium.  I know the guy that was

13   doing the interview.

14        Q.   Right.  And did you hear yourself

15   reference the availability of multiple cameras and

16   -- and the capacity to review that footage if

17   needed?

18        A.   Yes.

19        Q.   Where are all those cameras or where were

20   they at the Tampa Supercross?

21        A.   I have no clue.

22        Q.   Where was -- were there any monitors on

23   the premises that were showing the activity on the

24   racetrack while it was active?

25              MS. SPRADLIN:  Object to form.

```
 1              THE DEPONENT:   The big screen in the
 2   stadium.
 3   BY MR. SCHWEIKERT:
 4        Q.    Just the jumbotron.
 5        A.    Mm-hmm.
 6        Q.    Is that a yes?
 7        A.    Yes.
 8        Q.    Well, what were you referring to then on
 9   the podcast when you talked about how people are
10   surprised that there's so much information available
11   to you in conducting your duties?
12        A.    A rider may depict his activity on -- on
13   the -- on the floor in a different way than the
14   cameras show it.  So we can go to the TV truck and
15   they can put on a stick camera angles that are not
16   necessarily portrayed on TV, but you know, when
17   there's an issue -- say two riders get into a fight,
18   multiple cameras will probably focus on -- on that
19   issue, and I can get the feed from each of those
20   different cameras.  The director will make a
21   determination -- the TV director will make a
22   determination on what's available for that incident.
23        Q.    But you referenced the show control having
24   monitors; didn't you?
25        A.    Race -- race direction, which is in the
```

1  tower that I'm standing.  But I said instant, but it

2  won't be instant, meaning that it'll -- I can bring

3  it up right after it happens, but they have to go

4  look for it, identical to the way NASCAR or NFL

5  football, all of them, need to go find that content

6  and put it into a small piece and show it in the

7  monitor that's in the tower.

8      Q.   Let's unpack this a little bit.  I'm going

9  to play excerpts and then I'll stop it and ask you

10 questions.  I'm starting again on the 12:37 mark.

11          (WHEREUPON, the playing of a podcast was

12 resumed.)

13          (WHEREUPON, the playing of a podcast

14 concluded.)

15 BY MR. SCHWEIKERT:

16     Q.   Did you hear yourself reference so many

17 cameras on the floor?

18     A.   The cameras that are pointing at the floor

19 of the stadium.  Yes.

20     Q.   Right.  And you have -- sorry.  We have a

21 knock on the door.

22          MR. GORDON:  Let's go off -- let's go off

23 the video.

24          MR. SCHWEIKERT:  What?

25          MR. GORDON:  Let's go off the video.

```
 1              THE VIDEOGRAPHER:  All right.  Please
 2   stand by.  The time is 1:44.  We are off the record.
 3              (WHEREUPON, a recess was taken.)
 4              THE VIDEOGRAPHER:  The time is 1:49.  We
 5   are on the record.
 6   BY MR. SCHWEIKERT:
 7        Q.   So on the podcast, which was in 2019,
 8   before the 2020 Supercross, you were referencing the
 9   availability of camera footage that could be
10   reviewed instantaneously.  Do you recall saying
11   that?
12        A.   I heard it on the podcast.  I don't recall
13   saying it, but --
14        Q.   Was that your voice?
15        A.   It was my voice.  Yes.
16        Q.   Was that you?
17        A.   I assume it was my voice.  Yeah, it's me.
18        Q.   Okay.  And what did you mean by that?
19        A.   That if there's an incident that happens
20   on the racetrack, I can call Jeff Canfield.  He's
21   probably near one of the TV guys.  The TV guy will
22   talk to their director and say race direction wants
23   to look at this one incident between rider number so
24   and so and rider number so and so.
25              Almost inevitably, the director will
```

1  already know what it is that we want to look at

2  because he probably saw it happen anyway, and so

3  he'll pull clips of each camera feed that shows that

4  incident and direct -- he'll clip them together and

5  direct it down to the monitor that we have in race

6  direction.

7      Q.    So Jeff Canfield was in a location where

8  there were monitors showing feeds from the various

9  cameras.

10     A.    I don't think so.  No.

11     Q.    Why do you not think that?

12     A.    I don't think he has a monitor.  I think

13  it -- he may have, but I'm not positive because I've

14  never been in the room where Jeff Canfield sits when

15  I'm doing race direction because I'm on the floor.

16     Q.    But you did just say you can contact Jeff

17  Canfield and he can ask the TV guys to pull certain

18  footage, right?

19     A.    Correct.

20         MS. SPRADLIN:  Object to the form.

21  BY MR. SCHWEIKERT:

22     Q.    Okay.

23     A.    By radio.

24     Q.    What do you mean?

25     A.    Jeff has a radio on.  He'll lean over to

1  the TV guy and he'll say, hey, can you get anything
2  you've got on that incident.  He's on the radio to
3  the director on the track -- the TV track.  And then
4  he'll know what we're talking about.  He'll clip
5  together a few clips of it and he'll put it right to
6  the feed that I have.  I don't know if Jeff Canfield
7  can see it also or not.  I don't know.

8      Q.    But it's your understanding during the
9  2020 Supercross, Jeff Canfield was in a location
10 with the TV guys, as you call them.

11          MS. SPRADLIN:  Object to the form.

12          THE DEPONENT:  I didn't go up to where
13 Jeff Canfield was at.  I just know that he has that
14 -- he has that connection.

15 BY MR. SCHWEIKERT:

16     Q.    Did you assign him to be in that location
17 to assist you with directing the racetrack during
18 the practice sessions?

19     A.    I did not.  No.

20     Q.    You did not.

21     A.    No.

22     Q.    So you had a member that was part of the
23 race direction group that could have the ability to
24 have television monitors of the activity for their
25 information to be provided to you and you didn't

```
 1  have that person stationed ready to go at the time
 2  the practice session started.
 3              MS. SPRADLIN:  Object to form.
 4              MR. GORDON:  Objection to form.
 5              THE DEPONENT:  I don't think he has TV
 6  monitors.  I'm not sure, but I don't think he does.
 7  BY MR. SCHWEIKERT:
 8       Q.  Well, then what are you referring to on
 9  the podcast?
10       A.  I have those -- I have a TV monitor.  I'm
11  referring to the one I have.
12       Q.  And you have the ability to
13  instantaneously respool footage on your monitor.
14              MS. SPRADLIN:  Object to form.
15              THE DEPONENT:  I do not.
16  BY MR. SCHWEIKERT:
17       Q.  Okay.  So you would have to ask Jeff
18  Canfield to have the TV guys get you a specific clip
19  and then they would send it to the monitor at your
20  location.
21       A.  That's correct.
22       Q.  Is it fair to say the TV guys had the
23  ability to send any footage from the cameras to your
24  monitor at your location?
25       A.  That's fair to say.
```

March 13, 2025                              119

1          Q.    If the activity on the racetrack is being

2    filmed, don't you think it would be reasonable to

3    have somebody watching those video feeds for safety

4    purposes?

5                MS. SPRADLIN:   Object to form.

6                MR. GORDON:   Objection to form.

7                THE DEPONENT:   No.

8    BY MR. SCHWEIKERT:

9          Q.    Why?

10         A.    You asked me if I thought that that's

11   necessary, and it isn't.

12         Q.    Reasonable.

13         A.    Yes.

14         Q.    So even though there's the availability of

15   all of this additional information and cameras

16   covering the track, and despite being in control of

17   the racetrack that's incredibly dangerous, you don't

18   think you need to have somebody watching that video

19   footage.   Is that your testimony?

20               MS. SPRADLIN:   Object --

21               MR. GORDON:   Form.

22               THE DEPONENT:   Video footage is after the

23   fact.

24   BY MR. SCHWEIKERT:

25         Q.    It can be a contemporaneous live feed;

1  can't it?

2              MS. SPRADLIN:  Object to form.

3              THE DEPONENT:  It can't because there's

4  multiple cameras involved.  I can't look at one

5  monitor and see multiple different cameras that are

6  showing things and have it -- have it legible -- or

7  viewable.

8  BY MR. SCHWEIKERT:

9      Q.    Maybe not you, but somebody that is there

10 to assist with the safety of the event could be

11 monitoring the live feed from the multiple cameras

12 to provide you with supplemental information that

13 maybe you haven't observed, right?

14             MS. SPRADLIN:  Object to form.

15             MR. GORDON:  Objection to form.

16             THE DEPONENT:  I guess it could be, but

17 that's not the way we handled Supercross.

18 BY MR. SCHWEIKERT:

19     Q.    Isn't that the way the FIM handles its own

20 events in Europe?

21             MS. SPRADLIN:  Object to form.

22             THE DEPONENT:  No.

23             MR. GORDON:  Objection to form.

24 BY MR. SCHWEIKERT:

25     Q.    It's --

```
 1              MR. GORDON:  Are you -- are you referring
 2    to practice or the races?  Because may be different.
 3    BY MR. SCHWEIKERT:
 4         Q.   All right.  Have you directed races for
 5    the FIM in Europe?
 6         A.   No.
 7         Q.   Okay.  So you don't know then if they used
 8    video monitors to provide additional information to
 9    the officials monitoring the activity on the
10    racetrack.
11         A.   Let me correct that.  I -- I have directed
12    events that I was the race director of and we did
13    not do it any differently.
14         Q.   You agree that Supercross is an incredibly
15    dangerous sport, right?
16              MR. GORDON:  Objection to form.
17              THE DEPONENT:  Yes.
18    BY MR. SCHWEIKERT:
19         Q.   These riders are risking their lives.
20    They could crash and die, right?
21         A.   That could happen.  Yes.
22         Q.   They could jump off the track and land in
23    the stands on a spectator and kill somebody, right?
24              MR. GORDON:  Form.
25              THE DEPONENT:  Most likely, not, because
```

 1  we don't allow that.

 2  BY MR. SCHWEIKERT:

 3       Q.   Right.  Because you guys cover -- well,

 4  not anymore, but you used to when you were there.

 5  They would cover the first four rows for safety

 6  purposes, right?

 7       A.   Or put nets up.

 8       Q.   Okay.  A rider can go off the racetrack

 9  and hit a journalist who's standing on the floor

10  taking pictures, right?

11       A.   That could happen.

12       Q.   Are you aware that that did happen in

13  Arlington a couple months ago and a journalist had a

14  couple legs broken?

15       A.   I was not aware.  No.

16       Q.   Okay.

17       A.   I wasn't at Arlington couple months ago.

18       Q.   Okay.  Well, I'll represent to you there's

19  been some press coverage that did happen.  Given how

20  dangerous the Supercross is, why would you not want

21  to do everything you can to make it as safe as

22  possible, including using all of the information

23  that's available from cameras that are filming the

24  racetrack while it's active?

25            MS. SPRADLIN:  Object --

```
1              MR. GORDON:  Form.

2              THE DEPONENT:  We did use everything at

3   our disposal, but information that's after the fact

4   doesn't help us fix the issue at hand.

5   BY MR. SCHWEIKERT:

6       Q.   But there is live video -- there was live

7   video footage available during the practice session

8   in which Brian crashed, right?

9              MR. GORDON:  Form.

10             THE DEPONENT:  Yes.

11  BY MR. SCHWEIKERT:

12      Q.   You mentioned there was a feed on the

13  jumbotron, right?

14      A.   Yes.

15      Q.   And that feed on the jumbotron wasn't just

16  from one camera; was it?

17      A.   I couldn't tell you.  I'm not the director

18  of the event.

19      Q.   Who was the director of the event?

20      A.   You asked me that already and I don't know

21  the name of the TV director.  I'm not sure.

22      Q.   Is it a Feld person?

23      A.   No.

24      Q.   Who is it?

25      A.   It's --
```

```
1              MS. SPRADLIN:  Object to the form.
2              THE DEPONENT:  It's somebody that -- they
3    hire a TV production company and he's part of the TV
4    production company.
5    BY MR. SCHWEIKERT:
6         Q.   Who hires the TV production company?
7         A.   Feld does.
8         Q.   Okay.  I'm going to show you the jumbotron
9    feed previously marked Exhibit 59.  I will start
10   playing around -- well, let's -- we'll start here at
11   the two minute, 14 second.
12             (WHEREUPON, Exhibit 59 was played.)
13             (WHEREUPON, the playing of Exhibit 59 was
14   paused.)
15   BY MR. SCHWEIKERT:
16        Q.   Can you see that on my computer?
17        A.   The upper one or the lower one?
18        Q.   It's the same.  Let me zoom in.  You see
19   the upper one?
20        A.   Yes.
21        Q.   All right.  Would you agree that this is
22   showing footage of the racetrack from one camera
23   angle --
24        A.   Yep.
25        Q.   -- right?  Okay.  I'm going to push play.
```

```
 1              (WHEREUPON, the playing of Exhibit 59 was
 2   resumed.)
 3              (WHEREUPON, the playing of Exhibit 59 was
 4   paused.)
 5   BY MR. SCHWEIKERT:
 6        Q.    And did you see how the jumbotron feed has
 7   changed to footage from a second camera angle?
 8        A.    Yes.
 9        Q.    So there are at least two cameras
10   providing live feeds of the racetrack activity
11   during the practice session in which Brian crashed,
12   right?
13              MS. SPRADLIN:   Object to form.
14              THE DEPONENT:   I haven't seen Brian crash
15   in these videos, but it looks like there's at least
16   two, yes.
17   BY MR. SCHWEIKERT:
18        Q.    Okay.  I'm going to push play.
19              (WHEREUPON, the playing of Exhibit 59 was
20   resumed.)
21              (WHEREUPON, the playing of Exhibit 59 was
22   paused.)
23   BY MR. SCHWEIKERT:
24        Q.    I'm going to fast-forward a little bit.
25              (WHEREUPON, the playing of Exhibit 59 was
```

 1   resumed.)

 2              (WHEREUPON, the playing of Exhibit 59 was

 3   paused.)

 4              MR. SCHWEIKERT:  Sorry.

 5              MS. SPRADLIN:  I think you have to turn

 6   the audio off through Zoom.

 7              MR. SCHWEIKERT:  Do you know how to do

 8   that?

 9              MS. SPRADLIN:  Yeah.  Pull the Zoom app.

10              MR. SCHWEIKERT:  This thing?

11              MS. SPRADLIN:  Click there, and you should

12   be able to click audio setting -- leave computer

13   audio.  Right there.  Okay.  And then that should

14   keep it from getting any feedback.

15              MR. SCHWEIKERT:  All right.

16              MS. SPRADLIN:  It might not, but it

17   should.

18              MR. SCHWEIKERT:  Let's try it.

19   BY MR. SCHWEIKERT:

20        Q.   I'm going to push play around 2 minute,

21   42nd mark.

22              (WHEREUPON, the playing of Exhibit 59 was

23   resumed.)

24              (WHEREUPON, the playing of Exhibit 59 was

25   paused.)

1  BY MR. SCHWEIKERT:

2      Q.   You see up in the right-hand corner of the

3  feed on the jumbotron there's yellow flags?

4      A.   Mm-hmm.

5      Q.   And you can start to see the -- the scene

6  involving Brian, right?

7      A.   Yes.

8      Q.   All right.

9           (WHEREUPON, the playing of Exhibit 59 was

10  resumed.)

11          (WHEREUPON, the playing of Exhibit 59 was

12  paused.)

13  BY MR. SCHWEIKERT:

14      Q.   All right.  And now we're at the three

15  minute mark, and we just changed to another camera

16  angle on the jumbotron, right?

17      A.   (Nods head.)

18      Q.   Is that a yes?

19      A.   Yes.

20      Q.   This one is zoomed in close up on a

21  flagger waving a yellow flag, right?

22      A.   I'm not sure that that's a different

23  camera angle.  I think it may be just a rotating

24  camera from the other angle.  He zoomed in and moved

25  to the right of his perspective.

```
 1                (WHEREUPON, the playing of Exhibit 59 was
 2    resumed.)
 3                (WHEREUPON, the playing of Exhibit 59 was
 4    paused.)
 5    BY MR. SCHWEIKERT:
 6         Q.   This is -- we're at the two minute, 57
 7    second mark.   This camera angle appears to be
 8    following the activity around the racetrack, right?
 9         A.   Yes.
10         Q.   From a wider angle.   And then it cuts to a
11    zoomed in closeup of a flagger waving a yellow flag,
12    right?
13         A.   Most likely that same camera, just turned
14    to the right and then zoomed in.
15         Q.   In that split second where the feed
16    changed on the jumbotron, you believe that one
17    camera zoomed in that close.   Is that what you're
18    telling me?
19         A.   Once again, I'm not in the TV business so
20    I don't know how they did it.   I just --
21         Q.   But you are in the safety business, right?
22              MS. SPRADLIN:   I'm going to --
23              MR. GORDON:   Objection to form.
24              MS. SPRADLIN:   -- object to form here.
25    Just -- he's testified that he wasn't involved with
```

1  the TV cameras so he can provide you the information

2  that he has.

3          MR. SCHWEIKERT:   He has testified he has

4  had footage that can be made available to him.

5  BY MR. SCHWEIKERT:

6      Q.   Let's keep going.

7          (WHEREUPON, the playing of Exhibit 59 was

8  resumed.)

9          (WHEREUPON, the playing of Exhibit 59 was

10 paused.)

11 BY MR. SCHWEIKERT:

12     Q.   Okay.   So between the three minute and 15

13 second mark and the three minute and 17 second mark,

14 did you see the footage on the jumbotron go from one

15 camera to another?

16     A.   Okay.

17     Q.   Is that a yes?

18     A.   If you say so.   Yeah.   I saw it change.

19         (WHEREUPON, the playing of Exhibit 59 was

20 resumed.)

21         (WHEREUPON, the playing of Exhibit 59 was

22 paused.)

23 BY MR. SCHWEIKERT:

24     Q.   Right?   Just at the three minute, 17

25 second mark, the feed on the jumbotron cut to a

1  closeup in which you can see some medics beginning

2  to lift Brian off the ground, right?

3      A.    Yes.

4      Q.    Okay.

5            (WHEREUPON, the playing of Exhibit 59 was

6  resumed.)

7            (WHEREUPON, the playing of Exhibit 59 was

8  concluded.)

9  BY MR. SCHWEIKERT:

10     Q.    And then at the three minute, 24 second

11 mark, the feed on the jumbotron cuts back to a wider

12 view of the track, right?

13     A.    Yes.

14     Q.    Okay.  So there were at least two, if not

15 more, cameras providing live feeds of the activity

16 on the racetrack at the time that Brian crashed,

17 right?

18            MS. SPRADLIN:  Object to form.

19            THE DEPONENT:  Yes.

20 BY MR. SCHWEIKERT:

21     Q.    And that's consistent with what we heard

22 you say on the podcast about how there being cameras

23 with footage that was available for you if you

24 needed to review it, right?

25     A.    Yes.

```
1        Q.    Have you seen this video I was just
2   playing you that showed the footage of the
3   jumbotron?
4        A.    Yes.
5        Q.    When did you first see it?
6        A.    My counsel showed it to me.
7        Q.    Had you seen any of those different camera
8   angles of the racetrack that captured Brian's
9   incident at any time before you reviewed it with Ms.
10  Spradlin?
11       A.    Like I said earlier, I thought it was on
12  -- I thought it was on social media, but I could be
13  mistaken.  It could have been when I saw this.
14       Q.    Okay.  At any point during the 2020
15  Supercross season, did you ever use any camera feeds
16  in connection with making a decision about activity
17  on the racetrack?
18            MS. SPRADLIN:  Object to form.
19            THE DEPONENT:  I would expect that I would
20  have at some time during the 2020 season used camera
21  footage.
22  BY MR. SCHWEIKERT:
23       Q.    Why?
24       A.    I have one perspective with my two eyes
25  looking at an incident.  And then additionally, I
```

1    get other perspectives with the camera angles, and

2    in some cases, it'll change a decision.

3         Q.    And other members of the race direction

4    group, including Jeff Canfield, can also provide

5    additional information from their perspective,

6    right?

7         A.    That's correct.

8         Q.    Okay.  And it's my understanding based on

9    other testimony in this case that Mr. Canfield was

10   or should have been in a show control booth in the

11   suite level of Raymond James Stadium during the

12   Tampa event.  Do you have any reason to believe that

13   is not true?

14        A.    I --

15             MS. SPRADLIN:  Object to form.

16             THE DEPONENT:  I -- I think that he was in

17   the booth.

18   BY MR. SCHWEIKERT:

19        Q.    In the booth with the camera feeds for the

20   TV guys --

21             MS. SPRADLIN:  Object to form --

22   BY MR. SCHWEIKERT:

23        Q.    -- is that right?

24             MS. SPRADLIN:  -- mischaracterizes

25   testimony.

```
 1                    THE DEPONENT:   No.   He would not have
 2   camera feeds.
 3   BY MR. SCHWEIKERT:
 4        Q.   What -- what booth was he in?
 5        A.   I told you, I don't know what booth he was
 6   in.  I never got to go up there.
 7        Q.   Well, at any point during the 2020
 8   Supercross season, did you ever ask for information
 9   from Mr. Canfield for you to consider in performing
10   your responsibilities as a race director?
11        A.   Yes.
12        Q.   What sort of information?
13        A.   Hey, Jeff, did you see 252 and 51
14   interact?  Yeah, I did.
15             Can you call TV and ask them if they can
16   show us what they have?
17        Q.   I thought you said earlier he was in a
18   room with the TV guys.
19             MS. SPRADLIN:   Object to form.
20             THE DEPONENT:   He's probably with a TV guy
21   that's up there doing probably similarly to what
22   he's doing, but how he gets it or how he does it or
23   who he's talking to, I don't know.  I don't need to
24   know.  I just know that he can ask the TV truck to
25   provide us with the feed for what they have.
```

1  BY MR. SCHWEIKERT:

2       Q.   Okay.

3       A.   The mechanics is something I don't know

4  how he did it.

5       Q.   So there is a show control TV booth in the

6  stadium and there's also a TV truck parked outside

7  the stadium; is that fair?

8       A.   Correct.

9       Q.   Okay.  And in the example you were giving

10 when you were asking Mr. Canfield for more

11 information, would you expect him to be providing

12 information based upon what he had seen on some

13 monitors or what he had seen with his naked eyes

14 looking down on the racetrack floor?

15            MS. SPRADLIN:  Object to form.

16            THE DEPONENT:  My request could be that he

17 didn't see it at all.  He's passing on my request to

18 the director.  And the answer could be, yeah, we've

19 got three different angles of it, or it could be we

20 missed it.

21 BY MR. SCHWEIKERT:

22      Q.   So if you did want to obtain footage of an

23 incident that you were not able to observe yourself,

24 you did have a way to request someone to try to get

25 you that video if it was available, right?

1        A.    Yes.

2        Q.    I do want to talk specifically about

3   Brian, but I also want to just get my head around

4   your day-to-day over the course of the weekend.

5              When do you recall arriving in Tampa?

6        A.    Thursday evening.

7        Q.    Okay.  And when did you first start

8   performing duties as the race director for that

9   weekend, that night or the following day?

10       A.    The following day.

11       Q.    Okay.  And just generally, help me

12   understand what you did on the Friday before the

13   races at the Tampa Supercross.

14       A.    The first thing I'll do is walk down to

15   the floor of the stadium and see how much of the

16   track is built.  Sometimes not all the track is even

17   done yet, depending on the timeline.  I'll find two

18   of the employees from Feld, one of them is the chief

19   flag marshal and the other is their safety -- their

20   safety manager, and we'll take a walk to the

21   racetrack sometime around noon or one o'clock.

22             And the chief flag -- chief flag marshal

23   probably won't have a lot of input in this meeting

24   because he's -- he's scoping out where he's going to

25   put yellow flaggers, and he's responsible for their

1   placement.  And we'll talk about specific spots that
2   would be a difference between the flagger being in a
3   -- in a precarious spot compared to a safer spot and
4   keeping him away from the TV cameras, that kind of
5   thing.

6            The Feld -- one -- one additional person
7   will be there.  It'll be -- most likely in that
8   case, it was Tim Kennedy.  And so one of the reasons
9   I want Tim Kennedy there is that he's kind of taking
10  minutes of what we talk about, specific topics, and
11  then he'll ensure that those things get done before
12  we show up for the race -- for practice and on
13  Saturday.

14           And sometimes it takes him a bit to get
15  the padding out or get things moved or whatever, and
16  we understand that they have a schedule of things
17  they have to do with then the additional things that
18  we've added to their list.  And part of the effort
19  is that the function of them disagreeing that that
20  part didn't need to be done or whatever, because
21  we're pointing out things they probably didn't
22  notice.

23           And we walk the whole entire track.  The
24  other thing I'm looking for is unique things that
25  this particular stadium or track has that I can

1  provide information to the AMA officials that show

2  up on Saturday morning at the meeting at eight

3  o'clock.

4          So I'll talk about entrance and exit to

5  the racetrack.  That's something that they wouldn't

6  know because they just showed up.  I'll talk about

7  where they can't stand during opening ceremonies,

8  you know, if that's something that's been conveyed

9  to me by -- by the organizer.  We'll talk about

10  their positions and what flags they're going to

11  hold.  That will happen at that meeting.

12          And then any additional stuff that happens

13  at -- at that particular round, all of these people,

14  the AMA officials, I'll have -- I'll know or I have

15  worked other events.  I'm just giving them a broad

16  synopsis of what I gathered on Friday so that when

17  they get down to the floor, they're thinking about

18  those things that I noticed and they're looking at

19  things they wouldn't notice right away that I

20  managed to put in it in a meeting in the morning.

21          So that's kind of my day until -- I have

22  to do a riders' meeting, obviously, Friday night,

23  I'm building the notes for the riders' meeting.  And

24  most of the topics in the riders' meeting are

25  stadium and event specific.  So like I already

March 13, 2025                                        138

```
 1  assume that all the racers have read the rulebook.

 2  It's their duty to know what's in the rulebook.

 3  I'll -- I'll hit topics that are already in the

 4  rulebook that we may have had problems with in

 5  previous rounds that season.

 6          This being the very first -- first round,

 7  none of the 250 riders I've seen yet -- I've seen on

 8  the racetrack.

 9      Q.    The 250s aren't part of the west coast?

10      A.    There's a west coast and an east coast.

11      Q.    Yeah.

12      A.    And I think, not positive, but I think

13  Tampa was our first east coast round, so that's a

14  different group of 250s.  And the 250s on the west

15  coast cannot compete in the east coast rounds and

16  vice-versa.  So if we've had some issues with 250

17  west that maybe they forgot things or it was not

18  clear, I'll add that to the riders' meeting notes to

19  the first round on the east coast.

20      Q.    Okay.  You referred to a chief flag

21  marshal for Feld.  Do you recall who that person

22  was?

23      A.    I'm guessing, but I think it was John

24  Tillman.

25      Q.    I've heard that name before.  Okay.  And
```

Case 8:22-cv-01295-TPB-CPT   Document 318-16   Filed 05/15/25   Page 139 of 305
PageID 15101
JOHN GALLAGHER
82873
March 13, 2025
139

1  you referred to a Feld safety manager.  Do you know

2  who that was at the Tampa Supercross?

3        A.   You know, I -- there are three that they

4  use, and I thought it was Phil Penn, but I may be

5  wrong.  I know that he does a lot of meetings post

6  rounds, but it's one of three guys.  It's Phil Penn

7  or it's Jim Perry or it's Harv Whipple, and I don't

8  recall which one is the one at that round.

9        Q.   You are not alone in that amnesia.

10       A.   If I had to make a wild guess, I think

11  that it was -- it was Phil Penn.

12       Q.   And what would be the basis for that being

13  your best guess?

14       A.   I believe we had a futures event on

15  Sunday, and I went to the futures on Sunday to see

16  some of the up-and-comers that were in the

17  professional -- or in the -- the pro class on the

18  amateur rankings, because I'm going to get to see

19  them next year in the 250.

20            So I think I went just because I had a

21  late flight, went down there for a few hours and

22  watched the amateur races go, and Phil was -- I

23  believe that's the round that Phil was upstairs at,

24  and he was doing a similar job for Feld as an eye in

25  the sky for Feld at the amateur event.  I think

1  that's the round that it happened, but I'm not

2  positive.

3       Q.   Okay.  And I appreciate that.  With

4  respect to the practices at the Tampa Supercross in

5  2020, do you recall there being a Feld safety

6  manager or eye in the sky official present during

7  the practices?

8       A.   Yes.

9       Q.   And do you recall where that person was

10  during the practices?

11       A.   He'll be up in -- in the suite area, as

12  well.  He may not be next to Jeff Canfield.  In

13  fact, I don't think he ever is.

14       Q.   All right.  It's my understanding there's

15  a race command or race control booth and then there

16  is a separate show control or TV booth and then a

17  whole other assortment of booths.  What is -- or

18  what is your understanding of what that Feld safety

19  manager was responsible for during the practice

20  sessions at the Tampa Supercross?

21       A.   The biggest thing that he does is -- he's

22  on a different channel than we are, as well.  So I

23  can switch to his channel before we start practice

24  to verify that can we go hot with the racetrack.  So

25  like if he say -- has a couple of his employees on

1  the floor working on fixing something right before
2  we start practice, he would know that because he's
3  been in communication with them.

4              And he will alert me that, hey, give us
5  another minute or two, we're trying to put a banner
6  up or tuff blocks in place or whatever.  And so
7  that's why I know he's there from the very
8  beginning.  And then secondly, he directs duties or
9  direct the fellow employees on the floor to where
10 they need to be and also to direct them away from
11 danger.

12       Q.   When you refer to channels, what are you
13 talking about?

14       A.   So my radio and most of the radios there
15 have 16 channels, and different departments work on
16 different channels so they don't step on each other
17 on the radio.  And we are one channel.  The Feld
18 safety manager and all of his employees are on a
19 different channel.  And we even have two channels we
20 use with AMA -- two or three channels.

21       Q.   I've heard channel one referred to as the
22 ops channel.  Does that ring a bell?

23       A.   I think that's AMA's one, but we're
24 looking at five years ago.

25       Q.   Okay.  Well, and what channel would the

1  safety manager have been on as far as you can

2  remember?

3        A.    I don't recall the numbers.  I'm pretty

4  sure we had one and two, and the reason for that was

5  that there's a fall-down report that we have

6  observers call into our truck -- our clerk at the

7  truck and call in fall-downs, just some information,

8  the area where the fall-down happened and the number

9  of the rider, that kind of thing.  So they put the

10 two channels right next to each other so you didn't

11 have to look at your radio.  You could click over

12 one, click back to channel one, you know.

13       Q.    Who had -- who had the observers?

14             MS. SPRADLIN:  Object to form.

15             THE DEPONENT:  You'll have to ask the

16 question -- I don't know what you mean.

17 BY MR. SCHWEIKERT:

18       Q.    I thought you said you had observers that

19 could call in information for --

20       A.    The AMA -- our AMA people on the floor.

21       Q.    The observers, you're referring to AMA

22 people.

23       A.    Yes.

24       Q.    All right.  May they also have been

25 referred to as marshals or is that a completely

1   different type of official?

2        A.    No.   Marshals are a term used by the FIM.

3   I mean there's a lot of crossover that we don't

4   utilize because it was translated from French and

5   the Europeans are a little more formal.

6        Q.    I'm going to show you a document

7   previously marked as Exhibit 76, Bates-labeled

8   AMA_1999 through 2000.   Take a minute.   Let me know

9   if you recognize it.

10        MS. SPRADLIN:   And I'll note for the

11   record, the original version of this did have color

12   on it and this is printed in black and white, just

13   for those purposes.

14        MR. SCHWEIKERT:   Yes.

15        THE DEPONENT:   Yes.   I recognize this

16   document.

17   BY MR. SCHWEIKERT:

18        Q.    And what is Exhibit 76?

19        A.    The duties of the clerk of course on the

20   floor -- I mean the duties of the clerk of course

21   from Friday all the way through the end of Saturday.

22        Q.    When we first started this deposition, you

23   talked about some notes that you had reviewed.   Is

24   this those notes?

25        A.    I have a copy of this.   In fact, I'm the

1  one that started this -- this document.  I made a

2  working document for the current clerk of course,

3  but I actually wrote the original one.

4       Q.   Okay.

5       A.   There's been changes to this one because

6  the one I have is almost 20 years old, and this one

7  is identical in the way it's designed with Friday --

8  all of this is very apparent that I wrote this.  But

9  there's been changes to the individual lines and the

10 way it's worded.  I wouldn't necessarily word things

11 the same way.

12      Q.   Okay.  And I believe there were some track

13 changes in different colors, as your counsel noted.

14 But portions of this document, you believe you

15 authored?

16      A.   Yes.

17      Q.   Okay.

18           MS. SPRADLIN:  And I'm so sorry to

19 interrupt.  I just want to clarify for the record.

20 I know that you said the "clerk of course."  Did you

21 -- do you --

22           MR. SCHWEIKERT:  Hold on.  You can ask him

23 questions later.

24           MS. SPRADLIN:  That's fine.  I just --

25           MR. SCHWEIKERT:  You heard what he said.

1           MS. SPRADLIN:  Sure.

2   BY MR. SCHWEIKERT:

3       Q.   So I'm not going to go through it in too

4   much detail, but there were a couple of bullet

5   points I wanted to ask you about.

6           Under the heading, Friday, I think it's

7   the seventh bullet point, it reads, meet with Feld

8   floor manager and talk about how many red lights and

9   location, make arrangements to get and return light

10  clickers back to Feld.

11          Do you see that?

12      A.   Yes.

13      Q.   Okay.  Who was the floor -- who was the

14  Feld floor manager you refer to in that bullet

15  point?

16      A.   It's the same title as the safety manager.

17      Q.   Okay.  And the reference to red lights and

18  light clickers, what does that mean?

19      A.   So every Supercross racetrack, almost

20  every one -- almost all of them have at least two

21  triple jumps, and that's a jump where you leave the

22  face, you miss the jump in the middle, and you land

23  on the third jump.  They call it a triple jump.  And

24  they are almost always because of the length that

25  the riders have to jump from and to are blind

1   obstacles.  And a blind obstacle is where when

2   you're entering the jump, you can't see the landing.

3          So from the rider's perspective, he's

4   entering the jump not knowing whether someone has

5   fallen on where the landing is or fallen in the

6   middle so we do that job for them.  We have two AMA

7   officials that are dedicated to each triple; one is

8   on the face or near the face so he can see the face

9   of the jump and one is at the landing.  So when a

10  rider falls at the landing, he can radio to the --

11  to the official who's at the face who has the

12  clicker in his hand and say shut it down, and he'll

13  click the button.

14          It makes two flashing red lights and

15  another light up the racetrack, a leading light to

16  start flashing red, and that tells the riders that

17  they're not to jump even from the first jump to the

18  second jump.  They have to roll all three obstacles

19  until they go by where the lights are on.  And we

20  have two triples, typically, so we'll have two of

21  that arrangement on the racetrack.

22     Q.    Okay.  And those physical red lights and

23  the remote control clickers are provided by Feld.

24     A.    Correct.

25     Q.    Does Feld provide any other equipment that

1  is used to set up the racetrack?

2      A.    All the tuff blocks are owned by Feld, the

3  blocks that are surrounding the racetrack.  They

4  come in, I think, three sizes.  Feld provides the

5  leader lights, which are -- I think there's two or

6  three of them around the racetrack.  They're not --

7  they're not meant for officiating.  What they do is

8  allow the -- the lackadaisical spectator that isn't

9  sure what's going on to know who the leader is, so

10 they blink briefly as the leader goes by that light.

11      And then all of the structures are owned

12 by Feld, even the one I was standing in.  Starting

13 gate is owned by Feld and the structure that goes

14 over the top of it.  We have these -- the tuff

15 blocks have evolved from the very beginning, and

16 they've built tuff blocks that are unique to what

17 they're used for to make it easier for the tuff

18 blocks to remain in place without the bikes catching

19 -- catching them.

20      So some tuff blocks are like a block.

21 They're square.  Some tuff blocks are shaped like a

22 trapezoid, it's cross-referenced and they're longer.

23 Each type of tuff block is used in a unique portion

24 of the track to make it so they stay in place.  So

25 that's all Feld's -- that's all Feld's part.

1        Q.    And who is responsible for the design and
2   construction of the racetrack within Raymond James
3   football stadium?

4        A.    Dirt Wurx provides two or three drawings
5   that will fit in any particular stadium at the
6   beginning of the year.  And then the gentleman that
7   owns Dirt Wurx will present those in the summer for
8   the following season.  So they'll get a list of
9   which stadiums we're going to do shows in, and then
10  he'll draw different diagrams at various tracks that
11  may or may not work in that stadium with -- with
12  lanes having unique combinations of obstacles that
13  may or may not be accepted by Feld, and then Feld
14  will pick which one they want in each stadium.

