# MEDICAL EMERGENCY ACTION PLAN

 **The Medic Rig, LLC.,** operator of the Alpinestars Mobile Medical Unit (AMMU), has established a comprehensive plan for handling significant and unexpected situations on the track and in pit areas. Our action plan is multi-dimensional and intended to reduce confusion regarding Authority and Responsibility, prevent fatalities, reduce injuries, protect the racing community, and accelerate the resumption of normal operations at the event. The following provides our 2020 Alpinestars Mobile Medical Unit (AMMU) Emergency Action Plan.

## Medical Personnel and Availability

The AMMU is staffed by a rotating team of professionals. The On-track medical presence includes:
- Chief Medical Officer (CMO) - Board Certified Emergency Medicine Physician and/or Board Certified Orthopedic Surgeon
- Physician 2 - Board Certified Physician
- Certified Athletic Trainer
- Trackside Support
- Volunteers (2 to 10) event driven
- Ambulance Paramedic EMT Personnel

The **AMMU Chief Medical Officer (CMO)** is responsible for crew performance, conducting the race meeting, staff track assignments and positions, communication at all incidents, transport requirements with local contract ambulance services, evaluation of injuries, and communication with AMA officials, track promoters and Race Control Center. The CMO or senior medic assumes control of the incident and directs the available staff in following the Standard of Care in managing acute injuries determined by the incident.

The AMMU facility is open throughout the event, staffed by at least one Registered Nurse, whose responsibilities include triage, patient care, medical documentation, and radio coordination.

## Trackside Assets

In the event of an on-track incident, we have the following equipment available in addition to the Medical Trailer. The vehicles and equipment are positioned and equipped to allow up to 4 patients to be transported simultaneously off the racing surface. The additional proximity of the local ambulance service and the AMMU facility would allow the ability to clear the area quickly.

1 | Page
Rev: 10/19


EXHIBIT 11
DEPONENT NAME: Dr Bodnar
DATE: 8/15/24

Bodnar00210

**MEDICAL EMERGENCY ACTION PLAN**

### Trackside Assets (continued)

- 2-Medical Mules (Extrication & Urgent Care Medical Supplies)
- 1-Medical Mule (Small)
- Rolling Floor Gurney's Ambulance Owned & Provided (2)

### Training and Readiness

Each race day, a Mandatory Medical Meeting is held by the CMO to brief the medical team, including our crew and the local contracted ambulance personnel assigned to the event. This ensures proper communication of the AMMU procedures and requirements and EMS (Emergency Medical Services) protocols. Location of a landing zone for an air ambulance will be designated. The combined team works under the direction of the CMO and will be distributed around the venue to best provide rapid medical access to injuries and transport.

As a part of this meeting we will include a discussion of Respect to Privacy and Medical Standards of Conduct especially as they apply to any Emergency Action Protocols and Homeland Security Disaster Management.

### The AMMU/Feld Master Service Agreement

*The Medic Rig, LLC shall provide all necessary staffing and equipment to operate a basic mobile medical facility at each event during the Monster Energy Supercross & Monster Energy Cup event. .... shall be present and ready to provide professional services for all on-track activities at each event during the Supercross season, including practice.*

As documented in our Master Service Agreement, the AMMU's responsibility is to provide basic medical services to the staff, crew, and riders associated with these events, however, our expertise is targeted to ON-TRACK situations and preparation. We also address potential issues that would fall into a gray area of responsibility, such as an occurrence in the Pit and/or Paddock area.

### Trackside Inter-Dependence

**Red Flag -** A Red Flag can be called by the AMA Race Director, the AMMU Chief Medical Officer or other Track Marshalls and AMA Officials in communication with the Race Director. AMA's Race Director has the final decision for the Red Flag. Consideration is given for injured riders who are unable to be removed from the track either by themselves or by track staff due to severity of injury, location

2 | Page
Rev: 10/19

on the track, as well as danger to the other riders on the track. If it is felt that there is danger to track officials, medical staff, track workers, team staff or spectators a Red Flag will be called.

**Medical Crew & Rider Security -** Designated Feld crew members are assigned to the track to manage track equipment including Tuff Blocks, track markers and signage. They are also assigned to provide a safe area for the medical staff to work on an injured rider. Communication is maintained and monitored through radio with Track Safety Supervisor who has overview of the entire track.

**Communication -** The CMO, medical staff and the AMMU maintain constant communication by radio with the AMA staff, Marshals, Race Director and AMA trailer. Additional communication; on track, in person or as directed by radio contact with the Feld Management and Show Office, is maintained throughout the event.

FIM communication codes are used with two-way radios by the medical staff and AMA marshal to designate the exact track location and degree of medical injury that occurred. The specific codes are documented in the FIM Medical Code Book. This is communicated to the AMA officials, staff and medical crew only. Additional communication to Feld management is via the AMA officials.

A Red Flag designation requires cessation of all race activities and the direction of any additional staff is via radio by the CMO and Race Director

### AMMU Patient Evaluation Process

No two incidents are the same, and our normal process is only a representation of our protocol. Each element of our planning is created with adaption in mind. Patients will be evaluated in several possible areas.

