

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION



BRIAN MOREAU,

      Plaintiff,

Vs.                Case No. 8:22-CV-01295-TPB-CPT

FELD MOTOR SPORTS, INC., et al.

      Defendants.

VIDEOTAPED DEPOSITION OF

JEFFREY CANFIELD

TAKEN ON

MONDAY, MARCH 31, 2025

10:29 A.M.

AMERICAN MOTORCYCLIST ASSOCIATION

13515 YARMOUTH DRIVE

PICKERINGTON, OHIO 43147



(800) 528-3335    NAEGELI DEPOSITION & TRIAL   Established 1980   NAEGELIUSA.COM

Page 2

```
 1              APPEARANCES
 2
 3  Appearing on behalf of the Plaintiff:
 4  MARK SCHWEIKERT, ESQUIRE
 5  Schweikert Law
 6  111 Brickell Avenue, Suite 1550
 7  Miami, Florida  33131
 8  (305) 926-9452
 9  mark@schweikertlaw.com
10
11  Appearing on behalf of the Defendant Feld Motor
12  Sports:
13  DAVID L. GORDON, ESQUIRE
14  Buchanan Ingersoll and Rooney PC
15  700 Alexander Park, Suite 300
16  Princeton, New Jersey  08540
17  (609) 987-6800
18  David.gordon@bipc.com
19
20
21
22
23
24
25
```

Page 3

```
 1         APPEARANCES CONTINUED
 2
 3  Appearing on behalf of the Defendant American
 4  Motorcyclist Association:
 5  CAROLINE SPRADLIN, ESQUIRE
 6  Phelps Dunbar LLP
 7  100 South Ashley Drive, Suite 200
 8  Tampa, Florida  33602
 9  (813) 472-7550
10  Caroline.spradlin@phelps.com
11
12  Appearing on behalf of the Defendants John Bodnar,
13  M.D. and James Kennedye, M.D., Amy Metiva, and Scott
14  Coombs:
15  BETHANY W. NDUKA, ESQUIRE (via Zoom)
16  Pearson Doyle Mohre and Pastis LLP
17  901 North Lake Destiny Road, Suite 305
18  Maitland, Florida  32751
19  (407) 647-0090
20  b.nduka@pdmplaw.com
21
22  ALSO PRESENT:
23  Mark Nilson, Naegeli Technician
24  Alexia (Lexy) Khella, Esquire, General Counsel for
25  Feld Entertainment
```

Page 4

```
 1              EXAMINATION INDEX
 2                                              PAGE
 3  EXAMINATION BY MR. SCHWEIKERT            8
 4  EXAMINATION BY MR. GORDON              194
 5  EXAMINATION BY MS. SPRADLIN            196
 6  FURTHER EXAMINATION BY MR. SCHWEIKERT  198
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
```

Page 5

```
 1              EXHIBIT INDEX
 2  EXHIBIT NO.                                PAGE
 3   177   COURSE                             105
 4   178   PHOTO                             111
 5   179   CREDENTIAL TERMS AND CONDITIONS   115
 6   180   ADULT RELEASE AND WAIVER          116
 7   181   EXPENSE REPORT                    123
 8   182   WAIVER                            126
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 6**

```
 1              VIDEOTAPED DEPOSITION OF
 2                  JEFFREY CANFIELD
 3                      TAKEN ON
 4            MONDAY, MARCH 31, 2025
 5                    10:29 A.M.
 6
 7         THE VIDEOGRAPHER:  We are now on the
 8  record.  The time is 10:29 a.m. and the date is
 9  March 31, 2025.
10         This is the beginning of the deposition of
11  Jeff Canfield.  The case caption is Brian Moreau vs.
12  Feld Motor Sports, Inc., et al.
13         Will counsel please introduce yourselves
14  and who you represent?
15         MR. SCHWEIKERT:  Good morning.  Mark
16  Schweikert for plaintiff Brian Moreau.
17         MS. SPRADLIN:  Good morning.  Caroline
18  Spradlin for defendant American Motorcyclist
19  Association.
20         MR. GORDON:  David Gordon and Lexy Khella
21  for defendant Feld Motor Sports.
22         MS. NDUKA:  Bethany Nduka on behalf of
23  defendants Dr. John Bodnar, Dr. James Kennedye, Amy
24  Metiva, and Scott Coombs.
25         THE VIDEOGRAPHER:  Our court reporter has
```

**Page 7**

```
 1  a statement to make, and then we'll swear in the
 2  witness and then we may continue.
 3         THE REPORTER:  I'm your court reporter
 4  today.  I just have a quick statement to make for
 5  the record.
 6         I would like everyone to please speak
 7  loudly, slowly, and clearly so I can make an
 8  accurate transcript today.  Please do not talk over
 9  one another because I can only report one person at
10  a time.  I'll be administering an affirmation for
11  any testimony given.  I would like to stipulate for
12  the record that the remote affirmation and the
13  remote testimony will be administered and reported
14  by a professional digital reporter.  The testimony
15  will be transcribed and certified.
16         Mr. Schweikert, do you agree to move
17  forward?
18         MR. SCHWEIKERT:  Yes.
19         THE REPORTER:  Ms. Spradlin?
20         MS. SPRADLIN:  Spradlin.
21         THE REPORTER:  Ms. Spradlin, do you agree
22  to move forward?
23         MS. SPRADLIN:  Yes.
24         THE REPORTER:  Mr. Gordon, do you agree to
25  move forward?
```

**Page 8**

```
 1         MR. GORDON:  Yes.
 2         THE REPORTER:  Ms. Khella, do you agree to
 3  move forward?
 4         COUNSEL:  She's with Mr. Gordon.
 5         MR. GORDON:  She's good.  I speak for her.
 6         THE REPORTER:  Ms. Nduka, do you agree to
 7  move forward?
 8         MS. NDUKA:  Yes.
 9         THE REPORTER:  Okay.  Mr. Canfield, please
10  raise your right hand?
11         Do you affirm under penalty of perjury
12  that the testimony you are about to give will be the
13  truth, the whole truth, and nothing but the truth?
14         THE WITNESS:  I do.
15         THE REPORTER:  Thank you.
16         You may proceed.
17  JEFFREY CANFIELD, having been first duly affirmed to
18  tell the truth, was examined, and testified as
19  follows:
20  EXAMINATION
21  BY MR. SCHWEIKERT:
22     Q.   Good morning, sir.
23     A.   Good morning.
24     Q.   Could you please state your full legal
25  name for the record?
```

**Page 9**