15       Q.    All right.  I've seen a number of
16  Supercross events, and there's been occasion where
17  I've noticed concrete that is exposed on like the
18  exterior of the racetrack.  Have you ever seen that?

19       A.    Yes.

20       Q.    Do you know why there have been instances
21  where the entire floor of the stadium is not covered
22  with some sort of cushioning, whether it's from the
23  dirt itself or otherwise, to prevent riders from
24  landing on their backs on hard concrete?

25            MS. SPRADLIN:  Object to form.

```
1              MR. GORDON:  Join.
2              THE DEPONENT:  I can only answer that I
3   know that I've seen stadiums that are that way.  I
4   can't explain why they're that way.
5   BY MR. SCHWEIKERT:
6        Q.  Did you -- are you aware of Austin
7   Forkner's crash where he was launched off his bike
8   and landed on the concrete?
9        A.   Austin Forkner has crashed so many times
10  that I can't -- I mean they're all catastrophic so I
11  can't believe -- I don't remember any particular one
12  crash.
13       Q.   Did anybody over the course of your career
14  ever express any concern about having exposed
15  concrete next to a track where riders are jumping
16  and engaging in dangerous riding that could cause
17  them to crash and go off the track?
18              MS. SPRADLIN:  Object to form.
19              THE DEPONENT:  I haven't had anybody -- I
20  haven't had anybody bring that to my attention that
21  their concern was that.  The riders are more
22  interested in control.  And the issue was that when
23  you take a knobby tire and you go onto concrete,
24  that it's difficult to get the bike going again, and
25  there are areas that they go off the track and they
```

1  knew they would when they needed to.

2           Like as an example, they're not going to

3  make the triple jump so they would go around it.

4  And there were -- there's been requests to put dirt,

5  at least a little path of dirt, so they could stay

6  on dirt from beginning to end.  But with regard to

7  having dirt on the side because of safety, I haven't

8  had any rider tell me that.

9           MS. SPRADLIN:  When you get to a

10 comfortable spot, if we can take just a really short

11 comfort break, that would be great, but it's fine if

12 you need to go on for a few more minutes, wrap your

13 train of thought.

14          MR. SCHWEIKERT:  Worried about time and

15 being concluded by 5:00.  But yeah, we can take a

16 break in a minute.  Let me just wrap up --

17          MS. SPRADLIN:  That's fine.

18          MR. SCHWEIKERT:  -- my thought process.

19 BY MR. SCHWEIKERT:

20     Q.   Were you present for the press day

21 activity on the racetrack on Friday before the

22 event?

23     A.   I was present in the capacity that I was

24 there, not in any form involved in the press day

25 portion of it.

1        Q.   How is the press day conducted; is it just
2    a free practice for the selected riders to go around
3    the track while the press documents that?
4              MS. SPRADLIN:  Object to the form.
5              THE DEPONENT:  Feld -- Feld operates it,
6    and I'm not sure how they operate it.
7    BY MR. SCHWEIKERT:
8        Q.   Were you there for the free practices on
9    Friday?
10       A.   I don't even recall.  When they go out on
11   the track, I can't do what it is that I want to do
12   anyway, so I may have grabbed lunch during that
13   time.
14       Q.   Have you been at free practices at other
15   Supercross events over the course of your career?
16       A.   Free practices?
17       Q.   Strike that.  I understand there's
18   typically a press day the day before the event,
19   right?
20       A.   Mm-hmm.
21       Q.   Have you ever attended a press day at
22   other Supercross events that you can remember?
23       A.   I've been to the press day, but like I
24   said, I'm busy with what I'm doing.
25       Q.   Do you know if there's typically any sort

1  of medical personnel that is present during the

2  press day while the riders are on the track?

3       A.    I don't know whether there is or not, but

4  it would be very imprudent to not have medical staff

5  present.

6       Q.    I agree.  And --

7       A.    And I'm pretty certain they always do.

8            MR. SCHWEIKERT:  We can take a break

9  really quick; is that all right?

10            MS. SPRADLIN:  Yeah.

11            MR. SCHWEIKERT:  Five minutes?

12            MS. SPRADLIN:  Just need to run to the

13  restroom.

14            THE VIDEOGRAPHER:  Please stand by.  The

15  time is 2:30.  We are off the record.

16            (WHEREUPON, a recess was taken.)

17            THE VIDEOGRAPHER:  The time is 2:36.  We

18  are back on the record.

19  BY MR. SCHWEIKERT:

20       Q.    All right.  I want to talk now about

21  Saturday, February 15, 2020.

22            Do you recall approximately what time you

23  got to Raymond James Stadium?

24       A.    Probably somewhere around 7:00 a.m.

25       Q.    Okay.  And I don't need the full day, but

1   **just help me understand what you did between 7:00**

2   **a.m. and the start of the free practice sessions.**

3           A.    I have to attend a meeting at eight

4   o'clock.  If they were still working on the track on

5   Friday, Friday -- Friday evening, then the first

6   thing that I would do is at seven o'clock is go

7   straight to the racetrack to see if it's any

8   different from what I saw when I left on Friday and

9   then document what may be different.

10          And then I attend the meeting at eight

11  o'clock, share the information that is pertinent to

12  the AMA officials, and I have to be ready to do a

13  riders' meeting.  I think it's -- I have to look at

14  the schedule, but I think it's around 11:00.  And I

15  do a riders' meeting.  There's a chapel service

16  after the riders' meeting that's 15-20 minutes.

17          And then we have a half hour to get all

18  the equipment off the track, all of the officials on

19  the track, and verify that the flaggers are in

20  place.  And I check with the Feld safety manager.  I

21  check with, you know, my guy -- somebody that's

22  upstairs, if there is one.

23      **Q.   Mr. Canfield?**

24      A.    Well, I assume that it was Mr. Canfield.

25  I don't recall exactly, but I usually -- basically,

1  just do mic checks to make sure everybody's working.
2  And -- and then we start practice.
3        Q.   Does that include making sure the medical
4  team is in place as well?
5        A.   Yes.  There's two things that happen right
6  before; one is to make sure medical is in place, but
7  the other is to make sure that there's nobody on the
8  racetrack before we let the track go hot.
9        Q.   I'm going to provide to you a document
10 previously marked as Exhibit 22, just because it has
11 the schedule, in case you want to reference it.  And
12 for the record, it was Exhibit 22, Dr. Bodnar's
13 deposition, Bates-labeled FMS_INC_714 through 735,
14 and the schedule is on page three.
15       A.   Okay.
16       Q.   It's not a memory test so if there's
17 something in the schedule that might help you, I
18 just wanted you to have it available to you.
19       A.   The -- the amount of time on Saturday
20 typically remains the same.  The entry times will
21 change because some of our events are either earlier
22 or later.  Some of them are afternoon events.  Some
23 start at 10 o'clock in the morning.  But the -- the
24 amount of entries remains the same.  Just the -- the
25 sequences will end up being different.  But in this

1  case, this racetrack -- this race was a very typical
2  evening event, so probably 85 percent of our events
3  are exactly the same.

4       Q.    If we take a look at the second page, do
5  you see at the top, it's entitled Feld Motor Sports
6  Supercross Staff, and then there's a table that has
7  the title, name, phone number, and email address of
8  various people?

9       A.    Yes.

10      Q.    All right.  I see a director of television
11 about halfway down the page named Doug Cabrera.
12 Does that ring a bell to you?

13      A.    Yes.

14      Q.    Is that possibly the television director
15 you were referring to a little bit earlier when we
16 were talking about the TV stuff?

17      A.    No.

18      Q.    Okay.  Is there any name on here that
19 refreshes your recollection as to who that
20 television person may have been?

21      A.    There wouldn't be because the person I was
22 referencing is not a Feld staff member.  He works
23 for the TV -- the TV production company so he would
24 not be on this list.

25      Q.    And what TV production company is that?

1        A.    I don't know the name of it.  It's whoever
2   Feld hired to do the broadcast.  Almost every single
3   one of these titles work out of the Feld office.
4        Q.    Okay.  You mentioned earlier Supercross
5   Futures.  Could you just briefly explain to me what
6   a Supercross future is?
7        A.    It's -- it's an event that they hold at
8   certain stadiums that we have that Feld operates in
9   that is a culmination of qualifiers, meaning that
10  the riders are vetted to get into the Supercross
11  Futures and the various classes and age groups that
12  they race in.
13            And then they have an amateur event on
14  Sunday with a -- with a very sleeved down, tempered
15  down racetrack.  They take our -- our track from
16  Saturday night and soften the jumps and the
17  landings, make it so that it's much more geared
18  towards an amateur rider, and they hold an event all
19  day long.
20       Q.    Does the Supercross future also include
21  younger people -- strike that.  Is the Supercross
22  Futures for -- does it include people under the age
23  of 18?
24       A.    Yes.
25       Q.    What is the youngest rider that you can

```
 1  recall participating in a Supercross future event?
 2      A.   I have never -- I've never worked at a
 3  Supercross Futures event so I don't know what their
 4  classes are.
 5      Q.   If you could just take a look at page 22
 6  of Exhibit 22, entitled, "Supercross Futures
 7  Paramedic Requirements."  Do you see that?
 8           MS. SPRADLIN:  Very last page.
 9           THE DEPONENT:  I see it.
10  BY MR. SCHWEIKERT:
11      Q.   All right.  And bullet point number four
12  reads, "Once the medical teams are signed in, they
13  must report to the Race Director or Referee for
14  placement and explanation of the incident reports
15  and event protocol."  Do you see that?
16      A.   Yes.
17      Q.   So that reference to a race director or
18  referee with respect to the Tampa Supercross is not
19  you.
20           MS. SPRADLIN:  Object to form.
21           THE DEPONENT:  No.  It is not me.
22  BY MR. SCHWEIKERT:
23      Q.   Do you know who was the race director or
24  referee for the Supercross Futures event at the
25  Tampa Supercross?
```

 1        A.    No.

 2        Q.    Do you have any idea as to whether that

 3   race director or referee would have been a Feld or

 4   AMA person?

 5        A.    He probably would have been an AMA person.

 6   That's a guess.  Once again, I'm not positive.

 7   Could be a Feld person.

 8        Q.    And if we go to number seven on that page,

 9   the first sentence reads, "If it is necessary for

10   the medical team to go onto the racetrack, the race

11   will be stopped."  Do you see that?

12        A.    Yes.

13        Q.    Okay.  Is that consistent with how the

14   Supercross events are conducted for the

15   professionals?

16             MS. SPRADLIN:  Object to form.

17             THE DEPONENT:  It is not.

18   BY MR. SCHWEIKERT:

19        Q.    Why not?

20        A.    Because we're dealing with professional

21   riders, and they're dealing with amateur riders.

22        Q.    Any other reason?

23        A.    I've worked lots and lots and lots of

24   amateur events, and my need to be on my toes on the

25   floor for an amateur event is infinitely more

1   necessary than it is on a professional event.  The

2   riders -- the riders in professional events can

3   place a wheel from a 60-foot jump exactly where they

4   want it and do it lap after lap after lap.

5          An amateur is lucky to make the 60-foot

6   jump, if they have one.  But it's a big difference

7   abilities.  So these rules are geared towards

8   amateur racers, and they -- not any part of this

9   would be -- would be necessary for pro riders being

10  on the racetrack.

11     Q.   Are you suggesting that for amateur

12  racing, if there's like a crash on the track, it

13  stops and the medical crew can go on because the

14  other amateur riders are not as experienced to avoid

15  colliding with that downed rider?

16     A.   That's one --

17          MS. SPRADLIN:  Object to form.

18          You can answer.

19          THE DEPONENT:  That's one of many reasons

20  why that's different.

21  BY MR. SCHWEIKERT:

22     Q.   I'm just trying to make sure I understood.

23  Okay.  If we go to the next point, eight, it reads,

24  "In the event of a head or neck injury the stance

25  all Supercross Futures staff members will take is to

1  leave the helmet intact while assisting the

2  paramedics with the protocol they follow."  Do you

3  see that?

4       A.   Yes.

5       Q.   Do you know if that is consistent with how

6  incidences are handled during the professional

7  Supercross events?

8            MS. SPRADLIN:   Object to form.

9            THE DEPONENT:   Well, there's a big

10  difference between number eight in the futures and a

11  similar situation in Supercross at the professional

12  level.  I don't think they mandate the eject device

13  or the hats off device in amateur, so every rider

14  may or may not have one, where in -- in -- we

15  mandate it in Supercross.  Every rider on the floor

16  has a hats off device.

17  BY MR. SCHWEIKERT:

18       Q.   The Supercross Futures riders, some of

19  them are -- strike that.  Some Supercross Futures

20  amateurs become pros the following season, right?

21       A.   I think one particular class eventually

22  would move into pro ranks.

23       Q.   What do you mean by that?

24       A.   Well, we have all the way down to beginner

25  in futures, but -- I think, the way the classes are

1  designed.  But there's one particular class, and

2  that's the A class for 250.  That's the only class

3  in an all-day event at futures that would have the

4  potential to move into the pro ranks, and that's

5  only if they're the right age.

6       Q.   What's the right age?

7       A.   I think the minimum -- I'd have to look at

8  the rulebook, but I think the minimum is 16.  So you

9  can -- we can have an extremely fast 15-year-old out

10  there, but if he doesn't turn 16 before the next

11  Supercross season starts, he can't go up because of

12  the age limitation.

13      Q.   Do you know who conducts the Supercross

14  Futures -- strike that.  Do you know who conducted

15  the Supercross Futures activity on the Sunday of the

16  Tampa Supercross?

17            MS. SPRADLIN:  Object to form.

18            THE DEPONENT:  No.

19  BY MR. SCHWEIKERT:

20      Q.   Is it likely it was the AMA or Feld?

21            MS. SPRADLIN:  Object to form.

22            MR. GORDON:  Objection to form.  He said

23  he didn't know.

24            THE DEPONENT:  I don't know.

25  BY MR. SCHWEIKERT:

1      Q.   Are there any other entities that you're

2  aware of, aside from the AMA, Feld, or the FIM, that

3  have had any involvement in putting on a Supercross

4  event?

5             MS. SPRADLIN:   Object to the form.

6             THE DEPONENT:   Can you ask that question

7  again?

8  BY MR. SCHWEIKERT:

9      Q.   And I'm not talking about over the entire

10 course of time.  I'm trying to focus in more on the

11 relevant time period.

12     A.   Is somebody else doing a Supercross when

13 we're doing a Supercross?

14     Q.   I'm trying to do a process of elimination.

15 If you don't know if it was Feld, you don't know if

16 it was the AMA, is it possible it was the FIM or

17 someone else that you might know of?

18             MS. SPRADLIN:   Object to form.

19             You can answer.

20             THE DEPONENT:   You mean might know of

21 doing an amateur event, a futures event?

22 BY MR. SCHWEIKERT:

23     Q.   Of conducting the Supercross Future

24 activity on the Sunday at Tampa Supercross.

25     A.   I believe this term, futures, was

1  generated by Feld.  They're the only people that do

2  futures events.

3        Q.    If we go to number 11, it reads, "Prior to

4  leaving the venue at the end of the event the

5  medical team must turn in all completed incident

6  reports and be released by either the Race Director

7  or event Referee."  Do you see that?

8        A.    Yes.

9        Q.    Is that something that is done -- strike

10  that.  Is that something that was done for the

11  professional Supercross events during the 2020

12  Supercross season?

13        A.    The medical team provides these exact same

14  reports directly to Feld before they leave.

15        Q.    When there is a serious incident, such as

16  the one with Brian, do you as an official prepare

17  any documentation related to that incident?

18        A.    No.

19            MR. GORDON:  Objection.

20            MS. SPRADLIN:  It's fine.

21  BY MR. SCHWEIKERT:

22        Q.    No?

23        A.    No.

24        Q.    Did you have any obligation at that time

25  to provide the FIM with any information about

```
 1   serious incidents or crashes involving riders at a
 2   Supercross event?
 3       A.   I believe when I first started, there was
 4   -- there was nobody from the FIM other than me being
 5   there, and I was doing, basically, the job that Ivo
 6   did at this event.  So I was doing that, what you're
 7   describing, providing information, just a synopsis
 8   of what happened, and the information I can gather.
 9            And we have HIPAA laws in the United
10   States so there's a lot of information regarding an
11   injured rider that I'm not allowed to ask and the
12   medical staff is allowed to provide, so it would be
13   just what I saw.
14       Q.   You're not an attorney; are you?
15            MR. GORDON:  Objection to form.
16            THE DEPONENT:  No.
17   BY MR. SCHWEIKERT:
18       Q.   Okay.  Do you know what a covered entity
19   is under HIPAA?
20       A.   I do not.
21            MS. SPRADLIN:  Object to form.
22   BY MR. SCHWEIKERT:
23       Q.   Okay.  Are you aware that HIPAA only
24   applies to covered entities which is defined in the
25   law?
```

```
 1              MS. SPRADLIN:  Object to form.

 2              MR. GORDON:  Objection.

 3              THE DEPONENT:  I couldn't say that because

 4   I don't know what a covered identity -- identity?

 5              MR. SCHWEIKERT:  Entity.

 6              THE DEPONENT:  I don't know what it is.

 7   BY MR. SCHWEIKERT:

 8      Q.   But it's your lay understanding that HIPAA

 9   prohibited you from documenting any information

10   related to an injured rider at a Supercross event?

11              MS. SPRADLIN:  Object to the form,

12   mischaracterizes testimony.

13              THE DEPONENT:  No.  That's not what I

14   said.  I said that I cannot get information from the

15   medical staff as a race director.  In other words, I

16   can't -- when I started, I couldn't go down there

17   and say, hey, what happened to the guy, how injured

18   is he, what's injured.  That's -- that, I was not

19   allowed to do.

20              I could only provide the FIM with the

21   information that I saw, and Ivo at that round, would

22   be doing exactly the same thing in that report that

23   Ivo filled out, non-spectators, did the event start

24   on time, did it run smoothly, was the weather --

25   that kind of information, and were there any major
```

 1   injuries would probably be sent to the FIM through

 2   Ivo.

 3   BY MR. SCHWEIKERT:

 4        Q.   Do you know if any information about

 5   Brian's incident was transmitted to the FIM?

 6        A.   I didn't --

 7             MS. SPRADLIN:  Object to form.

 8             THE DEPONENT:  I didn't see his report so

 9   I don't know.

10             MR. SCHWEIKERT:  What's wrong with the

11   form?

12             MS. SPRADLIN:  You're calling for him to

13   speculate.  He didn't fill out the report.  He's not

14   the one submitting it.

15             MR. SCHWEIKERT:  Asking for his knowledge.

16   It's all right.  I just wanted to make sure there

17   wasn't an objection I need to deal with.

18   BY MR. SCHWEIKERT:

19        Q.   Do you know if anyone submitted any

20   information to the FIM regarding Brian's incident at

21   the Tampa Supercross?

22        A.   I do not know.

23        Q.   Okay.  You mentioned a report.  I'm just

24   going to show you something I will mark as Exhibit

25   122, Bates-labeled AMA_1697, entitled "2020

1  Supercross Meet Report."  Just take a minute, look

2  at it, let me know if you've seen it before.

3       A.   I have not.

4            MS. SPRADLIN:  And just -- did you mark

5  121?  The last I have on my list is 120.  I could

6  have missed it.

7            THE DEPONENT:  We have them divided.  It

8  didn't have anything on it.  This one.

9            MS. SPRADLIN:  Oh.  Did you -- I think

10  that had been previously marked.

11            THE DEPONENT:  Yeah.

12            MR. SCHWEIKERT:  Maybe I skipped it.

13            MS. SPRADLIN:  It's -- I have --

14            MR. SCHWEIKERT:  Would you like me to

15  remark it?

16            MS. SPRADLIN:  I mean just for the sake of

17  keeping things straight so we don't -- mostly just

18  so a week from now I don't go, oh, no, what is 121,

19  I missed an entire exhibit.

20            MR. SCHWEIKERT:  All right.

21            Could you hand me that back, please?

22            MS. SPRADLIN:  Sorry, Mark.

23            MR. SCHWEIKERT:  No, no.  Thank you.  I

24  have the same confusion at times.

25            All right.  I'm going to hand you a

1  document I will mark as Exhibit 121, Bates-labeled,

2  AMA_1697.

3            (WHEREUPON, Exhibit 121 was marked for

4  identification.)

5  BY MR. SCHWEIKERT:

6      Q.   Let me know if it's something you've seen

7  before.

8      A.   It is not.

9      Q.   You see that's entitled 2020 Supercross

10  Meet Report?

11     A.   Yes.

12     Q.   Okay.  But this is not the type of report

13  that you were referring to that may have been

14  transmitted to the FIM?

15     A.   No.

16     Q.   There's a different report that you

17  believe may have been transmitted?

18     A.   Yes.

19     Q.   Thank you.

20     A.   Maybe you're a better surfer.

21     Q.   On the Exhibit 77 that sort of has like a

22  to-do list for Friday and Saturday, there's a

23  reference to a riders' meeting.  Is that something

24  that occurred before the practice session started,

25  as far as you know?

1       A.    Yes.

2             MS. SPRADLIN:  And sorry.  It's Exhibit

3    76, just for clarity of the record.  You said 77.

4    Sorry.

5             THE DEPONENT:  I think I just got one copy

6    of that too.

7             MS. SPRADLIN:  Could have been or it could

8    be in here.  We can share.

9             THE DEPONENT:  It's actually on the race

10   schedule in Exhibit 22.

11   BY MR. SCHWEIKERT:

12       Q.    At 11:00 a.m.  Okay.  And did you conduct

13   that meeting?

14       A.    Yes.

15       Q.    And who in terms of entities do you recall

16   participating?  Obviously, the riders.

17             But did anyone from the medical team or

18   Feld also participate?

19       A.    Well, mandatorily, the riders have to be

20   there.  It's written in the rulebook that they have

21   to be at that event -- at that meeting.  Almost

22   always, the mechanic joins them.  The teams that

23   have coaches and other staff, including team

24   managers, will be there.  In fact, the team managers

25   are all there always taking notes.

1          I ask my clerk of course to be there so

2   that he can verify that I said something later on

3   that maybe somebody said I didn't say.  And as far

4   as the medical staff, I'm not sure that -- I've

5   never noticed whether they're there or not.

6      **Q.   Do -- did you have any meetings with**

7   **anyone from the medical team for the practices**

8   **started on that Saturday?**

9      A.    The only interaction that I had with the

10  medical team is -- there's a lane that goes all the

11  way around the racetrack, and in some cases, kind of

12  like the way you shovel out your driveway, people

13  that live up north and then the plow goes by and

14  covers -- covers your driveway, sometimes the track

15  maintenance will create a problem for that lane.

16         And so I'll interact with somebody from

17  the medical team to make sure that they've actually

18  taken a side-by-side with the ambulance, the mobile

19  medical vehicle that took Brian off, that it can

20  safely go all the way around the racetrack without

21  being too jarring or too bumpy.

22         And if there is a problem, I'll either get

23  the people at Dirt Wurx to take care of it or just

24  grab a shovel and fix it myself.  But other than

25  that, there was no reason to have a meeting with the

1  medical team.

2      Q.   While the racetrack was active during the

3  practices at the Tampa Supercross, were you in

4  contact with anyone from the medical team?

5      A.   While the practice was -- was on?

6      Q.   Yes.

7      A.   I'm on the radio channel.

8      Q.   You're on the radio channel with the

9  medical personnel.

10     A.   Correct.

11     Q.   But you still don't believe there's any

12 reason to meet with them before the activity begins

13 on the racetrack to ensure the lines of

14 communication are clear between yourself and the

15 medical team.

16          MS. SPRADLIN:   Object to form.

17          MR. GORDON:   Form.

18          THE DEPONENT:   In most cases, I'll be

19 communicating with Dr. Bodnar as he comes out to the

20 floor, like, for one, to make sure he's ready.

21 BY MR. SCHWEIKERT:

22     Q.   But you are on the radio with the other

23 members of the medical team, correct?

24     A.   I have the ability to call each -- each

25 one individually.   Yes.

1        Q.    And what sort of information are you

2   looking to receive from the medical team if there is

3   an incident on the track that results in an injury

4   to a rider?

5        A.    I'm more listening to what they have to

6   say with Dr. Bodnar.  So if one of them said, hey,

7   this is something that we probably should shut the

8   racetrack down, he would immediately call to ask me

9   to do that, but if I heard that on the radio, I

10  would just shut the racetrack down.

11       Q.    So --

12       A.    Medical takes precedent always.

13       Q.    And you're not -- did you have any

14  meetings with anyone beyond Dr. Bodnar that was on

15  the medical team during the 2020 Supercross season

16  about your expectations of the information that

17  needed to be communicated in the event of an

18  incident involving an injured rider that could

19  require your intervention as the race director?

20       A.    During the whole entire season?  I don't

21  -- I don't recall any one meeting.  I don't -- I

22  don't recall any.

23       Q.    You just rely on Dr. Bodnar and the other

24  folks to know what to do and to communicate if

25  needed?

1        A.    That's correct.

2        Q.    But you don't proactively do anything to

3   make sure that they are aware of what they should do

4   to make sure they can receive an appropriate

5   response from the race director in the event of an

6   injured rider that needs, for example, prolonged

7   medical intervention and a red flag.

8             MS. SPRADLIN:   Object to form.

9             THE DEPONENT:   So we have a meeting at

10  eight o'clock in the morning with the AMA officials.

11  While that meeting is going on, there's another semi

12  -- that's the Alpinestars rig -- is doing a meeting

13  also between Dr. Bodnar and all of his staff.

14            If there was any question regarding our

15  interaction, like what you described, Dr. Bodnar and

16  I would have a discussion about that either after

17  those meetings or sometime on the racetrack.

18  BY MR. SCHWEIKERT:

19       Q.    Dr. Bodnar was not always the chief

20  medical officer at the events during the 2020

21  Supercross season, right?

22       A.    I don't remember.  Was he injured?

23       Q.    Who do you recall serving in the role as

24  chief medical officer during the Supercross events

25  occurring in the 2020 season?

1           MR. GORDON:  Objection to form.

2           THE DEPONENT:  I know they have two other

3  -- two other CMOs that are licensed.  Dr. Reiman, I

4  know, is licensed, and I think there's one other,

5  Dr. Alexander, and I think they're the only three

6  that are -- that are licensed to be a CMO at

7  Supercross.  I could be wrong.  I don't attend the

8  CMO seminars for the FIM.

9  BY MR. SCHWEIKERT:

10      A.    Do you have specific recollection of Dr.

11  Alexander or Dr. Reiman serving as the CMO for any

12  particular event during the 2020 season?

13      A.    I don't.

14      Q.    **Is working to keep the riders safe while**

15  **on the racetrack a collaborative effort amongst the**

16  **AMA, Feld, and the medical team?**

17           MR. GORDON:  Objection to form.

18           THE DEPONENT:  Is that a collaborative

19  effort is the question?

20           MR. SCHWEIKERT:  Yes.

21           THE DEPONENT:  Yes.

22  BY MR. SCHWEIKERT:

23      Q.    **How so?**

24      A.    We're all working with the exact same

25  agenda.  Having injured riders is not beneficial to

1  running Supercross races after the Tampa event.  We
2  like to see them all at every event and we also
3  would like to see them healthy at every event.
4  Quite frankly, the reason why the medical mobile
5  unit is the semi that's included at this event as
6  compared to just an ambulance is to enhance that.

7          That's why we have the medical unit on
8  staff in there is that riders with a questioned
9  injury can go and get an x-ray.  They can have it
10 wrapped or they can have an ER doctor look at what's
11 wrong, if they have something wrong and determine it
12 from that perspective instead of just a rider going,
13 yeah, my arm hurts.

14         So our goal is to keep the riders safe by
15 making sure that the medical staff helps them, and
16 then additionally, gives them all the insight right
17 at the racetrack as compared to having them go to
18 the emergency room.

19     Q.   And that should be a goal of everybody
20 that is involved in producing, operating, and
21 officiating the Supercross events, right?

22         MS. SPRADLIN:  Object to the form.

23         MR. GORDON:  Form.

24         THE DEPONENT:  I would think it should be.
25 Yes.

 1  BY MR. SCHWEIKERT:

 2       Q.    It doesn't make sense to someone with your

 3  experience for a promoter to say we want to put on

 4  the event, but we don't want to have any

 5  responsibility for the riders' safety even though

 6  they're going to be risking their lives on

 7  television for our purposes, right?

 8              MS. SPRADLIN:  Object to form.

 9              MR. GORDON:  Form.

10              THE DEPONENT:  I can't -- I can't attest

11  to what the promoter feels.

12  BY MR. SCHWEIKERT:

13       Q.    Well, does that make sense to you?

14              MS. SPRADLIN:  Object to form.

15              THE DEPONENT:  Yes.  It does make sense to

16  me, but I can't answer that question the way -- the

17  way they think.

18  BY MR. SCHWEIKERT:

19       Q.    Well, from the perspective of the AMA --

20  strike that.  Does the AMA, as far as you know,

21  assume sole responsibility to keep the riders safe

22  while they are on the racetrack during these events?

23              MS. SPRADLIN:  Object to form.

24              THE DEPONENT:  Our goal is -- is to work

25  towards that.  Yes.  We -- we do our best to make

1   sure that anything we past experience noticed
2   creates an issue, we try to address those issues,
3   and that's -- that's the advantage to having a crew
4   that's consistent for all 17 rounds is that we're
5   bringing information from issues that happened in
6   previous rounds or previous years.  We bring that to
7   every event forward.
8   BY MR. SCHWEIKERT:
9        Q.   And -- well, in collaboration with the
10  medical team and the other Feld staff that is there
11  also assisting in the process of responding to
12  crashes, right?
13       A.   That's correct.
14       Q.   All right.  Do you recall where you were
15  physically located when you became aware that Brian
16  had crashed?
17       A.   In the -- in the finish flaggers tower,
18  race directions tower.
19       Q.   And what were you doing?
20       A.   I was watching practice.
21       Q.   Do you recall what direction you were
22  facing, what you were looking at, when you became
23  aware that he had crashed?
24       A.   The yellow flags down the lane prior to
25  his -- where his crash was and then in the corner

1    and in the area where the triple was were all

2    waving, five -- five or so flaggers, flags that were

3    waving.  They call came out -- looking at the video,

4    they came out within seconds.  And so, of course,

5    when you see yellow flags waving, the next thing I

6    would do is try and find out why they're out and

7    what's going on with it, and that's when I saw

8    Brian.

9        Q.    So it was observing the yellow flags and

10   then seeing Brian that led to your awareness of his

11   crash?

12       A.    Yes.

13       Q.    Do you recall hearing anything over the

14   radio at any time?

15       A.    No.

16            MS. SPRADLIN:  Object to form.

17   BY MR. SCHWEIKERT:

18       Q.    You do not recall any radio communications

19   about Brian's crash?

20            MS. SPRADLIN:  Object to form.

21            THE DEPONENT:  No.

22   BY MR. SCHWEIKERT:

23       Q.    Do you recall anyone reporting that there

24   had been a crash in a particular section of the

25   track at that time?

```
 1        A.    No.
 2        Q.    Do you recall hearing anyone say anything
 3   to the effect of stop the race?
 4        A.    No.
 5        Q.    Is it possible that someone may have said
 6   something to that effect, but you do not recall it
 7   as you sit here today?
 8             MS. SPRADLIN:  Object to form.
 9             THE DEPONENT:  No.
10   BY MR. SCHWEIKERT:
11        Q.    So if there's testimony from a witness
12   that they heard on the radio something to the effect
13   of stop the race, your testimony is that that is not
14   true.
15        A.    That's correct.
16        Q.    But you don't recall hearing anything on
17   the radio.
18             MS. SPRADLIN:  Object to form.
19             THE DEPONENT:  I don't recall hearing
20   anybody ask to stop the practice.  And if I -- if I
21   did, it would have stopped.  There's not any
22   question.  Dr. Bodnar would back that up with yes,
23   stop the practice.
24   BY MR. SCHWEIKERT:
25        Q.    Do you recall hearing anything?
```

1        A.    No.

2        Q.    Why not?

3        A.    That's not uncommon.  Medical staff was

4  present so there'd be no reason for the medical

5  staff to be talking about the incident.  They're

6  present at the incident.

7        Q.    You're familiar with the response codes

8  that are used to report information about particular

9  incidents, right?

10       A.    Yes.

11       Q.    What are those codes?

12       A.    Zero, one, two, and three.

13       Q.    And what is the difference between them?

14       A.    It's the severity of -- of what the

15  observer that's calling in the code initially feels

16  is happening to the rider.

17       Q.    Do you have a recollection of any response

18  code being called in connection with Brian's

19  incident at any time?

20       A.    No.

21       Q.    Were you on the radio channel with the

22  medical team at the time of Brian's crash?

23       A.    We share that channel.

24       Q.    So if there's testimony from another

25  witness that they did report a response code, either

 1  you didn't hear it or that person is not being

 2  candid; is that fair?

 3          MS. SPRADLIN:  Object to form,

 4  mischaracterizes testimony.

 5          MR. GORDON:  Objection to form.

 6          THE DEPONENT:  I don't know why somebody

 7  would call in a code to get medical to come to an

 8  incident when medical is already at the incident.

 9  That wouldn't make sense.

10  BY MR. SCHWEIKERT:

11      Q.  There's testimony that -- well, strike

12  that.  Do you know who Ms. Metiva is?

13      A.  I know of her.

14      Q.  You understand she's one of the medical

15  personnel that went onto the track to attend to

16  Brian.

17      A.  Yes.

18      Q.  There's testimony that she did not see

19  Brian crash, but heard about it on the radio and

20  heard a response code which alerted her to the

21  incident.  You don't have a recollection of that.

22      A.  I do not.

23      Q.  Okay.  What did you see when you saw the

24  yellow flags and first located Brian with your own

25  eyes?

1        A.   When I saw Brian -- you know, I knew his
2   location -- he was 150 feet away from me so detail
3   wasn't, you know, perfect.  However, the -- the big
4   -- the big concerns that a race director would have
5   are is the area being controlled, is -- is the staff
6   that's present, as long as there are enough of them,
7   and two, which flags are being waved and just
8   generally finding out how they're controlling that
9   area of the racetrack.  And everything was in place.
10  It was identical to how I would textbook say it
11  should be done.
12       Q.   **How it should be done when there is a**
13  **rider with a spinal cord injury lying in the middle**
14  **of the track.**
15            MS. SPRADLIN:  Object to form.
16            THE DEPONENT:  I couldn't tell you that
17  because I didn't know he had a spinal injury.
18  BY MR. SCHWEIKERT:
19       Q.   **Did you --**
20       A.   Just an injured rider, not a specific
21  injury.
22       Q.   **Did you do anything to inquire about the**
23  **nature of the incident so you could make it an**
24  **informed decision about whether to discontinue**
25  **activity on the racetrack?**

1        A.    I did not.

2        Q.    **Why not?**

3        A.    Because, for one, radio needs to have

4  pertinent information being distributed so medical

5  people that were at the location need to talk to Dr.

6  Bodnar, I need to leave that com open so that they

7  can talk to him.  I already know there's -- there's

8  a crash.  I already know that there's a rider down.

9  I already know medical is there.

10        I already know that the area is being

11  controlled by all the pertinent personnel that is

12  supposed to control it.  And there were so many

13  obstacles between the rider and the riders that were

14  coming up to that rider that I felt it was a safe

15  condition.

16        Q.    **But it sounds like there was no**

17  **information being conveyed over the radio because**

18  **you don't remember hearing anything.**

19              MS. SPRADLIN:  Object to form.

20              THE DEPONENT:  No.  I don't think that the

21  medical staff that was present with Brian was

22  communicating any information because they were

23  tending to Brian.

24  BY MR. SCHWEIKERT:

25        Q.    **Did you hear anyone say anything to the**

```
 1  effect that the crash had been legit?
 2              MR. GORDON:  Objection to form.
 3              THE DEPONENT:  I don't even know what that
 4  would mean.
 5  BY MR. SCHWEIKERT:
 6      Q.   That was a characterization of one of the
 7  Tampa fire rescue paramedics who --
 8      A.   Were they on the scene?
 9      Q.   He was a gentleman by the name of
10  Lieutenant Marcus Williams, and he was stationed in
11  one of the corners of the stadium.  He was not
12  physically on the track, but he was ultimately one
13  of the ambulance paramedics that assisted in
14  transporting Brian to the hospital.
15              He -- and I'm paraphrasing.  I'm not
16  trying to quote him, but he said something to the
17  effect that he heard chatter on the radio that the
18  crash was legit and to stop the race.  You don't
19  have --
20              MR. GORDON:  Objection.
21  BY MR. SCHWEIKERT:
22      Q.   -- any recollection of anything like that.
23      A.   I don't.
24              MS. SPRADLIN:  Object to form.
25              THE DEPONENT:  I can -- I can give a
```

1   supposition of why he would think that, because he

2   has more than one radio.  In fact, the paramedics --

3   the paramedics have their own intercoms, especially

4   local paramedics because they want to talk to the

5   ambulance.  He very well could have heard that from

6   one of his paramedics on the other com.