- In the event of an accident, riders on the race track will be evaluated by the First Responders located throughout the race track. This may include the Chief Medical Officer (CMO) physician, staff physicians, Certified Athletic Trainers, Paramedics, EMTs or other designated AMMU members.
- The rider may also be evaluated by the staff of the local contracted ambulance service under management of the AMMU CMO.
  - If a rider does not need additional medical assistance, the rider is allowed to return to racing.

**MEDICAL EMERGENCY ACTION PLAN**

- o If further medical care is required, the rider will be transported in the appropriate manner to either the AMMU, or directly to the local contracted ambulance for hospital management or higher level of care as decided by the Chief Medical Officer.
- Riders or other patients evaluated in the AMMU may require further medical care beyond the scope of the AMMU and at such time will be transferred to the care of the local contracted vehicle or air ambulance service for transport to the appropriate medical facility. Any patient referred for ambulance transport will have further care assumed by the local contracted ambulance, with their official protocols in place, and care will at that time be relinquished by the AMMU CMO.
- In rare circumstances, a physician with the AMMU may accompany a patient to the hospital with the local contracted ambulance service.

## Emergency Scenarios

### Multiple rider incident with injuries

The AMMU, directed by the CMO, has established procedures and a process to summon medical assets. The team is represented by 7 to 10 trackside crew members, including Physicians, Nurses, Paramedic/EMTs, and First Responders from the AMMU, as well as the local contracted ambulance team members.

FIM Medical Communication Codes are transmitted through two-way radio by the medical staff and AMA marshal to designate the exact track location and degree of medical injury that occurred. This is communicated to the AMA officials, staff, and medical crew only. Additional communication to Feld management is via the AMA officials.

A Red Flag designation requires cessation of all race activities and the direction of any additional staff is via radio by the CMO and Race Director. Feld Track personnel will direct and maintain security and safety of the incident locations.

On track triage will establish the priority of patients and offer immediate care as required for safe transport.

If required, radio communication will be used to advise Ambulance Services of a need for additional assets. The locally contracted ambulance will transport patient immediately to a local Level 1 trauma center or other appropriate medical facility via the best available means including air ambulance, as determined by the CMO.

**MEDICAL EMERGENCY ACTION PLAN**

### Critical Incident

The AMMU CMO is engaged in each incident and it will be his determination regarding medical condition. AMMU crew members upon receiving the emergency medical alert, will rush to the scene – position themselves as best to attend the patient, as well as protect the riders' privacy. This is also an example of the subtleties of our event training and the thoroughness of the pre-event coordination meeting.

The determination of the CMO will drive the protocol in the same manner as identified above for a Multiple Rider Incident or any incident.

### Spectator involved Racing incident (on track)

In the event a spectator inadvertently enters the track and becomes involved in an incident the AMMU would respond as First Responders, however, medical treatment and control will be transferred to the local ambulance service or Stadium Medical Services.

### Spectator involved incident (in pit / paddock)

Spectators injured in the Pit area are not covered by our Master Service agreement, which specifies: provide professional medical services for all on-track activities at each event during the Supercross season, including practice. In addition, our insurance is based on our charter to provide services to riders, crew members, and staff. The AMMU obligation is to provide the uninterrupted medical oversight for the event. Local Ambulance services would assume responsibility.

### Explosion, Fire, Burn Injuries in Pit/Paddock

Should an incident occur in the Pit or paddock area that involves Riders, Staff or Crew; the level of severity would dictate management. Our Physicians would respond as in any declared emergency until we are released. Local Ambulance Services would assume responsibility and transfer.

Spectators injured in the Pit area are not covered by our Master Service agreement, which specifies: provide professional medical services for all on-track activities at each event during the Supercross season, including practice. In addition, our insurance is based on our charter to provide services to riders, crew members and staff. The AMMU obligation is to provide the uninterrupted medical oversight for the event.

# MEDICAL EMERGENCY ACTION PLAN

## Incident involving Monster Energy "entertainment" programs.

Often during Pit Party activities at Supercross Venues there will be entertainment such as Free Style Demos, Monster Trucks, Motorcycle Exhibits, etc.

Due to our insurance certificates and Master Service Agreement, we must defer to the Local Ambulance Service and Feld personnel.

# MEDICAL EMERGENCY ACTION PLAN

## ATTACHMENT I
## EVENT STAFFING CONTACT

|  | 2-way Radio Communication | Cell Phone |
|---|---|---|
| Tom Carson |  | ▓▓▓ |
|  |  |  |
| John A. Bodnar, MD | X | ▓▓▓ |
| Christopher Alexander, MC | X | ▓▓▓ |
| Paul R. Reiman, MD | X | ▓▓▓ |
|  |  |  |
| Second Physician | X |  |
|  |  |  |
| Certified Athletic Trainer | X |  |
|  |  |  |
| Registered Nurse | X |  |
|  |  |  |
| Trackside Support | X |  |
|  |  |  |
| Volunteers | X |  |
|  |  |  |
| Local Ambulance | X |  |
|  |  |  |
| Local Hospital |  | Available at AMMU |