```
 1     A.   Jeffrey Thomas Canfield.
 2     Q.   Okay.  And are you currently employed?
 3     A.   Yes.
 4     Q.   And where are you employed?
 5     A.   American Motorcyclist Association.
 6     Q.   And what is your position with the
 7  American Motorcyclist Association?
 8     A.   I am a racing manager.
 9     Q.   And if we refer to the AMA today can we
10  have an understanding that is the American
11  Motorcyclist Association?
12     A.   Yes.  Yes, sir.
13     Q.   Okay.  How long have you been a racing
14  manager with the AMA?
15     A.   I was hired in January of 2023.
16     Q.   And what does a racing manager do?
17     A.   Currently, I manage the day-to-day
18  operations, like the Supercross side of racing.  I
19  work with the promoters for both Motocross and
20  Supercross.
21     Q.   Okay.  Have you ever had your deposition
22  taken before?
23     A.   No.
24     Q.   And the court reporter was kind enough to
25  give you some guidelines.  Let's do our best not to
```

Page 10

1  talk over each other.  I'm going to ask you a lot of
2  questions today.  It's important that you understand
3  them so you can answer them truthfully and to the
4  best of your ability.  If I ask you a question that
5  you don't understand, please let me know.  Okay?
6      A.   Okay.
7      Q.   If you do answer my questions I'm going to
8  assume that you understood.
9           Is that fair?
10     A.   Yes.
11     Q.   All right.  Now, some of my questions you
12 might anticipate what I'm about to say but just for
13 purposes of the record if you could please let me
14 finish before answering, I'd appreciate that.  And
15 to the extent you intend to say yes or no, please
16 give a verbal answer as opposed to shaking or
17 nodding your head.
18          Does that make sense?
19     A.   Yes.
20     Q.   Okay.  And if you need a break at any time
21 I'm happy to accommodate you.  I would just ask that
22 we not break while a question is pending.
23          Is that fair?
24     A.   Yes.
25     Q.   Okay.  Have you ever been a plaintiff or a

Page 11

1  defendant in a lawsuit?
2      A.   No.
3      Q.   And without telling me any discussions you
4  may have had with your counsel, did you do anything
5  to prepare for your deposition today?
6      A.   Just met with my counsel.
7      Q.   And is that Ms. Spradlin?
8      A.   Yes, sir.
9      Q.   Okay.  Did you meet with anybody else?
10     A.   Mr. Hooker.
11     Q.   Anyone else?
12     A.   No.
13     Q.   Did you review any documents?
14     A.   Yes.
15     Q.   What did you review?
16     A.   We reviewed a few documents.  One was the
17 rider's briefing notes.  One was the radio sign-out
18 sheet.  One was the flag responsibilities.  Or
19 duties, excuse me.  The other was a check -- not a
20 checklist but what we do on Friday, Saturday, and I
21 also looked at the 2020 Supercross Rulebook and the
22 FIM Medical Code.
23     Q.   And what in the FIM Medical Code did you
24 look at, if you recall?
25     A.   As I recall it was the duties of the CMO,

Page 12

1  chief medical officer, and the section as it
2  pertained to codes.  Radio codes.
3      Q.   Are those the 0123 radio codes?
4      A.   Yes.
5      Q.   And were you familiar with those codes
6  before you saw them in the FIM Medical Code?
7      A.   Yes.
8      Q.   Okay.  Did you attend the Tampa Supercross
9  in February of 2020?
10     A.   Yes.
11     Q.   Did those response -- strike that.
12          Did those radio codes apply to that event?
13          MS. SPRADLIN:  Object to the form.
14          THE WITNESS:  I believe they did.  Yes.
15          MR. GORDON:  Just for the record we've had
16 a prior agreement that one objection -- form is an
17 objection to all so we don't have to continually
18 interrupt the witness.  I know Mark, you'll agree
19 with that.
20          MR. SCHWEIKERT:  I do.
21          MS. SPRADLIN:  Great.
22          MR. GORDON:  So that makes things a little
23 bit smoother today.  Thank you.
24 BY MR. SCHWEIKERT:
25     Q.   Do you know if the radio codes that you

Page 13

1  reviewed in the FIM Medical Code were used in
2  connection with the 2020 Supercross event in Tampa?
3      A.   Yes.  I believe they were.
4      Q.   Okay.  Any other documents that you
5  reviewed?
6      A.   Documents?  No.
7      Q.   Do you know what a deposition transcript
8  is?
9      A.   Yes.  Yes.
10     Q.   Did you happen to read any deposition
11 transcripts?
12     A.   No.  I did not.
13     Q.   And what is your understanding of the
14 lawsuit in which you are being deposed today?
15          MS. SPRADLIN:  And I'm just going to
16 caution you, anything that you have an independent
17 understanding of but anything that you've discussed
18 with Mr. Hooker or myself, as he said, we're not
19 getting into anything that is protected by the
20 attorney-client privilege.  So just with that
21 caution please feel free to answer.
22          THE WITNESS:  Yep.  It is my understanding
23 that the lawsuit is based on the injuries that were
24 sustained to Mr. Moreau in February of 2020.
25 BY MR. SCHWEIKERT:

Page 14

1      Q.    Did you happen to review any pictures of
2  Brian Moreau on February 15, 2020?
3      A.    No.
4      Q.    Did you happen to review any videos?
5      A.    On which date?
6      Q.    From -- do you understand the general
7  nature of Mr. Moreau's allegations in this case?
8      A.    No.  I'm not familiar.
9      Q.    Are you aware that Mr. Moreau has alleged
10 that he received substandard medical care in
11 response to his crash during the free practices at
12 the 2020 Tampa Supercross?
13           MR. GORDON:  I'm just going to object to
14 form.  Aware from a source other than his counsel.
15           MR. SCHWEIKERT:  Sure.
16           THE WITNESS:  No.  Just from my counsel.
17 BY MR. SCHWEIKERT:
18     Q.    All right.  Are you generally aware that
19 other allegations of Mr. Moreau are that he believes
20 the race officials should have thrown the red flag
21 after he had crashed during the free practicing?
22     A.    I'm not --
23           MR. GORDON:  Object to the form.
24           Go ahead.
25           THE WITNESS:  I was not aware of that.

Page 15

1           MS. SPRADLIN:  And I think as just a point
2  of clarification, you asked if he had reviewed any
3  pictures on February 15, 2020.  That may be where
4  some of the confusion was coming from.  Just --
5  BY MR. SCHWEIKERT:
6      Q.    Are you aware generally that Brian crashed
7  during the free practices on February 15, 2020, and
8  yellow flags were thrown and he was subsequently
9  removed from the track by the medical team?
10           MR. GORDON:  Object to the form.
11           THE WITNESS:  Yes.
12 BY MR. SCHWEIKERT:
13     Q.    Okay.  Have you seen any pictures of that
14 removal?
15     A.    Just what counsel has shown me.
16     Q.    And that was in connection with preparing
17 to testify today?
18     A.    Yes.
19     Q.    Before that had you seen any pictures?
20     A.    No.
21     Q.    Did you speak with anyone other than your
22 attorney in connection with preparing to testify?
23     A.    No.
24     Q.    Did you speak with John Gallagher?
25     A.    No.

Page 16

1      Q.    Mike Pelletier?
2      A.    No.
3      Q.    Why not?
4           MS. SPRADLIN:  Object to the form.
5           Go ahead.
6           THE WITNESS:  Because this was a
7  deposition for me.
8  BY MR. SCHWEIKERT:
9      Q.    What -- do you ride motorcycles?
10     A.    Not anymore.
11     Q.    Where are you from, sir?
12     A.    Originally I was born and raised in
13 upstate New York.
14     Q.    Whereabouts?
15     A.    Binghamton.
16     Q.    I know it well.  I went to Syracuse for
17 undergrad.
18     A.    Okay.  Yep.  Went to Syracuse.  Yeah.
19     Q.    Did you go to Syracuse?
20     A.    No.  I went to Oneonta.
21     Q.    Oh, okay.
22     A.    Yeah.
23     Q.    Could you spell that for the court
24 reporter, please?
25     A.    Oneonta?  O-N-E-O-N-T-A.

Page 17

1      Q.    And when you were growing up in
2  Binghamton, did you ride motorcycles?
3      A.    Yes.  I did ride.
4      Q.    Dirt bikes, street bikes, both?
5      A.    Dirt.
6      Q.    When did you start riding dirt bikes?
7      A.    I received my first motorcycle when I was
8  9 or 10 years old.  So '79.  1979.
9      Q.    And how old are you today?
10     A.    Fifty-four.
11     Q.    You look much younger.
12     A.    Thank you.
13     Q.    Whatever you're doing it's working.
14           Okay.  How did you get interested in
15 riding dirt bikes?
16     A.    My father and his friends, they rode --
17 they rode for fun and I just naturally migrated
18 towards that, going riding with my father and
19 friends like that.
20     Q.    Did your father or his friends ride
21 motocross?
22     A.    No.  Mostly flat track, which is just a
23 round oval that can be anywhere from an eighth of a
24 mile up to a mile long.  We also did some trail
25 riding through woods and, you know, on private

Page 18

1  property.
2       Q.    Have you ever ridden a dirt bike on a
3  motocross track?
4       A.    Yes.
5       Q.    When was the first time?
6       A.    I don't remember.  I don't recall.
7       Q.    Did you ever compete in a motocross event,
8  whether as an amateur, professional?
9       A.    Just as an amateur.
10      Q.    When did you first compete as an amateur?
11      A.    In motocross?
12      Q.    Yes, sir.
13      A.    I don't recall.
14      Q.    While you were a teenager?
15      A.    Motocross?  No.
16      Q.    So sometime after you had turned 20?
17      A.    Yes.
18      Q.    How many events roughly do you recall
19  competing in as an amateur?
20      A.    Maybe 15.
21      Q.    And was there a series that you were
22  competing in or how did it work at that time?
23      A.    At that time I would just race motocross
24  just on the amateur days at a motocross event that
25  was a pro motocross event.  I would race on amateur

Page 19

1  day.
2       Q.    And the races that you competed in, were
3  they in New York?
4       A.    No.  They were -- sorry, they were all
5  over the country.
6       Q.    So there was a time when you would travel
7  to various professional motocross events and
8  participate as an amateur in some of the amateur
9  races going on that weekend?
10      A.    Yes.
11      Q.    And you started doing that sometime after
12  you turned 20?
13      A.    Yes.
14      Q.    Were any of those events sanctioned by the
15  AMA?
16            MS. SPRADLIN:  Object to the form.
17            THE WITNESS:  Yes.  Yes.
18  BY MR. SCHWEIKERT:
19      Q.    Which ones?
20      A.    All of them.
21      Q.    Do you recall the name of the professional
22  motocross events that you were traveling to?
23      A.    The series?
24      Q.    Yeah.
25      A.    At that time I believe it would have been

Page 20

1  the Chevy Trucks AMA Pro Motocross Championship.
2       Q.    And approximately what timeframe?  Would
3  that have been in the '80s?
4       A.    2000s.
5       Q.    2000s.  Did you ever have any injuries
6  while participating in an amateur motocross even
7  that required you to go to a hospital?
8       A.    I don't recall.
9       Q.    Were you ever involved in any crash on a
10  motocross track that resulted in a red flag being
11  thrown?
12      A.    Not that I recall.
13      Q.    Were you trying to achieve the level of
14  professional racer?
15      A.    No.
16      Q.    It was more a hobby?
17      A.    Strictly recreational.
18      Q.    Okay.  And where did you go to high
19  school?
20      A.    Chenango Valley Junior Senior High School
21  in Binghamton.
22      Q.    Did you graduate?
23      A.    Yes.
24      Q.    What did you do after graduation?
25      A.    Went to Broome Community College for about

Page 21

1  four years and then went to -- graduated from there
2  and then went to SUNY Oneonta.
3       Q.    What did you study at Broome Community
4  College?
5       A.    Broome Community College I received an
6  Associate's Degree in Early Childhood Education and
7  liberal arts.
8       Q.    What was your interest in early childhood
9  education?
10      A.    I had aspirations of becoming a teacher.
11      Q.    That's great.  And did you obtain any
12  degrees from SUNY Oneonta?
13      A.    Yes.  I have a bachelor's in history.
14      Q.    Do you recall what year you obtained your
15  bachelor's degree?
16      A.    I do not.  I do not.
17      Q.    And did you start competing recreationally
18  in motocross races while you were also pursuing
19  post-high school education?
20      A.    No.
21      Q.    Did you do the schooling after you had
22  completed your amateur motocross career or before?
23      A.    Before.
24      Q.    And just briefly educate me on your
25  employment history in terms of different employers

Page 22

1  that you may have worked for over the years.
2      A.   Okay.  Post grad or post college?
3      Q.   Sure.
4      A.   Okay.  I worked at a local car dealership
5  for a number of years in the service department as a
6  service advisor.  I very briefly was a salesman.
7  Then I went and was an assistant manager at an
8  Enterprise Rent-A-Car.  And then I went to work for
9  AMA Pro Racing.
10     Q.   And when did you start working for AMA Pro
11 Racing?
12     A.   2000.
13     Q.   And how did you learn about that
14 opportunity?
15     A.   Through friends.
16     Q.   And what were you hired to do?
17     A.   In 2000, I would have been a -- worked on
18 the sponsorship implementation for Chevy trucks on
19 the pro motocross side.
20     Q.   And motocross is -- strike that.
21          Is there a difference between motocross
22 and supercross events?
23     A.   Yes.
24     Q.   Could you briefly explain to me the
25 difference?

Page 23

1      A.   Yes.  Supercross events are held within a
2  football or baseball stadium traditionally where a
3  motocross event is in a field and the track is a
4  permanent track.
5      Q.   So when you started for AMA Pro Racing in
6  2000, you were involved in the sponsorship side of
7  the business for motocross races?
8      A.   Yes.
9      Q.   What was the next step in your career
10 progression?
11     A.   While there I started working from that
12 side because the sponsorship -- the Chevy truck
13 sponsorship had left and so I moved over onto the
14 racing side more.  And I started off as an official.
15     Q.   When did you move over to the racing side
16 and start off as an official?
17     A.   I don't recall.
18     Q.   What's your best approximation?
19     A.   2004.  2003.
20     Q.   And around that time you started as an
21 official for AMA motocross events?
22     A.   Yes.  Motocross and I also did supercross
23 events.
24     Q.   And what -- when you say you started as an
25 official, what does that mean?

Page 24

1      A.   A flagger.  On the full-time side I was a
2  flagger and was learning how to do some of the
3  management side.
4      Q.   Did you have a particular job title?
5      A.   I don't recall but just an official.
6      Q.   And what were your responsibilities in
7  that capacity at that time?
8      A.   For that time I was given -- I was on a
9  section of the racetrack.  And at that time it would
10 be, you know, yellow flag and blue flagging.
11     Q.   How long were you in that role?
12     A.   A few seasons.
13     Q.   And what was sort of the next step in your
14 career progression?
15     A.   I started to get more involved on the --
16 working with the series manager and people like
17 that.
18     Q.   What does that mean?
19     A.   The series manager, at that time we didn't
20 really have a race director per se.  It was a chief
21 steward.  I would help with hiring, you know,
22 putting the crew lists together and things of that
23 nature.
24     Q.   Did you have any role in training any of
25 the officials --

Page 25

1      A.   No.
2      Q.   -- for --
3      A.   Oh, sorry.
4      Q.   Did you have any role in training
5  officials for the events?
6      A.   No.
7      Q.   Do you know who is the promoter for the
8  supercross events today?
9      A.   Feld Motor Sports.
10     Q.   Do you know approximately when Feld Motor
11 Sports became the promoter?
12     A.   I do not.
13     Q.   Was there a time where you were working on
14 supercross events and Feld Motor Sports was not the
15 promoter?
16     A.   Yes.
17     Q.   And that's the timeframe that we've been
18 discussing so far?
19     A.   Yes.
20     Q.   After you started getting more involved
21 with the series manager what was the next
22 progression in your career?
23     A.   Basically I was that position until I left
24 AMA Pro Racing in 2008.
25     Q.   And why did you leave in 2008?

Page 26

1    A.    In 2008, AMA Pro Racing sold the rights to
2  motocross to Daytona Motor Sports Group.
3    Q.    And what did you do in terms of your
4  career?
5    A.    After that I was hired by MX Sports Pro
6  Racing.
7    Q.    And MX is shorthand for motocross?
8    A.    Yes.
9    Q.    And SX is shorthand for supercross?
10   A.    Yes.
11   Q.    Do you recall approximately when you were
12  hired by MX Pro Racing?
13   A.    2008.
14   Q.    And what was your position at that time?
15   A.    I was hired in 2008 as their race
16  director.
17   Q.    And what did a race director do at that
18  time?
19   A.    I was in charge of running the events at
20  Pro Motocross.
21   Q.    And how long did you serve in that role?
22   A.    I was with MX Pro Racing until the 23rd of
23  -- 2023.
24   Q.    And while you were with MX Sports Pro
25  Racing until 2023 were you always in the capacity as

Page 27

1  the race director?
2    A.    At that time, yes.
3    Q.    Were you also working on supercross events
4  at any time after AMA Pro Racing was taken over by
5  the Daytona Sports Group?
6    A.    Yes.
7    Q.    Tell me about that.
8    A.    I was since I started at supercross I was
9  always upstairs in show control.
10   Q.    And when -- when did you start being
11  upstairs in show control for supercross events?
12   A.    Since I started in 2000.
13   Q.    Even when you were working as a flagger?
14   A.    Yes.  Because supercross runs from January
15  to May.  And Pro Motocross was May to September.
16   Q.    So you were working as a flagger for
17  Professional Motocross but you were in a different
18  function for the supercross?
19   A.    Yes.
20   Q.    And what role was -- strike that.
21         What role were you in for the supercross?
22   A.    I was upstairs as a spotter.
23   Q.    And you started doing that in the early
24  2000s?
25   A.    Yes.

Page 28

1    Q.    Can you give me a general overview of the
2  different positions you may have held in connection
3  with supercross events?  You mentioned spotter.
4  Right?
5    A.    Yes.
6    Q.    Anything else?
7    A.    No.  Just I've always been upstairs as the
8  spotter.
9    Q.    And when you say you've always been
10  upstairs as a spotter that is beginning sometime in
11  the early 2000s?
12   A.    Yes.
13   Q.    Do you know if there's -- strike that.
14         Do you know if a spotter has ever been
15  referred to in another way or by a different name?
16         MS. SPRADLIN:  Object to the form.
17         THE WITNESS:  Over the course, probably.
18  Yes.
19  BY MR. SCHWEIKERT:
20   Q.    What are some other ways that you're aware
21  of that your position as a spotter has been referred
22  to?
23   A.    Eye in the sky.
24   Q.    Anything else?
25   A.    Not that I'm aware of.

Page 29

1    Q.    Were you serving as a spotter at the Tampa
2  Supercross on February 15, 2020?
3    A.    Yes.
4    Q.    And were you in that role during the free
5  practice sessions in which Brian Moreau crashed?
6    A.    Yes.
7    Q.    And were you in the show control room
8  upstairs when Brian Moreau crashed?
9    A.    I don't recall but I believe that I was.
10   Q.    Why do you believe that?
11   A.    Typically, I'm always upstairs when bikes
12  are on the track.
13   Q.    And why is that?
14   A.    Just to give an extra set of eyes.
15   Q.    For what purpose?
16   A.    Just to see how the track is forming or
17  shaping.  If there's obstacles such as a Tuff Block
18  on the track and to help assist the race director.
19   Q.    Does that include keeping an eye out for
20  anything on the racetrack that could present a
21  hazard to riders?
22   A.    Yes.
23   Q.    When you -- I certainly want to talk more
24  about that later but I want to get a better
25  understanding of this position and how it has

Page 30

1  evolved, if at all, over your several decade career
2  serving as the spotter.
3          When you first started as spotter in the
4  early 2000s, was that a new position at that time?
5      A.   No.  I believe there was somebody that was
6  before.  Before me.
7      Q.   Do you recall who that was?
8      A.   No.
9      Q.   Was the role that you served as a spotter
10  at the beginning of your career the same as the role
11  you served as a spotter in February of 2020?
12      A.   No.  It had evolved.
13      Q.   Can you explain that to me, please?
14      A.   When we first started or when I first
15  started it wasn't live TV.  So there was no -- it
16  was just me upstairs in show control helping assist
17  with the officials down on the floor.  As the series
18  went on and the years went on and TV came into --
19  live TV, I was -- they asked if I could work
20  upstairs and also assist with television.  Kind of
21  be the liaison between the TV truck and the
22  officials on the floor.
23      Q.   When was that approximately?
24      A.   I don't recall.
25      Q.   Do you know when the supercross events

Page 31

1  started being televised?
2      A.   Probably in the '80s.
3      Q.   Okay.  But they weren't being televised
4  when you first started as a spotter in the early
5  2000s?
6      A.   Well, they were but several weeks later or
7  a week later they would be televised.
8      Q.   Understood.
9          Do you know when they started being
10  televised live?
11      A.   I don't recall.
12      Q.   Can you -- have you told me everything
13  that you know in terms of how that role as a spotter
14  has evolved over time?
15      A.   Say that again.
16      Q.   Sure.  I just want to understand how that
17  role as a spotter may have evolved.  I understand
18  the introduction of live television created an
19  additional responsibility for you to serve as a
20  liaison between the TV truck and the officials.
21  Right?
22      A.   Correct.  Yes.
23      Q.   But you were still also looking for
24  hazards to riders on the track?
25      A.   Hazards or see how the track is forming,

Page 32

1  shaping up as the day went on.
2      Q.   Has the role of a spotter evolved in any
3  other ways over time?
4          MS. SPRADLIN:  Object to the form.
5          THE WITNESS:  Well, from what I've
6  described earlier, no.  It hasn't.
7  BY MR. SCHWEIKERT:
8      Q.   When you started as a spotter in the early
9  2000s, was there anyone that was providing medical
10  care to riders injured on a racetrack during
11  supercross events?
12      A.   Yes.
13      Q.   Do you recall who that was?
14      A.   Dr. Bodnar and his staff.  I don't recall
15  what the -- what the official title was.
16      Q.   And you know Dr. Bodnar?
17      A.   Yes.
18      Q.   Do you know a gentleman by the name of Dr.
19  James Kennedye?
20      A.   I've met him a handful of times.
21          MR. SCHWEIKERT:  Valerie, it's K-E-N-N-E-
22  D-Y-E.  Yes.
23  BY MR. SCHWEIKERT:
24      Q.   When did you last meet Dr. Kennedye?
25      A.   I don't recall.

Page 33

1      Q.   When is the last time you saw Dr. Bodnar?
2      A.   Two -- two weeks ago.  Two events ago.
3      Q.   At a supercross event?
4      A.   Yes.
5      Q.   Do you know Amy Metiva?
6      A.   No.
7      Q.   Scott Coombs?
8      A.   No.
9      Q.   Tom Carson?
10      A.   Yes.
11      Q.   And who is he?
12      A.   He's in charge of the medical rig.  The
13  medic rig.
14      Q.   And I believe when we began you told me
15  you are currently the racing manager with the AMA
16  with some responsibility for day-to-day operations
17  for the supercross.
18          Is that right?
19      A.   Yes.
20      Q.   And that's, again, around January of 2023?
21      A.   Yes.
22      Q.   Up until you took on that role, had your
23  sole position in connection with supercross events
24  been as a spotter or eye in the sky?
25      A.   Yes.  There was one season that I was not

JEFFREY CANFIELD
83432

March 31, 2025

34 to 37

---

Page 34

1 upstairs.

2    Q.   And what season was that?

3    A.   I believe 2008 but I'm not -- I'm not 100
4 percent sure.

5    Q.   Were you not involved in the 2008 season?

6    A.   No.  I was.  I was involved.

7    Q.   In a different capacity?

8    A.   Yes.

9    Q.   What capacity was that?

10    A.   I was down on the floor as the AMA race
11 director.

12    Q.   And how many events approximately --
13 strike that.

14         How many supercross events approximately
15 have you served as the AMA race director?

16    A.   One season.

17    Q.   Approximately how many events are in a
18 season?

19    A.   Approximately 17.

20    Q.   And that's at present?

21    A.   Yes.

22    Q.   Has it always been approximately 17 events
23 a season?

24    A.   Yes.

25    Q.   And what led you to serving as the race

---

Page 35

1 director for one supercross season?

2    A.   As I recall there was a transition from
3 the previous person to the -- they were looking for
4 a new person.

5    Q.   Do you remember who the previous person
6 was?

7    A.   I believe it was Steve Whitelock.

8    Q.   Could you spell that to the best of your
9 ability, please?

10    A.   W-H-I-T-E-L-O-C-K.

11    Q.   And why did you not continue serving as
12 the AMA race director for supercross after that one
13 season?

14    A.   They hired a new person as the series
15 manager.

16    Q.   Who was that person?

17    A.   I believe it was Ryan Holiday, H-O-L-I-D-
18 A-Y.

19    Q.   Not the author of Stoicism books Ryan
20 Holiday.  Right?  Someone else?

21    A.   Someone else.

22    Q.   Okay.

23    A.   The years -- the years could be -- of
24 those people -- that was so long ago my years might
25 be off.

---

Page 36

1    Q.   That's fine.  Okay.

2         Do you know who John Gallagher is?

3    A.   Yes.

4    Q.   Who is he?

5    A.   At the time he was the race director.

6    Q.   At what time?

7    A.   The time of the incident with Mr. Moreau.

8    Q.   Okay.  Do you know when he became the race
9 director for supercross events?

10    A.   I don't recall.

11    Q.   Is he still the race director?

12    A.   He is not.

13    Q.   Why not?

14    A.   He was -- he was let go a few years back.

15    Q.   Do you know why he was let go?

16    A.   I do not.

17    Q.   Was he a good race director?

18         MS. SPRADLIN:  Object to the form.

19         THE WITNESS:  That question -- can you
20 rephrase it?  I don't -- that's a subjective --
21 that's subjective.  Some people would have liked him
22 and others may not have.

23 BY MR. SCHWEIKERT:

24    Q.   Which camp were you in?

25    A.   I liked him.  He was a nice guy.

---

Page 37

1    Q.   Did you think he was a good racing
2 director during his tenure with the supercross?

3         MS. SPRADLIN:  Object to the form.

4         THE WITNESS:  Yes.  I think he was.

5 BY MR. SCHWEIKERT:

6    Q.   Why?

7    A.   Because he always looked out for the
8 athletes and what was best for the event and sport.

9    Q.   And what do you mean he always looked out
10 for the athletes?

11    A.   He listened to them if they brought up any
12 concerns that they may have.  And he would take
13 those concerns to whoever he needed to.

14    Q.   Have you spoken to him since he stopped
15 serving as the race director?

16    A.   I have not.

17    Q.   Do you consider him a friend today?

18    A.   I haven't talked to him since he's left.

19    Q.   Was there any period of your life where
20 you did consider John Gallagher a friend?

21    A.   Yes.

22    Q.   When was that?

23    A.   When I was working with him.

24    Q.   And how long did you work with John
25 Gallagher?

---

Page 38

1     A.   Several years.
2          Q.   How many is several to the best of your
3     recollection?
4     A.   Ten.
5          Q.   I'm glad I asked.  That's more than
6     several for me.  Okay.  Okay.  You worked with him
7     for approximately 10 years on supercross events?
8     A.   Yes.
9          Q.   And during those 10 years was Mr.
10    Gallagher serving as the race director?
11    A.   Yes.
12         Q.   And during those 10 years you were serving
13    as the spotter or eye in the sky?
14    A.   Yes.
15         Q.   And you considered him to be a friend
16    during that time?
17    A.   Yes.
18         Q.   But after he was let go you haven't
19    reached out to your friend in any way?
20    A.   I have not.
21              MS. SPRADLIN:  Object to form.
22    BY MR. SCHWEIKERT:
23         Q.   Why not?
24         A.   Our lives just went separate -- separate
25    directions.

Page 39

1          Q.   What do you mean by that?
2          A.   He -- whatever he's done since then and
3     I've gone my way.
4          Q.   Do you know what he's done since being let
5     go as the race director?
6          A.   No.
7          Q.   When you say you went your way, what do
8     you mean?
9          A.   I continued on doing what I'm currently
10    doing.
11         Q.   Are you aware of anyone ever complaining
12    about Mr. Gallagher's performance as a race director
13    during any supercross event?
14         A.   Not that I recall.
15         Q.   But you're not saying that nobody has ever
16    complained.  Right?  You just don't remember?
17         A.   I just don't remember.
18         Q.   When you were serving as the race director
19    in 2008, did you ever receive any complaints from
20    anyone about serving in that role?
21         A.   Not that I recall.
22         Q.   Is a race director responsible for
23    enforcing the rulebook for events?
24              MS. SPRADLIN:  Object to form.
25              THE WITNESS:  At that time race director

Page 40

1     was.  Yes.
2     BY MR. SCHWEIKERT:
3          Q.   And you know what I mean by a rulebook?
4          A.   Yes.
5          Q.   That's one of the documents you looked at
6     in preparing to testify?
7              MS. SPRADLIN:  Object to form.
8              THE WITNESS:  Yes.  The 2020.
9     BY MR. SCHWEIKERT:
10         Q.   Okay.  What is your understanding of the
11    responsibilities of the race director during the
12    2020 supercross season?
13         A.   To work as a, excuse me, to work as a head
14    official, one of the head officials.  To be the --
15    to have -- he would be the person that the athletes
16    or the team managers would go to if they had a
17    concern or an issue with possibly something wrong on
18    the racetrack.  He would also be the person that
19    would be the voice that would issue -- if a penalty
20    was needed he would be the one that would issue
21    penalties, along with the race direction.
22         Q.   What is race direction?
23         A.   It's a group of three -- it was at that
24    time a group of three people.  The race director,
25    the clerk of the course, and the delegate.

Page 41

1          Q.   And what did that group of individuals
2     comprising race direction do at that time?
3          A.   In the event that there was a penalty
4     during, you know, a race or a practice session they
5     would get together and discuss it and determine
6     whether a penalty as warranted or if one was not.
7          Q.   Anything else?
8          A.   They would also work on -- work with the
9     track crew and the promoter of the racetrack just
10    doing track inspection with them.
11         Q.   And why would the race direction group
12    work with the promoter regarding, for example, track
13    inspection?
14         A.   To help with the ingress and egress of
15    motorcycles, for example, on and off the racetrack
16    during anytime practice or after -- before or after
17    a race.
18         Q.   Was the promoter responsible for design
19    and construction of the racetracks?
20              MR. GORDON:  Object to the form.
21              THE WITNESS:  There was a track building
22    company that built the tracks.
23    BY MR. SCHWEIKERT:
24         Q.   Do you know who hired that track building
25    company?

Page 42

1    A.   I believe it was Feld Motor Sports.
2    Q.   The promoter?
3    A.   Yes.
4    Q.   Is it -- could that track building company
5    build whatever track they wanted at -- could the
6    track building company construct any type of track
7    it wanted at a supercross event during the 2020
8    season?
9         MS. SPRADLIN:  Object to form.
10        MR. GORDON:  Objection.  Form.
11        THE WITNESS:  I'm not sure how the final
12   track designs, you know, how they were rendered.  I
13   was not involved with any of the track building or
14   of the preseason building of the maps.
15   BY MR. SCHWEIKERT:
16   Q.   Do you understand the maps of the tracks
17   are created before the season starts?
18   A.   Yes.
19   Q.   And was the AMA involved in the creation
20   of those maps for the track?
21        MS. SPRADLIN:  Object to form.
22        THE WITNESS:  No.
23   BY MR. SCHWEIKERT:
24   Q.   When you started as a spotter in the early
25   2000s, and while the tracks were active with

Page 43

1    motorcycles on them, were you in communication with
2    anyone while you were in your position upstairs?
3    A.   Just officials on the floor.
4    Q.   By officials on the floor what would that
5    have meant at that time?
6    A.   AMA officials.
7    Q.   And what officials would have been on the
8    floor at that time?
9    A.   Our flaggers, AMA officials.  In 2020, Mr.
10   Gallagher.  Mr. McAdams.  And medical.  Medical was
11   also on our channel at that time.
12   Q.   Are you referring to the 2020 season?
13   A.   Yes, sir.
14   Q.   So during the Tampa event on February 15,
15   2020, and while the racetrack was active with
16   motorcycles, the AMA officials were on a radio
17   channel with flaggers and the medical team?
18        MS. SPRADLIN:  Object to form.
19        THE WITNESS:  Define the flaggers.  On our
20   channel was just AMA officials, medical, and I
21   believe one -- one person from the promoter.
22   BY MR. SCHWEIKERT:
23   Q.   And who was that one person?
24        MR. GORDON:  February 2020?
25   BY MR. SCHWEIKERT:

Page 44

1    Q.   That's what you're referring to?
2    A.   Yes.  Yes.
3    Q.   And who was that person?
4    A.   I believe it was -- his name was Phil.
5    Q.   Is the name Phil Penn?
6    A.   Yes.
7    Q.   Sound familiar?
8    A.   Yes.  I believe it was Phil Penn.
9    Q.   And what was your understanding of the
10   role that Mr. Penn was serving on that day?
11   A.   Phil -- Mr. Penn would have been in
12   contact with the runners that were on the -- the
13   runners that were on the racetrack.  And I don't
14   know if he had communication with the flaggers on
15   the racetrack.  I'm not -- I was not familiar enough
16   with that.
17   Q.   You were serving as a spotter in the show
18   control booth on that day.  Right?
19   A.   Yes.
20   Q.   And you were overseeing the track for
21   hazards.  Right?
22   A.   Yes.
23   Q.   And there were individuals that were
24   assigned to perform certain roles to keep the track
25   as safe as possible for the riders.  Right?

Page 45

1    A.   Correct.
2    Q.   But you don't know how those individuals
3    communicated among each other other than what you've
4    told me?
5         MS. SPRADLIN:  Object to form.
6         THE WITNESS:  No.  I don't know what --
7    how -- what radios they used or anything like that.
8    I just had radios to our officials, medical, and to
9    -- Phil had one -- one of our radios.
10   BY MR. SCHWEIKERT:
11   Q.   One of the AMA radios?
12   A.   Yes.
13   Q.   Which had multiple channels on it?
14   A.   Yes.
15   Q.   And you could switch channels just by
16   changing -- pushing a button?
17   A.   A knob.
18   Q.   Switch channels by switching a knob?
19   A.   Yes.
20   Q.   Okay.  So when we talk about the medical
21   team on that day, who are you referring to?
22   A.   The medic rig.  The Alpine Star mobile
23   medical unit.
24   Q.   And was Dr. John Bodnar the medical
25   director for that medical team?

JEFFREY CANFIELD                    March 31, 2025                              46 to 49
83432

Page 46

1        MS. SPRADLIN:  Object to form.
2        THE WITNESS:  I believe so.  Yes.
3 BY MR. SCHWEIKERT:
4    Q.   Was Dr. Bodnar the chief medical officer
5 for that supercross event?
6    A.   I believe that he was.
7    Q.   And were there medical professionals
8 working under Dr. Bodnar during that event?
9        MS. SPRADLIN:  Object to form.
10       THE WITNESS:  Yes.
11 BY MR. SCHWEIKERT:
12   Q.   And who do you know were those other
13 medical individuals?
14   A.    Just the ones that you -- the only ones I
15 know of are the ones that you mentioned earlier.
16   Q.   And you know of them because they are
17 parties in this case?
18   A.   Yes.
19   Q.   But you didn't know them -- well, you
20 didn't know Ms. Metiva or Mr. Coombs prior to this
21 lawsuit.
22        Is that correct?
23   A.   Correct.
24   Q.   Do you know if there was any local
25 ambulance paramedic crew that was also at the event

Page 47

1 that day?
2    A.   Yes, there was.
3    Q.   And do you know what I mean by like a
4 local paramedic crew?
5    A.   I believe so.
6    Q.   Just so we're talking apples to apples,
7 why don't you explain to me please your
8 understanding?
9    A.    You're referencing the ambulances that
10 were -- that were stationed on site as well as the
11 EMTs?
12   Q.   Correct.
13   A.   Okay.
14   Q.   Do you know if the -- do you know if any
15 of the local ambulance crew was on the AMA channel
16 with the officials, the medical team, and Phil Penn?
17   A.   I don't know.
18   Q.   Would it be customary at that time for
19 them to be on that channel while the racetrack is
20 active in the event that their services may be
21 needed?
22        MS. SPRADLIN:  Object to the form.
23        THE WITNESS:  I believe at that time they
24 had radios and they may have been -- they may have
25 been on that channel.

Page 48

1 BY MR. SCHWEIKERT:
2    Q.   Had you -- strike that.
3         Prior to the 2020 supercross season, had
4 you been involved in any supercross event where a
5 rider needed to be removed from the track and
6 transported to a hospital by ambulance?
7    A.   Yes.
8    Q.   How many times?
9    A.   I don't recall.
10   Q.   More than once?
11   A.   Yes.
12   Q.   More than twice?
13   A.   Yes.
14   Q.   More than 10 times?
15   A.   Prior to 2020?  Yes.
16   Q.   More than 20?
17   A.   I would say so.  Yes.
18   Q.   More than 30?
19   A.   Yes.  Yes.
20   Q.   More than 40?
21   A.   Yeah.  I mean, we're talking the span of
22 20 years.
23   Q.   More than 100?
24   A.   I don't know.
25   Q.   What is the most recent incident like that

Page 49

1 that you can think of?
2    A.   I don't understand your question.
3    Q.   What is the most recent instance you can
4 think of where the rider was injured on a racetrack
5 and removed and transported to a hospital?
6         MS. SPRADLIN:  Object to form.
7         THE WITNESS:  Two weeks ago.
8 BY MR. SCHWEIKERT:
9    Q.   What happened two weeks ago?
10        MS. SPRADLIN:  Form.
11        THE WITNESS:  We had a rider that was --
12 that crashed.  Medical attended to him and made the
13 decision or recommendation that he be transported to
14 a hospital.
15 BY MR. SCHWEIKERT:
16   Q.   Do you recall the name of that rider?
17   A.   I do not.
18   Q.   What event was two weeks ago?
19   A.   Birmingham Supercross.
20   Q.   And I apologize if I asked you this but
21 who is the race director today?
22   A.   We have race direction.
23   Q.   Direction.  Was anybody hired to replace
24 John Gallagher as the AMA race director for
25 Supercross?

Page 50

1    A.   No.  It's race direction.  It's a panel.
2  It's three people.
3    Q.   And those three people collectively have
4  the authority to throw a red flag if needed at
5  present?
6         MS. SPRADLIN:  Object to the form.
7         THE WITNESS:  Yes.
8  BY MR. SCHWEIKERT:
9    Q.   And is that different than how it was done
10 during the 2020 season?
11   A.   No.  Race direction could.  Medical could
12 call red flag, just like they could today.  So it
13 hasn't changed.  Medical can tell us that we need to
14 stop and what's what we rely on.  But normally they
15 would say we need to stop and race direction will --
16 or the race director will say red flag, red flag.
17 And we'll stop.  We'll stop the event.
18   Q.   And who was part of race direction at the
19 2020 Supercross event in Tampa?
20   A.   Excuse me.  The race director.
21   Q.   John Gallagher?
22   A.   Yes, sir.
23   Q.   Okay.
24   A.   Clerk of the course.
25   Q.   Who was that?

Page 51

1    A.   I believe it was Mike Pelletier.
2    Q.   Anyone else?
3    A.   I believe the AMA delegate.
4    Q.   Who was that?
5    A.   As I recall, Tim McAdams.
6    Q.   And any of those individuals, in addition
7  to some others you mentioned, could have called for
8  a red flag?
9         MS. SPRADLIN:  Object to form.
10        THE WITNESS:  They have -- they have the
11 ability.  Yes.
12        MR. SCHWEIKERT:  I'll show it to you just
13 so you've got a copy.  This is a document previously
14 marked as Exhibit 2.  It's the AMA Rulebook.  It's
15 labeled AMA 393.
16        THE REPORTER:  Exhibit 2 has been marked.
17        MS. SPRADLIN:  And for the sake of the
18 record we had some duplicate documents marked at the
19 beginning so that was Dr. Bodnar's Exhibit 2 because
20 I think we have another document that was also
21 marked Exhibit 2.
22        MR. SCHWEIKERT:  Yes.  From Brian's
23 deposition.
24 BY MR. SCHWEIKERT:
25   Q.   Is Exhibit 2 the Supercross Rulebook for

Page 52

1  the 2020 season?
2    A.   It appears to be.
3    Q.   And if I could direct your attention to
4  page 61 of the rulebook.
5    A.   I believe, yeah, okay.
6    Q.   Do you see the heading for Race Direction
7  on page 61?
8    A.   Yes.
9    Q.   It lists off three officials which you've
10 identified for me.  Correct?
11   A.   Correct.
12   Q.   If we go down to subsection F4, it
13 provides that the authority and duties of race
14 direction includes making recommendations to the
15 organizers to ensure the smooth and efficient
16 running of the event.
17        Do you see that?
18   A.   Yes.
19   Q.   And what does that mean?
20   A.   It means to make sure that, excuse me, the
21 event is --
22   Q.   Do you need a break?
23   A.   No.  I'll be fine.
24   Q.   Is that better?
25   A.   Okay.  That means just to make sure that

Page 53

1  we are -- everybody is in communication.  Everybody
2  is working together to make sure that the event is
3  run properly.
4    Q.   And why do you want to ensure the event is
5  run properly?
6    A.   We don't want one group doing one thing
7  and another group doing another thing so we work
8  together in unison to make sure it's running
9  properly.
10   Q.   And the people working together in unison
11 would include folks with the AMA, Feld Motor Sports,
12 the medical team.  Right?
13   A.   Yes.
14        MS. SPRADLIN:  Object to the form.
15 BY MR. SCHWEIKERT:
16   Q.   And what would be an example of an event
17 not running properly?
18        MS. SPRADLIN:  Object to the form.
19        THE WITNESS:  I don't understand.  What do
20 you --
21 BY MR. SCHWEIKERT:
22   Q.   What is the -- or why do you believe there
23 is a desire to have the events run properly?
24        MS. SPRADLIN:  Object to the form.
25        THE WITNESS:  We want to make sure that

JEFFREY CANFIELD
83432

March 31, 2025

54 to 57

---

Page 54

1 the event is smooth and that everyone is safe and
2 that we all want to make sure we're on the same page
3 as it relates to the event.
4 BY MR. SCHWEIKERT:
5     Q.    And that would include making sure the
6 riders are kept as safe as possible?
7         MS. SPRADLIN:  Object to the form.
8         THE WITNESS:  Yes.
9 BY MR. SCHWEIKERT:
10     Q.    And that's a collaborative effort.  Right?
11     A.    Yes.
12     Q.    Do you have any licenses or certifications
13 related to motorcycle racing?
14     A.    I have a hard card.
15     Q.    Anything else?
16     A.    Currently, I do have a FIM license,
17 environmental and sporting steward.
18     Q.    Are those two separate licenses or one in
19 the same?
20     A.    The FIM ones?
21     Q.    Yeah.
22     A.    Two separate.
23     Q.    What is an environmental license?
24     A.    It's a license just to make sure that the
25 area we're using is -- we inspect the environment to

---

Page 55

1 make sure that we don't -- we leave it the same way
2 we found it.
3     Q.    What about the sporting steward license?
4     A.    It's an official's -- an official's
5 license.  In the event, excuse me, that a world
6 championship event would come over, you have to have
7 -- we have to have people who hold licenses to help
8 officiate the event.
9     Q.    Did you hold that license during the 2020
10 season?
11     A.    I don't recall.
12     Q.    Did you have to attend any seminars or
13 training in order to obtain that license?
14     A.    Yes.  There are seminars.
15     Q.    And did you attend any seminars?
16     A.    I have.
17     Q.    Were they in person?
18     A.    Some were and then others were not.
19     Q.    Were some of them -- some of the seminars
20 in Europe?
21     A.    No.
22     Q.    Where were they?
23     A.    Stateside.
24     Q.    Do you recall approximately when you
25 participated in any such seminars?

---

Page 56

1     A.    Yeah.  Most recently we did two this year.
2 The environmental, which was how -- the Zoom.  And
3 the sporting steward.
4     Q.    Was that also via Zoom?
5     A.    No.
6     Q.    Where was that?
7     A.    California.
8     Q.    And that was a seminar with the FIM?
9     A.    Yes.
10     Q.    And for the record, could you please let
11 me know what the FIM stands for?
12     A.    Federation Internationale Motorcyclism.
13     Q.    That's about as best I've heard it during
14 this case.
15         And a DFIM is essentially a global
16 sanctioning body for motorcycle racers?
17     A.    Yes.
18     Q.    And the supercross during the 2020 season
19 was co-sanctioned by the FIM?
20     A.    Yes.
21     Q.    But it's no longer co-sanctioned by the
22 FIM?
23     A.    Correct.
24     Q.    Do you know why?
25     A.    I do not.

---

Page 57

1     Q.    Why did you attend a seminar for -- with
2 the FIM recently if it is no longer involved in
3 sanctioning supercross events?
4     A.    Because we will be having the Motocross of
5 Nations held here in the States in October.
6     Q.    Where is it going to be?
7     A.    Crawfordsville, Indiana.
8     Q.    Is it typically in the United States or
9 overseas?
10     A.    It fluctuates.  Every few years it's here
11 in the States.  We've only held it I think six
12 times.
13     Q.    And what is the subject matter if you
14 recall being covered during any of the seminars in
15 connection with the sporting steward license?
16         MS. SPRADLIN:  Object to the form.
17         THE WITNESS:  This particular one was just
18 going over procedures as I recall.
19 BY MR. SCHWEIKERT:
20     Q.    Procedures for what?
21     A.    An FIM -- an FIM event.
22     Q.    Do any of those procedures concern
23 activity on the racetrack?
24     A.    As I recall there was some.
25     Q.    What do you remember?

---

JEFFREY CANFIELD
83432

March 31, 2025

58 to 61

Page 58

1    A.   Just about starting procedures.  How, you
2  know, the event, what to do in the event, the
3  penalties, things of that nature.
4        Q.   Were the radio codes ever discussed?
5    A.   No.  Not at this one.
6        Q.   Had the radio codes set forth in the FIM
7  Medical Code been discussed at prior seminars that
8  you had attended?
9    A.   Not that I recall.
10       Q.   Do you recall if any of the seminars
11 concerned how to officiate crashes on a racetrack?
12       MS. SPRADLIN:  Object to form.
13       THE WITNESS:  No.  Not that I recall.
14 BY MR. SCHWEIKERT:
15       Q.   And you don't remember specifically if you
16 had that sporting steward license or certification
17 at the time of the 2020 Tampa Supercross?
18   A.   I don't recall.
19       Q.   Did you need any licenses or
20 certifications to serve as the spotter during the
21 Tampa Supercross in 2020?
22   A.   No.
23       Q.   Did you need any sort of specialized
24 training?
25   A.   No.

Page 59

1        Q.   Had you ever received any training about
2  how to serve in the role of the spotter during a
3  supercross event before the Tampa event in 2020?
4        MS. SPRADLIN:  Object to the form.
5        THE WITNESS:  I don't recall.
6  BY MR. SCHWEIKERT:
7        Q.   How did you know what to do while serving
8  as a spotter?
9    A.   Well, as being an official on the floor
10 over the years I had a general understanding as to
11 what was needed to be done upstairs.
12       Q.   What do you mean by that?
13   A.   Knowing to tell a rider or to tell the,
14 excuse me, the race director, hey, we have an issue
15 on the floor.  Tuff Block is kicked out or, you
16 know, we're down to concrete in a supercross.  So I
17 just, you know, through experience.
18       Q.   What do you mean you're down to concrete?
19   A.   The track is built on a stadium floor and
20 sometimes throughout the course of the day with
21 motorcycles going over it, dirt gets kicked up and
22 it goes down to whatever was on the base of the
23 floor.  The floor of the stadium.
24       Q.   And if the track gets down to concrete, is
25 that something that's a concern to you?

Page 60

1        MS. SPRADLIN:  Object to the form.
2        THE WITNESS:  We will -- we will address
3  it when able to.
4  BY MR. SCHWEIKERT:
5        Q.   And why is that something that you would
6  want to address when you're able to?
7    A.   Because we would fit it into our normal
8  track maintenance and to try to work and keep the
9  floor consistent throughout the course of the event.
10       Q.   Is one of the reasons that you don't want
11 the riders racing on a concrete surface?
12   A.   Yeah.  It's not -- it's not -- it's not on
13 dirt and supercross is held on dirt.
14       Q.   Have you ever been at a supercross event
15 where the racetrack is constructed of dirt inside a
16 stadium but there is some bare concrete that is left
17 exposed on the exterior of the track?
18       MS. SPRADLIN:  Object to the form.
19       THE WITNESS:  I have seen some.
20 BY MR. SCHWEIKERT:
21       Q.   Do you believe it is a safe practice to
22 leave bare concrete exposed next to the dirt track
23 where riders are racing?
24       MR. GORDON:  Objection.  Form.
25       MS. SPRADLIN:  Object to the form.

Page 61

1        THE WITNESS:  I'm not a track expert.
2  BY MR. SCHWEIKERT:
3        Q.   When you were riding as an amateur, would
4  you feel comfortable going over jumps on a motocross
5  track if there was paved cement immediately adjacent
6  to the track?
7        MS. SPRADLIN:  Object to the form.
8        THE WITNESS:  Again, I was an amateur
9  rider.  I don't -- that never -- I never thought of
10 that.
11 BY MR. SCHWEIKERT:
12       Q.   Has anyone affiliated with supercross ever
13 approached anyone as far as you're aware about
14 concerns over concrete being left exposed on the
15 stadium floor around the exterior of the dirt track?
16       MS. SPRADLIN:  Object to the form.
17       THE WITNESS:  Not that I'm aware of.
18 BY MR. SCHWEIKERT:
19       Q.   Are you aware of riders going off the
20 track and landing on concrete?
21       MS. SPRADLIN:  Object to the form.
22       THE WITNESS:  I'm sure it's happened.
23 BY MR. SCHWEIKERT:
24       Q.   Do you know who Austin Forkner is?
25   A.   Yes.

JEFFREY CANFIELD                    March 31, 2025                    62 to 65
83432

---

Page 62

1    Q.   Are you aware of the crash he had during
2 an event in Arlington where he was propelled off his
3 motorcycle and ultimately hit the concrete with his
4 back during a supercross event?
5         MS. SPRADLIN:  Object to the form.
6         THE WITNESS:  I do recall that.
7 BY MR. SCHWEIKERT:
8    Q.   Did that concern you at all?
9         MS. SPRADLIN:  Object to the form.
10        THE WITNESS:  Safety does concern all of
11 us, and in that instance medical was right there to
12 him and attended to him almost immediately.
13 BY MR. SCHWEIKERT:
14   Q.   Were you the spotter at that event?
15   A.   Yes.
16   Q.   Was there any consideration or discussion
17 of red flagging the race after Austin Forkner
18 crashed?
19        MS. SPRADLIN:  Object to form.
20        THE WITNESS:  Not as I recall.
21 BY MR. SCHWEIKERT:
22   Q.   And did you ever -- strike that.
23        Are you aware of any complaints by anyone
24 about why there would have been concrete left
25 exposed after Austin Forkner crashed?

---

Page 63

1         MS. SPRADLIN:  Object to the form.
2         THE WITNESS:  I am not.
3 BY MR. SCHWEIKERT:
4    Q.   Are you aware of anyone ever suggesting to
5 the track construction company or Feld Motor Sports
6 that concrete should not be left exposed immediately
7 adjacent to a dirt track and the supercross events?
8         MS. SPRADLIN:  Object to the form.
9         THE WITNESS:  I am not aware.
10 BY MR. SCHWEIKERT:
11   Q.   Do you think that would be a consideration
12 -- strike that.
13        Do you think that's something worth
14 considering to potentially make the sport safer for
15 the riders?
16        MS. SPRADLIN:  Object to the form.
17        MR. GORDON:  Objection.  Form.
18        THE WITNESS:  I don't want to speculate on
19 what other -- what people may think or discuss
20 because I don't know if there was.  And if there
21 was, I do not recall.
22 BY MR. SCHWEIKERT:
23   Q.   Have you ever fallen off a motorcycle on
24 concrete?
25   A.   No.

---

Page 64

1    Q.   Have you fallen off a motorcycle on dirt?
2    A.   Yes.
3    Q.   Do you believe dirt provides a softer
4 landing surface than concrete?
5         MS. SPRADLIN:  Objection.  Form.
6         MR. GORDON:  Objection.  Relevance.  I
7 mean, there's no evidence --
8         MR. SCHWEIKERT:  That's a trial objection.
9 It's a trial objection.
10        MR. GORDON:  Okay.
11        MS. SPRADLIN:  You can answer.  Yeah.
12        THE WITNESS:  Okay.  Sorry.
13        MS. SPRADLIN:  No.  That's okay.
14        THE WITNESS:  I would think that they're
15 softer.  Yes.
16 BY MR. SCHWEIKERT:
17   Q.   We talked earlier about how there's a
18 collaborative effort to make the events as safe as
19 possible for riders.  Right?
20        MS. SPRADLIN:  Object to the form.
21        THE WITNESS:  Yes.
22 BY MR. SCHWEIKERT:
23   Q.   You're not aware of any consideration over
24 -- strike that.  You're not aware of any
25 consideration being given to leaving concrete

---

Page 65

1 exposed next to the racetracks as a way to
2 potentially improve safety for the riders?
3         MS. SPRADLIN:  Object to the form.
4         THE WITNESS:  I am not aware of that in
5 any of those discussions involved.
6 BY MR. SCHWEIKERT:
7    Q.   Who would be in those discussions?
8    A.   I believe it would be the race direction,
9 the track crew, builders, and the organizers.
10        MS. SPRADLIN:  Object to the form on that
11 last one.
12 BY MR. SCHWEIKERT:
13   Q.   Going back to the rulebook, we were
14 talking earlier about the subsection regarding race
15 direction.
16        Do you recall that?
17   A.   Yes.
18   Q.   All right.  And we were talking about
19 making recommendations to the organizers to ensure
20 the smooth and efficient running of the event.
21        Do you remember that?
22   A.   Yes.
23   Q.   And the organizers for the 2020 event were
24 who?
25   A.   Feld Motor Sports.

---

JEFFREY CANFIELD                    March 31, 2025                            66 to 69
83432

---

Page 66

1    Q.   And what sort of recommendations are you
2 aware of having been made to Feld Motor Sports over
3 your career to ensure the smooth and efficient
4 running of an event?
5          MS. SPRADLIN:  Object to the form.
6          THE WITNESS:  I'm not aware of any.
7 That's for people above -- above me with their
8 discussions.
9 BY MR. SCHWEIKERT:
10   Q.   Was Feld Motor Sports not the organizer
11 during the season in which you served as race
12 director?
13   A.   I don't recall.
14          MR. SCHWEIKERT:  Do you want to take a
15 little bathroom break before I change gears?
16          MS. SPRADLIN:  Sure.
17          THE WITNESS:  Sure.
18          MR. SCHWEIKERT:  Off the record.
19          THE VIDEOGRAPHER:  We are now going off
20 record.  The time is 12:05 p.m.
21          (WHEREUPON, a recess was taken.)
22          THE VIDEOGRAPHER:  We are now back on the
23 record.  The time is 1:04 p.m.  You may continue.
24          MR. SCHWEIKERT:  Thank you.
25 BY MR. SCHWEIKERT:

---

Page 67

1    Q.   I have a couple more questions about the
2 rulebook.
3    A.   Okay.
4    Q.   Do you have that in front of you?
5    A.   Yes.
6    Q.   I'm looking at page 62.
7    A.   All right.
8    Q.   This is section B3 entitled Race Director.
9 Let me know when you're there.
10   A.   B3, Race Director.  Yes.
11   Q.   And immediately below that it says, "The
12 race director should ensure the race course is
13 suitable and discontinue race activity if conditions
14 become unacceptable."
15          Do you see that?
16   A.   Yes.
17   Q.   What does that mean, if you know?
18   A.   I don't really know what that means.
19 Yeah.
20          MR. SCHWEIKERT:  Bless you.
21          MS. SPRADLIN:  Sorry.
22 BY MR. SCHWEIKERT:
23   Q.   You served as the race director for a
24 season?
25   A.   Yes.

---

Page 68

1    Q.   When you were the race director was part
2 of your responsibility discontinuing race activity