7   BY MR. SCHWEIKERT:

8        Q.   But you don't -- you don't know that; do

9   you?

10       A.   I don't think that it was said on our

11  radio.

12       Q.   Shouldn't some information have been

13  communicated over the radio after the crash so you

14  could have fulfilled your responsibilities as a race

15  director?

16            MS. SPRADLIN:  Object to form.

17            THE DEPONENT:  No.

18  BY MR. SCHWEIKERT:

19       Q.   So when there's a crash on a racetrack,

20  you don't need any information communicated to you.

21  Is that what you're saying?

22            MS. SPRADLIN:  Object to the form.

23            THE DEPONENT:  The information I need to

24  have is, is the racetrack clear.

25  BY MR. SCHWEIKERT:

```
 1        Q.    Was the racetrack clear?

 2        A.    After they picked -- after they picked

 3   Brian up, absolutely.

 4        Q.    What about while he was on the ground?

 5        A.    Then we were controlling the racetrack to

 6   control bikes to go around him.  We had five yellow

 7   flags to note something was coming up.

 8        Q.    Do you recall where in the racetrack Brian

 9   landed after he crashed?

10        A.    It appeared from the videos that it was,

11   give or take, about dead center.

12        Q.    Do you recall witnessing or seeing on any

13   videos Brian able to get up off the ground on his

14   own?

15        A.    No.

16        Q.    In your experience, do riders who fall off

17   their motorcycles on a Supercross track typically

18   try to get back up and keep riding or get off the

19   track as soon as possible?

20              MS. SPRADLIN:  Object to form.

21              THE DEPONENT:  That is not always true.

22   BY MR. SCHWEIKERT:

23        Q.    Why not?

24        A.    It's not uncommon for riders to get the

25   wind knocked out of them and they will be looking
```

```
 1   for air, and that's it, or sometimes they bump their
 2   head and they're a little stunned.  Sometimes
 3   they're disoriented.  But it's not common to have
 4   riders immediately try and scramble off no matter
 5   what the injury.
 6        Q.   It is not common.
 7        A.   No.
 8        Q.   So if I sat here and showed you videos of
 9   Supercross crashes, you're telling me that we're not
10   going to see instances where riders get back up --
11        A.   No.
12        Q.   -- and try to keep riding again and again.
13        A.   I didn't say that.
14             MS. SPRADLIN:  Object to form,
15   mischaracterizes testimony.
16   BY MR. SCHWEIKERT:
17        Q.   Then what -- what are you saying?
18        A.   I'm saying that riders in many cases don't
19   immediately get off the racetrack.  Sometimes
20   they're helped off.  Many cases, a leg or a knee or
21   an ankle injury, they absolutely will require being
22   helped off.  That's not uncommon.
23        Q.   Okay.  Do you know who Alex Ray is?
24        A.   Alex Ray.  I'm not sure who that is.
25   What's the spelling of the last name?
```

1        Q.    R-a-y.

2        A.    No.  I don't know who that is.

3        Q.    **Let me show you a video previously marked**

4   **as Exhibit 57.**

5        A.    Oh, oh, oh, oh.  He's a rider.  Yeah.

6   Thought we were talking about medical staff.  Yes.

7   I do know who Alex Ray is.

8              (WHEREUPON, Exhibit 57 was played.)

9              (WHEREUPON, the playing of Exhibit 57 was

10  paused.)

11             THE DEPONENT:  The Energizer bunny.

12             MR. SCHWEIKERT:  Yeah.

13  BY MR. SCHWEIKERT:

14       Q.    **All right.**

15             MS. SPRADLIN:  Hope everybody is awake.

16  BY MR. SCHWEIKERT:

17       Q.    **Do you recall -- well, strike.  Do you**

18  **know if Alex Ray crashed during the practice or**

19  **qualifying session at the Tampa Supercross which**

20  **resulted in a red flag being dropped?**

21             MS. SPRADLIN:  Object to form.

22             THE DEPONENT:  I don't recall that.

23             MS. SPRADLIN:  What was the exhibit

24  number, Mark?

25             MR. SCHWEIKERT:  It's 57, Exhibit --

1   Exhibit 57, FMS_INC_882.

2   BY MR. SCHWEIKERT:

3        Q.   And I will begin playing at the three

4   hour, 15 minute and one second mark.

5             (WHEREUPON, the playing of Exhibit 57 was

6   resumed.)

7             (WHEREUPON, the playing of Exhibit 57 was

8   concluded.)

9   BY MR. SCHWEIKERT:

10        Q.   Did you see the video I showed you, Alex

11   Ray laying on the ground after falling off his

12   motorcycle?

13        A.   Yes.

14        Q.   And did you hear the announcer say that

15   they're going to stop the practice, it's the right

16   thing to do?

17        A.   Yes.

18        Q.   Do you agree with that?

19        A.   Yes.

20        Q.   Why?

21        A.   For one, if you notice the positioning of

22   Alex, he's -- it's a sand section and the dark part

23   is the primary line so there's sand on top of black

24   dirt, and Alex was in one of the two primary lines

25   going into the turn to the left.  And the second

1  reason is if you notice where Alex Ray is laying,

2  it's racetrack, Alex Ray, another racetrack, and

3  another racetrack coming this way.

4          So he's in the center of the stadium with

5  three different directions that motorcycles are

6  going, and to get medical -- medical cart went

7  across after the red -- red flag came out.  That's

8  why it was out.

9      Q.   The rationale that you're describing to

10 me, is that based on the video we just watched or do

11 you recall throwing the red flag as a result of this

12 exhibit?

13     A.   No.

14          MS. SPRADLIN:  Object to form.

15          THE DEPONENT:  I don't recall.  But I can

16 look at your video and I know exactly what happened

17 with that condition.

18 BY MR. SCHWEIKERT:

19     Q.   Do you recall if anyone communicated to

20 you over the radio about Mr. Ray's crash before the

21 red flag came out?

22     A.   I don't recall that.

23     Q.   Have you ever thrown a red flag based on

24 your own observations of an incident without any

25 input from anyone?

1        A.    Yes.

2        Q.    **Tell me about that.**

3        A.    If a rider hits the ground -- for one, I

4   raced myself so I know when our body goes through

5   the air and how it hits, the different results of

6   that.  And if the rider doesn't move or if there's

7   clearly a catastrophic damage to an extremity, then

8   I would call red flag automatically.  I wouldn't

9   need medical to call it.  I can just -- just go

10  ahead.

11       Q.    **Do you recall seeing Brian -- do you**

12  **recall seeing Brian moving while he was on the**

13  **ground after his crash?**

14       A.    Yes.

15       Q.    **What do you mean?**

16       A.    Well, he didn't fall as a lump with no

17  movement, and additionally, medical was on their way

18  to him.

19       Q.    **What specific movement do you recall**

20  **observing with your own eyes while Brian was on the**

21  **ground?**

22       A.    I couldn't describe specifics.  I just --

23  I was dealing with a much broader picture than just

24  Brian.  I had to deal with whether the area was

25  being controlled and we were doing our job.

1      Q.   Did you consider asking for any video of
2  his crash to be provided to you on your monitor so
3  you could review how he had crashed in making a
4  decision about whether to discontinue activity on
5  the racetrack?

6      A.   I did not ask for any video.

7      Q.   Why not?

8      A.   Well, for one, I wouldn't actually see
9  that video until after Brian was already off the
10 racetrack, so it'd be -- it'd be irrelevant.  After
11 he's off, what would I need to see, why?  I've seen
12 him off.

13     Q.   Well, I believe on the podcast you
14 referenced having the ability to obtain footage of
15 incidents you did not personally observe almost
16 instantaneously, right?

17     A.   We're looking like within a minute, not
18 instantaneous.  I said that earlier.

19     Q.   All right.  So by instantaneously, you
20 mean within 60 seconds.

21     A.   What I meant when I said it with -- with
22 Steve Giberson on the podcast was that, okay, we're
23 on the floor during the races during the night show,
24 and if something happened that we can ask for video
25 and see it, I'm still on the floor.  If I need to

1  talk to a rider, I can't take that monitor off the
2  truck and show the rider.  I can then go to the
3  truck and get the same footage they showed me on a
4  stick to show the rider in the truck.

5           And that was kind of what I was portraying
6  with the podcast was that there's information I can
7  get that I don't need on a stick.  I don't need to
8  record it.  I just want to see it again, but it'll
9  take them some time to show it to me, and that's
10 what I meant by instantaneous.  It isn't that I have
11 to walk up to the truck and look at their monitors
12 to see it.

13      Q.   But you did say earlier that footage can
14 be displayed on your monitor within the finish line
15 tower upon your request.

16      A.   Correct.

17      Q.   Okay.  And you did not request any footage
18 that may have been available showing Brian's crash
19 during the practice session.

20      A.   I did not.

21      Q.   And you don't remember any -- well, strike
22 that.  Do you -- did you tell the yellow flaggers to
23 stop waving the yellow flag?

24           MS. SPRADLIN:  Object to form.

25           THE DEPONENT:  I did not.  No.

 1  BY MR. SCHWEIKERT:

 2      Q.   Did they just do that on their own?

 3      A.   Either the -- either the incident was

 4  cleared or the people that talked to them on their

 5  radios told them to stop waving, but I'm not on

 6  their channel.

 7      Q.   I understand John Tillman has radio

 8  contact with flaggers put there by Feld and then Tim

 9  Kennedy had radio contact with AMA flaggers.  Is

10  that your understanding?

11      A.   Yes.

12      Q.   Are you on a channel with Tim Kennedy and

13  his flaggers?

14      A.   Yes.

15      Q.   Do you know why those AMA flaggers stopped

16  waving their flags?

17          MS. SPRADLIN:  Object to form.

18          THE DEPONENT:  I'm assuming that the track

19  cleared.

20  BY MR. SCHWEIKERT:

21      Q.   So you delegate the responsibility to

22  indicate when the track has cleared to those

23  individual flaggers.

24          MS. SPRADLIN:  Object to form.

25          THE DEPONENT:  AMA flaggers are not just

1  flaggers.  They're officials, and they can ascertain
2  the area -- their area, what happened, and they can
3  make determinations about what's necessary, either
4  they step out onto the track, which color flag they
5  wave.  They have that time.

6  BY MR. SCHWEIKERT:

7      **Q.   But how is there any sort of assurance**
8  **that everyone that's on the scene, hey, what if**
9  **flagger A, for example, stops waving, but flagger B**
10 **is still waving?**

11          **Is there nobody that is actually directing**
12 **them about what to do?**

13          MS. SPRADLIN:  Object to the form.

14          THE DEPONENT:  The -- the Feld flaggers,
15 the yellow flaggers, only are controlled by John
16 Tillman.  So as soon as a lot of flags wave, he'll
17 have his attention in that area also.  For one, he
18 wants to make sure that they do the right job.

19          The AMA flaggers are on our channel, and
20 they'll make that determination by what's going on.
21 In many cases, the Tillman flaggers will actually
22 watch our AMA staff, and when they react, they'll
23 react in kind.

24 BY MR. SCHWEIKERT:

25      **Q.   In many cases or is that something that**

1  they are trained to do?

2       A.    I couldn't --

3             MS. SPRADLIN:   Object to form.

4             THE DEPONENT:   -- couldn't tell you how

5  the -- on the Feld flaggers because I don't hire

6  them.  I don't control them.  I'm not on their

7  channel.

8  BY MR. SCHWEIKERT:

9       Q.    Do you have any understanding as to why

10  individuals who are waving flags and, essentially,

11  performing the same function of informing the riders

12  as to a condition on the racetrack would not be on

13  one single channel so they all could receive the

14  same information at the same time?

15       A.    Yes.  I do know why.

16       Q.    Why is that?

17       A.    Well, the way the radio works is that when

18  you key the radio, that stops anybody else from

19  talking.  And the flaggers communicate back and

20  forth regarding location, when to wave the flags,

21  what's a safe place to stand.  John Tillman controls

22  them in that regard.  He doesn't need to be on the

23  AMA and the medical channel doing that.  So he's

24  segregated to be able to just that part of it.  That

25  way, we don't step on each other for more important

1   things on the AMA channel.

2        Q.   All right.  Do you know if -- well, is

3   there a channel where you, Mr. Tillman, and Mr.

4   Kennedy are communicating with each other?

5        A.   There isn't a separate channel for that.

6   John Tillman, I believe, has our AMA channel so if

7   he wants, he can go to his flagger channel, over to

8   the AMA channel, talk to Tim, talk to me, and go

9   back to his channel.

10       Q.   And that AMA channel includes the medical

11  team, right?

12       A.   Yes.

13       Q.   So John Tillman was on that channel, the

14  Feld eye in the sky was on that channel.

15       A.   Most likely not on the AMA channel.  No.

16       Q.   Which was not -- most likely not?

17       A.   John Tillman would most likely at the

18  beginning of this incident not have his radio on the

19  AMA channel.  He would probably be on the channel

20  that the flaggers are on.

21       Q.   Probably, but you're assuming based on

22  your experience, but you don't really know, right?

23       A.   Well, for one, I don't hardly ever hear

24  John Tillman talk on our channel, but I see him

25  pushing the button on his radio.  That tells me

 1  right off that he's not on our channel.

 2      Q.   You don't actually remember hearing

 3  anything about Brian's incident on the radio; do

 4  you?

 5      A.   There was nothing on the radio regarding

 6  Brian's incident.

 7      Q.   Is that typical based on your experience

 8  for no information to be communicated amongst the

 9  individuals on that channel when there is a crash

10  involving a rider that is more than just your

11  typical topple over?

12          MS. SPRADLIN:  Object to form.

13          MR. GORDON:  Objection to form.

14          THE DEPONENT:  I don't understand your

15  question.  It's -- it's common to have people fall

16  down all the time and have radio chatter.

17  BY MR. SCHWEIKERT:

18      Q.   Do you consider Brian's crash to be

19  common?

20          MS. SPRADLIN:  Object --

21          MR. GORDON:  Objection, form.

22          THE DEPONENT:  His initial -- well, I

23  didn't see the crash so I can't tell you -- and the

24  video you showed me doesn't show the crash either.

25  It just shows the landing.  So I couldn't tell you

JOHN GALLAGHER                    March 13, 2025                              199
82873

1  if it was typical or not.

2  BY MR. SCHWEIKERT:

3      **Q.   Do you know if anybody in that location of**

4  **the track saw Brian crash?**

5      A.   Probably Jerry Newby did.  And also,

6  there's several Feld people there that all were

7  standing right along that line.

8      **Q.   And what is the basis of your belief that**

9  **Jerry Newby probably saw the crash?**

10      A.   Because he was -- if you look on the --

11  the map, it shows where the AMA officials are.  His

12  position was almost identical to where the crash

13  happened.

14      **Q.   And who's Jerry Newby?**

15      A.   He's one of the AMA officials.

16      **Q.   I'm going to show you the Nest camera**

17  **video.  This was previously marked Exhibit 58,**

18  **Bates-labeled, FMS_INC_652.  Do you know what a Nest**

19  **camera is?**

20      A.   I think it's a brand of camera that can be

21  your doorbell -- can you be your doorbell camera.

22      **Q.   Okay.  That's true.  Fair enough.  Have**

23  **you seen the video which I'm showing you on my**

24  **computer previously marked as Exhibit 58?**

25          (WHEREUPON, Exhibit 58 was played.)

JOHN GALLAGHER                    March 13, 2025                           200
82873

```
 1              (WHEREUPON, the playing of Exhibit 58 was
 2    paused.)
 3              THE DEPONENT:  I don't -- I don't know if
 4    I've seen this or not.
 5    BY MR. SCHWEIKERT:
 6        Q.   I'll play it to see if jogs your memory.
 7    But you see how it says Nest in the upper right-hand
 8    corner?
 9        A.   Is this owned by the stadium?
10        Q.   This, as far as I understand, is a Nest
11    camera placed by Feld.
12        A.   Oh.
13              MR. GORDON:  Objection to form.
14    BY MR. SCHWEIKERT:
15        Q.   All right.  I'm going to begin playing
16    around the 4:50 mark.  Let's see if I can -- I can't
17    do it on this one.  Give me a moment.  I'm going to
18    open it with QuickTime and I might be able to zoom
19    in for you.  All right.
20              I have used QuickTime to zoom into the
21    upper right-hand corner which shows the south end
22    zone area of the stadium.  And if just keep your eye
23    in this general location, you will see Brian crash.
24    I'm going to push play.
25              THE DEPONENT:  Wow.  It really pixeled it.
```

1              (WHEREUPON, the playing of Exhibit 58 was

2    resumed.)

3              (WHEREUPON, the playing of Exhibit 58 was

4    paused.)

5    BY MR. SCHWEIKERT:

6          Q.    Did you see the rider just crash?

7          A.    Yeah.

8          Q.    And there's already a yellow flag going

9    up, right?

10         A.    Well, that one is useless because it's

11   after the incident.

12         Q.    What do you mean?

13         A.    He was coming this way (indicating).  The

14   flag is after him.

15         Q.    Well --

16         A.    All he's doing is he's alerting the other

17   flaggers that he saw something, but he -- that

18   wouldn't be useful to the riders on the track

19   because they've already gone by the incident until

20   they get to the yellow.

21         Q.    Okay.

22         A.    But there the yellows are coming out

23   anyway so more than just one way.

24         Q.    Yeah.  I'm at the four-minute, 54 second

25   mark.  I'm going to push play.

```
 1                (WHEREUPON, the playing of Exhibit 58 was
 2    resumed.)
 3                (WHEREUPON, the playing of Exhibit 58 was
 4    paused.)
 5                THE DEPONENT:  They're all the way around
 6    now.  If you notice, the flagger that I said was
 7    useless moved up the racetrack.
 8    BY MR. SCHWEIKERT:
 9         Q.   Right.  But you can also see Brian there
10    in the middle of the racetrack with motorcycles
11    going by him on both sides, right?
12         A.   The first ones probably would because they
13    -- they were not able when the flags first came out
14    to change their line.
15         Q.   Right.  But you told me you became aware
16    of Brian's crash when the flags started waving,
17    right?
18         A.   Yes.
19         Q.   Okay.  So at this point, have you put eyes
20    on the crash?
21         A.   I think there's one more flag on the end
22    there that really alerted me to something going on.
23         Q.   Tell me when you see that flag.
24                (WHEREUPON, the playing of Exhibit 58 was
25    resumed.)
```

```
 1              (WHEREUPON, the playing of Exhibit 58 was
 2   paused.)
 3              THE DEPONENT:  It may be behind that
 4   tower.  Yeah.  You can see it behind the tower.
 5              MS. SPRADLIN:  Would it help if you had
 6   him zoom out so it's less pixelated?
 7              THE DEPONENT:  Well --
 8              MR. SCHWEIKERT:  All right.
 9              THE DEPONENT:  We could trade pixelation
10   for --
11              MS. SPRADLIN:  Of course.
12              THE DEPONENT:  -- clarity.
13   BY MR. SCHWEIKERT:
14        Q.   And that gets to my point earlier, you
15   have very good high-quality video footage of the
16   activity on the racetrack that's available to help
17   you monitor.  It would seem you would want to use
18   that resource to help make the track as safe as
19   possible for the riders, right?
20              MS. SPRADLIN:  Object to form.
21              MR. GORDON:  Objection -- objection to
22   form.
23              THE DEPONENT:  I think that actual
24   eyesight on what's going on is better than five or
25   six different angles of cameras all made into small
```

1   pictures on a screen.

2   BY MR. SCHWEIKERT:

3       Q.   But you --

4       A.   So no, I disagree with that statement.

5       Q.   There's instances where you don't see

6   something happen, but it would be helpful for you to

7   know what happened in determining how to direct the

8   race, right?

9            MS. SPRADLIN:   Object to form.

10           THE DEPONENT:   I would get that

11  information from my observers.  If they need to talk

12  to me, they'll talk to me.

13  BY MR. SCHWEIKERT:

14      Q.   You would rely on somebody's

15  characterization of what they saw as opposed to

16  having the actual footage of the incident displayed

17  for you on your monitor so you could see it with

18  your own eyes.

19      A.   Yes.

20           MS. SPRADLIN:   Object to form.

21  BY MR. SCHWEIKERT:

22      Q.   And these observers that you're referring

23  to, are they employees or volunteers of the AMA; do

24  you know?

25           MS. SPRADLIN:   Object to form.

1              THE DEPONENT:   Yes.  I do know.  They're
2   not volunteers.  They get paid.
3   BY MR. SCHWEIKERT:
4        **Q.   And do they work all the same events?**
5        A.   We have a -- we have a much bigger group
6   than the group that's necessary for this race, and
7   the amount of money that's provided to them, they
8   have to determine, one, can have those days off,
9   depending on the things they had to do, can -- does
10  the money that's provided cover them getting to the
11  race, do they want to go to the race.  I mean
12  there's a lot of different aspects of it.
13             But the large pool of trusted AMA
14  officials allow us to gather a competent group of
15  AMA officials for this one race.  So yes, they --
16  they -- like Jerry probably does maybe six races in
17  his area and then he additionally does another six
18  or eight races on the national circuit after we're
19  done with Supercross.
20       **Q.   Is it competent for an AMA official to
21  observe a head-first crash into the middle of a
22  track and not report any information over the radio
23  so the team can make an appropriate decision on how
24  to respond?**
25             MS. SPRADLIN:  Object to form.

```
1              MR. GORDON:  Form.

2              THE DEPONENT:  I couldn't tell you what

3   Jerry saw the moment that it happened.  You know, he

4   may have saw the rider already on the ground.  He

5   could have been looking down the track further.  I

6   don't know.  I haven't spoken to Jerry about this

7   incident.

8   BY MR. SCHWEIKERT:

9       Q.   Okay.  I want you to tell me -- I'm going

10  to go back to this video, Exhibit 58 -- when you

11  believe you first put your eyes on Brian.

12             (WHEREUPON, the playing of Exhibit 58 was

13  resumed.)

14             (WHEREUPON, the playing of Exhibit 58 was

15  paused.)

16             THE DEPONENT:  I think it was when the

17  yellow flag came out that's on the other side of

18  that black tower.

19  BY MR. SCHWEIKERT:

20      Q.   Can you point for me where you're talking

21  about?

22      A.   Up here.

23      Q.   Okay.  I'm going to rewind it.  Just let

24  me know when it comes out, and I will try to pause

25  it.
```

1          (WHEREUPON, the playing of Exhibit 58 was
2    resumed.)
3          (WHEREUPON, the playing of Exhibit 58 was
4    paused.)
5          THE DEPONENT:  I think it's out now.
6    BY MR. SCHWEIKERT:
7          Q.    Okay.
8          A.    Only because this flag is waving yellow.
9          Q.    Okay.  So approximately five to seven
10   seconds after Brian hit the ground.
11          MS. SPRADLIN:  Object to form.
12          THE DEPONENT:  I guess.
13   BY MR. SCHWEIKERT:
14          Q.    Well, what is your best estimate of how
15   long lapsed between Brian crashing and you observing
16   the yellow flag that led you to see him?
17          A.    In the -- in the six second mark, I guess,
18   give or take.
19          Q.    Okay.  And in those six seconds, nobody
20   said anything over the radio that you can remember.
21          A.    No.  I'm sure every single one of the
22   people that would respond on the radio were actually
23   acting instead of responding.
24          Q.    All right.  Let's keep going.  I want you
25   to tell me when you see medical personnel first

1  enter the racetrack.  You'll see one come from here

2  and one come from there.

3              (WHEREUPON, the playing of Exhibit 58 was

4  resumed.)

5              (WHEREUPON, the playing of Exhibit 58 was

6  paused.)

7              THE DEPONENT:  There's one right there.

8  Actually, he came even before that.  He's standing

9  in my eyesight.

10  BY MR. SCHWEIKERT:

11      Q.  Are they on the track?

12      A.  No.  That red -- that red right there on

13  the -- above the tuff block.

14      Q.  Okay.

15      A.  If you back it up just a hair, you'll see

16  him walking.

17      Q.  Did you ask the medical crew what they

18  were observing?  They were blocking your view.

19              MS. SPRADLIN:  Object to form.

20              THE DEPONENT:  No.

21  BY MR. SCHWEIKERT:

22      Q.  Why not?

23              MS. SPRADLIN:  Object to form.

24              THE DEPONENT:  Because their job is way

25  more important than me seeing what they're doing.

1  BY MR. SCHWEIKERT:

2      Q.  Your job in controlling the racetrack is

3  not important?

4          MS. SPRADLIN:  Object to the form,

5  mischaracterizes testimony.

6          THE DEPONENT:  It's more important that

7  they -- all the people, not just the medic, but

8  Jerry Newby, all the -- all the Feld staff, it's

9  more important that they're all doing their job and

10  acting more than whether I know that they're doing

11  it or not.  I can gather that from looking at it.

12          So no, I did not communicate on the radio

13  whether they were doing their job because I could

14  see that they were doing their job.

15  BY MR. SCHWEIKERT:

16      Q.  You could see, but you were not hearing

17  any information to supplement what you were

18  observing with your eyes, right?

19          MS. SPRADLIN:  Object to form.

20          THE DEPONENT:  No.

21  BY MR. SCHWEIKERT:

22      Q.  What does it mean to be the race director

23  and direct the race?

24          MS. SPRADLIN:  Object to form.

25          THE DEPONENT:  You're making pre-race

1  decisions on what needs to happen and what doesn't.
2  You make decisions on issues of the -- of the riders
3  breaking rules.  You make decisions on keeping the
4  show on time.  You make decisions regarding safety,
5  a lot of decisions regarding safety.  That's
6  primarily -- enforcing the rulebook, safety aspect
7  of it, and inevitably, hoping that you can keep the
8  whole show on time.

9  BY MR. SCHWEIKERT:

10      Q.    Why do you want to keep the whole show on
11  time?

12      A.    Well, we have a finite amount of time from
13  when we start practice until we finish the last main
14  event, and there's a schedule that we need to
15  follow.  And if there needs to be things moved
16  around in the schedule to accommodate an issue where
17  we have to stop a practice, making sure that we
18  utilize that time.  Fortunately, this particular
19  race had lots and lots of time packed into the
20  schedule for me to be able to handle anything that
21  happened during practice.

22      Q.    Is there anything fortunate about what
23  happened to Brian?

24              MS. SPRADLIN:  Object to form.

25              THE DEPONENT:  There isn't.  That's very

 1  unfortunate.

 2  BY MR. SCHWEIKERT:

 3       Q.   Why?

 4       A.   His injury changed his whole life.

 5       Q.   I want you to tell me at what point you

 6  see the medical personnel enter the racetrack.   I

 7  know you indicate you saw someone move towards the

 8  side, but --

 9            THE DEPONENT:   There's one standing right

10  there.   There's one.

11  BY MR. SCHWEIKERT:

12       Q.   Right.

13       A.   The one I pointed at.

14       Q.   And that's about the five minute, six

15  second mark.  Do you see that?  So approximately 60

16  seconds after Brian crashed, a medical team member

17  entered the racetrack.

18            MS. SPRADLIN:   Object --

19            THE DEPONENT:   Your math is wrong.

20  BY MR. SCHWEIKERT:

21       Q.   Okay.  Well, correct my math.

22       A.   It was not 60 seconds.  From when he

23  crashed till he was off the track was 60 seconds.

24       Q.   Let's go back.  Well, do you agree --

25  here, you can see five minute, six second mark,

1  approximately when the medic went onto the track?

2              (WHEREUPON, the playing of Exhibit 58 was

3  resumed.)

4              (WHEREUPON, the playing of Exhibit 58 was

5  paused.)

6              THE DEPONENT:  Mm-hmm.

7  BY MR. SCHWEIKERT:

8       Q.   Is that a yes?

9       A.   Yes.

10       Q.   Okay.  So now let's determine according to

11  this video when he crashed.  And I'll start playing

12  from the four minute, 39 second.  And tell me when

13  you see him crash, and I will pause it.

14              (WHEREUPON, the playing of Exhibit 58 was

15  resumed.)

16              (WHEREUPON, the playing of Exhibit 58

17  concluded.)

18              THE DEPONENT:  Right there.

19  BY MR. SCHWEIKERT:

20       Q.   And what -- that's at the four minute, 53

21  second mark, right?

22       A.   Four minute, 53 to 5:06.

23       Q.   Oh.  My math was wrong.

24       A.   By -- by a lot.

25       Q.   It's a long day.  Okay.  And how long

1   according to you until he was taken off the track?

2              MS. SPRADLIN:  Object to form.

3              THE DEPONENT:  I'm sure you could play the

4   video and come up with a number.  I'm assuming it's

5   about the 53 second mark the track was cleared, not

6   the mark on your camera.  I'm talking about the

7   total amount of time, 53 seconds.

8   BY MR. SCHWEIKERT:

9        Q.   I'm going to show you another video.  This

10  is previously marked Exhibit 64, FMS_IMC_1147.

11             MS. SPRADLIN:  Exhibit 54?

12             MR. SCHWEIKERT:  64.  Excuse me.

13             MS. SPRADLIN:  64.  Sorry.

14             (WHEREUPON, Exhibit 64 was played.)

15             (WHEREUPON, the playing of Exhibit 64 was

16  paused.)

17  BY MR. SCHWEIKERT:

18       Q.   I know the video is paused.  But does this

19  look familiar to you at all?

20       A.   I'm seeing video of -- from the same

21  incident that we just watched, just a different

22  angle it appears like --

23       Q.   I'm going to push --

24       A.   -- or zoomed in -- or you zoomed in.

25       Q.   No.  This is --

```
 1        A.    Oh.

 2        Q.    -- the footage.

 3              (WHEREUPON, the playing of Exhibit 64 was

 4   resumed.)

 5              (WHEREUPON, the playing of Exhibit 64

 6   concluded.)

 7   BY MR. SCHWEIKERT:

 8        Q.    Do you see that this is footage of Brian

 9   being removed from the track in slow motion?

10        A.    Yes.

11        Q.    Okay.  And do you recall on the podcast

12   talking about how you can review footage in slow

13   motion if needed?

14        A.    Yes.

15        Q.    Is it also possible to review that same

16   slow motion footage at regular speed?

17        A.    I'd assume so.  They don't shoot it in

18   slow motion.

19        Q.    I only have a slow motion version of this

20   video, which doesn't make sense to me, because I

21   agree, I don't think cameras shoot in slow motion.

22   Are you aware of whether any footage of this

23   incident was recorded that has not been made

24   available in this case?

25              MS. SPRADLIN:  Object to the form.
```

```
 1              THE DEPONENT:  I don't have your list of
 2   what was available to this case so I wouldn't know
 3   the answer.
 4   BY MR. SCHWEIKERT:
 5        Q.   Had you seen this video I just showed you
 6   before in slow motion?
 7        A.   That may have been the video that was on
 8   the big screen.
 9        Q.   Aside from what may have been on the
10   screen that day, have you seen it since then?
11        A.   With counsel.
12        Q.   Any time in between that?
13        A.   No.
14        Q.   All right.
15              THE VIDEOGRAPHER:  I'm so sorry.  Do you
16   mind -- can we go off record for a sec?  I need to
17   switch out video cards.
18              MR. SCHWEIKERT:  Yeah.  We can do five
19   minutes.
20              THE VIDEOGRAPHER:  Okay.
21              Please stand by.  The time is 3:50.  We
22   are off the record.
23              (WHEREUPON, a recess was taken.)
24              THE VIDEOGRAPHER:  The time is 3:58, and
25   we are on the record.
```

1  BY MR. SCHWEIKERT:

2      Q.   All right.  I'm going to show you a video

3  previously marked Exhibit 62, Bates-labeled

4  FMS_INC_1148.

5           MS. SPRADLIN:  62?

6           MR. SCHWEIKERT:  Yes.

7           (WHEREUPON, Exhibit 62 was played.)

8           (WHEREUPON, the playing of Exhibit 62 was

9  paused.)

10 BY MR. SCHWEIKERT:

11     Q.   You see that this is another angle of the

12 incident?

13     A.   Yes.

14     Q.   Okay.  And I'm going to push play and I'm

15 going to push pause at the 16 second mark.

16          (WHEREUPON, the playing of Exhibit 62 was

17 resumed.)

18          (WHEREUPON, the playing of Exhibit 62 was

19 paused.)

20 BY MR. SCHWEIKERT:

21     Q.   Do you see Brian being lifted by the

22 medics?

23     A.   I see Brian upright.  Yes.

24     Q.   Okay.  Did you actually observe that

25 happening with your own eyes?

1        A.   Well, to a limited extent.  For one, I'm
2   150 feet away.  And two, if you notice, there's two
3   medics standing between my eyesight and the instant
4   that you're talking about.  So I could see that he
5   was up from my perspective.  The only way I can tell
6   that was he's the only one with a helmet on.  The
7   other two medics aren't wearing helmets.  So I knew
8   that he's upright when I saw his helmet go over
9   their heads.

10       Q.   Were you watching the entire incident
11  unfold or were you looking around at other activity
12  that was going on?

13            MS. SPRADLIN:   Object to form.

14            THE DEPONENT:   I don't recall any other
15  activity that was going on besides this incident.

16  BY MR. SCHWEIKERT:

17       Q.   Okay.  Was there anything that you
18  observed that appeared unusual to you in your
19  experience?

20            MS. SPRADLIN:   Object to form.

21            THE DEPONENT:   No.

22  BY MR. SCHWEIKERT:

23       Q.   Did you see that Brian was being pulled
24  off the track by the medics?

25       A.   No.

1           MS. NDUKA:  Object to form.

2   BY MR. SCHWEIKERT:

3       Q.   I'm going to push play on the video at the

4   16 second mark.

5           (WHEREUPON, the playing of Exhibit 62 was

6   resumed.)

7           (WHEREUPON, the playing of Exhibit 62 was

8   paused.)

9   BY MR. SCHWEIKERT:

10      Q.   What -- what are you seeing happening in

11  the video which I've paused at the 34 second mark?

12          MS. SPRADLIN:  Object to form.

13          THE DEPONENT:  From -- from this video's

14  perspective, I see them moving Brian off the

15  racetrack.

16  BY MR. SCHWEIKERT:

17      Q.   And how are they moving him?

18      A.   They're holding him up by the torso and

19  walking off the racetrack.

20      Q.   Is -- and I'm pushing play.

21          (WHEREUPON, the playing of Exhibit 62 was

22  resumed.)

23          (WHEREUPON, the playing of Exhibit 62

24  concluded.)

25  BY MR. SCHWEIKERT:

1        Q.    Is Brian walking?

2        A.    No.

3        Q.    In your experience with the Supercross,

4   have you ever seen another instance where a rider

5   was removed from the track in this manner that's

6   depicted on this video?

7        A.    Yes.

8              MS. SPRADLIN:    Object to form.

9   BY MR. SCHWEIKERT:

10       Q.    What instances can you think of?

11       A.    I just know that there's other times when

12  riders have been helped off the racetrack and

13  usually by underneath their armpits.

14       Q.    With their legs dangling from their torso.

15             MS. SPRADLIN:    Object to form.

16             MR. GORDON:    Objection.

17             THE DEPONENT:    Until I saw this video, I

18  didn't know that was the case.

19  BY MR. SCHWEIKERT:

20       Q.    Because you were not getting any

21  information through the radio that you could use to

22  supplement what you were able to see with your own

23  eyes, right?

24             MS. SPRADLIN:    Object to the form, asked

25  and answered.

```
 1              THE DEPONENT:   That's correct.
 2   BY MR. SCHWEIKERT:
 3        Q.   You understand today that Brian suffered a
 4   spinal cord injury, right?
 5        A.   I understand that.   Yes.
 6        Q.   Okay.   With the benefit of hindsight, do
 7   you believe that anything should have been done
 8   differently in responding to Brian's crash?
 9              MS. SPRADLIN:   Object to the form.
10              THE DEPONENT:   Not with regard to race
11   direction, no.
12   BY MR. SCHWEIKERT:
13        Q.   So even knowing today that Brian has
14   suffered a spinal cord injury, you still believe
15   that it was appropriate to allow the racetrack
16   activity to continue under a yellow flag.
17              MS. SPRADLIN:   Object to form.
18              THE DEPONENT:   I don't believe that
19   letting the race continue or the practice, in this
20   case, continue affected what was going on with the
21   medical crew, and they alone had the ability to --
22   or they, in addition to other people, had the
23   ability to stop the practice if they felt it
24   necessary.   They clearly with their -- with their
25   medical experience didn't need to do that.
```

1  BY MR. SCHWEIKERT:

2      Q.   And even though you understand there was a

3  spinal cord injured rider, you still don't believe

4  that a red flag would have been necessary under

5  those circumstances.