3 if conditions became unacceptable on the track?
4    A.   Yes.
5          MS. SPRADLIN:  I'm sorry to interrupt.  Is
6 Bethany back?  I don't see her on the Zoom.  I just
7 want to make sure we didn't get started without her.
8          MS. NDUKA:  Yeah, I'm here.  Thanks,
9 Caroline.
10          MS. SPRADLIN:  All right.  Sorry to
11 interrupt, guys.
12 BY MR. SCHWEIKERT:
13   Q.   And what did that mean to you during your
14 time serving as a race director?
15   A.   It could have been a whole variety of
16 different things.  If weather had come in and rain,
17 for example.  Washed part of the racetrack away or
18 stuff like, something like that.
19   Q.   What about a crash involving multiple
20 riders creating an obstruction on the track?  Would
21 that be a condition warranting discontinuing race
22 activity?
23          MS. SPRADLIN:  Object to the form.
24          THE WITNESS:  Not necessarily.
25 BY MR. SCHWEIKERT:

---

Page 69

1    Q.   Please explain that to me.
2    A.   In the event that, like you said, a
3 multiple rider crash, if every athlete got up and
4 the area was controlled safely and got back going
5 then we could continue on.
6    Q.   You could continue on?
7    A.   Yeah.  Without having -- without having to
8 --
9    Q.   And what if every athlete did not get back
10 up?  Would that be a condition that was unacceptable
11 and warranted discontinuing race activity?
12          MS. SPRADLIN:  Object to form.
13          THE WITNESS:  That would probably be a
14 thing the race director would help make -- would
15 determine whether he thought that it was safe for or
16 not.
17 BY MR. SCHWEIKERT:
18   Q.   Did you ever throw a red flag while you
19 were serving as the race director during a
20 supercross season?
21   A.   I don't recall.
22   Q.   Have you seen any red flags thrown during
23 the current supercross season?
24   A.   Yes.
25   Q.   And what are some reasons why red flags

---

March 31, 2025

Page 70

1  have been thrown during the current season?
2      A.   Medical could have called and asked us to
3  please stop this session, whether it be a race or a
4  practice or whatnot because they were attending to
5  an injured -- an injured rider.
6      Q.   Any other reasons?
7      A.   That's the only one that comes to mind for
8  this season.
9      Q.   Any particular incident you're thinking
10 of?
11     A.   No.
12     Q.   Have you ever seen a red flag thrown
13 during a supercross event that was not requested by
14 a medical person?
15          MS. SPRADLIN:  Object to form.
16          THE WITNESS:  Yes.
17 BY MR. SCHWEIKERT:
18     Q.   And can you explain to me what you're
19 thinking of?
20     A.   Typically, like that would be if weather
21 came in.  Lightning in the area or torrential rains.
22 But yes, there have been red flags due to weather.
23     Q.   Have there been red flags due to crashes
24 during a supercross event without a request from
25 someone on the medical team?

Page 71

1          MS. SPRADLIN:  Object to the form.
2          THE WITNESS:  Not that I recall.
3  BY MR. SCHWEIKERT:
4      Q.   So in your experience, what are all of the
5  reasons why a red flag would be thrown during a
6  supercross event?  You mentioned weather.  You
7  mentioned a request form medical.  Anything else?
8          MS. SPRADLIN:  Object to the form.
9          THE WITNESS:  Those are -- those are the
10 main -- those would be the only two that I would
11 ever -- could recall a red flag being thrown for was
12 one of those two reasons.
13 BY MR. SCHWEIKERT:
14     Q.   What if there was a crash involving
15 multiple riders coming out of the starting gate and
16 going to that first corner?  Are you aware of any
17 instance where a red flag has been thrown as a
18 result of the crash without a request from medical?
19     A.   Not that I can recall.
20     Q.   Have you in your role as a spotter ever
21 requested a red flag?
22     A.   Not that -- not that I can recall.
23     Q.   Do you believe you've ever requested a red
24 flag in your role as a spotter?
25          MS. SPRADLIN:  Object to the form.

Page 72

1          THE WITNESS:  I may have.  I really don't
2  -- I don't recall.
3  BY MR. SCHWEIKERT:
4      Q.   What would be a reason that would lead you
5  as a spotter during a supercross event to suggest
6  that a red flag be thrown?
7          MS. SPRADLIN:  Object to the form.
8          THE WITNESS:  Imminent weather coming in.
9  Working with the promoter who is working with the
10 venue.  Venues have their own protocols as it
11 pertains to weather so there could have been
12 instances where it's -- a lightning strike, for
13 example, could have been within their set area that
14 they need to stop and wait until weather has
15 cleared.
16 BY MR. SCHWEIKERT:
17     Q.   Anything else?
18     A.   That's probably it.
19     Q.   Do you believe that supercross racing is a
20 dangerous sport?
21     A.   It is.  Any form of motor sports is
22 dangerous.
23     Q.   Why did you hesitate?
24     A.   I didn't.  I didn't hesitate.
25     Q.   And those dangers should be mitigated to

Page 73

1  the extent possible by the folks operating the event
2  and the racetrack.  Right?
3          MS. SPRADLIN:  Object to the form.
4          THE WITNESS:  By everyone involved at the
5  event.
6  BY MR. SCHWEIKERT:
7      Q.   And during the 2020 supercross season what
8  were those things that were done to mitigate the
9  dangers presented by racing motorcycles on motocross
10 tracks inside of a sports stadium?
11     A.   I'm not sure I follow your question.
12          MS. SPRADLIN:  Object to the form.
13 BY MR. SCHWEIKERT:
14     Q.   What is -- what was done during that time
15 to try to create a safe environment for the riders
16 to race motocross tracks?
17          MS. SPRADLIN:  Object to the form.
18          THE WITNESS:  Well, at supercross we have
19 Tuff Block lining the sides of the racetrack.  We
20 have flaggers.  On some of the jumps we have lights
21 to help assist the riders to know that there's
22 something going on.
23 BY MR. SCHWEIKERT:
24     Q.   Anything else you can think of?
25          MS. SPRADLIN:  Object to the form.

Page 74

1          THE WITNESS:  Not off the top of my head.
2   BY MR. SCHWEIKERT:
3      Q.   And a yellow flag is used for what
4   purpose?
5      A.   To let a rider know that a serious hazard
6   is on the track or on the side of the racetrack and
7   to proceed with caution.
8      Q.   During the 2020 season do you know if
9   riders were allowed to continue jumping during -- on
10  sections of the track where -- strike that.
11          Do you know if during the 2020 season
12  riders were allowed to continue jumping on a section
13  of a track where a yellow flag was being waved?
14     A.   In the rulebook it says that.  Yes.
15     Q.   They can continue jumping?
16     A.   You can.
17     Q.   I've heard a reference to roll a jump.
18          Does that mean anything to you?
19     A.   Yes.
20     Q.   What does it mean to roll a jump?
21     A.   That means you -- front wheel goes over
22  the jump.  The rear wheel follows.
23     Q.   Are there circumstances when a rider is
24  supposed to roll a jump on the track?
25     A.   Yes.

Page 75

1      Q.   And what are those?
2      A.   If the red lights, flashing lights are on
3   or the red cross flag is being displayed.
4      Q.   And what is the red cross flag for?
5      A.   It indicates that there's a serious hazard
6   on the racetrack and please no jumping and no
7   passing.
8      Q.   Does it indicate a medical issue?
9      A.   It could.  Not necessarily.
10     Q.   When I think of red cross you know like
11  the American Red Cross Society.  Right?
12     A.   Right.
13     Q.   And when a flag, a red cross is displayed,
14  is that because there is a potential medical issue
15  on the track?
16          MS. SPRADLIN:  Object to the form.
17          THE WITNESS:  It could be a medical issue.
18  It could be something laying on the racetrack.
19  BY MR. SCHWEIKERT:
20     Q.   Like what?
21     A.   A motorcycle.  A Tuff Block.  A number of
22  different things.
23     Q.   What about a rider laying on the track not
24  getting up off the ground on his own?
25          MS. SPRADLIN:  Object to the form.

Page 76

1          THE WITNESS:  Yes.  Possibly.
2   BY MR. SCHWEIKERT:
3      Q.   And if the red cross flag is waved, does
4   that bring the entire activity on the track to a
5   halt?
6      A.   The red cross flag?  No.
7      Q.   What are riders supposed to do on the red
8   cross flag?
9          MS. SPRADLIN:  Object to form.
10          THE WITNESS:  In the section that the flag
11  is being displayed, riders are not to jump or
12  overtake another rider until they have passed the
13  incident.  And slow their speed down.
14  BY MR. SCHWEIKERT:
15     Q.   And when a yellow flag is waving, what is
16  a rider supposed to do?
17          MS. SPRADLIN:  Object to the form.
18          THE WITNESS:  Slow down but they are
19  allowed to still overtake another rider or jump.
20  Proceed with caution.
21  BY MR. SCHWEIKERT:
22     Q.   Would a red cross flag indicate a higher
23  level of caution versus a yellow flag?
24          MS. SPRADLIN:  Object to form.
25          THE WITNESS:  Yes

Page 77

1   BY MR. SCHWEIKERT:
2      Q.   And what about a red flag?  What is that
3   for?
4      A.   Red flag stops everything on the
5   racetrack, whether it's a practice session or a
6   race.
7      Q.   And when a red flag is waved on a
8   supercross track how are riders supposed to respond
9   to that red flag?
10     A.   They immediately slow down and then they
11  proceed to where an official tells them to go.
12     Q.   And you mentioned some flashing lights.
13  Can you explain to me how those are used during a
14  supercross event?
15     A.   Yes.  At a supercross event the flashing
16  lights are placed on the takeoff of triple jump.  A
17  triple jump is three jumps in a row.  In the event
18  that an athlete or something is in one of those
19  three jumps, the lights come on and a red cross flag
20  as well as the lights come on -- or starts waving in
21  that section.  Athletes are to roll each jump
22  individually.  No jumping.  And no overtaking until
23  they are clear of that hazard.
24     Q.   And how do those lights get activated?
25     A.   We have people activating them.

Page 78

1    Q.    And who -- well, strike that.
2          When you say we have people activating
3    them, what do you mean?
4    A.    AMA officials.  Sorry.
5    Q.    And when are flashing lights typically
6    activated?  When there's an incident in the area of
7    a triple jump?
8    A.    Yes.
9    Q.    And what different lights can be
10   displayed?
11   A.    Just red.  Red flags.  In the triple jump
12   area it's a flashing -- flashing red lights.
13   Q.    Is it possible that there would be a
14   yellow flag waving in a section of a track with a
15   triple jump and also red lights flashing at the
16   start of that triple jump?
17   A.    It's possible.  Yes.
18   Q.    And in that circumstance the rider should
19   roll the jumps as opposed to continue jumping them?
20   A.    Correct.  Once he gets to that either
21   flashing lights or the red cross flag.
22   Q.    When -- are the flashing lights only used
23   in connection with a red cross flag?
24   A.    No.  No.  Well, the red cross flag is used
25   in conjunction with the lights because as we know,

Page 79

1    lights could -- there could be a problem with them.
2    So we always have a red cross flag stationed with
3    the lights.
4    Q.    At the start of the triple jumps?
5    A.    Yes.
6    Q.    Are you aware of circumstances where there
7    would be yellow flags waving but also red flashing
8    lights?
9          MS. SPRADLIN:  Object to the form.
10         THE WITNESS:  There's instances where that
11   --
12   BY MR. SCHWEIKERT:
13   Q.    I've seen -- strike that.
14         Do you know what an AMA event manager is?
15   A.    Yes.
16   Q.    And what is that?
17   A.    Well, that's -- at that time not only was
18   I the spotter, I was also the event manager.
19   Q.    So at the time of the Tampa Supercross in
20   2020, you were serving as the spotter and also the
21   AMA event manager?
22   A.    Yes.
23   Q.    And what were your responsibilities as the
24   AMA event manager at that time?
25   A.    Same as what the TV and the spotter was.

Page 80

1    They were all one in the -- they were all one in the
2    same.
3    Q.    So event manager is just another moniker
4    for spotter?
5    A.    Yeah.
6    Q.    Which you've also referred to as eye in
7    the sky?
8    A.    Yes.
9          MS. SPRADLIN:  Object to the form.
10         MR. SCHWEIKERT:  What's wrong with my
11   form?
12         MS. SPRADLIN:  Eye in the sky has been
13   used to describe multiple positions so it's vague in
14   terms of describing just that one role when it's a
15   nickname used for -- at this point I think there
16   have been four different people that have been
17   called that in the case.
18         MR. SCHWEIKERT:  Okay.
19   BY MR. SCHWEIKERT:
20   Q.    When you refer to the eye in the sky, sir,
21   what person or persons are you referring to with
22   respect to the Tampa event in 2020?
23   A.    Honestly, I've never used that term, eye
24   in the sky.
25   Q.    Did you not say it earlier today?

Page 81

1    A.    You asked me earlier today if -- what
2    there was -- some different names, different titles
3    and it was TV spotter, eye in the sky, but I've
4    never referred to myself as the eye in the sky.
5    Q.    At the Tampa event in 2020, you were the
6    TV spotter.  Is that correct?
7    A.    Yeah.
8    Q.    You were also the AMA event manager?
9    A.    Mm-hmm.
10   Q.    Is that a yes?
11   A.    Yes.  Sorry.
12   Q.    And those two titles in your mind are one
13   in the same at that time?
14   A.    Yes.
15   Q.    And was there also someone serving as an
16   eye in the sky official?
17   A.    Possibly.  I don't recall.
18   Q.    Do you remember mentioning Phil Penn?
19   A.    Yes.
20   Q.    And do you recall him being at the Tampa
21   event?
22   A.    I don't.  I don't recall him being there.
23   Q.    Do you recall him serving in any capacity
24   during the 2020 Supercross season?
25   A.    Yes.

March 31, 2025                    82 to 85

Page 82

1    Q.    In what capacity do you recall him serving
2  in?
3    A.    Working with Feld upstairs. But I never
4  referred to him as the eye in the sky.
5    Q.    Are you familiar with the position track
6  safety supervisor?
7    A.    Yes.
8    Q.    Was that a position that existed at the
9  time of the Tampa Supercross?
10    A.    I don't recall.
11    Q.    What is your understanding of a track
12  safety supervisor?
13    A.    The person that oversees like the runners
14  on the racetrack, which probably would have been
15  Feld but I'm not -- I don't know for certain. And
16  works with the head flagger.
17    Q.    And are you familiar with any position
18  during the Tampa Supercross that might have been
19  referred to as the eye in the sky?
20        MS. SPRADLIN:  Object to form.
21        THE WITNESS:  I've answered that I think a
22  few times.  I don't -- if somebody called me that,
23  then they called me that but I have never referred
24  to myself or any of the other people that may have
25  been upstairs as that.

Page 83

1  BY MR. SCHWEIKERT:
2    Q.    Well, let's talk about the upstairs.
3    A.    Okay.
4    Q.    You're referring to being upstairs inside
5  Raymond James Stadium?
6    A.    Yes.
7    Q.    And with respect to the Tampa event in
8  2020, where upstairs do you recall there being
9  anyone located in connection with overseeing or
10  officiating the racetrack during the free practice
11  sessions?
12    A.    I'm not sure I follow your question.
13    Q.    Where were you located at that time?
14    A.    I was in the show control booth.
15    Q.    Is that also the TV booth that you were
16  referring to?
17    A.    No.
18    Q.    That's a different one?
19    A.    The show control booth is where I've
20  always been located.
21    Q.    And who do you recall being in the show
22  control booth with you at the time of the free
23  practices?
24    A.    Maybe the promoters, the show manager.  I
25  don't -- I don't recall who it was.

Page 84

1    Q.    What is -- what was a show manager at that
2  time?
3    A.    It would be the person that would run --
4  work with the stadium to play commercials on the
5  jumbotron.  Would help work with the announcers, the
6  house -- the house announcers, the floor announcers,
7  and manage that.
8    Q.    Do you believe the show manager for the
9  Tampa event was a Feld Motor Sports person?
10    A.    Yes.  I believe it was.
11    Q.    You don't recall specifically who that may
12  have been?
13    A.    No.  I don't.
14    Q.    Does that position still exist today?
15    A.    Yes.
16    Q.    Who has served as the show manager in the
17  most recent season?
18    A.    Right now they have a gentleman by the
19  name of Max that does that position.
20    Q.    Do you know his last name?
21    A.    McGilligan.  M-C-G-I-L-L-I-G-A-N.
22    Q.    Do you recall any of Mr. McGilligan's
23  predecessors?
24    A.    One.  His name was Maxie Williams.  That
25  was his last name.

Page 85

1    Q.    Okay.  Going back to the Tampa event, you
2  recall being in the show control booth with the Feld
3  Show Manager.  Correct?
4    A.    Yes.
5    Q.    Anyone else?
6    A.    Not that I recall.
7    Q.    Just the two of you?
8    A.    Yes.
9    Q.    And what did it look like inside that
10  booth?
11    A.    Two -- two levels.  You walked into the
12  booth and then my monitor was down four or five
13  steps but inside the closed booth.  And the show
14  manager's was -- his equipment was right next to
15  mine.
16    Q.    So on the lower level of the booth there
17  was equipment including a monitor?
18    A.    Yeah.
19    Q.    What was on the upper level?
20    A.    I don't recall.
21    Q.    Okay.  And can you describe for me what
22  type of equipment you recall being there?
23    A.    Yes.  I had -- there was one monitor and
24  one single-sided headset with a control -- with a
25  box.  And then I don't -- I don't know what the show

Page 86

1  manager's -- I don't recall what the show manager's
2  equipment was.
3       Q.   One monitor and you said one single-sided
4  headset?
5       A.   Yeah.
6       Q.   You mean just one clip for one ear?
7       A.   Yeah.
8       Q.   Was there a microphone as well?
9       A.   Yes.
10           THE REPORTER:  Just make sure you let him
11  get his question out for the sake of the court
12  reporter.  You're doing fine but just make sure that
13  he gets to finish his --
14           THE WITNESS:  Certainly.
15           THE REPORTER:  -- questions and he'll let
16  you finish your answers.
17  BY MR. SCHWEIKERT:
18       Q.   And is that a headset that you were
19  wearing during the free practices?
20       A.   I don't recall.
21       Q.   Are you typically wearing a headset when
22  the racetrack is active?
23       A.   Yes.
24       Q.   And that is partly so you can communicate
25  in real time with other individuals on that radio

Page 87

1  channel as needed.  Right?
2       A.   Yes.
3       Q.   You're not -- but you don't remember if
4  you were wearing the headset during the free
5  practice session in which Brian Moreau crashed?
6            Is that correct?
7            MS. SPRADLIN:  Object to the form.
8            THE WITNESS:  I would have been wearing
9  the AMA radio and headset.
10  BY MR. SCHWEIKERT:
11       Q.   That's the single-sided headset?
12       A.   I have two.
13       Q.   Okay.  What's the other one?
14       A.   The other one is for the TV.
15       Q.   What do you mean for the TV?
16       A.   So I can communicate down to the TV
17  producer.
18       Q.   And who was the TV producer?
19       A.   I believe it was Chris Bond.
20       Q.   I that a Feld Motor Sports Person?
21       A.   I don't know.
22       Q.   Do you recall wearing any headsets during
23  the free practices in which Brian crashed?
24       A.   Probably just the AMA one.  Mine.
25       Q.   And just so I'm kind of understanding.

Page 88

1  When the event is being broadcast live on television
2  you'll have an AMA headset over one ear and also
3  another headset with the TV people?
4       A.   Correct.
5       Q.   And the AMA headset was on the AMA channel
6  with the race director, the medical team, and the
7  Feld person.  Correct?
8            MS. SPRADLIN:  Object to the form.
9            THE WITNESS:  Yes.  To my knowledge.
10  BY MR. SCHWEIKERT:
11       Q.   Do you know if the radio communications
12  were ever recorded?
13       A.   No.  They were not.
14       Q.   Let's talk about the monitor.  Are you
15  referring to a computer monitor?  Like a television
16  monitor?
17       A.   A small television monitor.
18       Q.   And was it working during the free
19  practice session?
20           MS. SPRADLIN:  Object to the form.
21           THE WITNESS:  I don't -- I don't recall.
22  BY MS. SPRADLIN:
23       Q.   Do you typically have the television
24  monitor on when the racetrack is active during
25  supercross events?

Page 89

1       A.   It is powered on but I don't recall if it
2  was broadcasting.
3       Q.   What do you mean?
4       A.   I don't recall if there was anything on
5  the screen.
6       Q.   What can be displayed on the screen in
7  your experience?
8       A.   In my experience usually what's on the
9  screen is either the house feed or the show feed.
10       Q.   Is the house feed what would also be
11  displayed on the jumbotron inside the stadium?
12       A.   Yes.  Potentially, yes.
13       Q.   What else potentially could it be?
14       A.   They could -- they could be on my monitor,
15  they could be going through some old stuff of
16  previous events.
17       Q.   When you talk about previous events are
18  you referring to like prior supercross races or
19  prior things that had happened on the racetrack that
20  day?
21       A.   Prior.  Sorry.  Prior supercrosses.
22       Q.   And do you know where the video feed is
23  coming from?
24           MS. SPRADLIN:  Object to the form.
25           THE WITNESS:  Which video feed?

Page 90

BY MR. SCHWEIKERT:

Q.   On your television monitor.

A.   Oh, yeah.  It's coming from the TV trucks.
The TV truck.  Yes.

Q.   Have you been inside a TV truck?

A.   Yes.

Q.   Had you been inside one during the 2020
season?

A.   I don't recall.

Q.   Let me show you a document.  It was
previously marked as Exhibit 63 at a Zoom
deposition.  So I'm going to put a sticker on it
just to keep it clean.

     Here you go.

     THE REPORTER:  Exhibit 63?

     MR. SCHWEIKERT:  Yeah.

BY MR. SCHWEIKERT:

Q.   Do you have any idea what is depicted in
Exhibit 63?

A.    This appears to be different camera angles
from a supercross event.

Q.   Have you seen a similar setup inside a TV
truck at a supercross event?

A.   Yes.

Q.   You can see different feeds from the

Page 91

various cameras in the stadium.  Right?

A.   Yes.

Q.   Does your monitor that you had in the show
control booth have something similar to what's shown
in Exhibit 63 where you've got multiple different
camera feeds or is it always just one feed on your
screen?

A.   It's always just one feed.

Q.   And can you ask -- strike that.

     Could you ask at that time for someone to
change the feed that was being displayed on your
monitor?

A.   I could.  I never have.

Q.   Why not?

A.   I just never needed a reason to.

Q.   But if you did have a reason you could ask
somebody in the TV truck, for example, to put a
different camera feed on your monitor?

     MS. SPRADLIN:  Object to the form.

     THE WITNESS:  Yes.  I believe that I can.

BY MR. SCHWEIKERT:

Q.   Have you ever done that at any point over
the course of working as a spotter at a supercross
event?

     MS. SPRADLIN:  Object to the form.

Page 92

     THE WITNESS:  No.

BY MR. SCHWEIKERT:

Q.   And as a spotter, is it fair to say that
part of the role is spotting things going on on the
floor of the stadium that might be important to the
race director?

     MS. SPRADLIN:  Object to the form.

     THE WITNESS:  Yes.  But being upstairs
having a visual is easier than trying to watch
multiple camera.

BY MR. SCHWEIKERT:

Q.   So in your role as a spotter you have
relied exclusively on your own eyes in terms of
visually monitoring activity on an active racetrack?

A.   No.  I've -- no.

Q.   Okay.  What else do you use?

A.   I will call down to the TV truck and ask
if they've seen something happen on the racetrack
and they will go and look and see if they saw
something.

Q.   And if they saw something would they then
put it on your monitor so that you could see it as
well?

A.   They would replay it on my monitor.  Yes.

Q.   And has that happened in your experience?

Page 93

A.   Yes.

Q.   Can you tell me more about that?

A.   Yes.  If -- if in my experience the race
direction wanted to see did something happen between
Rider X and Z in this section of the racetrack and
they would look to see if they had it, and if they
had it they would say, you know, is this what you're
looking for?  So, and they'd play it back or they
would say, no, we didn't catch it.  Or we didn't see
it.

Q.   Do you recall who may have been in the TV
truck during the practices at the Tampa Supercross?

     MS. SPRADLIN:  Object to the form.

     THE WITNESS:  I don't.

BY MR. SCHWEIKERT:

Q.   Would -- in your experience would any AMA
person have been in the TV truck?

     MS. SPRADLIN:  Object to form.

     THE WITNESS:  No.

BY MR. SCHWEIKERT:

Q.   Would a Feld person have been in the TV
truck in your experience?

     MS. SPRADLIN:  Object to form.

     THE WITNESS:  I don't know.

BY MR. SCHWEIKERT:

JEFFREY CANFIELD                                    March 31, 2025                                    94 to 97
83432

Page 94

1    Q.   Do you know who is responsible for
2  television broadcast of supercross events?
3         MS. SPRADLIN:  Object to the form.
4         THE WITNESS:  No.  No.
5  BY MR. SCHWEIKERT:
6    Q.   Going back to the show control booth we
7  talked about the two different headsets and a
8  monitor.  Right?
9    A.   Yes.
10   Q.   Anything else that you recall being in the
11 booth that you would use in performing your role as
12 a spotter?
13   A.   No.  Not that I recall.
14   Q.   Would you -- would you have your cell
15 phone on you?
16   A.   I would have my cell phone with me.
17   Q.   Have you ever used your cell phone in
18 connection with performing your role as a spotter?
19   A.   If I couldn't get through I would possibly
20 call or send a text.
21   Q.   And when you say if you couldn't get
22 through, to who would you be trying to get through
23 to?
24        MS. SPRADLIN:  Object to the form.
25        You can answer if you can.

Page 95

1         THE WITNESS:  I don't -- anybody.  You
2  know, who I would come in contact with throughout
3  the course of the day.
4  BY MR. SCHWEIKERT:
5    Q.   As the spotter, did you report to somebody
6  at the Tampa Supercross?
7    A.   I don't -- I don't understand.
8    Q.   Did you have a supervisor or someone above
9  you in terms of hierarchy that you reported to?
10   A.   At that time it would have been Mike
11 Pelletier.
12   Q.   And at that time do you know what role he
13 was in?
14   A.   A clerk of the course.
15   Q.   And what is your understanding of what a
16 clerk of the course was responsible for at that
17 time?
18   A.   Working with the race director and the
19 delegate to ensure that the event is run.
20   Q.   Are you familiar with the position AMA
21 supercross manager?
22   A.   Yes.
23   Q.   And what does that mean to you?
24   A.   That's the person that's an AMA employee
25 that manages and runs the supercross from the AMA.

Page 96

1    Q.   Do you know who was the AMA supercross
2  manager at the Tampa event?
3    A.   I believe it was Mike Pelletier.
4    Q.   Is AMA supercross manager just another way
5  to refer to the clerk of the course or are they two
6  different positions that were being filled by Mike
7  on that day?
8    A.   Two different positions.
9    Q.   Do you know why Mike was filling in two
10 roles on that day?
11   A.   I don't.
12   Q.   Is that how it was typically done at that
13 time?
14   A.   Yes, sir.
15   Q.   And where, if you know, was Mr. Pelletier
16 located during the practice sessions?
17        MS. SPRADLIN:  Object to the form.
18        THE WITNESS:  I don't know where he was.
19 BY MR. SCHWEIKERT:
20   Q.   Do you know if he was at the Tampa event?
21   A.   Yes, he was.
22   Q.   Do you know customarily where the clerk of
23 the course or AMA supercross manager would generally
24 be located while the racetrack was active at that
25 time?

Page 97

1    A.   He could be in different -- different
2  locations.
3    Q.   What location?
4    A.   He could be out on the racetrack.  In the
5  tower.  He could be in the semitrailer meeting with
6  teams or --
7    Q.   Let's talk about that a little bit.
8         What is the trailer you're referring to?
9    A.   The AMA trailer.
10   Q.   Is the AMA trailer used in any way to
11 officiate or monitor the racetrack while it's active
12 during a supercross event?
13   A.   No.
14   Q.   I want to go back to talking about the
15 show control booth being upstairs.  Okay?
16   A.   Yes.
17   Q.   Are you familiar with a race command
18 booth?
19   A.   Yes.
20   Q.   Is that another location upstairs or is it
21 somewhere else as far as you're aware?
22   A.   As far as I'm aware it's upstairs.
23   Q.   And what is your understanding of what the
24 race command booth was for at that time?
25   A.   I believe that that was the booth that Mr.

Page 98

1  Penn would have been in serving his role.
2        Q.    Anybody else that you believe would have
3  been in the race command booth?
4        A.    I don't know.  I don't know.
5        Q.    What's the difference between the function
6  of the show control booth versus the race command
7  booth?
8        A.    Race command booth is the booth that, like
9  I said, the Feld person would have worked to be able
10 to monitor and signal down to runners, for example,
11 the Feld people on the floor.  The runners, the head
12 flagger.  I don't know if the flaggers had -- if
13 they could hear him.  I don't know.  Show control,
14 again, that's where I would be sitting as the
15 liaison between AMA and television.  The show
16 manager, as I said, that's the person that would
17 queue up the commercials that would go on the
18 jumbotron.  Would queue the announcers, the floor
19 announcers to talk or to banter throughout the
20 course of the event.
21       Q.    Do you know why they call the race command
22 booth a race command booth?
23       A.    I don't know.
24       Q.    Is it a booth from which the race is
25 commanded?

Page 99

1        MS. SPRADLIN:  Object to the form.
2        THE WITNESS:  I don't know.  That's just a
3  name that they've given it.
4  BY MR. SCHWEIKERT:
5        Q.    And you don't -- that individual who I
6  understand you believe may have been Phil Penn,
7  based on your experience would they have had any
8  line of communication to the race direction team?
9        MS. SPRADLIN:  Object to the form.
10       THE WITNESS:  Yes.  He would have had one
11 of our radios.
12 BY MR. SCHWEIKERT:
13       Q.    Would that person who you believe to have
14 been Phil Penn have had the ability to make any
15 recommendations to the race direction group?
16       MS. SPRADLIN:  Object to the form.
17       THE WITNESS:  I don't believe so.
18 BY MR. SCHWEIKERT:
19       Q.    Why do you not believe so?
20       A.    He would have -- he would have had the
21 ability to call over and tell race director to go to
22 a different channel to talk and he could have at
23 that point maybe said something, you know, that
24 they're noticing on the track.  And then they would
25 relay it to whoever they needed to relay it to.

Page 100

1        Q.    Is it fair to say there were multiple
2  locations from which people were monitoring the
3  track while it was active for purposes of trying to
4  keep things as safe as possible for those riders?
5        MS. SPRADLIN:  Object to the form.
6        THE WITNESS:  Yes.
7  BY MR. SCHWEIKERT:
8        Q.    People in show control and race command
9  booth.  Right?
10       MS. SPRADLIN:  Object to the form.
11       THE WITNESS:  Yes.
12 BY MR. SCHWEIKERT:
13       Q.    Would it also track marshals and flaggers
14 around the track itself?
15       A.    Yes.
16       Q.    And those people are there to try to
17 control the track to make the activity as safe as
18 possible for riders?
19       MS. SPRADLIN:  Object to the form.
20 BY MR. SCHWEIKERT:
21       Q.    Fair?
22       A.    Yes.
23       Q.    Sticking with upstairs, we talked about
24 show control.  We talked about race command.  Any
25 other booth upstairs from which somebody was

Page 101

1  watching the track for hazards or other conditions
2  that may be unacceptable?
3        MS. SPRADLIN:  Object to the form.
4        THE WITNESS:  There are other booths up
5  there.  Yes.  For example, timing and scoring is
6  located up there.
7  BY MR. SCHWEIKERT:
8        Q.    Are they doing what the name suggests,
9  keeping track of lap times and points for riders?
10       A.    Not necessarily points but yes, timing.
11 Timing the event.  And then with each individual
12 bike there was a transponder and that records their
13 lap times.
14       Q.    And who would have been, as far as you're
15 aware, in the timing and scoring booth at the time
16 of the free practice session?
17       MS. SPRADLIN:  Object to the form.
18 BY MR. SCHWEIKERT:
19       Q.    If anyone?
20       A.    Probaby the timing and scoring manager and
21 a tech.  A tech or two.
22       Q.    Would those have been AMA folks, Feld
23 Motor Sports folks, other people?
24       A.    AMA.
25       Q.    And does the timing and scoring

Page 102

1  individuals -- strike that.
2         Did the timing and scoring individuals
3  perform any sort of oversight function in terms of
4  controlling the track?
5         MS. SPRADLIN:  Object to the form.
6         THE WITNESS:  No.  No.
7  BY MR. SCHWEIKERT:
8     Q.   Any other booths upstairs that might have
9  been used at that time to watch the racetrack while
10 it was active for a purpose other than being a
11 spectator?
12    A.   No.  Not that I recall.
13    Q.   What about on the floor of the track
14 itself?  Who would have been monitoring the activity
15 on the track from the floor of the stadium?
16    A.   Well, aside from the AMA officials we
17 would -- John Gallagher would have been in the
18 finish line structure.  The finish line tower.  And
19 then on the other tower would have been some team
20 managers.
21    Q.   And the tower that you're referring to, is
22 that -- strike that.
23         Those towers are next to the finish line?
24    A.   Yes.
25    Q.   One tower is for AMA officials and another

Page 103

1  tower is for team managers?
2     A.   Correct.
3     Q.   And in the official -- officials' tower
4  you believe the race director would have been there?
5     A.   Yes.
6     Q.   Anyone else?
7     A.   I believe the AMA delegate.  And also the
8  finish line flagger.
9     Q.   And the AMA delegate was Mr. McAdams?
10    A.   Yes.
11    Q.   Do you know if Mr. McAdams was in the
12 finish line tower at the time of Brian's crash?
13    A.   I don't know.
14    Q.   What about the finish line flagger?  Do
15 you know if that person was present in the finish
16 line tower at the time of Brian's crash?
17    A.   More than likely.
18    Q.   Do you know who that was?
19    A.   I don't recall.
20    Q.   And then Mr. John Gallagher as the race
21 director would have been in the finish line tower as
22 well?
23    A.   Yes.
24    Q.   Anyone other than those three individuals
25 that you believe may have been in the finish line

Page 104

1  tower around the time that Brian crashed?
2     A.   No.  Just those.
3     Q.   And what would -- strike that.
4         Do you know what the AMA delegate, Mr.
5  McAdams, was doing --
6         MS. SPRADLIN:  Object to the form.
7  BY MR. SCHWEIKERT:
8     Q.   -- at that time?
9     A.   I don't know.
10    Q.   Do you know customarily what role the AMA
11 delegate serves being stationed in the finish line
12 tower with the race director and finish line
13 flagger?
14         MS. SPRADLIN:  Object to the form.
15         You can answer.
16         THE WITNESS:  It would be another set of
17 eyes.
18 BY MR. SCHWEIKERT:
19    Q.   Another set of eyes to watch the track?
20    A.   Yes.
21    Q.   Anyone else that you can think of that
22 might have been located on the floor of the stadium
23 for purposes of being another set of eyes watching
24 the track?
25         MS. SPRADLIN:  Object to the form.

Page 105

1         THE WITNESS:  No.  Not that I would
2  recall.
3         MR. SCHWEIKERT:  This will be a new one.
4         MR. GORDON:  Exhibit 177.
5         MR. SCHWEIKERT:  Thank you.
6         MR. SCHWEIKERT:  I'm going to show you a
7  document I'm going to mark as Exhibit 177.
8         THE REPORTER:  Exhibit 177 has been
9  marked.
10        (WHEREUPON, Exhibit 177 was marked for
11 identification.)
12        THE WITNESS:  Thank you.
13 BY MR. SCHWEIKERT:
14    Q.   Just take a minute to review Exhibit 177
15 and let me know if you know what it is.
16    A.   Yes.  This appears to be the Tampa track
17 map.
18    Q.   And why do you believe it appears to be
19 the Tampa track map?
20    A.   It says the Tampa Supercross down there
21 and counsel has shown me this map.
22    Q.   All right.  Do you know the names of any -
23 - strike that.
24        Do you know who any of these people are
25 whose first names are written on this map?

JEFFREY CANFIELD                    March 31, 2025                    106 to 109
83432

Page 106

1    A.   Yes.
2         Q.   Let's start with Mikey.  Or Mike.  I'm
3    sorry.
4    A.   Okay.
5         Q.   Do you know who that is?
6    A.   I would have to see their last name but I
7    do know Mike.  I do know who he is.
8         Q.   Who is that?
9    A.   I don't remember which Mike I had at that
10   event.
11        Q.   And what do you mean you had at that
12   event?  Did you --
13   A.   Working at that event.
14        Q.   Were you responsible for organizing some
15   of the officials that worked the Tampa Supercross?
16        MS. SPRADLIN:  Object to the form.
17        THE WITNESS:  No.  Not at that time.
18   BY MR. SCHWEIKERT:
19        Q.   Well, when you say I don't recall who I
20   had at that event, are you referring to individuals
21   that were reporting to you?
22   A.   No.  I'm referring to we have a few people
23   named Mike that do work as AMA officials and I don't
24   recall which Mike that was.
25        Q.   Okay.  Do you recall what side of the

Page 107

1    stadium the show control booth was located on?
2    A.   I don't.
3         Q.   What about the name Leon?  Does that mean
4    anything to you?
5    A.   Yes.
6         Q.   What does that mean to you?
7    A.   He's one of our AMA officials.
8         Q.   And what type of official would he be?
9    A.   He would be the gentleman that had a red
10   cross flag at the triple jump.  And a yellow flag.
11        Q.   Would he have been a marshal?
12   A.   Yes.
13        Q.   In your mind is a marshal an AMA official?
14        MS. SPRADLIN:  Object to the form.
15        THE WITNESS:  Yes.
16   BY MR. SCHWEIKERT:
17        Q.   And the next name in the upper right hand
18   is Phil.  Do you see that?
19   A.   Yes.
20        Q.   Do you know who that may have been?
21   A.   Yes.  I believe that that was Phil Brown.
22        Q.   Phil Brown.  Do you believe he was an AMA
23   official as well?
24   A.   Yes.
25        Q.   Okay.  And then I see Ronnie.  Do you know

Page 108

1    that person?
2    A.   Yes.  I do know who Ronnie is.
3         Q.   Is he an AMA official as well?
4    A.   Yes.
5         Q.   And then there's Jamie.
6    A.   Yes.
7         Q.   Do you know who that is?
8    A.   Yes.  I do.
9         Q.   What's his name?
10   A.   I believe it's Jamie Nimey.
11        Q.   Can you spell that, please?
12   A.   N-I-M-E-Y.
13        Q.   And what about Ronnie?  Do you know his
14   last name?
15   A.   Mizer, M-I-Z-E-R.  N-I-M-E-Y.
16        Q.   And then in the bottom left-hand corner of
17   the map there's the name Chris.
18        Do you know who that is?
19   A.   Yes.
20        Q.   Who?
21   A.   His name is Chris Cleason.
22        Q.   Spell that, please.
23   A.   C-L-E-A-S-O-N.
24        Q.   And then on the left-hand side near
25   section five there's the name Jerry.

Page 109

1         Do you see that?
2    A.   Yes.
3         Q.   Do you know who that is?
4    A.   Jarry Newby.  Yes.
5         MR. GORDON:  For the record that's J-A-R-
6    R-Y.
7         THE WITNESS:  Yes.  N-E-W-B-Y.
8    BY MR. SCHWEIKERT:
9         Q.   And these individuals that we've been
10   discussing whose name is written on this map, they
11   were all AMA officials?
12   A.   Yes.
13        Q.   Do you know if they were employees of the
14   AMA?
15        MS. SPRADLIN:  Object to the form.
16        THE WITNESS:  No.
17   BY MR. SCHWEIKERT:
18        Q.   Is the AMA -- strike that.
19        During that season did the AMA use the
20   same officials for each supercross event?
21        MS. SPRADLIN:  Object to the form.
22        THE WITNESS:  Not at all of them.
23   BY MR. SCHWEIKERT:
24        Q.   How were officials selected for events at
25   that time?

JEFFREY CANFIELD                      March 31, 2025                        110 to 113
83432

Page 110

1          MS. SPRADLIN:  Object to the form.
2          THE WITNESS:  I don't recall.
3  BY MR. SCHWEIKERT:
4      Q.    Based on geographic location and who might
5  be available in a particular area where an event is
6  taking place?
7      A.    Possibly.
8          MR. SCHWEIKERT:  This will be Exhibit 178.
9          THE REPORTER:  Exhibit 178 has been
10  marked.
11          (WHEREUPON, Exhibit 178 was marked for
12  identification.)
13  BY MR. SCHWEIKERT:
14      Q.    Bates labeled AMA1022.
15          MR. SCHWEIKERT:  And just for the record on
16  Exhibit 177, I'm noticing that the Bates got put on
17  top of the stamp but it is AMA2011.  It's just
18  overlaid on top of a box so it's very hard to read.
19          MR. SCHWEIKERT:  Good eye.  I see that.
20          MS. SPRADLIN:  Only because I'm the one
21  who put the Bates stamp on it in the first place so
22  I know it was there.  I was worried that I had
23  missed one somehow.
24          MR. SCHWEIKERT:  No worries.
25          MS. SPRADLIN:  This is Exhibit 178?

Page 111

1          MR. SCHWEIKERT:  Yes.
2  BY MR. SCHWEIKERT:
3      Q.    Do you see the document I've marked as
4  Exhibit 178, sir?
5      A.    Yes.
6      Q.    Do you know what it is?
7      A.    It's the Tampa track map.
8      Q.    This is -- is it a computer rendering of
9  what the track was going to look like for the event?
10          MS. SPRADLIN:  Object to the form.
11          THE WITNESS:  Yes.  I believe so.
12  BY MR. SCHWEIKERT:
13      Q.    Do you know who created this rendering?
14      A.    I do not.
15      Q.    And we can see a finish line on the map.
16  Right?
17      A.    Yes.
18      Q.    And then there appears to be the finish
19  line tower next to it.
20          Do you see that?
21      A.    Yes.
22      Q.    Is that the finish line tower where you
23  believe the AMA delegate, the finish line flagger,
24  and the race director would have been located?
25          MS. SPRADLIN:  Object to the form.

Page 112

1          THE WITNESS:  I don't know.
2  BY MR. SCHWEIKERT:
3      Q.    Is there another finish line tower that
4  you're thinking of?
5      A.    Yes.  Typically, there are two.  The one
6  that would have the race director, the finish line
7  flagger would be closer to the finish line -- finish
8  line jump.
9      Q.    So on the other side of the finish line
10  jump?
11          Have you got a pen handy?
12      A.    No, I don't.
13      Q.    You can use mine.
14          I'm just trying to get the lay of the
15  land.  Could you indicate for me on the exhibit
16  where you believe the finish line tower
17  approximately was located?
18      A.    Sure.
19          MS. SPRADLIN:  He has --
20          THE WITNESS:  Okay.
21          MS. SPRADLIN:  Just draw however you want
22  to draw it and you can -- yeah, that works.
23  BY MR. SCHWEIKERT:
24      Q.    Do you want to show it to me?
25      A.    Yeah.  Right there.  Right in front of

Page 113

1  that -- in front of that tower.
2      Q.    Okay.  And then adjacent to the finish
3  line tower was the tower where the team managers
4  would have been?
5      A.    Yes.  That's what I believe that that
6  tower is is the team managers' tower.
7      Q.    Okay.  Do you recall your perspective of
8  the track at the event?
9          MS. SPRADLIN:  Object to the form.
10          THE WITNESS:  Yes.  I was up in one of the
11  booths.
12  BY MR. SCHWEIKERT:
13      Q.    You were in the show --
14      A.    Show control.
15      Q.    Right.  And when you would look down at
16  the track was the finish line close to you or on the
17  other side of the stadium if you can recall?
18      A.    I don't -- I don't -- I don't recall.
19          MS. SPRADLIN:  Would it help for the
20  record, do you recall what side the battleship or
21  the Buccaneers ship was on?
22          THE WITNESS:  If I -- possibly the left.
23  BY MR. SCHWEIKERT:
24      Q.    Okay.  You remember the pirates to your
25  left-hand side?

Page 114

1     A.  I believe so.
2     Q.  Okay.
3         MS. SPRADLIN:  We're in Tampa and there's
4  a pirate ship there.
5         THE WITNESS:  Yes.
6         MS. SPRADLIN:  Probably the most memorable
7  piece of the stadium.
8  BY MR. SCHWEIKERT:
9     Q.  All right.  And I'll show you what's
10 previously been marked as Exhibit 151, Bates label
11 FMS_INC_778.
12        THE REPORTER:  Exhibit -- you said Exhibit
13 151?
14        MR. SCHWEIKERT:  Correct.
15 BY MR. SCHWEIKERT:
16    Q.  Do you recognize the picture depicted in
17 Exhibit 151?
18    A.  Yes.
19    Q.  Okay.  And if you wouldn't -- well, so the
20 pirate ship was on your left-hand side.  Correct?
21    A.  I believe so.
22    Q.  All right.  So you would have most likely
23 been upstairs on the side of the stadium shown on
24 the right-hand side of this photograph?
25    A.  Are you referring to this area?  I believe

Page 115

1  so.
2         MR. SCHWEIKERT:  Okay.  Bathroom break
3  real quick?
4         THE VIDEOGRAPHER:  We are now going off
5  record.  The time is 2:18.
6         (WHEREUPON, a recess was taken.)
7         THE VIDEOGRAPHER:  We are now back on the
8  record.  The time is 2:29.
9         You may continue.
10 BY MR. SCHWEIKERT:
11    Q.  All right.  I just want to go over a
12 little paperwork with you.
13        I'm going to hand you a document I will
14 mark as Exhibit 179.
15        THE REPORTER:  Exhibit 179 has been
16 marked.
17        (WHEREUPON, Exhibit 179 was marked for
18 identification.)
19 BY MR. SCHWEIKERT:
20    Q.  Bates label AMA1529.
21        Do you recognize Exhibit 179?
22    A.  Yes.
23    Q.  And what is it?
24    A.  It's the terms and conditions that I
25 signed in January of 2020.

Page 116

1     Q.  Is Exhibit 179 AMA Racing Credential Terms
2  and Conditions signed by you on January 3, 2020?
3     A.  Yes.
4     Q.  And why did you sign this document?
5     A.  This was part of the necessary paperwork
6  needed to fill out in order to get my AMA hard card.
7     Q.  And what is an AMA hard card?
8     A.  It's the card that we use that allows us
9  into and out of supercross events.
10    Q.  Do you know who actually creates those
11 hard cards?
12    A.  I believe that they were printed by --
13 through Feld.
14    Q.  Do you still have your hard card from the
15 2020 season?
16    A.  I don't know.
17    Q.  But you believe you had a hard card that
18 you used to access events during the 2020 season and
19 work them?
20    A.  Yes.
21    Q.  And I'm going to hand you another document
22 I will mark Exhibit 180.
23        THE REPORTER:  Exhibit 180 has been
24 marked.
25        (WHEREUPON, Exhibit 180 was marked for

Page 117

1  identification.)
2  BY MR. SCHWEIKERT:
3     Q.  It's labeled AMA1528.
4         This is for you.
5     A.  Okay.
6     Q.  Do you know what Exhibit 180 is, sir?
7     A.  Yes.  It appears to be the annual release.
8     Q.  Is Exhibit 180 an Adult Release and Waiver
9  of Liability and Indemnity Agreement covering all
10 AMA events, activities and/or locations during the
11 2020 season?
12    A.  Yes.
13    Q.  And is this one that you signed?
14    A.  Yes, it is.
15    Q.  You signed it -- when did you sign it, if
16 you know?
17    A.  I don't recall when I signed it.  I do see
18 where the AMA official did it on the 3rd of January
19 2020.  Dated it.
20    Q.  Do you believe that's approximately the
21 date that you signed it?
22    A.  I would -- yes, I believe so.
23    Q.  And your address according to this
24 document is in Rochester, Minnesota.
25        Do you see that?

JEFFREY CANFIELD                    March 31, 2025                        118 to 121
83432

Page 118

1    A.    Yes.
2    Q.    Is that where you still live?
3    A.    No.  I live in Ohio now.
4    Q.    Do you live in this general area where
5    we're located?
6    A.    Yes.
7    Q.    And how long have you lived here in Ohio?
8    A.    Since August of '23.
9    Q.    And as of February 15, 2020, were you an
10   employee of the AMA?
11   A.    No.
12   Q.    What was your relationship with the AMA at
13   that time?
14   A.    I worked with them in supercross.  I was
15   not employed by them.
16   Q.    Did you have a contract with them?
17   A.    No contract.
18   Q.    Did you have any sort of writing with the
19   AMA about any compensation that you would receive
20   for working in connection with the supercross?
21   A.    No.  There was no -- nothing written.
22   Q.    Was that the case with respect to seasons
23   before the 2020 season?
24         MS. SPRADLIN:  Object to the form.
25         You can answer.

Page 119

1         THE WITNESS:  Yes.
2         MS. SPRADLIN:  Do you mean that was the
3    case there was no contract or that he was not
4    employed with AMA?
5         MR. SCHWEIKERT:  There was no written
6    contract.
7         MS. SPRADLIN:  Okay.
8         MR. SCHWEIKERT:  That's all.
9    BY MR. SCHWEIKERT:
10   Q.    But as of 2023, you are a W-2 employee of
11   the AMA?
12   A.    Yes.
13   Q.    Okay.  But as of 2020, you were working
14   with them pursuant to a verbal understanding?
15   A.    Correct.
16   Q.    I'll show you a document previously marked
17   as Exhibit 79, Bates labeled AMA1684.  Copies.
18         Do you see Exhibit 79 is the official's
19   payroll for the event on February 15, 2020?
20   A.    Yes.
21   Q.    And you're listed as the event manager.
22         Is that right?
23   A.    Yes.
24   Q.    And according to the payroll document the
25   total wages you were paid were $1,375.

Page 120

1         Do you see that?
2    A.    Yes.
3    Q.    And were you paid that by the AMA?
4    A.    I don't ever recall receiving any pay.
5    Q.    You were not paid?
6    A.    Only travel.  My expenses were only
7    covered.  Travel.
8    Q.    Are you saying you were not paid or you
9    just don't remember getting --
10   A.    I --
11   Q.    Hold on.
12   A.    Sorry.  Sorry.
13   Q.    Are you saying you were not compensated or
14   you don't remember being compensated other than
15   having your travel reimbursed?
16   A.    I don't remember being compensated other
17   than my travel being reimbursed.
18   Q.    Were you paid for any of the events during
19   that season by anyone?
20   A.    Yes.  I was full time employed with MX
21   Sports Pro Racing.
22   Q.    But when you were working the supercross
23   events was it your understanding that somebody was
24   going to compensate you for your time?
25   A.    No.  Just my travel.

Page 121

1    Q.    Do you know why you would be listed on
2    this official payroll document as having total wages
3    of $1,375 if you were not paid those monies?
4         MS. SPRADLIN:  Object to the form.
5         THE WITNESS:  No.
6    BY MR. SCHWEIKERT:
7    Q.    Were you paid by anyone for your services
8    at supercross events during the 2019 season?
9    A.    Not that I recall.
10   Q.    Was your travel reimbursed?
11   A.    Yes.  I believe that it was.
12   Q.    And who reimbursed your travel expenses?
13   A.    AMA.
14   Q.    Is that true with respect to 2020?
15   A.    Yes.
16   Q.    Did you ever receive any money for any
17   reason from Feld Motor Sports?
18   A.    No.  Not that I recall.
19   Q.    Do you know if you got a 1099 for the tax
20   year of 2020 from anyone?
21   A.    I don't recall.  No.
22   Q.    Was it your intention to work the events
23   as a spotter during the 2020 supercross season and
24   only receive reimbursement for your travel?
25   A.    Yes.

Page 122

1    Q.  Why did you not want to be compensated for
2  your time?
3        MS. SPRADLIN:  Object to the form.
4        THE WITNESS:  Because at that time I was
5  full time employed with another company.
6  BY MR. SCHWEIKERT:
7    Q.  Is that company affiliated with the AMA?
8        MS. SPRADLIN:  Object to the form.
9        THE WITNESS:  I don't -- I don't
10  understand.
11  BY MR. SCHWEIKERT:
12    Q.  What is the company you were employed with
13  at that time?
14    A.  MX Sports.
15    Q.  Do you know who owns MX Sports?
16    A.  Yes.
17    Q.  Who?
18    A.  The Coombs family.  C-O-O-M-B-S.
19    Q.  Anyone else that you're aware of having an
20  ownership interest in that company?
21    A.  No.  Not that I'm aware of.
22    Q.  And you served as an official for those
23  motocross events?
24    A.  Yes.
25    Q.  And you were paid by that company?

Page 123

1    A.  Yes.
2    Q.  Okay.  I'm going to show you what I will
3  mark as Exhibit 181.
4        THE REPORTER:  Exhibit 181 is marked.
5        (WHEREUPON, Exhibit 181 was marked for
6  identification.)
7  BY MR. SCHWEIKERT:
8    Q.  Bates label AMA1583 through 1586.
9        Do you know what this exhibit is, sir?
10    A.  Yes.
11    Q.  What is it?
12    A.  It looks to be my expense report from the
13  Tampa Supercross.
14    Q.  And this is the report of the expenses you
15  incurred in connection with the Tampa Supercross in
16  2020?
17    A.  Yes.
18    Q.  And what was the total amount of the
19  expenses that you incurred in connection with that
20  event?
21    A.  It looks like 537.60.
22    Q.  And did you submit this expense report to
23  the AMA with the expectation that you would be
24  reimbursed $537.60
25    A.  Yes.

Page 124

1    Q.  And were you reimbursed in that amount?
2    A.  To my knowledge, yes.
3    Q.  If we look at the officials' payroll
4  document do you see the box indicating $125 for
5  travel?
6    A.  Yes.  I do.
7    Q.  Do you know where the figures are coming
8  from that are on the payroll document?
9        MS. SPRADLIN:  Object to the form.
10        THE WITNESS:  I do not.
11  BY MR. SCHWEIKERT:
12    Q.  But you don't believe you were paid $125.
13  You believe you were reimbursed $537.60 as reflected
14  in your expense report?
15    A.  Yes.
16    Q.  And that money came from who?
17    A.  AMA.
18    Q.  Were you responsible for arranging your
19  own hotel for that event that weekend?
20    A.  I don't -- I don't recall.
21    Q.  Do you see any hotel charges in your
22  expense report?
23    A.  I do not.  Oh, wait.  I do see charges of
24  $17.19.
25    Q.  Do you know who actually paid for the room

Page 125

1  that you stayed in that weekend?
2    A.  I believe it would be AMA.
3    Q.  Do you know if Feld had anything to do
4  with arranging a block of rooms for the AMA
5  officials that weekend?
6        MS. SPRADLIN:  Object to the form.
7        THE WITNESS:  I do not know.
8  BY MR. SCHWEIKERT:
9    Q.  Were you ever paid anything for servicing
10  as a spotter by the AMA or Feld Motor Sports during
11  any supercross season?
12        MS. SPRADLIN:  Object to the form.
13        THE WITNESS:  Not by Feld Motor Sports.
14  BY MR. SCHWEIKERT:
15    Q.  And what are you thinking of with respect
16  to the AMA, the expense report reimbursements?
17    A.  Well, there was a time that I did work for
18  AMA Pro Racing in the early 2000s, so I was
19  receiving pay -- pay from them from 2000 to 2008.
20    Q.  And after 2008 were you compensated by the
21  AMA for serving as a spotter or race director during
22  any subsequent season?
23    A.  Not that I recall.  Just -- just travel.
24    Q.  All right.  Let's do another one.  This
25  will be Exhibit 182.

March 31, 2025                    126 to 129

Page 126

1    THE REPORTER:  Exhibit 182 has been
2  marked.
3    (WHEREUPON, Exhibit 182 was marked for
4  identification.)
5  BY MR. SCHWEIKERT:
6    Q.   Bates label FMS_INC_966 through 968.
7       Just take a minute.  Review the document
8  I've marked as Exhibit 182 and let me know if you've
9  seen it before.
10    A.   The only time I would have seen this was
11  when I filled it out.
12    Q.   And what is it?
13    A.   It looks like it is the Feld Motor Sports
14  Adult All Events Release Waiver and Indemnity
15  Agreement.
16    Q.   Is it signed by you?
17    A.   Yes.  It is.
18    Q.   Do you recall approximately when you
19  signed it?
20    A.   February of 2020.
21    Q.   Do you know why you signed it?
22    A.   Part of the credentialing.
23    Q.   Do you recall if you signed a release like
24  this for every event or just one release for the
25  whole season?

Page 127

1    A.   I recall just one for the season.
2    Q.   And you signed this in February of 2020.
3  Right?
4    A.   Yes.
5    Q.   Was the Tampa event the first one that you
6  were working that season?
7    A.   No.
8    Q.   Had you worked at Anaheim?
9    A.   Yes.
10    Q.   Was that the first -- was that the first
11  event?