6           MS. SPRADLIN:  Object to form.

7           THE DEPONENT:  I mean I suppose that if I

8  were provided that information, that's added

9  information to make a decision.  That wasn't

10 provided to me.

11 BY MR. SCHWEIKERT:

12     Q.   But if you had been provided that

13 information, would you have made a different

14 decision?

15     A.   I don't know.

16          MS. SPRADLIN:  Object to the form.

17          MR. GORDON:  Join.

18          THE DEPONENT:  I'm not sure.

19 BY MR. SCHWEIKERT:

20     Q.   Why not?

21     A.   I believe that the track was controlled.

22 I mean they were doing the proper thing.  If they

23 needed more time, they could ask for it.

24     Q.   Do you have any understanding as to

25 whether somebody with a spinal cord injury should be

1  moved without immobilization of their spine?

2          MS. SPRADLIN:  Object to form.

3          THE DEPONENT:  I'm not -- I'm not trained

4  as a medical person so I don't know what you do or

5  don't do with a spinal cord injury.  I mean if -- if

6  this happened right at the bottom of the stairs

7  here, I wouldn't know how to handle a spinal cord

8  injury here in the parking lot.

9  BY MR. SCHWEIKERT:

10      Q.   Well, you've been involved in motocross

11  racing for a long time, right?

12      A.   Sure.

13      Q.   You understand that there's a risk of

14  serious injuries to motocross riders, including head

15  and neck, spine injuries, right?

16      A.   Yes.

17      Q.   And at no point did you ever become aware

18  that moving somebody with a potential spinal cord

19  injury could be detrimental to that person.

20          MS. SPRADLIN:  Object to form.

21          THE DEPONENT:  I would suspect as a layman

22  that that was true, but I can't answer for how they

23  should have handled this issue.

24  BY MR. SCHWEIKERT:

25      Q.   Are there any circumstances where you

1  believe -- strike that.  Are there any circumstances

2  where a red flag would have been thrown regardless

3  of any information provided to you from others based

4  on your own observations?

5            MS. SPRADLIN:  Object to form.

6            THE DEPONENT:  I'm not sure what you're

7  asking.

8  BY MR. SCHWEIKERT:

9       Q.   I don't want to say automatic, but are

10  there circumstances where a red flag should be

11  thrown by you, regardless of what anyone tells you

12  over the headset?

13       A.   Yes.  And we talked about that.

14       Q.   Okay.  And that was what?

15       A.   A rider that's unconscious or a rider

16  that's directly in the line and there's no way to

17  get to him.  There's a variety of different

18  situations.  A leg that's pointing in the opposite

19  direction.

20       Q.   Didn't you mention a spinal cord injury

21  earlier too?

22       A.   I don't recall saying that.

23       Q.   The -- once Brian was taken off the track

24  and driven through the tunnel, did you receive any

25  further information about him on that day?

 1       A.    No.

 2            Q.    Did you seek out any additional

 3    information about him?

 4       A.    No.

 5            Q.    When did you become aware that his injury

 6    had, in fact, been a spinal cord injury?

 7       A.    I don't recall the exact time or, you

 8    know, time of the week.  I know social media was --

 9    was talking about it.  I take that with a grain of

10    salt and I don't really spend a lot of time on

11    social media during the season because in many

12    cases, they're talking about me.  I don't really

13    need to know.  But I did read something about it

14    happening later -- later -- later in the month.

15            Q.    And when you read that, did you do

16    anything to inform yourself better about what had

17    happened?

18                  MS. SPRADLIN:  Object to form.

19                  THE DEPONENT:  No.

20    BY MR. SCHWEIKERT:

21            Q.    Why not?

22       A.    I know what happened.  I was there.  I saw

23    it.

24            Q.    Did you have any concerns thinking back on

25    what had happened and how the medical team and

```
 1  officials had responded to that incident?
 2            MS. NDUKA:  Object to form.
 3            THE DEPONENT:  I -- I -- I didn't talk to
 4  anybody about this incident after it happened.
 5  BY MR. SCHWEIKERT:
 6       Q.   Have you ever had any other rider incur a
 7  spinal cord injury during a Supercross race in which
 8  you were the race director?
 9       A.   I think there was one other one at
10  Daytona, as I -- if I -- if I'm remembering
11  properly.
12       Q.   Is it relatively rare in your experience
13  for a rider to have a spinal cord injury during a
14  Supercross event?
15       A.   Yes.
16       Q.   Is it a significant occurrence for that
17  type of injury to occur during a Supercross event?
18       A.   Is it significant what?
19       Q.   Occurrence for a rider to have a spinal
20  cord injury during a Supercross event.
21       A.   It's certainly significant to the rider.
22  Yes.  It's significant to everybody there.  That
23  rider is no longer going to be able to compete with
24  us.  It's changed his life.
25       Q.   Do you typically remember significant
```

```
 1   events in your own life?
 2              MS. SPRADLIN:  Object to form.
 3              THE DEPONENT:  I would assume.  Yes.
 4   BY MR. SCHWEIKERT:
 5        Q.   Do you typically spend time trying to
 6   inform yourself about circumstances of significant
 7   events in your life?
 8              MS. SPRADLIN:  Object to form.
 9              THE DEPONENT:  Do I see out information
10   about significant events in my life?
11   BY MR. SCHWEIKERT:
12        Q.   Yes.
13        A.   Sure.
14        Q.   Why did you not seek out any information
15   about the significant occurrence of Brian's spinal
16   cord injury during the Tampa Supercross at any time
17   after it happened?
18              MS. SPRADLIN:  Object to form.
19              THE DEPONENT:  I don't know why.  I can't
20   answer that.
21   BY MR. SCHWEIKERT:
22        Q.   Did you talk about it with anyone?
23        A.   I may have had a conversation with Dr.
24   Bodnar at races later in the season, but I think we
25   only had one more race after Tampa, and then we were
```

1   off because of COVID all the way until May or April.

2   The schedule for this series isn't accurate to

3   what's written.

4        Q.   What may you have talked about with Dr.

5   Bodnar?

6        A.   I think it was very, very light

7   conversation, like what happened last weekend or can

8   you tell me anything about it, and can you -- can

9   you give me any information.

10       Q.   And when do you recall that conversation

11  occurring?

12       A.   I don't.

13       Q.   So you have no specific recollection of

14  having a conversation with him.

15       A.   I do, but I don't recall when it was.

16       Q.   Why not?

17            MS. SPRADLIN:   Object to form.

18            THE DEPONENT:   We're talking five years

19  difference.  Five years ago this happened.  And it

20  was a conversation at the bottom of a hotel.  You

21  know, we stay at the same hotels.  I might have

22  mentioned it to him, and he didn't give me any

23  information about it.

24  BY MR. SCHWEIKERT:

25       Q.   What might you have mentioned to him?

1        A.    What happened at Tampa or something to

2    that effect.

3        **Q.    And why did you mention it to him in the**

4    **first place?**

5        A.    For one, social media said there was more

6    going on with this than just a simple take a guy off

7    the racetrack.

8        **Q.    And is that the only reason?**

9        A.    Mm-hmm.

10       **Q.    Yes?**

11       A.    Yes.

12       **Q.    You just wanted to talk to him because**

13   **there was social media about Brian's incident.**

14            MS. SPRADLIN:   Object to form.

15            THE DEPONENT:   Yes.

16   BY MR. SCHWEIKERT:

17       **Q.    Are you aware of any inquiries by the**

18   **media about why a red flag was not thrown?**

19       A.    No.

20            MS. SPRADLIN:   Object to form.

21   BY MR. SCHWEIKERT:

22       **Q.    Okay.   Do you recall the week prior to the**

23   **Tampa Supercross in San Diego there had been an**

24   **incident involving a Japanese rider during practice**

25   **in which a red flag was thrown?**

```
1        A.    I do not recall.

2        Q.    Would you be surprised if a manager of

3   Brian's racing team specifically recalled that a

4   Japanese rider had crashed during practice at San

5   Diego a week before and a red flag had been thrown

6   and he was confounded as to why a similar response

7   did not occur in response to Brian's crash?

8              MS. SPRADLIN:   Object to form.

9              THE DEPONENT:   Am I surprised about it?  I

10  -- I didn't know the incident happened so -- till

11  you just mentioned it.   I would -- I mean everybody

12  has their own perspective on every incident that

13  happens on the racetrack.

14  BY MR. SCHWEIKERT:

15       Q.    Do you know who Tyler Keefe is?

16       A.    Yes.

17       Q.    Who's he?

18       A.    I think he's the team manager for -- is it

19  the Troy Lee team?

20       Q.    He was at the time.  Yes.  Do you recall

21  having any communications with Mr. Keefe about

22  Brian's incident?

23       A.    No.

24       Q.    Did you have any communications with

25  anyone from KTM about Brian's incident?
```

1       A.    No.

2       Q.    What about from Feld?

3       A.    No.

4       Q.    What about from the AMA?

5       A.    No.

6       Q.    So there was a significant occurrence of a

7   young French rider who suffered a spinal cord injury

8   at the Tampa Supercross and you didn't talk about it

9   with anybody from the AMA, from Feld, Brian's racing

10  team, or KTM --

11           MS. SPRADLIN:  Object to form.

12  BY MR. SCHWEIKERT:

13      Q.    -- is that correct?

14           MR. GORDON:  Join.

15           THE DEPONENT:  Yes.  That's correct.

16  BY MR. SCHWEIKERT:

17      Q.    Are you aware of any investigation that

18  was done as to the incident and how it was handled?

19           MS. SPRADLIN:  Object to the form.

20           THE DEPONENT:  I did not know about any

21  investigation.

22  BY MR. SCHWEIKERT:

23      Q.    Has there been one as far as you know

24  outside of this lawsuit?

25      A.    With all of this information on the table,

1   it's pretty obvious there was an investigation

2   happening.

3        Q.    What do you mean by that?

4        A.    Every single bit of information pertains

5   to this incident.  It didn't just arrive on its own.

6   Somebody's been doing some investigation, certainly.

7   I didn't know -- I didn't know about any of this

8   until eight, nine months ago.

9        Q.    Do you conduct any sort -- strike that.

10  During the 2020 season, did you conduct any sort of

11  like debriefing after the events to talk about

12  things that had happened?

13       A.    We had prior to the 2020 season, but we --

14  I don't recall having a debriefing regarding that

15  specific season.

16       Q.    Do you remember a Supercross meeting with

17  the FIM?

18            MS. SPRADLIN:  Object to form.

19            THE DEPONENT:  We didn't have any after

20  2020.

21  BY MR. SCHWEIKERT:

22       Q.    Well, do you recall having one during

23  2020?

24       A.    No.  We couldn't have one.  We started the

25  season in January and we ended it with COVID.  I

1   couldn't travel after COVID.  So no, there were no

2   meetings with the FIM.

3        Q.   I'm going to show you a document

4   previously marked Exhibit 92, Bates-labeled

5   FMS_INC_1038 through 1044.

6             MR. SCHWEIKERT:  Folks, I only have one

7   copy.

8   BY MR. SCHWEIKERT:

9        Q.   To help move things along, I'll represent

10  this is an email from Dirk De Neve of the FIM dated

11  July 8th, 2020.  The subject is 2020 Supercross

12  Meeting Report, and there is -- there are minutes

13  from a meeting attached to the email.  And one of

14  the recipients of this email is you, John Gallagher.

15  Do you see that?

16       A.   Yes.

17       Q.   Do you have any recollection of the 2020

18  Supercross meeting referred to in the email or the

19  attachment?

20       A.   I'm trying to reference what the paperwork

21  is compared to the meeting happening.  Yeah.  I

22  guess there was a meeting, but I don't recall -- I

23  don't remember this meeting.

24       Q.   Take a look at --

25       A.   This is after the -- this is after the

```
 1   events in Salt Lake City.  Yeah.  I guess we did
 2   have a Zoom meeting.  I was -- I don't remember it.
 3        Q.   Do you see in the minutes, page two of
 4   six, at the top, it says the Supercross meeting took
 5   place via Zoom on June 30th, 2020, and in attendance
 6   were a number of folks, including yourself, John
 7   Gallagher?
 8        A.   Yes.
 9        Q.   And also in attendance were Antonio Alia,
10   Dirk De Neve, Mike Pelletier, Todd Jendro, Dave
11   Prater, and Mike Muye.  Do you see that?
12        A.   Yes.
13        Q.   You don't have any recollection of this
14   meeting.
15        A.   I don't remember where this was held.
16        Q.   Appears to have been held via Zoom.  Do
17   you recall any sort of post-season meeting?
18             No?
19        A.   I don't recall it.  No.
20        Q.   If we go to the fourth page of the
21   minutes, there's a section 2.11 entitled, "Use of
22   Go-Pro Cameras."  Do you see that?
23        A.   Yes.
24        Q.   And underneath it, it reads, "After the
25   Brian Moreau incident, his team decided not to use
```

1  any helmet cameras anymore.  AMA was now discussing

2  to prohibit any helmet device (GoPro-LitPro) in the

3  Amateur ranks."

4          Do you see that?

5      A.   Yes.

6      Q.   Do you have any recollection of discussing

7  the use of Go-Pro cameras during this meeting?

8      A.   I don't recall a conversation about

9  amateur events.  I recall a discussion about not

10 letting Go-Pro cameras to be used in pro events, but

11 it had nothing to do with safety.  It had to do with

12 content.

13     Q.   What do you mean?

14     A.   So if a rider goes out and buys a couple

15 hundred dollar Go-Pro camera and mounts it on the

16 top of his own helmet, he goes out there in practice

17 and he rides and -- now he has the content on the

18 card and then he uploads it to the internet.  He's

19 uploading content from an event that Feld owns all

20 the content for that event.

21          So the discussion had to do with content

22 and Go-Pros cameras not allowed on riders.  It

23 didn't have anything to do with safety.  And this is

24 -- AMA is suggesting to not use Go-Pro helmets in

25 the amateur ranks, not that AMA is insisting not to

```
 1  use cameras in the pro ranks.
 2        Q.   Are you aware of whether the AMA
 3  considered changing the rules to prohibit the use of
 4  Go-Pros as a result of the Brian Moreau incident?
 5             MS. SPRADLIN:  Object to form.
 6             THE DEPONENT:  I am not aware that the AMA
 7  was considering doing that.
 8  BY MR. SCHWEIKERT:
 9        Q.   But you do have a recollection of a
10  specific discussion of not allowing the use of Go-
11  Pro cameras, as you described to me.
12        A.   Due to content.
13        Q.   Why can you remember that, but not more of
14  the information about the actual incident?
15        A.   Maybe --
16             MS. SPRADLIN:  Object to the form.
17             THE DEPONENT:  Perhaps, a lot of this
18  information in these discussions I wasn't privy to.
19  BY MR. SCHWEIKERT:
20        Q.   What do you mean?
21        A.   Well, there's discussion within AMA.  I
22  don't work at the office and I'm not in any of the
23  meetings at the office.  And this is a synopsis of
24  the year, but this has nothing to do with making
25  policy.  So I wouldn't be involved in amateur rank
```

 1  policy.  So if they were talking about it, to

 2  eliminate Go-Pros from amateur ranks, I don't

 3  officiate amateur events so I wouldn't know about

 4  it.

 5       Q.   And you don't recall any discussion about

 6  the medical team's response to Brian's incident

 7  during this Supercross meeting.

 8       A.   No.

 9       Q.   Do you recall any discussion about the

10  response by the officials to Brian's incident during

11  this meeting?

12            MS. SPRADLIN:  Object to form.

13            THE DEPONENT:  No.

14  BY MR. SCHWEIKERT:

15       Q.   Did you ever get any feedback from the FIM

16  at all about how the Brian Moreau incident was

17  handled?

18       A.   No.

19       Q.   Did you ever communicate with anyone at

20  the FIM about Brian?

21       A.   No.

22       Q.   Why not?

23            MS. SPRADLIN:  Object to form.

24            THE DEPONENT:  I didn't have any facts

25  other than the hearsay that I heard about on the

JOHN GALLAGHER                        March 13, 2025                        237
82873

```
 1  internet so I wouldn't -- I wouldn't discuss that
 2  with the FIM.
 3  BY MR. SCHWEIKERT:
 4      Q.   Well, you told me you witnessed with your
 5  own eyes --
 6      A.   Mm-hmm.
 7      Q.   -- portions of the incident, right?
 8      A.   Correct.
 9      Q.   So you did have some information, right?
10      A.   Yes.
11      Q.   And the incident occurred on a racetrack
12  that was under your control --
13      A.   Yes.
14      Q.   -- right?
15      A.   And the incident resulted in a very
16  serious injury to Mr. Moreau, right?
17      A.   Yes.
18           MR. GORDON:  Objection to form.
19  BY MR. SCHWEIKERT:
20      Q.   And rider safety is paramount in the
21  sport, I believe you said earlier, right?
22      A.   Yes.
23      Q.   Why did you not have any discussion with
24  the FIM about this particular incident in the
25  interest of promoting safety and preventing future
```

Case 8:22-cv-01295-TPB-CPT   Document 318-16   Filed 05/15/25   Page 238 of 305
PageID 15200
JOHN GALLAGHER
82873
March 13, 2025
238

1  unfortunate instances from occurring?

2          MS. SPRADLIN:  Object to the form.

3          THE DEPONENT:  I mean a rider crashing and

4  then hurting himself is not an uncommon situation in

5  Supercross, or in that - or in motocross, so there'd

6  be no added information I can provide them with the

7  information I had.

8          I mean, I'd be able to tell them, yeah, a

9  guy went down on the track, went over the bars,

10  crashed.  I hear that there could be a possibility

11  that he had a spinal injury, but I didn't have that

12  for a fact.

13  BY MR. SCHWEIKERT:

14      Q.   Did you prepare any -- strike that.  I

15  think we went over that.

16          Do you know why the FIM no longer

17  sanctions -- strike that.

18          Do you know why the FIM no longer co-

19  sanctions the Supercross here in the United States?

20      A.   Feld made a decision to not go on the

21  world stage.

22      Q.   How do you know that?

23      A.   Because we're not -- we're not doing FIM

24  events anymore.

25      Q.   No.  How do you know that was the reason

1  Feld made the decision?

2        A.    There's lots of discussion about rumors

3  about why we're not with them anymore, but I'm not

4  privy to those meetings about why they decided to

5  pull the trigger and not have it again.  I know I'm

6  not on the job because of it, but I don't know why.

7        Q.    What are the rumors that you've heard?

8        A.    It may have been politics.  It may have

9  been money.  I don't know.

10       Q.    Could it have been safety related?

11       A.    No.  In fact, quite frankly, the FIM felt

12  that the way we handled Supercross races was

13  exemplary.

14       Q.    Did the FIM ever communicate to you that

15  they believe the way Brian Moreau's incident was

16  handled was exemplary?

17              MS. SPRADLIN:  Object to form.

18              THE DEPONENT:  No.  They didn't

19  specifically pull that case out.  Just generally, in

20  20 years, they learned a lot from how we handled

21  Supercross to add it to the MXGP series.

22  BY MR. SCHWEIKERT:

23       Q.    Do you know who Roger De Coster is?

24       A.    Yes.

25       Q.    Who's he?

1        A.    He's the, I think, director of racing at

2   KTM.

3        Q.    Do you know him personally?

4        A.    Yes.

5        Q.    How long have you known him?

6        A.    I presented him with a plaque not very

7   long ago, towards the end of when I did Supercross,

8   to show him that he handed me this plaque when I won

9   a race when I was 13.  So I know of him.  I knew

10  what he did all the way back since '77.  He's a

11  rockstar.

12       Q.    And is Supercross --

13       A.    We didn't have Supercross then.

14       Q.    Okay.

15       A.    But yeah, motocross.

16       Q.    He was a rockstar, superstar, in the

17  motocross --

18       A.    Yes.

19       Q.    -- arena?

20       A.    Yes.

21       Q.    Okay.  Do you know if as of 2020, he had

22  any affiliation with KTM?

23       A.    I don't know what the timeline is in his

24  career.  I think so, but I'm not positive when he

25  went to KTM.

1          Q.   Have you ever had any discussions with

2    Roger about Brian?

3          A.   Not that I recall.  No.

4          Q.   I'm going to show you a document

5    previously marked as Exhibit 54, Bates-labeled KTM46

6    to 47.

7          A.   Mm-hmm.

8          Q.   Take a minute, review it, and then I'm

9    going to ask you some questions about it.

10         A.   This is an interoffice email.

11         Q.   If I can direct your attention to the

12   middle of the first page.  There's an email from

13   Roger De Coster on February 17, 2020, to John Hinz

14   --

15         A.   Yes.

16         Q.   -- and Ian Harrison.  Do you see that?

17         A.   Yes.

18         Q.   Okay.  And in the body of that email, Mr.

19   De Coster writes, in part, "There may have been

20   pressure to get Brian off the track ASAP to stay on

21   schedule."  Do you see that?

22         A.   This is -- this is one head of racing's

23   opinion about an incident that he may or may not

24   have actually seen himself.  Yeah.  I see what

25   you're talking about, but there wasn't pressure.

1  He's incorrect in that statement.

2       Q.    And how do you know there was no pressure?

3       A.    We had an infinite timeline practically on

4  doing whatever it is that the medical staff wanted

5  to do and this is an untimed session.  It doesn't

6  matter if it doesn't even happen.  So we could have

7  stopped the event anytime we wanted to, not to

8  mention that, as I pointed out earlier, the schedule

9  is packed with extra time.  So there was no

10 pressure.

11      Q.    You -- you may not have felt pressure, but

12 you don't know what the medical personnel were

13 feeling; do you?

14           MS. SPRADLIN:  Object to the form.

15           THE DEPONENT:  I do not know what the

16 medical staff were feeling, but there's never been

17 us insinuating that there's pressure regarding the

18 time schedule.  And more importantly, all these --

19 all the medical staff that had worked other events

20 know that the time schedule has time packed into it

21 and will account for a red flag if necessary.

22 BY MR. SCHWEIKERT:

23      Q.    How do you know what the medical staff who

24 has worked other events knows?

25      A.    John Bodnar has -- I mean, we've actually

1   discussed this, that there's time in the schedule.

2   But more importantly, not ever have we said no, we

3   can't throw a red flag on this one.  We're running

4   late.  Never.  And if they request it, it's on.

5        Q.   So you think Mr. De Coster, despite his

6   rockstar status in the motocross world, has no basis

7   for him to express an opinion that there might have

8   been pressure to get Brian off the track ASAP to

9   stay on schedule.

10            MS. SPRADLIN:  Object to the form.

11            THE DEPONENT:  I can't tell you why he

12   wrote that or felt that way.

13   BY MR. SCHWEIKERT:

14        Q.   Okay.  Do you know if he's ever served as

15   a race director?

16        A.   I don't think so.  No.  He's promoted

17   races.  I've actually worked with him.

18        Q.   Outside of Supercross?

19        A.   Yes.

20        Q.   Okay.  And if you can show me in the

21   schedule, which is part of Exhibit 22, exactly where

22   the buffer of time is in worked in that you're

23   referring to.

24        A.   Well, when the track -- the first bike

25   goes on the racetrack is at 12:00 p.m., according to

1  the schedule.  When we get all the way down to 450SX
2  Group C Free Practice at 12:50, 12:50 to 12:58, plus
3  the two minutes to get them on and off, it's at
4  12:50, that practice didn't exist so that's open
5  time, the 10 minutes.  That happens again down at
6  450SX Group C Qualifying at 4:35, and it happens at
7  4:50, Group C, at 2:30.

8          So you're looking at almost an hour of
9  unused time in practice session from 12 o'clock
10  until KTM Junior Racing at 5:00.  That's -- that's
11  time that literally is free money for me.  And then
12  additionally, there's  track maintenance that's at
13  2:55 to 3:20.  We don't have to have all that time.
14  In many cases, the dozers come off before the end of
15  the time, depending on the racetrack.  This was a
16  dry track so they didn't have any mud to deal with,
17  push a little sand around, get rid of some of the
18  ruts, and then they go to lunch.  All that extra
19  time, if I was late, we could catch back up again.

20          And then lastly, if all of the practices
21  were there and only -- they needed every bit of
22  their track maintenance time, I don't have to run
23  the practices at 10 minutes each.  I can run them at
24  six minutes each and gain back two minutes for every
25  single session and gain back time from a red flag.

1  So there's lots of ways to -- to vary the schedule,

2  to start it at noon, have some kind of a delay and

3  still end it at five o'clock.

4      **Q.  With the ultimate goal of starting the**

5  **night show on time, right?**

6      A.  Well, if you notice, the track maintenance

7  goes from 5:10 to 6:15.  There's some play in there

8  even, because opening ceremonies doesn't start until

9  6:30 so we can actually run the track maintenance

10  all the way to 6:30.

11     **Q.  My question was different.  The ultimate**

12  **goal to ensure the smooth running of the event is to**

13  **have it start in accordance with the TV schedule at**

14  **approximately 7:00 p.m., right?**

15     A.  7:06.

16          MS. SPRADLIN:  Object to form.

17  BY MR. SCHWEIKERT:

18     **Q.  7:06.  Right.  And you're describing some**

19  **scenarios of things that didn't happen because**

20  **certain number of riders hadn't registered so**

21  **certain sessions didn't occur, but the way it was**

22  **planned, it is pretty precise almost to the minute**

23  **in terms of how things are supposed to go, right?**

24          MS. SPRADLIN:  Object to form.

25          THE DEPONENT:  Surprisingly enough, even

1  though it appears as if it's to the minute, there's
2  time packed into that schedule.

3  BY MR. SCHWEIKERT:

4       **Q.   Has there ever been a Supercross event**
5  **that you participated in that did not start in**
6  **accordance with the scheduled TV time?**

7       A.   Not that I can remember.

8       **Q.   So in all of your years, whatever things**
9  **may or may not have occurred, there has always been**
10  **success in getting the event started on time for TV;**
11  **is that fair?**

12       A.   Things out of our control that have
13  nothing to do with race direction.  There's been --
14  I think there's been one race at Daytona that had
15  lightning.  I'm not sure if it adjusted the schedule
16  or not.  I don't recall ever track maintenance or
17  practice running late causing a late start.  I just
18  -- I don't recall that ever happening.  We've
19  actually taken whole practice sessions out to
20  accommodate mud or rain or whatever.

21       **Q.   And keep the event from starting on time**
22  **in accordance with the TV schedule, right?**

23            MS. SPRADLIN:  Object to form.

24            THE DEPONENT:  So like say we start
25  practice in the morning and we do it on time and it

1  starts raining and we have to get rid of the whole

2  first session, and then we get the track in shape

3  where we can do final qualifying, we'll do that.

4  That's not uncommon.

5  BY MR. SCHWEIKERT:

6     Q.   That wasn't my question.  The goal is to

7  have the night show start in accordance with the TV

8  schedule, right?

9     A.   Yes.

10         MS. SPRADLIN:   Object to the form, asked

11  and answered.

12  BY MR. SCHWEIKERT:

13    Q.   Do you know who Mike Burkeen is?

14    A.   I think he's the amateur motocross manager

15  for AMA.

16    Q.   Have you ever had any conversations with

17  him about Brian?

18    A.   Not that I recall.  In fact, I've only

19  worked with Mike Burkeen maybe once and it was in

20  road racing.

21    Q.   Okay.  Were you the race director at the

22  Supercross event in Salt Lake City during the 2020

23  season?

24    A.   Yes.

25    Q.   All right.  I want to show you a video

1  previously marked as Exhibit 56, Bates-labeled,

2  FMS_INC_711.  Give me a second.  Do you recall any

3  red flags during the Salt Lake City event?

4      A.   No.  I'm sure there was some.  I just

5  don't recall any.

6      Q.   I'm going to show you -- all right.  I'm

7  going to show you the video starting at the seven

8  minute and 24 second mark.  This is footage produced

9  by Feld, including of the January 25th, 2020

10 Supercross event in Glendale, Arizona.  All right.

11          MR. GORDON:  You said Salt Lake City

12 earlier.  Which one is it?

13          MR. SCHWEIKERT:  Sorry.  This is Glendale,

14 Arizona, I believe.

15          (WHEREUPON, Exhibit 56 was played.)

16          (WHEREUPON, the playing of Exhibit 56 was

17 paused.)

18 BY MR. SCHWEIKERT:

19     Q.   You see a gentleman waving a red flag?

20     A.   Mm-hmm.

21     Q.   Do you know who that is?

22     A.   Yes.

23     Q.   Who's that?

24     A.   That's Tim Kennedy.

25     Q.   All right.  Would Tim Kennedy -- do you

1   know if Tim Kennedy waved the red flag on his own or

2   if he would have been abiding by instruction from

3   the race director?

4           MS. SPRADLIN:  Object to form.

5           THE DEPONENT:  I would assume that he was

6   instructed by race direction.

7   BY MR. SCHWEIKERT:

8       Q.   Do you have any recollection of

9   instructing Tim Kennedy to wave the red flag during

10  the Glendale, Arizona Supercross?

11      A.   I -- I --

12          MS. SPRADLIN:  Object to form.

13          THE DEPONENT:  I'd need a whole lot more

14  information than just Tim standing there with a red

15  flag.

16  BY MR. SCHWEIKERT:

17      Q.   Let's keep going.  We'll watch a little

18  more.

19          (WHEREUPON, the playing of Exhibit 56 was

20  resumed.)

21          (WHEREUPON, the playing of Exhibit 56 was

22  paused.)

23  BY MR. SCHWEIKERT:

24      Q.   I'm going to fast forward to where I

25  believe they show the replay around nine minutes, 04

1   seconds.

2              (WHEREUPON, the playing of Exhibit 56 was

3   resumed.)

4              (WHEREUPON, the playing of Exhibit 56 was

5   paused.)

6   BY MR. SCHWEIKERT:

7        Q.    Did you see the crash that just occurred?

8        A.    Very briefly, yes.

9        Q.    All right.   I can go back a little bit.

10             (WHEREUPON, the playing of Exhibit 56 was

11  resumed.)

12             (WHEREUPON, the playing of Exhibit 56 was

13  paused.)

14  BY MR. SCHWEIKERT:

15       Q.    Did you see that crash involving Chris

16  Blose?

17       A.    Mm-hmm.   It's Blose.   Yeah.

18       Q.    Blose.   Excuse me.   Thank you.   And he

19  appeared to crash towards the left-hand side of the

20  track.

21       A.    Mm-hmm.

22       Q.    Is that a yes?

23       A.    Yes.

24       Q.    And then a red flag was subsequently

25  thrown.

1          A.    Yes.

2          Q.    Do you have any recollection of that

3    particular red flag?

4          A.    No.   But the rider we talked about wasn't

5    moving.   From your video, it appears that the rider

6    came to a stop and then didn't move.

7          Q.    Brian wasn't really moving either, was he?

8                MS. SPRADLIN:   Object to the form.

9                MR. GORDON:   Objection to form.

10               THE DEPONENT:   Yes, he was moving.   This

11   rider was completely -- helmet on the ground,

12   completely stopped, no moving.   He's also in the web

13   section.

14   BY MR. SCHWEIKERT:

15         Q.    Let's see.

16               (WHEREUPON, the playing of Exhibit 56 was

17   resumed.)

18               (WHEREUPON, the playing of Exhibit 56

19   concluded.)

20   BY MR. SCHWEIKERT:

21         Q.    Well, it's kind of hard to tell because

22   the video cuts away.

23         A.    Yeah.   Those are webs.   You know how you

24   can tell?   The tuff blocks go like this

25   (indicating).   It's the only part of the track that

 1  does it.

 2       Q.   I meant any of the movement aspect, but

 3  that's all right.  I appreciate that.  But you don't

 4  have any recollection of how that red flag came to

 5  be.

 6       A.   No.

 7            MS. SPRADLIN:  Object to form.

 8  BY MR. SCHWEIKERT:

 9       Q.   All right.  I'm going to show you another

10  one.  This is previously marked Exhibit 55.

11            MR. GORDON:  Mark, while you're queuing

12  that up, I just want to let you know it's 4:43

13  Pacific Time, and I think we've kind of said we have

14  to cut at 4:45 cutoff.

15            MR. SCHWEIKERT:  Yeah.  I don't think I'm

16  going to be able to play -- I don't have more than

17  -- I have less than an hour, but not going to be

18  able to finish.

19            MS. SPRADLIN:  Can -- can we get somewhere

20  and regroup via Zoom and finish this today?  It's --

21  I mean we're all here and available, to the extent

22  that we do it by a virtual deposition?

23            MR. SCHWEIKERT:  I think we're going to

24  have to try and find -- I got to catch a flight in

25  an hour-and-a-half.

```
 1                 MR. GORDON:  Let --

 2                 MR. SCHWEIKERT:  But we can -- we can find

 3    a time that works for the witness within the next

 4    few weeks.

 5                 MS. SPRADLIN:  I mean, we're already jam-

 6    packed.  If we -- I strongly prefer to be able to

 7    finish today even if we have to go, you know, sit at

 8    the -- wherever for a few minutes and do via Zoom.

 9                 MR. SCHWEIKERT:  I understand that's your

10    preference, but I don't believe that would

11    accommodate the videographer.

12                 We can adjourn and continue it.  There's

13    still time remaining.  I think that's probably the

14    best way to proceed instead of trying to curtail my

15    examination because I don't know if we'll get a

16    chance to talk to this gentleman again, to be quite

17    honest.

18                 And I know the other lawyers probably have

19    their questions they would like to ask.  I don't

20    think it's fair or in the interest of justice to try

21    to condense everything given he's such a critical

22    witness in this case.

23                 MS. SPRADLIN:  Where are we at with the

24    time?

25                 THE VIDEOGRAPHER:  Five hours, eight
```

```
 1   minutes, seven seconds.
 2             MS. SPRADLIN:  Okay.
 3             MR. SCHWEIKERT:  I would -- I would
 4   propose we adjourn and get it done by Zoom as soon
 5   as possible.
 6             MS. SPRADLIN:  You don't have any, I'm
 7   guessing, flexibility to reschedule so we could do
 8   it like tomorrow morning?
 9             MR. SCHWEIKERT:  We've got Dr. -- I'm
10   going to Seattle for my doctor --
11             MS. SPRADLIN:  Okay.  Yeah.  I mean, then
12   we'll -- we'll have to figure out a time to fit him
13   in, I guess. That's -- I mean, I'm trying to think
14   if maybe we even have like a weekend that we could
15   do something just because we've, I think, pretty
16   much not got any time left on the schedule.
17             MR. SCHWEIKERT:  Well, there's always
18   time, for sure.  We'll find a time that works for
19   everybody.  Like I said, I have probably less than
20   an hour.  I don't know how long they have.  I think
21   we will be able to find a time.
22             And we can have this discussion off the
23   record.  So I would say let's adjourn to be
24   reconvened by Zoom at a mutually convenient time in
25   the near future.  Okay.
```

1            Court Reporter, do you need to do your

2    thing?

3            THE REPORTER:  Yes.

4            Mr. Schweikert, are you ordering this

5    transcript today?

6            MR. SCHWEIKERT:  Not at this time.

7            THE REPORTER:  Okay.  Thank you.

8            Mr. Gordon, will you be ordering?

9            MR. GORDON:  Yes.

10           THE REPORTER:  Yes.

11           Ms. Spradlin, will you be ordering?

12           MS. SPRADLIN:  Not at this moment.  Thank

13   you.

14           THE REPORTER:  Okay.  Thank you.

15           And Ms. Nduka, will you be ordering?

16           MS. NDUKA:  Yeah.  I'll take a copy.  Just

17   e-tran is fine, regular delivery.

18           THE REPORTER:  Okay.  Thank you.

19           THE VIDEOGRAPHER:  Okay.  This is the end

20   of the deposition of John Gallagher.

21           The court reporter has taken orders for

22   the transcript.

23           Would anybody like to order a copy of the

24   video?