12    A.   Yes.
13    Q.   Do you know if you had signed a release
14  like this that covered the Anaheim event?
15    A.   I don't recall.
16    Q.   Did you work the Glendale, Arizona event
17  in January of 2020?
18    A.   Yes.
19    Q.   Did you -- do you know if you had signed a
20  release that covered that event?
21    A.   I didn't -- I did not sign one there.
22    Q.   Do you have any understanding as to why
23  you had not signed a release like the one in Exhibit
24  182 before February of 2020?
25    MS. SPRADLIN:  Object to the form.

Page 128

1    THE WITNESS:  No.  I don't know why.
2  BY MR. SCHWEIKERT:
3    Q.   Do you consider -- strike that.
4       Did you consider the AMA to be generally
5  organized in terms of paperwork in connection with
6  the supercross events during the 2020 season?
7    MS. SPRADLIN:  Object to the form.
8    THE WITNESS:  Yes.
9  BY MR. SCHWEIKERT:
10    Q.   And why is that?
11    MS. SPRADLIN:  Object to the form.
12    THE WITNESS:  As part of the credentialing
13  you had to sign the waiver.
14  BY MR. SCHWEIKERT:
15    Q.   Well, if we look at Exhibit 180, this is
16  the release and waiver you signed for the AMA in
17  January 2020.  Right?
18    A.   Yes.
19    Q.   But you don't recall signing one for Feld
20  Motor Sports at any point before February of 2020
21  for that season?
22    MS. SPRADLIN:  Object to the form.
23    THE WITNESS:  No.  I don't recall.
24  BY MR. SCHWEIKERT:
25    Q.   Do you have any recollection of how these

Page 129

1  documents were completed by you during that time?
2    A.   I don't --
3    Q.   Were they sent to you via email?  Did you
4  have to go to a physical location?  Did you do it
5  online?
6    A.   I don't -- I don't remember.
7    Q.   And do you see in Document 182, paragraph
8  2?
9    A.   I see it.  Yes.
10    Q.   Okay.  And it reads in part that you
11  understand that the events may be very dangerous and
12  may involve the risk of serious injury or death.
13       Do you see that?
14    A.   Yes.
15    Q.   And you understood that with respect to
16  the Tampa Supercross event?
17    A.   Yes.
18    Q.   That it could be very dangerous and could
19  involve the risk of serious injury or death?
20    A.   Yes.
21    Q.   Did you have a uniform that you wore
22  during that season as an AMA official?
23    A.   Yes.
24    Q.   I see your -- you have a shirt today with
25  the AMA logo on it.

Page 130

1    Do you see that?
2    A.   Yes.
3    Q.   Is that AMA a logo of the American
4    Motorcyclist Association?
5    A.   Yes.  It is.
6    Q.   I'm going to show you what's previously
7    been marked as Exhibit 77, AMA_1704.
8    THE REPORTER:  Exhibit 77 has been marked.
9    BY MR. SCHWEIKERT:
10   Q.   Do you recognize what is depicted in that
11   exhibit?
12   A.   Yes.
13   Q.   And what does it look like to you?
14   A.   The collared shirt that we would have worn
15   at a supercross event.
16   Q.   Does Exhibit 77 contain a picture of a
17   collared shirt that you would have worn while
18   working as an official at the Tampa Supercross event
19   in 2020?
20   A.   Yes.
21   Q.   Is it fair to call it a uniform for AMA
22   officials?
23   A.   Yes.
24   Q.   And is that the AMA logo on the right
25   breast of the shirt?

Page 131

1    A.   Yes.  It is.
2    Q.   And then the series logo is shown on the
3    left breast of the shirt?
4    A.   Yes.
5    Q.   Did you have anything else that you
6    considered to be part of your uniform when you were
7    working events at that time?
8    A.   Black pants.  Possibly black shorts.  And
9    me personally, I did not wear hats.  Maybe once --
10   once in a great while a hat.
11   Q.   Okay.  Do you recall approximately when
12   you arrived in Florida?
13   MS. SPRADLIN:  Object to the form.
14   MR. GORDON:  February 24th.  Strike that.
15   BY MR. SCHWEIKERT:
16   Q.   Do you recall approximately when you got
17   to Florida in advance of the Tampa Supercross event?
18   A.   A day or two before.  A few days before
19   the event.
20   Q.   And were there any responsibilities that
21   you had prior to the day of the event itself?
22   A.   No.  On Friday, I would meet with the show
23   staff to go over the rundown of the event and then
24   just meetings like that.
25   Q.   And the show staff that you're thinking

Page 132

1    of, those are Feld people that were working on
2    putting on the show?
3    MR. GORDON:  Objection.  Form.
4    THE WITNESS:  Yes.  Per the production.
5    BY MR. SCHWEIKERT:
6    Q.   Do you know who produced the 2020 Tampa
7    Supercross event?
8    MS. SPRADLIN:  Object to the form.
9    THE WITNESS:  Feld.
10   BY MR. SCHWEIKERT:
11   Q.   Feld Motor Sports?
12   A.   Yes.
13   Q.   And what do you recall about meeting with
14   the show staff on Friday, if anything?
15   A.   Just a normal rundown meeting.  Nothing --
16   nothing out of the ordinary.
17   Q.   What is a rundown meeting?
18   A.   Just how the event will go in terms of
19   television and stuff -- stuff like that.
20   Q.   And why would you participate in that
21   meeting?
22   A.   Because I was working as, again, the
23   liaison between television and the AMA.
24   Q.   Okay.  And what sort of things did you
25   have to liase between television and the AMA?

Page 133

1    A.   I would -- I would let them know, the AMA,
2    our staff on the floor know, you know, when the next
3    race would start, for example.  When they could go
4    out on the floor after the opening ceremonies had
5    concluded.  Things -- things like that.
6    Q.   Anything else that you would -- strike
7    that.
8    Anything else that you remember doing
9    before the actual day of the event in connection
10   with your role as a spotter?
11   A.   No.
12   Q.   Did you have any meetings on the morning
13   of February 15, 2020, before the practices got
14   started?
15   A.   Yes.  We would have had a meeting.
16   Q.   What -- what meeting do you believe
17   happened?
18   A.   With -- with our AMA officials.
19   Q.   When would that -- strike that.
20   When did that occur, if you remember?
21   A.   In the morning.  I don't remember the
22   exact time but before -- before bikes went on the
23   track or I believe also before the track walk.
24   Q.   And what was the purpose of that meeting?
25   A.   It was an informational meeting to our

JEFFREY CANFIELD
83432
March 31, 2025
134 to 137

Page 134

1 officials to explain how the day was going to go.
2 If there was any problems or any changes that we had
3 to make to a schedule or anything like that.
4    Q.   Was it only attended by AMA folks or did
5 others attend as well?
6    A.   I don't recall if anybody else besides AMA
7 attended it.
8    Q.   What about as a general course of business
9 at that time?  Would that meeting typically only
10 involve AMA officials or would it have involved
11 people from Feld Motor Sports as well?
12    A.   Typically, it was just attended by AMA
13 officials.
14    Q.   Do you recall meeting with anyone in
15 particular on that day?
16    A.   No.
17    Q.   If we go back to the document marked as
18 Exhibit 79.
19         Let me know when you have it in front of
20 you.
21         THE REPORTER:  It's not -- this one's not
22 stamped.
23         THE WITNESS:  Oh, sorry.
24         THE REPORTER:  This is Exhibit 79.
25         MR. SCHWEIKERT:  Sorry.

Page 135

1         THE WITNESS:  That's okay.
2         THE REPORTER:  That's okay.
3 BY MR. SCHWEIKERT:
4    Q.   It's the officials' payroll.
5    A.   Okay.
6    Q.   All right.  And there's a number of names and
7 then there's a column for a position.
8         Do you see that?
9    A.   Yes.
10    Q.   All right.  Why don't you tell me who, if
11 anyone, would not have been considered an official
12 on that day?
13         MS. SPRADLIN:  Object to the form.
14 BY MR. SCHWEIKERT:
15    Q.   All right.  We'll do it the other way
16 then.
17         Who is Jan Pistole?
18    A.   She's one of our officials that does also
19 our registration.
20    Q.   Okay.  Do you know if she worked that day,
21 February 15, 2020?
22    A.   I don't recall.
23    Q.   What about Chad Bailey?  Do you know who
24 that is?
25    A.   Yes.

Page 136

1    Q.   Who is that?
2    A.   He is our finish line -- finish line
3 flagger and he also does work during -- with tech
4 inspection.
5    Q.   Do you recall if Chad Bailey was, in fact,
6 working as the finish line flagger at the Tampa
7 event in 2020?
8    A.   I believe that he was.  Yes.
9    Q.   Do you know if he was in the finish line
10 booth when the practices got underway around noon?
11         MS. SPRADLIN:  Object to the form.
12         THE WITNESS:  I don't recall.
13 BY MR. SCHWEIKERT:
14    Q.   We spoke about Tim McAdams.  We've spoken
15 about Mr. Gallagher.
16         Do you see the gentleman named Tim
17 Kennedy?
18    A.   Yes.
19    Q.   This time it's traditional spelling of
20 Kennedy.  And he's identified as the flagging
21 steward.
22         Do you see that?
23    A.   Yes.
24    Q.   Do you recall whether Mr. Tim Kennedy
25 served as the flagging steward at the Tampa

Page 137

1 Supercross?
2    A.   Yes.  I believe that he did.
3    Q.   Would he have been someone on the AMA
4 channel while the track was active?
5    A.   Yes.
6    Q.   And then below that there are some people
7 identified as reg/scoring.
8         Do you see that?
9    A.   Yes.
10    Q.   What is a reg/scoring person?
11    A.   Reg is short for registration, the selling
12 of mechanics' passes, guest passes, guest bands,
13 things like that.  The scoring aspect of it is
14 manual backup to the transponders.
15    Q.   Okay.  And I see a reference to John
16 Starling as runner.
17         Do you see that?
18    A.   Yes.
19    Q.   Do you know John Starling?
20    A.   Yes.  I do.
21    Q.   And what is your understanding of what a
22 runner for the AMA would have been doing at the
23 event?
24    A.   The runner would have brought the, again,
25 the manual scoring sheets from the finish line tower

Page 138

1  to the -- excuse me, to the AMA truck to give to
2  Jan.
3      Q.   Below that there are some tech/infield
4  individuals.
5           Do you see that?
6      A.   Yes.
7      Q.   And what is your understanding of what a
8  tech/infield position was at that time?
9      A.   The tech part of it, they handle the tech
10 inspection, the checking of the motorcycles.  Work
11 with assigning transponders to the athletes.  Making
12 sure that their jerseys were in compliance and had
13 the proper logos.  Infield was our officials on the
14 floor.
15     Q.   All right.  Okay.  And I see on the
16 officials' payroll there's the name Jarry Newby.
17 Does that correspond to the name Jarry on the track
18 map marked as Exhibit 177?
19     A.   Yes, it does.
20     Q.   Is that also true with respect to Chris
21 Cleason, Jamie Nimey, Ronnie Mizer, Phil Brown, Leon
22 Whaley, and Mike Hathaway?
23     A.   Yes.
24     Q.   Okay.  And do you consider everyone listed
25 on the officials' payroll to be a race official?

Page 139

1           MS. SPRADLIN:  Object to the form.
2           THE WITNESS:  Yes.  An AMA official.
3  BY MR. SCHWEIKERT:
4      Q.   And an official is generally involved in
5  officiating.  Is that fair?
6           MS. SPRADLIN:  Object to the form.
7           THE WITNESS:  Yeah.  Yes.
8  BY MR. SCHWEIKERT:
9      Q.   An umpire of sorts?
10     A.   Yes.
11     Q.   A referee?
12          MS. SPRADLIN:  Object to the form.
13          You can answer.
14          THE WITNESS:  Not necessarily a referee,
15 but no.
16 BY MR. SCHWEIKERT:
17     Q.   But umpire.  Okay.
18          Do you recall being stationed in the show
19 control booth during the practices at the Tampa
20 Supercross?
21     A.   Yes.
22     Q.   When, as far as you can remember, did you
23 go into that show control booth upstairs?
24          MS. SPRADLIN:  Object to the form.
25          THE WITNESS:  Before -- before practice

Page 140

1  started.
2  BY MR. SCHWEIKERT:
3      Q.   You were in the show booth before the free
4  practices started?
5      A.   As I recall, yes.
6      Q.   You were there -- what was the reason you
7  were there?
8      A.   I always go up to assist with John as
9  another set of eyes from being able to see the track
10 from up -- from an elevated vantage.
11     Q.   Is it important to have eyes on the track
12 when it's active with riders?
13          MS. SPRADLIN:  Object to the form.
14          THE WITNESS:  Yes.
15 BY MR. SCHWEIKERT:
16     Q.   Why is that?
17     A.   To help see how the track is developing.
18 To see if there's any potential issues or problems
19 with it.  And to see just an overview of the track
20 while it's being occupied.
21     Q.   Does that include maintaining control over
22 the traffic on the track as best as possible?
23     A.   Traffic.  What do you mean?
24     Q.   Motorcycles going around.
25     A.   Okay.  Yes.  As another set of eyes up

Page 141

1  there to watch to make sure that there's not any
2  potential issues going on.
3      Q.   Right.  And I just want to be clear.  I
4  understood you to be talking about like the
5  condition of the track which I understand is one
6  reason why you want another set of eyes on it.
7  Right?
8      A.   Mm-hmm.
9      Q.   Yes?
10     A.   Yes.
11     Q.   But another reason would also be just to
12 monitor the motorcycles going around for any issues
13 that need to be raised.  Right?
14     A.   Yes.
15     Q.   And even though -- strike that.
16          Do you know if there were any cameras that
17 were filming the free practices?
18          MS. SPRADLIN:  Object to the form.
19          THE WITNESS:  I don't.
20 BY MR. SCHWEIKERT:
21     Q.   Were you in touch with the TV truck while
22 you were in the booth?
23          MS. SPRADLIN:  Object to the form.
24          THE WITNESS:  Throughout the course of the
25 day?  Yes.

Page 142

1  BY MR. SCHWEIKERT:
2      Q.   What about around the time that the
3  practices got underway?
4          MS. SPRADLIN:  Object to the form.
5          THE WITNESS:  I don't -- I don't -- I
6  don't remember.
7  BY MR. SCHWEIKERT:
8      Q.   Would it have been customary at that time
9  for you to have been in contact via radio with the
10 TV truck around the time that the free practices
11 began during a supercross event?
12     A.   No.  Not usually.  Not usually.
13     Q.   Why not?
14     A.   Because free practice wasn't being
15 broadcasted.
16     Q.   Was it being filmed?
17     A.   I don't know.
18     Q.   Did you -- have you ever had to ask for
19 any footage of an incident on the track during a
20 free practice from the TV people?
21     A.   I don't recall.
22     Q.   The television cameras are used for at a
23 minimum broadcast purposes.  Right?
24     A.   Yes.
25     Q.   At that time were they used in any way in

Page 143

1  connection with monitoring the racetrack for safety?
2          MS. SPRADLIN:  Object to the form.
3          THE WITNESS:  Not that I'm aware of.
4  BY MR. SCHWEIKERT:
5      Q.   So as far as you're aware, the cameras
6  that were there which you don't believe were filming
7  --
8          MS. SPRADLIN:  Object to the form.  Sorry.
9  BY MR. SCHWEIKERT:
10     Q.   -- were not used for any safety purpose
11 but solely for broadcast or TV?
12         MS. SPRADLIN:  Object to the form.
13         THE WITNESS:  I believe that -- I don't
14 recall seeing any TV  anything being broadcasted.
15 BY MR. SCHWEIKERT:
16     Q.   Do you know if there was video being shown
17 on the jumbotron during the free practices?
18     A.   I don't -- I don't recall.  I believe that
19 there was but I don't recall.
20     Q.   Do you recall anything being on your
21 monitor in the show booth around the time that the
22 practices got underway?
23     A.   I don't --
24         MS. SPRADLIN:  Object to the form.
25         THE WITNESS:  I don't recall.

Page 144

1  BY MR. SCHWEIKERT:
2      Q.   Do you think that having television --
3  strike that.
4          Do you think that having video feeds of
5  activity on the racetrack could be useful for you in
6  performing your role as a spotter looking for
7  potential hazards or other issues that need to be
8  raised?
9          MS. SPRADLIN:  Object to the form.
10         THE WITNESS:  I believe up where I am I do
11 have a good view of being able to see that.  Now, TV
12 could be watching something completely different.  I
13 don't know.
14 BY MR. SCHWEIKERT:
15     Q.   Do you know if anybody anywhere in the
16 stadium was monitoring video feeds from any cameras
17 that may have been active during the practice for
18 safety practices?
19         MS. SPRADLIN:  Object to the form.
20         THE WITNESS:  I don't know.
21 BY MR. SCHWEIKERT:
22     Q.   Has it ever been customary for video
23 monitors of the track to be used for safety purposes
24 during a supercross event in your experience?
25         MS. SPRADLIN:  Object to the form.

Page 145

1          THE WITNESS:  I'm not sure what you're --
2  what you're asking.
3  BY MR. SCHWEIKERT:
4      Q.   You're not aware of anybody being in the
5  TV truck, for example, monitoring the multiple feeds
6  from the cameras for any safety purposes.
7          Am I understanding correctly?
8      A.   Yeah.  I'm not -- I'm not sure who's in
9  the -- who's in the TV truck.
10     Q.   But you're not aware of anyone monitoring
11 those types of video feeds for safety purposes at
12 any supercross event that you've been involved in?
13         MS. SPRADLIN:  Object to the form.
14         THE WITNESS:  I don't know.
15 BY MR. SCHWEIKERT:
16     Q.   Well, from what I understand there's
17 officials around the track.  Right?
18     A.   Yes.
19     Q.   There's officials in the finish line
20 tower.  Correct?
21     A.   Correct.
22     Q.   There's yourself in the show booth.
23 Right?
24     A.   Yes.
25     Q.   And then there is a track safety

Page 146

1  supervisor in a race command booth. Right?
2      A.   Yes.
3      Q.   And there's a medical team that's present
4  on the floor. Right?
5      A.   Yes.
6      Q.   And all these people are working together
7  for purposes of trying to keep the event as safe as
8  possible for the riders and ensure there's medical
9  care available if needed. Right?
10         MS. SPRADLIN: Object to the form.
11         THE WITNESS: Yes.
12 BY MR. SCHWEIKERT:
13     Q.   In your experience has anyone ever had
14 access to video feeds from the various cameras that
15 they were monitoring to provide supplemental
16 information to the group of you guys working
17 together to keep the track safe?
18     A.   Not to my knowledge.
19         MS. SPRADLIN: Object to the form.
20 BY MR. SCHWEIKERT:
21     Q.   Can you think of any instance where it
22 might be beneficial to have the ability to review
23 footage of an incident that you did not witness with
24 your own eyes?
25         MS. SPRADLIN: Object to the form.

Page 147

1          THE WITNESS: Yes. If -- if something
2  happened and I didn't see it I can always try to
3  radio down to TV and see if they have something.
4  BY MR. SCHWEIKERT:
5      Q.   Have you ever done that?
6      A.   Yes.
7      Q.   Have you ever done that in connection with
8  a rider crashing on a racetrack?
9          MS. SPRADLIN: Object to the form.
10         THE WITNESS: Yes.
11 BY MR. SCHWEIKERT:
12     Q.   And were they able to provide you with
13 footage of the crash that you had not been able to
14 witness with your own eyes?
15     A.   Sometimes.
16     Q.   And in those times that you're thinking of
17 was it useful for you to have that additional
18 resource available in monitoring the track for
19 safety issues?
20         MS. SPRADLIN: Object to the form.
21         THE WITNESS: It would be just another
22 tool for us to help look at the track to see if
23 there was a potential problem.
24 BY MR. SCHWEIKERT:
25     Q.   Did you see Brian crash during the free

Page 148

1  practices?
2      A.   No. I did not.
3      Q.   But you were in the show control booth?
4      A.   Yes.
5      Q.   Do you know if anybody saw him crash?
6          MS. SPRADLIN: Object to the form.
7          THE WITNESS: No one that I'm aware of.
8  BY MR. SCHWEIKERT:
9      Q.   Is it useful for you to know how a rider
10 has crashed in connection with communicating with
11 the race direction team about whether the track
12 needs to have a yellow flag or a white cross flag or
13 maybe no flag at all?
14         MS. SPRADLIN: Object to the form.
15         THE WITNESS: Can you repeat that?
16         MR. GORDON: You said white cross flag. I
17 think you meant a red cross flag.
18         MR. SCHWEIKERT: Yes. I did.
19         I can't read your notes either.
20         THE REPORTER: Would you like me to replay
21 it?
22         MR. SCHWEIKERT: No. I think it wasn't a
23 beautiful question.
24 BY MR. SCHWEIKERT:
25     Q.   One of the functions of your position is

Page 149

1  to keep eyes on the track. Right?
2      A.   Yes.
3      Q.   So if a rider crashes you can see it.
4  Right?
5          MS. SPRADLIN: Object to the form.
6          THE WITNESS: Yes.
7  BY MR. SCHWEIKERT:
8      Q.   And if you need to relay any information
9  related to that crash you have multiple headsets
10 available to you. Right?
11     A.   Yes.
12     Q.   If you don't see a crash, wouldn't it be
13 useful for you to have the ability to review footage
14 of the crash if it was available in connection with
15 serving your function as a spotter?
16         MS. SPRADLIN: Object to the form.
17         THE WITNESS: It could be.
18 BY MR. SCHWEIKERT:
19     Q.   Why is that?
20     A.   It would give us a chance to see what was
21 the potential cause of a crash. Was it a track
22 issue or was it a rider issue?
23     Q.   Would it also be useful in informing race
24 direction about whether a particular incident needed
25 a particular flag?

Page 150

1           MS. SPRADLIN:  Object to the form.
2           THE WITNESS:  Possibly.
3  BY MR. SCHWEIKERT:
4      Q.   Can you think of a scenario where you see
5  something happen, the flaggers only wave a yellow
6  but based on your own observations you believe a
7  different flag was warranted?
8           MS. SPRADLIN:  Object to the form.  Calls
9  for speculation.
10          THE WITNESS:  I mean, yeah, that's --
11 that's hard to -- hard to say because given my
12 location being up there, you know, I can't see how
13 bad a guy may have fallen.
14 BY MR. SCHWEIKERT:
15     Q.   My question was a little different.
16          Have you ever seen an incident where the
17 marshals are waving a yellow flag but you in that
18 moment based on what you had witnessed from your
19 vantage point upstairs a different flag should have
20 been thrown?
21          MS. SPRADLIN:  Object to the form.
22          THE WITNESS:  We have seen that before.
23 BY MR. SCHWEIKERT:
24     Q.   Can you give me an example?
25     A.   No.  Not a specific one.  There's times

Page 151

1  where it's gone from a yellow flag to a red cross
2  flag.  And there's been times where it's gone from a
3  red cross back to a yellow.
4      Q.   And what would -- what in your experience
5  has prompted a yellow flag going to a red cross
6  flag?
7           MS. SPRADLIN:  Object to the form.
8           THE WITNESS:  If, again, if there's
9  something in the racetrack.  Motorcycle, Tuff Block,
10 a downed rider.  You know, there's -- depending on -
11 - there could be sometimes a need to change a flag.
12 BY MR. SCHWEIKERT:
13     Q.   How did you become aware that Brian --
14 strike that.
15          On that day of February 15, 2020, did you
16 become aware that Brian had crashed during the free
17 practices?
18     A.   I was aware that there was a crash.
19     Q.   Around the time that it happened?
20     A.   Yes.  I just didn't know who it was.
21     Q.   And while you were stationed upstairs in
22 the show booth?
23     A.   Correct.
24     Q.   And how did you acquire that awareness
25 that someone had crashed?

Page 152

1      A.   I saw yellow flags waving.
2      Q.   Did you hear anything on the radio?
3      A.   I don't -- I don't recall.
4      Q.   Is a radio code supposed to be used
5  whenever a flag is thrown on the track?
6           MS. SPRADLIN:  Object to the form.
7           THE WITNESS:  Typically, yes.
8  BY MR. SCHWEIKERT:
9      Q.   And what radio code would be associated
10 with a yellow flag?
11          MS. SPRADLIN:  Object to the form.
12          THE WITNESS:  It varies.
13 BY MR. SCHWEIKERT:
14     Q.   Code zero?
15     A.   Typically, yes.
16     Q.   Code one?
17     A.   Yes.
18     Q.   And what does code one indicate to an
19 official such as yourself?
20     A.   Code one would mean that a rider is down.
21 He is getting up.
22     Q.   But he's getting up and being able to get
23 off the track on his own --
24     A.   Yes.
25     Q.   -- or with assistance?

Page 153

1      A.   Yes.
2      Q.   And what does a code two indicate to an
3  official like yourself?
4           MS. SPRADLIN:  Object to the form.
5           THE WITNESS:  Code two would mean that a
6  rider is down, slow to getting up, and it also helps
7  to alert medical to get over to that area.
8           MR. GORDON:  Mark, I don't mean to
9  interrupt your flow.  I had requested a 3:30 break.
10          MR. SCHWEIKERT:  Oh, yeah.  Thanks.  Off
11 the record.
12          THE VIDEOGRAPHER:  We are going off
13 record.  The time is 3:29.
14          (WHEREUPON, a recess was taken.)
15          THE VIDEOGRAPHER:  We're going back on the
16 record.  The time is 3:49.  You may continue.
17 BY MR. SCHWEIKERT:
18     Q.   Okay.  What is your understanding of a
19 code three at that time?
20     A.   At that time a code three would mean that
21 the rider is potentially seriously injured.
22 Medical, please get to that area as quickly as
23 possible.
24     Q.   And a code four?
25     A.   There isn't.

Page 154

1    Q.   Okay.  As far as you're aware the codes
2  asking for a medical response, only codes two and
3  three?
4    A.   No.  All codes -- all codes are used to
5  help tell the medical -- to alert medical that
6  there's something on the track.  Potentially on the
7  track.
8    Q.   And at that time who was in a position to
9  call a particular code in response to an incident?
10        MS. SPRADLIN:  Object to the form.
11        THE WITNESS:  Mr. Moreau?  That incident?
12        MR. GORDON:  Are you asking generically?
13        MR. SCHWEIKERT:  Yeah.  Just generally.
14        MR. GORDON:  Or specifically?
15  BY MR. SCHWEIKERT:
16    Q.   Could you call a particular code in
17  response to an incident?
18    A.   I could call a code.  Any official on the
19  floor.  Somebody up in the race -- up in the finish
20  line structure.  Medical could call a code.
21    Q.   What about the track safety supervisor?
22    A.   No.
23    Q.   Why not?
24    A.   Because there's adequate -- there's enough
25  people on the floor that would have probably seen it

Page 155

1  before he would have.
2    Q.   But you as the spotter in the show booth
3  were not on the floor but had the ability to call a
4  code.  Right?
5    A.   Yes.
6    Q.   But the Feld individual in the race
7  command booth would not have the ability to call a
8  code in response to any incident?
9        MS. SPRADLIN:  Object to the form.
10        THE WITNESS:  He could.  No one has ever --
11  - to my knowledge no one has done that.
12  BY MR. SCHWEIKERT:
13    Q.   Did you hear any code called in response
14  to the crash that you became aware involved Brian
15  Moreau?
16        MR. GORDON:  Objection.  Asked and
17  answered.
18        THE WITNESS:  No.  I don't recall hearing
19  a code.
20  BY MR. SCHWEIKERT:
21    Q.   Should someone have called a code?
22        MS. SPRADLIN:  Object to the form.
23        THE WITNESS:  Yes.
24  BY MR. SCHWEIKERT:
25    Q.   Who?

Page 156

1    A.   I don't know.  Somebody on the floor.
2    Q.   Did you inquire as to what code level was
3  required in response to that crash?
4        MS. SPRADLIN:  Object to the form.
5        THE WITNESS:  I did not.
6  BY MR. SCHWEIKERT:
7    Q.   And you didn't hear anything from anyone
8  regarding that incident on the radio?
9    A.   No.  I did not as I recall.
10    Q.   Did you ever hear anyone say something to
11  the effect of stop the track?
12    A.   No.
13    Q.   Did you ever hear anyone say something
14  that suggested that the crash had been legit?
15        MS. SPRADLIN:  Object to the form.
16        THE WITNESS:  No.
17  BY MR. SCHWEIKERT:
18    Q.   Did you do anything to assure yourself
19  that the response was being handled appropriately by
20  the AMA officials?
21    A.   As soon as I saw the flags I started -- I
22  focused my attention down to that area where I saw
23  the flags being displayed and the runners out on the
24  race track directing motorcycles away from the
25  incident.

Page 157

1    Q.   So you were seeing activity on the track
2  in response to the crash but you were not hearing
3  anything on the radio?
4        MS. SPRADLIN:  Object to the form.
5  Mischaracterizes his testimony.
6        THE WITNESS:  Yeah.  I didn't hear
7  anything on the radio.
8  BY MR. SCHWEIKERT:
9    Q.   Is that -- was that customary at that time
10  for a rider to crash and to not hear any sort of
11  communication amongst the officials, medical team,
12  or race director about the response to that
13  particular crash?
14        MS. SPRADLIN:  Object to the form.
15        THE WITNESS:  Well, at that time -- we --
16  we try to leave that open so medical can communicate
17  amongst each other.  I don't recall -- I don't
18  recall hearing if they were talking amongst each
19  other.
20  BY MR. SCHWEIKERT:
21    Q.   What did you see with your own eyes when
22  you first looked in the area of the track where you
23  saw the yellow flag?
24    A.   I first saw the flags coming out.  You
25  know, the flags waving.  There was five to six

Page 158

1  waving yellow flags.  There was a runner going out,
2  putting a Tuff Block -- it's kind of a barrier
3  between Mr. Moreau and the track.  And I saw another
4  runner with his motorcycle -- holding up his
5  motorcycle and also the runners motioning for the
6  riders to go over to what would be I believe the
7  left side of the -- of the track.
8      Q.   And your recollection that you're
9  conveying to me, is that based on remembering what
10 happened that day or did you do anything to refresh
11 your recollection, such as look at photographs or
12 videos?
13     A.   Counsel showed me a Nest Cam.
14     Q.   Okay.  I'm going to show you a video,
15 Exhibit 59,  FMS_INC_651, which we have referred to
16 as the Jumbotron.
17         THE REPORTER:  Exhibit 59 has been marked.
18         MR. SCHWEIKERT:  It was previously marked.
19         THE REPORTER:  Previously marked.
20         MR. SCHWEIKERT:  I'm sorry.
21         Give me a moment.  And I'll show it to you
22 on my computer.  I have the video paused right now
23 at the 2-minute 40-second mark.
24 BY MR. SCHWEIKERT:
25     Q.   Are your eyes pretty good, or do you want

Page 159

1  me to move it closer?
2      A.   Well --
3      Q.   I can -- no, I'll come closer to you.
4      A.   Oh, okay.  Thank you.
5      Q.   Sure.
6          MR. GORDON:  Caroline, I'm looking over
7  your shoulder.
8          MS. SPRADLIN:  Works for me.
9          MR. SCHWEIKERT:  Is your shot still okay?
10         THE VIDEOGRAPHER:  Yeah.
11         MR. SCHWEIKERT:  All right.
12 BY MR. SCHWEIKERT:
13     Q.   Do you see the video that's paused right
14 now?
15     A.   Yes.
16     Q.   Does this look familiar to you at all?
17     A.   It looks like the Tampa Supercross.
18     Q.   Okay.  I believe this is the feed that was
19 on the jumbotron.  You can see the north main.
20     Do you recall if you had this feed on your
21 monitor in the show booth?
22     A.   I don't recall.
23     Q.   But the individual or individuals with you
24 were directing the show that was being displayed on
25 the jumbotron and announced over the PA system?

Page 160

1          MS. SPRADLIN:  Object to the form.  Asked
2  and answered.
3          THE WITNESS:  I don't -- I don't recall.
4  I don't recall.
5          MR. SCHWEIKERT:  I'm going to push play.
6          (WHEREUPON, a video was played.)
7  BY MR. SCHWEIKERT:
8      Q.   Did you hear the voice of an announcer
9  there?
10     A.   That I did.  Yes.
11     Q.   And is that your -- that person who made
12 that announcement, is that the individual you'd be
13 referring to earlier when you were telling me about
14 the public address system?
15     A.   Possibly, yes.
16     Q.   All right.
17         (WHEREUPON, the video continued.)
18 BY MR. SCHWEIKERT:
19     Q.   All right.  And do you see -- I'm pausing
20 at the 2 minute 48 second mark.
21     Do you see the yellow flags waving?
22     A.   Yes.
23     Q.   Okay.  Did you observe the yellow flags
24 start being waved or was your attention only drawn
25 to that section of the track after they were waving?

Page 161

1      A.   I saw yellow -- a yellow flag or flags
2  waving.
3      Q.   Okay.
4          (WHEREUPON, the video continued.)
5  BY MR. SCHWEIKERT:
6      Q.   All right.  And you don't recall any sort
7  of communication going on during that period of time
8  after the flags begin waving?
9          MS. SPRADLIN:  Object to the form.  Asked
10 and answered.
11         THE WITNESS:  I don't recall.
12 BY MR. SCHWEIKERT:
13     Q.   Do you see how the jumbotron has changed
14 to a different camera angle?
15     A.   Yes.
16     Q.   Is that something that would have been
17 done by people in the show booth with you?
18     A.   No.
19     Q.   Where are -- as far as you know, where
20 would the individuals who are controlling the
21 display on the jumbotron located?
22     A.   I believe that it would have been going
23 through the TV truck.
24     Q.   That you had the ability to communicate
25 with via radio?

Page 162

1          MS. SPRADLIN:  Object to the form.  Asked
2  and answered.
3          THE WITNESS:  Yes.
4  BY MR. SCHWEIKERT:
5      Q.   Okay.  Do you recall hearing anything on
6  the radio on the TV side of things?
7      A.   No.  I don't.
8      Q.   Do you recall wearing the headsets around
9  the time that you observed the yellow flags waving?
10     A.   I don't recall.
11     Q.   Do you know if you were wearing them?
12     A.   No.  I don't know.
13     Q.   Should you have been wearing them?
14         MS. SPRADLIN:  Object to the form.
15         THE WITNESS:  I don't know.
16         MR. GORDON:  You're talking specifically
17  about the TV headset now and not the -- not the AMA
18  headset?  Which one are you asking about?
19  BY MR. SCHWEIKERT:
20     Q.   Were you wearing -- do you know if you
21  were wearing any headsets?
22     A.   Yes.  I was wearing the AMA.
23     Q.   And you have a specific recollection of
24  that?
25     A.   I always wear the AMA headset when bikes

Page 163

1  are on the track.
2      Q.   Okay.  I'm going to keep going.
3          (WHEREUPON, the video continued.)
4  BY MR. SCHWEIKERT:
5      Q.   Did you hear the stadium announcer
6  introducing the Alpine Stars Medical Team as being
7  on scene to provide assistance to the downed rider,
8  which in this case was Brian?
9      A.   No.
10     Q.   You didn't hear that on the video?
11     A.   Oh, on the video, yes.
12     Q.   Okay.
13     A.   Yes.  I -- yes.
14     Q.   All right.  And do you see how from
15  approximately the 3 minute 15 second mark --
16         (WHEREUPON, the video continued.)
17  BY MR. SCHWEIKERT:
18     Q.   -- to the 3 minute 17 second mark the
19  jumbotron feed changes from one camera to another?
20     A.   Yes.
21     Q.   All right.  And you don't remember if this
22  feed was available to you in the show booth?
23     A.   No.
24         MS. SPRADLIN:  Object to the form.  Asked
25  and answered.

Page 164

1          THE WITNESS:  I don't -- I don't recall.
2  BY MR. SCHWEIKERT:
3      Q.   Was the video monitor turned on?
4          MS. SPRADLIN:  Object to the form.  Asked
5  and answered.
6          THE WITNESS:  I don't recall.
7  BY MR. SCHWEIKERT:
8      Q.   Should it have been turned on in the
9  normal course of things?
10     A.   I believe so.
11     Q.   And why is that?
12     A.   Every time I've been up there it's always
13  been on before I got there.  Powered on.
14     Q.   Is that so it's available to the extent
15  that you need to use it in connection with serving
16  as a spotter?
17         MS. SPRADLIN:  Object to the form.
18         THE WITNESS:  I think it's just turned on
19  by one of the TV folks that probably set it up.  So
20  I'd assume it was turned on by one of them, one of
21  the techs from TV.
22  BY MR. SCHWEIKERT:
23     Q.   Okay.  Do you recall seeing any of this
24  footage in the stadium after Brian crashed?
25     A.   I don't.

Page 165

1      Q.   Where were you looking during the time
2  between him crashing and you seeing yellow flags and
3  him eventually being taken out of the stadium?
4      A.   I don't recall where I was looking at
5  first.  And then once I saw the yellow flags my
6  focus went over to the area where the rider was
7  down.
8      Q.   And was he on the ground when you saw the
9  rider down?
10     A.   From my vantage point I couldn't tell.
11     Q.   Did you ask anyone if the rider was able
12  to get up off the ground okay?
13     A.   I don't recall.
14     Q.   Did you ask if the track needed to be
15  stopped for any reason?
16     A.   I did not.
17     Q.   Why not?
18     A.   Again, we left that line of communication
19  open for medical to talk to one another.
20     Q.   But you didn't hear them talking to each
21  other, at least on your channel.  Right?
22         MS. SPRADLIN:  Object to the form.
23  Mischaracterizes his testimony.
24         THE WITNESS:  I did not hear them talking
25  on our channel.

JEFFREY CANFIELD                    March 31, 2025                        166 to 169
83432

Page 166

1  BY MR. SCHWEIKERT:
2      Q.   Just give me a second.  I might have
3  another one here.
4           This is a video previously marked Exhibit
5  62, FMS_INC_1148.  It's taking a moment to load it
6  looks like.  All right.  And I'm going to show you
7  the video starting around the 7 second mark.
8           I'm going to push play.
9           MR. GORDON:  Which exhibit is this, Mark?
10          MR. SCHWEIKERT:  Exhibit 62.
11          (WHEREUPON, a video was played.)
12  BY MR. SCHWEIKERT:
13     Q.   And I've paused it at the 10 second mark.
14  And we can see some individuals directing traffic.
15  Right?
16     A.   Yes.
17     Q.   Have you seen this particular footage
18  before?
19     A.   Counsel.
20     Q.   Had you seen it at any point before your
21  lawyer showed it to you?
22     A.   No.
23     Q.   Were you aware on that day that this
24  footage was being recorded?
25          MS. SPRADLIN:  Object to the form.

Page 167

1           THE WITNESS:  No.
2  BY MR. SCHWEIKERT:
3      Q.   Okay.  I keep pushing play.
4           (WHEREUPON, the video continued.)
5  BY MR. SCHWEIKERT:
6      Q.   I'm going to pause here at the 17 second
7  mark.
8           What do you see paused on the video?
9           MS. SPRADLIN:  Object to the form.
10          THE WITNESS:  I see the yellow flag
11  waving.  A runner motioning to the riders, the Tuff
12  Block in the track, and I see medical attending to
13  the rider.
14  BY MR. SCHWEIKERT:
15     Q.   Okay.  I'm going to push play at the 16
16  second mark.
17          (WHEREUPON, the video continued.)
18          MR. SCHWEIKERT:  All right.
19          THE WITNESS:  I think that's the fire
20  alarm.
21          MS. SPRADLIN:  Oh, okay.
22  BY MR. SCHWEIKERT:
23     Q.   When you viewed this video -- strike that.
24          You've seen this footage with your counsel
25  through to the end where it shows him being removed

Page 168

1  off to the side?
2      A.   Yes.
3      Q.   And I'll play it starting around the 23
4  second mark.
5           (WHEREUPON, the video continued.)
6  BY MR. SCHWEIKERT:
7      Q.   Is there anything that you see in this
8  video that makes you believe that this incident
9  should have been handled differently from the AMA
10  officials' perspective?
11          MS. SPRADLIN:  Object to the form.
12          You can answer.
13          THE WITNESS:  I'm not a medical person.  I
14  trust in their abilities to have the situation under
15  -- and if they needed more to let us know.
16  BY MR. SCHWEIKERT:
17     Q.   Do you see how Brian's legs are hanging
18  from his torso?
19          MS. SPRADLIN:  Object to the form.
20          You can answer.
21          THE WITNESS:  Again, I'm not a medical --
22  I'm not trained to be a medical person.
23  BY MR. SCHWEIKERT:
24     Q.   Does it appear to you that he's able to
25  get up on his own?

Page 169

1           MS. SPRADLIN:  Object to the form.
2           THE WITNESS:  Again, I'm not a medical
3  person.  I wasn't down there.  I don't know what was
4  said between the medical personnel and the rider.
5  BY MR. SCHWEIKERT:
6      Q.   But if he was not able to get up on his
7  own then it should have been at least a code two.
8  Right?
9           MS. SPRADLIN:  Object to the form.
10          MR. GORDON:  Object to form.
11          THE WITNESS:  The codes -- the codes are
12  just used to alert the medical staff of an issue.
13  Now, I don't know what was called because I don't
14  recall what was being -- what was called if -- I
15  don't recall what was being called.
16  BY MR. SCHWEIKERT:
17     Q.   In your experience, do most instances
18  where a rider crashes on the track result in someone
19  using a code over the radio?
20     A.   Yes.
21     Q.   The majority of the time?
22     A.   Frequently.  Yes.
23     Q.   All the time?
24          MS. SPRADLIN:  Object to the form.
25          THE WITNESS:  Most every time.  Yes.

JEFFREY CANFIELD
83432                                   March 31, 2025                                170 to 173

Page 170

1   BY MR. SCHWEIKERT:
2       Q.   But not as far as you can remember in
3   response to Brian's crash.  Right?
4            MS. SPRADLIN:  Object to the form.
5            Mark, he's answered you over and over
6   again that he doesn't recall what code was called.
7            MR. SCHWEIKERT:  Your objections are
8   noted.  Form, please.  I'm asking him about a video.
9   It's new evidence.
10           MS. SPRADLIN:  Okay.
11           MR. SCHWEIKERT:  It could refresh his
12  recollection.  If you could just let me finish we
13  can move on.
14           THE WITNESS:  I don't recall if a code was
15  called or not.
16  BY MR. SCHWEIKERT:
17      Q.   But that would be atypical in your
18  experience then for no code to have been called in
19  response to Brian's crash.  Right?
20           MS. SPRADLIN:  Form.
21           You can answer.
22           THE WITNESS:  Oh.  Again, I don't recall
23  if there was a code.  If there was a code called or
24  not.  I don't remember.
25  BY MR. SCHWEIKERT:

Page 171

1       Q.   Do you know if anyone documents crashes
2   and codes that are called during supercross events?
3            MS. SPRADLIN:  Object to the form.
4            THE WITNESS:  We do have a what we call a
5   fall down report.
6   BY MR. SCHWEIKERT:
7       Q.   That's generally prepared by the medical
8   team.  Right?  Or someone else?
9       A.   Generally by medical and someone else.
10      Q.   Who's the someone else?
11      A.   Usually it would have been called in to --
12  at this event I believe Jan.
13      Q.   Pistole?
14      A.   Yes.
15      Q.   Is it typically done contemporaneous with
16  the incident or is it sort of at the end of the day,
17  the fall down report is created?
18           MS. SPRADLIN:  Object to the form.
19           THE WITNESS:  Both.
20  BY MR. SCHWEIKERT:
21      Q.   Do you recall Alex Ray crashing during the
22  qualifiers a little bit later in the day?
23      A.   No.  I don't.
24      Q.   I'm going to show you a video previously
25  marked Exhibit 57, FMS_INC_882.  Let me queue it up.

Page 172

1   And I'll represent this is a recording of
2   Race Day Live from the Tampa event.
3            Do you know what Race Day Live is?
4       A.   Yes.
5       Q.   Is that something that you at that time
6   were involved with while you were stationed in the
7   show booth?
8       A.   I don't recall.
9       Q.   Okay.  I'm going to push play at the 3
10  minute 14 -- strike that.  Three hour 14 minute 54
11  second mark.
12           (WHEREUPON, a video was played.)
13  BY MR. SCHWEIKERT:
14      Q.   All right.  I'm going to pause it at the 3
15  hour 15 minute 5 second mark.
16           Do you see a rider down on your screen?
17      A.   Yes.
18      Q.   Okay.
19           (WHEREUPON, the video continued.)
20  BY MR. SCHWEIKERT:
21      Q.   Did you see how after Mr. Ray was on the
22  ground they stopped the practice?
23      A.   I saw the red flag displayed.
24      Q.   And did you hear the announcer state that
25  it's the right thing to do here in practice?

Page 173

1       A.   I did hear that.
2       Q.   Do you believe that it's better to err on
3   the side of caution during practice sessions and
4   stop the track more frequently than during a race?
5            MS. SPRADLIN:  Object to the form.
6            THE WITNESS:  We rely on our medical to
7   tell us if they need us to stop.  They must have
8   felt the need for us to stop and so that's why we
9   threw the red flag in that situation.
10  BY MR. SCHWEIKERT:
11      Q.   Do you have any specific recollection of
12  that particular crash involving Alex Ray that
13  resulted in a red flag?
14      A.   No.  I don't.
15      Q.   If -- strike that.
16           If there was a rider down and unable to
17  get up off of the ground could you or any other AMA
18  official call for a red flag based on those
19  circumstances alone?
20           MS. SPRADLIN:  Object to the form.
21           THE WITNESS:  We would -- we would call
22  over to the race director.  Yes.  And say I think we
23  need -- this needs to be stopped.
24  BY MR. SCHWEIKERT:
25      Q.   And why would you do that?

Page 174

1    A.    Different reasons.  We would just have to
2  be -- a quick assessment -- an assessment on it.
3        Q.    Is there a risk that a rider laying on the
4  ground in the middle of a racetrack that is active
5  could get hit by oncoming riders?
6            MS. SPRADLIN:  Object to the form.
7            THE WITNESS:  There is a chance.
8  BY MR. SCHWEIKERT:
9        Q.    And in your experience would the chance of
10 a rider on the ground in the middle of the track
11 getting hit by another motorcycle present a risk of
12 a serious injury?
13           MS. SPRADLIN:  Object to the form.
14           THE WITNESS:  Possibly.
15 BY MR. SCHWEIKERT:
16       Q.    Do you know how much a 250 motocross bike
17 weighs approximately?
18       A.    Two -- 220.
19       Q.    Two hundred and twenty pounds?
20       A.    Yes.
21       Q.    And then you have a rider on top of it.
22 Right?
23       A.    Yes.
24       Q.    I know these guys are relatively fit so
25 let's say maybe 150 pounds.  You've got, what, maybe

Page 175

1  375 when you combine the weight of the bike with an
2  average rider?
3            MR. GORDON:  Object to the form.
4            MS. SPRADLIN:  Object to the form.
5            THE WITNESS:  Possibly.
6  BY MR. SCHWEIKERT:
7        Q.    Do you have an estimation of an average
8  weight of a supercross rider?
9        A.    I don't.
10       Q.    All right.  But you would agree that the
11 risk of a 200-pound object falling on top of someone
12 laying on the ground presents the risk of a serious
13 injury?
14           MS. SPRADLIN:  Object to the form.  Calls
15 for speculation.
16           THE WITNESS:  Not necessarily.
17 BY MR. SCHWEIKERT:
18       Q.    So you're saying that a 200-pound object
19 dropping on top of somebody on the ground does not
20 necessarily present a risk of serious injury?
21           MS. SPRADLIN:  Object to the form.
22           THE WITNESS:  No.  I'm saying riders have
23 protective gear on them which helps to minimize the
24 risk for potential injury.
25 BY MR. SCHWEIKERT:

Page 176

1        Q.    They're wearing that gear to protect
2  themselves while they race around the track.  Right?
3        A.    Yes.
4        Q.    And they're wearing that gear to protect
5  themselves from injury in the event they get struck
6  by another rider on the track.  Right?
7            MS. SPRADLIN:  Object to the form.
8            THE WITNESS:  Yes.  If that was to happen.
9  BY MR. SCHWEIKERT:
10       Q.    And did you see that at the Tampa
11 Supercross some of the officials were wearing
12 helmets?
13           MS. SPRADLIN:  Object to the form.
14           THE WITNESS:  Yes.
15 BY MR. SCHWEIKERT:
16       Q.    And are they wearing helmets to protect
17 their heads from the risk of injury given that they
18 are standing in or around an active racetrack with
19 motorcycles going around it and jumping at
20 relatively high speeds?
21           MS. SPRADLIN:  Object to the form.
22           THE WITNESS:  Yes.  They are used to help
23 try to keep the officials safe.
24 BY MR. SCHWEIKERT:
25       Q.    And the officials are there to help keep

Page 177

1  the riders safe by using flags to indicate potential
2  hazards on the track.  Right?
3        A.    Right.
4        Q.    And using flags to stop activity on the
5  track when needed to protect, for example, a rider
6  from further injury?
7        A.    Correct.
8        Q.    Were you at the -- I think you told me
9  already.  You were at the Glendale, Arizona event
10 prior to the Tampa event?
11       A.    Yes.
12       Q.    Do you recall some red flags being thrown
13 during some of the races?
14       A.    I do not recall.
15       Q.    Okay.  I think I have one.  Bear with me.
16           During the Glendale, Arizona event, were
17 you serving as a spotter?
18       A.    Yes.
19       Q.    Were you stationed in a show booth?
20       A.    Show control booth.  Yes.
21       Q.    Okay.  All right.  This is video
22 previously marked Exhibit 55, FMS_INC_710.  And I'm
23 going to begin playing around the 2 minute 48 second
24 mark.
25           (WHEREUPON, a video was played.)

Page 178

1  BY MR. SCHWEIKERT:
2      Q.   Did you hear the announcer indicate that a
3  red flag had been thrown so the Alpine Stars Medical
4  Team could attend to Justin Bogle?
5      A.   Yes.
6      Q.   Were the individuals that were with you in
7  the show control booth during the Glendale, Arizona
8  event responsible for the television commentators or
9  the TV commentators in a different location?
10         MS. SPRADLIN:  Object to the form.
11         THE WITNESS:  The commentators on the
12  stadium floor, not the TV commentators.
13  BY MR. SCHWEIKERT:
14     Q.   Okay.  We keep pushing play around the 3
15  minute 10 second mark.
16         (WHEREUPON, the video continued.)
17  BY MR. SCHWEIKERT:
18     Q.   Do you recall this incident involving
19  Justin Bogle and the red flag?
20     A.   I do not.
21     Q.   I think we have a replay.  I'm going to go
22  to the 5 minute 4 second mark.
23         (WHEREUPON, the video continued.)
24  BY MR. SCHWEIKERT:
25     Q.   Did you see that there was a crash going

Page 179

1  into that first turn out of the starting gate?
2      A.   Yes.
3      Q.   Do you have any recollection of why that
4  particular incident was red flagged?
5          MS. SPRADLIN:  Object to the form.
6          THE WITNESS:  I do not.
7  BY MR. SCHWEIKERT:
8      Q.   There's another one from Glendale.  One
9  moment.
10         This is previously marked Exhibit 56,
11  FMS_INC_711.  And I'm going to start playing around
12  the 7 minute 21 second mark.
13         (WHEREUPON, a video was played.)
14  BY MR. SCHWEIKERT:
15     Q.   Okay.  Do you recall Chris Blose crashing
16  during the Glendale, Arizona event and a red flag
17  being thrown?
18     A.   No.  I don't.
19     Q.   Do you know why a red flag was thrown?
20     A.   No.  I don't know why.
21     Q.   Do you see that they've brought the
22  medical mule up next to the location where the rider
23  is laying on the ground?
24     A.   Yes.
25     Q.   Does red flagging the track create a

Page 180

1  better opportunity for the medical team to get the
2  mule as close as possible to a rider injured on the
3  track?
4          MS. SPRADLIN:  Object to the form.
5          THE WITNESS:  Well, when the red flag is
6  thrown the race or session is stopped so it will
7  allow medical to get to the downed -- downed rider.
8  BY MR. SCHWEIKERT:
9      Q.   In your experience, how long does it take
10  for the track to come to a stop after a red flag is
11  thrown?
12     A.   It depends on the length of the track.  A
13  minute or so.
14     Q.   And when a red flag is thrown, is traffic
15  directed away from the location where the incident
16  occurred that required the red flag?
17     A.   If possible, yes.  If they have to go by
18  where the rider is they will motion them to go away
19  from -- from the rider.
20     Q.   Okay.  I'm going to jump forward to the 9
21  minute 3 second mark.
22         (WHEREUPON, the video continued.)
23  BY MR. SCHWEIKERT:
24     Q.   All right.  Did you see Chris Blose's
25  crash there on the side?

Page 181

1      A.   Can you back that up?  Sorry.
2      Q.   Sure.  I'll push play at the 9 minute
3  mark.
4          (WHEREUPON, the video continued.)
5  BY MR. SCHWEIKERT:
6      Q.   Does that refresh your recollection at all
7  about that particular incident?
8      A.   No.  I don't -- I don't recall why the red
9  flag.
10     Q.   Have you ever received any feedback from
11  anyone at Feld about -- strike that.
12         Before the Tampa event in February of
13  2020, had you ever received any feedback about
14  stopping the track too frequently during events?
15     A.   No.
16         MS. SPRADLIN:  Object to the form.
17         THE WITNESS:  No.
18  BY MR. SCHWEIKERT:
19     Q.   Are you aware of any written protocol for
20  responding to an incident involving a rider on a
21  racetrack?
22         MS. SPRADLIN:  Object to the form.
23         THE WITNESS:  I don't understand your
24  question.
25  BY MR. SCHWEIKERT:

Page 182

1  Q.  Do you know what a protocol is?
2  A.  Yes.
3  Q.  What is a protocol?
4  A.  The way the -- the steps needed to do
5  something.
6  Q.  Are you aware of any written protocol
7  regarding the steps the AMA officials need to take
8  in response to a crash on a racetrack?
9          MS. SPRADLIN:  Object to the form.
10         THE WITNESS:  No.  Not that I'm aware of.
11 BY MR. SCHWEIKERT:
12 Q.  How do you know what steps need to be
13 taken them in response to a particular incident?
14 A.  I'm not -- I'm not following your
15 question.
16 Q.  How do you know how to do your job?
17         MS. SPRADLIN:  Object to the form.
18         You can answer.
19         THE WITNESS:  All right.  We -- we observe
20 from the track.  The officials are on the track.  In
21 the event of a crash, we would have the medical
22 staff come over, assess, and then if they feel the
23 need to stop a race they will -- they will relay
24 that and we will wave the red flag.  Stop the race
25 or the session.

Page 183

1  BY MR. SCHWEIKERT:
2  Q.  Are you aware of whether there's any sort
3  of written protocol that speaks to that process you
4  just described?
5  A.  I am not.
6  Q.  Do you know if the medical team has a
7  written protocol?
8          MS. SPRADLIN:  Object to the form.
9          THE WITNESS:  I do not know.
10 BY MR. SCHWEIKERT:
11 Q.  Do you know if the medical team has a
12 written protocol that includes what the race
13 director or other AMA officials are supposed to do
14 or how they're supposed to communicate in response
15 to an incident on a racetrack?
16         MS. SPRADLIN:  Object to the form.
17         THE WITNESS:  No.  I'm not aware.
18 BY MR. SCHWEIKERT:
19 Q.  Do you think it would be useful to be on
20 the same page with the medical team about how --
21 strike that.
22         Do you think it would be useful for you as
23 an official to be on the same team with -- strike
24 that.
25         Do you think it would be useful for you as

Page 184

1  an AMA official to be on the same page with the
2  medical team about steps to be taken in response to
3  a crash on a racetrack?
4          MS. SPRADLIN:  Object to the form.
5          THE WITNESS:  I believe that we are.  We
6  have the same -- we're on the same radio channel so
7  we can monitor what is -- what is going on and at
8  that time if there was an incident like that and
9  medical was there we would leave the radios quiet so
10 that the medical could diagnose or evaluate and make
11 a determination from there.
12 BY MR. SCHWEIKERT:
13 Q.  At that time, once a situation was
14 evaluated by somebody were they supposed to make any
15 sort of announcement over the radio about how they
16 evaluated the situation?
17         MS. SPRADLIN:  Object to the form.
18         THE WITNESS:  No.  No.
19 BY MR. SCHWEIKERT:
20 Q.  How would the officials know when an
21 incident was over?
22 A.  They would see the athlete or the Tuff
23 Block or whatever moved off the racetrack and the
24 track would be clear and they'd bring their flags
25 in.

Page 185

1  Q.  There was no -- strike that.
2          You're not aware of any communication that
3  at that time should occur to inform the race
4  direction group that the track was clear after an
5  incident?
6          MS. SPRADLIN:  Object to the form.
7          MR. GORDON:  Join.
8          THE WITNESS:  Somebody could have said
9  track's clear.  I don't recall.
10 BY MR. SCHWEIKERT:
11 Q.  I understand that but there wasn't like a
12 process that you go on the track.  It's called code
13 one.  You evaluate the situation and if you
14 determine it's a code zero you call it on the radio
15 and will keep things going.  Nothing like that?
16         MS. SPRADLIN:  Object to the form.
17         THE WITNESS:  Someone could have called a
18 track clear in different situations.
19 BY MR. SCHWEIKERT:
20 Q.  Do you know if Brian was injured as a
21 result of his participation in the Tampa Supercross?
22         MR. GORDON:  From a source other than his
23 attorneys?
24         MR. SCHWEIKERT:  Yes.
25         MS. SPRADLIN:  You can go ahead and answer

Page 186