25           MR. SCHWEIKERT:  Not at this time.

1           THE VIDEOGRAPHER:   No.   Okay.

2           THE DEPONENT:   Caroline?

3           MS. SPRADLIN:   Not at this time.

4           MR. GORDON:   I'll take -- I'll take one.

5           THE VIDEOGRAPHER:   Okay.   Is this Mr.

6    Gordon?

7           MR. GORDON:   Yes.

8           THE VIDEOGRAPHER:   Okay.   Perfect.

9           Ms. Nduka?

10          MS. NDUKA:   No, thank you.

11          THE VIDEOGRAPHER:   Okay.

12          All right.   I do believe that's it.

13          So this -- the time is 4:47, and we are

14   off the record.

15          (WHEREUPON, the deposition of JOHN

16   GALLAGHER was adjourned at 4:47 p.m.)

17

18

19

20

21

22

23

24

25

1                              CERTIFICATE

2

3          I, the undersigned Chris Staab, am a

4    videographer on behalf of NAEGELI Deposition &

5    Trial. I do hereby certify that I have accurately

6    made the video recording of the deposition of John

7    Gallagher, in the above captioned matter on the 13th

8    day of March, 2025 taken at the location of

9    Huntington Beach, CA.

10

11         No alterations, additions, or deletions were

12   made thereto.

13

14         I further certify that I am not related to any

15   of these parties in the matter and I have no

16   financial interest in the outcome of this matter.

17

18                        _____

19

20                        Chris Staab

21

22

23

24

25

1                                    CERTIFICATE

2

3          I, Tina Buckley, do hereby certify that I

4     reported all proceedings adduced in the foregoing

5     matter and that the foregoing transcript pages

6     constitutes a full, true and accurate record of said

7     proceedings to the best of my ability.

8

9          I further certify that I am neither related to

10    counsel or any party to the proceedings nor have any

11    interest in the outcome of the proceedings.

12

13         IN WITNESS HEREOF, I have hereunto set my hand

14    this 27th day of March, 2025.

15

16

17    _Tina Buckley_

18

19       Tina Buckley, #3682

20

21

22

23

24

25

(800) 528-3335    NAEGELI    NAEGELIUSA.COM
DEPOSITION & TRIAL
Established 1980

Case 8:22-cv-01295-TPB-CPT   Document 318-16   Filed 05/15/25   Page 259 of 305
PageID 15221
JOHN GALLAGHER
82873
March 13, 2025
259

1           CORRECTION SHEET

2   Deposition of: John Gallagher        Date: 03/13/25

3   Regarding: Moreau vs. Feld Motor Sports, Inc, et al

4   Reporter: Buckley/Snow

5   _____

6   Please make all corrections, changes or

7   clarifications to your testimony on this sheet,

8   showing page and line number.  If there are no

9   changes, write "none" across the page.  Sign this

10  sheet and the line provided.

11  Page  Line  Reason for Change

12  ____  ____  _____

13  ____  ____  _____

14  ____  ____  _____

15  ____  ____  _____

16  ____  ____  _____

17  ____  ____  _____

18  ____  ____  _____

19  ____  ____  _____

20  ____  ____  _____

21  ____  ____  _____

22  ____  ____  _____

23  ____  ____  _____

24           Signature: _____

25                   John Gallagher

1                          DECLARATION

2    Deposition of: John Gallagher     Date: 03/13/2025

3    Regarding: BRIAN MOREAU vs FELD MOTOR SPORTS, INC.

4    Reporter:  Chris Staab

5    _____

6

7    I declare under penalty of perjury the following to be

8    true:

9

10   I have read my deposition and the same is true and

11   accurate save and except for any corrections as made

12   by me on the Correction Sheet herein.

13

14   Signed at _____, _____

15   on the _____ day of _____, 20____.

16

17

18

19

20

21

22

23

24             Signature: _____

25                        John Gallagher

(800) 528-3335   NAEGELI   NAEGELIUSA.COM
                 DEPOSITION & TRIAL
                 Established 1980

## Exhibits

**EX118 EMAIL** 53:11,13,25 54:7, 10,23

**EX119 RELEASE WAIVER AND INDEMNITY AGREEMENT** 58:14,18 59:7,24

**EX120 SIX-B APPAREL** 67:19,21,24 68:7, 11

**EX121 2020 SUPERCROSS MEET REPORT** 97:19 168:1,3

## $

**$1,000** 49:21 52:20

**$1,152.88** 56:21

**$1,200** 52:2

**$1200** 50:22 51:5, 21

**$2,200** 52:22

## 0

**04** 249:25

## 1

**10** 106:13 154:23 244:5,23

**100** 29:24

**1044** 232:5

**1099** 56:23 57:8, 20

**10:13** 6:8 7:23

**10th** 111:4

**11** 163:3

**118** 53:11,13,25 54:7,10,23 58:25

**119** 58:14,18 59:7,24

**11:00** 153:14 169:12

**11:01:24** 60:13

**11:18** 58:9

**11:28** 58:11

**11:32** 59:18

**11:34** 59:20

**12** 112:1 244:9

**120** 67:19,21,24 68:7,11 167:5

**1200** 49:23

**121** 97:19 167:5, 18 168:1,3

**122** 166:25

**12:00** 243:25

**12:37** 114:10

**12:40** 108:12

**12:50** 244:2,4

**12:58** 244:2

**13** 17:3,14 240:9

**13th** 7:24

**14** 60:13,24 124:11

**14th** 61:2

**15** 98:22 129:12 152:21 189:4

**15-20** 153:16

**15-year-old** 161:9

**150** 182:2 217:2

**1516** 97:24

**16** 141:15 161:8, 10 216:15 218:4

**17** 129:13,24 177:4 241:13

**18** 156:23

**18th** 54:25 55:2

**1:35** 108:15

**1:44** 115:2

**1:49** 115:4

## 2

**2** 70:16 71:6,7,11 126:20

**2.11** 233:21

**20** 40:2,5,13,15 47:16 50:22 97:9 107:23 144:6 239:20

**200** 46:12,14

**2000** 28:16 47:22 48:23 49:12 143:8

**2001** 29:3 33:18, 25 40:12,17 43:21

**2003** 64:2

**2006** 48:6

**2010** 49:19

**2018** 35:13

**2019** 35:5,6,13 45:1 47:15 58:16 111:4 115:7

**2020** 12:23 34:25 35:2,5 40:8,9,11 42:9,12,25 43:8 44:14,21,25 45:1 47:13,14,20 50:16,22 51:5,23 52:3,8,13,18,23 54:24,25 55:2 56:24 57:9,13,18, 21 58:16 60:13, 24 61:2,12,17 63:16 64:21,25 67:5,12,15 68:16 69:1 70:17 74:2 82:17 88:1 89:10 98:23 115:8 117:9 131:14,20 133:7 140:5 152:21 163:11 166:25 168:9 172:15 173:20,25 174:12 231:10, 13,20,23 232:11, 17 233:5 240:21 241:13 247:22 248:9

**2021** 34:25 36:12 40:11

**2022** 37:12

**2025** 7:24

**20s** 17:17

**21** 40:17 97:18

**22** 84:13 154:10, 12 157:5,6 169:10 243:21

**22-23** 84:16

**2200** 49:22

**24** 130:10 248:8

**25** 33:7 58:6

**250** 32:23 33:7 42:20,22,24 43:4, 11,15 48:7 105:3, 8,11 138:7,16 139:19 161:2

**250s** 138:9,14

**252** 133:13

**25th** 248:9

**2:30** 152:15 244:7

**2:36** 152:17

**2:55** 244:13

---

**3**

**3** 99:4

**30-minute** 83:2

**30th** 233:5

**34** 218:11

**37** 112:1

**39** 212:12

**3:20** 244:13

**3:50** 215:21

**3:58** 215:24

---

**4**

**40** 84:5

**42nd** 126:21

**450** 28:17 32:13, 16 33:19 42:23 43:18 44:21 48:5,

**8** 49:1,24 50:18, 23 84:4,7,22

**450SX** 244:1,6

**47** 241:6

**472** 70:18

**4:35** 244:6

**4:43** 252:12

**4:45** 252:14

**4:47** 256:13

**4:50** 200:16 244:7

---

**5**

**5** 104:21

**500** 33:7

**51** 133:13

**53** 212:20,22 213:5,7

**54** 201:24 213:11 241:5

**55** 252:10

**56** 248:1,15,16 249:19,21 250:2, 4,10,12 251:16, 18

**57** 128:6 188:4,8, 9,25 189:1,5,7

**58** 199:17,24,25 200:1 201:1,3 202:1,3,24 203:1 206:10,12,14 207:1,3 208:3,5 212:2,4,14,16

**59** 124:9,12,13 125:1,3,19,21,25 126:2,22,24 127:9,11 128:1,3

**129:**7,9,19,21 130:5,7

**5952** 9:1

**5:00** 150:15 244:10

**5:06** 212:22

**5:10** 245:7

---

**6**

**6** 105:22

**60** 84:22 192:20 211:15,22,23

**60-foot** 159:3,5

**61** 71:3 72:10 76:21

**62** 85:3 216:3,5,7, 8,16,18 218:5,7, 21,23

**64** 71:3 213:10, 12,13,14,15 214:3,5

**667** 55:25

**672** 53:12,19

**6:15** 245:7

**6:30** 245:9,10

---

**7**

**70s** 26:21

**714 514-0100** 9:6

**735** 154:13

**74** 97:23 98:7,11, 21 104:19

**75** 33:7 63:20 64:9,13,20

**76** 143:7,18 169:3

**76-'77** 26:24

**77** 26:24 66:9,18 67:13 68:23 168:21 169:3 240:10

**79** 19:16 24:17

**7:00** 152:24 153:1 245:14

**7:06** 245:15,18

---

**8**

**80s** 26:22,25 30:6

**81** 21:17,23

**82** 21:19

**85** 155:2

**8th** 232:11

---

**9**

**90s** 42:5

**92** 232:4

**92649** 9:2

**965** 58:15

---

**A**

**a.m.** 6:8 58:9 60:13 152:24 153:2 169:12

**abiding** 98:19 249:2

**abilities** 28:13 159:7

**ability** 117:23 118:12,23 171:24

192:14 220:21,23

**absolutely** 38:4
72:10 100:17
186:3 187:21

**academic** 24:12

**acceptable** 48:14

**accepted** 6:20
148:13

**access** 65:3 81:1
92:7

**accommodate**
10:16 83:22
210:16 246:20
253:11

**accordance**
245:13 246:6,22
247:7

**account** 104:13
242:21

**accountants**
55:23

**accounting** 49:11
51:16

**accurate** 227:2

**achieve** 28:19,22

**achieved** 20:13

**acquired** 33:11

**acted** 99:20

**acting** 207:23
209:10

**active** 62:14
90:13 95:4
101:13 112:24
122:24 171:2

**activities** 31:3

**activity** 77:3,20

82:20 93:1,25
110:18 112:23
113:12 117:24
119:1 121:9
125:10 128:8
130:15 131:16
150:21 161:15
162:24 171:12
182:25 192:4
203:16 217:11,15
220:16

**actual** 14:6 20:11
111:8 203:23
204:16 235:14

**add** 138:18
239:21

**added** 49:21
136:18 221:8
238:6

**adding** 48:16

**addition** 220:22

**additional** 119:15
121:8 132:5
136:6,17 137:12
224:2

**additionally** 55:8
62:4 131:25
175:16 191:17
205:17 244:12

**address** 8:25
155:7 177:2

**adequately** 80:25

**adjourn** 253:12
254:4,23

**adjusted** 246:15

**adjustment** 50:3

**administer** 99:25

**administers**

**100:8**

**Adult** 58:16

**advantage** 177:3

**advised** 11:15

**affect** 82:22

**affected** 220:20

**affiliated** 37:2

**affiliation** 240:22

**affiliations** 36:15

**affirm** 6:11

**affirmed** 7:13

**aftermath** 13:16

**afternoon** 154:22

**age** 156:11,22
161:5,6,12

**agenda** 39:18
174:25

**agendas** 39:17

**agree** 46:18
90:12,17 121:14
124:21 152:6
189:18 211:24
214:21

**agreed** 47:4,7

**agreement** 6:19
45:8 47:19 48:1
49:5 50:14 51:10,
13 58:17

**ahead** 31:18
191:10

**air** 62:21 187:1
191:5

**alert** 141:4

**alerted** 181:20
202:22

**alerting** 201:16

**Alex** 187:23,24
188:7,18 189:10,
22,24 190:1,2

**Alexander** 174:5,
11

**Alia** 233:9

**all-day** 161:3

**All-event** 58:16

**allowed** 15:20
164:11,12 165:19
234:22

**allowing** 235:10

**Alpinestars**
173:12

**AMA** 8:1 11:24
15:25 28:9 29:17,
21,25 30:3,9,24
31:5 33:22 35:19
37:19 41:6,12,14
42:21,23 43:5,9
48:7 49:21 50:10
52:11,18 57:17,
20 62:5,8 64:19
66:11,22,25
67:10,15 69:7
70:16 72:18,22
73:1,2 76:20
79:9,17 85:7,11
89:5 97:15 99:15
101:20 104:24,25
105:17,25 106:1,
5,12,23,25 107:2,
9,18,24 108:24
109:2,17,23
137:1,14 141:20
142:20,21 146:6
153:12 158:4,5
161:20 162:2,16
173:10 174:16

176:19,20 194:9,
15,25 195:19,22
196:23 197:1,6,8,
10,15,19 199:11,
15 204:23
205:13,15,20
230:4,9 234:1,24,
25 235:2,6,21
247:15

**AMA's** 79:8,10
141:23

**AMA_1509** 97:20,
24

**AMA_1697**
166:25 168:2

**AMA_1704** 66:12

**AMA_1999** 143:8

**AMA_2002** 64:1

**AMA_393** 70:17

**amateur** 17:10,12
139:18,22,25
156:13,18
158:21,24,25
159:5,8,11,14
160:13 162:21
234:3,9,25
235:25 236:2,3
247:14

**amateurs** 160:20

**ambulance**
170:18 175:6
184:13 185:5

**amend** 82:9

**amends** 78:5
83:11

**amenities** 39:16

**American** 8:9
20:14 21:9,14

22:17 29:17,18
95:24

**amicable** 46:18

**amnesia** 139:9

**amount** 48:14
154:19,24 205:7
210:12 213:7

**Amy** 8:13

**anecdotal** 30:24
80:18

**angle** 124:23
125:7 127:16,23,
24 128:7,10
213:22 216:11

**angles** 113:15
131:8 132:1
134:19 203:25

**ankle** 187:21

**announcer**
189:14

**announcers**
74:20 91:6 92:2

**announcing**
74:19 76:12

**answering** 10:2,
4,21

**answers** 11:2

**Antidoping** 106:4

**Antonio** 233:9

**anymore** 35:20,
24 36:10,14
122:4 234:1
238:24 239:3

**anytime** 101:12
103:17 242:7

**apologize** 31:22

33:15

**app** 126:9

**apparent** 144:8

**appeal** 97:16

**appeals** 96:17

**appeared** 111:21
186:10 217:18
250:19

**appearing** 110:24

**appears** 54:2
56:20 83:16
98:24 128:7
213:22 233:16
246:1 251:5

**Appendix** 71:3
72:11 76:19

**application** 111:9

**applies** 164:24

**approval** 79:2

**approximate**
14:13 60:17

**approximately**
21:15,20 29:1
30:4 35:7 40:5
152:22 207:9
211:15 212:1
245:14

**April** 111:4 227:1

**area** 18:2 24:1
63:11 76:12
77:12 85:23
86:15 87:11
93:14 110:3
140:11 142:8
178:1 182:5,9
183:10 191:24
195:2,17 200:22
205:17

**areas** 149:25

**arena** 27:1 240:19

**Arenacross**
43:22

**Arizona** 248:10,
14 249:10

**Arlington** 122:13,
17

**arm** 19:7 175:13

**armpits** 219:13

**arrange** 99:25

**arrangement**
42:18 109:14
146:21

**arrangements**
145:9

**arrive** 231:5

**arriving** 135:5

**article** 69:16

**ASAP** 241:20
243:8

**ascertain** 195:1

**aspect** 90:2,14
105:7 210:6
252:2

**aspects** 39:18
88:7 94:3 95:1
205:12

**assign** 117:16

**assigned** 100:13

**assigns** 94:25

**assist** 95:8
102:24 117:17
120:10

**assisted** 184:13

Case 8:22-cv-01295-TPB-CPT   Document 318-16   Filed 05/15/25   Page 265 of 305
PageID 15227

JOHN GALLAGHER
82873

March 13, 2025

265
Index: assisting..belief

assisting 160:1
177:11

associate 20:22
21:16

associate's 20:24

Associates 20:23

Association 8:9
29:17,19,20

assortment
140:17

assume 10:12
41:5 88:3 89:7,22
115:17 138:1
153:24 176:21
214:17 226:3
249:5

assumes 31:5

assuming 194:18
197:21 213:4

assurance 195:7

astutely 78:20

attached 232:13

attachment
232:19

attained 34:5

attempt 62:13

attend 34:12,15,
19 153:3,10
174:7 181:15

attendance
233:5,9

attended 28:15
30:4,8 151:21

attention 104:20
149:20 195:17
241:11

attest 176:10

attorney 164:14

attorneys 9:15

audio 111:5,8,17
126:6,12,13

Austin 149:6,9

authored 144:15

authority 76:21
77:23 79:1 81:20
93:18

automatic 223:9

automatically
191:8

availability
112:15 115:9
119:14

avoid 111:6
159:14

awake 188:15

aware 24:6 30:23
43:3 50:13 80:14
85:12 89:9 105:5
122:12,15 149:6
162:2 164:23
173:3 177:15,23
202:15 214:22
222:17 224:5
228:17 230:17
235:2,6

awareness
178:10

Azusa 23:1

---

**B**

B1 81:17

B2 85:3 86:18,19

B3 92:22

B4 94:11

B5 81:16

bachelors 20:21

back 16:1 25:12
39:10 43:20,21
47:4 48:23 56:10,
19 58:6 60:10
64:21 76:18,19
77:12 81:14
87:13 92:20,22
93:8 104:19
130:11 142:12
145:10 152:18
167:21 179:22
186:18 187:10
196:19 197:9
206:10 208:15
211:24 224:24
240:10 244:19,
24,25 250:9

backboard 83:3

backs 148:24

Bailey 100:22

ball 27:20

banner 141:5

banners 75:8

bars 238:9

baseball 23:16

based 78:15
132:8 134:12
190:10,23 197:21
198:7 223:3

bases 34:6

basic 98:16

basically 20:15
30:25 48:17

55:14 70:9 80:21
95:10 98:18
153:25 164:5

basis 139:12
199:8 243:6

basketball 23:16,
19,21

Bates 53:15 64:1

Bates- 58:14
63:21

Bates-labeled
53:11 55:25 64:1
66:12 67:20
70:17 97:20,23
143:7 154:13
166:25 168:1
199:18 216:3
232:4 241:5
248:1

bathroom 57:24
110:3

Beach 8:24 9:1

beat 16:15

begin 189:3
200:15

beginner 160:24

beginning 7:24
25:4 39:11 47:23
51:11 56:16
71:11 100:6
130:1 141:8
147:15 148:6
150:6 197:18

begins 171:12

behalf 8:10,12

belief 41:2 83:21
85:18 199:8

**bell** 141:22
155:12

**beneficial** 174:25

**benefit** 75:5
220:6

**bet** 91:10

**Bethany** 7:10
8:12

**big** 19:4,11 113:1
159:6 160:9
182:3,4 215:8

**bigger** 31:1 205:5

**biggest** 73:11
140:21

**bike** 100:5 149:7,
24 243:24

**bikes** 16:16 22:6,
7 33:11 100:4,8
147:18 186:6

**biology** 23:14,23
26:16

**bit** 16:1 23:12
31:24 63:5 76:19
99:15 107:20
114:8 125:24
136:14 155:15
231:4 244:21
250:9

**black** 63:20,24
66:14 69:19
143:12 189:23
206:18

**blanketing** 79:9

**blind** 145:25
146:1

**blink** 147:10

**block** 147:20,23

208:13

**blocked** 34:25

**blocking** 208:18

**blocks** 75:8 93:10
141:6 147:2,3,15,
16,18,20,21
251:24

**Blose** 250:16,17,
18

**bodies** 33:21

**Bodnar** 8:13
93:19 171:19
172:6,14,23
173:13,15,19
179:22 183:6
226:24 227:5
242:25

**Bodnar's** 71:11
154:12

**body** 29:13,21
42:20,22 191:4
241:18

**bones** 19:10

**booster** 25:15
26:3

**booth** 74:10,12,
15,24 132:10,17,
19 133:4,5 134:5
140:15,16

**booths** 76:3,5,15
140:17

**boots** 78:19

**boots-on-the-
ground** 95:11

**born** 19:19,20,22

**bottom** 222:6
227:20

**bought** 42:4

**brain** 70:14

**brand** 199:20

**break** 10:17 57:24
70:21 98:2
103:16,19
150:11,16 152:8

**breaking** 108:9
210:3

**breaks** 10:16

**Brian** 8:5 15:23
43:12 103:25
105:11 123:8
125:11,14 127:6
130:2,16 135:3
163:16 170:19
177:15 178:8,10
181:16,19,24
182:1 183:21,23
184:14 186:3,8,
13 191:11,12,20,
24 192:9 199:4
200:23 202:9
206:11 207:10,15
210:23 211:16
214:8 216:21,23
217:23 218:14
219:1 220:3,13
223:23 233:25
235:4 236:16,20
239:15 241:2,20
243:8 247:17
251:7

**Brian's** 131:8
166:5,20 178:19
180:18,22 193:18
198:3,6,18
202:16 220:8
226:15 228:13
229:3,7,22,25
230:9 236:6,10

**briefly** 6:17,18
147:10 156:5
250:8

**bring** 25:22 114:2
149:20 177:6

**bringing** 177:5

**broad** 137:15

**broadcast** 156:2

**broader** 191:23

**broke** 19:4,7

**broken** 73:14
122:14

**brought** 78:2
106:22

**bucks** 46:12,14

**buffer** 83:21,25
243:22

**building** 91:8
137:23

**built** 83:22 135:16
147:16

**Bulgarian** 96:13

**bulldozers** 91:21

**bullet** 145:4,7,14
157:11

**bump** 187:1

**bumping** 104:12

**bumpy** 170:21

**bunch** 14:19 26:1

**bunny** 188:11

**Burkeen** 247:13,
19

**business** 17:22,
24,25 23:3,10
24:20 128:19,21

**busy** 23:3,6
151:24

**button** 146:13
197:25

**buys** 234:14

---

**C**

**Cabrera** 155:11

**California** 9:2
19:18,19,20,22
24:4,13 26:24

**call** 46:11 53:8
73:13 115:20
117:10 133:15
142:6,7,19
145:23 171:24
172:8 178:3
181:7 191:8,9

**called** 14:20
28:21 43:21 44:4
49:8 86:1 95:19
100:1 180:18

**calling** 166:12
180:15

**calls** 22:3

**camera** 13:11
92:7 113:15
115:9 116:3
123:16 124:22
125:7 127:15,23,
24 128:7,13,17
129:15 131:7,15,
20 132:1,19
133:2 199:16,19,
20,21 200:11
213:6 234:15

**cameras** 92:8,12
112:15,19
113:14,18,20

114:17,18 116:9
118:23 119:15
120:4,5,11
122:23 125:9
129:1 130:15,22
136:4 203:25
214:21 233:22
234:1,7,10,22
235:1,11

**canceled** 14:22

**candid** 181:2

**Canfield** 72:24,25
74:1,23 75:14
85:11 93:19
99:16 115:20
116:7,14,17
117:6,9,13
118:18 132:4,9
133:9 134:10
140:12 153:23,24

**capable** 17:23
90:3

**capacity** 70:7
73:1 88:23
112:16 150:23

**caption** 7:25

**captured** 131:8

**car** 52:10

**card** 63:7,13,16
64:21,24 65:2,6,
13,18,21 66:2
234:18

**cards** 66:6 215:17

**care** 39:17 79:11
80:20 94:25 95:3
170:23

**career** 22:16
24:22 34:16 46:8
149:13 151:15

240:24

**Caroline** 7:11 8:8
256:2

**cart** 190:6

**carwashes** 25:16

**case** 7:25 11:11
49:8 132:9 136:8
154:11 155:1
214:24 215:2
219:18 220:20
239:19 253:22

**cases** 6:19 62:21
63:13 76:3 94:6
132:2 170:11
171:18 187:18,20
195:21,25 224:12
244:14

**catastrophic**
149:10 191:7

**catch** 244:19
252:24

**catching** 147:18,
19

**caught** 92:12

**causing** 246:17

**caution** 27:8

**Cell** 9:6

**center** 186:11
190:4

**centimeter** 32:17

**century** 47:24

**ceremonies**
137:7 245:8

**certification**
33:25

**certifications**

27:4 28:5 33:21

**cetera** 71:25

**Chad** 100:22

**chain-link** 86:12

**championship**
43:10 81:23
82:12,16 85:9,17
104:24 105:1,18
106:1,6,15,25
107:22,25

**chance** 253:16

**change** 51:19
77:22 129:18
132:2 154:21
202:14

**changed** 41:18
56:17 66:23
125:7 127:15
128:16 211:4
225:24

**changing** 108:8
235:3

**channel** 140:22,
23 141:17,19,21,
22,25 142:12
171:7,8 180:21,
23 194:6,12
195:19 196:7,13,
23 197:1,3,5,6,7,
8,9,10,13,14,15,
19,24 198:1,9

**channels** 141:12,
15,16,19,20
142:10

**chapel** 153:15

**characterization**
184:6 204:15

**characterized**

Case 8:22-cv-01295-TPB-CPT   Document 318-16   Filed 05/15/25   Page 268 of 305
PageID 15230

JOHN GALLAGHER
82873

March 13, 2025

268

Index: charge..compared

13:11

**charge** 44:10

**chatter** 184:17
198:16

**cheap** 25:19

**check** 49:9 56:10
106:21 153:20,21

**checkered** 77:11
91:15

**checks** 56:13
106:24 154:1

**cheque** 106:15

**chief** 99:17,20,23
135:18,22 138:20
173:19,24

**children** 16:9

**chose** 55:11

**Chris** 250:15

**circuit** 205:18

**circumstances**
221:5 222:25
223:1,10 226:6

**Citrus** 22:25

**City** 20:20 233:1
247:22 248:3,11

**claiming** 100:6

**clarify** 10:11
109:6 144:19

**clarity** 169:3
203:12

**class** 23:16,20,25
28:17 32:13,19,
22,23 33:19
42:17,18,20,21,
22,23,24 43:4,11,
15,18 44:21 48:5,

7,8,17 49:2,24
50:19,24 84:4,8,
16 105:3,11
139:17 160:21
161:1,2

**classes** 23:5
24:9,12 42:16
156:11 157:4
160:25

**clear** 80:19 92:14,
21 98:19 109:11
138:18 171:14
185:24 186:1

**cleared** 194:4,19,
22 213:5

**clerk** 28:21 34:3
71:24 72:19 73:6
93:20,25 94:1,6,
11,12,16,24 95:5,
7,16 99:9 100:13
101:4,21,23
102:22 142:6
143:19,20 144:2,
20 170:1

**click** 126:11,12
142:11,12 146:13

**clicker** 146:12

**clickers** 145:10,
18 146:23

**clip** 116:4 117:4
118:18

**clips** 116:3 117:5

**close** 127:20
128:17

**closely** 22:8

**closeup** 128:11
130:1

**clothing** 69:16

**club** 25:16 26:3

**clue** 112:21

**CMO** 93:19 174:6,
8,11

**CMOS** 174:3

**co-** 238:18

**coaches** 169:23

**coast** 26:19
138:9,10,13,15,
19

**code** 106:3,4
180:15,18,25
181:7,20

**codes** 180:7,11

**collaborate** 73:23

**collaboration**
78:19,22 177:9

**collaborations**
80:11

**collaborative**
174:15,18

**collarbone** 19:7

**collect** 33:9

**collection** 33:12

**collector** 33:10

**college** 20:6,10,
16,19,20 21:8
22:25

**colliding** 159:15

**collision** 80:5

**color** 143:11
195:4

**colors** 144:13

**combinations**
148:12

**Combs** 8:14

**comfort** 150:11

**comfortable** 72:7
150:10

**command** 75:19
140:15

**commercial** 18:2

**commercials**
18:3,4 25:1

**common** 62:2
187:3,6 198:15,
19

**communicate**
172:24 196:19
209:12 236:19
239:14

**communicated**
172:17 185:13,20
190:19 198:8

**communicates**
102:8

**communicating**
171:19 183:22
197:4

**communication**
141:3 171:14

**communications**
178:18 229:21,24

**companies** 22:18

**company** 56:17
124:3,4,6 155:23,
25

**comparable**
108:25

**compared** 136:3
175:6,17 232:21

compensate 50:4

compensated 52:22

compensation 45:16

compete 17:5 23:25 30:15 105:11 138:15 225:23

competed 22:7 33:4

competent 205:14,20

competing 33:3 107:6

competitor 65:21

competitors 98:15

complete 45:19

completed 21:9, 10 45:1 163:5

completely 142:25 251:11,12

composed 72:18 85:7

computer 111:10 124:16 126:12 199:24

computers 110:13

concern 39:25 149:14,21

concerns 182:4 224:24

concluded 114:14 130:8 150:15 189:8

212:17 214:6 218:24 251:19

concrete 148:17, 24 149:8,15,23

condense 253:21

condition 93:11 183:15 190:17 196:12

conditions 93:2

conduct 9:16 169:12 231:9,10

conducted 88:1 151:1 158:14 161:14

conducting 113:11 162:23

conducts 161:13

confounded 229:6

confuse 31:24

confused 102:17

confusion 167:24

connection 12:6 34:8 52:6,12,18 56:2 61:9 117:14 131:16 180:18

considered 70:1 235:3

consistent 24:18 130:21 158:13 160:5 177:4

construction 148:2

contact 116:16 171:4 194:8,9

contacted 14:11

15:6

contemporaneou s 119:25

content 110:21 114:5 234:12,17, 19,20,21 235:12

contingency 35:10

continue 6:23 16:22 17:15 36:5, 25 38:1 220:16, 19,20 253:12

continued 40:20

continuing 34:14

contract 36:11 37:6 40:15 44:12, 16,19 45:4 46:4 50:9

control 62:22,23 63:1 75:19 81:2 100:8,9,10 113:23 119:16 132:10 134:5 140:15,16 146:23 149:22 183:12 186:6 196:6 237:12 246:12

controlled 93:13, 15 182:5 183:11 191:25 195:15 221:21

controlling 182:8 186:5 209:2

controls 196:21

convenient 254:24

conversation 10:22 38:18

48:15 226:23 227:7,10,14,20 234:8

conversations 15:22 247:16

conveyed 137:8 183:17

cool 18:6

copies 55:7,8

copy 12:2,8 53:20 54:21 64:3 143:25 169:5 232:7 255:16,23

cord 182:13 220:4,14 221:3, 25 222:5,7,18 223:20 224:6 225:7,13,20 226:16 230:7

corner 60:13 127:2 177:25 200:8,21

corners 184:11

correct 16:3,17 21:1 35:6 43:2 45:10 46:9 49:3 56:22 68:9,13 71:13 83:18 85:1 88:11 89:19 90:11 96:19 99:7, 12 109:16 116:19 118:21 121:11 132:7 134:8 146:24 171:10,23 173:1 177:13 179:15 193:16 211:21 220:1 230:13,15 237:8

correctly 105:24 106:7

Case 8:22-cv-01295-TPB-CPT    Document 318-16    Filed 05/15/25    Page 270 of 305
PageID 15232

JOHN GALLAGHER
82873                                March 13, 2025

270
Index: cost..decided

cost 35:23 50:3
54:12,13

Coster 239:23
241:13,19 243:5

counsel 8:2 9:12
11:7,12 13:24
14:12 15:14,17,
18 64:2 131:6
144:13 215:11

countries 29:24

country 28:18

couple 122:13,14,
17 140:25 145:4
234:14

court 8:16 9:14,
15,20,23 10:24
96:20 255:1,21

courtesy 10:1

courtroom 9:17

cover 30:14 34:6
48:21 98:1 122:3,
5 205:10

coverage 122:19

covered 47:9,12
148:21 164:18,24
165:4

covering 119:16

covers 170:14

COVID 34:25
35:2,9,12 227:1
231:25 232:1

crash 13:16 63:1
121:20 125:14
149:7,12,17
159:12 177:25
178:11,19,24
180:22 181:19
183:8 184:1,18

185:13,19 190:20
191:13 192:2
193:18 198:9,18,
23,24 199:4,9,12
200:23 201:6
202:16,20 205:21
212:13 220:8
229:7 250:7,15,
19

crashed 13:3
18:10 103:25
123:8 125:11
130:16 149:9
177:16,23 186:9
188:18 192:3
211:16,23 212:11
229:4 238:10

crashes 93:13
164:1 177:12
187:9

crashing 63:2
207:15 238:3

create 32:11
170:15

creates 177:2

credential 63:10,
11,14,15 64:16
65:18

crew 159:13
177:3 208:17
220:21

criteria 43:24
44:10

critical 253:21

cross 27:1

cross-referenced
147:22

crosses 86:4

crossover 143:3

crowd 86:4

cubic 32:16

culmination
156:9

curiosity 69:25

current 144:2

curriculum 21:5
23:2

curtail 253:14

cushioning
148:22

customer 22:2

customers 22:3

cut 28:1 129:25
252:14

cutoff 252:14

cuts 128:10
130:11 251:22

_____

**D**

_____

damage 191:7

danger 141:11

dangerous 62:17
80:9 119:17
121:15 122:20
149:16

dangling 219:14

dare 59:1

dark 189:22

date 7:24 9:20
14:13 55:1 60:23
101:17

dated 111:4

232:10

Dave 233:10

David 8:10

day 23:17 67:9,11
69:4,18 70:1,5,6
84:9,10 135:9,10
137:21 150:20,24
151:1,18,21,23
152:2,25 156:19
212:25 215:10
223:25

day-to-day 135:4

days 70:12 205:8

Daytona 225:10
246:14

dazzled 90:2

de 29:9 232:10
233:10 239:23
241:13,19 243:5

dead 91:5,7,13,
17,20 186:11

deal 22:3 39:19,
20 51:18 85:22,
24 96:17 103:21
104:11,13 166:17
191:24 244:16

dealing 39:16
102:2,5 158:20,
21 191:23

debriefing
231:11,14

decade 49:25

decades 41:18
48:3

decide 79:14

decided 48:11
233:25 239:4

Case 8:22-cv-01295-TPB-CPT    Document 318-16    Filed 05/15/25    Page 271 of 305
PageID 15233

JOHN GALLAGHER
82873

March 13, 2025

271

Index: decides..difference

**decides** 104:1

**decision** 37:25
48:20 73:17,23
78:15 79:9 81:24
82:5,7 131:16
132:2 182:24
192:4 205:23
221:9,14 238:20
239:1

**decision-making**
28:12

**decisions** 39:5
210:1,2,3,4,5

**dedicated** 76:15
146:7

**deep** 70:13

**deeper** 20:17

**defendant** 6:20
8:8 16:5

**defined** 164:24

**degree** 20:12,13,
22,24 21:3,16

**delay** 14:21
81:21,25 83:2,4,
23 245:2

**delayed** 14:19

**delaying** 86:7

**delegate** 72:19,22
85:8,11 96:16
97:15 194:21

**delegated** 101:22
102:11,16

**delivery** 255:17

**department** 22:2,
11

**departments**
141:15

**depend** 46:19

**depending**
135:17 205:9
244:15

**depends** 74:20

**depict** 113:12

**depicted** 64:12
67:13 68:7,11
219:6

**depicts** 15:1

**DEPONENT** 6:14
11:19 12:10 27:9,
12,21,24 31:13,
20 38:4 39:4
40:24 41:5 46:1,
17 47:2 51:1,10
53:8 54:16,18
62:1 64:6 71:14,
18 73:22 75:1
78:18 79:6 80:16
81:4 82:25 83:9
88:3 89:1,14
90:17 91:1 98:8
103:6 110:8,20
113:1 117:12
118:5,15 119:7,
22 120:3,16,22
121:17,25 123:2,
10 124:2 125:14
130:19 131:19
132:16 133:1,20
134:16 142:15
143:15 149:2,19
151:5 157:9,21
158:17 159:19
160:9 161:18,24
162:6,20 164:16
165:3,6,13 166:8
167:7,11 169:5,9
171:18 173:9
174:2,18,21