```
 1  --
 2            THE WITNESS:  Oh, okay.
 3            MS. SPRADLIN:  -- if you can tell him
 4  anything that you understand separately from the
 5  conversations that you've had with myself or Mr.
 6  Hooker then you can answer his question.  If your
 7  only understanding has come through us then you
 8  don't talk to him about what you've spoken about
 9  with your attorneys.
10            THE WITNESS:  Right.  I knew that he was
11  injured after -- after the event.
12  BY MR. SCHWEIKERT:
13       Q.   How did you become aware?
14       A.   Social media, maybe.  I don't -- I don't
15  really recall.
16       Q.   What do you remember about his injury, if
17  anything?
18       A.   I don't.  I don't remember anything about
19  his --
20       Q.   Have you ever seen any social media that
21  contained pictures of Brian being removed from the
22  track?
23       A.   I don't -- I don't recall.
24       Q.   So from your perspective, Brian was
25  removed from the track, the track was cleared, the
```

Page 187

```
 1  flags stopped waving, and practice resumed as
 2  normal?
 3       A.   Yes.
 4       Q.   And nothing seemed out of the ordinary to
 5  you at that time?
 6       A.   No.
 7       Q.   And when you say you learned about his
 8  injury from social media, was that after the event
 9  on Saturday?
10            MR. GORDON:  He said maybe.
11            MS. SPRADLIN:  Yeah.  Object to the form
12  there.
13            THE WITNESS:  Yeah.  Maybe after the event
14  on social media.
15  BY MR. SCHWEIKERT:
16       Q.   Had you heard anything else about Brian on
17  Saturday, the day of the event?
18       A.   Not -- not that I recall.
19       Q.   Do you understand as you sit here today
20  that Brian is a paraplegic?
21       A.   It is my understanding that, yes, he is
22  paralyzed.
23       Q.   Are you aware generally that he injured
24  his spinal cord on the racetrack during the free
25  practice at the Tampa event?
```

Page 188