175:24 176:10,
15,24 178:21
179:9,19 181:6
182:16 183:20
184:3,25 185:17,
23 186:21
188:11,22 190:15
193:25 194:18,25
195:14 196:4
198:14,22 200:3,
25 202:5 203:3,7,
9,12,23 204:10
205:1 206:2,16
207:5,12 208:7,
20,24 209:6,20,
25 210:25 211:9,
19 212:6,18
213:3 215:1
217:14,21 218:13
219:17 220:1,10,
18 221:7,18
222:3,21 223:6
224:19 225:3
226:3,9,19
227:18 228:15
229:9 230:15,20
231:19 235:6,17
236:13,24 238:3
239:18 242:15
243:11 245:25
246:24 249:5,13
251:10 256:2

**deposed** 16:2

**deposition** 7:25
9:7,19 14:23 15:7
59:10 71:12
83:14 143:22
154:13 252:22
255:20

**depth** 11:11
20:16

**describe** 104:15

191:22

**describing** 164:7
190:9 245:18

**description** 71:15

**design** 81:1 148:1

**designated** 93:22
101:12,15

**designed** 87:6,14
144:7 161:1

**detail** 70:12 145:4
182:2

**determination**
113:21,22 195:20

**determinations**
195:3

**determine** 175:11
205:8 212:10

**determined** 45:16

**determining**
204:7

**detrimental**
222:19

**devastating** 59:3

**developed** 23:1

**device** 160:12,13,
16 234:2

**diagrams** 148:10

**dictated** 47:19

**dictates** 45:11,15

**die** 121:20

**Diego** 228:23
229:5

**diem** 54:13

**difference** 85:20
136:2 159:6

160:10 180:13
227:19

**differently** 121:13
220:8

**difficult** 39:5,13
149:24

**Dingman** 41:16

**direct** 104:20
109:3 116:4,5
141:9,10 204:7
209:23 241:11

**directed** 121:4,11

**directing** 36:20
75:24 117:17
195:11

**direction** 48:5
71:23 72:15,18
73:9 76:22 79:22
81:20 85:21,22
86:8,16 97:4
102:23 113:25
115:22 116:6,15
117:23 132:3
177:21 220:11
223:19 246:13
249:6

**directions** 177:18
190:5

**directly** 95:1
109:8 163:14
223:16

**director** 26:8,19
28:20 33:19 34:2
35:24 36:9,14,16
37:1,8,19 38:1,
14,25 40:4,20
41:5,13 42:8,15
44:14,17,21,25
45:5,13,22 47:13,
25 48:2,7 49:1,24

50:11,18,23
51:12,22 52:23
60:3 71:24 72:19
73:3 85:8,14
92:4,5,23 93:5
94:8 95:8 99:6
101:20 108:21,23
109:7 111:3
113:20,21
115:22,25 117:3
121:12 123:17,
19,21 133:10
134:18 135:8
155:10,14
157:13,17,23
158:3 163:6
165:15 172:19
173:5 182:4
185:15 209:22
225:8 240:1
243:15 247:21
249:3

**directs** 141:8

**Dirk** 232:10
233:10

**dirt** 16:16 62:20
148:4,7,23 150:4,
5,6,7 170:23
189:24

**disagree** 204:4

**disagreeing**
136:19

**disciplines** 36:5

**discontinue** 93:1
182:24 192:4

**discuss** 80:7
237:1

**discussed** 11:17
14:20 243:1

**discussing**
234:1,6

**discussion** 47:8,
9,11,14,18,23
77:16 173:16
234:9,21 235:10,
21 236:5,9
237:23 239:2
254:22

**discussions**
14:12 77:14
235:18 241:1

**disoriented** 187:3

**displayed** 193:14
204:16

**disposal** 123:3

**distribute** 98:14

**distributed**
106:23,25 183:4

**divide** 84:16

**divided** 167:7

**division** 22:9

**doctor** 175:10
254:10

**document** 12:17
53:11 54:7 58:14,
21 59:6,23 60:12,
17 62:2,7,9,11
63:19 66:9 67:19
70:15 96:14
97:19,22 98:9,16
99:4 143:6,16
144:1,2,14 153:9
154:9 168:1
232:3 241:4

**documentation**
45:18,21 163:17

**documenting**

165:9

**documents** 11:21
12:15 30:14,16,
18 98:18 151:3

**dollar** 234:15

**dollars** 48:24
50:20 52:16

**Dollars/$** 107:22

**domestic** 29:21
42:18,21

**door** 114:21

**doorbell** 199:21

**doubled** 48:17

**Doug** 155:11

**downed** 159:15

**dozers** 244:14

**drag** 82:7

**draw** 148:10

**drawings** 148:4

**dream** 38:25
39:12

**Drive** 9:1

**driven** 24:12 83:3
223:24

**driver's** 23:24

**driveway** 170:12,
14

**drop** 91:16

**dropped** 188:20

**dry** 244:16

**due** 30:23 235:12

**duly** 7:13

**dummies** 22:11

**duties** 71:16 72:12 76:22 81:20 94:14 95:5 99:23 100:12 102:1,3 113:11 135:8 141:8 143:19,20

**duty** 138:2

**E**

**e-tran** 255:17

**E.1.** 86:20

**e.2.** 86:19

**earlier** 32:14 55:4 131:11 133:17 154:21 155:15 156:4 192:18 193:13 203:14 223:21 237:21 242:8 248:12

**early** 22:22 26:22

**earned** 107:3

**easier** 9:25 147:17

**east** 138:10,13, 15,19

**echo** 111:6

**education** 20:4 23:24 34:15

**effect** 179:3,6,12 184:1,17 228:2

**effective** 95:24

**efficient** 76:24 77:5 86:19,23

**effort** 136:18 174:15,19

**eject** 160:12

**electronic** 104:5

**elevated** 76:7

**eliminate** 236:2

**eliminated** 24:13

**elimination** 162:14

**else's** 39:21

**email** 55:12,18,21 155:7 232:10,13, 14,18 241:10,12, 18

**emergency** 175:18

**emphasis** 86:22

**employee** 57:16 97:11

**employees** 68:4, 12 135:18 140:25 141:9,18 204:23

**empty** 90:21

**end** 7:3 21:22 22:19 23:17 40:9, 10,11 88:8 143:21 150:6 154:25 163:4 200:21 202:21 240:7 244:14 245:3 255:19

**ended** 21:8 40:13 231:25

**Energizer** 188:11

**Energy** 104:24 105:25 106:5 107:24

**enforcing** 210:6

**engaged** 21:24 42:14 43:17 44:24 46:5 52:6

**engaging** 149:16

**engine** 32:25

**English** 29:11 44:7 95:22

**enhance** 175:6

**ensure** 10:4 62:13 76:24 92:25 136:11 171:13 245:12

**ensuring** 86:18, 23

**entailed** 21:6

**entails** 21:3

**enter** 66:1 208:1 211:6

**entered** 211:17

**entering** 146:2,4

**entertain** 89:17

**entertained** 89:20

**entertaining** 89:11 90:10,23

**entertainment** 42:13 44:20 54:12 56:4,7,12, 24 57:9,13 78:10 87:23 90:6,14

**entire** 24:18 25:22 97:5 100:7 136:23 148:21 162:9 167:19 172:20 217:10

**entirety** 70:19

**entities** 45:9

162:1 164:24 169:15

**entitled** 37:24 58:15 72:11,14 85:4 92:22 99:4 106:13 111:3 155:5 157:6 166:25 168:9 233:21

**entity** 44:13 164:18 165:5

**entrance** 137:4

**entries** 84:11,12, 15 154:24

**entry** 154:20

**environment** 87:3

**Environmental** 106:4

**episode** 92:11

**equipment** 109:24 110:2,5 146:25 153:18

**ER** 175:10

**essentially** 21:3 26:11 196:10

**estimate** 207:14

**Europe** 120:20 121:5

**European** 44:8

**Europeans** 143:5

**evening** 135:6 153:5 155:2

**event** 11:25 12:1 27:7 28:6,13 31:5,6 45:3,20 46:6,11 55:20 61:12,15,18

65:22 71:23
73:10,15 75:21
76:24 78:8 80:24
81:1,2,8,21,24
82:23 83:5 84:3,
11,23 85:4,6,12,
21,24 86:7,9,15,
19 87:16,17 88:9
91:5 93:12 94:19,
22 95:19 97:6,12,
13 98:17 100:24
102:9 103:1,10,
12,15 105:17
107:6 120:10
123:18,19 132:12
137:25 139:14,25
150:22 151:18
155:2 156:7,13,
18 157:1,3,15,24
158:25 159:1,24
161:3 162:4,21
163:4,7 164:2,6
165:10,23 169:21
172:17 173:5
174:12 175:1,2,3,
5 176:4 177:7
210:14 225:14,
17,20 234:19,20
242:7 245:12
246:4,10,21
247:22 248:3,10

**events** 25:11
29:22 36:17
43:22 48:21 61:9,
23 62:17 67:5
86:24 87:1,3,25
88:16 89:6 95:17
99:21 102:5
120:20 121:12
137:15 148:16
151:15,22
154:21,22 155:2
158:14,24 159:2

160:7 163:2,11
173:20,24 175:21
176:22 205:4
226:1,7,10
231:11 233:1
234:9,10 236:3
238:24 242:19,24

**eventually** 26:9
160:21

**everybody's**
154:1

**evolved** 147:15

**exact** 55:14
163:13 174:24
224:7

**examination** 7:16
253:15

**examined** 7:14

**examples** 93:8

**excerpts** 114:9

**excuse** 86:20
97:18 213:12
250:18

**exemplary**
239:13,16

**exhibit** 53:11,13,
25 54:7,10,23
55:25 58:14,18
59:7,24 60:11
63:20 64:9,13,20
66:9,18 67:13,19,
21,24 68:7,11,23
70:16 71:5,7
97:18,19,23 98:7,
11,21 104:19
124:9,12,13
125:1,3,19,21,25
126:2,22,24
127:9,11 128:1,3

129:7,9,19,21
130:5,7 143:7,18
154:10,12 157:6
166:24 167:19
168:1,3,21 169:2,
10 188:4,8,9,23,
25 189:1,5,7
190:12 199:17,
24,25 200:1
201:1,3 202:1,3,
24 203:1 206:10,
12,14 207:1,3
208:3,5 212:2,4,
14,16 213:10,11,
14,15 214:3,5
216:3,7,8,16,18
218:5,7,21,23
232:4 241:5
243:21 248:1,15,
16 249:19,21
250:2,4,10,12
251:16,18 252:10

**exhibited** 13:6

**exhibits** 71:10

**exist** 244:4

**exit** 79:23 80:8
137:4

**exiting** 38:18
79:20

**expansive** 94:1

**expect** 47:10
131:19 134:11

**expectations**
172:16

**expense** 54:2,11,
23 55:6,17

**expenses** 48:21,
25 49:17 51:3
52:6,25 56:1,9

**expensive** 88:6

**experience** 30:23
36:19 50:22
176:3 177:1
186:16 197:22
198:7 217:19
219:3 220:25
225:12

**experienced** 19:2
159:14

**explain** 21:3
149:4 156:5

**explained** 15:17

**explanation**
12:18 157:14

**exposed** 148:17
149:14

**express** 149:14
243:7

**extent** 18:20
217:1 252:21

**exterior** 148:18

**extra** 53:20 54:21
75:2,5 242:9
244:18

**extremely** 26:13
39:4,9 161:9

**extremity** 191:7

**eye** 79:17 139:24
140:6 197:14
200:22

**eyes** 73:12,16
75:2,5 131:24
134:13 181:25
191:20 202:19
204:18 206:11
209:18 216:25
219:23 237:5

Case 8:22-cv-01295-TPB-CPT    Document 318-16    Filed 05/15/25    Page 275 of 305
PageID 15237

JOHN GALLAGHER
82873

March 13, 2025

275

Index: eyesight..final

**eyesight** 203:24 208:9 217:3

---

**F**

**f.4.** 76:20

**f.5.** 81:17

**face** 39:20 145:22 146:8,11

**facility** 96:1

**facing** 177:22

**fact** 11:18 21:7 47:16 104:16 105:5 119:23 123:3 140:13 143:25 169:24 185:2 224:6 238:12 239:11 247:18

**factor** 90:6

**facts** 236:24

**fair** 7:12 10:13,18 29:12 31:4 32:25 41:19 54:20 63:3 65:16 70:2 79:3 87:23 103:23 118:22,25 134:7 181:2 199:22 246:11 253:20

**fall** 186:16 191:16 198:15

**fall-down** 142:5,8

**fall-downs** 142:7

**fallen** 146:5

**falling** 189:11

**falls** 86:14 146:10

**familiar** 32:10,13

180:7 213:19

**familiarized** 15:4

**fans** 76:16 87:23 89:11,18,20,22, 25 90:1,15

**farther** 21:7 25:9

**fast** 161:9 249:24

**fast-forward** 125:24

**February** 42:9 60:13,24 61:2,16, 17 98:22 152:21 241:13

**federation** 29:5,9, 25

**federations** 29:23

**fee** 49:10 51:11, 16,17

**feed** 113:19 116:3 117:6 119:25 120:11 123:12,15 124:9 125:6 127:3 128:15 129:25 130:11 133:25

**feedback** 126:14 236:15

**feeds** 92:7 116:8 119:3 125:10 130:15 131:15 132:19 133:2

**feel** 37:24 72:7

**feelers** 36:4

**feeling** 242:13,16

**feels** 176:11 180:15

**feet** 182:2 217:2

**Feld** 8:11 36:12 41:21,25 42:4,13, 19 43:19 44:5,10, 19,20 45:6 49:6 51:7,21 52:2,5 53:1 54:12 55:6, 13,18 56:4,7,8, 12,14,20,24 57:9, 12,13 60:3,4,5 65:14,18 66:7 68:3,11 70:5 75:23 76:2 78:10, 14 79:12,18 80:12,13,16 82:6 107:2,15 123:22 124:7 135:18 136:6 138:21 139:1,24,25 140:5,18 141:17 145:7,10,14 146:23,25 147:2, 4,12,13 148:13 151:5 153:20 155:5,22 156:2,3, 8 158:3,7 161:20 162:2,15 163:1, 14 169:18 174:16 177:10 194:8 195:14 196:5 197:14 199:6 200:11 209:8 230:2,9 234:19 238:20 239:1 248:9

**Feld's** 79:7 81:11 147:25

**fell** 82:5 93:10

**fellow** 141:9

**felt** 183:14 220:23 239:11 242:11 243:12

**fence** 86:12

**field** 22:2

**fight** 113:17

**figure** 77:4 254:12

**fill** 91:7 166:13

**filled** 165:23

**fills** 94:13

**film** 23:9 24:23

**filmed** 119:2

**filming** 18:3 122:23

**FIM** 28:22 29:2,4, 13,23,25 33:16, 18 34:6,12,20 35:10 36:12 37:1 42:19,23 43:5,9, 13,17,24 44:2,16 49:4,7 51:8,12, 13,17 67:8,9 69:4,12,13,15 95:18,21 96:2,3, 16,23 97:6,8,12 98:12 99:14 104:24,25 105:4, 18,25 106:1,2,3, 4,6,12 107:24 108:25 120:19 121:5 143:2 162:2,16 163:25 164:4 165:20 166:1,5,20 168:14 174:8 231:17 232:2,10 236:15,20 237:2, 24 238:16,18,23 239:11,14

**final** 78:15 107:23 247:3

finally 24:16

find 37:4 44:5
96:14 114:5
135:17 178:6
252:24 253:2
254:18,21

finding 182:8

fine 144:24
150:11,17 163:20
255:17

finish 27:15 77:10
82:8 92:16,18,19
100:18,20 104:7
177:17 193:14
210:13 252:18,20
253:7

finished 10:2,4
100:22

finite 210:12

fire 25:24 184:7

fit 44:9 86:9 148:5
254:12

fix 123:4 170:24

fixing 86:10 141:1

flag 73:23 77:11
84:20 91:15
93:18 94:8
127:21 128:11
135:19,22 138:20
173:7 188:20
190:7,11,21,23
191:8 193:23
195:4 201:8,14
202:21,23 206:17
207:8,16 220:16
221:4 223:2,10
228:18,25 229:5
242:21 243:3
244:25 248:19

249:1,9,15
250:24 251:3
252:4

flagger 26:15
92:16 127:21
128:11 136:2
195:9 197:7
202:6

flaggers 12:18
135:25 153:19
177:17 178:2
193:22 194:8,9,
13,15,23,25
195:1,14,15,19,
21 196:5,19
197:20 201:17

flagging 25:24
73:20

flags 109:25
127:3 137:10
177:24 178:2,5,9
181:24 182:7
186:7 194:16
195:16 196:10,20
202:13,16 248:3

flashing 18:16
146:14,16

flat 27:2

flexibility 254:7

flight 52:9 139:21
252:24

floor 68:4 75:11
78:1,21 81:6 82:5
91:21 93:14
100:10 101:24
103:2 112:12
113:13 114:17,18
116:15 122:9
134:14 135:15
137:17 141:1,9

142:20 143:20
145:8,13,14
148:21 158:25
160:15 171:20
192:23,25

flow 79:22 80:2

fly 28:23

FMS 58:16

FMS_IMC_1147
213:10

FMS_INC_1038
232:5

FMS_INC_1148
216:4

FMS_INC_652
199:18

FMS_INC_666
53:12,17

FMS_INC_711
248:2

FMS_INC_714
154:13

FMS_INC_770
67:20

FMS_INC_882
189:1

FMS_INC_963
58:15

focus 50:16
113:18 162:10

folks 172:24
232:6 233:6

follow 105:23
160:2 210:15

foot 19:4

footage 12:22

110:18 112:16
115:9 116:18
118:13,23
119:19,22 123:7
124:22 125:7
129:4,14 130:23
131:2,21 134:22
192:14 193:3,13,
17 203:15 204:16
214:2,8,12,16,22
248:8

football 23:16
25:13 76:13 87:6,
11 114:5 148:3

forgot 138:17

Forkner 149:9

Forkner's 149:7

form 6:20,21
31:8,12 36:22
38:2,3,22 39:2,3
40:21,22 41:4
42:1 45:24 46:16,
25 47:1 49:15
50:7,25 51:9,25
53:3,5 57:3 61:25
73:21 74:25
78:12,17 79:4,5
80:15 81:3,12
82:24 83:7,10,19
88:2,12,13,17,20
89:12,13 90:4,16,
24 103:5 107:11,
16 110:7,19
112:25 116:20
117:11 118:3,4,
14 119:5,6,21
120:2,14,15,21,
23 121:16,24
123:1,9 124:1
125:13 128:23,24
130:18 131:18
132:15,21 133:19

134:15 142:14
148:25 149:18
150:24 151:4
157:20 158:16
159:17 160:8
161:17,21,22
162:5,18 164:15,
21 165:1,11
166:7,11 171:16,
17 173:8 174:1,
17 175:22,23
176:8,9,14,23
178:16,20 179:8,
18 181:3,5
182:15 183:19
184:2,24 185:16,
22 186:20 187:14
188:21 190:14
193:24 194:17,24
195:13 196:3
198:12,13,21
200:13 203:20,22
204:9,20,25
205:25 206:1
207:11 208:19,23
209:4,19,24
210:24 213:2
214:25 217:13,20
218:1,12 219:8,
15,24 220:9,17
221:6,16 222:2,
20 223:5 224:18
225:2 226:2,8,18
227:17 228:14,20
229:8 230:11,19
231:18 235:5,16
236:12,23 237:18
238:2 239:17
242:14 243:10
245:16,24 246:23
247:10 249:4,12
251:8,9 252:7

**formal** 9:14 143:5

**formally** 37:5

**fortunate** 24:15
210:22

**fortunately** 63:21
210:18

**forward** 36:17
177:7 249:24

**four-minute**
201:24

**four-stroke** 33:6

**fourth** 44:6
233:20

**Fractured** 19:10

**Francisco** 19:23

**francs** 51:18

**frankly** 175:4
239:11

**free** 59:11 70:18
151:2,8,14,16
153:2 244:2,11

**French** 143:4
230:7

**Friday** 69:4,25
77:4 78:2,4
135:12 137:16,22
143:21 144:7
145:6 150:21
151:9 153:5,8
168:22

**Friday's** 77:20

**friend** 38:15

**friendly** 10:21

**friends** 66:10

**front** 64:20 66:11
68:22 69:15
98:25 110:16

**fulfill** 94:5

**fulfilled** 185:14

**fulfills** 101:21

**full** 8:20 13:12
152:25

**fully** 21:6

**function** 36:7
73:9 74:22 94:12
136:19 196:11

**functions** 101:21

**future** 102:5,10
156:6,20 157:1
162:23 237:25
254:25

**futures** 139:14,15
156:5,11,22
157:3,6,24
159:25 160:10,
18,19,25 161:3,
14,15 162:21,25
163:2

---

## G

**gain** 244:24,25

**Gallager** 111:3

**Gallagher** 6:9
7:13,25 8:22 54:3
99:7 232:14
233:7 255:20

**game** 27:19

**gate** 77:6,7,9 86:6
91:16 147:13

**gates** 86:3

**gather** 164:8
205:14 209:11

**gathered** 137:16

**gathering** 70:9

**gear** 68:25

**geared** 156:17
159:7

**gears** 108:8

**general** 9:11
30:11 54:2
200:23

**generally** 11:7
135:11 182:8
239:19

**generated** 163:1

**gentleman** 148:6
184:9 248:19
253:16

**get all** 153:17
244:1

**get-** 95:11

**Giberson** 192:22

**give** 6:12 9:12
10:1 38:6 46:12
48:18 63:25
79:19 141:4
184:25 186:11
200:17 207:18
227:9,22 248:2

**giving** 18:18
134:9 137:15

**Glendale** 248:10,
13 249:10

**Go-** 235:10

**Go-pro** 233:22
234:7,10,15,24

**Go-pros** 234:22
235:4 236:2

**goal** 175:14,19
176:24 245:4,12

247:6

**good** 7:18,19 8:4, 7 27:10,24 34:23 38:15,17 40:3 42:7 54:17 70:24 108:8,11 203:15

**Googled** 14:3

**Gopro-litpro** 234:2

**Gordon** 6:17 7:1, 5,7,10 8:10 31:8, 12,14 36:22 38:3, 22 39:3 40:22 41:4 42:1 47:1 50:7 51:25 53:3, 6,15,24 58:2,4,7 71:4,7,13 78:12, 17 79:5 81:3,12 88:13,18 89:13 90:25 98:3 107:11,16 114:22,25 118:4 119:6,21 120:15, 23 121:1,16,24 123:1,9 128:23 149:1 161:22 163:19 164:15 165:2 171:17 174:1,17 175:23 176:9 181:5 184:2,20 198:13, 21 200:13 203:21 206:1 219:16 221:17 230:14 237:18 248:11 251:9 252:11 253:1 255:8,9 256:4,6,7

**governed** 44:13 48:1 100:9 106:1

**grab** 170:24

**grabbed** 151:12

**graduate** 19:13, 15

**graduated** 24:14

**grain** 224:9

**great** 7:1 10:20 27:25 29:12 58:7 150:11

**grew** 24:4

**ground** 78:20 130:2 186:4,13 189:11 191:3,13, 21 206:4 207:10 251:11

**group** 73:10 79:13 84:23 85:21 102:23 117:23 132:4 138:14 205:5,6, 14 244:2,6,7

**groups** 156:11

**grunt** 10:23

**guess** 14:17 34:25 42:5 47:3 108:22 109:15 120:16 139:10,13 158:6 207:12,17 232:22 233:1 254:13

**guessing** 30:7 138:23 254:7

**guidance** 9:12

**guidelines** 9:11

**guy** 21:12 112:12 115:21 117:1 133:20 153:21 165:17 228:6 238:9

**guys** 95:21 108:7 115:21 116:17 117:10 118:18,22 122:3 132:20 133:18 139:6

---

### H

**hair** 208:15

**half** 84:16 153:17

**halfway** 155:11

**hand** 6:10 100:24 123:4 146:12 167:21,25

**handed** 55:15 56:1 240:8

**handle** 210:20 222:7

**handled** 18:1 120:17 160:6 222:23 230:18 236:17 239:12, 16,20

**handles** 120:19

**hands** 41:18

**handwritten** 12:9

**hang** 38:11 54:14

**happen** 13:14 24:9,14 35:11 77:19 78:6 84:8 87:9 105:5 116:2 121:21 122:11, 12,19 137:11 154:5 204:6 210:1 242:6 245:19

**happened** 34:5 48:9 70:12 97:9 104:14,15 140:1

142:8 164:8 165:17 177:5 190:16 192:24 195:2 199:13 204:7 206:3 210:21,23 222:6 224:17,22,25 225:4 226:17 227:7,19 228:1 229:10 231:12

**happening** 180:16 216:25 218:10 224:14 231:2 232:21 246:18

**happy** 10:16 39:6

**hard** 63:7,13,16 64:21,24 65:2,6, 13,18,21 66:2,5 148:24 251:21

**harm's** 77:13

**Harrison** 241:16

**Harv** 139:7

**hat** 69:9,11,12,14, 15

**hats** 160:13,16

**hazardous** 77:15

**he'll** 116:3,4,25 117:1,4,5 136:11 140:11 146:12 148:10 195:16

**head** 80:6 127:17 135:3 159:24 187:2 222:14 241:22

**head-first** 205:21

**heading** 85:3 145:6

**heads** 217:9

**heads-up** 54:2

**headset** 223:12

**headspace** 71:20

**healed** 19:12

**healthy** 175:3

**hear** 32:12 111:17
112:14 114:16
181:1 183:25
189:14 197:23
238:10

**heard** 75:18
115:12 130:21
138:25 141:21
144:25 172:9
179:12 181:19,20
184:17 185:5
236:25 239:7

**hearing** 178:13
179:2,16,19,25
183:18 198:2
209:16

**hearsay** 236:25

**heavy** 93:11
110:1

**held** 10:15 27:4
28:4 233:15,16

**helmet** 100:2
160:1 217:6,8
234:1,2,16
251:11

**helmets** 217:7
234:24

**helped** 94:5
187:20,22 219:12

**helpful** 204:6

**helps** 175:15

**hey** 46:12 117:1
133:13 141:4
165:17 172:6
195:8

**hierarchy** 109:15

**high** 13:11 19:13,
17 20:3 23:14,15,
19,22 24:1 25:12,
22 26:10 74:11

**high-quality**
203:15

**higher** 20:4

**highlighter** 58:24

**hindsight** 220:6

**Hinz** 241:13

**HIPAA** 164:9,19,
23 165:8

**hire** 25:20,21
46:10 124:3
196:5

**hired** 22:1 42:22,
23 156:2

**hires** 124:6

**hit** 27:19 122:9
138:3 207:10

**hits** 191:3,5

**hold** 13:24 28:1
43:5 137:11
144:22 156:7,18

**holders** 43:9
104:25 105:17

**holding** 218:18

**home** 12:1

**honest** 112:10
253:17

**Hooker** 11:17

**hope** 59:2 188:15

**hoping** 210:7

**hospital** 184:14

**hostage** 10:15

**hosted** 34:12

**hot** 140:24 154:8

**hotel** 52:9 227:20

**hotels** 227:21

**hour** 58:6 153:17
189:4 244:8
252:17 254:20

**hour-and-a-half**
252:25

**hours** 139:21
253:25

**house** 55:10

**hundred** 234:15

**Huntington** 8:24
9:1

**hurting** 238:4

**hurts** 175:13

---

**I**

---

**I-V-O** 96:21

**Ian** 241:16

**idea** 34:11 87:21
158:2

**identical** 114:4
144:7 182:10
199:12

**identification**
53:14 58:19
67:22 168:4

**identified** 12:16

**identity** 165:4

**imagine** 9:10
16:16

**immediately**
38:11 87:20
172:8 187:4,19

**immobilization**
222:1

**impact** 18:20

**impassable** 82:4

**implement** 79:1

**important** 10:8
30:22 196:25
208:25 209:3,6,9

**importantly**
242:18 243:2

**imprudent** 152:4

**in-** 20:15

**incapable** 89:25

**incidences** 160:6

**incident** 13:2,20
14:6,8,10 15:1,5,
14 39:6 113:22
115:19,23 116:4
117:2 131:9,25
134:23 157:14
163:5,15,17
166:5,20 172:3,
18 180:5,6,19
181:8,21 182:23
190:24 194:3
197:18 198:3,6
201:11,19 204:16
206:7 213:21
214:23 216:12
217:10,15 225:1,
4 228:13,24
229:10,12,22,25

Case 8:22-cv-01295-TPB-CPT    Document 318-16    Filed 05/15/25    Page 280 of 305
PageID 15242

JOHN GALLAGHER
82873
March 13, 2025

280
Index: incidents..interrupt

230:18 231:5
233:25 235:4,14
236:6,10,16
237:7,11,15,24
239:15 241:23

incidents 164:1
180:9 192:15

include 40:7
73:19 76:22
81:20 154:3
156:20,22

included 175:5

includes 197:10

including 35:10
93:12 122:22
132:4 169:23
222:14 233:6
248:9

incorrect 242:1

increase 50:4

incredibly 119:17
121:14

incur 225:6

Indemnity 58:17

indicating 201:13
251:25

individual 63:14
88:23 102:6
144:9 194:23

individually
171:25

individuals 25:20
26:1 196:10
198:9

industry 24:23,
24,25 59:4

inevitably 115:25

210:7

infinite 242:3

infinitely 158:25

inflation 50:4

inform 224:16
226:6

information
37:17 70:9 98:17,
19 113:10 117:25
119:15 120:12
121:8 122:22
123:3 129:1
132:5 133:8,12
134:11,12 137:1
142:7,19 153:11
163:25 164:7,8,
10 165:9,14,21,
25 166:4,20
172:1,16 177:5
180:8 183:4,17,
22 185:12,20,23
193:6 196:14
198:8 204:11
205:22 209:17
219:21 221:8,9,
13 223:3,25
224:3 226:9,14
227:9,23 230:25
231:4 235:14,18
237:9 238:6,7
249:14

informed 182:24

informing 196:11

initial 198:22

initially 180:15

injured 83:3
164:11 165:10,
17,18 172:18
173:6,22 174:25
182:20 221:3

injuries 18:23
19:1 63:2 166:1
222:14,15

injury 18:7 24:9
159:24 172:3
175:9 182:13,17,
21 187:5,21
211:4 220:4,14
221:25 222:5,8,
19 223:20 224:5,
6 225:7,13,17,20
226:16 230:7
237:16 238:11

input 135:23
190:25

inquire 182:22

inquiries 228:17

inside 109:22

insight 175:16

insinuating
242:17

insisting 234:25

inspection 100:3

inspections
100:1

instance 82:19
219:4

instances 148:20
187:10 204:5
219:10 238:1

instant 114:1,2
217:3

instantaneous
192:18 193:10

instantaneously
115:10 118:13
192:16,19

instructed 31:19
249:6

instructing 249:9

instruction 249:2

insurance 30:19
105:6

intact 160:1

intending 10:25

intent 21:4

intentionally
104:12

interact 133:14
170:16

interaction 30:24
39:22 95:23
170:9 173:15

intercoms 185:3

interest 36:6
89:10 90:13
237:25 253:20

interested 24:6
48:12 76:2
149:22

interesting 22:13

international
28:17 29:6,13
34:4 36:13 42:17,
20 44:1 51:19
95:16,17 98:15
105:10,13

Internationale
29:9

internet 234:18
237:1

interoffice 241:10

interrupt 144:19

Case 8:22-cv-01295-TPB-CPT    Document 318-16    Filed 05/15/25    Page 281 of 305
PageID 15243

JOHN GALLAGHER
82873
March 13, 2025
281
Index: intervention..knew

**intervention**
82:22 172:19
173:7

**interview** 112:13

**interviewed**
44:11

**introduce** 8:2
30:18

**investigation**
230:17,21 231:1,
6

**invoice** 54:12
55:7,9,12,25
56:12,19

**involve** 103:7

**involved** 20:14
73:18 77:4 82:6
86:10 95:10 97:3,
4 103:10,12,17
120:4 128:25
150:24 175:20
222:10 235:25

**involvement**
162:3

**involves** 39:8

**involving** 127:6
164:1 172:18
198:10 228:24
250:15

**irrelevant** 192:10

**issue** 24:11
73:12,13 75:6,7
77:25 84:20 86:8,
16 97:8 113:17,
19 123:4 149:22
177:2 210:16
222:23

**issued** 65:13,18,

21 66:5 67:15,16

**issues** 24:8 39:20
48:9 73:19 102:6,
10 138:16 177:2,
5 210:2

**items** 81:6

**Ivo** 96:7,18,21
99:14 109:1
164:5 165:21,23
166:2

---

## J

**jam-** 253:5

**James** 8:13 65:3
74:17 76:13
132:11 148:2
152:23

**January** 231:25
248:9

**Japanese** 228:24
229:4

**jarring** 170:21

**Jeff** 72:24,25
85:11 93:19
99:16 115:20
116:7,14,16,25
117:6,9,13
118:17 132:4
133:13 140:12

**Jendro** 233:10

**Jerry** 199:5,9,14
205:16 206:3,6
209:8

**jersey** 100:2

**Jim** 139:7

**job** 9:25 10:20
21:5,8 27:24,25

38:25 39:5,12,18,
20 40:1 62:14
71:15 75:23,24
139:24 146:6
164:5 191:25
195:18 208:24
209:2,9,13,14
239:6

**jobs** 12:18 22:20

**jogs** 200:6

**John** 7:13,25
8:13,22 46:12
99:7 111:3
138:23 194:7
195:15 196:21
197:6,13,17,24
232:14 233:6
241:13 242:25
255:20

**Join** 88:18 90:25
149:1 221:17
230:14

**joins** 169:22

**journalist** 122:9,
13

**judge** 9:17,20

**July** 232:11

**jumbotron** 113:4
123:13,15 124:8
125:6 127:3,16
128:16 129:14,25
130:11 131:3

**jump** 7:11 121:22
145:21,22,23,25
146:2,4,9,17,18
150:3 159:3,6

**jumping** 31:23
62:21 149:15

**jumps** 145:21
156:16

**June** 54:25 55:2
233:5

**Junior** 244:10

**jury** 9:17,20

**justice** 253:20

---

## K

**Keefe** 229:15,21

**keeping** 89:11
90:13 136:4
167:17 210:3

**Kennedy** 64:17
136:8,9 194:9,12
197:4 248:24,25
249:1,9

**Kennedy's** 64:16,
21

**Kennedye** 8:13

**Kenneth** 42:4

**key** 196:18

**kill** 121:23

**kind** 18:16 19:6
22:10 26:5 28:10
30:19 34:7,25
38:18 79:9
104:11 136:4,9
137:21 142:9
165:25 170:11
193:5 195:23
245:2 251:21
252:13

**knee** 187:20

**knew** 27:12 150:1
182:1 217:7
240:9

knobby 149:23

knock 114:21

knocked 186:25

knowing 146:4
220:13

knowledge 43:16
166:15

KTM 229:25
230:10 240:2,22,
25 244:10

KTM46 241:5

L

label 64:1

labeled 58:15
63:22

labor 25:20

lackadaisical
147:8

Lake 233:1
247:22 248:3,11

land 121:22
145:22

landed 149:8
186:9

landing 146:2,5,
9,10 148:24
198:25

landings 156:17

lane 170:10,15
177:24

lanes 148:12

lanyard 65:10

lap 159:4

lapse 34:22

lapsed 35:7,15
207:15

large 30:13
205:13

lastly 244:20

late 17:17 26:21,
25 30:6 42:5
139:21 243:4
244:19 246:17

launched 149:7

law 164:25

laws 164:9

lawsuit 16:4
230:24

lawyers 32:9
253:18

lay 165:8

laying 189:11
190:1

layman 222:21

layperson 71:23

lead 7:8

leader 147:5,9,10

leading 53:6,7
146:15

lean 116:25

learned 239:20

leave 126:12
145:21 160:1
163:14 183:6

leaving 163:4

led 178:10 207:16

Lee 229:19

left 19:4 153:8
189:25 254:16

left-hand 60:12
250:19

leg 19:7 187:20
223:18

legal 8:20 59:3

legible 120:6

legit 184:1,18

legs 122:14
219:14

length 145:24

lettered 24:2

letters 22:3

letting 220:19
234:10

level 17:9,10,13
20:17 26:6,13
36:13 74:16,18
132:11 160:12

liability 62:14

liaison 96:1

license 28:22,25
29:2 33:16,25
34:2,3,17,20
35:5,15,22 43:5,
10 93:23 94:1
102:7 105:4,8,14

licensed 174:3,4,
6

licenses 27:3,4
28:2,4 33:20
34:6,9 105:1,18

licensure 43:13

lie 37:20

lied 37:22

Lieutenant
184:10

life 17:6 22:22
211:4 225:24
226:1,7,10

lifetime 90:4

lift 130:2

lifted 216:21

light 96:11 145:9,
18 146:15 147:10
227:6

lightning 85:23
246:15

lights 18:15
145:8,17 146:14,
19,22 147:5

likewise 10:3

limitation 161:12

limited 76:23
81:21 95:22
217:1

lined 77:8

lines 144:9
171:13 189:24

lining 77:7

list 136:18 148:8
155:24 167:5
168:22 215:1

listed 55:9

listen 39:22,23
111:23

listening 172:5

literally 9:24
244:11

live 119:25
120:11 123:6

Case 8:22-cv-01295-TPB-CPT    Document 318-16    Filed 05/15/25    Page 283 of 305
PageID 15245
JOHN GALLAGHER
82873
March 13, 2025
283
Index: lived..marked