```
 1            MR. GORDON:  Objection to form.
 2            THE WITNESS:  I was aware that he was
 3  injured but to the extent, no, because again, I'm
 4  not a medical person or expert.
 5  BY MR. SCHWEIKERT:
 6       Q.   I understand that.  And I will represent
 7  to you that he did suffer a very serious injury to
 8  his spine.  With the benefit of hindsight, do you
 9  think that the situation should have been handled
10  differently knowing that Brian had a spinal cord
11  injury at that time?
12            MS. SPRADLIN:  Object to the form.
13            THE WITNESS:  I think -- I think the
14  situation was handled very well amongst the people
15  with Feld, the AMA officials, and the medical unit.
16  BY MR. SCHWEIKERT:
17       Q.   And is that still your belief sitting here
18  today and knowing that at that time he had suffered
19  an injury to his spine on the racetrack?
20            MS. SPRADLIN:  Object to the form.
21            THE WITNESS:  Again, I believe given what
22  he -- the way it was handled, it was handled just
23  properly between the Feld people, us at AMA, and the
24  medical staff.
25  BY MR. SCHWEIKERT:
```

Page 189

```
 1       Q.   And even with the benefit of hindsight,
 2  you don't think there's anything that should have
 3  been done differently by anyone in responding to
 4  Brian's incident?
 5            MS. SPRADLIN:  Object to the form.  Asked
 6  and answered.
 7            You can answer again.
 8            THE WITNESS:  Again, with -- I think it
 9  was handled just right with the Feld people, the AMA
10  people, and the medical unit.
11  BY MR. SCHWEIKERT:
12       Q.   So if a supercross rider in the future
13  experiences an injury to their spine during a
14  supercross event then they should expect the
15  response to be handled in the same way?
16            MS. SPRADLIN:  Object to the form.
17            THE WITNESS:  Each incident is different
18  so, you know, I can't speculate what the next rider
19  might be.
20  BY MR. SCHWEIKERT:
21       Q.   Have you ever gone back and tried to
22  evaluate a response to a particular situation to
23  look for room for improvement?
24            MS. SPRADLIN:  Object to the form.
25            THE WITNESS:  I'm sure that the people
```

Page 190

1  above me have at some point gone and tried to help
2  make things even safer.
3  BY MR. SCHWEIKERT:
4      Q.   Why are you sure that the people above you
5  have done that?
6      A.   Because as the years have gone on we have
7  become -- made supercross safer.
8      Q.   What are you aware has been done to make
9  supercross safer?
10         MS. SPRADLIN:  Object to the form.  Over
11 the entire history of supercross?  Is that what
12 you're asking about?
13         MR. SCHWEIKERT:  Whatever he's referring
14 to.
15         THE WITNESS:  We've, you know, we've
16 introduced lights onto the track.  We have the
17 timing and scoring.  We have ejects on the helmets
18 of the athletes.  A whole bunch of things like that.
19 BY MR. SCHWEIKERT:
20     Q.   Are you aware of any changes -- strike
21 that.
22         Are you aware of anything being done to
23 improve safety during supercross events as a result
24 of Brian Moreau's crash at Tampa?
25         MS. SPRADLIN:  Object to the form.

Page 191

1          THE WITNESS:  Not that I'm aware of.
2  BY MR. SCHWEIKERT:
3      Q.   So a rider crashed during free practice at
4  the Tampa Supercross in 2020, sustained an injury to
5  his spine, was removed from the track without
6  immobilization and without any red flag thrown and
7  you're not aware of any changes being made to
8  improve safety going forward as a result of that
9  incident?
10         MR. GORDON:  Object to form.
11         MS. SPRADLIN:  Object to the form.
12         THE WITNESS:  Again, I'd have to say given
13 the time that that happened it was handled -- it was
14 handled properly.  The area was well contained.  The
15 rider was removed unbeknownst to me because I'm not
16 a medical expert.  I don't know what was said
17 between medical but the track, they removed him and
18 we went back -- we continued.
19 BY MR. SCHWEIKERT:
20     Q.   Are you aware of any investigation being
21 done into Brian's accident in like the months after
22 it happened?
23         MS. SPRADLIN:  Object to the form.
24         THE WITNESS:  No.
25 BY MR. SCHWEIKERT:

Page 192

1      Q.   Have you ever been involved in any sort of
2  investigation or debriefing on an incident that had
3  occurred at a supercross event?
4      A.   No.
5      Q.   Do you know if any sort of post-incident
6  review is done by anyone other than you when there
7  are serious injuries to riders during supercross
8  events?
9          MS. SPRADLIN:  Object to the form.
10         THE WITNESS:  I'm not aware of.
11 BY MR. SCHWEIKERT:
12     Q.   So even when there's serious injuries to
13 riders during supercross events you are not aware of
14 whether any sort of post-incident review is done to
15 try to prevent that type of incident from occurring
16 again?
17         MS. SPRADLIN:  Object to the form.
18         THE WITNESS:  No.  I'm not aware.
19 BY MR. SCHWEIKERT:
20     Q.   Do you think that would be a good practice
21 to help continue to improve safety in the sport?
22         MS. SPRADLIN:  Object to the form.
23         THE WITNESS:  I would think that there is
24 review but I'm not aware of any and maybe it's done
25 with management above me.

Page 193

1  BY MR. SCHWEIKERT:
2      Q.   Well, since that incident at the Tampa
3  Supercross, have you ever been -- since the --
4  strike that.
5          I know you changed jobs in January of 2023
6  but between the time of Brian's crash at the Tampa
7  Supercross and you moving out of the role of a
8  spotter, were you ever asked to do things
9  differently by anyone?
10         MS. SPRADLIN:  Object to the form.
11         THE WITNESS:  No.  Not that I recall.
12         MR. SCHWEIKERT:  Let's take a little 10-
13 minute break.  I might be close.
14         THE VIDEOGRAPHER:  We are now going off
15 record.  The time is 4:50.
16         (WHEREUPON, a recess was taken.)
17         THE VIDEOGRAPHER:  We are now back on the
18 record.  The time is 4:58.
19         You may continue.
20         MR. SCHWEIKERT:  I don't think I have
21 anything other than reserving my right to ask
22 follow-up if Mr. Gordon has any interesting
23 questions for you.
24         MR. GORDON:  I appreciate that.
25         I don't have many, sir.

Page 194

1  EXAMINATION
2  BY MR. GORDON:
3        Q.   I represent Feld Motor Sports.
4        A.   Okay.
5        Q.   My name is David Gordon.  I know at the
6  end you said everybody did everything right
7  including Feld and the medical people and the AMA
8  people.  I just want to make sure I understand what
9  you meant in terms of the Feld people, the FMS
10 people.
11             The folks in the red shirts, those are the
12 medical people?
13       A.   Correct.
14       Q.   Okay.  And what role, if anything, with
15 regard to the videos and photographs you've seen
16 with regard to Brian Moreau, what role, if any, did
17 Feld people play or Feld Motor Sports?
18             MR. SCHWEIKERT:  Form.
19             THE WITNESS:  They had -- Feld Motor
20 Sports had the runners that were down on the
21 racetrack on the videos that I have seen.  They
22 would have been the ones that were kind of pointing
23 the -- directing the riders away from -- away from
24 the incident.  One of the runners from Feld also put
25 that Tuff Block out.  And we can see what I believe

Page 195

1  is a Feld individual picking up the motorcycle.
2  BY MR. GORDON:
3        Q.   Okay.  Great.  And in terms of the medical
4  decisions being made on what to do with the rider,
5  would any of the Feld folks have had anything to do
6  with any of those decisions to your knowledge and
7  experience?
8              MR. SCHWEIKERT:  Form.
9              THE WITNESS:  Not to my knowledge.
10             MR. GORDON:  Okay.  All right.  Thank you.
11 No further questions.  Thank you, sir.
12             MR. SCHWEIKERT:  Bethany, we haven't
13 forgotten about you.
14             MS. NDUKA:  No questions.  Thank you.
15             MS. SPRADLIN:  I've actually got a couple
16 of questions for the witness.
17             MR. SCHWEIKERT:  Oh.
18             MS. SPRADLIN:  It shouldn't be much.
19 EXAMINATION
20 BY MS. SPRADLIN:
21       Q.   So I just wanted to clarify for the sake
22 of the record, we've talked a lot today about
23 officials and AMA officials.  Do you remember
24 speaking at length with Mr. Schweikert about that?
25             So it is my understanding that there are

Page 196

1  AMA Capital O officials and that that is the
2  position that's also referred to as the flaggers or
3  possibly the marshals.
4             Is that correct?
5        A.   Yes.
6             MR. SCHWEIKERT:  Form.
7  BY MS. SPRADLIN:
8        Q.   And then there are also generally just the
9  folks who work for AMA, whether that is in a
10 capacity as an employee or an independent
11 contractor, that you've generally referred to as AMA
12 officials, theoretically a lower case O official.
13             Is that correct?
14             MR. SCHWEIKERT:  Form.
15             THE WITNESS:  Yes.
16 BY MS. SPRADLIN:
17       Q.   Okay.  And then with respect to your
18 position as a spotter, are you the one who in the
19 show control booth, are you calling down and telling
20 the flaggers at any given supercross event what
21 flags to throw?
22             MR. SCHWEIKERT:  Form.
23             THE WITNESS:  No.
24 BY MS. SPRADLIN:
25       Q.   So you are not in your role as TV spotter

Page 197

1  directing the yellow flaggers when they need to put
2  out a yellow flag.  Correct?
3              MR. SCHWEIKERT:  Form.
4              THE WITNESS:  Correct.
5  BY MS. SPRADLIN:
6        Q.   And you're not directing the flaggers when
7  to throw a red cross flag.  Correct?
8              MR. SCHWEIKERT:  Form.
9              THE WITNESS:  Correct.
10 BY MS. SPRADLIN:
11       Q.   And you spoke with Mr. Schweikert earlier
12 about that you don't recall a code being called in
13 response to the Brian Moreau crash at the Tampa
14 Supercross in February of 2020.
15             Is that correct?
16       A.   That is correct.
17       Q.   And just because you don't recall --
18 excuse me.  Strike that.
19             Just because you don't recall a code
20 having been called that doesn't mean that a code was
21 not called.  You just don't remember that happening.
22             Is that correct?
23             MR. SCHWEIKERT:  Form.
24             THE WITNESS:  Yes.  That is correct.
25 BY MS. SPRADLIN:

JEFFREY CANFIELD                March 31, 2025                        198 to 201
83432

---

Page 198

1    Q.   And you spoke with Mr. Schweikert about
2  that you don't recall medical speaking with each
3  other on the radio following Brian Moreau's crash at
4  the Tampa 2020 Supercross.
5            Is that correct?
6    A.   That is correct.
7    Q.   And just because you don't recall any
8  conversation among the medical people or any
9  comments by medical personnel following Brian's
10  crash, does that mean that no conversation occurred?
11           MR. SCHWEIKERT:  Form.
12           THE WITNESS:  No.  That doesn't mean that
13  it didn't happen.  I just don't recall.
14           MS. SPRADLIN:  All right.  Give me just
15  one moment.  I don't believe that I have any more
16  questions but I may be able to wrap this up shortly.
17           I believe that's all that I have for you,
18  Mr. Canfield, unless Mr. Schweikert has any follow-
19  up for you.
20           MR. SCHWEIKERT:  Just a couple.
21  FURTHER EXAMINATION
22  BY MR. SCHWEIKERT:
23    Q.   Do you believe that if a post-incident
24  investigation had been done you would have a better
25  ability to remember whether any code was called and

---

Page 199

1  by who in response to an incident that ultimately
2  resulted in a paralyzed supercross rider?
3            MS. SPRADLIN:  Object to the form.
4            THE WITNESS:  Can you repeat that?  I'm
5  not --
6  BY MR. SCHWEIKERT:
7    Q.   Incidents are reviewed for purposes of
8  understanding why they happened at times.  Right?
9    A.   Mm-hmm.
10           MS. SPRADLIN:  Object to the form.
11  BY MR. SCHWEIKERT:
12    Q.   Is that a yes?
13    A.   Yes.
14    Q.   Incidents are also reviewed for purposes
15  of determining how to prevent them from happening
16  again.  Right?
17           MS. SPRADLIN:  Object to the form.
18           THE WITNESS:  Yes.
19  BY MR. SCHWEIKERT:
20    Q.   And if any sort of review of the incident
21  involving Brian Moreau had occurred that would have
22  been one way to better understand exactly what had
23  happened and why.  Right?
24           MS. SPRADLIN:  Object to the form.
25           THE WITNESS:  There could have been

---

Page 200

1  reviews, incident reviews done.  I'm just not aware
2  of any.
3  BY MR. SCHWEIKERT:
4    Q.   You're not aware of participating in any
5  process that was intended to prevent similar
6  incidents like the one that happened with Brian from
7  occurring in the future at supercross events.
8  Right?
9            MS. SPRADLIN:  Object to the form.
10           THE WITNESS:  Again, if there was a
11  review, which there could have been, I don't know.
12  I was not a part of it or made aware of one.
13           MR. SCHWEIKERT:  That's all I have.  Thank
14  you.
15           MS. SPRADLIN:  We will read.
16           THE VIDEOGRAPHER:  All right.  This
17  concludes the deposition of Jeff Canfield.
18           Before we go off the record, the court
19  reporter will get orders for transcripts.  Then the
20  videographers will get the orders for video.
21           THE REPORTER:  Mr. Schweikert, would you
22  like to order the original?
23           MR. SCHWEIKERT:  No.
24           THE REPORTER:  Ms. Spradlin, would you
25  like to order the original?

---

Page 201

1            MS. SPRADLIN:  I'm not going to order at
2  this time, but just for purposes of the record, we
3  will read.
4            THE REPORTER:  Mr. Gordon, would you like
5  to order the original?
6            MR. GORDON:  Yes.  We will.
7            THE REPORTER:  Ms. Nduka, would you like
8  to order a copy?
9            MS. NDUKA:  No, thank you.
10           THE VIDEOGRAPHER:  The same question goes
11  for everybody for the video.
12           Mr. Schweikert?
13           MR. SCHWEIKERT:  Not at this time.
14           THE VIDEOGRAPHER:  Ms. Spradlin?
15           MS. SPRADLIN:  No, thank you.  Not at this
16  time.
17           MR. GORDON:  We will take one.
18           THE VIDEOGRAPHER:  Ms. Nduka?
19           MS. NDUKA:  I don't need one.  Thank you.
20           THE VIDEOGRAPHER:  All right.  Well, the
21  time on the screen is 5:06 p.m. and this ends the
22  deposition.  And we are now off record.
23           (WHEREUPON, the deposition of JEFFREY
24  CANFIELD concluded at 5:06 p.m.)
25

---

Page 202

CERTIFICATE

I, the undersigned Jeff Sindiong, am a videographer on behalf of NAEGELI Deposition & Trial. I do hereby certify that I have accurately made the video recording of the deposition of Jeffrey Canfield, in the above captioned matter on the 31st day of March, 2025 taken at the location of 13515 Yarmouth Drive, Pickerington, OH  43147.

No alterations, additions, or deletions were made thereto.

I further certify that I am not related to any of these parties in the matter and I have no financial interest in the outcome of this matter.

Jeff Sindiong

Page 203

CERTIFICATE

I, Valerie Phan, do hereby certify that I reported all proceedings adduced in the foregoing matter and that the foregoing transcript pages constitutes a full, true and accurate record of said proceedings to the best of my ability.

I further certify that I am neither related to counsel or any party to the proceedings nor have any interest in the outcome of the proceedings.

IN WITNESS HEREOF, I have hereunto set my hand this 17th day of April, 2025.

Valerie Phan

Page 204

CORRECTION SHEET

Deposition of: Jeffrey Canfield    Date: 03/31/25
Regarding: Moreau vs. Feld Motor Sports
Reporter: Phan/Morrison
_____

Please make all corrections, changes or clarifications to your testimony on this sheet, showing page and line number.
If there are no changes, write "none" across the page.  Sign this sheet and the line provided.
Page  Line  Reason for Change
____  ____  _____
____  ____  _____
____  ____  _____
____  ____  _____
____  ____  _____
____  ____  _____
____  ____  _____
____  ____  _____
____  ____  _____
____  ____  _____
____  ____  _____
____  ____  _____
____  ____  _____

                    Signature: _____

                              Jeffrey Canfield

Page 205

Date: 03/31/2025              Assignment #: 83432
Deponent:  Jeffrey Canfield
Case:    BRIAN MOREAU Vs. FELD MOTOR SPORTS

ATTORNEY - NO TRANSCRIPT ORDERED:

Signature of your client is required.  It will be necessary for you to call our offices and arrange for an appointment for your client to come in to read and sign their transcript.

C C:Naegeli Deposition and Trial

JEFFREY CANFIELD                        March 31, 2025                        206
83432

```
                                                        Page 206
 1                      DECLARATION

 2   Deposition of: Jeffrey Canfield     Date: 03/31/2025

 3   Regarding: BRIAN MOREAU Vs. FELD MOTOR SPORTS

 4   Reporter:  Valerie Phan

 5   _____

 6

 7   I declare under penalty of perjury the following to be

 8   true:

 9

10   I have read my deposition and the same is true and

11   accurate save and except for any corrections as made

12   by me on the Correction Sheet herein.

13

14   Signed at _____, _____

15   on the _____ day of _____, 20____.