125:10 130:15 170:13

lived 19:20,24,25

lives 121:19 176:6

living 50:3

local 22:22 23:13 25:8 30:19 44:7 185:4

located 177:15 181:24

location 116:7 117:9,16 118:20, 24 145:9 182:2 183:5 196:20 199:3 200:23

locations 101:12, 16

logo 68:18,21

logos 68:17 69:21

long 17:15 58:2,4 69:20 84:10 156:19 182:6 207:15 212:25 222:11 240:5,7 254:20

longer 37:1,8 38:1 80:10 147:22 225:23 238:16,18

looked 11:24 12:19 13:25 15:4 62:9 73:15

lot 22:18 24:12 25:10 39:16 45:18 77:3 87:12 94:14 135:23 139:5 143:3

164:10 195:16 205:12 210:5 212:24 222:8 224:10 235:17 239:20 249:13

lots 158:23 210:19 239:2 245:1

lounge 110:2,14, 15

low 26:7,13

lower 22:19 124:17

lucky 159:5

lump 26:2 191:16

lunch 108:6 151:12 244:18

luncheon 108:14

lying 182:13

_____

## M

_____

Madam 96:20

made 35:9 37:25 48:20 55:14 79:10 82:5 84:10 106:15 129:4 144:1 203:25 214:23 221:13 238:20 239:1

magazine 22:6

main 103:10,12, 15 210:13

maintain 34:16 100:3

maintenance 91:18,20 170:15 244:12,22 245:6,

9 246:16

major 165:25

make 9:25 10:6 11:2 17:23 27:10, 11,17 31:16 35:10 48:6 53:24 73:16 78:5,7,14 82:10 83:11 87:3 89:3 92:21 94:7, 19,20 96:11 98:19 100:5 103:23 105:23 109:10 113:20,21 122:21 139:10 145:9 147:17,24 150:3 154:1,6,7 156:17 159:5,22 166:16 170:17 171:20 173:3,4 176:2,13,15,25 181:9 182:23 195:3,18,20 203:18 205:23 210:2,3,4 214:20 221:9

makes 78:15 88:15 89:5 146:14

making 14:17 39:5 42:5 48:17, 22 49:19 70:7 73:13 76:23 77:8 80:19 82:7 87:8 88:22 89:1 101:11 131:16 154:3 175:15 192:3 209:25 210:17 235:24

managed 137:20

management 28:10,14 30:3,9

31:10 32:1 71:24 85:4,7,21,24 86:8,10,15 97:4

manager 73:2 135:20 139:1 140:6,19 141:18 142:1 145:8,14, 16 153:20 229:2, 18 247:14

managers 102:9 169:24

mandate 160:12, 15

mandatorily 169:19

manner 219:5

manufacturers 18:2

map 55:10 199:11

March 7:24 25:2

Marcus 184:10

mark 6:23 8:5 12:8 35:12 53:11, 16 58:14,24 67:19 97:18 98:3 100:4 109:7 112:2 114:10 126:21 127:15 128:7 129:13,25 130:11 166:24 167:4,22 168:1 188:24 189:4 200:16 201:25 207:17 211:15,25 212:21 213:5,6 216:15 218:4,11 248:8 252:11

marked 53:13 54:7 58:18,25

Case 8:22-cv-01295-TPB-CPT   Document 318-16   Filed 05/15/25   Page 284 of 305
PageID 15246
JOHN GALLAGHER                    March 13, 2025                                    284
82873                            Index: marketplace..mischaracterizes

59:6,24 63:20
66:9,18 67:21
70:16 71:10,11
97:19,21,23
124:9 143:7
154:10 167:10
168:3 188:3
199:17,24 213:10
216:3 232:4
241:5 248:1
252:10

**marketplace**
22:14

**married** 16:7

**marshal** 135:19,
22 138:21

**marshaling** 25:25

**marshals** 142:25
143:2

**Marvin** 107:8

**Massachusetts**
19:25

**math** 211:19,21
212:23

**matter** 30:12
187:4 242:6

**max** 100:9

**Mcadams** 99:17,
19 100:23

**Meadowlark** 9:1

**meaning** 62:25
87:9 95:17 114:2
156:9

**means** 59:9

**meant** 86:13
106:11 147:7
192:21 193:10
252:2

**mechanic** 169:22

**mechanics** 77:10,
17 134:3

**media** 131:12
224:8,11 228:5,
13,18

**medic** 8:13 209:7
212:1

**medical** 13:17
79:21 82:21
106:3 152:1,4
154:3,6 157:12
158:10 159:13
163:5,13 164:12
165:15 169:17
170:4,7,10,17,19
171:1,4,9,15,23
172:2,12,15
173:7,20,24
174:16 175:4,7,
15 177:10 180:3,
4,22 181:7,8,14
183:4,9,21 188:6
190:6 191:9,17
196:23 197:10
207:25 208:17
211:6,16 220:21,
25 222:4 224:25
236:6 242:4,12,
16,19,23

**medics** 130:1
216:22 217:3,7,
24

**meet** 100:7 145:7
167:1 168:10
171:12

**meeting** 11:25
12:2,6 135:23
137:2,11,20,22,
23,24 138:18
153:3,10,13,15,

16 168:23
169:13,21 170:25
172:21 173:9,11,
12 231:16
232:12,13,18,21,
22,23 233:2,4,14,
17 234:7 236:7,
11

**meetings** 102:4
139:5 170:6
172:14 173:17
232:2 235:23
239:4

**member** 117:22
155:22 211:16

**members** 132:3
159:25 171:23

**memory** 154:16
200:6

**mention** 223:20
228:3 242:8

**mentioned** 32:13
123:12 156:4
166:23 227:22,25
229:11

**mesh** 94:16

**met** 11:18

**Metiva** 8:14
181:12

**mic** 154:1

**Michael** 8:22

**Michigan** 24:4

**mid** 17:17 26:25

**mid-'90s** 24:16

**middle** 47:22
145:22 146:6
182:13 202:10
205:21 241:12

**migraine** 18:18

**Mike** 15:23,24
37:9 38:15 71:4
73:8 82:18 85:18
93:21 94:4 99:9
101:5,16 104:14
108:23 109:2,7,
13 233:10,11
247:13,19

**mileage** 55:10

**mind** 106:12
215:16

**mind's** 79:17

**mine** 38:16

**minimum** 161:7,8

**minor** 18:23 63:3

**minute** 58:21
71:1 83:17 97:24
101:25 112:1
124:11 126:20
127:15 128:6
129:12,13,24
130:10 141:5
143:8 150:16
167:1 189:4
192:17 211:14,25
212:12,20,22
241:8 245:22
246:1 248:8

**minutes** 58:5
84:6 136:10
150:12 152:11
153:16 215:19
232:12 233:3,21
244:3,5,23,24
249:25 253:8
254:1

**mischaracterizes**
132:24 165:12
181:4 187:15

Case 8:22-cv-01295-TPB-CPT   Document 318-16   Filed 05/15/25   Page 285 of 305
PageID 15247

JOHN GALLAGHER
82873

March 13, 2025

285
Index: missed..needed

209:5

**missed** 53:16
134:20 167:6,19

**mistaken** 131:13

**misunderstandin
g** 46:22

**Mm-hmm** 20:8
31:7 41:9 99:11
113:5 127:4
151:20 212:6
228:9 237:6
241:7 248:20
250:17,21

**mobile** 170:18
175:4

**modification**
81:25

**modify** 81:21

**moment** 36:4
54:6 200:17
206:3 255:12

**monetary** 51:19

**money** 24:11 26:3
51:19 106:23
107:2,14 205:7,
10 239:9 244:11

**monitor** 75:15
92:10 101:2
110:21 114:7
116:5,12 118:10,
13,19,24 120:5
192:2 193:1,14
203:17 204:17

**monitoring** 76:1
102:13 120:11
121:9

**monitors** 75:13
97:5 110:6,9

112:22 113:24
116:8 117:24
118:6 121:8
134:13 193:11

**Monster** 104:23
105:25 106:5
107:24

**month** 224:14

**months** 14:15,24
122:13,17 231:8

**Moreau** 8:1,6
15:14 43:12
233:25 235:4
236:16 237:16

**Moreau's** 239:15

**morning** 7:18,19
8:4,7 18:17 69:7
70:10 137:2,20
154:23 173:10
246:25 254:8

**motion** 13:15
15:2,3 214:9,13,
16,18,19,21
215:6

**motocross** 16:24
17:5,16,19 18:11,
24 20:11 22:23
23:22 24:2,5
25:18,22 26:12,
17 33:3 43:9
46:6,11 87:4,7
95:18,19 105:1,
18 222:10,14
238:5 240:15,17
243:6 247:14

**Motocyclisme**
29:9

**Motor** 8:11 44:20
51:7,21 52:2,5
53:1 56:8,15,24

57:9,13 60:4,5
65:14,18 66:7
70:5 78:10 155:5

**motorcycle** 8:9
16:25 18:1,8
20:11,24 22:16,
24 23:5 24:25
27:7 28:5 29:14,
17,21 32:17 36:1,
7 63:1 95:20
100:2 189:12

**motorcycles**
16:11,13,20
20:18 21:6 22:13
29:6 32:24 33:2,
4,9 38:19 62:20
89:24 90:22
186:17 190:5
202:10

**Motorcyclists**
29:18,20

**mounts** 234:15

**mouth** 37:5

**move** 22:5 91:21
110:1 160:22
161:4 191:6
211:7 232:9
251:6

**moved** 26:24
93:10 127:24
136:15 202:7
210:15 222:1

**movement**
191:17,19 252:2

**moving** 191:12
218:14,17 222:18
251:5,7,10,12

**mud** 244:16
246:20

**multiple** 13:7,9
71:10 112:15
113:18 120:4,5,
11

**Murphy** 55:15,22
56:1

**muscles** 19:3

**museum** 33:13

**mutually** 254:24

**Muye** 82:18 85:18
233:11

**MX** 110:24 111:2

**MXGP** 239:21

___

**N**

___

**naked** 134:13

**named** 155:11

**names** 56:17

**NASCAR** 114:4

**national** 43:9
104:25 105:17
205:18

**Nations** 95:19

**nature** 182:23

**NBC** 90:20 91:2,9

**Nduka** 8:12 83:7
218:1 225:2
255:15,16 256:9,
10

**necessarily**
101:25 103:2
113:16 144:10

**neck** 65:10
159:24 222:15

**needed** 34:2 37:8

Case 8:22-cv-01295-TPB-CPT    Document 318-16    Filed 05/15/25    Page 286 of 305
PageID 15248
JOHN GALLAGHER
82873
March 13, 2025
286
Index: needless..obstacles

43:5,23 54:18
65:17 79:2 81:22
82:20 84:24
101:25 103:2,4,
14 105:8 112:17
130:24 150:1
172:17,25 214:13
221:23 244:21

**needless** 35:9
78:19

**Nest** 13:11
199:16,18 200:7,
10

**net** 27:20

**nets** 122:7

**Neve** 232:10
233:10

**Newby** 199:5,9,14
209:8

**NFL** 114:4

**nicely** 94:10

**night** 135:9
137:22 156:16
192:23 245:5
247:7

**nods** 127:17

**non-spectators**
165:23

**nonverbal** 11:1

**noon** 135:21
245:2

**normal** 10:22

**north** 170:13

**not-for-profit**
88:9

**note** 7:3 58:23
143:10 186:7

**noted** 12:6
144:13

**notes** 11:25 12:3
137:23 138:18
143:23,24 169:25

**notice** 95:7
136:22 137:19
189:21 190:1
202:6 217:2
245:6

**noticed** 137:18
148:17 170:5
177:1

**November** 25:5

**number** 9:3,6
29:24 46:18,21
59:10 71:5 84:11,
15 115:23,24
142:8 148:15
155:7 157:11
158:8 160:10
163:3 188:24
213:4 233:6
245:20

**numbers** 142:3

——————————

**O**

**object** 36:22 38:2
39:2 40:21 45:24
46:16,25 49:15
50:25 51:9 57:3
61:25 73:21
74:25 79:4 80:15
82:24 83:7,19
88:2,12,17 89:12
90:16,24 103:5
110:7,19 112:25
116:20 117:11
118:3,14 119:5,
20 120:2,14,21

122:25 124:1
125:13 128:24
130:18 131:18
132:15,21 133:19
134:15 142:14
148:25 149:18
151:4 157:20
158:16 159:17
160:8 161:17,21
162:5,18 164:21
165:1,11 166:7
171:16 173:8
175:22 176:8,14,
23 178:16,20
179:8,18 181:3
182:15 183:19
184:24 185:16,22
186:20 187:14
188:21 190:14
193:24 194:17,24
195:13 196:3
198:12,20 203:20
204:9,20,25
205:25 207:11
208:19,23 209:4,
19,24 210:24
211:18 213:2
214:25 217:13,20
218:1,12 219:8,
15,24 220:9,17
221:6,16 222:2,
20 223:5 224:18
225:2 226:2,8,18
227:17 228:14,20
229:8 230:11,19
231:18 235:5,16
236:12,23 238:2
239:17 242:14
243:10 245:16,24
246:23 247:10
249:4,12 251:8
252:7

**objecting** 7:3

**objection** 6:20,21
31:17 38:3,22
39:3 40:22 42:1
50:7 51:25 53:3
78:12,17 79:5
81:3,12 88:13
89:13 107:11,16
118:4 119:6
120:15,23 121:16
128:23 161:22
163:19 164:15
165:2 166:17
174:1,17 181:5
184:2,20 198:13,
21 200:13 203:21
219:16 237:18
251:9

**objector** 7:8

**objects** 31:16

**obligation** 163:24

**obligations** 94:5

**observations**
190:24 223:4

**observe** 96:16
134:23 192:15
205:21 216:24

**observed** 120:13
217:18

**observer** 97:5
180:15

**observers** 142:6,
13,18,21 204:11,
22

**observing** 178:9
191:20 207:15
208:18 209:18

**obstacle** 146:1

**obstacles** 146:1,
18 148:12 183:13

**obtain** 20:21
134:22 192:14

**obtained** 21:16
33:25

**obtaining** 34:8

**obvious** 231:1

**occasion** 148:16

**occur** 225:17
229:7 245:21

**occurred** 168:24
237:11 246:9
250:7

**occurrence**
225:16,19 226:15
230:6

**occurring** 173:25
227:11 238:1

**offered** 88:23

**office** 156:3
235:22,23

**officer** 173:20,24

**officers** 9:15

**official** 30:18
46:5,11 69:18
70:7 72:11 140:6
143:1 146:11
163:16 205:20

**officials** 45:19
64:18 72:18 85:7
95:9 99:4 101:11
121:9 137:1,14
146:7 153:12,18
173:10 195:1
199:11,15
205:14,15 225:1
236:10

**officiate** 25:11
43:18 236:3

**officiating** 25:8
26:11 27:5 28:5
36:1 100:15
102:25 147:7
175:21

**Olympics** 95:20

**online** 13:18,20,
23,25

**open** 183:6
200:18 244:4

**opening** 137:7
245:8

**operate** 78:8
151:6

**operated** 68:20

**operates** 87:1
151:5 156:8

**operating** 102:20
175:20

**operation** 76:16
87:16

**opinion** 37:20
39:21 241:23
243:7

**opinions** 40:1

**opposed** 11:1
63:14 204:15

**opposite** 79:21
223:18

**ops** 141:22

**order** 65:2,16
77:8 86:2 255:23

**ordering** 255:4,8,
11,15

**orders** 255:21

**organized** 26:17

**organizer** 78:7,9
79:2 80:24 81:8
86:25 94:16,20
95:2 137:9

**organizers** 76:23

**organizing** 95:8

**original** 21:4
95:15 107:13
143:11 144:3

**originally** 15:5
22:1 25:10 87:14

**outdoor** 87:4
95:18

**overhead** 110:3

**owned** 147:2,11,
13 200:9

**owns** 86:25 148:7
234:19

**P**

**p.m.** 243:25
245:14

**Pacific** 252:13

**packed** 83:6,9
210:19 242:9,20
246:2 253:6

**packet** 55:15

**padding** 77:14
94:22 136:15

**pages** 64:4

**paid** 45:12,16
47:5 49:4,9
50:17,21 51:5,8,
16,17,21 52:2,11,
15 106:20 107:5,
22 205:2

**Pam** 55:15,19,22
56:1

**pants** 69:19,20,21

**paperwork** 43:13
45:15 232:20

**Paramedic** 157:7

**paramedics**
160:2 184:7,13
185:2,3,4,6

**paramount**
237:20

**paraphrasing**
184:15

**parked** 134:6

**parking** 25:25
87:12 222:8

**part** 31:10 39:8,9
49:11 69:17
73:11 76:21
85:25 90:6 94:17
97:14 102:22
117:22 124:3
136:18,20 138:9
147:25 159:8
189:22 196:24
241:19 243:21
251:25

**participants**
65:25 80:25
84:22

**participate** 65:17
66:1 70:6 169:18

**participated** 32:7
246:5

**participating**
18:11,24 43:4,8,
15 61:23 104:23
105:16 157:1

169:16

parties 81:1

parts 22:4 87:8

party 16:4

passing 134:17

past 30:23 177:1

path 150:5

pause 206:24
212:13 216:15

paused 111:15
112:6 124:14
125:4,22 126:3,
25 127:12 128:4
129:10,22 188:10
200:2 201:4
202:4 203:2
206:15 207:4
208:6 212:5
213:16,18 216:9,
19 218:8,11
248:17 249:22
250:5,13

pay 22:17 26:1
46:23 49:10
51:11

paying 25:25
49:13

payments 106:14

pays 25:17 107:9

Pelletier 15:23,24
37:9 41:8 73:8
93:21 99:9 101:5
108:23 109:3,8,
13 233:10

penalties 73:18

penalty 6:11

pending 10:18

Penn 139:4,6,11

people 10:22
22:10,19 28:12
39:24 75:22,23,
25 76:2,4 81:5
93:22 94:2,4,24
101:24 102:17
113:9 137:13
142:20,22 155:8
156:21,22 163:1
170:12,23 183:5
194:4 198:15
199:6 207:22
209:7 220:22

people's 39:25

percent 155:2

percentage 89:3

perfect 8:17
29:12 182:3
256:8

perform 90:5
100:12

performing 133:9
135:8 196:11

period 23:25
82:21 162:11

periodically
25:12

peripheral 87:8

perjury 6:11

perpetual 87:1

Perry 139:7

person 39:6,7
73:13 94:15
95:12 96:3 118:1
123:22 136:6
138:21 140:9
155:20,21 158:4,

5,7 181:1 222:4,
19

person's 71:15

personally
192:15 240:3

personnel 152:1
171:9 181:15
183:11 207:25
211:6 242:12

perspective 75:3,
10 127:25 131:24
132:5 146:3
175:12 176:19
217:5 218:14
229:12

perspectives
132:1

pertains 231:4

pertinent 153:11
183:4,11

Phil 139:4,6,11,
22,23

phone 38:11
111:12 155:7

photograph
66:11

physical 17:22
76:8 146:22

physically 177:15
184:12

pick 70:14 86:3
148:14

picked 186:2

picture 66:17,19
191:23

pictures 14:7
64:20 122:10

204:1

piece 114:6

pit 77:12 86:15
87:11

pits 86:5

pixelated 203:6

pixelation 203:9

pixeled 200:25

place 13:5 141:6
147:18,24 153:20
154:4,6 159:3
182:9 196:21
228:4 233:5

placement 136:1
157:14

plaintiff 8:5 16:5

plan 87:17

planned 21:6
83:16 87:20
245:22

planning 45:3

plaque 240:6,8

play 23:21 111:2,
5,9,11,25 114:9
124:25 125:18
126:20 200:6,24
201:25 213:3
216:14 218:3,20
245:7 252:16

played 87:6
111:13,17 124:12
188:8 199:25
213:14 216:7
248:15

playing 23:19
97:2 111:14
112:1,3,5 114:11,

Case 8:22-cv-01295-TPB-CPT    Document 318-16    Filed 05/15/25    Page 289 of 305
PageID 15251
JOHN GALLAGHER          March 13, 2025                        289
82873                                        Index: plow..previous

13 124:10,13
125:1,3,19,21,25
126:2,22,24
127:9,11 128:1,3
129:7,9,19,21
130:5,7 131:2
188:9 189:3,5,7
200:1,15 201:1,3
202:1,3,24 203:1
206:12,14 207:1,
3 208:3,5 212:2,
4,11,14,16
213:15 214:3,5
216:8,16,18
218:5,7,21,23
248:16 249:19,21
250:2,4,10,12
251:16,18

plow 170:13

plug 110:13

podcast 110:25
111:2,13,14,18,
21 112:3,5,9,11
113:9 114:11,13
115:7,12 118:9
130:22 192:13,22
193:6 214:11

point 17:5,18
36:20 50:1,23
62:5,8 79:10 97:7
108:9 131:14
133:7 145:7,15
157:11 159:23
202:19 203:14
206:20 211:5
222:17

pointed 211:13
242:8

pointing 114:18
136:21 223:18

points 145:5

policy 235:25
236:1

politics 239:8

poltergeist 53:18

poltergeists
18:13

pool 205:13

portable 86:12
87:9

portion 30:13
75:25 147:23
150:25

portions 15:1
111:24 144:14
237:7

portrayed 113:16

portraying 193:5

position 26:7
28:20,21 76:7
95:11 108:25
199:12

positioning
189:21

positions 137:10

positive 116:13
138:12 140:2
158:6 240:24

possibility 9:18
238:10

possibly 155:14

post 139:5

post-season
233:17

potential 161:4
222:18

practically 242:3

practice 61:11
73:20 74:2,7,24
75:13 82:8 84:3,
4,7,13,14,24 91:2
93:16 100:11,15,
25 101:5,16
102:1,13,20,24
103:3,7,14,19
104:11 117:18
118:2 121:2
123:7 125:11
136:12 140:19,23
141:2 151:2
153:2 154:2
168:24 171:5
177:20 179:20,23
188:18 189:15
193:19 210:13,
17,21 220:19,23
228:24 229:4
234:16 244:2,4,9
246:17,19,25

practices 100:21
103:22 140:4,7,
10 151:8,14,16
170:7 171:3
244:20,23

Prater 233:11

pre-race 77:20
209:25

pre-stage 85:25
86:1

pre-tech 100:1,3

precarious 136:3

precedent 172:12

precise 245:22

predictable 27:17

preface 11:5

prefer 253:6

preference
253:10

premises 112:23

prepare 11:8 21:5
77:6 91:16
163:16 238:14

prepares 23:20

present 9:15,18,
23 32:4 45:20
81:24 100:17
102:24 103:1,22
104:14 140:6
148:7 150:20,23
152:1,5 180:4,6
182:6 183:21

presented 98:13
240:6

presents 63:2

president 41:6,
12,14,15

presides 97:15

press 38:6 70:1,5,
6 122:19 150:20,
24 151:1,3,18,21,
23 152:2

pressure 241:20,
25 242:2,10,11,
17 243:8

pretty 18:6 40:2
48:16 142:3
152:7 231:1
245:22 254:15

prevent 148:23

preventing
237:25

previous 93:9
138:5 177:6

previously 63:20 66:9 70:16 97:21, 23 124:9 143:7 154:10 167:10 188:3 199:17,24 213:10 216:3 232:4 241:5 248:1 252:10

primarily 104:3 210:6

primary 189:23, 24

printed 63:21,23, 24 143:12

prior 15:8 47:16 48:18 61:20,22 94:19 163:3 177:24 228:22 231:13

privy 235:18 239:4

prize 107:14

prizes 106:13 107:21

pro 139:17 159:9 160:22 161:4 234:10 235:1,11

proactively 173:2

problem 83:11 86:11 170:15,22

problems 75:8 138:4

procedures 13:4

proceed 8:18 253:14

proceeding 9:14

process 150:18 162:14 177:11

produce 12:8

produced 248:8

producing 175:20

product 18:1 22:9,11

production 124:3,4,6 155:23, 25

products 25:2

professional 17:9 26:6 89:24 139:17 158:20 159:1,2 160:6,11 163:11

professionals 13:17 158:15

profit 88:1,8,15, 22 89:2,5

progression 22:16 24:22

prohibit 234:2 235:3

prohibited 165:9

prolonged 82:21 83:22 173:6

promote 90:14

promoted 243:16

promoter 25:18 26:1 30:16,19 31:4 41:22 42:11 43:21 45:6 46:5 49:13 51:13 81:23 82:12,16 85:9,18 95:24,25 96:2 102:4 106:15,25 107:14,22 176:3, 11

promoters 25:10 30:25 41:19

promoting 237:25

proper 221:22

properly 95:13 225:11

property 87:1,2

propose 254:4

pros 160:20

protect 13:5

protecting 80:25

protocol 157:15 160:2

provide 30:16 75:2 84:1 87:2 120:12 121:8 129:1 132:4 133:25 137:1 146:25 154:9 163:25 164:12 165:20 238:6

provided 20:17 47:12 52:7,12 55:7 56:20 69:5 93:9 117:25 146:23 192:2 205:7,10 221:8, 10,12 223:3

providing 47:20 125:10 130:15 134:11 164:7

pull 116:3,17 126:9 239:5,19

pulled 217:23

purchased 22:4

purposes 119:4

122:6 143:13 176:7

pursue 20:3

push 37:17 124:25 125:18 126:20 200:24 201:25 213:23 216:14,15 218:3 244:17

pushing 197:25 218:20

put 44:5 46:21 47:3 57:8 69:7 71:20 81:19 84:13 91:9 110:12 113:15 114:6 117:5 122:7 135:25 137:20 141:5 142:9 150:4 176:3 194:8 202:19 206:11

putting 162:3

_____

**Q**

qualifiers 156:9

qualifying 188:19 244:6 247:3

question 10:2,5, 11,18 27:15,23 31:18 37:14,21 38:7 39:10 46:2 65:23 71:22 79:8 89:14 91:4,6 93:9 142:16 162:6 173:14 174:19 176:16 179:22 198:15 245:11 247:6

questioned 39:11 175:8

questions 10:9 27:16 37:23 42:7 70:20,22,25 72:3 114:10 144:23 241:9 253:19

queuing 252:11

quick 152:9

Quicktime 200:18,20

quote 184:16

**R**

R-A-Y 188:1

race 17:4,5 18:11, 24 26:8,19 28:20 33:18 34:2 35:23 36:9,14,16 37:1,8 38:1,24 40:4,7,19 42:8,15 44:13,17, 21,25 45:5,13,22 47:13,24 48:2,4, 7,24 49:1,24 50:10,18,23 51:12,22 52:22 60:3 63:14 67:9, 11 70:1 71:23,24 72:15,17,19 73:2, 3,9,20,24 75:19 76:22 77:18 79:2, 23 80:21,22 81:20 85:8,14,20, 22 86:8,16 92:23 93:1,5,16 94:7 95:8 97:3,4 98:13 99:6 102:23 108:20 111:3 113:25 115:22 116:5,15 117:23

121:12 132:3 133:10 135:8 136:12 140:15 155:1 156:12 157:13,17,23 158:3,10 163:6 165:15 169:9 172:19 173:5 177:18 179:3,13 182:4 184:18 185:14 204:8 205:6,11,15 209:22,23 210:19 220:10,19 225:7, 8 226:25 240:9 243:15 246:13,14 247:21 249:3,6

racecourse 93:1

raced 191:4

racers 86:13 138:1 159:8

races 26:23 28:18 29:14 33:3 34:4,7 36:1,7,20 44:1 55:16 61:20 62:3 103:10,13,15 121:2,4 135:13 139:22 175:1 192:23 205:16,18 226:24 239:12 243:17

racetrack 13:4 22:20,21,23 23:13 25:8 74:11 75:6 76:10 77:5, 12,15 79:24 80:1, 3,19 82:20 86:1 90:6,13,21 91:8, 15 93:10 94:17 95:4 101:12 110:1,18 112:24 115:20 117:17

119:1,17 121:10 122:8,24 124:22 125:10 128:8 130:16 131:8,17 134:14 135:21 137:5 138:8 140:24 145:19 146:15,21 147:1, 3,6 148:2,18 150:21 153:7 154:8 155:1 156:15 158:10 159:10 170:11,20 171:2,13 172:8, 10 173:17 174:15 175:17 176:22 182:9,25 185:19, 24 186:1,5,8 187:19 190:2,3 192:5,10 196:12 202:7,10 203:16 208:1 209:2 211:6,17 218:15, 19 219:12 220:15 228:7 229:13 237:11 243:25 244:15

racetracks 25:9

racing 17:12,15, 18 22:23 27:1 28:11 32:20 36:13 37:19 38:15,20 41:6,13 91:11,12 101:20 106:20 108:24 159:12 222:11 229:3 230:9 240:1 244:10 247:20

racing's 241:22

radio 116:23,25 117:2 141:14,17

142:11 146:10 171:7,8,22 172:9 178:14,18 179:12,17 180:21 181:19 183:3,17 184:17 185:2,11, 13 190:20 194:7, 9 196:17,18 197:18,25 198:3, 5,16 205:22 207:20,22 209:12 219:21

radios 141:14 194:5

rain 246:20

raining 82:3 247:1

raise 6:9

raised 19:19

rank 235:25

rankings 139:18

ranks 160:22 161:4 234:3,25 235:1 236:2

rare 225:12

rationale 190:9

rave 18:21

Ray 187:23,24 188:7,18 189:11 190:1,2

Ray's 190:20

Raymond 65:3 74:17 76:13 132:11 148:2 152:23

reached 47:18

react 195:22,23

read 59:8 98:1
104:21 105:22,23
106:6 138:1
224:13,15

read-on 7:22

reads 72:17 76:21
85:6 92:25
106:14 107:21
145:7 157:12
158:9 159:23
163:3 233:24

ready 72:2 118:1
153:12 171:20

realize 80:9
112:10

realized 39:12

reason 35:18,22
43:14 61:1,3
74:22 97:14
103:7,13 132:12
142:4 158:22
170:25 171:12
175:4 180:4
190:1 228:8
238:25

reasonable
119:2,12

reasons 136:8
159:19

recall 12:21,25
14:9 15:3 21:15
29:1 30:4 32:6,8,
14 33:15,24 35:4
40:11 41:21,23
50:17 55:19
56:23 57:2,7,15
61:14 62:1 66:22
67:2,16 68:15,24
69:9,22 72:22
73:6 105:8

110:11,24
115:10,12 135:5
138:21 139:8
140:5,9 142:3
151:10 152:22
153:25 157:1
169:15 172:21,22
173:23 177:14,21
178:13,18,23
179:2,6,16,19,25
186:8,12 188:17,
22 190:11,15,19,
22 191:11,12,19
214:11 217:14
223:22 224:7
227:10,15 228:22
229:1,20 231:14,
22 232:22
233:17,19 234:8,
9 236:5,9 241:3
246:16,18 247:18
248:2,5

recalled 229:3

receipt 55:8

receipts 55:12

receive 33:20
52:17 57:8,12,17,
20 82:21 172:2
173:4 196:13
223:24

received 56:23

receiving 49:23

recess 58:10
59:19 108:14
115:3 152:16
215:23

recipients 232:14

recognize 59:6,
23 67:25 77:23
98:8 143:9,15

recognized 29:25

recognizes 29:23

recollection 12:5
14:14 61:5
111:20,25 112:8
155:19 174:10
180:17 181:21
184:22 227:13
232:17 233:13
234:6 235:9
249:8 251:2
252:4

recommendation
78:24 94:7

recommendation
s 76:23 77:19
78:7,14,16 79:1,
11,12,13 94:20

reconvened
254:24

record 6:7 7:23
8:21 11:14 12:7
18:15 31:17
32:11 58:9,12,24
59:14,15,18,21
66:15 71:9 81:19
104:22 105:23
108:13,16 109:7
115:2,5 143:11
144:19 152:15,18
154:12 169:3
193:8 215:16,22,
25 254:23 256:14

recorded 214:23

red 73:19,23
84:20 93:18 94:8
145:8,17 146:14,
16,22 173:7
188:20 190:7,11,
21,23 191:8
208:12 221:4

223:2,10 228:18,
25 229:5 242:21
243:3 244:25
248:3,19 249:1,9,
14 250:24 251:3
252:4

redirect 82:9

refer 72:9 141:12
145:14

referee 30:17
157:13,18,24
158:3 163:7

reference 73:3
86:17 99:16
112:15 114:16
145:17 154:11
157:17 168:23
232:20

referenced
113:23 192:14

references 75:18

referencing 87:4
115:8 155:22

referred 138:20
139:1 141:21
142:25 232:18

referring 14:4
29:16 32:16
41:24 71:14 72:4
76:7 78:9 96:18
113:8 118:8,11
121:1 142:21
155:15 168:13
204:22 243:23

refers 29:4 32:24
82:11

refresh 111:20,25
112:8

refreshes 155:19

regard 24:17,25
30:21 102:9
150:6 196:22
220:10

registered 84:22
245:20

registrants 84:25

regroup 252:20

regular 214:16
255:17

regulation 105:16

Regulations 98:7,
22 104:20 106:2,
5

Reiman 174:3,11

reimburse 52:5

reimbursed 51:3
52:25 56:8,20

reimbursing
49:17

related 27:4 28:5
45:5,21 50:10
73:19 80:22
163:17 165:10
239:10

relations 22:2

relationship
43:19

release 58:16
60:2 61:11,22
62:13

released 15:25
40:25 163:6

releases 61:8

relevant 162:11

rely 95:12 172:23
204:14

remain 147:18

remaining 253:13

remains 154:20,
24

remark 167:15

remember 13:25
27:23 29:24
142:2 149:11
151:22 173:22
183:18 193:21
198:2 207:20
225:25 231:16
232:23 233:2,15
235:13 246:7

remembering
28:1 225:10

remind 71:4

reminder 10:21

remote 146:23

removed 214:9
219:5

renew 35:16,22

renewed 35:5

rent 88:6

rental 52:9

renumeration
52:17

repaired 94:21

rephrase 65:24

replay 92:11
249:25

report 54:3,11,23
55:6,11 108:19
109:1,3 142:5

157:13 165:22
166:8,13,23
167:1 168:10,12,
16 180:8,25
205:22 232:12

reported 109:8,13

reporter 6:7,15
8:16 9:23 10:24
96:20 255:1,3,7,
10,14,18,21

reporting 108:22
178:23

reports 55:18
157:14 163:6,14

represent 8:3,5,8
43:12 66:10
122:18 232:9

representative
81:23 82:12,15
85:8,17 96:23
97:12

represented 67:9

request 92:11
134:16,17,24
193:15,17 243:4

requests 150:4

require 98:12
172:19 187:21

required 17:23
43:14 54:11
69:19

requirement
34:15

Requirements
157:7

requires 105:4

reschedule 254:7

rescue 184:7

reside 8:23

resource 203:18

respect 42:25
140:4 157:18

respond 205:24
207:22

responded 225:1

responding
177:11 207:23
220:8

response 13:16
38:16 173:5
180:7,17,25
181:20 229:6,7
236:6,10

responsibilities
79:17 80:13 93:4
95:6 99:23
101:23 102:12,16
133:10 185:14

responsibility
31:5 39:19 79:7,8
100:4 102:14,21
176:5,21 194:21

responsible
80:18,24 81:5
94:15 101:10
135:25 140:19
148:1

respool 118:13

restrictions 35:17

restroom 152:13

result 18:7,24
190:11 235:4

resulted 188:20
237:15

results 172:3
191:5

resumed 112:4
114:12 125:2,20
126:1,23 127:10
128:2 129:8,20
130:6 189:6
201:2 202:2,25
206:13 207:2
208:4 212:3,15
214:4 216:17
218:6,22 249:20
250:3,11 251:17

retired 35:25

retransform
87:13

return 145:9

review 11:21,23
12:16,22 13:7,14,
22 14:2 15:7 54:6
58:21 59:12
70:18 71:2,21
97:24 112:16
130:24 192:3
214:12,15 241:8

reviewed 13:1
83:13 115:10
131:9 143:23

reviewing 110:17

reviews 59:16

rewind 206:23

rid 244:17 247:1

ridden 16:24

ride 16:11,19,22
33:3 89:25 104:1

rider 11:24 12:2
13:3,5 17:8 30:15
43:3 73:14 75:7

82:21 83:3 94:23
100:6,22 102:6
103:18,19 104:1
105:10 107:3,18
113:12 115:23,24
122:8 142:9
146:10 150:8
156:18,25 159:15
160:13,15 164:11
165:10 172:4,18
173:6 175:12
180:16 182:13,20
183:8,13,14
188:5 191:3,6
193:1,2,4 198:10
201:6 206:4
219:4 221:3
223:15 225:6,13,
19,21,23 228:24
229:4 230:7
234:14 237:20
238:3 251:4,5,11

rider's 146:3

riders 31:6 39:9
43:7 45:19 62:21
77:5,10,16 79:20
84:14,16 86:1,7
89:24 90:2,5,9
91:8,14 98:17
103:16 104:12,23
105:8,16 107:23
113:17 121:19
138:7 145:25
146:16 148:23
149:15,21 151:2
152:2 156:10
158:21 159:2,9,
14 160:18 164:1
169:16,19
174:14,25 175:8,
14 176:21 183:13
186:16,24 187:4,
10,18 196:11