16

17

18

19

20

21

22

23

24            Signature: _____

25                       Jeffrey Canfield
```

**Exhibits**

**EX0177 COURSE**
105:4,7,8,10,14
110:16 138:18

**EX0178 PHOTO**
110:8,9,11,25 111:4

**EX0179 CREDENTIA
L TERMS AND CON
DITIONS** 115:14,15,
17,21 116:1

**EX0180 ADULT REL
EASE AND WAIVER**
116:22,23,25 117:6,
8 128:15

**EX0181 EXPENSE R
EPORT** 123:3,4,5

**EX0182 WAIVER**
125:25 126:1,3,8
127:23,24

---

**$**

**$1,375** 119:25 121:3

**$125** 124:4,12

**$17.19** 124:24

**$537.60** 123:24
124:13

---

**0**

**0123** 12:3

**03/31/25** 204:2

---

**1**

**10** 17:8 38:7,9,12
48:14 166:13

178:15

**10-** 193:12

**100** 34:3 48:23

**1099** 121:19

**10:29** 6:5,8

**12:05** 66:20

**13515** 202:9

**14** 172:10

**15** 14:2 15:3,7 18:20
29:2 43:14 118:9
119:19 133:13
135:21 151:15
163:15 172:15

**150** 174:25

**151** 114:10,13,17

**1586** 123:8

**16** 167:15

**17** 34:19,22 163:18
167:6

**177** 105:4,7,8,10,14
110:16 138:18

**178** 110:8,9,11,25
111:4

**179** 115:14,15,17,21
116:1

**17th** 203:15

**180** 116:22,23,25
117:6,8 128:15

**181** 123:3,4,5

**182** 125:25 126:1,3,
8 127:24 129:7

**1979** 17:8

**1:04** 66:23

---

**2**

**2** 51:14,16,19,21,25
129:8 160:20
177:23

**2-minute** 158:23

**20** 18:16 19:12
48:16,22

**200-pound** 175:11,
18

**2000** 22:12,17 23:6
27:12 125:19

**2000s** 20:4,5 27:24
28:11 30:4 31:5
32:9 42:25 125:18

**2003** 23:19

**2004** 23:19

**2008** 25:24,25 26:1,
13,15 34:3,5 39:19
125:19,20

**2019** 121:8

**2020** 11:21 12:9
13:2,24 14:2,12
15:3,7 29:2 30:11
40:8,12 42:7 43:9,
12,15,24 48:3,15
50:10,19 52:1 55:9
56:18 58:17,21 59:3
65:23 73:7 74:8,11
79:20 80:22 81:5,24
83:8 90:7 115:25
116:2,15,18 117:11,
19 118:9,23 119:13,
19 121:14,20,23
123:16 126:20
127:2,17,24 128:6,
17,20 130:19 132:6
133:13 135:21
136:7 151:15

181:13 191:4
197:14 198:4

**2023** 9:15 26:23,25
33:20 119:10 193:5

**2025** 6:4,9 202:8
203:15

**21** 179:12

**220** 174:18

**23** 118:8 168:3

**23rd** 26:22

**24th** 131:14

**250** 174:16

**2:18** 115:5

**2:29** 115:8

---

**3**

**3** 116:2 163:15,18
172:9,14 178:14
180:21

**30** 48:18

**31** 6:4,9

**31st** 202:8

**375** 175:1

**393** 51:15

**3:29** 153:13

**3:30** 153:9

**3:49** 153:16

**3rd** 117:18

---

**4**

**4** 178:22

**40** 48:20

**40-second** 158:23

**43147** 202:9

**48** 160:20 177:23

**4:50** 193:15

**4:58** 193:18

---

**5**

**5** 172:15 178:22

**537.60** 123:21

**54** 172:10

**55** 177:22

**56** 179:10

**57** 171:25

**59** 158:15,17

**5:06** 201:21,24

---

**6**

**61** 52:4,7

**62** 67:6 166:5,10

**63** 90:11,15,19 91:5

---

**7**

**7** 166:7 179:12

**77** 130:7,8,16

**79** 17:8 119:17,18
134:18,24

---

**8**

**80s** 20:3 31:2

---

**9**

**9** 17:8 180:20 181:2

**968** 126:6

---

**A**

**A-Y** 35:18

**a.m.** 6:5,8

**abilities** 168:14

**ability** 10:4 35:9
51:11 99:14,21
146:22 149:13
155:3,7 161:24
198:25 203:7

**access** 116:18
146:14

**accident** 191:21

**accommodate**
10:21

**accurate** 7:8 203:6

**accurately** 202:5

**achieve** 20:13

**acquire** 151:24

**activated** 77:24 78:6

**activating** 77:25
78:2

**active** 42:25 43:15
47:20 86:22 88:24
92:14 96:24 97:11
100:3 102:10 137:4
140:12 144:17
174:4 176:18

**activities** 117:10

**activity** 57:23 67:13
68:2,22 69:11 76:4

**92:14 100:17
102:14 144:5 157:1
177:4

**actual** 133:9

**addition** 51:6

**additional** 31:19
147:17

**additions** 202:11

**address** 60:2,6
117:23 160:14

**adduced** 203:4

**adequate** 154:24

**adjacent** 61:5 63:7
113:2

**administered** 7:13

**administering** 7:10

**Adult** 117:8 126:14

**advance** 131:17

**advisor** 22:6

**affiliated** 61:12
122:7

**affirm** 8:11

**affirmation** 7:10,12

**affirmed** 8:17

**agree** 7:16,21,24
8:2,6 12:18 175:10

**agreement** 12:16
117:9 126:15

**ahead** 14:24 16:5
185:25

**alarm** 167:20

**alert** 153:7 154:5
169:12

**Alex** 171:21 173:12

**allegations** 14:7,19

**alleged** 14:9

**allowed** 74:9,12
76:19

**Alpine** 45:22 163:6
178:3

**alterations** 202:11

**AMA** 9:9,14 19:15
20:1 22:9,10 23:5,
21 25:24 26:1 27:4
33:15 34:10,15
35:12 42:19 43:6,9,
16,20 45:11 47:15
49:24 51:3,14,15
53:11 78:4 79:14,
21,24 81:8 87:9,24
88:2,5 93:16 95:20,
24,25 96:1,4,23
97:9,10 98:15
101:22,24 102:16,
25 103:7,9 104:4,10
106:23 107:7,13,22
108:3 109:11,14,18,
19 111:23 116:1,6,7
117:10,18 118:10,
12,19 119:4,11
120:3 121:13 122:7
123:23 124:17
125:2,4,10,16,18,21
128:4,16 129:22,25
130:3,21,24 132:23,
25 133:1,18 134:4,
6,10,12 137:3,22
138:1 139:2 156:20
162:17,22,25 168:9
173:17 182:7
183:13 184:1
188:15,23 189:9
194:7 195:23 196:1,
9,11

**AMA1022** 110:14

Case 8:22-cv-01295-TPB-CPT   Document 318-18   Filed 05/15/25   Page 56 of 81
PageID 15330

JEFFREY CANFIELD
83432
March 31, 2025
209
Index: AMA1528..Bailey

**AMA1528** 117:3

**AMA1529** 115:20

**AMA1583** 123:8

**AMA1684** 119:17

**AMA2011** 110:17

**AMA_1704** 130:7

**amateur** 18:8,9,10, 19,24,25 19:8 20:6 21:22 61:3,8

**ambulance** 46:25 47:15 48:6

**ambulances** 47:9

**American** 6:18 9:5, 7,10 75:11 130:3

**amount** 123:18 124:1

**Amy** 6:23 33:5

**Anaheim** 127:8,14

**and/or** 117:10

**angle** 161:14

**angles** 90:20

**announced** 159:25

**announcement** 160:12 184:15

**announcer** 160:8 163:5 172:24 178:2

**announcers** 84:5,6 98:18,19

**annual** 117:7

**answering** 10:14

**answers** 86:16

**anticipate** 10:12

**anymore** 16:10

**anytime** 41:16

**apologize** 49:20

**appears** 52:2 90:20 105:16,18 111:18 117:7

**apples** 47:6

**apply** 12:12

**approached** 61:13

**appropriately** 156:19

**approximately** 20:2 25:10 26:11 30:23 34:12,14,17,19,22 38:7 55:24 112:17 117:20 126:18 131:11,16 163:15 174:17

**approximation** 23:18

**April** 203:15

**area** 54:25 69:4 70:21 72:13 78:6,12 110:5 114:25 118:4 153:7,22 156:22 157:22 165:6 191:14

**Arizona** 127:16 177:9,16 178:7 179:16

**Arlington** 62:2

**arranging** 124:18 125:4

**arrived** 131:12

**arts** 21:7

**aspect** 137:13

**aspirations** 21:10

**assess** 182:22

**assessment** 174:2

**assigned** 44:24

**assigning** 138:11

**assist** 29:18 30:16, 20 73:21 140:8

**assistance** 152:25 163:7

**assistant** 22:7

**Associate's** 21:6

**Association** 6:19 9:5,7,11 130:4

**assume** 10:8 164:20

**assure** 156:18

**athlete** 69:3,9 77:18 184:22

**athletes** 37:8,10 40:15 77:21 138:11 190:18

**attend** 12:8 55:12,15 57:1 134:5 178:4

**attended** 49:12 58:8 62:12 134:4,7,12

**attending** 70:4 167:12

**attention** 52:3 156:22 160:24

**attorney** 15:22

**attorney-client** 13:20

**attorneys** 185:23 186:9

**atypical** 170:17

**August** 118:8

**Austin** 61:24 62:17, 25

**author** 35:19

**authority** 50:4 52:13

**average** 175:2,7

**aware** 14:9,14,18,25 15:6 28:20,25 39:11 61:13,17,19 62:1,23 63:4,9 64:23,24 65:4 66:2,6 71:16 79:6 97:21,22 101:15 122:19,21 143:3,5 145:4,10 148:7 151:13,16,18 154:1 155:14 166:23 181:19 182:6,10 183:2,17 185:2 186:13 187:23 188:2 190:8, 20,22 191:1,7,20 192:10,13,18,24 200:1,4,12

**awareness** 151:24

---

**B**

**B3** 67:8,10

**bachelor's** 21:13,15

**back** 36:14 62:4 65:13 66:22 68:6 69:4,9 85:1 93:8 94:6 97:14 115:7 134:17 151:3 153:15 181:1 189:21 191:18 193:17

**backup** 137:14

**bad** 150:13

**Bailey** 135:23 136:5

JEFFREY CANFIELD
83432

March 31, 2025

210

Index: bands..camera

bands 137:12

banter 98:19

bare 60:16,22

barrier 158:2

base 59:22

baseball 23:2

based 13:23 99:7 110:4 150:6,18 158:9 173:18

Basically 25:23

Bates 110:14,16,21 114:10 115:20 119:17 123:8 126:6

bathroom 66:15 115:2

battleship 113:20

Bear 177:15

beautiful 148:23

began 33:14 142:11

begin 161:8 177:23

beginning 6:10 28:10 30:10 51:19

behalf 6:22 202:4

belief 188:17

believes 14:19

beneficial 146:22

benefit 188:8 189:1

Bethany 6:22 68:6 195:12

bike 18:2 101:12 174:16 175:1

bikes 17:4,6,15 29:11 133:22 162:25

Binghamton 16:15 17:2 20:21

Birmingham 49:19

bit 12:23 97:7 171:22

black 131:8

Bless 67:20

block 29:17 59:15 73:19 75:21 125:4 151:9 158:2 167:12 184:23 194:25

Blose 179:15

Blose's 180:24

blue 24:10

Bodnar 6:23 32:14, 16 33:1 45:24 46:4, 8

Bodnar's 51:19

body 56:16

Bogle 178:4,19

Bond 87:19

books 35:19

booth 44:18 83:14, 15,19,22 85:2,10, 12,13,16 91:4 94:6, 11 97:15,18,24,25 98:3,6,7,8,22,24 100:9,25 101:15 107:1 136:10 139:19,23 140:3 141:22 143:21 145:22 146:1 148:3 151:22 155:2,7 159:21 161:17 163:22 172:7 177:19,20 178:7 196:19

booths 101:4 102:8 113:11

born 16:12

bottom 108:16

box 85:25 110:18 124:4

break 10:20,22 52:22 66:15 115:2 153:9 193:13

breast 130:25 131:3

Brian 6:11,16 14:2 15:6 29:5,8 87:5,23 104:1 147:25 151:13,16 155:14 163:8 164:24 185:20 186:21,24 187:16,20 188:10 190:24 194:16 197:13 198:3 199:21 200:6

Brian's 51:22 103:12,16 168:17 170:3,19 189:4 191:21 193:6 198:9

briefing 11:17

briefly 21:24 22:6,24

bring 76:4 184:24

broadcast 88:1 94:2 142:23 143:11

broadcasted 142:15 143:14

broadcasting 89:2

Broome 20:25 21:3, 5

brought 37:11 137:24 179:21

Brown 107:21,22

138:21

Buccaneers 113:21

build 42:5

builders 65:9

building 41:21,24 42:4,6,13,14

built 41:22 59:19

bunch 190:18

business 23:7 134:8

button 45:16

### C

C-L-E-A-S-O-N 108:23

C-O-O-M-B-S 122:18

California 56:7

call 50:12 92:17 94:20 98:21 99:21 130:21 154:9,16,18, 20 155:3,7 171:4 173:18,21 185:14

called 51:7 70:2 80:17 82:22,23 155:13,21 169:13, 14,15 170:6,15,18, 23 171:2,11 185:12, 17 197:12,20,21 198:25

calling 196:19

Calls 150:8 175:14

Cam 158:13

camera 90:20 91:6, 18 92:10 161:14 163:19

**cameras** 91:1 141:16 142:22 143:5 144:16 145:6 146:14

**camp** 36:24

**Canfield** 6:2,11 8:9, 17 9:1 198:18 200:17 201:24 202:7 204:2,25

**capacity** 24:7 26:25 34:7,9 81:23 82:1 196:10

**Capital** 196:1

**caption** 6:11

**captioned** 202:7

**car** 22:4

**card** 54:14 116:6,7, 8,14,17

**cards** 116:11

**care** 14:10 32:10 146:9

**career** 21:22 23:9 24:14 25:22 26:4 30:1,10 66:3

**Caroline** 6:17 68:9 159:6

**Carson** 33:9

**case** 6:11 14:7 46:17 56:14 80:17 118:22 119:3 163:8 196:12

**catch** 93:9

**caution** 13:16,21 74:7 76:20,23 173:3

**cell** 94:14,16,17

**cement** 61:5

**ceremonies** 133:4

**CERTIFICATE** 202:1 203:1

**certification** 58:16

**certifications** 54:12 58:20

**certified** 7:15

**certify** 202:5,14 203:3,9

**Chad** 135:23 136:5

**championship** 20:1 55:6

**chance** 149:20 174:7,9

**change** 66:15 91:11 151:11 204:11

**changed** 50:13 161:13 193:5

**changing** 45:16

**channel** 43:11,17,20 47:15,19,25 87:1 88:5 99:22 137:4 165:21,25 184:6

**channels** 45:13,15, 18

**charge** 26:19 33:12

**charges** 124:21,23

**check** 11:19

**checking** 138:10

**checklist** 11:20

**Chenango** 20:20

**Chevy** 20:1 22:18 23:12

**chief** 12:1 24:20 46:4

**childhood** 21:6,8

**Chris** 87:19 108:17, 21 138:20 179:15 180:24

**circumstance** 78:18

**circumstances** 74:23 79:6 173:19

**clarification** 15:2

**clarifications** 204:7

**clarify** 195:21

**clean** 90:13

**clear** 77:23 141:3 184:24 185:4,9,18

**cleared** 72:15 186:25

**Cleason** 108:21 138:21

**clerk** 40:25 50:24 95:14,16 96:5,22

**clip** 86:6

**close** 113:16 180:2 193:13

**closed** 85:13

**closer** 112:7 159:1,3

**CMO** 11:25

**co-sanctioned** 56:19,21

**code** 11:22,23 12:6 13:1 58:7 152:4,9, 14,16,18,20 153:2, 5,19,20,24 154:9, 16,18,20 155:4,8, 13,19,21 156:2 169:7,19 170:6,14, 18,23 185:12,14 197:12,19,20

198:25

**codes** 12:2,3,5,12, 25 58:4,6 154:1,2,4 169:11 171:2

**collaborative** 54:10 64:18

**collared** 130:14,17

**collectively** 50:3

**college** 20:25 21:4,5 22:2

**column** 135:7

**combine** 175:1

**comfortable** 61:4

**command** 97:17,24 98:3,6,8,21,22 100:8,24 146:1 155:7

**commanded** 98:25

**commentators** 178:8,9,11,12

**comments** 198:9

**commercials** 84:4 98:17

**communicate** 86:24 87:16 157:16 161:24 183:14

**communicated** 45:3

**communicating** 148:10

**communication** 43:1 44:14 53:1 99:8 157:11 161:7 165:18 185:2

**communications** 88:11

**Community** 20:25

21:3,5

**company** 41:22,25
42:4,6 63:5 122:5,7,
12,20,25

**compensate** 120:24

**compensated**
120:13,14,16 122:1
125:20

**compensation**
118:19

**compete** 18:7,10

**competed** 19:2

**competing** 18:19,22
21:17

**complained** 39:16

**complaining** 39:11

**complaints** 39:19
62:23

**completed** 21:22
129:1

**completely** 144:12

**compliance** 138:12

**comprising** 41:2

**computer** 88:15
111:8 158:22

**concern** 40:17
57:22 59:25 62:8,10

**concerned** 58:11

**concerns** 37:12,13
61:14

**concluded** 133:5
201:24

**concludes** 200:17

**concrete** 59:16,18,
24 60:11,16,22

61:14,20 62:3,24
63:6,24 64:4,25

**condition** 68:21
69:10 141:5

**conditions** 67:13
68:3 101:1 115:24
116:2

**confusion** 15:4

**conjunction** 78:25

**connection** 13:2
15:16,22 28:2 33:23
57:15 78:23 83:9
94:18 118:20
123:15,19 128:5
133:9 143:1 147:7
148:10 149:14
164:15

**consideration** 62:16
63:11 64:23,25

**considered** 38:15
131:6 135:11

**consistent** 60:9

**constitutes** 203:6

**construct** 42:6

**constructed** 60:15

**construction** 41:19
63:5

**contact** 44:12 95:2
142:9

**contained** 186:21
191:14

**contemporaneous**
171:15

**continually** 12:17

**continue** 7:2 35:11
66:23 69:5,6 74:9,
12,15 78:19 115:9

153:16 192:21
193:19

**continued** 39:9
160:17 161:4 163:3,
16 167:4,17 168:5
172:19 178:16,23
180:22 181:4
191:18

**contract** 118:16,17
119:3,6

**contractor** 196:11

**control** 27:9,11 29:7
30:16 44:18 83:14,
19,22 85:2,24 91:4
94:6 97:15 98:6,13
100:8,17,24 107:1
113:14 139:19,23
140:21 148:3
177:20 178:7
196:19

**controlled** 69:4

**controlling** 102:4
161:20

**conversation** 198:8,
10

**conversations**
186:5

**conveying** 158:9

**Coombs** 6:24 33:7
46:20 122:18

**Copies** 119:17

**copy** 51:13 201:8

**cord** 187:24 188:10

**corner** 71:16 108:16

**correct** 31:22 45:1
46:22,23 47:12
52:10,11 56:23
78:20 81:6 85:3

87:6 88:4,7 103:2
114:14,20 119:15
145:20,21 151:23
177:7 194:13 196:4,
13 197:2,4,7,9,15,
16,22,24 198:5,6

**CORRECTION**
204:1

**corrections** 204:6

**correctly** 145:7

**correspond** 138:17

**counsel** 6:13 8:4
11:4,6 14:14,16
15:15 105:21
158:13 166:19
167:24 203:10

**country** 19:5

**couple** 67:1 195:15
198:20

**court** 6:25 7:3 9:24
16:23 86:11 200:18

**covered** 57:14 120:7
127:14,20

**covering** 117:9

**crash** 14:11 20:9
62:1 68:19 69:3
71:14,18 103:12,16
147:13,25 148:5
149:9,12,14,21
151:18 155:14
156:3,14 157:2,10,
13 170:3,19 173:12
178:25 180:25
182:8,21 184:3
190:24 193:6
197:13 198:3,10

**crashed** 14:21 15:6
29:5,8 49:12 62:18,
25 87:5,23 104:1

148:10 151:16,25
164:24 191:3

**crashes** 58:11 70:23
149:3 169:18 171:1

**crashing** 147:8
165:2 171:21
179:15

**Crawfordsville** 57:7

**create** 73:15 179:25

**created** 31:18 42:17
111:13 171:17

**creates** 116:10

**creating** 68:20

**creation** 42:19

**Credential** 116:1

**credentialing**
126:22 128:12

**crew** 24:22 41:9
46:25 47:4,15 65:9

**cross** 75:3,4,10,11,
13 76:3,6,8,22
77:19 78:21,23,24
79:2 107:10 148:12,
16,17 151:1,3,5
197:7

**current** 69:23 70:1

**customarily** 96:22
104:10

**customary** 47:18
142:8 144:22 157:9

---

**D**

**D-Y-E** 32:22

**dangerous** 72:20,22
129:11,18

**dangers** 72:25 73:9

**date** 6:8 14:5 117:21
204:2

**Dated** 117:19

**David** 6:20 194:5

**day** 19:1 32:1 44:10,
18 45:21 47:1 59:20
89:20 95:3 96:7,10
131:18,21 133:9
134:1,15 135:12,20
141:25 151:15
158:10 166:23
171:16,22 172:2,3
187:17 202:8
203:15

**day-to-day** 9:17
33:16

**days** 18:24 131:18

**Daytona** 26:2 27:5

**dealership** 22:4

**death** 129:12,19

**debriefing** 192:2

**decade** 30:1

**decision** 49:13

**decisions** 195:4,6

**defendant** 6:18,21
11:1

**defendants** 6:23

**Define** 43:19

**degree** 21:6,15

**degrees** 21:12

**delegate** 40:25 51:3
95:19 103:7,9
104:4,11 111:23

**deletions** 202:11

---

**department** 22:5

**depending** 151:10

**depends** 180:12

**depicted** 90:18
114:16 130:10

**deposed** 13:14

**deposition** 6:1,10
9:21 11:5 13:7,10
16:7 51:23 90:12
200:17 201:22,23
202:4,6 204:2

**describe** 80:13
85:21

**describing** 80:14

**design** 41:18

**designs** 42:12

**desire** 53:23

**determination**
184:11

**determine** 41:5
69:15 185:14

**determining** 199:15

**developing** 140:17

**DFIM** 56:15

**diagnose** 184:10

**difference** 22:21,25
98:5

**differently** 168:9
188:10 189:3 193:9

**digital** 7:14

**direct** 52:3

**directed** 180:15

**directing** 156:24
159:24 166:14
194:23 197:1,6

---

**direction** 40:21,22
41:2,11 49:22,23
50:1,11,15,18 52:6,
14 65:8,15 93:4
99:8,15 148:11
149:24 185:4

**directions** 38:25

**director** 24:20
26:16,17 27:1 29:18
34:11,15 35:1,12
36:5,9,11,17 37:2,
15 38:10 39:5,12,
18,22,25 40:11,24
45:25 49:21,24
50:16,20 59:14
66:12 67:8,10,12,23
68:1,14 69:14,19
88:6 92:6 95:18
99:21 103:4,21
104:12 111:24
112:6 125:21
157:12 173:22
183:13

**dirt** 17:4,5,6,15 18:2
59:21 60:13,15,22
61:15 63:7 64:1,3

**discontinue** 67:13

**discontinuing** 68:2,
21 69:11

**discuss** 41:5 63:19

**discussed** 13:17
58:4,7

**discussing** 25:18
109:10

**discussion** 62:16

**discussions** 11:3
65:5,7 66:8

**display** 161:21

JEFFREY CANFIELD
83432

March 31, 2025

214

**displayed** 75:3,13 76:11 78:10 89:6,11 91:11 156:23 159:24 172:23

**document** 51:13,20 90:10 105:7 111:3 115:13 116:4,21 117:24 119:16,24 121:2 124:4,8 126:7 129:7 134:17

**documents** 11:13, 16 13:4,6 40:5 51:18 129:1 171:1

**downed** 151:10 163:7 180:7

**draw** 112:21,22

**drawn** 160:24

**Drive** 202:9

**dropping** 175:19

**due** 70:22,23

**duly** 8:17

**duplicate** 51:18

**duties** 11:19,25 52:13

---

**E**

**ear** 86:6 88:2

**earlier** 32:6 46:15 64:17 65:14 80:25 81:1 160:13 197:11

**early** 21:6,8 27:23 28:11 30:4 31:4 32:8 42:24 125:18

**easier** 92:9

**educate** 21:24

**education** 21:6,9,19

**effect** 156:11

**efficient** 52:15 65:20 66:3

**effort** 54:10 64:18

**egress** 41:14

**eighth** 17:23

**ejects** 190:17

**elevated** 140:10

**email** 129:3

**employed** 9:2,4 118:15 119:4 120:20 122:5,12

**employee** 95:24 118:10 119:10 196:10

**employees** 109:13

**employers** 21:25

**employment** 21:25

**EMTS** 47:11

**end** 167:25 171:16 194:6

**ends** 201:21

**enforcing** 39:23

**ensure** 52:15 53:4 65:19 66:3 67:12 95:19 146:8

**Enterprise** 22:8

**entire** 76:4 190:11

**entitled** 67:8

**environment** 54:25 73:15

**environmental** 54:17,23 56:2

**equipment** 85:14, 17,22 86:2

**err** 173:2

**essentially** 56:15

**estimation** 175:7

**et al** 6:12

**Europe** 55:20

**evaluate** 184:10 185:13 189:22

**evaluated** 184:14,16

**event** 12:12 13:2 18:7,24,25 23:3 33:3 37:8 39:13 41:3 42:7 43:14 46:5,8,25 47:20 48:4 49:18 50:17,19 52:16,21 53:2,4,16 54:1,3 55:5,6,8 57:21 58:2 59:3 60:9,14 62:2,4,14 65:20,23 66:4 69:2 70:13,24 71:6 72:5 73:1,5 77:14,15,17 79:14,18,21,24 80:3,22 81:5,8,21 83:7 84:9 85:1 88:1 90:21,23 91:24 95:19 96:2,20 97:12 98:20 101:11 106:10,12,13,20 109:20 110:5 111:9 113:8 119:19,21 123:20 124:19 126:24 127:5,11,14, 16,20 129:16 130:15,18 131:17, 19,21,23 132:7,18 133:9 136:7 137:23 142:11 144:24 145:12 146:7 171:12 172:2 176:5

**events** 18:18 19:7, 14,22 22:22 23:1, 21,23 25:5,8,14 26:19 27:3,11 28:3 30:25 32:11 33:2,23 34:12,14,17,22 36:9 38:7 39:23 53:23 57:3 63:7 64:18 88:25 89:16,17 94:2 109:24 116:9,18 117:10 120:18,23 121:8,22 122:23 126:14 128:6 129:11 131:7 171:2 181:14 190:23 192:8,13 200:7

**eventually** 165:3

**evidence** 64:7 170:9

**evolved** 30:1,12 31:14,17 32:2

**exact** 133:22

**EXAMINATION** 8:20 194:1 195:19 198:21

**examined** 8:18

**exclusively** 92:13

**excuse** 11:19 40:13 50:20 52:20 55:5 59:14 138:1 197:18

**exhibit** 51:14,16,19, 21,25 90:11,15,19 91:5 105:4,7,8,10, 14 110:8,9,11,16,25 111:4 112:15

**177:9,10,16 178:8 179:16 181:12 182:21 186:11 187:8,13,17,25 189:14 192:3 196:20**

114:10,12,17
115:14,15,17,21
116:1,22,23,25
117:6,8 119:17,18
123:3,4,5,9 125:25
126:1,3,8 127:23
128:15 130:7,8,11,
16 134:18,24
138:18 158:15,17
166:4,9,10 171:25
177:22 179:10

**exist** 84:14

**existed** 82:8

**expect** 189:14

**expectation** 123:23

**expense** 123:12,22
124:14,22 125:16

**expenses** 120:6
121:12 123:14,19

**experience** 59:17
71:4 89:7,8 92:25
93:3,16,22 99:7
144:24 146:13
151:4 169:17
170:18 174:9 180:9
195:7

**experiences** 189:13

**expert** 61:1 188:4
191:16

**explain** 22:24 30:13
47:7 69:1 70:18
77:13 134:1

**exposed** 60:17,22
61:14 62:25 63:6
65:1

**extent** 10:15 73:1
164:14 188:3

**exterior** 60:17 61:15

**extra** 29:14

**eye** 28:23 29:19
33:24 38:13 80:6,
12,20,23 81:3,4,16
82:4,19 110:19

**eyes** 29:14 92:13
104:17,19,23 140:9,
11,25 141:6 146:24
147:14 149:1
157:21 158:25

---

## F

**F4** 52:12

**fact** 136:5

**fair** 10:9,23 92:3
100:1,21 130:21
139:5

**fall** 171:5,17

**fallen** 63:23 64:1
150:13

**falling** 175:11

**familiar** 12:5 14:8
44:7,15 82:5,17
95:20 97:17 159:16

**family** 122:18

**father** 17:16,18,20

**February** 12:9 13:24
14:2 15:3,7 29:2
30:11 43:14,24
118:9 119:19
126:20 127:2,24
128:20 131:14
133:13 135:21
151:15 181:12
197:14

**Federation** 56:12

**feed** 89:9,10,22,25

91:6,8,11,18
159:18,20 163:19,
22

**feedback** 181:10,13

**feeds** 90:25 91:6
144:4,16 145:5,11
146:14

**feel** 13:21 61:4
182:22

**Feld** 6:12,21 25:9,
10,14 42:1 53:11
63:5 65:25 66:2,10
82:3,15 84:9 85:2
87:20 88:7 93:21
98:9,11 101:22
116:13 121:17
125:3,10,13 126:13
128:19 132:1,9,11
134:11 155:6
181:11 188:15,23
189:9 194:3,7,9,17,
19,24 195:1,5 204:3

**felt** 173:8

**field** 23:3

**Fifty-four** 17:10

**figures** 124:7

**fill** 116:6

**filled** 96:6 126:11

**filling** 96:9

**filmed** 142:16

**filming** 141:17 143:6

**FIM** 11:22,23 12:6
13:1 54:16,20 56:8,
11,19,22 57:2,21
58:6

**final** 42:11

**financial** 202:16

**fine** 36:1 52:23
86:12

**finish** 10:14 86:13,
16 102:18,23 103:8,
12,14,15,21,25
104:11,12 111:15,
18,22,23 112:3,6,7,
9,16 113:2,16
136:2,6,9 137:25
145:19 154:19
170:12

**fire** 167:19

**fit** 60:7 174:24

**flag** 11:18 14:20
20:10 24:10 50:4,
12,16 51:8 69:18
70:12 71:5,11,17,
21,24 72:6 74:3,13
75:3,4,13 76:3,6,8,
10,15,22,23 77:2,4,
7,9,19 78:14,21,23,
24 79:2 107:10
148:12,13,16,17
149:25 150:7,17,19
151:1,2,5,6,11
152:5,10 157:23
161:1 167:10
172:23 173:9,13,18
178:3,19 179:16,19
180:5,10,14,16
181:9 182:24 191:6
197:2,7

**flagged** 179:4

**flagger** 24:1,2
27:13,16 82:16
98:12 103:8,14
104:13 111:23
112:7 136:3,6

**flaggers** 43:9,17,19
44:14 73:20 98:12
100:13 150:5 196:2,

JEFFREY CANFIELD
83432

March 31, 2025

216

20 197:1,6

**flagging** 24:10
62:17 136:20,25
179:25

**flags** 15:8 69:22,25
70:22,23 78:11 79:7
152:1 156:21,23
157:24,25 158:1
160:21,23 161:1,8
162:9 165:2,5
177:1,4,12 184:24
187:1 196:21

**flashing** 75:2 77:12,
15 78:5,12,15,21,22
79:7

**flat** 17:22

**floor** 30:17,22 34:10
43:3,4,8 59:9,15,19,
23 60:9 61:15 84:6
92:5 98:11,18
102:13,15 104:22
133:2,4 138:14
146:4 154:19,25
155:3 156:1 178:12

**Florida** 131:12,17

**flow** 153:9

**fluctuates** 57:10

**FMS** 194:9

**FMS_INC_1148**
166:5

**FMS_INC_651**
158:15

**FMS_INC_710**
177:22

**FMS_INC_711**
179:11

**FMS_INC_778**
114:11

**FMS_INC_882**
171:25

**FMS_INC_966** 126:6

**focus** 165:6

**focused** 156:22

**folks** 53:11 73:1
101:22,23 134:4
164:19 194:11
195:5 196:9

**follow** 73:11 83:12

**follow-** 198:18

**follow-up** 193:22

**footage** 142:19
146:23 147:13
149:13 164:24
166:17,24 167:24

**football** 23:2

**foregoing** 203:4,5

**forgotten** 195:13

**Forkner** 61:24
62:17,25

**form** 12:13,16
14:14,23 15:10 16:4
19:16 28:16 32:4
36:18 37:3 38:21
39:24 40:7 41:20
42:9,10,21 43:18
45:5 46:1,9 47:22
49:6,10 50:6 51:9
53:14,18,24 54:7
57:16 58:12 59:4
60:1,18,24,25 61:7,
16,21 62:5,9,19
63:1,8,16,17 64:5,
20 65:3,10 66:5
68:23 69:12 70:15
71:1,7,8,25 72:7,21
73:3,12,17,25

75:16,25 76:9,17,24
79:9 80:9,11 82:20
87:7 88:8,20 89:24
91:19,25 92:7
93:13,18,23 94:3,24
96:17 99:1,9,16
100:5,10,19 101:3,
17 102:5 104:6,14,
25 106:16 107:14
109:15,21 110:1
111:10,25 113:9
118:24 121:4 122:3,
8 124:9 125:6,12
127:25 128:7,11,22
131:13 132:3,8
135:13 136:11
139:1,6,12,24
140:13 141:18,23
142:4 143:2,8,12,24
144:9,19,25 145:13
146:10,19,25 147:9,
20 148:6,14 149:5,
16 150:1,8,21 151:7
152:6,11 153:4
154:10 155:9,22
156:4,15 157:4,14
160:1 161:9 162:1,
14 163:24 164:4,17
165:22 166:25
167:9 168:11,19
169:1,9,10,24
170:4,8,20 171:3,18
173:5,20 174:6,13
175:3,4,14,21
176:7,13,21 178:10
179:5 180:4 181:16,
22 182:9,17 183:8,
16 184:4,17 185:6,
16 187:11 188:1,12,
20 189:5,16,24
190:10,25 191:10,
11,23 192:9,17,22
193:10 194:18
195:8 196:6,14,22

197:3,8,23 198:11
199:3,10,17,24
200:9

**forming** 29:16 31:25

**forward** 7:17,22,25
8:3,7 180:20 191:8

**found** 55:2

**free** 13:21 14:11,21
15:7 29:4 83:10,22
86:19 87:4,23 88:18
101:16 140:3
141:17 142:10,14,
20 143:17 147:25
151:16 187:24
191:3

**frequently** 169:22
173:4 181:14

**Friday** 11:20 131:22
132:14

**friend** 37:17,20
38:15,19

**friends** 17:16,19,20
22:15

**front** 67:4 74:21
112:25 113:1
134:19

**full** 8:24 120:20
122:5 203:6

**full-time** 24:1

**fun** 17:17

**function** 27:18 98:5
102:3 149:15

**functions** 148:25

**future** 189:12 200:7

## G

**Gallagher** 15:24 36:2 37:20,25 38:10 43:10 49:24 50:21 102:17 103:20 136:15

**Gallagher's** 39:12

**gate** 71:15 179:1

**gear** 175:23 176:1,4

**gears** 66:15

**general** 14:6 28:1 59:10 118:4 134:8

**generally** 14:18 15:6 96:23 128:4 139:4 154:13 171:7,9 187:23 196:8,11

**generically** 154:12

**gentleman** 32:18 84:18 107:9 136:16

**geographic** 110:4

**give** 8:12 9:25 10:16 28:1 29:14 138:1 149:20 150:24 158:21 166:2 198:14

**glad** 38:5

**Glendale** 127:16 177:9,16 178:7 179:8,16

**global** 56:15

**good** 6:15,17 8:5,22, 23 36:17 37:1 110:19 144:11 158:25 192:20

**Gordon** 6:20 7:24 8:1,4,5 12:15,22

14:13,23 15:10 41:20 42:10 43:24 60:24 63:17 64:6,10 105:4 109:5 131:14 132:3 148:16 153:8 154:12,14 155:16 159:6 162:16 166:9 169:10 175:3 185:7, 22 187:10 188:1 191:10 193:22,24 194:2,5 195:2,10 201:4,6,17

**grad** 22:2

**graduate** 20:22

**graduated** 21:1

**graduation** 20:24

**great** 12:21 21:11 131:10 195:3

**ground** 75:24 165:8, 12 172:22 173:17 174:4,10 175:12,19 179:23

**group** 26:2 27:5 40:23,24 41:1,11 53:6,7 99:15 146:16 185:4

**growing** 17:1

**guest** 137:12

**guidelines** 9:25

**guy** 36:25 150:13

**guys** 68:11 146:16 174:24

## H

**H-O-L-I-D-** 35:17

**halt** 76:5

**hand** 8:10 107:17 115:13 116:21 203:15

**handful** 32:20

**handle** 138:9

**handled** 156:19 168:9 188:9,14,22 189:9,15 191:13,14

**handy** 112:11

**hanging** 168:17

**happen** 13:10 14:1,4 92:18 93:4 150:5 176:8 198:13

**happened** 49:9 61:22 89:19 92:25 133:17 147:2 151:19 158:10 191:13,22 199:8,23 200:6

**happening** 197:21 199:15

**happy** 10:21

**hard** 54:14 110:18 116:6,7,11,14,17 150:11

**hat** 131:10

**Hathaway** 138:22

**hats** 131:9

**hazard** 29:21 74:5 75:5 77:23

**hazards** 31:24,25 44:21 101:1 144:7 177:2

**he'll** 86:15

**head** 10:17 40:13,14 74:1 82:16 98:11

**heading** 52:6

**heads** 176:17

**headset** 85:24 86:4, 18,21 87:4,9,11 88:2,3,5 162:17,18, 25

**headsets** 87:22 94:7 149:9 162:8,21

**hear** 98:13 152:2 155:13 156:7,10,13 157:6,10 160:8 163:5,10 165:20,24 172:24 173:1 178:2

**heard** 56:13 74:17 187:16

**hearing** 155:18 157:2,18 162:5

**held** 23:1 28:2 57:5, 11 60:13

**helmets** 176:12,16 190:17

**helping** 30:16

**helps** 153:6 175:23

**HEREOF** 203:14

**hereunto** 203:14

**hesitate** 72:23,24

**hey** 59:14

**hierarchy** 95:9

**high** 20:18,20 176:20

**higher** 76:22

**hindsight** 188:8 189:1

**hired** 9:15 22:16 26:5,12,15 35:14 41:24 49:23

JEFFREY CANFIELD
83432

March 31, 2025

218

**hiring** 24:21

**history** 21:13,25
190:11

**hit** 62:3 174:5,11

**hobby** 20:16

**hold** 55:7,9 120:11

**holding** 158:4

**Holiday** 35:17,20

**Honestly** 80:23

**Hooker** 11:10 13:18
186:6

**hospital** 20:7 48:6
49:5,14

**hotel** 124:19,21

**hour** 172:10,15

**house** 84:6 89:9,10

**hundred** 174:19

---

**I**

**idea** 90:18

**identification**
105:11 110:12
115:18 117:1 123:6
126:4

**identified** 52:10
136:20 137:7

**immediately** 61:5
62:12 63:6 67:11
77:10

**Imminent** 72:8

**immobilization**
191:6

**implementation**
22:18

**important** 10:2 92:5
140:11

**improve** 65:2
190:23 191:8
192:21

**improvement**
189:23

**incident** 36:7 48:25
70:9 76:13 78:6
142:19 146:23
149:24 150:16
154:9,11,17 155:8
156:8,25 168:8
171:16 178:18
179:4 180:15 181:7,
20 182:13 183:15
184:8,21 185:5
189:4,17 191:9
192:2,15 193:2
194:24 199:1,20
200:1

**incidents** 199:7,14
200:6

**include** 29:19 53:11
54:5 140:21

**includes** 52:14
183:12

**including** 85:17
194:7

**incurred** 123:15,19

**Indemnity** 117:9
126:14

**independent** 13:16
196:10

**Indiana** 57:7

**indicating** 124:4

**individual** 99:5
101:11 155:6

159:23 160:12
195:1

**individually** 77:22

**individuals** 41:1
44:23 45:2 46:13
51:6 86:25 102:1,2
103:24 106:20
109:9 138:4 159:23
161:20 166:14
178:6

**Infield** 138:13

**inform** 185:3

**information** 146:16
149:8

**informational**
133:25

**informing** 149:23

**ingress** 41:14

**injured** 32:10 49:4
70:5 153:21 180:2
185:20 186:11
187:23 188:3

**injuries** 13:23 20:5
192:7,12

**injury** 129:12,19
174:12 175:13,20,
24 176:5,17 177:6
186:16 187:8 188:7,
11,19 189:13 191:4

**inquire** 156:2

**inside** 60:15 73:10
83:4 85:9,13 89:11
90:5,7,22

**inspect** 54:25

**inspection** 41:10,13
136:4 138:10

**instance** 49:3 62:11

71:17 146:21

**instances** 72:12
79:10 169:17

**intend** 10:15

**intended** 200:5

**intention** 121:22

**interest** 21:8 122:20
202:16 203:11

**interested** 17:14

**interesting** 193:22

**Internationale** 56:12

**interrupt** 12:18 68:5,
11 153:9

**introduce** 6:13

**introduced** 190:16

**introducing** 163:6

**introduction** 31:18

**investigation**
191:20 192:2
198:24

**involve** 129:12,19
134:10

**involved** 20:9 23:6
24:15 25:20 34:5,6
42:13,19 48:4 57:2
65:5 73:4 134:10
139:4 145:12
155:14 172:6 192:1

**involving** 68:19
71:14 173:12
178:18 181:20
199:21

**issue** 40:17,19,20
59:14 75:8,14,17
149:22 169:12

**issues** 140:18

141:2,12 144:7
147:19

**J**

**J-A-R-** 109:5

**James** 6:23 32:19
83:5

**Jamie** 108:5,10
138:21

**Jan** 135:17 138:2
171:12

**January** 9:15 27:14
33:20 115:25 116:2
117:18 127:17
128:17 193:5

**Jarry** 109:4 138:16,
17

**Jeff** 6:11 200:17
202:3,20

**Jeffrey** 6:2 8:17 9:1
201:23 202:7 204:2,
25

**Jerry** 108:25

**jerseys** 138:12

**job** 24:4 182:16

**jobs** 193:5

**John** 6:23 15:24
36:2 37:20,24 45:24
49:24 50:21 102:17
103:20 137:15,19
140:8

**Join** 185:7

**jumbotron** 84:5
89:11 98:18 143:17
158:16 159:19,25
161:13,21 163:19

**jump** 74:17,20,22,24
76:11,19 77:16,17,
21 78:7,11,15,16
107:10 112:8,10
180:20

**jumping** 74:9,12,15
75:6 77:22 78:19
176:19

**jumps** 61:4 73:20
77:17,19 78:19 79:4

**Junior** 20:20

**Justin** 178:4,19

**K**

**K-E-N-N-E-** 32:21

**keeping** 29:19 101:9

**Kennedy** 136:17,20,
24

**Kennedye** 6:23
32:19,24

**Khella** 6:20 8:2

**kicked** 59:15,21

**kind** 9:24 30:20
87:25 158:2 194:22

**knew** 186:10

**knob** 45:17,18

**knowing** 59:13
188:10,18

**knowledge** 88:9
124:2 146:18
155:11 195:6,9

**L**

**label** 114:10 115:20
123:8 126:6

**labeled** 51:15
110:14 117:3
119:17

**land** 112:15

**landing** 61:20 64:4

**lap** 101:9,13

**lawsuit** 11:1 13:14,
23 46:21

**lawyer** 166:21

**lay** 112:14

**laying** 75:18,23
174:3 175:12
179:23

**lead** 72:4

**learn** 22:13

**learned** 187:7

**learning** 24:2

**leave** 25:25 55:1
60:22 157:16 184:9

**leaving** 64:25

**led** 34:25

**left** 23:13 25:23
37:18 60:16 61:14
62:24 63:6 113:22
131:3 158:7 165:18

**left-hand** 108:16,24
113:25 114:20

**legal** 8:24

**legit** 156:14

**legs** 168:17

**length** 180:12
195:24

**Leon** 107:3 138:21

**level** 20:13 76:23
85:16,19 156:2

**levels** 85:11

**Lexy** 6:20

**Liability** 117:9

**liaison** 30:21 31:20
98:15 132:23

**liase** 132:25

**liberal** 21:7

**license** 54:16,23,24
55:3,5,9,13 57:15
58:16

**licenses** 54:12,18
55:7 58:19

**life** 37:19

**lightning** 70:21
72:12

**lights** 73:20 75:2
77:12,16,19,20,24
78:5,9,12,15,21,22,
25 79:1,3,8 190:16

**lining** 73:19

**listed** 119:21 121:1
138:24

**listened** 37:11

**lists** 24:22 52:9

**live** 30:15,19 31:10,
18 88:1 118:2,3,4
172:2,3

**lived** 118:7

**lives** 38:24

**load** 166:5

**local** 22:4 46:24
47:4,15

**located** 83:9,13,20
96:16,24 101:6
104:22 107:1
111:24 112:17

118:5 161:21

**location** 97:3,20
110:4 129:4 150:12
178:9 179:22
180:15 202:8

**locations** 97:2 100:2
117:10

**logo** 129:25 130:3,
24 131:2

**logos** 138:13

**long** 9:13 17:24
24:11 26:21 35:24
37:24 118:7 180:9

**longer** 56:21 57:2

**looked** 11:21 37:7,9
40:5 157:22

**lot** 10:1 195:22

**loudly** 7:7

**lower** 85:16 196:12

---

### M

**M-C-G-I-L-L-I-G-A-N**
84:21

**M-I-Z-E-R** 108:15

**made** 49:12 66:2
160:11 190:7 191:7
195:4 200:12 202:6,
12

**main** 71:10 159:19

**maintaining** 140:21

**maintenance** 60:8

**majority** 169:21

**make** 7:1,4,7 10:18
52:20,25 53:2,8,25
54:2,24 55:1 63:14
64:18 68:7 69:14

86:10,12 99:14
100:17 134:3 141:1
184:10,14 190:2,8
194:8 204:6

**makes** 12:22 168:8

**making** 52:14 54:5
65:19 138:11

**manage** 9:17 84:7

**management** 24:3
192:25

**manager** 9:8,14,16
22:7 24:16,19 25:21
33:15 35:15 79:14,
18,21,24 80:3 81:8
83:24 84:1,8,16
85:3 95:21 96:2,4,
23 98:16 101:20
119:21

**manager's** 85:14
86:1

**managers** 40:16
102:20 103:1 113:3

**managers'** 113:6

**manages** 95:25

**manual** 137:14,25

**map** 105:17,19,21,
25 108:17 109:10
111:7,15 138:18

**maps** 42:14,16,20

**March** 6:4,9 202:8

**mark** 6:15 12:18
105:7 115:14
116:22 123:3 153:8
158:23 160:20
163:15,18 166:7,9,
13 167:7,16 168:4
170:5 172:11,15
177:24 178:15,22

179:12 180:21
181:3

**marked** 51:14,16,18,
21 90:11 105:9,10
110:10,11 111:3
114:10 115:16,17
116:24,25 119:16
123:4,5 126:2,3,8
130:7,8 134:17
138:18 158:17,18,
19 166:4 171:25
177:22 179:10

**marshal** 107:11,13

**marshals** 100:13
150:17 196:3

**matter** 57:13 202:7,
15,16 203:5

**Max** 84:19

**Maxie** 84:24

**Mcadams** 43:10
51:5 103:9,11 104:5
136:14

**Mcgilligan** 84:21

**Mcgilligan's** 84:22

**means** 52:20,25
67:18 74:21

**meant** 43:5 148:17
194:9

**mechanics'** 137:12

**media** 186:14,20
187:8,14

**medic** 33:13 45:22

**medical** 11:22,23
12:1,6 13:1 14:10
15:9 32:9 33:12
43:10,17,20 45:8,
20,23,24,25 46:4,7,
13 47:16 49:12

50:11,13 53:12 58:7
62:11 70:2,14,25
71:7,18 75:8,14,17
88:6 146:3,8 153:7,
22 154:2,5,20
157:11,16 163:6
165:19 167:12
168:13,21,22 169:2,
4,12 171:7,9 173:6
178:3 179:22 180:1,
7 182:21 183:6,11,
20 184:2,9,10
188:4,15,24 189:10
191:16,17 194:7,12
195:3 198:2,8,9

**meet** 11:9 32:24
131:22

**meeting** 97:5
132:13,15,17,21
133:15,16,24,25
134:9,14

**meetings** 131:24
133:12

**memorable** 114:6

**mentioned** 28:3
46:15 51:7 71:6,7
77:12

**mentioning** 81:18

**met** 11:6 32:20

**Metiva** 6:24 33:5
46:20

**microphone** 86:8

**middle** 174:4,10

**migrated** 17:17

**Mike** 16:1 51:1
95:10 96:3,6,9
106:2,7,9,23,24
138:22

**Mikey** 106:2

**mile** 17:24

**mind** 70:7 81:12 107:13

**mine** 85:15 87:24 112:13

**minimize** 175:23

**minimum** 142:23

**Minnesota** 117:24

**minute** 105:14 126:7 160:20 163:15,18 172:10,15 177:23 178:15,22 179:12 180:13,21 181:2 193:13

**Mischaracterizes** 157:5 165:23

**missed** 110:23

**mitigate** 73:8

**mitigated** 72:25

**Mizer** 108:15 138:21

**Mm-hmm** 81:9 141:8 199:9

**mobile** 45:22

**moment** 150:18 158:21 166:5 179:9 198:15

**MONDAY** 6:4

**money** 121:16 124:16

**monies** 121:3

**moniker** 80:3

**monitor** 85:12,17,23 86:3 88:14,15,16, 17,24 89:14 90:2 91:3,12,18 92:22,24

94:8 97:11 98:10 141:12 143:21 159:21 164:3 184:7