201:18 203:19
210:2 219:12
222:14 234:22
245:20

riders' 12:6
137:22,23,24
138:18 153:13,
15,16 168:23
176:5

rides 234:17

riding 16:13 18:8
65:22 104:10
149:16 186:18
187:12

rig 8:13 173:12

right-hand 127:2
200:7,21

rights 62:14

ring 141:22
155:12

risk 28:10,14
30:3,9,21 31:10,
25 63:2 222:13

risking 121:19
176:6

Riverside 19:18
20:20 22:23
23:13

road 27:1 247:20

Rob 41:16

rockstar 240:11,
16 243:6

rode 18:3 33:7

Roger 239:23
241:2,13

role 45:22 97:2
100:14 173:23

roll 146:18

room 116:14
133:18 175:18

rotating 127:23

rough 29:5

round 137:13
138:6,13,19
139:8,23 140:1
165:21

rounds 37:11
40:10 138:5,15
139:6 177:4,6

route 77:9,11
79:21

rows 122:5

rule 73:14 103:19

rulebook 11:24
70:17,23 71:3
72:11 73:14
76:20 81:14 85:3
92:22 94:11 97:6,
9 138:1,2,4 161:8
169:20 210:6

rules 103:16
104:3 159:7
210:3 235:3

rumors 239:2,7

run 40:3 75:21
87:3 94:24
152:12 165:24
244:22,23 245:9

running 45:9
76:24 86:19,23
92:13 175:1
243:3 245:12
246:17

ruts 244:18

S

safe 70:8 77:9
122:21 174:14
175:14 176:21
183:14 196:21
203:18

safely 170:20

safer 80:10 136:3

safety 31:6 39:8
119:3 120:10
122:5 128:21
135:19,20 139:1
140:5,18 141:18
142:1 145:16
150:7 153:20
176:5 210:4,5,6
234:11,23
237:20,25 239:10

sake 66:15 69:24
167:16

salt 224:10 233:1
247:22 248:3,11

San 19:23 228:23
229:4

sanction 49:11
103:17

sanctioned 31:5
103:16

sanctioning
29:13,21 42:19,
22 49:5,10 51:14,
17

sanctions 103:22
238:17,19

sanctity 59:3

sand 189:22,23
244:17

sat 187:8

Saturday 46:13
69:6,7 70:10
77:21 78:2
136:13 137:2
143:21 152:21
154:19 156:16
168:22 170:8

scenarios 245:19

scene 127:5
184:8 195:8

schedule 11:25
81:22,24 82:9,23
83:10,13,25 84:1,
5,8,10 91:19
136:16 153:14
154:11,14,17
169:10 210:14,
16,20 227:2
241:21 242:8,18,
20 243:1,9,21
244:1 245:1,13
246:2,15,22
247:8 254:16

scheduled 246:6

scheduling 83:5

school 19:13,17
20:3 23:14,15,19,
23 24:19 25:13,
22 26:10

schools 24:1,13

Schweikert 6:16,
25 7:2,6,9,12,17,
20 8:4,5,19
11:15,20 12:9,12,
14 18:13,18,22
27:16,22 28:2,3
31:9,21 36:23
38:5,23 39:14
41:1,7 42:2 46:3,

20 47:6 49:16
50:8 51:2,20 52:1
53:4,7,9,10,17,22
54:1,5,22 57:5,23
58:5,13,20 59:1,
5,15,22 62:6
63:25 64:7 66:8,
16 67:18,23 71:6,
8,17,19 73:25
75:4 78:13,23
79:15 80:23 81:7,
13 83:1,12,20
88:4,14,19,24
89:4,16 90:19
91:3 96:20,22
98:6,10 103:9
107:12,17 108:5,
17 109:9,12
110:10,23 111:5,
11,16 112:7
113:3 114:15,24
115:6 116:21
117:15 118:7,16
119:8,24 120:8,
18,24 121:3,18
122:2 123:5,11
124:5,15 125:5,
17,23 126:4,7,10,
15,18,19 127:1,
13 128:5 129:3,5,
11,23 130:9,20
131:22 132:18,22
133:3 134:1,21
142:17 143:14,17
144:22,25 145:2
149:5 150:14,18,
19 151:7 152:8,
11,19 157:10,22
158:18 159:21
160:17 161:19,25
162:8,22 163:21
164:17,22 165:5,
7 166:3,10,15,18
167:12,14,20,23

168:5 169:11
171:21 173:18
174:9,20,22
176:1,12,18
177:8 178:17,22
179:10,24 181:10
182:18 183:24
184:5,21 185:7,
18,25 186:22
187:16 188:12,
13,16,25 189:2,9
190:18 194:1,20
195:6,24 196:8
198:17 199:2
200:5,14 201:5
202:8 203:8,13
204:2,13,21
205:3 206:8,19
207:6,13 208:10,
21 209:1,15,21
210:9 211:2,11,
20 212:7,19
213:8,12,17
214:7 215:4,18
216:1,6,10,20
217:16,22 218:2,
9,16,25 219:9,19
220:2,12 221:1,
11,19 222:9,24
223:8 224:20
225:5 226:4,11,
21 227:24
228:16,21 229:14
230:12,16,22
231:21 232:6,8
235:8,19 236:14
237:3,19 238:13
239:22 242:22
243:13 245:17
246:3 247:5,12
248:13,18 249:7,
16,23 250:6,14
251:14,20 252:8,
15,23 253:2,9

Case 8:22-cv-01295-TPB-CPT    Document 318-16    Filed 05/15/25    Page 296 of 305
PageID 15258
JOHN GALLAGHER
82873
March 13, 2025
296
Index: scoping..show

254:3,9,17 255:4,
6,25

**scoping** 135:24

**score** 100:24

**scorers** 100:23

**scoring** 76:4
109:24

**Scott** 8:14

**scramble** 187:4

**Scrapes** 19:5

**scratches** 19:5

**screaming** 6:22

**screen** 113:1
204:1 215:8,10

**season** 24:19
40:7 43:1 44:14,
17,22,25 45:1,2
47:13,15,21
49:20 50:17 51:6
61:13,18 62:5,8
63:17 64:22,25
67:5,15 89:10
131:15,20 133:8
138:5 148:8
160:20 161:11
163:12 172:15,20
173:21,25 174:12
224:11 226:24
231:10,13,15,25
247:23

**Seattle** 254:10

**sec** 215:16

**seconds** 178:4
192:20 207:10,19
211:16,22,23
213:7 250:1
254:1

**section** 13:3
72:14 86:18
92:22 94:11 99:4
104:1,10,21
105:22 106:13
178:24 189:22
233:21 251:13

**sections** 71:1

**seek** 224:2
226:14

**sees** 78:20

**segregated**
196:24

**segways** 94:10

**selected** 36:25
151:2

**semi** 110:9,15
173:11 175:5

**seminar** 28:9,10,
24 30:3 32:1

**seminars** 20:13,
14 21:11 28:15
30:9,12 32:3,7
34:10,12,16
174:8

**send** 44:8 118:19,
23

**sending** 45:3

**sense** 10:6 11:2
27:17 48:7 176:2,
13,15 181:9
214:20

**sentence** 82:11
104:21 105:22
106:14 158:9

**separate** 86:13
140:16 197:5

**sequences**
154:25

**series** 28:19 34:5
68:18,21 227:2
239:21

**serve** 42:14
44:17,20 49:1
73:10

**served** 40:4
243:14

**service** 22:6,11
153:15

**services** 37:7
40:19 44:13 45:5,
12 47:12,19 48:2
49:13 50:10,18
51:22 52:7,12,22

**serving** 36:6,25
38:24 47:24
49:24 173:23
174:11

**session** 74:24
84:14,24 100:15
101:5 102:13
103:8,20 118:2
123:7 125:11
168:24 188:19
193:19 242:5
244:9,25 247:2

**sessions** 74:2,7
75:13 84:17
101:17 102:24
103:14,24,25
117:18 140:20
153:2 245:21
246:19

**set** 63:6 68:14
73:12 75:2,5
108:5 147:1

**sets** 73:16

**setting** 126:12

**seventh** 145:7

**severity** 180:14

**shape** 90:4 247:2

**shaped** 147:21

**share** 11:16
153:11 169:8
180:23

**sharing** 31:1

**shirt** 65:11

**shoot** 25:3
214:17,21

**shop** 22:6

**short** 150:10

**shoulders** 10:23

**shovel** 170:12,24

**show** 13:2 45:9
46:13 53:10
58:13 59:10
63:19 64:2 66:8
67:18 70:15
75:18 76:13 84:2
97:19,22 113:14,
23 114:6 124:8
132:10 133:16
134:5 136:12
137:1 140:16
143:6 166:24
188:3 192:23
193:2,4,9 198:24
199:16 210:4,8,
10 213:9 216:2
232:3 240:8
241:4 243:20
245:5 247:7,25
248:6,7 249:25
252:9

showed 13:15 33:13 131:2,6 137:6 187:8 189:10 193:3 198:24 215:5

showing 13:12 47:8 112:23 116:8 120:6 124:22 193:18 199:23

shown 9:19

shows 116:3 148:9 198:25 199:11 200:21

shrug 10:23

shut 146:12 172:7,10

sic 52:18

side 26:11 80:2 82:8 150:7 206:17 211:8 250:19

side-by-side 170:18

sides 64:5 202:11

sign 43:13 44:16, 19 61:2,11

signature 60:7,23

signatures 60:7,8

signed 60:2,17, 19,20 61:6,8,22 62:3,4,8 157:12

significant 225:16,18,21,22, 25 226:6,10,15 230:6

silly 27:18

similar 61:8 64:24 67:13 68:6 83:23 139:24 160:11 229:6

similarly 80:6 133:21

simple 48:16 228:6

simplify 7:8

simultaneously 7:4

single 9:24 39:6 55:20 61:12,15 73:13 98:13 103:6 156:2 196:13 207:21 231:4 244:25

sir 7:18 54:6

sit 40:18 74:20 179:7 253:7

sits 116:14

sitting 59:14

situation 81:22 94:18 160:11 238:4

situations 62:22 223:18

sixth 23:25

size 32:25

sizes 147:4

skipped 167:12

sky 139:25 140:6 197:14

sleeved 156:14

slow 13:15 15:2,3 27:19 214:9,12,

16,18,19,21 215:6

small 58:24 110:2 114:6 203:25

smaller 32:25

smooth 76:24 86:18,23 87:2,3, 16 245:12

smoothly 78:8 165:24

social 131:12 224:8,11 228:5, 13

soften 156:16

sold 56:4

sole 176:21

somebody's 204:14 231:6

sore 19:3

sort 13:11,15 19:1 24:21 45:4, 21 46:13 69:17 83:22 133:12 148:22 151:25 168:21 172:1 195:7 231:9,10 233:17

sound 82:10 100:8,9,10 111:9

sounds 108:10 183:16

source 107:2,14

south 200:21

southern 26:24

speak 15:13 95:21,22

speaking 7:4 11:7 44:7

specific 61:5 70:12 101:11,15 118:18 136:1,10 137:25 174:10 182:20 191:19 227:13 231:15 235:10

specifically 135:2 229:3 239:19

specifics 191:22

spectator 121:23 147:8

spectators 80:25 81:5 86:13,14 87:19

speculate 88:22 166:13

speed 80:6 214:16

speeds 80:5

spelling 187:25

spend 224:10 226:5

spent 66:24

spinal 182:13,17 220:4,14 221:3, 25 222:5,7,18 223:20 224:6 225:7,13,19 226:15 230:7 238:11

spine 222:1,15

split 128:15

Spoke 11:11

spoken 9:25 11:6

15:24 206:6

**sponsor** 81:9

**sponsors** 80:20

**sport** 43:25 44:9
87:22 89:11,17,
23 90:7,14
121:15 237:21

**Sporting** 106:3

**Sports** 8:11 44:20
51:7,21 52:2,5
53:1 56:8,15,24
57:9,13 60:4,5
65:14,19 66:7
70:6 78:10 155:5

**spot** 136:3 150:10

**spots** 136:1

**Spradlin** 8:7,8
11:14 12:7,11
18:15,19 27:8,10,
14,25 31:15 38:2
39:2 40:21,23
45:24 46:16,25
49:15 50:25 51:9
53:20,23 54:14,
17,20 57:3 58:1,
23 59:2 61:25
63:23 64:4 66:14
71:9 73:21 74:25
79:4 80:15 82:24
83:8,19 88:2,12,
17,21,25 89:12
90:16,24 103:5
109:6,10 110:7,
19 111:7 112:25
116:20 117:11
118:3,14 119:5,
20 120:2,14,21
122:25 124:1
125:13 126:5,9,
11,16 128:22,24
130:18 131:10,18

132:15,21,24
133:19 134:15
142:14 143:10
144:18,24 145:1
148:25 149:18
150:9,17 151:4
152:10,12 157:8,
20 158:16 159:17
160:8 161:17,21
162:5,18 163:20
164:21 165:1,11
166:7,12 167:4,9,
13,16,22 169:2,7
171:16 173:8
175:22 176:8,14,
23 178:16,20
179:8,18 181:3
182:15 183:19
184:24 185:16,22
186:20 187:14
188:15,21,23
190:14 193:24
194:17,24 195:13
196:3 198:12,20
203:5,11,20
204:9,20,25
205:25 207:11
208:19,23 209:4,
19,24 210:24
211:18 213:2,11,
13 214:25 216:5
217:13,20 218:12
219:8,15,24
220:9,17 221:6,
16 222:2,20
223:5 224:18
226:2,8,18
227:17 228:14,20
229:8 230:11,19
231:18 235:5,16
236:12,23 238:2
239:17 242:14
243:10 245:16,24
246:23 247:10

249:4,12 251:8
252:7,19 253:5,
23 254:2,6,11
255:11,12 256:3

**square** 147:21

**stadium** 13:12
65:3 66:1,4
74:13,16,20 75:3
76:7,13 79:21
87:5,11 88:6
91:22 92:8 94:23
100:11,18,19
112:12 113:2
114:19 132:11
134:6,7 135:15
136:25 137:25
148:3,5,11,14,21
152:23 184:11
190:4 200:9,22

**stadium's** 74:14

**stadiums** 76:12
148:9 149:3
156:8

**staff** 93:14 96:2
152:4 155:6,22
159:25 164:12
165:15 169:23
170:4 173:13
175:8,15 177:10
180:3,5 182:5
183:21 188:6
195:22 209:8
242:4,16,19,23

**stage** 238:21

**stairs** 222:6

**stamp** 60:12

**stance** 159:24

**stand** 58:3,8
59:17 108:12
115:2 137:7

152:14 196:21
215:21

**standard** 61:11

**standards** 97:6

**standing** 92:11,
15 114:1 122:9
147:12 199:7
208:8 211:9
217:3 249:14

**standings** 107:23

**stands** 29:10
92:16 121:23

**start** 16:13 17:12
21:20 86:5 104:6
112:1 124:9,10
127:5 135:7
140:23 141:2
146:16 153:2
154:2,23 165:23
210:13 212:11
245:2,8,13 246:5,
17,24 247:7

**started** 6:18
14:23 16:15
17:22 21:11,13
22:21,24 23:3,4,
8,10,15 24:20
25:5 26:6,11,17,
20,23 28:11 35:2
38:18 40:9 48:23
56:18 118:2
143:22 144:1
164:3 165:16
168:24 170:8
202:16 231:24
246:10

**starting** 77:6,7,9
86:3,6 104:6
114:10 147:12
245:4 246:21
248:7

**starts** 25:1,4
  161:11 247:1

**state** 8:3,20

**statement** 87:15
  90:18 105:2
  106:9,18 108:3
  204:4 242:1

**states** 19:21,24
  28:11,19 30:1
  164:10 238:19

**stationed** 74:2,6
  118:1 184:10

**status** 243:6

**Statutes** 106:2

**stay** 77:17 147:24
  150:5 227:21
  241:20 243:9

**stayed** 48:5

**step** 141:16 195:4
  196:25

**Steve** 192:22

**steward** 99:14,16,
  17,20,24

**stick** 113:15
  193:4,7

**stickers** 100:5

**stop** 17:21 93:12,
  15,16 114:9
  179:3,13,20,23
  184:18 189:15
  193:23 194:5
  210:17 220:23
  251:6

**stopped** 17:18
  24:16 36:12
  82:20 158:11
  179:21 194:15
  242:7 251:12

**stops** 159:13
  195:9 196:18

**storage** 110:3

**stories** 91:7,8
  92:1

**straight** 153:7
  167:17

**strapped** 83:3

**street** 16:19

**strictly** 42:21
  97:3,5

**strike** 17:4 34:19
  45:12 57:23
  61:16 65:15
  69:25 97:20
  106:12 151:17
  156:21 160:19
  161:14 163:9
  176:20 181:11
  188:17 193:21
  223:1 231:9
  238:14,17

**strongly** 253:6

**structure** 76:9
  82:8,10 93:9
  147:13

**structures** 82:4
  147:11

**student** 21:5

**stuff** 137:12
  155:16

**stunned** 187:2

**subject** 30:12
  85:24 232:11

**submit** 54:11
  55:5

**submitted** 54:3,

24 55:17 166:19

**submitting**
  166:14

**subsection** 76:20
  81:15 92:25

**subsequently**
  250:24

**substantial** 36:19

**success** 246:10

**suddenly** 24:11
  86:14

**suffered** 220:3,14
  230:7

**suggested** 44:11

**suggesting**
  159:11 234:24

**suggests** 78:25

**suitable** 93:1

**suite** 74:16,18
  76:16 132:11
  140:11

**suites** 76:12

**summer** 25:3
  148:7

**Sunday** 139:15
  156:14 161:15
  162:24

**super** 27:16

**Supercross**
  12:23 25:3,19,21
  26:19,23 28:17
  32:10,19 34:4
  35:24 36:10,13,
  17,20 37:8 38:25
  40:5,20 41:17,22
  42:4,9,12 43:1,4,
  8 44:14 45:6,20,

22 47:20,25
  49:20 50:11 51:6,
  23 52:3,8,13,19,
  23 54:24 56:2,21
  61:9,13,17,18,24
  62:3,16 63:7,17
  64:22,25 65:4,7,
  17,25 66:6,23
  67:1,3,5,12
  68:16,17 69:1
  70:17 72:23 73:4,
  10 74:3 82:16
  86:24 87:22,25
  88:9,16 89:10,17,
  21,23 90:20 92:9
  93:5,17 95:14
  96:3 98:22 99:6,
  21 100:16 104:24
  105:25 106:5,20
  107:6,24 108:18
  109:18 110:4
  111:3 112:20
  115:8 117:9
  120:17 121:14
  122:20 131:15
  133:8 135:13
  139:2 140:4,20
  145:19 148:16
  151:15,22 155:6
  156:4,6,10,20,21
  157:1,3,6,18,24,
  25 158:14 159:25
  160:7,11,15,18,
  19 161:11,13,15,
  16 162:3,12,13,
  23,24 163:11,12
  164:2 165:10
  166:21 167:1
  168:9 171:3
  172:15 173:21,24
  174:7 175:1,21
  186:17 187:9
  188:19 205:19
  219:3 225:7,14,

Case 8:22-cv-01295-TPB-CPT Document 318-16 Filed 05/15/25 Page 300 of 305
PageID 15262

JOHN GALLAGHER
82873

March 13, 2025

300

Index: superstar..terms

17,20 226:16
228:23 230:8
231:16 232:11,18
233:4 236:7
238:5,19 239:12,
21 240:7,12,13
243:18 246:4
247:22 248:10
249:10

**superstar** 240:16

**supervising** 95:9
101:10 102:13

**supplement**
209:17 219:22

**supplemental**
120:12

**supplementary**
98:6,21 104:19
105:16

**support** 109:25

**suppose** 221:7

**supposed** 74:6
183:12 245:23

**supposition**
185:1

**surfer** 168:20

**surprised** 113:10
229:2,9

**Surprisingly**
245:25

**surrounding**
147:3

**suspect** 222:21

**Suzuki** 20:14,17
21:9,11,14,21,25
22:17 23:2,4,6

**Swiss** 51:18

**switch** 140:23
215:17

**Switzerland**
28:23 35:1

**sworn** 8:16

**synopsis** 137:16
164:7 235:23

—————

**T**

—————

**T-S-V-E-T-A-N-O-
V** 96:21

**table** 155:6
230:25

**takes** 88:8 136:14
172:12

**taking** 28:14 31:1
58:4 87:5 122:10
136:9 169:25

**talk** 15:20 38:13
63:5 70:11 80:11
95:1,2 115:22
135:2 136:1,10
137:4,6,9 145:8
152:20 183:5,7
185:4 193:1
197:8,24 204:11,
12 225:3 226:22
228:12 230:8
231:11 253:16

**talked** 30:2 99:15
113:9 143:23
194:4 223:13
227:4 251:4

**talking** 14:1 26:15
30:21 98:5
110:22 112:11
117:4 133:23
141:13 155:16
162:9 180:5

188:6 196:19
206:20 213:6
214:12 217:4
224:9,12 227:18
236:1 241:25

**Tampa** 12:23
42:9,12 51:23
52:3,7,13,18,23
54:24 56:2,21
61:17,23 65:3,7,
25 66:6,23 67:1,
2,12 68:16,25
72:23 73:4 74:3,
21 82:16 84:23
85:12 92:9 93:5,
17 96:3 98:22
100:15 108:18
109:18 112:20
132:12 135:5,13
138:13 139:2
140:4,20 157:18,
25 161:16 162:24
166:21 171:3
175:1 184:7
188:19 226:16,25
228:1,23 230:8

**task** 44:5

**taught** 23:24
31:25 32:6

**tax** 56:25 57:10,
13,18,21

**teacher** 23:14,23,
24 26:16

**teaches** 32:3

**teaching** 22:24
23:5

**team** 24:5 25:13,
17,18,23 26:2,17
102:8 154:4
158:10 163:5,13
169:17,23,24

170:7,10,17
171:1,4,15,23
172:2,15 174:16
177:10 180:22
197:11 205:23
211:16 224:25
229:3,18,19
230:10 233:25

**team's** 236:6

**teams** 157:12
169:22

**technical** 99:17,
20,23

**technology**
20:12,25 22:25
23:5

**telecast** 91:9,11,
24 92:1

**telephone** 9:3
38:9

**television** 18:4
92:8 117:24
155:10,14,20
176:7

**telling** 26:16
128:18 187:9

**tells** 37:18 146:16
197:25 223:11

**tempered** 156:14

**tending** 183:23

**tennis** 27:19

**term** 95:14,15
143:2 162:25

**terminology**
32:11

**terms** 41:18 48:1
75:19 102:12
109:2 169:15

245:23

test 22:6,11
154:16

tested 22:9

testified 7:14
128:25 129:3

testify 11:8

testimony 6:12
32:12 119:19
132:9,25 165:12
179:11,13 180:24
181:4,11,18
187:15 209:5

testing 22:8

textbook 182:10

there'd 35:22
180:4 238:5

thing 7:20 19:6
20:15,16 23:9
25:18 46:13
48:13 91:25
111:24 126:10
135:14 136:5,24
140:21 142:9
153:6 165:22
178:5 189:16
221:22 255:2

things 7:10 25:17
30:22 35:11 55:9
59:11 76:1 77:15
78:6,20 79:11
80:17 89:24
93:12 98:20
102:7 104:11
110:4 112:9
120:6 136:11,15,
16,17,21,24
137:18,19 138:17
144:10 154:5
167:17 197:1

205:9 210:15
231:12 232:9
245:19,23 246:8,
12

things-done
95:12

thinking 137:17
224:24

thought 57:6
77:24 102:15
106:22 107:10
119:10 131:11,12
133:17 139:4
142:18 150:13,18
188:6

thousand 52:16

three-hour 91:11

throw 243:3

throwing 190:11

thrown 93:18
190:23 223:2,11
228:18,25 229:5
250:25

Thursday 135:6

till 24:14 211:23
229:10

Tillman 138:24
194:7 195:16,21
196:21 197:3,6,
13,17,24

Tim 64:16,17
99:17,19 100:22
136:8,9 194:8,12
197:8 248:24,25
249:1,9,14

time 9:10 21:7
22:21 25:4,19,21
27:22 35:1,4

38:15 46:8 48:4
49:2 58:9,11
59:11,13,18,20
60:17,18 66:24
83:6,9 84:5,6,17
91:7,9,10,13,17,
20 95:6 101:8
104:8,18 108:12,
15 111:23 115:2,
4 118:1 130:16
131:9,20 150:14
151:13 152:15,
17,22 154:19
162:10,11 163:24
165:24 178:14,25
180:19,22 193:9
195:5 196:14
198:16 210:4,8,
11,12,18,19
213:7 215:12,21,
24 221:23 222:11
224:7,8,10 226:5,
16 229:20 242:9,
18,20 243:1,22
244:5,9,11,13,15,
19,22,25 245:5
246:2,6,10,21,25
252:13 253:3,13,
24 254:12,16,18,
21,24 255:6,25
256:3,13

timed 103:24,25
104:4

timeframe 48:23

timeline 135:17
240:23 242:3

timelines 35:11

timer 104:5

times 14:20 18:12
56:18 66:24 91:6,
20 149:9 154:20

167:24 219:11

timing 76:4
104:4,8 109:24

tire 149:23

title 34:1 60:11
71:15 94:4
145:16 155:7

titles 156:3

to-do 168:22

today 7:8 10:15
11:8 15:10 34:20
40:18 53:18
179:7 220:3,13
252:20 253:7
255:5

Todd 233:10

toe 19:4,11

toes 158:24

told 33:14 37:7
99:14 107:8
133:5 194:5
202:15 237:4

tomorrow 254:8

top 106:21 147:14
155:5 189:23
233:4 234:16

topic 97:17

topics 70:14 79:7
136:10 137:24
138:3

topple 198:11

torso 218:18
219:14

total 56:21 84:15
213:7

tours 26:20

**tower** 74:10,12,14
75:24 76:1,5,6,8
92:10,14 100:18,
19,24 101:2
114:1,7 177:17,
18 193:15 203:4
206:18

**town** 22:25

**track** 13:12 16:24
27:2 70:8 75:9
82:3 83:4 84:14
87:7 90:9 91:18,
19 104:3,8 117:3
119:16 121:22
130:12 135:16
136:23,25 144:12
147:24 149:15,
17,25 151:3,11
152:2 153:4,18,
19 154:8 156:15
159:12 170:14
172:3 178:25
181:15 182:14
184:12 186:17,19
194:18,22 195:4
199:4 201:18
203:18 205:22
206:5 208:11
211:23 212:1
213:1,5 214:9
217:24 219:5
221:21 223:23
238:9 241:20
243:8,24 244:12,
16,22 245:6,9
246:16 247:2
250:20 251:25

**tracks** 148:10

**trade** 203:9

**traffic** 79:22,25
80:2

**trailer** 109:17,23

**train** 86:5 150:13

**trained** 196:1
222:3

**training** 34:9,10

**trains** 23:20

**trampled** 24:10

**transcribe** 10:25

**transcribing** 9:24

**transcript** 18:20
255:5,22

**transcripts** 15:8

**transforming**
87:7

**translated** 143:4

**translation** 29:5

**transmitted** 166:5
168:14,17

**transporting**
184:14

**trapezoid** 147:22

**travel** 35:1,17,23
232:1

**trick** 57:6

**trigger** 239:5

**triple** 145:21,23
146:7 150:3
178:1

**triples** 146:20

**trips** 35:13

**Troy** 229:19

**truck** 113:14
133:24 134:6
142:6,7 193:2,3,

4,11

**true** 42:25 105:2
106:9,18 108:2
132:13 179:14
186:21 199:22
222:22

**trusted** 205:13

**truth** 6:13 7:14

**truthful** 37:25

**Tsvetanov** 96:9,
18,21 99:15

**tuck** 65:11

**tuff** 75:8 93:10
141:6 147:2,14,
16,17,20,21,23
208:13 251:24

**tune** 90:20 91:1

**tunnel** 223:24

**turn** 111:7 126:5
161:10 163:5
189:25

**turned** 128:13

**TV** 75:22 76:2
78:4,5 80:19
87:18 92:4,5,6,10
110:12,17,20,22
113:14,16,21
115:21 116:17
117:1,3,10 118:5,
10,18,22 123:21
124:3,6 128:19
129:1 132:20
133:15,18,20,24
134:5,6 136:4
140:16 155:16,
23,25 245:13
246:6,10,22
247:7

**Twelve-hundred**
48:24 50:20

**two-stroke** 33:5,6

**two-year** 35:12

**Tyler** 229:15

**type** 33:2 143:1
147:23 168:12
225:17

**typed** 12:11

**types** 30:9

**typical** 155:1
198:7,11 199:1

**typically** 146:20
151:18,25 154:20
186:17 225:25
226:5

---

**U**

**U.S.** 34:5

**uh-huh** 10:23

**uh-uh** 10:23

**ultimate** 78:25
245:4,11

**ultimately** 184:12

**unacceptable**
93:2

**uncommon** 180:3
186:24 187:22
238:4 247:4

**unconscious**
223:15

**undergo** 34:9

**underlined** 60:11

**underneath**
219:13 233:24

**understand** 10:9
16:2 27:21 28:14
41:17 62:11
71:23 79:16
89:15 94:12
135:12 136:16
151:17 153:1
181:14 194:7
198:14 200:10
220:3,5 221:2
222:13 253:9

**understanding**
13:19 36:24
40:19 56:14
60:16 62:16
68:10 74:5
107:13 117:8
132:8 140:14,18
165:8 194:10
196:9 221:24

**understood** 9:21,
22 10:12 43:25
84:21 159:22

**unfamiliar** 21:2

**unfold** 217:11

**unforeseen** 81:22

**unfortunate**
211:1 238:1

**uniform** 65:11
66:11,22,25 67:4,
7,10,11,16 68:3,
6,11,15,25 69:17

**uniforms** 66:23
67:8,14 68:19
69:5

**unique** 24:3
136:24 147:16,23
148:12

**unit** 175:5,7

**United** 28:11,19
30:1 164:9
238:19

**unnecessary**
47:2 100:25

**unpack** 114:8

**unsafe** 94:18

**untimed** 100:21
242:5

**unused** 244:9

**unusual** 217:18

**up-and-comers**
139:16

**update** 28:24

**uploading** 234:19

**uploads** 234:18

**upper** 60:12
124:17,19 200:7,
21

**upright** 216:23
217:8

**upstairs** 139:23
153:22

**useless** 201:10
202:7

**utilize** 76:17
110:1 143:4
210:18

**utilizing** 76:11
84:6

---

**V**

---

**valid** 43:9 104:25
105:17

**variety** 63:12 78:6
93:11 98:18

102:7 223:17

**vary** 245:1

**vehicle** 170:19

**vehicles** 109:25

**venue** 163:4

**verbal** 45:8 50:14

**verbalize** 11:1

**verbally** 10:21

**verify** 140:24
153:19 170:2

**version** 20:16
143:11 214:19

**versus** 71:23

**vetted** 156:10

**vey** 89:23

**vice-versa** 138:16

**video** 12:22 13:6,
18,20,23 14:2,4,
6,7,9,25 18:20
75:12,15 110:6,8
114:23,25 119:3,
18,22 121:8
123:6,7 131:1
134:25 178:3
188:3 189:10
190:10,16 192:1,
6,9,24 198:24
199:17,23 203:15
206:10 212:11
213:4,9,18,20
214:20 215:5,7,
17 216:2 218:3,
11 219:6,17
247:25 248:7
251:5,22 255:24

**video's** 218:13

**videos** 12:25

13:7,9,10,15
125:15 186:10,13
187:8

**view** 13:12 79:10
80:19 91:25
130:12 208:18

**viewable** 120:7

**virtual** 252:22

**Vital** 110:24 111:2

**voice** 111:18
115:14,15,17

**volunteers**
204:23 205:2

---

**W**

---

**W-2** 57:12,15,17

**wage** 50:4

**waiting** 10:1
59:14

**Waiver** 58:16

**walk** 135:14,20
136:23 193:11

**walking** 208:16
218:19 219:1

**wanted** 6:18 22:5
28:12 43:25 44:7
46:10 55:10
70:14 79:20
92:21 145:5
154:18 166:16
228:12 242:4,7

**watch** 90:20
91:21 195:22
249:17

**watched** 139:22
190:10 213:21

watching 90:5
103:2 119:3,18
177:20 217:10

wave 195:5,16
196:20 249:9

waved 182:7
249:1

waving 127:21
128:11 178:2,3,5
193:23 194:5,16
195:9,10 196:10
202:16 207:8
248:19

ways 245:1

wear 68:4 69:4,19

wearing 65:6,12
68:15,24 69:3,8,
18 217:7

weather 165:24

web 251:12

webs 251:23

Wednesday
87:10

weeds 70:13

week 87:10
167:18 224:5
228:22 229:5

weekend 28:23
135:4,9 227:7
254:14

weeks 253:4

west 26:19 138:9,
10,14,17

whatnot 92:2

wheel 159:3

whichever 107:2

Whipple 139:7

white 63:21 66:14
143:12

why's 62:19

wider 128:10
130:11

wild 14:17 42:5
139:10

Williams 184:10

wind 93:11
186:25

witnessed 237:4

witnessing
186:12

won 240:8

word 9:24 37:5
78:24 144:10

worded 144:10

words 165:15

wore 67:4 69:9

work 22:1,6,13
23:7 35:19 65:3
77:22,24 80:16
94:2 141:15
148:11 156:3
176:24 205:4
235:22

worked 22:8 23:2
26:8 44:2 64:18
137:15 157:2
158:23 242:19,24
243:17,22 247:19

working 21:6,10,
13,21 22:20,21
23:4,12 26:11,23
52:3 56:18 87:19
141:1 144:2

153:4 154:1
174:14,24

works 58:1 73:1
155:22 196:17
253:3 254:18

world 31:1,2
43:10 104:24
105:1,18 106:1,6
107:24 238:21
243:6

worn 68:11

Worried 150:14

wow 24:3 77:24
200:25

wrap 150:12,16

wrapped 175:10

wristband 66:3

wristbands 66:6

writes 106:23
241:19

writing 46:21
47:3

written 169:20
227:3

wrong 53:4 88:19
139:5 166:10
174:7 175:11
211:19 212:23

wrote 56:11
144:3,8 243:12

Wurx 148:4,7
170:23

X

x-ray 175:9

Y

year 19:15 21:15
22:4 28:9 56:25
57:10,14,18,21
67:17 99:21
139:19 148:6
235:24

yearly 63:13

years 28:24 34:23
35:8 40:2,5,13,15
47:17 50:22
97:10 141:24
144:6 177:6
227:18,19 239:20
246:8

yellow 25:24
26:15 127:3,21
128:11 135:25
177:24 178:5,9
181:24 186:6
193:22,23 195:15
201:8,20 206:17
207:8,16 220:16

yellows 201:22

young 230:7

younger 156:21

youngest 156:25

Youtube 14:4,7
15:1

Z

zone 200:22

zoom 66:10 111:8
124:18 126:6,9
200:18,20 203:6
233:2,5,16
252:20 253:8

254:4,24

**zoomed** 127:20,
24 128:11,14,17
213:24