**monitoring** 92:14 100:2 102:14 143:1 144:16 145:5,10 146:15 147:18

**monitors** 144:23

**months** 191:21

**Moreau** 6:11,16 13:24 14:2,9,19 29:5,8 36:7 87:5 154:11 155:15 158:3 194:16 197:13 199:21 204:3

**Moreau's** 14:7 190:24 198:3

**morning** 6:15,17 8:22,23 133:12,21

**motion** 180:18

**motioning** 158:5 167:11

**motocross** 9:19 17:21 18:3,7,11,15, 23,24,25 19:7,22 20:1,6,10 21:18,22 22:19,20,21 23:3,7, 21,22 26:2,7,20 27:15,17 57:4 61:4 73:9,16 122:23 174:16

**motor** 6:12,21 25:9, 10,14 26:2 42:1 53:11 63:5 65:25 66:2,10 72:21 84:9 87:20 101:23 121:17 125:10,13 126:13 128:20 132:11 134:11

194:3,17,19 204:3

**motorcycle** 17:7 54:13 56:16 62:3 63:23 64:1 75:21 151:9 158:4,5 174:11 195:1

**motorcycles** 16:9 17:2 41:15 43:1,16 59:21 73:9 138:10 140:24 141:12 156:24 176:19

**Motorcyclism** 56:12

**Motorcyclist** 6:18 9:5,7,11 130:4

**move** 7:16,22,25 8:3,7 23:15 159:1 170:13

**moved** 23:13 184:23

**moving** 193:7

**mule** 179:22 180:2

**multiple** 45:13 68:19 69:3 71:15 80:13 91:5 92:10 100:1 145:5 149:9

**MX** 26:5,7,12,22,24 120:20 122:14,15

---

## N

**N-E-W-B-Y** 109:7

**N-I-M-E-Y** 108:12,15

**NAEGELI** 202:4

**named** 106:23 136:16

**names** 81:2 105:22, 25 135:6

**Nations** 57:5

**naturally** 17:17

**nature** 14:7 24:23 58:3

**Nduka** 6:22 8:6,8 68:8 195:14 201:7, 9,18,19

**necessarily** 68:24 75:9 101:10 139:14 175:16,20

**needed** 37:13 40:20 47:21 48:5 50:4 59:11 87:1 91:15 99:25 116:6 146:9 149:24 165:14 168:15 177:5 182:4

**Nest** 158:13

**Newby** 109:4 138:16

**nice** 36:25

**nickname** 80:15

**Nimey** 108:10 138:21

**nodding** 10:17

**noon** 136:10

**normal** 60:7 132:15 164:9 187:2

**north** 159:19

**noted** 170:8

**notes** 11:17 148:19

**noticing** 99:24 110:16

**number** 22:5 75:21 135:6 204:8

---

## O

**O-N-E-O-N-T-A** 16:25

**object** 12:13 14:13,
23 15:10 16:4 19:16
28:16 32:4 36:18
37:3 38:21 39:24
40:7 41:20 42:9,21
43:18 45:5 46:1,9
47:22 49:6 50:6
51:9 53:14,18,24
54:7 57:16 58:12
59:4 60:1,18,25
61:7,16,21 62:5,9,
19 63:1,8,16 64:20
65:3,10 66:5 68:23
69:12 70:15 71:1,8,
25 72:7 73:3,12,17,
25 75:16,25 76:9,
17,24 79:9 80:9
82:20 87:7 88:8,20
89:24 91:19,25 92:7
93:13,18,23 94:3,24
96:17 99:1,9,16
100:5,10,19 101:3,
17 102:5 104:6,14,
25 106:16 107:14
109:15,21 110:1
111:10,25 113:9
118:24 121:4 122:3,
8 124:9 125:6,12
127:25 128:7,11,22
131:13 132:8
135:13 136:11
139:1,6,12,24
140:13 141:18,23
142:4 143:2,8,12,24
144:9,19,25 145:13
146:10,19,25 147:9,
20 148:6,14 149:5,
16 150:1,8,21 151:7
152:6,11 153:4
154:10 155:9,22
156:4,15 157:4,14
160:1 161:9 162:1,
14 163:24 164:4,17
165:22 166:25

167:9 168:11,19
169:1,9,10,24 170:4
171:3,18 173:5,20
174:6,13 175:3,4,
11,14,18,21 176:7,
13,21 178:10 179:5
180:4 181:16,22
182:9,17 183:8,16
184:4,17 185:6,16
187:11 188:12,20
189:5,16,24 190:10,
25 191:10,11,23
192:9,17,22 193:10
199:3,10,17,24
200:9

**objection** 12:16,17
42:10 60:24 63:17
64:5,6,8,9 132:3
155:16 188:1

**objections** 170:7

**observations** 150:6

**observe** 160:23
182:19

**observed** 162:9

**obstacles** 29:17

**obstruction** 68:20

**obtain** 21:11 55:13

**obtained** 21:14

**occupied** 140:20

**occur** 133:20 185:3

**occurred** 180:16
192:3 198:10
199:21

**occurring** 192:15
200:7

**October** 57:5

**officer** 12:1 46:4

**official** 23:14,16,21,
25 24:5 32:15 40:14
59:9 77:11 81:16
103:3 107:8,13,23
108:3 117:18 121:2
122:22 129:22
130:18 135:11
138:25 139:2,4
152:19 153:3
154:18 173:18
183:23 184:1
196:12

**official's** 55:4
119:18

**officials** 14:20 24:25
25:5 30:17,22 31:20
40:14 43:3,4,6,7,9,
16,20 45:8 47:16
52:9 78:4 102:16,25
106:15,23 107:7
109:11,20,24 125:5
130:22 133:18
134:1,10,13 135:18
138:13 145:17,19
156:20 157:11
176:11,23,25 182:7,
20 183:13 184:20
188:15 195:23
196:1,12

**officials'** 103:3
124:3 135:4 138:16,
25 168:10

**officiate** 55:8 58:11
97:11

**officiating** 83:10
139:5

**Ohio** 118:3,7

**oncoming** 174:5

**one's** 134:21

**Oneonta** 16:20,25

21:2,12

**online** 129:5

**open** 157:16 165:19

**opening** 133:4

**operating** 73:1

**operations** 9:18
33:16

**opportunity** 22:14
180:1

**opposed** 10:16
78:19

**order** 55:13 116:6
200:22,25 201:1,5,8

**orders** 200:19,20

**ordinary** 132:16
187:4

**organized** 128:5

**organizer** 66:10

**organizers** 52:15
65:9,19,23

**organizing** 106:14

**original** 200:22,25
201:5

**Originally** 16:12

**outcome** 202:16
203:11

**oval** 17:23

**overlaid** 110:18

**overseas** 57:9

**overseeing** 44:20
83:9

**oversees** 82:13

**oversight** 102:3

**overtake** 76:12,19

**overtaking** 77:22

**overview** 28:1
140:19

**ownership** 122:20

**owns** 122:15

---

**P**

**p.m.** 66:20,23
201:21,24

**PA** 159:25

**pages** 203:5

**paid** 119:25 120:3,5,
8,18 121:3,7 122:25
124:12,25 125:9

**panel** 50:1

**pants** 131:8

**paperwork** 115:12
116:5 128:5

**paragraph** 129:7

**paralyzed** 187:22
199:2

**paramedic** 46:25
47:4

**paraplegic** 187:20

**part** 50:18 68:1,17
92:4 116:5 126:22
128:12 129:10
131:6 138:9 200:12

**participate** 19:8
132:20

**participated** 55:25

**participating** 20:6
200:4

**participation** 185:21

**parties** 46:17 202:15

**partly** 86:24

**party** 203:10

**passed** 76:12

**passes** 137:12

**passing** 75:7

**pause** 167:6 172:14

**paused** 158:22
159:13 166:13
167:8

**pausing** 160:19

**paved** 61:5

**pay** 120:4 125:19

**payroll** 119:19,24
121:2 124:3,8 135:4
138:16,25

**Pelletier** 16:1 51:1
95:11 96:3,15

**pen** 112:11

**penalties** 40:21 58:3

**penalty** 8:11 40:19
41:3,6

**pending** 10:22

**Penn** 44:5,8,10,11
47:16 81:18 98:1
99:6,14

**people** 24:16 35:24
36:21 40:24 50:2,3
53:10 55:7 63:19
66:7 77:25 78:2
80:16 82:24 88:3
98:11 100:2,8,16
101:23 105:24
106:22 132:1
134:11 137:6
142:20 146:6

154:25 161:17
188:14,23 189:9,10,
25 190:4 194:7,8,9,
10,12,17 198:8

**percent** 34:4

**perform** 44:24 102:3

**performance** 39:12

**performing** 94:11,
18 144:6

**period** 37:19 161:7

**perjury** 8:11

**permanent** 23:4

**person** 7:9 35:3,4,5,
14,16 40:15,18
43:21,23 44:3 55:17
70:14 80:21 82:13
84:3,9 87:20 88:7
93:17,21 95:24
98:9,16 99:13
103:15 108:1
137:10 160:11
168:13,22 169:3
188:4

**personally** 131:9

**personnel** 169:4
198:9

**persons** 80:21

**perspective** 113:7
168:10 186:24

**pertained** 12:2

**pertains** 72:11

**Phan** 203:3,20

**Phan/morrison**
204:4

**Phil** 44:4,5,8,11 45:9
47:16 81:18 99:6,14
107:18,21,22

138:21

**phone** 94:15,16,17

**photograph** 114:24

**photographs**
158:11 194:15

**physical** 129:4

**Pickerington** 202:9

**picking** 195:1

**picture** 114:16
130:16

**pictures** 14:1 15:3,
13,19 186:21

**piece** 114:7

**pirate** 114:4,20

**pirates** 113:24

**Pistole** 135:17
171:13

**place** 110:6,21

**plaintiff** 6:16 10:25

**play** 84:4 93:8 160:5
166:8 167:3,15
168:3 172:9 178:14
181:2 194:17

**played** 160:6 166:11
172:12 177:25
179:13

**playing** 177:23
179:11

**point** 15:1 80:15
91:22 99:23 128:20
150:19 165:10
166:20 190:1

**pointing** 194:22

**points** 101:9,10

**position** 9:6 25:23

JEFFREY CANFIELD
83432

March 31, 2025

224

26:14 28:21 29:25
30:4 33:23 43:2
82:5,8,17 84:14,19
95:20 135:7 138:8
148:25 154:8 196:2,
18

**positions** 28:2
80:13 96:6,8

**possibly** 40:17 76:1
81:17 94:19 110:7
113:22 131:8 150:2
160:15 174:14
175:5 196:3

**post** 22:2

**post-high** 21:19

**post-incident** 192:5,
14 198:23

**potential** 75:14
140:18 141:2 144:7
147:23 149:21
175:24 177:1

**potentially** 63:14
65:2 89:12,13
153:21 154:6

**pounds** 174:19,25

**powered** 89:1
164:13

**practice** 29:5 41:4,
16 60:21 70:4 77:5
83:10 87:5 88:19
96:16 101:16
139:25 142:14,20
144:17 172:22,25
173:3 187:1,25
191:3 192:20

**practices** 14:11 15:7
83:23 86:19 87:23
93:12 133:13
136:10 139:19

140:4 141:17 142:3,
10 143:17,22
144:18 148:1
151:17

**practicing** 14:21

**predecessors** 84:23

**prepare** 11:5

**prepared** 171:7

**preparing** 15:16,22
40:6

**preseason** 42:14

**present** 29:20 34:20
50:5 103:15 146:3
174:11 175:20

**presented** 73:9

**presents** 175:12

**pretty** 158:25

**prevent** 192:15
199:15 200:5

**previous** 35:3,5
89:16,17

**previously** 51:13
90:11 114:10
119:16 130:6
158:18,19 166:4
171:24 177:22
179:10

**printed** 116:12

**prior** 12:16 46:20
48:3,15 58:7 89:18,
19,21 131:21
177:10

**private** 17:25

**privilege** 13:20

**pro** 18:25 20:1 22:9,
10,19 23:5 25:24

26:1,5,12,20,22,24
27:4,15 120:21
125:18

**Probaby** 101:20

**problem** 79:1
147:23

**problems** 134:2
140:18

**procedures** 57:18,
20,22 58:1

**proceed** 8:16 74:7
76:20 77:11

**proceedings** 203:4,
7,10,12

**process** 183:3
185:12 200:5

**produced** 132:6

**producer** 87:17,18

**production** 132:4

**professional** 7:14
18:8 19:7,21 20:14
27:17

**professionals** 46:7

**progression** 23:10
24:14 25:22

**promoter** 25:7,11,15
41:9,12,18 42:2
43:21 72:9

**promoters** 9:19
83:24

**prompted** 151:5

**propelled** 62:2

**proper** 138:13

**properly** 53:3,5,9,
17,23 188:23
191:14

**property** 18:1

**protect** 176:1,4,16
177:5

**protected** 13:19

**protective** 175:23

**protocol** 181:19
182:1,3,6 183:3,7,
12

**protocols** 72:10

**provide** 146:15
147:12 163:7

**provided** 204:10

**providing** 32:9

**public** 160:14

**purpose** 29:15 74:4
102:10 133:24
143:10

**purposes** 10:13
100:3 104:23
142:23 144:23
145:6,11 146:7
199:7,14 201:2

**pursuant** 119:14

**pursuing** 21:18

**push** 160:5 166:8
167:15 172:9 181:2

**pushing** 45:16
167:3 178:14

**put** 90:12 91:17
92:22 110:16,21
194:24 197:1

**putting** 24:22 132:2
158:2

Case 8:22-cv-01295-TPB-CPT    Document 318-18    Filed 05/15/25    Page 72 of 81
PageID 15346

JEFFREY CANFIELD
83432

March 31, 2025

225
Index: qualifiers..recent

**Q**

**qualifiers** 171:22

**question** 10:4,22
36:19 49:2 73:11
83:12 86:11 148:23
150:15 181:24
182:15 186:6
201:10

**questions** 10:2,7,11
67:1 86:15 193:23
195:11,14,16
198:16

**queue** 98:17,18
171:25

**quick** 7:4 115:3
174:2

**quickly** 153:22

**quiet** 184:9

**R**

**R-Y** 109:6

**race** 14:20 18:23,25
24:20 26:15,17 27:1
29:18 34:10,15,25
35:12 36:5,8,11,17
37:15 38:10 39:5,
12,18,22,25 40:11,
21,22,24 41:2,4,11,
17 49:21,22,24
50:1,11,15,16,18,20
52:6,13 59:14 62:17
65:8,14 66:11 67:8,
10,12,13,23 68:1,2,
14,21 69:11,14,19
70:3 73:16 77:6
88:6 92:6 93:3
95:18 97:17,24
98:3,6,8,21,22,24

99:8,15,21 100:8,24
103:4,20 104:12
111:24 112:6
125:21 133:3
138:25 146:1
148:11 149:23
154:19 155:6
156:24 157:12
172:2,3 173:4,22
176:2 180:6 182:23,
24 183:12 185:3

**racer** 20:14

**racers** 56:16

**races** 19:2,9 21:18
23:7 89:18 177:13

**racetrack** 24:9
29:20 32:10 40:18
41:9,15 43:15
44:13,15 47:19 49:4
57:23 58:11 60:15
68:17 73:2,19 74:6
75:6,18 77:5 82:14
83:10 86:22 88:24
89:19 92:14,18 93:5
96:24 97:4,11 102:9
143:1 144:5 147:8
151:9 174:4 176:18
181:21 182:8
183:15 184:3,23
187:24 188:19
194:21

**racetracks** 41:19
65:1

**racing** 9:8,13,16,18
22:9,11 23:5,14,15
25:24 26:1,6,12,22,
25 27:4 33:15 37:1
54:13 60:11,23
72:19 73:9 116:1
120:21 125:18

**radio** 11:17 12:2,3,
12,25 43:16 58:4,6
86:25 87:9 88:11
142:9 147:3 152:2,
4,9 156:8 157:3,7
161:25 162:6
169:19 184:6,15
185:14 198:3

**radios** 45:7,8,9,11
47:24 99:11 184:9

**rain** 68:16

**rains** 70:21

**raise** 8:10

**raised** 16:12 141:13
144:8

**Ray** 171:21 172:21
173:12

**Raymond** 83:5

**reached** 38:19

**read** 13:10 110:18
148:19 200:15
201:3

**reads** 129:10

**real** 86:25 115:3

**rear** 74:22

**reason** 72:4 91:15,
16 121:17 140:6
141:6,11 165:15
204:11

**reasons** 60:10 69:25
70:6 71:5,12 174:1

**recall** 11:24,25 18:6,
13,18 19:21 20:8,12
21:14 23:17 24:5
26:11 29:9 30:7,24
31:11 32:13,14,25
35:2 36:10 39:14,21
48:9 49:16 51:5

55:11,24 57:14,18,
24 58:9,10,13,18
59:5 62:6,20 63:21
65:16 66:13 69:21
71:2,11,19,22 72:2
81:17,20,22,23
82:1,10 83:8,21,25
84:11,22 85:2,6,20,
22 86:1,20 87:22
88:21 89:1,4 90:9
93:11 94:10,13
102:12 103:19
105:2 106:19,24,25
110:2 113:7,17,18,
20 117:17 120:4
121:9,18,21 124:20
125:23 126:18,23
127:1,15 128:19,23
131:11,16 132:13
134:6,14 135:22
136:5,12,24 139:18
140:5 142:21
143:14,18,19,20,25
152:3 155:18 156:9
157:17,18 159:20,
22 160:3,4 161:6,11
162:5,8,10 164:1,6,
23 165:4,13 169:14,
15 170:6,14,22
171:21 172:8
177:12,14 178:18
179:15 181:8 185:9
186:15,23 187:18
193:11 197:12,17,
19 198:2,7,13

**receive** 39:19
118:19 121:16,24

**received** 14:10 17:7
21:5 59:1 181:10,13

**receiving** 120:4
125:19

**recent** 48:25 49:3

84:17

**recently** 56:1 57:2

**recess** 66:21 115:6
153:14 193:16

**recognize** 114:16
115:21 130:10

**recollection** 38:3
128:25 158:8,11
162:23 170:12
173:11 179:3 181:6

**recommendation**
49:13

**recommendations**
52:14 65:19 66:1
99:15

**record** 6:8 7:5,12
8:25 10:13 12:15
51:18 56:10 66:18,
20,23 109:5 110:15
113:20 115:5,8
153:11,13,16
193:15,18 195:22
200:18 201:2,22
203:6

**recorded** 88:12
166:24

**recording** 172:1
202:6

**records** 101:12

**recreational** 20:17

**recreationally** 21:17

**red** 14:20 20:10
50:4,12,16 51:8
62:17 69:18,22,25
70:12,22,23 71:5,
11,17,21,23 72:6
75:2,3,4,10,11,13
76:3,6,7,22 77:2,4,

7,9,19 78:11,12,15,
21,23,24 79:2,7
107:9 148:17 151:1,
3,5 172:23 173:9,
13,18 177:12 178:3,
19 179:4,16,19,25
180:5,10,14,16
181:8 182:24 191:6
194:11 197:7

**refer** 9:9 80:20 96:5

**referee** 139:11,14

**reference** 74:17
137:15

**referencing** 47:9

**referred** 28:15,21
80:6 81:4 82:4,19,
23 158:15 196:2,11

**referring** 43:12 44:1
45:21 80:21 83:4,16
88:15 89:18 97:8
102:21 106:20,22
114:25 160:13
190:13

**reflected** 124:13

**refresh** 158:10
170:11 181:6

**Reg** 137:11

**reg/scoring** 137:7,
10

**regard** 194:15,16

**registration** 135:19
137:11

**reimbursed** 120:15,
17 121:10,12
123:24 124:1,13

**reimbursement**
121:24

**reimbursements**
125:16

**related** 54:13 149:9
202:14 203:10

**relates** 54:3

**relationship** 118:12

**relay** 99:25 149:8
182:23

**release** 117:7,8
126:14,23,24
127:13,20,23
128:16

**Relevance** 64:6

**relied** 92:13

**rely** 50:14 173:6

**remember** 18:6 35:5
39:16,17 57:25
58:15 65:21 81:18
87:3 106:9 113:24
120:9,14,16 129:6
133:8,20,21 139:22
142:6 163:21 170:2,
24 186:16,18
195:23 197:21
198:25

**remembering** 158:9

**remote** 7:12,13

**removal** 15:14

**removed** 15:9 48:5
49:5 167:25 186:21,
25 191:5,15,17

**rendered** 42:12

**rendering** 111:8,13

**Rent-a-car** 22:8

**repeat** 148:15 199:4

**rephrase** 36:20

**replace** 49:23

**replay** 92:24 148:20
178:21

**report** 7:9 95:5
123:12,14,22
124:14,22 125:16
171:5,17

**reported** 7:13 95:9
203:4

**reporter** 6:25 7:3,14,
19,21,24 8:2,6,9,15
9:24 16:24 51:16
86:10,12,15 90:15
105:8 110:9 114:12
115:15 116:23
123:4 126:1 130:8
134:21,24 135:2
148:20 158:17,19
200:19,21,24 201:4,
7 204:4

**reporting** 106:21

**represent** 6:14
172:1 188:6 194:3

**request** 70:24 71:7,
18

**requested** 70:13
71:21,23 153:9

**required** 20:7 156:3
180:16

**reserving** 193:21

**resource** 147:18

**respect** 80:22 83:7
118:22 121:14
125:15 129:15
138:20 196:17

**respond** 77:8

**responding** 181:20
189:3

JEFFREY CANFIELD
83432

March 31, 2025

227

**response** 12:11
14:11 154:2,9,17
155:8,13 156:3,19
157:2,12 170:3,19
182:8,13 183:14
184:2 189:15,22
197:13 199:1

**responsibilities**
11:18 24:6 40:11
79:23 131:20

**responsibility** 31:19
33:16 68:2

**responsible** 39:22
41:18 94:1 95:16
106:14 124:18
178:8

**result** 71:18 169:18
185:21 190:23
191:8

**resulted** 20:10
173:13 199:2

**resumed** 187:1

**review** 11:13,15
14:1,4 105:14 126:7
146:22 149:13
192:6,14,24 199:20
200:11

**reviewed** 11:16
13:1,5 15:2 199:7,
14

**reviews** 200:1

**ridden** 18:2

**ride** 16:9 17:2,3,20

**rider** 48:5 49:4,11,
16 59:13 61:9 69:3
70:5 74:5,23 75:23
76:12,16,19 78:18
93:5 147:8 148:9
149:3,22 151:10

152:20 153:6,21
157:10 163:7 165:6,
9,11 167:13 169:4,
18 172:16 173:16
174:3,10,21 175:2,8
176:6 177:5 179:22
180:2,7,18,19
181:20 189:12,18
191:3,15 195:4
199:2

**rider's** 11:17

**riders** 29:21 31:24
32:10 44:25 54:6
60:11,23 61:19
63:15 64:19 65:2
68:20 71:15 73:15,
21 74:9,12 76:7,11
77:8 100:4,18 101:9
140:12 146:8 158:6
167:11 174:5
175:22 177:1 192:7,
13 194:23

**riding** 17:6,15,18,25
61:3

**rig** 33:12,13 45:22

**right-hand** 114:24

**rights** 26:1

**risk** 129:12,19
174:3,11 175:11,12,
20,24 176:17

**Rochester** 117:24

**rode** 17:16,17

**role** 24:11,24 25:4
26:21 27:20,21 29:4
30:9,10 31:13,17
32:2 33:22 39:20
44:10 59:2 71:20,24
80:14 92:4,12
94:11,18 95:12 98:1
104:10 133:10

144:6 193:7 194:14,
16 196:25

**roles** 44:24 96:10

**roll** 74:17,20,24
77:21 78:19

**Ronnie** 107:25
108:2,13 138:21

**room** 29:7 124:25
189:23

**rooms** 125:4

**roughly** 18:18

**round** 17:23

**row** 77:17

**rulebook** 11:21
39:23 40:3 51:14,25
52:4 65:13 67:2
74:14

**run** 53:3,5,23 84:3
95:19

**rundown** 131:23
132:15,17

**runner** 137:16,22,24
158:1,4 167:11

**runners** 44:12,13
82:13 98:10,11
156:23 158:5
194:20,24

**running** 26:19 52:16
53:8,17 65:20 66:4

**runs** 27:14 95:25

**Ryan** 35:17,19

___

**S**

___

**safe** 44:25 54:1,6
60:21 64:18 69:15
73:15 100:4,17

146:7,17 176:23
177:1

**safely** 69:4

**safer** 63:14 190:2,7,
9

**safety** 62:10 65:2
82:6,12 143:1,10
144:18,23 145:6,11,
25 147:19 154:21
190:23 191:8
192:21

**sake** 51:17 86:11
195:21

**salesman** 22:6

**sanctioned** 19:14

**sanctioning** 56:16
57:3

**Saturday** 11:20
187:9,17

**scenario** 150:4

**scene** 163:7

**schedule** 134:3

**school** 20:19,20
21:19

**schooling** 21:21

**Schweikert** 6:15,16
7:16,18 8:21 12:20,
24 13:25 14:15,17
15:5,12 16:8 19:18
28:19 32:7,21,23
36:23 37:5 38:22
40:2,9 41:23 42:15,
23 43:22,25 45:10
46:3,11 48:1 49:8,
15 50:8 51:12,22,24
53:15,21 54:4,9
57:19 58:14 59:6
60:4,20 61:2,11,18,

Case 8:22-cv-01295-TPB-CPT    Document 318-18    Filed 05/15/25    Page 75 of 81
PageID 15349

JEFFREY CANFIELD
83432
March 31,, 2025
228
Index: scoring..shoulder

23 62:7,13,21 63:3, 10,22 64:8,16,22 65:6,12 66:9,14,18, 24,25 67:20,22 68:12,25 69:17 70:17 71:3,13 72:3, 16 73:6,13,23 74:2 75:19 76:2,14,21 77:1 79:12 80:10, 18,19 83:1 86:17 87:10 88:10 90:1, 16,17 91:21 92:2,11 93:15,20,25 94:5 95:4 96:19 99:4,12, 18 100:7,12,20 101:7,18 102:7 104:7,18 105:3,5,6, 13 106:18 107:16 109:8,17,23 110:3, 8,13,19,24 111:1,2, 12 112:2,23 113:12, 23 114:8,14,15 115:2,10,19 117:2 119:5,8,9 121:6 122:6,11 123:7 124:11 125:8,14 126:5 128:2,9,14,24 130:9 131:15 132:5, 10 134:25 135:3,14 136:13 139:3,8,16 140:2,15 141:20 142:1,7 143:4,9,15 144:1,14,21 145:3, 15 146:12,20 147:4, 11,24 148:8,18,22, 24 149:7,18 150:3, 14,23 151:12 152:8, 13 153:10,17 154:13,15 155:12, 20,24 156:6,17 157:8,20 158:18,20, 24 159:9,11,12 160:5,7,18 161:5,12 162:4,19 163:4,17

164:2,7,22 166:1, 10,12 167:2,5,14, 18,22 168:6,16,23 169:5,16 170:1,7, 11,16,25 171:6,20 172:13,20 173:10, 24 174:8,15 175:6, 17,25 176:9,15,24 178:1,13,17,24 179:7,14 180:8,23 181:5,18,25 182:11 183:1,10,18 184:12, 19 185:10,19,24 186:12 187:15 188:5,16,25 189:11, 20 190:3,13,19 191:2,19,25 192:11, 19 193:1,12,20 194:18 195:8,12,17, 24 196:6,14,22 197:3,8,11,23 198:1,11,18,20,22 199:6,11,19 200:3, 13,21,23 201:12,13

**scoring** 101:5,15, 20,25 102:2 137:13, 25 190:17

**Scott** 6:24 33:7

**screen** 89:5,6,9 91:7 172:16 201:21

**season** 33:25 34:2, 5,16,18,23 35:1,13 40:12 42:8,17 43:12 48:3 50:10 52:1 55:10 56:18 66:11 67:24 69:20,23 70:1,8 73:7 74:8,11 81:24 84:17 90:8 109:19 116:15,18 117:11 118:23 120:19 121:8,23 125:11,22 126:25

127:1,6 128:6,21 129:22

**seasons** 24:12 118:22

**section** 12:1 24:9 67:8 74:12 76:10 77:21 78:14 93:5 108:25 160:25

**sections** 74:10

**selected** 109:24

**selling** 137:11

**seminar** 56:8 57:1

**seminars** 55:12,14, 15,19,25 57:14 58:7,10

**semitrailer** 97:5

**send** 94:20

**Senior** 20:20

**sense** 10:18

**separate** 38:24 54:18,22

**separately** 186:4

**September** 27:15

**series** 18:21 19:23 24:16,19 25:21 30:17 35:14 131:2

**serve** 26:21 31:19 58:20 59:2

**served** 30:9,11 34:15 66:11 67:23 84:16 122:22 136:25

**serves** 104:11

**service** 22:5,6

**services** 47:20 121:7

**servicing** 125:9

**serving** 29:1 30:2 34:25 35:11 37:15 38:10,12 39:18,20 44:10,17 59:7 68:14 69:19 79:20 81:15, 23 82:1 98:1 125:21 149:15 164:15 177:17

**session** 41:4 70:3 77:5 87:5 88:19 101:16 180:6 182:25

**sessions** 29:5 83:11 96:16 173:3

**set** 29:14 58:6 72:13 104:16,19,23 140:9, 25 141:6 164:19 203:14

**setup** 90:22

**shaking** 10:16

**shaping** 29:17 32:1

**sheet** 11:18 204:1,7, 10

**sheets** 137:25

**ship** 113:21 114:4, 20

**shirt** 129:24 130:14, 17,25 131:3

**shirts** 194:11

**short** 137:11

**shorthand** 26:7,9

**shortly** 198:16

**shorts** 131:8

**shot** 159:9

**shoulder** 159:7

**show** 27:9,11 29:7 30:16 44:17 51:12 83:14,19,21,24 84:1,8,16 85:2,3,13, 25 86:1 89:9 90:10 91:3 94:6 97:15 98:6,13,15 100:8,24 105:6 107:1 112:24 113:13,14 114:9 119:16 123:2 130:6 131:22,25 132:2,14 139:18,23 140:3 143:21 145:22 148:3 151:22 155:2 158:14,21 159:21, 24 161:17 163:22 166:6 171:24 172:7 177:19,20 178:7 196:19

**showed** 158:13 166:21

**showing** 204:8

**shown** 15:15 91:4 105:21 114:23 131:2 143:16

**shows** 167:25

**side** 9:18 22:19 23:6,12,14,15 24:1, 3 74:6 106:25 108:24 112:9 113:17,20,25 114:20,23,24 158:7 162:6 168:1 173:3 180:25

**sides** 73:19

**sign** 116:4 117:15 127:21 128:13 204:10

**sign-out** 11:17

**signal** 98:10

**Signature** 204:24

**signed** 115:25 116:2 117:13,15,17,21 126:16,19,21,23 127:2,13,19,23 128:16

**signing** 128:19

**similar** 90:22 91:4 200:5

**Sindiong** 202:3,20

**single-sided** 85:24 86:3 87:11

**sir** 8:22 9:12 11:8 16:11 18:12 43:13 50:22 80:20 96:14 111:4 117:6 123:9 193:25 195:11

**sit** 187:19

**site** 47:10

**sitting** 98:14 188:17

**situation** 168:14 173:9 184:13,16 185:13 188:9,14 189:22

**situations** 185:18

**sky** 28:23 33:24 38:13 80:7,12,20,24 81:3,4,16 82:4,19

**slow** 76:13,18 77:10 153:6

**slowly** 7:7

**small** 88:17

**smooth** 52:15 54:1 65:20 66:3

**smoother** 12:23

**social** 186:14,20

187:8,14

**Society** 75:11

**softer** 64:3,15

**sold** 26:1

**sole** 33:23

**solely** 143:11

**sort** 24:13 58:23 66:1 102:3 118:18 132:24 157:10 161:6 171:16 183:2 184:15 192:1,5,14 199:20

**sorts** 139:9

**Sound** 44:7

**source** 14:14 185:22

**span** 48:21

**speak** 7:6 8:5 15:21, 24

**speaking** 195:24 198:2

**speaks** 183:3

**specialized** 58:23

**specific** 150:25 162:23 173:11

**specifically** 58:15 84:11 154:14 162:16

**spectator** 102:11

**speculate** 63:18 189:18

**speculation** 150:9 175:15

**speed** 76:13

**speeds** 176:20

**spell** 16:23 35:8 108:11,22

**spelling** 136:19

**spinal** 187:24 188:10

**spine** 188:8,19 189:13 191:5

**spoke** 136:14 197:11 198:1

**spoken** 37:14 136:14 186:8

**sponsorship** 22:18 23:6,12,13

**sport** 37:8 63:14 72:20 192:21

**sporting** 54:17 55:3 56:3 57:15 58:16

**sports** 6:12,21 25:9, 11,14 26:2,5,24 27:5 42:1 53:11 63:5 65:25 66:2,10 72:21 73:10 84:9 87:20 101:23 120:21 121:17 122:14,15 125:10, 13 126:13 128:20 132:11 134:11 194:3,17,20 204:3

**spotter** 27:22 28:3, 8,10,14,21 29:1 30:2,3,9,11 31:4,13, 17 32:2,8 33:24 38:13 42:24 44:17 58:20 59:2,8 62:14 71:20,24 72:5 79:18,20,25 80:4 81:3,6 91:23 92:3, 12 94:12,18 95:5 121:23 125:10,21 133:10 144:6

March 31, 2025

149:15 155:2
164:16 177:17
193:8 196:18,25

**spotting** 92:4

**Spradlin** 6:17,18
7:19,20,21,23 11:7
12:13,21 13:15 15:1
16:4 19:16 28:16
32:4 36:18 37:3
38:21 39:24 40:7
42:9,21 43:18 45:5
46:1,9 47:22 49:6,
10 50:6 51:9,17
53:14,18,24 54:7
57:16 58:12 59:4
60:1,18,25 61:7,16,
21 62:5,9,19 63:1,8,
16 64:5,11,13,20
65:3,10 66:5,16
67:21 68:5,10,23
69:12 70:15 71:1,8,
25 72:7 73:3,12,17,
25 75:16,25 76:9,
17,24 79:9 80:9,12
82:20 87:7 88:8,20,
22 89:24 91:19,25
92:7 93:13,18,23
94:3,24 96:17 99:1,
9,16 100:5,10,19
101:3,17 102:5
104:6,14,25 106:16
107:14 109:15,21
110:1,15,20,25
111:10,25 112:19,
21 113:9,19 114:3,6
118:24 119:2,7
121:4 122:3,8 124:9
125:6,12 127:25
128:7,11,22 131:13
132:8 135:13
136:11 139:1,6,12,
24 140:13 141:18,
23 142:4 143:2,8,

12,24 144:9,19,25
145:13 146:10,19,
25 147:9,20 148:6,
14 149:5,16 150:1,
8,21 151:7 152:6,11
153:4 154:10 155:9,
22 156:4,15 157:4,
14 159:8 160:1
161:9 162:1,14
163:24 164:4,17
165:22 166:25
167:9,21 168:11,19
169:1,9,24 170:4,
10,20 171:3,18
173:5,20 174:6,13
175:4,14,21 176:7,
13,21 178:10 179:5
180:4 181:16,22
182:9,17 183:8,16
184:4,17 185:6,16,
25 186:3 187:11
188:12,20 189:5,16,
24 190:10,25
191:11,23 192:9,17,
22 193:10 195:15,
18,20 196:7,16,24
197:5,10,25 198:14
199:3,10,17,24
200:9,15,24 201:1,
14,15

**stadium** 23:2 59:19,
23 60:16 61:15
73:10 83:5 84:4
89:11 91:1 92:5
102:15 104:22
107:1 113:17 114:7,
23 144:16 163:5
164:24 165:3
178:12

**staff** 32:14 131:23,
25 132:14 133:2
169:12 182:22
188:24

**stamp** 110:17,21

**stamped** 134:22

**standing** 176:18

**stands** 56:11

**Star** 45:22

**Starling** 137:16,19

**Stars** 163:6 178:3

**start** 17:6 21:17
22:10 23:16 27:10
78:16 79:4 106:2
133:3 160:24
179:11

**started** 19:11 23:5,
11,14,20,24 24:15
25:20 27:8,12,23
30:3,14,15 31:1,4,9
32:8 42:24 68:7
133:14 140:1,4
156:21

**starting** 58:1 71:15
166:7 168:3 179:1

**starts** 42:17 77:20

**state** 8:24 172:24

**statement** 7:1,4

**States** 57:5,8,11

**Stateside** 55:23

**stationed** 47:10
79:2 104:11 139:18
151:21 172:6
177:19

**stayed** 125:1

**step** 23:9 24:13

**steps** 85:13 182:4,7,
12 184:2

**Steve** 35:7

**steward** 24:21 54:17
55:3 56:3 57:15
58:16 136:21,25

**sticker** 90:12

**Sticking** 100:23

**stipulate** 7:11

**Stoicism** 35:19

**stop** 50:14,15,17
70:3 72:14 156:11
173:4,7,8 177:4
180:10 182:23,24

**stopped** 37:14
165:15 172:22
173:23 180:6 187:1

**stopping** 181:14

**stops** 77:4

**street** 17:4

**Strictly** 20:17

**strike** 12:11 22:20
27:20 28:13 34:13
48:2 62:22 63:12
64:24 72:12 74:10
78:1 79:13 91:9
102:1,22 104:3
105:23 109:18
128:3 131:14 133:6,
19 141:15 144:3
151:14 167:23
172:10 173:15
181:11 183:21,23
185:1 190:20 193:4
197:18

**struck** 176:5

**structure** 102:18
154:20

**study** 21:3

**stuff** 68:18 89:15
132:19

JEFFREY CANFIELD
83432

March 31, 2025

231
Index: subject..thereto

**subject** 57:13

**subjective** 36:20,21

**submit** 123:22

**subsection** 52:12
65:14

**subsequent** 125:22

**subsequently** 15:8

**substandard** 14:10

**suffer** 188:7

**suffered** 188:18

**suggest** 72:5

**suggested** 156:14

**suggesting** 63:4

**suggests** 101:8

**suitable** 67:13

**SUNY** 21:2,12

**supercross** 9:18,20
11:21 12:8 13:2
14:12 22:22 23:1,22
25:8,14 26:9 27:3,8,
11,14,18,21 28:3
29:2 30:25 32:11
33:3,17,23 34:14
35:1,12 36:9 37:2
38:7 39:13 40:12
42:7 46:5 48:3,4
49:19,25 50:19
51:25 56:18 57:3
58:17,21 59:3,16
60:13,14 61:12 62:4
63:7 69:20,23
70:13,24 71:6 72:5,
19 73:7,18 77:8,14,
15 79:19 81:24
82:9,18 88:25 89:18
90:21,23 91:23
93:12 94:2 95:6,21,
25 96:1,4,23 97:12

105:20 106:15
109:20 116:9
118:14,20 120:22
121:8,23 123:13,15
125:11 128:6
129:16 130:15,18
131:17 132:7 137:1
139:20 142:11
144:24 145:12
159:17 171:2 175:8
176:11 185:21
189:12,14 190:7,9,
11,23 191:4 192:3,
7,13 193:3,7 196:20
197:14 198:4 199:2
200:7

**supercrosses** 89:21

**supervisor** 82:6,12
95:8 146:1 154:21

**supplemental**
146:15

**supposed** 74:24
76:7,16 77:8 152:4
183:13,14 184:14

**surface** 60:11 64:4

**sustained** 13:24
191:4

**swear** 7:1

**switch** 45:15,18

**switching** 45:18

**SX** 26:9

**Syracuse** 16:16,18,
19

**system** 159:25
160:14

**T**

**takeoff** 77:16

**taking** 110:6 166:5

**talk** 7:8 10:1 29:23
45:20 83:2 88:14
89:17 97:7 98:19
99:22 165:19 186:8

**talked** 37:18 64:17
94:7 100:23,24
195:22

**talking** 47:6 48:21
65:14,18 97:14
141:4 157:18
162:16 165:20,24

**Tampa** 12:8 13:2
14:12 29:1 43:14
50:19 58:17,21 59:3
79:19 80:22 81:5,20
82:9,18 83:7 84:9
85:1 93:12 95:6
96:2,20 105:16,19,
20 106:15 111:7
114:3 123:13,15
127:5 129:16
130:18 131:17
132:6 136:6,25
139:19 159:17
172:2 176:10
177:10 181:12
185:21 187:25
190:24 191:4 193:2,
6 197:13 198:4

**tax** 121:19

**teacher** 21:10

**team** 15:9 40:16
43:17 45:21,25
47:16 53:12 70:25
88:6 99:8 102:19
103:1 113:3,6 146:3

148:11 157:11
163:6 171:8 178:4
180:1 183:6,11,20,
23 184:2

**teams** 97:6

**tech** 101:21 136:3
138:9

**tech/infield** 138:3,8

**techs** 164:21

**teenager** 18:14

**televised** 31:1,3,7,
10

**television** 30:20
31:18 88:1,15,17,23
90:2 94:2 98:15
132:19,23,25
142:22 144:2 178:8

**telling** 11:3 160:13
196:19

**tells** 77:11

**Ten** 38:4

**tenure** 37:2

**term** 80:23

**terms** 21:25 26:3
31:13 80:14 92:13
95:9 102:3 115:24
116:1 128:5 132:18
194:9 195:3

**testified** 8:18

**testify** 15:17,22 40:6

**testimony** 7:11,13,
14 8:12 157:5
165:23 204:7

**text** 94:20

**theoretically** 196:12

**thereto** 202:12

JEFFREY CANFIELD
83432

March 31, 2025

232

**thing** 53:6,7 69:14
172:25

**things** 12:22 24:22
58:3 68:16 73:8
75:22 89:19 92:4
100:4 132:24 133:5
137:13 162:6 164:9
185:15 190:2,18
193:8

**thinking** 70:9,19
112:4 125:15
131:25 147:16

**Thomas** 9:1

**thought** 61:9 69:15

**threw** 173:9

**throw** 50:4 69:18
196:21 197:7

**thrown** 14:20 15:8
20:11 69:22 70:1,12
71:5,11,17 72:6
150:20 152:5
177:12 178:3
179:17,19 180:6,11,
14 191:6

**Tim** 51:5 136:14,16,
24

**time** 6:8 7:10 10:20
18:5,22,23 19:6,25
23:20 24:7,8,9,19
25:13 26:14,18
27:2,4 30:4 31:14
32:3 33:1 36:5,6,7
38:16 39:25 40:24
41:2 43:5,8,11
47:18,23 58:17
66:20,23 68:14
73:14 79:17,19,24
81:13 82:9 83:13,22
84:2 86:25 91:10
95:10,12,17 96:13,

25 97:24 101:15
102:9 103:12,16
104:1,8 106:17
109:25 115:5,8
118:13 120:20,24
122:2,4,5,13 125:17
126:10 129:1 131:7
133:22 134:9
136:19 138:8 142:2,
8,10,25 143:21
151:19 153:13,16,
19,20 154:8 157:9,
15 161:7 162:9
164:12 165:1
169:21,23,25 172:5
184:8,13 185:3
187:5 188:11,18
191:13 193:6,15,18
201:2,13,16,21

**timeframe** 20:2
25:17

**times** 32:20 48:8,14
57:12 82:22 101:9,
13 147:16 150:25
151:2 199:8

**timing** 101:5,10,11,
15,20,25 102:2
190:17

**title** 24:4 32:15

**titles** 81:2,12

**today** 7:4,8 9:9 10:2
11:5 12:23 13:14
15:17 17:9 25:8
37:17 49:21 50:12
80:25 81:1 84:14
129:24 187:19
188:18 195:22

**told** 31:12 33:14
45:4 177:8

**Tom** 33:9

**tool** 147:22

**top** 74:1 110:17,18
174:21 175:11,19

**torrential** 70:21

**torso** 168:18

**total** 119:25 121:2
123:18

**touch** 141:21

**tower** 97:5 102:18,
19,21,25 103:1,3,
12,16,21 104:1,12
111:19,22 112:3,16
113:1,3,6 137:25
145:20

**towers** 102:23

**track** 15:9 17:22
18:3 20:10 23:3,4
29:12,16,18 31:24,
25 41:9,10,12,21,24
42:4,5,6,12,13,20
44:20,24 48:5
59:19,24 60:8,17,22
61:1,5,6,15,20 63:5,
7 65:9 68:3,20 74:6,
10,13,24 75:15,23
76:4 77:8 78:14
82:5,11 99:24
100:3,13,14,17
101:1,9 102:4,13,15
104:19,24 105:16,
19 111:7,9 113:8,16
133:23 137:4
138:17 140:9,11,17,
19,22 141:5 142:19
144:23 145:17,25
146:17 147:18,22
148:11 149:1,21
152:5,23 154:6,7,21
156:11,24 157:1,22
158:3,7 160:25
163:1 165:14

167:12 169:18
173:4 174:10 176:2,
6 177:2,5 179:25
180:3,10,12 181:14
182:20 184:24
185:4,12,18 186:22,
25 190:16 191:5,17

**track's** 185:9

**tracks** 41:22 42:16,
25 73:10,16

**traditional** 136:19

**traditionally** 23:2

**traffic** 140:22,23
166:14 180:14

**trail** 17:24

**trailer** 97:8,9,10

**trained** 168:22

**training** 24:24 25:4
55:13 58:24 59:1

**transcribed** 7:15

**transcript** 7:8 13:7
203:5

**transcripts** 13:11
200:19

**transition** 35:2

**transponder** 101:12

**transponders**
137:14 138:11

**transported** 48:6
49:5,13

**travel** 19:6 120:6,7,
15,17,25 121:10,12,
24 124:5 125:23

**traveling** 19:22

**trial** 64:8,9 202:5

JEFFREY CANFIELD
83432

March 31, 2025

233

**triple** 77:16,17 78:7, 11,15,16 79:4 107:10

**truck** 23:12 30:21 31:20 90:4,5,23 91:17 92:17 93:12, 17,22 138:1 141:21 142:10 145:5,9 161:23

**trucks** 20:1 22:18 90:3

**true** 121:14 138:20 203:6

**trust** 168:14

**truth** 8:13,18

**truthfully** 10:3

**Tuff** 29:17 59:15 73:19 75:21 151:9 158:2 167:11 184:22 194:25

**turn** 179:1

**turned** 18:16 19:12 164:3,8,18,20

**TV** 30:15,18,19,21 31:20 79:25 81:3,6 83:15 87:14,15,16, 18 88:3 90:3,4,5,22 91:17 92:17 93:11, 17,21 141:21 142:10,20 143:11, 14 144:11 145:5,9 147:3 161:23 162:6, 17 164:19,21 178:9, 12 196:25

**twenty** 174:19

**type** 42:6 85:22 107:8 192:15

**types** 145:11

**typically** 29:11 57:8 70:20 78:5 86:21 88:23 96:12 112:5 134:9,12 152:7,15 171:15

---

## U

**ultimately** 62:3 199:1

**umpire** 139:9,17

**unable** 173:16

**unacceptable** 67:14 68:3 69:10 101:2

**unbeknownst** 191:15

**undergrad** 16:17

**undersigned** 202:3

**understand** 10:2,5 14:6 31:16,17 42:16 49:2 53:19 95:7 99:6 122:10 129:11 141:5 145:16 181:23 185:11 186:4 187:19 188:6 194:8 199:22

**understanding** 9:10 13:13,17,22 29:25 40:10 44:9 47:8 59:10 82:11 87:25 95:15 97:23 119:14 120:23 127:22 137:21 138:7 145:7 153:18 186:7 187:21 195:25 199:8

**understood** 10:8 31:8 129:15 141:4

**underway** 136:10

142:3 143:22

**uniform** 129:21 130:21 131:6

**unison** 53:8,10

**unit** 45:23 188:15 189:10

**United** 57:8

**upper** 85:19 107:17

**upstairs** 27:9,11,22 28:7,10 29:8,11 30:16,20 34:1 43:2 59:11 82:3,25 83:2, 4,8 92:8 97:15,20, 22 100:23,25 102:8 114:23 139:23 150:19 151:21

**upstate** 16:13

---

## V

**vague** 80:13

**Valerie** 32:21 203:3, 20

**Valley** 20:20

**vantage** 140:10 150:19 165:10

**varies** 152:12

**variety** 68:15

**venue** 72:10

**Venues** 72:10

**verbal** 10:16 119:14

**versus** 76:23 98:6

**video** 89:22,25 143:16 144:4,16,22 145:11 146:14 158:14,22 159:13 160:6,17 161:4

163:3,10,11,16 164:3 166:4,7,11 167:4,8,17,23 168:5,8 170:8 171:24 172:12,19 177:21,25 178:16, 23 179:13 180:22 181:4 200:20 201:11 202:6

**videographers** 200:20

**videos** 14:4 158:12 194:15,21

**view** 144:11

**viewed** 167:23

**visual** 92:9

**visually** 92:14

**voice** 40:19 160:8

---

## W

**W-2** 119:10

**W-H-I-T-E-L-O-C-K** 35:10

**wages** 119:25 121:2

**wait** 72:14 124:23

**waiver** 117:8 126:14 128:13,16

**walk** 133:23

**walked** 85:11

**wanted** 42:5,7 93:4 195:21

**warranted** 41:6 69:11 150:7

**warranting** 68:21

**Washed** 68:17

JEFFREY CANFIELD
83432

March 31, 2025

234
Index: watch..Zoom

**watch** 92:9 102:9
104:19 141:1

**watching** 101:1
104:23 144:12

**wave** 150:5 182:24

**waved** 74:13 76:3
77:7 160:24

**waving** 76:15 77:20
78:14 79:7 150:17
152:1 157:25 158:1
160:21,25 161:2,8
162:9 167:11 187:1

**ways** 28:20 32:3

**wear** 131:9 162:25

**wearing** 86:19,21
87:4,8,22 162:8,11,
13,20,21,22 176:1,
4,11,16

**weather** 68:16
70:20,22 71:6 72:8,
11,14

**week** 31:7

**weekend** 19:9
124:19 125:1,5

**weeks** 31:6 33:2
49:7,9,18

**weighs** 174:17

**weight** 175:1,8

**Whaley** 138:22

**whatnot** 70:4

**wheel** 74:21,22

**Whereabouts** 16:14

**white** 148:12,16

**Whitelock** 35:7

**Williams** 84:24

**witnessed** 150:18

**woods** 17:25

**wore** 129:21

**work** 9:19 18:22
22:8 30:19 37:24
40:13 41:8,12 53:7
60:8 84:4,5 106:23
116:19 121:22
125:17 127:16
136:3 138:10 196:9

**worked** 22:1,4,17
38:6 98:9 106:15
118:14 127:8
135:20

**working** 17:13 22:10
23:11 24:16 25:13
27:3,13,16 37:23
46:8 53:2,10 72:9
82:3 88:18 91:23
95:18 106:13
118:20 119:13
120:22 127:6
130:18 131:7 132:1,
22 136:6 146:6,16

**works** 82:16 112:22
159:8

**world** 55:5

**worn** 130:14,17

**worried** 110:22

**worries** 110:24

**worth** 63:13

**wrap** 198:16

**write** 204:9

**writing** 118:18

**written** 105:25
109:10 118:21
119:5 181:19 182:6
183:3,7,12

**wrong** 40:17 80:10

---

**Y**

---

**Yarmouth** 202:9

**year** 21:14 56:1
121:20

**years** 17:8 21:1
22:1,5 30:18 35:23,
24 36:14 38:1,7,9,
12 48:22 57:10
59:10 190:6

**yellow** 15:8 24:10
74:3,13 76:15,23
78:14 79:7 107:10
148:12 150:5,17
151:1,3,5 152:1,10
157:23 158:1
160:21,23 161:1
162:9 165:2,5
167:10 197:1,2

**York** 16:13 19:3

**younger** 17:11

---

**Z**

---

**Zoom** 56:2,4 68:6
90:11

(800) 528-3335    NAEGELI DEPOSITION & TRIAL  Established 1980    NAEGELIUSA.COM