1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


CASE NO. 8:22-CV-01295-TPB-CPT

BRIAN MOREAU,
Plaintiff,

vs.

FELD ENTERTAINMENT, INC.,
FELD MOTOR SPORTS, INC.,
JOHN A. BODNAR, M.D.,
JAMES KENNEDYE, M.D.,
SCOTT COMBS, and
AMY METIVA,
Defendants.

_____/



DEPOSITION OF MIKE MUYE


DECEMBER 12, 2024
10:00 AM



VIA ZOOM VIDEO CONFERENCE

<u>APPEARANCES</u>

**JUAN CARLOS RAMOS**
J.Ramos@dmrpr.com

**GRETCHEN JANKOWSKI**
gretchen.jankowski@bipc.com

**CAROLINE SPRADLIN**
**Phelps Dunbar LLP**
100 S Ashley Dr Ste 2000
Tampa, FL 33602-5315
Office: 813-222-7672
Cell: 803-617-8539
Fax: 813-472-7570
caroline.spradlin@phelps.co

**BETHANY NDUKA**
bnduka@pdmplaw,com

**MARK SCHWEIKERT**
Schweikert Law PLLC
1111 Brickell Ave Ste 1550
Miami, FL 33131-3123
Office: 305-999-1906
Cell: 305-926-9452
mark@schweikertlaw.com

**LEXY KHELLA**

3

INDEX OF EXAMINATION

WITNESS: MICHAEL THOMAS MUYE

                                        PAGE NO.

DIRECT EXAMINATION
By MR. JUAN CARLOS RAMOS                     07

DIRECT EXAMINATION
By MS. GRETCHEN JANKOWSKI                    213


CERTIFICATE OF REPORTER                      220

WITNESS READ FORM                            221

4

INDEX TO EXHIBITS

EXHIBIT            DESCRIPTION              PAGE NO.

12.                AMA RULE BOOK              45
22. MONSTER ENERGY SUPERCROSS DOCUMENT  72
50.        FMS INC 5445-45 DOCUMENT        92
9.          EMAIL BY JOB BOTTNER           105
51.          DISASTER PROTOCOL PROVIDED
                  BY MEDIC RIG             114
52.        TEXT MESSAGE FROM DAVE PRATER   136
53.        TEXT MESSAGE SENT BY JOHN HINES 140
23.          EMAIL SENT FROM MICHAEL MUYE  143
54.        EMAIL FROM ROGER DE COSTER      146
55.        VIDEO FROM GLENDALE ARIZONA
                  SUPERCROSS EVENT         160
56.            VIDEO FMS INC 711           169
57.        VIDEO INVOLVING ALEX RAY
                  FMS INC 882              178
58.          VIDEO OF BRIANS CRASH         183
59.          JUMBOTRON VERSION OF CRASH    184
60.            EYE IN THE SKY FOR
                  MLB STADIUM             188
61.            EYE IN THE SKY FOR
                  NFL STADIUM             189

1    DEPOSITION OF MICHAEL THOMAS MUYE

2    DECEMBER 12, 2024

3

4    **COURT REPORTER:** Good morning. My name is Jorge

5    Garcia. I'm the Court Reporter for today's

6    Depo. The time is 10:16 a.m. The date is

7    December 12, 2024. If the witness could state

8    his name on the record and spell it for us.

9    **MR. MUYE:** Michael Muye.

10   **COURT REPORTER:** All right. If you could please

11   raise your right hand. Do you swear or affirm

12   the testimony you're about to give will be the

13   truth, the whole truth, and nothing but the

14   truth?

15   **MR. MUYE:** I do.

16   **COURT REPORTER:** Do you have a photo ID that you

17   could show me? Can you bring a little closer

18   for me? Michael Thompson. Perfect. Attorneys,

19   if you could state your appearances. Mr. Ramos,

20   we cannot hear you.

6

1  **MR. RAMOS:** Can you hear me now?

2  **COURT REPORTER:** Yes, sir.

3  **MR. RAMOS:** I'm sorry. Good morning. Juan Carlos

4  Ramos.

5  **MR. SCHWEIKERT:** I'm Mark Schweiker on behalf of

6  the plaintiff, Brian Moreau.

7  **MS. JANKOWSKI:** Gretchen Jankowski, Buchanan,

8  Ingersol and Rooney, on behalf of the

9  defendant, Feld Motorsport.

10 **MS. SPRADLIN:** Caroline Spradlin of Phelps

11 Dunbar on behalf of defendant American

12 Motorcycle Association, DBA American

13 Motorcyclist Association.

14 **MS. NDUKA:** Bethany Nduka on behalf of the Medic

15 Rig, Dr. Kennedy, Dr. Banar, Amy Motiva, and

16 Scott Co.

17 **COURT REPORTER:** I need Mark and Lexi to state

18 their appearances, please.

19 **MR. SCHWEIKERT:** Mark Schweikert, I'm with

20 plaintiff. Good morning.

**MS. KHELLA:** Lexy Khella. I'm the corporate rep for Feld.

**COURT REPORTER:** All right. Go ahead, Mr. Ramos.

**DIRECT EXAMINATION BY MR. RAMOS:**

**Q.** Good morning, Mr. Muye.

**A.** Morning.

**Q.** I'm going to start. Have you ever been involved in any type of lawsuit before?

**A.** Yes.

**Q.** As a plaintiff or a defendant?

**A.** As a defendant.

**Q.** Okay. Can you tell me a little bit more about that case?

**A.** It was in reference to a track chemical that was added to the track.

**Q.** Okay. Well, how many defendants were in that case?

**A.** I don't know.

**Q.** And who was the plaintiff?

**A.** There were multiple.

8

1  **Q.** Okay. Do you remember the main plaintiff in

2  that lawsuit?

3  **A.** I do not.

4  **Q.** Do you know where this case took place at,

5  what court?

6  **A.** I do not.

7  **Q.** Was it Florida?

8  **A.** No.

9  **Q.** What state was it?

10 **A.** I was in California.

11 **Q.** Okay. What was the result of that case?

12 **A.** I do not know.

13 **Q.** Was there any judgment filed against you?

14 **A.** Not that I'm aware of.

15 **Q.** Were you found responsible for the claims

16 made in that case?

17 **A.** I personally was not.

18 **Q.** Okay. Did this case go to trial?

19 **A.** I do not know.

20 **Q.** Okay. Any other case aside from this case

9

1  that you don't know about?

2  **A.** I don't think I understand that question.

3  **Q.** Any other case aside this one that you just

4  talked about?

5  **A.** I have not been involved in any other case.

6  **Q.** Have you ever been deposed?

7  **A.** Yes.

8  **Q.** Okay. Was it in the case that you first

9  mentioned?

10  **A.** Yes.

11  **Q.** Okay. And what were the claims made against

12  you in that case?

13  **A.** There were no claims made against me. I was

14  there as a witness.

15  **Q.** Okay. But you were a defendant in the case

16  you mentioned, right?

17  **A.** The company was a defendant. I was a

18  witness.

19  **Q.** Okay. So you personally was not named as a

20  defendant in that case, right?

10

1   **A.** Correct.

2   **Q.** Okay. Was that case the Scott Champion

3   versus FMS and FIE case?

4   **A.** I do believe Scott Champion was one of the

5   plaintiffs.

6   **Q.** Okay, understood. You have been deposed

7   before you mentioned, but still I'm going to go

8   over some ground rules here on the deposition

9   as well to just- It's important as you see, we

10  have a court reporter. He's taking everything

11  that we say in writing, right? So, it's very

12  important that you provide your responses

13  verbally. Mm-hmm or nodding your head, it's not

14  good enough because he's not going to be able

15  to take it down. So if the answer is yes or no,

16  please say so and any other responses, please

17  make them verbally, okay?

18  **A.** Understood.

19  **Q.** This testimony that you're about to give

20  today is under oath, as you know. And

11

1  everything that you say today, the parties will

2  be able to use for any purpose during discovery

3  in this case or any matter related to it, okay?

4  **A.** Understood.

5  **Q.** During the course of the deposition, you

6  might hear attorneys object to the questions

7  that I'm making. Mostly, they're probably going

8  to be about the form of the question, okay?

9  They're doing so to state it for the record,

10 but you still have to respond, okay? Unless

11 someone tells you specifically not to respond

12 to a question that I'm posing to you.

13 Understood?

14 **A.** Yes.

15 **Q.** If you don't understand my question at any

16 point for whatever reason, just ask me, tell me

17 to rephrase it, and I will gladly do so, okay?

18 If you go ahead and respond to a question that

19 I pose without fully understanding, we're going

20 to assume that you understood the question and

12

1   that you responded accordingly, okay?

2   **A.** Understood.

3   **Q.** And if you need a break at any moment in

4   time, just let me know and we'll do our best to

5   accommodate you as soon as possible, okay?

6   **A.** Okay.

7   **Q.** Now have you consumed any medications

8   including alcohol or substances that may impair

9   your ability to respond to the questions that

10  I'm about to ask you in a truthful and accurate

11  manner?

12  **A.** I have not consumed any medications.

13  **Q.** Okay. Are you experiencing any physical or

14  mental conditions that might interfere at all

15  with your testimony today?

16  **A.** No.

17  **Q.** Okay. Did you do anything to prepare for the

18  deposition today?

19  **A.** Yes.

20  **Q.** What did you do?

13

1   **A.** Worked with Counsel.

2   **Q.** Okay. Without telling me what you discussed

3   with your Counsel, who was this person that you

4   met with?

5   **A.** Gretchen Jankowski.

6   **Q.** Okay. Anybody else?

7   **A.** Lexy Khella.

8   **Q.** Okay. Anybody else besides the 2?

9   **A.** No.

10  **Q.** Okay. Did you review any documents in

11  preparation for this deposition?

12  **A.** Yes.

13  **Q.** Okay. What did you review?

14  **A.** Multiple documents.

15  **Q.** Okay. Can you mention a few of them?

16  **A.** There were contracts, emails, I think some

17  text messages.

18  **Q.** Okay. Did you review any footage?

19  **A.** Yes.

20  **Q.** Okay. What footage did you review?

1  **A.** Three different camera angles.

2  **Q.** Okay. Of Mr. Moreau's crash?

3  **A.** Yes.

4  **Q.** Okay. Let's start at the beginning. Let's

5  start with your background information, okay?

6  Can you please describe your educational

7  background?

8  **A.** High school, some college.

9  **Q.** Okay. What did you study in college?

10  **A.** International business.

11  **Q.** But you didn't finish that degree?

12  **A.** I did not.

13  **Q.** Okay. Where was this?

14  **A.** Slippery Rock, Pennsylvania.

15  **Q.** Can you repeat again? Sorry, I didn't catch

16  that.

17  **A.** Slippery Rock University.

18  **Q.** Okay. Aside from your educational

19  background, have you received any formal

20  training in event operations or motorsports?

15

1   **A.** Not that I recall, no.

2   **Q.** Okay. Do you possess any license or

3   certification right now?

4   **A.** No.

5   **Q.** Okay. Can you please describe your

6   professional experience, sorry, leading to your

7   current role with Feld Motorsports?

8   **A.** I began working with an organization that

9   puts on outdoor motocross events while I was

10  going to college. This was around 2003. And I

11  started as an operations member. So, physically

12  putting out the different components to put on

13  a race, hired by Feld. It was Live Nation at

14  the time, to set up the Fan Fest area, which is

15  adjacent to all of our races.

16  **Q.** What year was that?

17  **A.** Round about 2006, 2005. And then I continued

18  on as the Fan Fest manager, became an event

19  manager who managed the day-to-day operations

20  of Supercross. And then...

16

1  **Q.** I'm sorry to cut you off. I'm just trying to

2  get a timeline on when this happened, right? So

3  you started at Fan Fest in around 2005, 2006,

4  and then you moved up what year, more or less?

5  **A.** 2008.

6  **Q.** Okay. You moved up to what position?

7  **A.** Event manager.

8  **Q.** Okay.

9  **A.** I was the event manager until 2012 when I

10 became the director of Arenacross. It's an

11 arena-based series similar to Supercross.

12 **Q.** This is not related to Feld?

13 **A.** All of this was within Feld.

14 **Q.** Okay.

15 **A.** Yes. From 2005 on, this is within Feld. In

16 2016, I moved from Arenacross to my current

17 role as senior director of Supercross.

18 **Q.** This was what year?

19 **A.** 2016.

20 **Q.** Okay. So let's unpack that a little bit. So

17

1    you start with the Fan Fest. What were your

2    responsibilities in that role?

3    **A.** I parked the semi trucks that the race teams

4    bring their motorcycles in and that they work

5    out of, as well as work with sponsors of the

6    series and a layout that is fan-friendly and

7    fan-engaging.

8    **Q.** Okay. So this was mostly sales of

9    merchandise and branding, et cetera?

10   **A.** It was operational.

11   **Q.** Okay.

12   **A.** So it was setting up those spaces.

13   **Q.** Okay. So then in 2006, more or less, you

14   started working as an event manager for Feld,

15   right?

16   **A.** Yes.

17   **Q.** Okay. And what were your responsibilities in

18   that role?

19   **A.** The operations of the event. I oversaw a

20   team that hung banners, placed tough blocks,

1   put up the various structures on the racetrack.

2   **Q.** Okay. So, mostly your role was dedicated to

3   just literally accommodating the physical

4   blocks within the track and organizing the team

5   that was going to do that?

6   **A.** Yes.

7   **Q.** That was the extent of it?

8   **A.** Yes.

9   **Q.** Okay. And you did that until 2012 more or

10   less?

11   **A.** Yes.

12   **Q.** Okay. And then you started at Arenacross.

13   And tell me a little bit more about that role

14   and what you did for Arenacross.

15   **A.** I was responsible for the overall production

16   of the event. So registering riders, building

17   the track still. I had a event manager that was

18   with me on that, and I worked on development of

19   the racetracks and I worked closely with our

20   AMA referee.

19

1  **Q.** Okay. What did you do with the AMA referee?

2  **A.** They were responsible for all sanctioning

3  functions. We were responsible for the event

4  functions.

5  **Q.** Okay. And you mentioned that this was an

6  entity of Feld at the time, right?

7  **A.** Arenacross was an entity of Feld. Yes.

8  **Q.** How does Arenacross differ[?] from

9  Supercross?

10  **A.** Arenacross takes place in NBA and NHL size

11  arenas.

12  **Q.** Okay.

13  **A.** Smaller footprint. Supercross is in

14  predominantly NFL Major League Baseball

15  stadiums.

16  **Q.** Okay, got you. After that, then you moved to

17  your current position as senior director of

18  operations for Feld, correct?

19  **A.** Yes. For Supercross.

20  **Q.** Okay. So all in all, you've been employed by

20

1  Feld for about 18 years now, from 2006 to the

2  present?

3  **A.** Approximately, yes.

4  **Q.** Okay. What position did you have? Were you a

5  senior director of operations in 2020?

6  **A.** Yes.

7  **Q.** Okay. I know there's a corporate structure

8  for Feld, right? That's further entertainment

9  for Motocross, Motorsports. And who's your

10 actual employer? I mean, who pays you for your

11 work?

12 **A.** Feld Motorsports.

13 **Q.** Okay. So at the end of the year, you receive

14 a W2 or a 1099 from Feld Motorsports?

15 **A.** W2, I received from Feld Entertainment.

16 **Q.** For Feld Entertainment. Okay. So you're in

17 fact an employee of Feld Entertainment then?

18 They're the ones that pay you for your work?

19 **MS. JANKOWSKI:** Objection to form. You may

20 answer.

21

1    **BY MR. RAMOS:**

2    **A.** I am an employee of Feld Entertainment, yes.

3    **Q.** Okay. Is there any overlap between Feld

4    Motorsports and Feld Entertainment with respect

5    to the Supercross?

6    **A.** Can you clarify that question?

7    **Q.** For example, do employees of Feld

8    Entertainment and Feld Motorsports work both in

9    the same Supercross event at the same time?

10   **MS. JANKOWSKI:** Objection to form. You can

11   answer.

12   **BY MR. RAMOS:**

13   **A.** I honestly can't speak to how other

14   employees, whether they're Feld Entertainment

15   or Feld Motorsport.

16   **Q.** Have you ever received a W2 or a 1099 from

17   Feld Motorsports?

18   **A.** I do not believe so.

19   **Q.** Okay. So Feld Entertainment Inc. has always

20   been the company that has employed you and paid

1    you and submitted W2s at the end of the year?

2    **MS. JANKOWSKI:** Objection to form. You can

3    answer.

4    **BY MR. RAMOS:**

5    **A.** To my knowledge, yes.

6    **Q.** Okay. Do you know approximately how many

7    employees Feld Motorsports have?

8    **A.** I do not.

9    **Q.** Do you know for Feld Entertainment?

10   **A.** I do not.

11   **Q.** Okay. Approximately how many people would

12   you say are involved in working in a Supercross

13   event?

14   **A.** For Feld?

15   **Q.** During an event of Supercross, yes. How many

16   people related to Feld are working in that

17   event?

18   **MS. JANKOWSKI:** Objection to form. You can

19   answer.

20   **BY MR. RAMOS:**

1    **A.** About 100.

2    **Q.** Okay. And how many people in total do you

3    think work in events such as Supercross?

4    **A.** When you combine race teams, various

5    different functioning arms? I would say there's

6    probably close to 900 to 1000.

7    **Q.** Yes. My question was more directed at all

8    people that are not Feld that work on the

9    event, not necessarily the teams. So anyone,

10   including people from Feld, including people

11   from the AMA, including people from the medical

12   teams. When you add them all up, how many

13   people approximately you think work at a

14   Supercross event?

15   **MS. JANKOWSKI:** Objection to form.

16   **BY MR. RAMOS:**

17   **A.** And this is only estimation of 200 to 250.

18   **Q.** Okay. So Feld has more or less half, maybe a

19   little bit less of the amount of employees that

20   work at a Supercross event?

24

1   **A.** Approximate.

2   **Q.** Okay. Now, was that true for the Tampa

3   Supercross event in 2020?

4   **A.** Approximate, yes.

5   **Q.** Okay. Let's talk now about your role a

6   little bit more. What are your primary

7   responsibilities, your position, senior

8   director of operations?

9   **A.** I work closely with race teams, work closely

10  with athletes on various different needs,

11  tasks. I work closely with our sponsorship team

12  to make sure that deliverables for the sponsors

13  are in place. I work closely with our

14  sanctioning body, the AMA on various

15  deliverables and tasks that are owed to them.

16  And I do work closely with the venues as well.

17  **Q.** Okay. Let's unpack that a little bit. So

18  with race teams, what do you typically do with

19  race teams in your role?

20  **A.** Parking logistics, believe it or not, is a

1    large one. Each team has specifics on where

2    they would like to park at each individual

3    event. We capture content from the athletes

4    video and photo for use for promotional

5    purposes. So working with that one coordination

6    and we try to service any of the needs that

7    they have operationally and logistically.

8    **Q.** Okay. When you say parking, do you mean like

9    outside the stadium or where they're going to

10   be placed at within the race rack or the

11   stadium itself?

12   **A.** Outside of the stadium.

13   **Q.** Okay. And to athletes, what do you do with

14   the athletes themselves?

15   **A.** Family members might be in attendance making

16   sure that they have a place to view from. As I

17   mentioned, for promotional purposes, we get

18   photos, videos, things like that. So

19   coordination with them. We have a video game

20   that's sold. We work with them on obtaining

1  name, image likeness, various different things.

2  **Q.** Okay. Do you typically speak with all the

3  athletes that are going to participate or not

4  really?

5  **A.** Not all. At some point, probably over the

6  course of my career, I've spoken with the

7  majority of them, not necessarily all of them.

8  **Q.** Okay. Now sponsorship. What do you do with

9  sponsors?

10  **A.** We have a sponsorship team that works

11  directly with those sponsors. But it's my

12  team's responsibility to make sure that a lot

13  of the deliverables are in place, i.e. banners

14  on the side of a wall.

15  **Q.** Okay. Deliverables, is that the extent of

16  what you mean as it relates to the sponsors?

17  **MS. JANKOWSKI:** Objection to form. Go ahead.

18  **BY MR. RAMOS:**

19  **A.** I think so, yes.

20  **Q.** I'm just trying to understand basically how

1   you deal with sponsors. So if sponsors say,

2   "I'm going to have X amount of banners within

3   the stadium." One of your tasks is to make sure

4   that those banners are in place, that you're

5   complying with whatever contract Feld has with

6   that sponsor for the event, right?

7   **A.** I understand.

8   **MS. JANKOWSKI:** Objection to form.

9   **BY MR. RAMOS:**

10  **Q.** Okay. Anything else besides that in terms

11  with the sponsors?

12  **A.** No.

13  **Q.** Do you negotiate with them at all at any

14  point?

15  **A.** I do not.

16  **Q.** Okay.

17  **MS. JANKOWSKI:** You need to let him finish his

18  question.

19  **BY MR. RAMOS:**

20  **Q.** Okay. Let's move then to the AMA. You

28

1   mentioned that you work with the sanctioning

2   body. Tell me a little bit more about how your

3   role interacts with them.

4   **A.** Very similar to the race teams. They have a

5   tractor-trailer placement of that. They have

6   needs from the venue such as internet drops. So

7   working with, liaisoning with venues and the

8   AMA on logistical and operational type items.

9   **Q.** Okay. Are you asked to enforce any of the

10  rules or policies that they may have?

11  **A.** No.

12  **Q.** No. Okay. You also mentioned vendors. So

13  what did you do with vendors at a Supercross

14  event?

15  **A.** I don't recall mentioning vendors.

16  **Q.** I have it here. You did. Do you work or do

17  you not work with vendors within your role?

18  **A.** I do not work with vendors.

19  **Q.** Okay. Basically summarizing everything that

20  you said, can you walk me through a typical

29

1   Supercross event day? What do you do? From what

2   time to what time are you working here? Just

3   tell me in general a little bit more about how

4   a day looks for you.

5   **A.** A typical day would be, there's a lot of

6   moving parts to a live event. So on the event

7   day, walking the perimeter to ensure that all

8   fan-flowing spaces are clean, clear, safe,

9   making sure that all of our signage, i.e. tough

10  blocks, banners, those types of things are in

11  place, intact, clean and professional-looking.

12  And we're working closely with the venue to

13  make sure that they have all their equipment

14  and front-of-house operational elements in

15  place. There could be some meetings with

16  various different folks, whether that be at a

17  sponsorship level, at a race team level, or at

18  the venue level.

19  **Q.** Okay. So, what time, more or less, do you

20  arrive at the stadium typically?

30

1  **A.** Between seven and 9:00 a.m.

2  **Q.** Can you walk me through the timeline of

3  events that you have on race day?

4  **A.** The race schedule events?

5  **Q.** Yeah. What's a typical more or less, it

6  doesn't have to be except, but a typical race

7  day. What events do you have since the morning

8  until you close at night?

9  **A.** Typically there's an operational meeting at

10 8:00 a.m. that's with our operational team at

11 Feld.

12 **Q.** Who participates in that meeting? With what

13 people?

14 **A.** Our operations staff.

15 **Q.** Only Feld?

16 **A.** Yes.

17 **Q.** And how many people usually attend that

18 meeting?

19 **A.** Approximately 20 to 25.

20 **Q.** When you say operational staff, what do you

31

1   mean by that?

2   **A.** Those are the folks that set up the banners,

3   set up the tough blocks, set up the structures.

4   **Q.** Okay. You can continue.

5   **A.** From that point, it's a lot of just

6   checking, making sure things are up and

7   operational. At twelve o'clock, typically is

8   when the first motorcycles take to the track

9   and that's when the fans enter the stadium for

10  the first time and enter the Fan Fest. So

11  making sure that that flows smoothly.

12  Throughout the afternoon, there's various

13  practice and qualified session...

14  **Q.** Sorry. Before you move forward, at twelve,

15  the first motorcycle comes in for what purpose?

16  **A.** For free practice sessions.

17  **Q.** Okay. So free practice sessions start around

18  noon on the race day?

19  **A.** Yes.

20  **Q.** And they last until what time?

1    **A.** They're normally approximately an hour.

2    **Q.** Okay. Explain to me a little bit about how

3    practice is taken in an event like this, does

4    everybody come out? How does that work?

5    **MS. JANKOWSKI:** Objection to form. Go ahead.

6    **BY MR. RAMOS:**

7    **A.** So there's three practice sessions which is

8    an untimed session for the athletes to learn

9    the track. There's qualifying sessions which

10   take place after that which are time sessions,

11   which are utilized to determine their race

12   order for the night program. The AMA breaks

13   them out. There's C groups, B groups, and A

14   groups in each of the 2 classes. The two

15   classes are the 250 class and the 450 class.

16   **Q.** What's the difference between those 2?

17   **MS. JANKOWSKI:** Hold on a second.

18   **MR. RAMOS:**  I'm sorry.

19   **MS. JANKOWSKI:** We need to let the witness

20   finish his answer and then you can do follow-

33

1  up.

2  **MR. RAMOS:** That's fine.

3  **MS. JANKOWSKI:** You've been interrupting him.

4  **MR. RAMOS:** That's fine.

5  **MS. JANKOWSKI:** Okay.

6  **BY MR. RAMOS:**

7  **A.** So the 250 class has 3 groups, C, B, and A,

8  that is determined by the AMA. And they

9  determine that based on the qualifications of

10  each rider. The difference between the 2

11  classes is the displacement of the motorcycle

12  engine.

13  **Q.** Okay. So there are bigger motorcycles for

14  the 450 and smaller for the 250. Is that what

15  that means?

16  **A.** The engine size is bigger for the 450 than

17  the 250.

18  **Q.** Okay. All right. Before you move along

19  through the day, in the practice session, aside

20  from the riders, who is out there on the track

34

1   at that moment?

2   **A.** Aside from the rider, the mechanics for the

3   riders, the team managers for the riders, all

4   AMA staff, all flaggers and all track runners.

5   **Q.** Okay. Is the medical team also present

6   during that time?

7   **A.** Yes.

8   **Q.** Okay. You mentioned flagging, are you

9   involved or is Feld involved in any way in the

10  flagging of the event?

11  **A.** Yes.

12  **Q.** Okay. How so?

13  **A.** Our team manages the yellow flags.

14  **Q.** Okay. When you say manages the yellow flag,

15  what does that mean?

16  **A.** We have a flagging flagger lead who manages

17  the 26 yellow flaggers around the floor.

18  **Q.** Okay. And who is the lead on the flaggers?

19  **A.** John Tillman.

20  **Q.** And is he a Feld employee?

35

1    **A.** Yes.

2    **Q.** Okay. And is John Tillman responsible for

3    determining when a yellow flag should be taken

4    out?

5    **A.** Yes.

6    **Q.** Was that true at the Tampa 2020 Supercross

7    event?

8    **A.** Yes.

9    **Q.** Okay. So John Tillman was working at the

10   event and he was responsible for the yellow

11   flag, okay. Does he also determine when a red

12   flag should be waved?

13   **A.** No.

14   **Q.** Who determines that?

15   **A.** The AMA.

16   **Q.** Okay. Why is there a difference between who

17   determines when a yellow or a red flag is

18   waved?

19   **A.** The yellow flag is a cautionary flag and the

20   red flag is considered an action flag.

36

1  **Q.** Okay. So what happens when a red flag is

2  waived?

3  **A.** All riders continue around the track in a

4  safe manner, at a slow speed and return back to

5  the starting gate.

6  **Q.** And with a yellow flag?

7  **A.** It's a notification that there's a hazard

8  ahead.

9  **Q.** Okay. So there's a hazard ahead, but they

10  still ride, right? They continue the race?

11  **A.** Correct.

12  **Q.** Okay. How is the communication between the

13  yellow flag lead, in this case, John Tillman

14  and the AMA personnel that determines that a

15  red flag should be waived?

16  **MS. JANKOWSKI:** Objection to form. You can

17  answer.

18  **BY MR. RAMOS:**

19  **A.** There's no direct communication.

20  **Q.** Okay. How does it work then?

37

**A.** Immediately following an incident, the yellow flags and each individual flagger who's monitoring a section, wave their flags. So it's an instantaneous process.

**Q.** Okay.

**A.** Separately, the AMA is determining whether to throw a red flag.

**Q.** Okay. And so you have 26 flaggers with yellow flags around the track, correct?

**A.** Yes. Approximately.

**Q.** Is there a similar amount of red flaggers around the track?

**A.** Typically there is not.

**Q.** Okay. How many people are red flagging typically?

**A.** Between 3 and 5, depending on the track size.

**Q.** Okay. And why is there a difference that you know of between 26 yellow flaggers and 5 red flaggers?

38

1  **A.** That's something that the AMA typically

2  determines how many red flaggers there would

3  be.

4  **Q.** Okay. Do you know who at the AMA determines

5  that a red flag needs to be waived?

6  **A.** I don't know that for sure.

7  **Q.** Do you know who was responsible for

8  determining a red flag at the 2020 Tampa

9  Supercross event?

10  **A.** Determining whether a red flag is thrown?

11  **Q.** Yes.

12  **A.** I believe it would've been John Gallagher or

13  Mike Pelletier.

14  **Q.** Okay. And these are 2 people that work for

15  the AMA?

16  **A.** Yes.

17  **Q.** Okay. Do you know what are their roles

18  within the AMA?

19  **A.** What their roles are?

20  **Q.** Yeah. Do you know?

1  **A.** John Gallagher was the race director and

2  Mike Pelletier was the AMA Supercross manager.

3  **Q.** Okay. So what is that, an AMA Supercross

4  manager? What does that role entail?

5  **MS. JANKOWSKI:** Objection to form. You can

6  answer.

7  **BY MR. RAMOS:**

8  **A.** Management of race.

9  **Q.** Do you work closely with Pelletier?

10 **A.** Mostly on logistical type issues, off the

11 racetrack.

12 **Q.** Okay. Do you have meetings with the AMA

13 throughout race day typically?

14 **A.** Yeah. As needed.

15 **Q.** Okay. And what do you mean, as needed?

16 **A.** If they have a issue with a photographer in

17 the wrong area, they would come and speak with

18 us about that.

19 **Q.** Okay.

20 **A.** Just as an example.

40

1   **Q.** Who determines where everybody needs to be

2   present at the track?

3   **A.** Various different groups and departments

4   determine that.

5   **Q.** Okay. Who, more or less, do you know?

6   **A.** The AMA determines where their folks would

7   need to be? Alpine Stars determines where their

8   folks would need to be. Feld would determine

9   where their folks need to be, as well as Feld

10  is responsible for where the photographers and

11  videographers are promoted.

12  **Q.** Okay. And if there's an issue as to where

13  people need to be, who decides ultimately where

14  they're going to be standing at the track?

15  **A.** Each individual group determines for

16  themselves.

17  **Q.** Okay. But let's say that the AMA is standing

18  at a place that Feld, things they cannot be at,

19  for whatever reason. What happens in that

20  scenario? Who decides who's going to be

41

1   standing there?

2   **A.** It's a conversation that I would have with

3   Mike. If we feel it's not safe, he can make

4   that decision whether to move them. We bring it

5   to their attention and vice versa. If they see

6   something that they don't feel safe, they bring

7   it to our attention for one of our folks.

8   **Q.** Have you ever had an impasse in determining

9   who needs to be where?

10  **A.** Typically, no.

11  **Q.** Has it happened before?

12  **A.** Not that I recall.

13  **Q.** Okay. Aside from where people stand in the

14  track, anything else that you typically meet

15  with Feld during race day?

16  **A.** That we meet with who?

17  **Q.** Sorry. With AMA during race day?

18  **A.** No, not typically. If they're going to

19  impose a penalty of some sort, they normally

20  tell us about it. Those are the things that

42

1   come to mind.

2   **Q.** What type of penalties do you mean?

3   **A.** If there's an on-track racing incident,

4   they'll let us know that X rider will be

5   getting a penalty so that we're aware.

6   **Q.** Okay. Who determines when the race is going

7   to be starting? Who shoots the gun for it to

8   start?

9   **A.** The AMA is responsible.

10  **Q.** Okay. Can you tell me a list of what the AMA

11  is responsible for during race day?

12  **A.** They work with the riders to ensure rule

13  enforcement. They work with the teams in the

14  same manner. They're responsible for race track

15  operations. So your earlier point starting the

16  race, they do the finish line, flagging,

17  monitoring. They basically run what's happening

18  on the racetrack.

19  **Q.** Okay. And what is Feld responsible for on

20  race day, aside from those things that you just

43

1  mentioned that AMA is responsible for?

2  **A.** We're responsible for the show content with

3  the fans season side of the bowl, up on the

4  Diamond Visions, OED boards, things like that.

5  As I mentioned earlier, the yellow caution

6  flaggers working with the venue to ensure

7  smooth ingress/egress of the motorcycles to and

8  from the Fan Fest, the paddock area to the

9  stadium floor, Fan Fest itself. We work closely

10 with the venue on van Ingress/egress.

11 **Q.** Okay. Who's responsible for overseeing the

12 medical team that is going to be present at the

13 event?

14 **A.** The medical team is responsible for their

15 own folks.

16 **Q.** Okay. But Feld contracts the medical team

17 that is going to be present?

18 **A.** Feld contracts with the Medic Rig to provide

19 the medical staff, and we work through the

20 venue to provide them with the local ambulance

44

1   service per their specifications.

2   **Q.** Okay. Do you oversee or collaborate with the

3   Alpinestars medical teams that are contracted

4   for the events?

5   **A.** I do not oversee them. I do work with them

6   in a similar fashion to the way that we do with

7   the AMA, mostly logistics. They have a rig as

8   well. We work with the venues to get them their

9   ALS units. So we ensure that handoff and timing

10  is appropriate for their needs. And as I

11  mentioned before, if we feel that they're in

12  the wrong place, we'll have that conversation

13  and vice versa and they do the same for us.

14  **Q.** Okay. You mentioned something about units

15  that I didn't quite catch. What did you mention

16  about the units?

17  **A.** We order the ALS ambulance units through the

18  stadium. The medic group tells us the times

19  they need them. We order them from the stadium

20  and then we just ensure that they arrive on

1  time.

2  **Q.** Okay.

3  **A.** From that point, they're handed over to the

4  Medic Rig and they work with them throughout

5  the day.

6  **Q.** What is the ALS?

7  **A.** ALS stands for Advanced Life Support.

8  They're paramedics.

9  **Q.** Well, I see.

10  **A.** Yeah.

11  **Q.** Okay. So basically Feld coordinates to get

12  the ambulances, the medical team at the event,

13  and then putting them in contact so they can

14  work together as well in case that they need

15  to, correct?

16  **A.** Correct.

17  **Q.** Okay. I'm going to show you a document now.

18  I'm going to share the screen. This was a

19  document that was previously marked as Exhibit

20  12. It's the AMA Rule Book, okay?

1  **MS. JANKOWSKI:** And for clarity of the record, I

2  believe that we had some overlapping numbers in

3  the lower regions. Will you specify what

4  deposition it was marked as Exhibit 12, just so

5  that we're all on the same page. Thank you.

6  **MR. RAMOS:** Sure. I think they have been marked.

7  Correct me if I'm wrong. But I think they have

8  just been marked continuously at deposition of

9  the deposition.

10  **MS. JANKOWSKI:** They were marked consecutively

11  from Dr. Bodner's deposition, but the prior

12  depositions that were taken, there were

13  overlapping numbers for the first 4

14  depositions. So just to make sure that we are

15  clear on what they were marked, I think up

16  through the teams, there are some overlap.

17  **MR. SCHWEIKERT:** Yeah. Hi, this is Mark

18  Schweikert. I believe the Rule Book was Dr.

19  Bodner. That was when we started the

20  consecutive numbering.

47

1    **MS. JANKOWSKI:** Thank you.

2    **BY MR. RAMOS:**

3    **Q.** Perfect. Thank you, Mark. In any event, this

4    is Bates stamp as well as AMA 393. Have you

5    seen this document before Mr. Muye?

6    **A.** Yes.

7    **Q.** Why have you seen it before? What do you do

8    with it?

9    **A.** It is good to know the different rules that

10   are in place. We work with our broadcast team

11   and the in-house team to keep the fans informed

12   as to what's happening. For example, a restart

13   procedure that takes place, we'll need to be

14   able to accurately inform the fans on how it

15   works.

16   **Q.** Okay. We'll come back to the broadcast issue

17   that you just mentioned. I'm going to go here

18   to page 62, something I want to do, want to

19   pick your brain on, okay? So, 62.

20   **MR. MUYE:** Excuse me real quick.

1  **MS. JANKOWSKI:** It's okay. It's very small on

2  our screen.

3  **MR. RAMOS:** Let me see if I can...

4  **MS. JANKOWSKI:** Yeah.

5  **MR. RAMOS:** You see better now?

6  **MR. MUYE:** Much better, yes. Thank you.

7  **Q.** Okay. Perfect. So I'm in page 61, 62. So

8  we're on page 62 of the AMA Supercross Rule

9  Book. And here's a section that talks about

10 event management, right? It says, "The event

11 management is composed of 3 officials, one, AMA

12 delegate, two, race director, three,

13 representative of the championship promoter."

14 Could you explain to me a little bit more about

15 what's the event management?

16 **A.** So that would be the AMA delegate. I believe

17 in 2020 would've been Mike Pelletier, race

18 director would've been John Gallagher and

19 myself representing the championship promoter.

20 **Q.** Okay. But could you tell me a little bit

49

1    more about what the event management is? What

2    the event management team is?

3    **A.** I don't know how exactly to answer that, but

4    I referenced who the folks are.

5    **Q.** Okay. So I just want to understand how these

6    3 parties meet, make decisions, what they are

7    responsible for, and what's the general idea

8    behind having an event management team?

9    **A.** I see. The idea is, as I mentioned before,

10   it's our responsibility to ensure that the

11   venue has, let's say, the tunnels open and

12   security personnel in place to get the

13   motorcycles from the Fan Fest area to the

14   stadium floor. If that's not happening, this is

15   the group that would discuss problem at hand,

16   and then in that scenario, I would talk with

17   the venue on how to fix it.

18   **Q.** Okay. Let's go here to Section E. Basically

19   discuss the authority and duties of the event

20   management team include, but are not limited

50

1  to, one, to ensure the smooth and efficient

2  running of the event. Two, to make

3  recommendations to race direction, to improve

4  the smooth and efficient running of the event.

5  And three, to bring to the attention of race

6  direction any matter that is in contradiction

7  to the regulations. Do you see that?

8  **A.** Yes.

9  **Q.** Okay. Could you just explain to us a little

10 bit what would be, "A smooth and efficient

11 running of the event?"

12 **A.** There's a lot of different components of an

13 event, but a smooth and efficient running in my

14 eyes is logistically and operationally, it

15 performs as anticipated as planned.

16 **Q.** Okay. And what does, as planned, mean when

17 you explain that?

18 **A.** If we have a plan, I'll use the same example

19 that I did before. If we had a plan to get

20 motorcycles through the tunnel from the Fan

51

1  Fest to the floor, and for whatever reason that

2  wasn't happening, tunnel was closed, any number

3  of things, that would be not running smoothly.

4  **Q.** Okay. Does that also entail the broadcasting

5  of the event?

6  **A.** Typically with the group, this event

7  management group, as it's mentioned, it would

8  not be involved in discussions around

9  broadcast.

10 **Q.** Okay. But for Feld, does the broadcasting

11 starting on time and ending on time, is that

12 ensuring a smooth and efficient running of the

13 event from your perspective?

14 **MS. JANKOWSKI:** Objection to form. You can

15 answer.

16 **BY MR. RAMOS:**

17 **A.** Yes. We try to run on the scheduled times.

18 **Q.** Okay. What happens if you run over the time

19 that you have for the broadcast?

20 **A.** We have various different ways to adjust the

1    time. So there's intermissions and track

2    maintenances and things that are built in to

3    the overall run of show that can be adjusted to

4    not run over time. If we do run over time, it's

5    really not an issue as we'll just adjust the

6    remaining parts of the show.

7    **MR. RAMOS:** Okay. Ms. Jankowski, I think your

8    camera went out, just FYI.

9    **MS. JANKOWSKI:** It did?

10   **MR. RAMOS:** Yeah, I think so.

11   **MS. SPRADLIN:** I can still see her.

12   **MR. RAMOS:** Oh, you do?

13   **MS. JANKOWSKI:** Yeah. I was going to say I see

14   myself.

15   **MR. RAMOS:** Okay. I don't know if I have...

16   **MS. JANKOWSKI:** It may be that you're probably

17   seeing 2 things. JC one is Gretchen Jankowski,

18   which is our audio that you're hearing in this

19   conference room. And then there's also video.

20   **MR. RAMOS:** You are exactly right. Yeah.

1  **MS. JANKOWSKI:** When I'm talking or he's

2  talking, you're not going to see me because

3  that's the...

4  **MR. RAMOS:** I got you. You're exactly right.

5  That's why I brought it up. Because I was

6  seeing you before and now I didn't. Okay.

7  Noted.

8  **BY MR. RAMOS:**

9  **Q.** All right. Mr. Muye, it's also here that

10 it's important to make recommendations to race

11 direction to improve the smooth and efficient

12 running of the event. What type of

13 recommendations will be made to the race

14 director?

15 **MS. JANKOWSKI:** Objection to form. You can

16 answer. Go ahead.

17 **BY MR. RAMOS:**

18 **A.** I hate to keep using the same example, but

19 that's an example that does actually happen

20 often in the sense of getting motorcycles down

54

1  to the floor. I don't know if that answers your

2  question.

3  **Q.** I'm just trying to understand a little bit

4  more about how's the exchange between this

5  team, right? And how do things established in

6  the AMA Supercross Rule Book basically are put

7  into practice. That's some context on the

8  questions that I'm making here. Because, for

9  example, the next one says, "To bring to the

10  attention of race direction, any matter that is

11  in contradiction to the regulations." What

12  regulations are we talking about here?

13  **A.** Really any regulation that is in this Rule

14  Book. Some venues have specific rules that we

15  have to abide by. Those are various, yeah. So

16  what you see in here plus again, there's things

17  that are added at each individual venue because

18  each individual venue is unique.

19  **Q.** Could you give me some examples of

20  conditions that the venue has imposed?

1    **A.** So I guess an example could be if riders are

2    not allowed to ride through the fans in the Fan

3    Fest area, while it's open to the public. At

4    times they do, at which point we would have to

5    then speak with AMA and let them know that one

6    of the riders has broken the Fan Fest

7    regulations. And they would manage it from that

8    point.

9    **Q.** Okay. Any other situations?

10   **A.** I would say that that's probably a pretty

11   good scenario that could happen.

12   **Q.** How do you guys communicate during this

13   time?

14   **A.** Usually phone call or in person.

15   **Q.** Okay. Do you guys use headsets?

16   **A.** We do not communicate with each other on

17   headsets, no.

18   **Q.** But you use them?

19   **A.** Yes.

20   **Q.** Okay. What is the purpose of the headsets?

56

1    **A.** Each individual team speaks with their teams

2    on the headsets. So AMA has theirs and Feld has

3    theirs.

4    **Q.** Okay. We'll come back to that. Who was the

5    race direction team at the 2020 Tampa

6    Supercross?

7    **A.** I don't recall.

8    **Q.** But you know that the director was

9    Gallagher, right?

10   **A.** The race director was Gallagher. I believe

11   there was an AMA, maybe an AMA or 2 AMA

12   delegates that were on it and unfortunately

13   don't recall exactly how it was structured in

14   2020.

15   **Q.** Okay. Let's go now to page 61 here. There's

16   another thing that I wanted to ask you about.

17   This is section one, P1. All right. So this is

18   what we were just talking about, the race

19   direction. Says, "It's composed of three

20   officials, the AMA delegate, race director,

1  clerk of course." Who are these 3 people?

2  **A.** They are AMA representatives.

3  **Q.** Okay. Who were these 3 officials at the 2020

4  Tampa Supercross event?

5  **A.** I know that the race director was John

6  Gallagher. Beyond that, I would be speculating.

7  **Q.** Do these officials change from race to race?

8  **A.** Typically, they're the same.

9  **Q.** Okay. Do you remember who was the AMA

10  delegate for this type of race during the year

11  2020?

12  **A.** I can give you approximate or but again, it

13  was 5 years ago. I don't recall exactly who was

14  in what positions.

15  **Q.** Okay. Approximate is fine.

16  **A.** I believe that Mike Pelletier was the AMA

17  delegate and I believe that Jeff Canfield was

18  the clerk of course.

19  **Q.** Okay. What are the responsibilities of each

20  of these 3 officials?

58

1  **A.** They collectively as race direction, you

2  mean?

3  **Q.** No, I mean, what does the AMA delegate do

4  first?

5  **A.** That I could not answer.

6  **Q.** And the clerk of the course?

7  **A.** Do not answer that either.

8  **Q.** Do you know in general, more or less, what

9  are the responsibilities that they had?

10 **A.** I do not.

11 **Q.** Okay. When you communicate with the race

12 direction team, who do you typically

13 communicate with?

14 **A.** I would typically communicate with the race

15 director.

16 **Q.** Okay. And that was the case on the 2020

17 Tampa Supercross event?

18 **A.** Yes.

19 **Q.** Okay. Here on Section F4 says, "The

20 authority and duties of race direction include,

1    but are not limited to, make recommendations to

2    the organizers to ensure the smooth and

3    efficient running of the event." From their

4    perspective, do you think there's any

5    difference from what you explained previously

6    about the smooth and efficient running of the

7    event?

8    **MS. JANKOWSKI:** Objection to form.

9    **BY MR. RAMOS:**

10   **A.** I think as I explained it before, pretty

11   much sums that up. They make recommendations to

12   us on adjustments that need to be made to

13   ensure the smooth running of the operations on

14   the racetrack.

15   **Q.** Okay. Does the race direction team or the

16   race director make recommendations to Feld in

17   terms of the running of the event?

18   **A.** I think so, yes. They would make

19   recommendations on various different topics.

20   **Q.** Could you give me some examples?

60

1  **A.** Yeah. I think the topic that I mentioned

2  before about access to and from the floor also

3  plays here. Riders need restrooms in the

4  tunnel. They'll make a recommendation. If

5  there's not one readily available built into

6  the stadium, we bring some of the portable

7  restrooms in, things like that.

8  **Q.** Okay. Let me give you an example. If a red

9  flag is thrown right by the AMA, would that

10 trigger a recommendation from the race

11 direction team to Feld, in terms of how to

12 handle the situation?

13 **A.** No. If a red flag is thrown, it's witnessed

14 by everybody that's responsible for the running

15 of the event and our teams would adjust

16 accordingly.

17 **Q.** Okay. And when you say, adjust accordingly,

18 what do you mean by that?

19 **A.** If the red flag is thrown during practice or

20 race or what have you, as I mentioned earlier,

61

1  that will have us begin to start educating the

2  fans on what would happen next in terms of a

3  restart.

4  **Q.** Okay. So, walk me through an event in which

5  a red flag is thrown by the AMA. What do you

6  Feld do at that time?

7  **A.** So the red flag is thrown, Feld typically

8  would educate fans, "Okay, the red flag is

9  thrown. There's this much of the race left,

10  which means they're going to do, for example, a

11  staggered restart instead of a full restart

12  where they all wind back up on the starting

13  gate." The AMA race official will wave the

14  green flag and they take off from there.

15  **Q.** Okay. You mentioned staggered restart and

16  something else, and the full restart, was it?

17  **A.** Yeah. So during a race, like a heat race or

18  a main event, if there's, I believe it's 3 laps

19  into the race. There's a different type of

20  restart process where they stagger themselves

1  all the way across the start line, so that they

2  start in the order that they were in before the

3  red flag was thrown.

4  **Q.** Okay. And could you explain what triggers

5  starting a staggering or full?

6  **A.** It's detailed in their Rule Book. I believe

7  it's 3 laps into a race, and that triggers the

8  staggered restart. And just to clarify, that's

9  predominantly why we referenced the Rule Book

10 as to have an understanding of that, to build

11 graphics and information for fans to understand

12 it.

13 **Q.** Okay. Is it different for a race or a

14 practice session? The restart after a red flag?

15 **A.** Yes.

16 **Q.** What's the difference?

17 **A.** During a practice or qualifying session,

18 they all return back to in front of the start

19 gate. Once it's cleared to resume, they all

20 take off individually.

63

**Q.** Okay. So in a practice session, basically

every time that there's a red flag, everybody

restarts the race?

**A.** Yes. So they'll pause the official clock,

the countdown clock and they'll wait at the

front of the starting gate. Once the track is

clear, an AMA Ref will point each individual

rider and say, "You can go," as the clock

resumes.

**Q.** Okay. Is Feld responsible for the systems

that announce these things to the public when a

red flag is thrown, for example?

**A.** Yes.

**Q.** Yes. Okay. What is their responsibility as

to them?

**A.** During that downtime, we'll typically, we

will play graphics and have the hosts speak to

it. That will last a certain amount of time.

Then we might go to a commercial break, come

out of a commercial break into an explanation

64

1  again on what's happening, what they can expect

2  to see, if long enough, going to another

3  commercial break and coming back out and

4  essentially repeat that same process.

5  **Q.** Okay. How does the broadcast company know

6  when to go to commercials or to keep filming at

7  the stadium?

8  **A.** We have what's called Red Hat and that

9  person communicates when they'll start the race

10 back up.

11 **Q.** A Red Hat, you said?

12 **A.** Yeah. That's the industry term of it. It's a

13 person who's monitoring the situation and then

14 estimates the time of start, so that the

15 producers know when to be out of commercial

16 break and ready for the gate to drop.

17 **Q.** I'm sorry, go ahead.

18 **A.** During the practice and qualifying sessions,

19 it's a bit different because we're not always

20 filming. So the AMA just starts and gets going.

1  **Q.** Is this a Feld employee, the one that throws

2  the Red Hat?

3  **MS. JANKOWSKI:** Objection to form. Go ahead.

4  **A.** It is a AMA employee.

5  **Q.** AMA employee?

6  **A.** Yes.

7  **Q.** Do you know who was the person responsible

8  for the Red Hat at the 2020 Tampa of Supercross

9  event?

10  **A.** Jeff Canfield.

11  **Q.** Jeff Canfield as well. Do you know how that

12  person makes the determination?

13  **A.** They're in communication with the race

14  director on the floor.

15  **Q.** Okay. Do they consult this with Feld as

16  well?

17  **A.** When they're going to restart the race?

18  **Q.** Whether or not a Red Hat is going to be

19  thrown.

20  **MS. JANKOWSKI:** Objection to form.

1    BY MR. RAMOS:

2    **A.** Can you say that again, whether or not a

3    what's going to be thrown?

4    **Q.** The Red Hat. Whether or not the Red Hat is

5    going to be thrown, is that discussed with

6    Feld?

7    **MS. JANKOWSKI:** Objection to form.

8    **BY ATTORNEY RAMOS:**

9    **A.** A Red Hat is not thrown.

10   **Q.** Okay, so explain to me. You mentioned the

11   Red Hat, right? I'm trying to make sure that I

12   understand this correctly. There's a person

13   from the AMA that they raise a Red Hat, I

14   guess, to let the broadcast team know to go to

15   commercial because this is going to take longer

16   than expected?

17   **MS. JANKOWSKI:** Objection to form. Go ahead.

18   **BY ATTORNEY RAMOS:**

19   **A.** A Red Hat is just a kind of a position. So,

20   they're on radio with the race director. The

67

1  race director says, "We have a red flag. We

2  have them lined up. We're ready to start when

3  you are." The Red Hat's responsibility is to

4  say, "Okay, TV is ready and the live event is

5  ready to start in 3 to 5 minutes. We'll let you

6  know." And then, once TV or the live event

7  comes out of their commercial break, he will

8  then radio us down to the floor and says,

9  "Okay, go ahead and restart."

10 **Q.** Okay. Is Feld involved at all in those

11 communications?

12 **A.** Only on the broadcast side and on the live

13 events side, on when to restart and be ready to

14 film the practice sessions.

15 **Q.** Okay, so explain to me a little bit what the

16 broadcast side means in that sense.

17 **A.** That would be during the night show. The

18 races, the events, are broadcast on— I believe

19 at that time it was Peacock, but I don't recall

20 exactly.

1  **Q.** Okay. So, the Red Hat person is in

2  communication with the race director, right? As

3  to the red flag that was thrown?

4  **A.** Yeah.

5  **Q.** Does the Red Hat communicate to Feld the

6  amount of time that they need to resolve the

7  situation?

8  **A.** They communicate the amount of time that it

9  will take after the track is clear for them to

10 have the bikes reset and ready to go.

11 **Q.** Okay, so is it your testimony that they are

12 the one, the AMA and the Red Hat person are the

13 people that communicate to the broadcast that

14 we need X amount of time to continue the

15 broadcasting?

16 **A.** The AMA tells us how long the red flag will

17 be displayed before they are ready to start

18 motorcycles.

19 **Q.** Okay. And then Feld is responsible to advise

20 the broadcast system of the amount of time that

1  they need to deal with the red flag situation.

2  **A.** Feld fills the time based on what's being

3  told to them is needed.

4  **Q.** What do you mean by fills the time?

5  **A.** If they say it's going to be 7 minutes until

6  they're ready to restart the race, reverting

7  back to explain what we'll do. Feld will teach

8  the fans what they're going to see next, how

9  the restart works, all those things. They'll

10  plug in commercial spots and fill the time.

11  **Q.** Okay. But to do the commercials and

12  everything else, you need to communicate with

13  the broadcasting system, correct?

14  **A.** Yes.

15  **Q.** Okay.

16  **A.** That's what the Red Hat does.

17  **Q.** Okay. So, once Feld becomes aware of how

18  much time the Red Hat believes the red flag

19  will be resolved in, Feld determines how to

20  fill in the time and lets the broadcasting

1  system know so they can run commercials or

2  whatever it is they need to do in order to

3  continue the broadcast, correct?

4  **MS. JANKOWSKI:** Objection to form. Go ahead.

5  **BY ATTORNEY RAMOS:**

6  **A.** Yes.

7  **Q.** Okay. Can people watch live the practice

8  sessions, from a broadcasting system?

9  **A.** No.

10 **Q.** Are those recorded?

11 **A.** Not for broadcast, no.

12 **Q.** Okay, so who records them?

13 **A.** At times, the venue will.

14 **Q.** Okay. Is the broadcast insistent that people

15 present at the stadium, typically during

16 practice sessions or qualified sessions?

17 **A.** The broadcast, what?

18 **Q.** Is the broadcast team present at the stadium

19 while the practice and qualified sessions are

20 in place?

1    **A.** I am not 100% sure on their schedule. I do

2    believe that they are on grounds at the

3    stadium, doing meetings. They normally start

4    much later in the day than we typically would.

5    **Q.** Okay. So, when you arrive in the morning to

6    the stadium, typically the broadcasting team is

7    not there yet?

8    **A.** Correct?

9    **Q.** And they arrive later in the day, more or

10   less at what time?

11   **A.** I don't know their specific schedule, but

12   typically, it seems to be late morning.

13   **Q.** Okay. So typically, before the practice

14   session starts, correct?

15   **A.** Yes.

16   **Q.** Okay. I'm going to stop sharing this

17   document. I'm going to move now, going to show

18   you another document. This was marked already

19   as Exhibit 22. I'm going to share it here.

20   **MS. JANKOWSKI:** Are you okay, Mike?

72

1    **MR. MUYE:** Yeah.

2    **MS. JANKOWSKI:** Or you need a break?[?]

3    **MR. MUYE:** No.

4    **MS. JANKOWSKI:** Okay. All right.

5    **BY MR. RAMOS:**

6    **Q.** If you need a break, just let me know, okay?

7    This is the Monster Energy Supercross 2020

8    technical rider. Okay? This is based-stamp-,

9    this was produced by Feld, and it's base-

10   stamped as FMS Inc, 714-735. Are you familiar

11   with this document?

12   **A.** Yes.

13   **Q.** Okay, why?

14   **A.** My team puts that together.

15   **Q.** Okay. And puts it together for what purpose?

16   **A.** It's the specifications of running the event

17   that we provide to the venues.

18   **Q.** Okay, so this is a document that you provide

19   to the venue itself?

20   **A.** Yes.

73

1   **Q.** Do you provide it to anyone else?

2   **A.** It goes to a large number of people on our

3   team as well as the venue. But no, not

4   necessarily.

5   **Q.** Do you share this with the AMA, for example?

6   **A.** No.

7   **Q.** Do you share with the medical units?

8   **A.** No.

9   **Q.** Okay. Going to go here. Well, page two, we

10  have here that you are the Senior Director of

11  Supercross, Mike Muye. And this is for the

12  record, particularly for the Tampa event on

13  February 15, 2020. Okay. So, I'm going to go

14  now. Is this your email, Mike,

15  mmuye@feldinc.com?

16  **A.** Yes.

17  **Q.** Okay.

18  **MS. JANKOWSKI:** I'm just noting for the record

19  that this is a document that was produced by

20  FMS. It's designated as confidential and,

74

1  depending, may be designated after this

2  deposition, portions of this deposition, either

3  as confidential or highly confidential,

4  depending on what you ask.

5  **MR. RAMOS:** Okay, noted.

6  **BY MR. RAMOS:**

7  **Q.** I'm going to go here to page... Is that 23?

8  All right, so this is page 11. This is FMS Inc.

9  724. And here, we talk about the operational

10 booths. Could you explain to me what those are?

11 **A.** They're small booths in almost every stadium

12 that have connectivity points, and that's where

13 the majority of the show management works from.

14 **Q.** Is this typically at the track level?

15 **A.** It would be on the press level, which is

16 normally like the 300 level of a stadium.

17 **Q.** Okay. So, I'm interested here in the race

18 command. Here, it says, room 8. Is the race

19 command booth located at, typically, the level

20 300 suites you mentioned?

1   **A.** Yes.

2   **Q.** Okay. And who is present, typically, at the

3   race command booth?

4   **A.** Typically, a position that we call the Eye

5   in the Sky.

6   **Q.** Eye in the Sky?

7   **A.** Yes.

8   **Q.** Can you explain what that means?

9   **A.** It's a person that overwatches our flagger

10  or our track runners.

11  **Q.** Okay. And was this the case for the 2020

12  Tampa Supercross?

13  **A.** Yes.

14  **Q.** Okay. And who was the Eye in the Sky?

15  **A.** I think his name is Jim Perry.

16  **Q.** Jim, what? Sorry.

17  **A.** Perry.

18  **Q.** Okay. Is Jim Perry a Feld employee?

19  **A.** Yes.

20  **Q.** Okay. Who else was in that race command

1    booth on that date?

2    **A.** That would be him.

3    **Q.** So, only one person is the Eye in the Sky?

4    **A.** Yes.

5    **Q.** Okay. And what are the responsibilities of

6    that person?

7    **A.** They oversee and direct our track runners,

8    and they ensure the safety guidelines are being

9    followed by photographers, videographers, and

10   ancillary people that work on the track and

11   around the track.

12   **Q.** And how do they communicate? How do they

13   command the track?

14   **A.** Our track runners, for example, if there's a

15   photographer standing in an area that they're

16   not permitted to stand in, he radios to one of

17   our track runners and tells that photographer

18   they have to move into what we call a green

19   zone, where it's safer for that person.

20   Additionally, the track runner's responsibility

1   is, in the event of an incident, to pick up a

2   motorcycle and place a tough block in front of

3   a downed athlete, and he directs them on where

4   to go. If there's an incident and one of those

5   track runners doesn't see it, he says, "Go to

6   the monster bowl turn," for example.

7   **Q.** Okay. What is a track runner, specifically?

8   **A.** That's the explanation that I just gave of

9   their duties.

10  **Q.** Okay. As an Eye in the Sky, was Jim Perry

11  involved in coordinating a response to Brian's

12  crash?

13  **A.** Repeat that again?

14  **Q.** As an Eye in the Sky, was Jim Perry involved

15  in coordinating a response to Brian's crash?

16  **A.** Yes.

17  **Q.** Okay, how so?

18  **A.** One of our track runners picked up the

19  motorcycle and placed it between oncoming

20  traffic, incoming bikes, and Brian. Another one

78

1  of our track runners placed a tough block 2

2  jumps ahead. They additionally wear bright

3  green gloves that point the oncoming riders in

4  the direction that they want them to go, away

5  from the incident.

6  **Q.** Okay. What about the flagging decision? Was

7  he coordinating with the race director?

8  **A.** No.

9  **Q.** Okay. So, the Eye in the Sky solely

10 communicates with Feld employees. Is that your

11 testimony?

12 **A.** Yes.

13 **Q.** Okay. How many track runners does Feld have?

14 **A.** Varies based on track size, but it's between

15 6 and 10.

16 **Q.** Okay. How do they communicate with the Eye

17 in the Sky?

18 **A.** Via two-way headset.

19 **Q.** Okay. Are those communications saved,

20 anyhow, by Feld? Or storage?

1  **A.** Safe?

2  **MS. JANKOWSKI:** Safe, what?

3  **MR. RAMOS:** Yeah. Does Feld maintain copies of

4  the conversations that are heard through the

5  headsets?

6  **MS. JANKOWSKI:** You're saying saved.

7  **MR. MUYE:** Oh, I got it.

8  **MS. JANKOWSKI:** Yeah.

9  **BY MR. RAMOS:**

10  **A.** No. We do not.

11  **Q.** Okay. So, they're not recorded at any point?

12  **A.** No.

13  **Q.** Okay. Is the Eye in the Sky in communication

14  with the medical team?

15  **A.** No.

16  **Q.** Okay. So, they make the determination solely

17  based on what they're seeing. They tell the

18  track runners, "Put this block here, put this

19  motorcycle there." That's the extent of what

20  the race command does?

80

1  **A.** Yes.

2  **Q.** Okay. I'm going to go to page 15 now for a

3  second. To the section that says, staffing,

4  right? It says here, "Competitor EMTs and

5  paramedics are dedicated solely to the floor.

6  If an incident occurs, there must be an

7  incident report filed. We will need a copy of

8  the stadium's incident report." To be clear,

9  floor here means the track area of the stadium?

10  **A.** Yes.

11  **Q.** Okay. And here, when it says, "If an

12  incident occurs, there must be an incident

13  report filed." Who files that report?

14  **A.** It's a request of the EMTs and paramedics to

15  fill it out due to HIPAA. Very rarely do they

16  ever do that.

17  **Q.** Okay. Do you know if an incident report was

18  issued to you for Brian?

19  **A.** I don't recall. I don't believe so.

20  **Q.** Okay. You mentioned that typically they

81

1  don't do it. Could you explain a little bit

2  more why?

3  **A.** Due to HIPAA. So, most EMTs and paramedics

4  won't provide any information to any third

5  parties due to HIPAA.

6  **Q.** Okay. But given that it was such a serious

7  crash, wouldn't you want an incident report on

8  that?

9  **A.** That is the responsibility of the Medic Rig.

10  **Q.** Okay. What information does the incident

11  form ask for the person to file it?

12  **MS. JANKOWSKI:** Objection to form. You can

13  answer.

14  **BY MR. RAMOS:**

15  **A.** Typically, it would be information such as

16  the crash, how it happened, time of the

17  incident, any extenuating circumstances.

18  **Q.** Okay. So, why does HIPAA come into play if

19  we're only talking about a report of the

20  incident of the crash itself?

82

1   **A.** It would reference an individual's name.

2   Therefore, EMTs and paramedics don't provide

3   anything.

4   **Q.** Okay. So, your testimony is basically that

5   when a crash occurs, no incident report is

6   prepared by anyone at Feld, noting that it

7   happened at the time that it happened, any

8   actions that were taken?

9   **A.** Nothing is produced by Feld. No.

10  **Q.** Does anybody else produce any sort of

11  report?

12  **A.** I know that the Mobile Medical Unit does

13  have some reports. All that we get is what's

14  called a fall-down report, and it just

15  references that an athlete went down, how they

16  went down, in reference to whether it was an

17  endo, a tip-over, high-side, or low-side. I

18  forget what else is on there, but that's the

19  extent of what Feld receives from the AMA,

20  actually, on that one. We get no information

1   from the Mobile Medical Unit.

2   **Q.** So, your testimony today is that even though

3   it says that there must be an incident report

4   filed, usually there never is?

5   **A.** That is correct.

6   **Q.** Okay, so you have literally no way of having

7   a report on any accident that happened at any

8   crash, during a Supercross event?

9   **A.** That is correct. Yes.

10  **Q.** Does Feld take-

11  **A.** Aside from that fall-down report I mentioned

12  earlier.

13  **Q.** Okay. What is the purpose of the fall-down

14  report?

15  **A.** We provide that to secondary insurance so

16  that they're aware that a situation took place.

17  **Q.** But that's all the report is going to

18  contain, just that the crash occurred?

19  **A.** Correct.

20  **Q.** Okay.

84

**A.** I will clarify that they do put on that report whether there was a transport to a local hospital or not.

**Q.** Okay. Is it the fall-down report?

**A.** Yeah, it's called a fall-down report.

**Q.** Okay. I'm going to stop sharing this document now. Is that report filed with the stadium?

**A.** Not to my knowledge, no.

**Q.** Okay. Do you know if the stadium prepares its own incident report of any crashes or accidents that happen during the race?

**A.** To my knowledge, not typically for an athlete. What they do file a report for, and they won't always provide them, is patron issues or incidents.

**Q.** Okay. Let's talk now about the medical personnel. You mentioned that the Medic Rig works at the Supercross events. How are the medical personnel for Supercross events

85

1  selected and contracted?

2  **MS. JANKOWSKI:** Objection to form. Go ahead.

3  **BY MR. RAMOS:**

4  **A.** I don't know how the medical personnel are

5  selected or contracted. I know that we have a

6  contractual relationship with the Medic Rig,

7  which requires that they are responsible for

8  that.

9  **Q.** Okay. What internal policies or guidelines

10  does Feld have in place to govern emergency

11  responses during events?

12  **MS. JANKOWSKI:** Objection to form. Go ahead.

13  **BY MR. RAMOS:**

14  **A.** We have what's called an Emergency Executive

15  in Charge policy, which effectively is a form

16  of communication so that we can communicate

17  clearly and concisely with the venue or local

18  authorities.

19  **Q.** What's the name of the document, again?

20  **A.** It's called an Emergency Executive in Charge

86

1  policy, EEIC.

2  **Q.** Okay. And what does it contain?

3  **A.** Who the Feld designee would be for

4  communication, direct to venue personnel, law

5  enforcement, public media, public relations.

6  It's a form of clear and concise communication.

7  **Q.** Okay. And this is shared with the stadium,

8  and who else?

9  **A.** It's shared with the stadium, yes.

10  **Q.** Anybody else?

11  **A.** It's widely shared across the entire

12  industry.

13  **Q.** What do you mean by industry?

14  **A.** Race teams, AMA, Alpinestars, broadcast

15  contractors. That's what we collectively refer

16  to as the industry.

17  **Q.** So, what would that document say in case of

18  an accident, such as Brian's?

19  **A.** It would guideline us any communication

20  flows to and from the venue, or various other

87

1  entities, such as media, etc.

2  **Q.** Okay, so what's the way of communication

3  after something like this happens between Feld

4  and the venue, for example?

5  **A.** A phone call, typically, explaining the

6  situation at hand. Beyond that, that's about

7  it.

8  **Q.** Okay. I have a brief clarification of

9  something we were talking about before. Was the

10  Eye in the Sky referred to as a track safety

11  supervisor in 2020?

12  **A.** I don't know for sure. Typically, it's

13  referred to as Eye in the Sky. I think maybe

14  some people utilize different terms.

15  **Q.** All right, so coming back to the policies

16  that you guys have, how is the flow of

17  communication after an incident between the

18  medical team and Feld?

19  **A.** Typically, non-existent between the medical

20  team and Feld. Most times, we'd be notified by

88

1   the AMA that an incident had happened. The

2   doctors, again, citing HIPAA, are challenged to

3   provide much information. A lot of the

4   information that we received would come from a

5   race team or family member of an injured

6   athlete.

7   **Q.** Okay. So aside from the communication aspect

8   of it, does Feld have any policies governing

9   the actions of contracted medical personnel?

10  **A.** Not that I'm aware of.

11  **Q.** Okay. Is there anyone from Feld that

12  supervises the medical personnel's actions

13  during events?

14  **A.** No.

15  **Q.** Does Feld pay the medical personnel

16  directly?

17  **A.** We do not.

18  **Q.** Does Feld facilitate travel arrangements for

19  the medical personnel?

20  **A.** We do not.

89

1  **Q.** How does Feld ensure that the medical

2  personnel that's going to work at an event is

3  qualified and properly trained to provide that

4  service?

5  **A.** As part of our contractual relationship, we

6  rely on the Medic Unit to ensure that all

7  guidelines are met. And I do want to back up

8  for a second. I believe, in 2020, because we

9  got better hotel rates, we provided hotel

10 discounts to the Medic Rig.

11 **Q.** Okay. So, coming back to your answer, you

12 have a contract with the Medic Rig that states

13 that people are going to work, they're

14 qualified, right? To provide that service.

15 **A.** Yes.

16 **MS. JANKOWSKI:** Objection to form.

17 **BY MR. RAMOS:**

18 **Q.** Does Feld have any type of policy stating

19 that the medical personnel must have a minimal

20 qualification to be able to work at their

90

1   events?

2   **A.** Without directly referencing what the

3   contract says, as I can't recall it, I believe

4   that there is some language that specifies

5   what's required, but we don't have a policy

6   that gives the specifics.

7   **Q.** What about volunteers? How does Feld

8   maintain control over their actions?

9   **MS. JANKOWSKI:** Objection to form.

10  **BY MR. RAMOS:**

11  **A.** Feld does not have volunteers.

12  **Q.** Okay. So, every person that works for Feld

13  at an event is an employee or independent

14  contractor of Feld?

15  **MS. JANKOWSKI:** Objection to form. Go ahead, you

16  can answer.

17  **BY MR. RAMOS:**

18  **A.** Correct.

19  **Q.** Okay. I'm going to show you now a document.

20  This is a new document, so I'm going to mark it

1  as Exhibit 50. And Mark, correct me if I'm

2  wrong, but I think that's the next exhibit

3  number.

4  **MR. SCHWEIKERT:** Okay. And whenever we're

5  switching topics here, can we just take a quick

6  break?

7  **MR. RAMOS:** Oh, let's take it now.

8  **MR. SCHWEIKERT:** Yeah? Okay.

9  **MR. RAMOS:** Yeah. Let's take it now. No problem.

10 Actually, I have a bit to go through. In terms

11 of lunch, do you guys want to come back in 5

12 minutes? I don't know, half an hour, and then

13 go for a quick lunch break?

14 **MR. MUYE:** I'm fine with [inaudible].

15 **MS. JANKOWSKI:** That's fine, we can take our

16 lunch break whenever you want [inaudible]

17 **MR. RAMOS:** Okay. So, let's take a 5, 10-minute

18 break now?

19 **MS. JANKOWSKI:** Five. It's is fine.

20 **MR. MUYE:** I'm fine with 5.

92

1   **MS. JANKOWSKI:** Yeah. 5.

2   **MR. RAMOS:** Okay, so let's come back in 5

3   minutes. We're off the record now.

4   **COURT REPORTER:** Off the record at 11:52. Thank

5   you.

6   **COURT REPORTER:** Okay. We are back on the record

7   at 12:03 p.m.

8   **BY MR. RAMOS:**

9   **Q.** Perfect. So, Mr. Muye, I'm going to show you

10  now a new document. This will be marked as

11  Exhibit 50 from the continuous list that we

12  have from the previous depositions. This was

13  also produced by Feld, and it's based on FMS

14  Inc. 5445-45. Do you see a document, Mr. Muye?

15  **A.** Yes.

16  **Q.** It's name Feld Entertainment Supercross

17  Safety and Training Flaggers and Volunteers,

18  Tampa, February 15, 2020. Do you see that?

19  **A.** Yes.

20  **Q.** Do you recognize this document?

93

1  **A.** Yes.

2  **Q.** Why do you recognize it?

3  **A.** That's Feld's flagger and safety and

4  training form.

5  **Q.** Okay. So can you explain to me a little bit

6  what it is?

7  **A.** So John Tillman, our flagging coordinator,

8  walks all flaggers through the do's and don'ts

9  of race day. And then this is just verification

10 that they went through that training.

11 **Q.** Okay. And this happens on race day?

12 **A.** Either on race day or the day before race

13 day.[?]

14 **Q.** Okay. So let's go over this document line by

15 line. So, to start with, the flagger section

16 says, "Section of track to observe and control,

17 remain at the position until otherwise

18 instructed." What does this mean?

19 **A.** So that means that the flagger remains in

20 position along the side of the track unless

94

1  required to move forward.

2  **Q.** Okay. It says here, "Stay out of harm's way

3  at all times."

4  **A.** Yes.

5  **Q.** What does that mean?

6  **A.** Stay out of harm's way at all times means to

7  be cognizant of your surroundings.

8  **Q.** Okay. This is here, incident accident

9  protection. "Wave flag as warning to oncoming

10  racers, do not attempt assistance or aid to

11  down riders. This will be handled by Feld

12  Motorsports employees and medical teams." Who

13  are the Feld Motorsport employees that are

14  responsible for assisting and aiding down

15  riders?

16  **A.** The track runners who lift the motorcycle

17  and protect the rider from oncoming traffic.

18  **Q.** Okay, so this would be the track runners.

19  Got you. Only the track runners. Anybody else?

20  **A.** Only the track runners, yeah, in this

95

1    expedition.

2    **Q.** Okay, so your tough blocks, objects in track

3    may be replaced only when there is no racing

4    activity?

5    **A.** So, flaggers sole responsibility is to wave

6    the track not to move tough blocks when bikes

7    are moving on the track. That's what a runner's

8    job is. So this is just stating you cannot move

9    that tough block while bikes are on the track.

10   You have to maintain waving your flag for the

11   tough block that's in the track. If bikes are

12   off the track, they have the ability to move

13   that tough block.

14   **Q.** Okay. But it says here that they may be

15   replaced only when there is no racing activity.

16   How could there be no racing activity if a

17   yellow flag is waved?

18   **A.** That's the point. They wouldn't be waving

19   the yellow flag when there's no racing

20   activity. So they would be able to then go move

96

1    the tough block.

2    **Q.** Is the yellow flag considered no racing

3    activity for this purpose?

4    **A.** Let me try to explain this. So if there's a

5    tough block on the track while there's racing

6    practice, qualifying, doesn't matter, is

7    happening, the flaggers responsibility is to

8    wave a flag and notify the oncoming riders that

9    there's a tough block in the track. If there's

10   a tough block in the track and there's no

11   racing activity happening, then that flagger is

12   permitted to move the tough block, but only if

13   there's no racing happening.

14   **Q.** Okay. Well, my question is directed at, once

15   the flaggers wave the yellow flag, and

16   everybody is now cognizant that there was some

17   accident that they have to be on the look for.

18   Right? For purposes of this document, does that

19   equals no racing activity, although the riders

20   are still riding through the track?

1  **MS. JANKOWSKI:** Objection, form.

2  **BY MR. RAMOS:**

3  **A.** Yeah, I'm sorry. I'm really not following

4  the question. That what this form is saying is

5  that they can only move a tough block that's on

6  the racetrack. Physically move it if there's no

7  motorcycles competing on the racetrack.

8  **Q.** Yes. My question is directed at, what does

9  Feld understand for the term no racing

10  activity? Does that mean once the red flag has

11  been waved, does that mean after the yellow

12  flag has been waved?

13  **MS. JANKOWSKI:** Objection to form.

14  **A.** It means, if a red flag were to be thrown,

15  there would be no racing activity happening on

16  the track, if that's your question.

17  **Q.** And if a yellow flag is thrown, they're

18  racing activity on the track?

19  **A.** Yes.

20  **MS. JANKOWSKI:** Yeah. You need to let him finish

98

1  his question.

2  **Q.** Your answer was yes, correct?

3  **A.** Yes.

4  **Q.** Okay. Does this apply also to the track

5  runners?

6  **A.** It is the track runner's responsibility to

7  move a tough block that's impeding traffic.

8  **Q.** Let's go to the next section here that says,

9  volunteers. And you testified a few minutes ago

10 that Feld had no volunteers. Why are there

11 instructions here for volunteers as well?

12 **A.** That's correct. Feld does not employ or have

13 volunteers. This is a reference to a position.

14 So of those 26 flaggers that I mentioned,

15 approximately 3 to 5 of them are determined to

16 be safety barrier movers. Sometimes we've

17 referenced them over the years as volunteers

18 but their sole responsibility is to move and

19 remove safety barriers. The safety barriers are

20 placed on the start straight, typically, to

99

1  protect the mechanics that are providing

2  information to the riders via what we call a

3  pit board.

4  **Q.** I'm confused. So your testimony is that

5  there are employees of Feld that are referred

6  to as volunteers?

7  **A.** In this circumstance, yes. But they're

8  employees of Feld under Feld Motorsports.

9  **Q.** Are these people paid by Feld Motorsports?

10  **A.** Yes.

11  **Q.** And issued a W2 or 1099 at the end of the

12  year?

13  **A.** I believe a W2.

14  **Q.** Okay. And that will be Feld Motorsports or

15  Feld Entertainment Inc.?

16  **A.** I believe Feld Motorsports.

17  **Q.** Okay. I'm still struggling to follow how

18  these people are considered volunteers for this

19  purpose. Why is the term volunteered used for

20  the person that is going to move the tough

1  blocks?

2  **A.** It's just a term that has endured over time.

3  Years ago, many years ago, 15 plus, they were

4  volunteers. We opted to make them employees,

5  and so we've just never changed the

6  terminology.

7  **Q.** Okay. So it says here that, "Safety barrier

8  movement for mechanics area follow all

9  Supercross officials instructions." Who are the

10  Supercross officials referred to in that

11  document?

12  **A.** Anybody that is on the floor essentially. So

13  the AMA may provide them direction if there's a

14  specific need to. The head flagger may. That's

15  broadly referencing anybody that is providing

16  them direction.

17  **Q.** Is anybody within Feld particularly

18  overseeing the volunteers?

19  **A.** Yes.

20  **MS. JANKOWSKI:** Objection to form.

**A.** Our head flagger.

**Q.** Who, sorry?

**A.** Our head flagger. Our lead flagger.

**Q.** Okay. And that name, was it Jim?

**A.** John.

**Q.** Okay. And as of February of 2020, when Mr. Moreau's crash happened, were these people volunteers in the true sense of the word? Or were they employees already of Feld?

**A.** They were employees.

**Q.** Of Feld Motorsports or Feld Entertainment Inc.?

**A.** I believe Feld Motorsports.

**Q.** Okay. And here's a list of all the people that signed as receiving this document. Do you know, by looking at the names, who is a flagger and a volunteer?

**A.** I do not.

**Q.** Okay. And you stated that all of these people report to the head flagger for Feld,

102

1    correct?

2    **A.** Yes.

3    **Q.** Okay. Are there debriefs or reviews

4    following incidents like crashes to evaluate

5    the handling of emergencies?

6    **A.** I can't speak for AMA or Medic Rig. But yes,

7    we do. We'll review.

8    **Q.** Okay. And does this happen after every race?

9    **A.** No, on an as needed basis.

10   **Q.** Okay. How do you guys determine that it is

11   needed to have that meeting?

12   **A.** If we had a particular issue with our

13   flagging, we would then address it with John

14   Tillman.

15   **Q.** Okay. What about with medical teams?

16   **A.** We do not.

17   **Q.** You do not have meetings typically with

18   medical teams after accidents?

19   **A.** Typically, no.

20   **Q.** Okay. Have you had meetings with the medical

1  team after accidents have happened on the

2  Supercross events?

3  **A.** Yes.

4  **Q.** Okay. How many times?

5  **A.** I couldn't even venture to guess. I mean,

6  maybe one or two a year, maybe.

7  **Q.** Okay. Do you have one after Mr. Moreau's

8  accident?

9  **A.** I do not recall.

10 **Q.** Okay. We'll come back to that. Has Feld ever

11 taken steps to review or address issues arising

12 from the actions of contracted medical teams?

13 **MS. JANKOWSKI:** Objection to form. You can

14 answer. Go ahead.

15 **BY MR. RAMOS:**

16 **A.** Sorry, could you repeat the question?

17 **Q.** Yeah, I was asking if has Feld ever taken

18 steps to review or address issues arising from

19 the actions of medical teams that have been

20 contracted?

104

1   **MS. JANKOWSKI:** Same objection. Go ahead.

2   **BY MR. RAMOS:**

3   **A.** I mean, between Feld, AMA, and Alpine Stars,

4   we have various conversations at varying

5   levels. At times they may ask us about certain

6   flagger types of scenarios. At times we might

7   ask them about certain medical scenarios. So I

8   guess the answer to that could be yes.

9   **Q.** My question is directed at medical teams.

10  Have Feld ever taken any actions, for example,

11  after the medical team deals with a certain

12  accident, has Feld ever had any meeting after

13  that with the medical teams to address issues

14  in the way that they handle that person?

15  **A.** We've had meetings, yes. And we've asked for

16  an understanding.

17  **Q.** Okay. What do you mean by an understanding?

18  **A.** Just an understanding as to how an incident

19  was handled.

20  **Q.** Do you have any protocols within Feld to

105

1  determine if that response was appropriate?

2  **A.** No, we rely on the medical team which is why

3  we ask for an understanding.

4  **Q.** So basically whatever the medical team says

5  goes, that's your testimony?

6  **MS. JANKOWSKI:** Objection to form. Misstates his

7  testimony. Go ahead.

8  **MR. MUYE:** Can I answer?

9  **MS. JANKOWSKI:** Yeah, you can answer. Go ahead.

10  **BY MR. RAMOS:**

11  **A.** Yeah. Well, there are contracted medical

12  provider. They're the experts in the field, and

13  we rely on their suggestions and input.

14  **Q.** I'm going to show you now what was marked

15  already as Exhibit 9. This is an email thread.

16  I'm going to show you in a second. Can you see

17  this? It's an email by Job Bottner says, track

18  emergency protocol?

19  **A.** Yes.

20  **Q.** Okay. Oh, and this was bates stamp Bottner

106

1  223 to 227. I'm going to go to page 225 here

2  because since this is an email thread, the

3  first email is after. So this is an email sent

4  on August 16, 2019, 7:39 p.m. by Joanne Pryor,

5  who's the person that works for the Medic Rig.

6  And she writes to their medical officers, "We

7  have been tasked by Feld to prepare our

8  disaster and emergency protocol. As it becomes

9  due today, I thought it would be appropriate if

10 I get a consensus on procedures." Have you seen

11 that disaster and emergency protocol before?

12 **A.** That is a project that we were working on at

13 Feld.

14 **Q.** Okay. What was the project about?

15 **A.** It was around mass casualty events.

16 **Q.** Okay. So was it only for mass casualty

17 events or did it entail something else?

18 **A.** Mass casualty events.

19 **Q.** Okay. Can you explain a little bit more what

20 situations could activate the disaster and

107

1   emergency protocol?

2   **A.** Active shooter, bombing, those types of mass

3   casualty events.

4   **Q.** Have you seen that disaster emergency

5   protocol?

6   **A.** Not in any final form. I was involved on the

7   preliminary front end. Unfortunately, COVID

8   happened shortly after. I don't have the final,

9   I've not seen.

10  **Q.** Do you know who from Feld tasked the Medic

11  Rig to prepare an emergency protocol?

12  **A.** We asked several of our contractors but

13  because the Medical Rig were doctors on site,

14  we wanted to be sure to get their input on how

15  they would manage a situation.

16  **Q.** Okay. So when she's asking for a disaster

17  and emergency protocol, is this only one

18  protocol named disaster and emergency, or is

19  that the disaster protocol and the emergency

20  protocol?

1   **A.** Those are her words. We refer to it as a

2   mass casualty protocol.

3   **Q.** Do you know who from Feld tasked the Medic

4   Rig to prepare that report?

5   **A.** I believe that I requested them to give us

6   the feedback.

7   **Q.** Okay. And why did you ask for that?

8   **A.** As we were preparing our procedures and

9   plans.

10  **Q.** Okay. Was this done via email?

11  **A.** I don't recall whether it was a phone call

12  or an email.

13  **Q.** How do you typically communicate with the

14  Medic Rig?

15  **A.** Either phone call or email.

16  **Q.** Who was your point of contact at the company

17  then?

18  **A.** Tom Carson.

19  **Q.** Okay. Did you receive anything in response

20  to your request for the protocol?

1   **A.** I don't recall whether we did or not.

2   **Q.** As it stands right now, there is no disaster

3   and emergency protocol for Feld, correct?

4   **A.** To my understanding, no.

5   **Q.** Okay. Do you have any policies for that type

6   of event?

7   **A.** Typically works directly with the venues and

8   enforce any protocols that they have.

9   **Q.** Okay. Did the Medic Rig ever send you a

10  draft of that protocol?

11  **A.** I don't recall.

12  **Q.** So basically they never provided it and you

13  didn't follow up? What was the reason for that?

14  **MS. JANKOWSKI:** Objection to form. Misstates his

15  testimony. Go ahead.

16  **BY MR. RAMOS:**

17  **A.** Again, I don't recall if they sent it to us

18  or not. I don't believe that they did. But

19  again, a lot had changed as we headed into the

20  spring of 2020.

1    **Q.** Okay. I'm going to direct you here to

2    another sentence that she provides, it says, "I

3    have 2 significant conditions that they want us

4    to address. Large incident, multiple injuries,

5    and critical incident that could, did, would,

6    will end in a fatality." What do you mean when

7    you asked her to prepare a critical incident

8    protocol?

9    **MS. JANKOWSKI:** Objection to form.

10   **BY MR. RAMOS:**

11   **A.** Due back to my earlier point, mass casualty

12   situations.

13   **Q.** Yeah. Well, that is taken care of in the

14   first one where it says large incident,

15   multiple injuries. The second one says,

16   critical incident that could end in a fatality.

17   Would that cover a massive crash at a race that

18   could end in a fatality?

19   **MS. JANKOWSKI:** Objection to form. Go ahead.

20   **BY MR. RAMOS:**

111

**A.** I don't agree that that is 2 separate

things. So a large incident with injuries is

different from a critical injury or critical

incident that includes up to a fatality. So,

yeah, it's one and the same.

**Q.** But you just stated that you were the one

that made the request to the Medic Rig,

correct, for the protocol? And they state that

there are 2 conditions that you guys, Feld,

want the Medic Rig to address, including large

incident and critical incident. I'm asking you,

what do you guys believe that a critical

incident was?

**MS. JANKOWSKI:** Objection to form.

**BY MR. RAMOS:**

**A.** So there could be a large incident, a mass

shooting, a bombing that does not involve a

fatality. So we're asking for them to provide

different layers of information based on the 2

levels of incident.

1  **Q.** Going up again, why would their email

2  correspondence be about track emergency

3  protocol if all you were asking for was a

4  disaster protocol? Does that make sense to you?

5  **MS. JANKOWSKI:** Objection to form.

6  **BY MR. RAMOS:**

7  **A.** I can't speak to why they would put a

8  subject line of that matter.

9  **Q.** Okay. Because going here to the response

10 that Dr. Bodner provided to you on, so you can

11 see in the first one, there was also discussion

12 about, "Who you call position not name when you

13 decide to red flag the race." Why did you make

14 that decision? Is it about removing the riders

15 or our crew or bikes? Is it so that riders do

16 not get hurt or so track site personnel is

17 safe? And Dr. Bodner responds to that. I'm

18 struggling here to understand how you could ask

19 for a disaster protocol from the Medic Rig, and

20 they're responding to you about or responding

113

1   amongst them about stuff that is going to

2   happen at the track. Does that make sense to

3   you that they are discussing that in their

4   email?

5   **MS. JANKOWSKI:** Objection to form. And just to

6   be clear, you're saying it was provided to him,

7   it was not provided to him. Go ahead.

8   **BY MR. RAMOS:**

9   **A.** Yeah, I don't know why they may have been

10  having this seemingly misguided communication

11  between themselves, but I can't really speak to

12  that. I have no idea.

13  **Q.** Okay. So your testimony is that you did not

14  ask the Medic Rig for a track emergency

15  protocol, correct?

16  **A.** I did not.

17  **Q.** Okay. Give me just one second. Can you see

18  this document?

19  **A.** Yes.

20  **Q.** It's called a Disaster Action plan. This

1   will be marked as Exhibit 51. Have you seen

2   this document before?

3   **A.** I don't recall it.

4   **Q.** If you want a chance to review it, I'm happy

5   to give it to you.

6   **A.** Okay. There's specific parts or?

7   **Q.** Please read through it. Once you want me to

8   go down, just let me know.

9   **MS. JANKOWSKI:** Yeah, just ask me to scroll once

10  you're ready to [inaudible], okay?

11  **A.** Okay, you can scroll down. You can keep

12  scrolling.

13  **MS. SPRADLIN:** Apologies for the interruption.

14  What was this marked?

15  **MR. RAMOS:** 51.

16  **MS. SPRADLIN:** Thank you.

17  **BY MR. RAMOS:**

18  **A.** Okay. You can scroll down. Okay.

19  **Q.** Does this document refresh your recollection

20  about the disaster protocol that was provided

1    by the Medic Rig?

2    **A.** It does not, no.

3    **Q.** You have never seen this document before?

4    **A.** I don't recall seeing this document, no.

5    **Q.** Have you ever enforced any type of Feld

6    protocol to make sure that the Medic Rig is

7    providing qualified people to work at your

8    events?

9    **MS. JANKOWSKI:** Objection to form.

10   **BY MR. RAMOS:**

11   **A.** We rely on the Medic Rig and contractual

12   relationship with them to provide qualified

13   people.

14   **Q.** Okay. Who asked you to request the protocol?

15   **A.** We were developing the protocol as part of a

16   action committee, I guess I would call it.

17   Internally, there's members of our risk and

18   safety and a couple of my counterparts in other

19   Feld owned properties.

20   **Q.** When you say we, who do you mean?

116

1    **A.** Feld.

2    **Q.** Feld Entertainment or Feld Motorsports?

3    **A.** Feld Motorsports.

4    **Q.** Okay. And what people from Feld Motorsports?

5    **A.** I don't recall who the specific people that

6    were all involved were. There was a couple

7    members of risk and safety that predominantly

8    ran it.

9    **Q.** What's the name again? Sorry.

10   **A.** I said I don't recall specific names of who

11   all was involved.

12   **Q.** What department will you be discussing this

13   with?

14   **A.** Our risk and safety department.

15   **Q.** And you don't remember any names for the

16   risk and safety department?

17   **A.** There was a lot of changeover after COVID.

18   So, I don't recall specifically who at that

19   time was responsible for risk and safety.

20   **Q.** Even if you don't recall the full name, do

117

1   you have any sort of memory about who you met

2   with regarding asking the Medic Rig for

3   disaster protocol?

4   **A.** Well, are we talking about the group that I

5   worked with internally at Feld or who I asked?

6   **Q.** Internally at Feld.

7   **A.** I think at the time, Rico Hawkes and again,

8   this is speculation, but I'm trying to refresh

9   my memory from 5 years ago. I think Rico Hawkes

10  who was our Feld Motorsports safety director

11  was involved. Don't recall if Ben Foderingman

12  was there at the time. Sorry, I don't recall

13  who all was there.

14  **Q.** Okay. Could you repeat the title of this

15  person again?

16  **A.** Rico Hawkes was the safety director.

17  **Q.** Okay. And what would be the responsibilities

18  of the safety director?

19  **A.** So mostly around work related injuries,

20  coordination with venue on protocols, the

118

1    emergency executive in charge policy that I

2    mentioned before.

3    **Q.** Okay. Could you spell his name as Hawk as in

4    the bird?

5    **A.** Almost, Hawkes.

6    **Q.** Okay, got you. Rico Hawkes. Okay. And the

7    other person was Vin?

8    **A.** Ben Foderingman. Again, I don't recall if he

9    was employed at that time or not. It's

10   speculation. But he would've been the vice

11   president of risk and safety.

12   **Q.** Can you spell his last name, please?

13   **A.** F-O-D, I don't know if there's one or two

14   D's, E-R-I-N-G-M-A-N.[?]

15   **Q.** Who else did you contact beside from the

16   Medic Rig about developing a protocol?

17   **A.** I don't recall. Probably would've been only

18   Tom Carson.

19   **Q.** I think this might be a good moment to take

20   a lunch break before we enter to the next

1  topic. And Mr. Garcia, we can go off the record

2  for a second.

3  **COURT REPORTER:** Off the record, 12:40.

4  **COURT REPORTER:** We are back on the record. The

5  time is 1:24 p.m. Go ahead, Mr. Ramos.

6  **BY MR. RAMOS:**

7  **Q.** Welcome back Mr. Muye. Let's start here.

8  During your time working at Supercross over

9  this 18 years or so, how many accidents have

10  you witnessed on the racetrack?

11  **A.** Quite a few.

12  **Q.** Would you say that these accidents are a

13  part of the sport?

14  **A.** Yes.

15  **Q.** How many accidents on average do you see on

16  race day?

17  **A.** Varying levels, 4 to 6. Yeah, that's

18  estimate at best.

19  **Q.** Per race?

20  **A.** Yes.

1  **Q.** Does that include also practice or

2  qualifying sessions or only the race?

3  **A.** Most of the time I don't watch practice and

4  qualifying sessions. So majority of that is

5  during the races.

6  **Q.** Well in an event that has 4 to 6 accidents

7  per race, would you agree with me that

8  motorcross racing is a dangerous activity?

9  **MS. JANKOWSKI:** Objection to form.

10  **BY MR. RAMOS:**

11  **A.** Yes.

12  **Q.** Would you say that it is inherently

13  dangerous?

14  **A.** Yes.

15  **Q.** Would you agree that because motocross

16  events are inherently dangerous, they require

17  specific precautions to be taken by Feld?

18  **MS. JANKOWSKI:** Objection to form.

19  **BY MR. RAMOS:**

20  **A.** I think that because they're inherently

1    dangerous, it requires specific precautions to

2    be taken on multiple levels.

3    **Q.** Okay. What steps does Feld take to inform or

4    remind drivers and event personnel of the

5    dangers involved in this type of race?

6    **MS. JANKOWSKI:** Objection to form. Go ahead.

7    **A.** I believe that we have specific language in

8    the waivers that the athletes sign. That's

9    probably one of the predominant areas that we

10   talked about that.

11   **Q.** Okay. What steps does Feld take to ensure

12   that race officials and medical team handle

13   this dangers safely?

14   **MS. JANKOWSKI:** Objection form.

15   **BY MR. RAMOS:**

16   **A.** We are contracted with the Mobile Medical

17   Unit in AMA as professionals who manage those

18   types of things.

19   **Q.** Can you think of any Supercross event where

20   there was not an injury to a rider?

122

1   **A.** Yeah, I can't think of a specific one if

2   that's what you're asking. I classify an

3   incident I think was the terminology used or a

4   crash as anything from a small tip over at slow

5   speeds to a higher speed crash in a specific

6   section. So it varies.

7   **Q.** Would you say that the job of controlling an

8   active racetrack is inherently dangerous as

9   well?

10  **MS. JANKOWSKI:** Objection to form.

11  **BY MR. RAMOS:**

12  **A.** Can you clarify what you mean by controlling

13  it?

14  **Q.** So, the job of the race director, for

15  example, would you say that his job is

16  inherently dangerous because of what it

17  entails?

18  **MS. JANKOWSKI:** Objection, form.

19  **BY MR. RAMOS:**

20  **A.** No, I'm not fully understanding that

1  question. Is he physically in danger?

2  **Q.** Well, what I mean is that the race needs to

3  be controlled as best as possible to protect

4  against the risk of injury to the riders and

5  others in the vicinity of the track, correct?

6  **A.** He has that responsibility, yes.

7  **Q.** Would you agree with me that engaging in

8  that sort of responsibility is also inherently

9  dangerous because of what could happen if I

10  misstep on something or make a bad call? Would

11  you agree with me?

12  **MS. JANKOWSKI:** Objection to form.

13  **BY MR. RAMOS:**

14  **A.** No, I don't think I do. No.

15  **Q.** Do you think that if the race director

16  misflags a situation, that could result in a

17  severe danger to the riders or event personnel?

18  **A.** Yes, it could. I think the race director has

19  a significant responsibility to utilize using

20  best practices.

1    **Q.** So you would agree with me then that if the

2    race director does not make good decisions

3    while on the race rack, it could resolve in

4    severe danger to other people that are

5    involved?

6    **MS. JANKOWSKI:** Object to the form.

7    **MS. SPRADLIN:** Same objection. You can answer.

8    **BY MR. RAMOS:**

9    **A.** Please repeat the question.

10   **Q.** Well, what I was saying is that, or court

11   reporter, could you repeat the question for us?

12   Mr. Garcia?

13   **COURT REPORTER:** Did you hear me Mr. Ramos?

14   **MR. RAMOS:** No, we didn't.

15   **COURT REPORTER:** I said, repeat the question.

16   You broke out.

17   **MR. RAMOS:** I was asking about the last question

18   that I asked if you could read it again for the

19   benefit of the opponent.

20   **COURT REPORTER:** Yeah, you broke out. I couldn't

1    hear. Can you say it again?

2    **BY MR. RAMOS:**

3    **Q.** Okay. So if the race director makes a

4    mistake in misflagging a situation on the

5    track, question was if you believe that that

6    misstep from the race director could result in

7    danger to the writers and event personnel that

8    is working at the track?

9    **MS. JANKOWSKI:** Objection to form. You can

10   answer.

11   **BY MR. RAMOS:**

12   **A.** It could, yes.

13   **Q.** And therefore, my follow up question to that

14   was that because of that, would you agree with

15   me that the responsibilities of the race

16   director are also inherently dangerous to the

17   job that he's doing?

18   **MS. JANKOWSKI:** Objection to form.

19   **BY MR. RAMOS:**

20   **A.** I don't know that I fully understand the way

126

1  you position the question, so I would have to

2  say no, I do not agree with that.

3  **Q.** Is it your testimony that there is no need

4  for a race director to protect the riders from

5  risk of serious injury?

6  **MS. JANKOWSKI:** Objection to form. Misstates his

7  testimony. Go ahead.

8  **BY MR. RAMOS:**

9  **A.** There is a responsibility of the race

10  director to ensure a safe racing surface, Yes.

11  **Q.** So it will be dangerous for all the people

12  involved if the race director does not protect

13  the riders from those risks. Would you agree

14  with me?

15  **MS. JANKOWSKI:** Object to the form.

16  **MS. SPRADLIN:** Objection to form.

17  **MR. RAMOS:** You can answer.

18  **MS. JANKOWSKI:** Go ahead.

19  **BY MR. RAMOS:**

20  **A.** Yes.

1    **Q.** Okay. What about the work of the Alpine

2    Stars medical team? That job is also incredibly

3    dangerous. Would you agree?

4    **MS. JANKOWSKI:** Object to form.

5    **MS. SPRADLIN:** Same objection.

6    **BY MR. RAMOS:**

7    **A.** Again, I don't understand if you're asking,

8    is there inherent danger to themselves?

9    **Q.** Yeah.

10   **A.** There could be inherent danger to themselves

11   as they work on the live racetrack, yes.

12   **Q.** Okay. Because there's a risk that the

13   medical personnel could get hit by a motorcycle

14   while they attend a rider, right?

15   **MS. JANKOWSKI:** Object to form.

16   **BY MR. RAMOS:**

17   **A.** Yes.

18   **Q.** Someone could get hit by a motorcycle and

19   get seriously injured, correct?

20   **MS. JANKOWSKI:** Object to form, improper

128

1    medical.

2    **MS. SPRADLIN:** Same objection.

3    **MR. RAMOS:** You can answer.

4    **MS. SPRADLIN:** You can answer. Go ahead.

5    **BY MR. RAMOS:**

6    **A.** Yes.

7    **Q.** He could even die, right? If a medical team

8    member that gets hit by a motorcycle could even

9    die, correct?

10   **MS. JANKOWSKI:** Objection to form.

11   **BY MR. RAMOS:**

12   **A.** Yes.

13   **Q.** Okay, let's go now to Brian's accident.

14   Okay. Were you present on February 15, 2020 at

15   the Tampa Supercross?

16   **A.** I was at the stadium, yes.

17   **Q.** Where were you physically when the accident

18   happened?

19   **A.** I don't recall specifically where I was, but

20   I was not in view of the stadium floor.

1  **Q.** What were you doing?

2  **A.** I don't recall specifically.

3  **Q.** How did you became aware of the accident?

4  **A.** I don't recall.

5  **Q.** Did you became aware at the moment or was it

6  after?

7  **A.** I don't recall.

8  **Q.** Do you recall who told you that Brian Moreau

9  had an accident on the track?

10 **A.** I do not.

11 **Q.** Do you have any knowledge about why the race

12 was not red flagged when Brian fell?

13 **A.** I do not.

14 **Q.** So, your testimony today is basically that

15 you do not recall anyone telling you anything

16 about Brian Moreau crashed the day that it

17 happened. Is that correct?

18 **A.** That is correct.

19 **Q.** Would it make sense to you that the senior

20 race director of operations like you were, did

1  not know that this was happening?

2  **MS. JANKOWSKI:** Objection to form. Go ahead.

3  **BY MR. RAMOS:**

4  **A.** At some point, I was notified. I do not

5  recall who notified me or when.

6  **Q.** When was the first time that you saw Brian

7  after the accident? Was it at the stadium?

8  **MS. JANKOWSKI:** Objection to form. Go ahead.

9  **BY MR. RAMOS:**

10 **A.** I never saw Brian after the accident.

11 **Q.** Okay. Did you speak to any of Brian's

12 relatives or friends while at the stadium?

13 **A.** Not that I recall.

14 **Q.** So I get this clear, the director of

15 operations for Feld did not see Brian crash,

16 nobody told him that he crashed, didn't speak

17 to any of his family members or friends, and

18 did not see him at any point after his

19 accident. Is that correct?

20 **MS. JANKOWSKI:** Objection to form. You can

1  answer. It's [inaudible].

2  **BY MR. RAMOS:**

3  **A.** That is correct.

4  **Q.** Okay. Did you have any conversation with the

5  medical team at the stadium after Brian's

6  accident?

7  **A.** Not that I recall.

8  **Q.** But you are aware of the specific handling

9  of Mr. Moreau by the medical team, right?

10  **A.** Only through what's been reviewed

11  **Q.** Didn't see anything the day of about how

12  they handle him, right?

13  **A.** No.

14  **Q.** Did you discuss the medical team's response

15  to Brian's crash with anyone at Feld the day of

16  the accident?

17  **A.** I do recall speaking with my supervisor.

18  **Q.** Who's your supervisor?

19  **A.** Dave Prater.

20  **Q.** Okay. And what did you discuss with him?

132

1   **A.** Just that there had been an incident. I

2   don't recall much beyond that.

3   **Q.** Did you know the day of the accident that

4   Mr. Moreau was paralyzed?

5   **A.** There began to be rumors the day of the

6   accident, but I don't recall if I was fully

7   aware on that day or not.

8   **Q.** Do you know how quickly after the accident

9   there were rumors?

10  **A.** I don't.

11  **Q.** So you don't recall if somebody said right

12  after the accident that he was paralyzed, or if

13  it was hours later at night, you don't recall

14  at all?

15  **A.** I don't recall all.

16  **Q.** What about the race official's response? Did

17  you discuss that with anyone the day of the

18  accident?

19  **A.** The AMA race official's response? I don't

20  believe so, no.

133

1  **Q.** You didn't discuss with anyone the fact that

2  the race was yellow flag instead of red flag?

3  **MS. JANKOWSKI:** Objection to form.

4  **A.** No.

5  **MS. SPRADLIN:** For purposes of clarity of the

6  record, I know we've previously agreed that one

7  objection counts for all, but can we stipulate

8  that for this deposition as well? I don't think

9  we addressed that earlier this morning.

10 **MR. RAMOS:** That is fine.

11 **MR. SCHWEIKERT:** Going forward, sure.

12 **BY MR. RAMOS:**

13 **Q.** During the 18 years that you have worked

14 with Feld, how many riders have become

15 paralyzed after an accident on the track?

16 **A.** Can you clarify if that's a race track or a

17 practice track?

18 **Q.** Either or both?

19 **A.** At a race track, I do not recall any.

20 **Q.** Okay. And in practice sessions or

134

1  qualifiers?

2  **MS. JANKOWSKI:** Objection to form. Go ahead.

3  **BY MR. RAMOS:**

4  **A.** There have been incidents. I could not state

5  the number or the persons, but- [crosstalk]

6  **Q.** Yeah, but that's not my question. My

7  question is, how many people have suffered

8  accidents during your time at Feld that have

9  resulted in them becoming paralyzed?

10  **A.** So again, at a Supercross race, none.

11  **Q.** But I'm asking you about the events that you

12  have participated in your 18 years with Feld,

13  how many people, aside from Brian, have become

14  paralyzed after an accident on the track

15  **A.** At a Supercross race, none.

16  **Q.** What about an Arenacross race?

17  **A.** None.

18  **Q.** So is it your testimony that Brian Moreau is

19  the only rider in your entire career that you

20  have seen have an accident on the track and

1    become paralyzed thereafter?

2    **MS. JANKOWSKI:** Objection to form. Go ahead.

3    **BY MR. RAMOS:**

4    **A.** Correct.

5    **Q.** You would agree with me that being paralyzed

6    is a massive life changing event, wouldn't you?

7    **A.** Yes.

8    **Q.** Then how could you explain to me that the

9    only time in your career that someone has

10   become paralyzed after an accident at the

11   racetrack, you don't remember a thing?

12   **MS. JANKOWSKI:** Objection to form.

13   **BY MR. RAMOS:**

14   **A.** I don't know how to explain that to you

15   other than what I've already told you.

16   **Q.** Okay. The days after the event, did you

17   discuss Brian's accident with Dave Prater?

18   **A.** I don't recall specifics. But it would be

19   something that yes, we discussed.

20   **Q.** With who else did you discuss these matters

136

1   within Feld?

2   **A.** Dave would likely be the only person.

3   **Q.** With who else, aside from Feld employees,

4   did you discuss this matter with?

5   **A.** I don't recall specifics, but it's customary

6   that I would touch base with a family member or

7   a representative of the team.

8   **Q.** Okay. I'm going to show you now what is

9   going to be marked as Exhibit 52. This was

10  produced by Feld, and this was, just one

11  second, and it was bate stamped as FMS Inc.

12  699. This is a text message from Dave Prater to

13  you on February 17, 2020. This is two days

14  after the crash at 10:49 in the morning. Can

15  you read the first message, please?

16  **A.** Try to get any pics or video of the crash

17  and taking him off and someone, yes.

18  **Q.** Yeah, you can continue.

19  **A.** Now the second one, "Is someone with him at

20  the hospital?"

137

1  **Q.** And you responded?

2  **A.** "Matilda."

3  **Q.** Okay. Were you able to get pictures or video

4  for Mr. Prater that day?

5  **A.** I believe so, yes.

6  **Q.** Did you send those to him?

7  **A.** I believe so, but I don't recall when or

8  how.

9  **Q.** What pictures were those?

10  **A.** I don't recall any pictures. But we were

11  able to at obtain footage from our Nest cam and

12  from the stadium, gave us a clip of the video

13  board.

14  **Q.** How do you obtain those pictures?

15  **MS. JANKOWSKI:** Objection to form. Go ahead.

16  **BY MR. RAMOS:**

17  **A.** As I mentioned, I don't recall getting any

18  pictures. The videos, the Nest cam, it

19  automatically records, so you can take a clip

20  out of it. And the stadium, we had our producer

138

1   ask the stadium to give us it.

2   **Q.** Is that the video from Tampa Sports

3   Authority?

4   **A.** I believe that's who it would be from. I'm

5   not positive.

6   **Q.** I need you to speak a little bit more

7   clearly because I'm missing you.

8   **A.** I believe that's who it would be from. I am

9   not positive.

10  **Q.** Okay. Did you play any role in obtaining

11  that video?

12  **A.** I asked our show producer.

13  **Q.** Who is your show producer

14  **A.** At the time, it was Jim Moehle.

15  **Q.** Jim, can you spell this last name, please?

16  **A.** Moehle.

17  **Q.** Okay. And what was his role in Feld?

18  **A.** He was the live event show producer.

19  **Q.** Okay. So walk me through the mechanics here.

20  You received this message from Dave Prater. You

139

1  asked Jim, the producer, to get you those

2  pictures and videos, and then you send those to

3  Prater, correct?

4  **MS. JANKOWSKI:** Objection to the form.

5  **BY MR. RAMOS:**

6  **A.** I don't recall how or when or if I send them

7  to Prater. My assumption is yes.

8  **Q.** How would you send it to him? Via email?

9  **A.** Yeah. Or in Dropbox.

10 **Q.** Okay. You mentioned a Dropbox, is that a

11 Dropbox that you guys at Feld have for this

12 type of incident?

13 **A.** No, not for this type of incident. We have a

14 Dropbox for various file exchanges.

15 **Q.** Okay. And what do you guys typically

16 exchange through that Dropbox?

17 **A.** Could be commercial spots for the show,

18 could be videos for opening ceremonies, large

19 files.

20 **Q.** Who else has access to this Dropbox?

140

**A.** I think that it is a company-wide Dropbox.

**Q.** Okay. Going back to this text message, is

this video named X-Slowmo Tampa sent on

February 19, 2020 at 4:15 p.m. Is that video

from Brian's accident?

**A.** Without playing the video, it's hard to

tell.

**Q.** Yeah, we don't have the possibility of doing

that right now. Okay. So let's stop sharing

this for a second. I am going to show you

another document. We will mark it as Exhibit

53. This is a text message sent by John Hines

of the KTM team. It was produced by Feld and is

bate stamped as FMS Inc. 693. Give me just one

second. So on this text message, John Hines

sends a message saying, "Are you available to

speak? Talk to Doug Butner, Mike Pelletier[?]

and Mike Muye. Doug Butner can speak to you

about the procedures getting him off the track.

Doug Butner cell. Thanks redacted." This refers

141

1   to a conversation you had with John Hines. What

2   was that conversation about?

3   **MS. JANKOWSKI:** Objection to form.

4   **BY MR. RAMOS:**

5   **A.** Can I ask whose text message this is?

6   **Q.** This is the text message from John Hines

7   from the KTM.

8   **A.** Between John Hines and who?

9   **Q.** We do not know who this was sent to. It was

10  produced by Feld. But I'm not concentrating on

11  who it was sent to, concentrating on the fact

12  that John Hines states that he spoke with you,

13  Mike Muye, and this was on February 18, 2020,

14  which is barely 3 days after the accident. I

15  want to know what you spoke about with Mr. John

16  Hines.

17  **MS. JANKOWSKI:** Objection. Misstates the

18  document. Assumes facts not in evidence. You

19  can answer.

20  **BY MR. RAMOS:**

1    **A.** I don't recall speaking to John Hines.

2    Looking at this text message, I am not even

3    sure that this was stating that John Hines

4    spoke with me directly. That would not be

5    typical.

6    **Q.** Well, the message says, talked to Doug

7    Butner, Mike Pelletier[?] and Mike Muye. The

8    message is pretty clear that he spoke with you.

9    **A.** I don't know why he would say that then if

10   that's where this text message is coming from.

11   I did not typically speak with John Hines.

12   **Q.** So your testimony here today is that you

13   didn't speak with John Hines days after the

14   accident involving Brian Moreau, correct?

15   **A.** Correct.

16   **Q.** Okay. I'm going to go now to another

17   document. This was already bates stamp as

18   Exhibit number 23. This was also produced by

19   FMS and it's bates stamp as FMS 654. I'm going

20   to open it here now in a second. Okay, can you

143

1  see this document?

2  **A.** Yes.

3  **Q.** Okay. So this seems to be an email sent

4  from, says here, Muye Michael, mue@feldinc.com.

5  You stated before that was your email, right?

6  **A.** Yes.

7  **Q.** Okay. And this is dated February 18, 2020.

8  This was 3 days after the crash at 10:16:53

9  a.m. Is that correct?

10  **A.** Yes.

11  **Q.** And this email was labeled as,

12  "Appointment." The subject was the Tampa

13  Supercross meeting, and it had a link to a

14  virtual meeting, right?

15  **A.** Yes.

16  **Q.** And this was sent to Michael Pelletier, Tom

17  Carson, John Bodnar, and Dave Rader. Is that

18  correct?

19  **A.** Yes.

20  **Q.** Could you explain who each of these people

144

1  are?

2  **A.** Each of the people on the invite?

3  **Q.** Correct.

4  **A.** Mike Pelletier was the AMA Supercross

5  manager. Tom Carson is the owner of the Medic

6  Rig. John Bodnar is the CMO for Supercross. And

7  Dave Prater is the vice president of

8  Supercross.

9  **Q.** Can you explain what a CMO is for the

10  record?

11  **A.** The term refers to Chief Medical Officer.

12  **Q.** Okay. And aside from them, did anybody else

13  participate in that meeting?

14  **A.** I don't recall this meeting taking place.

15  **Q.** What was the purpose of the meeting when you

16  sent the email?

17  **A.** I don't recall.

18  **Q.** Three days after the accident to discuss the

19  Tampa Supercross meeting with the medical team

20  and Feld's Vice President operations, do you

1  know if this meeting was about Brian?

2  **A.** I don't recall.

3  **Q.** So Brian crashed. He got paralyzed.

4  Basically, you forget everything about the

5  circumstances of his accident?

6  **MS. JANKOWSKI:** Objection to form.

7  Argumentative. You can answer.

8  **BY MR. RAMOS:**

9  **Q.** Why the dearth of emails about Brian? Was

10  this not an important topic for Feld?

11  **MS. JANKOWSKI:** Objection. It's a form

12  **BY MR. RAMOS:**

13  **A.** Of course it was a important topic. But

14  understand this was 5 years ago. I don't recall

15  everything.

16  **Q.** Yeah. But you don't recall anything. And

17  we're talking about the only rider as per your

18  testimony that you have seen become paralyzed

19  after an accident on the race rack. And you

20  remember even a meeting with the people from

1  Feld and the Medic Rig about it. Do you?

2  **MS. JANKOWSKI:** Objection to form.

3  Argumentative. You can answer.

4  **BY MR. RAMOS:**

5  **A.** I do not recall having this meeting.

6  **Q.** Do you recall having any meetings at all

7  about Brian Moreau after his accident?

8  **A.** I do not recall any specific meetings after

9  Brian's accident about Brian Moreau.

10 **Q.** Even if you don't recall the contents of the

11 meeting, do you recall having a meeting about

12 Brian Moreau during that time?

13 **A.** I do not.

14 **Q.** Okay. I'm going to show you now what will be

15 marked as Exhibit 54. And this is document

16 produced by KTM. One second. It's bates labeled

17 as KTM 46. This is an email from Roger De

18 Coster of KTM. Do you know who Roger De Coster

19 is?

20 **A.** Yes.

1    **Q.** He's a retired famous motocross rider,

2    correct?

3    **A.** Yes.

4    **Q.** Okay. So he's now the Motorsports Director

5    for KTM, correct?

6    **A.** I believe that's his title. Yes. He still

7    works for them.

8    **Q.** Do you know him personally?

9    **A.** Yes.

10   **Q.** Have you talked to him?

11   **A.** Yes.

12   **Q.** Have you talked to him about Brian?

13   **A.** Not that I recall.

14   **Q.** Okay. Going to read an email that he sends

15   to John Hines on Monday, February 17, 2020.

16   This is two days after the accident. And he

17   states, "I am not sure how we should approach

18   Feld Alpinestars Medical, AMA, about how they

19   handle Brian. It is a difficult situation

20   because pretty much the whole medical crew are

148

1   voluntaries. I think even Dr. Bodnar only get

2   his travel reimbursed. If they're paying

3   something, it is minimal. There may have been

4   pressured to get Brian off the track ASAP to

5   stay on schedule." Do you know if KTM

6   approached Feld about Brian?

7   **A.** I do not. But it not surprising that they

8   wouldn't approach me about something like this.

9   As stated before, I primarily focus on

10  logistics of the events.

11  **Q.** Did they approach you, KTM, did they

12  approach you to talk about Brian?

13  **A.** Not that I recall.

14  **Q.** Do you know if they approached Alpinestars

15  regarding Brian?

16  **A.** Not that I recall.

17  **Q.** Do you know if KTM approached the AMA to

18  discuss Brian?

19  **A.** I do not.

20  **Q.** Okay. He also writes, "There may have been

149

1   pressure to get Brian off the track ASAP to

2   stay on schedule." In your opinion, why would

3   he think that?

4   **MS. JANKOWSKI:** Objection to form.

5   **BY MR. RAMOS:**

6   **A.** I do not know.

7   **Q.** But he has been involved in motocross for

8   decades, right?

9   **A.** Yes.

10  **Q.** Do you think he would say that if that had

11  never happened before?

12  **MS. JANKOWSKI:** Objection to form.

13  **BY MR. RAMOS:**

14  **A.** I don't know.

15  **Q.** Have you ever had stress[?] to get a rider

16  off the track to stay on schedule?

17  **A.** Never.

18  **Q.** Okay. But keeping the event on schedule is

19  important, right?

20  **A.** Try to keep our events on schedule, yes.

150

1    **Q.** Why is it important?

2    **A.** Only important in the sense that we have a

3    schedule and we try to keep to it to keep the

4    fans engaged.

5    **Q.** So do you agree with me that Feld is

6    definitely incentivized to stay your schedule

7    and keep the program moving, is that correct?

8    **MS. JANKOWSKI:** Objection to form.

9    **BY MR. RAMOS:**

10   **Q.** You can answer.

11   **A.** No, I would not agree to that.

12   **Q.** Is your testimony that Feld is not

13   incentivized to maintain the program on

14   schedule?

15   **MS. JANKOWSKI:** Same objection. Go ahead.

16   **BY MR. RAMOS:**

17   **A.** No, we're not incentivized to.

18   **Q.** But as you say, Supercross is a spectator

19   sport, right?

20   **A.** Yes.

151

1   **Q.** And it's intended to be entertaining. Would

2   you agree with me?

3   **A.** Yes.

4   **Q.** And it's televised on NBC, right?

5   **A.** Yes.

6   **Q.** And a lot of money is at risk if the event

7   does not occur as schedule. Is that correct?

8   **MS. JANKOWSKI:** Objection to form.

9   **BY MR. RAMOS:**

10  **A.** No.

11  **Q.** Would Feld get fined if they do not finish

12  the event at the time that they're supposed to

13  finish the event?

14  **A.** Not to my knowledge.

15  **Q.** Okay. Have you communicated with anyone from

16  Brian's former racing team about the incident?

17  **A.** Like I said earlier, I don't recall any

18  specific conversations. It is relatively common

19  that I would check in with a member of the team

20  in this case. It probably would have been Tyler

1  Keefe just to get a status update on how the

2  rider was doing.

3  **Q.** Do you recall speaking to Tyler Keefe?

4  **A.** I don't recall specifically speaking with

5  him. I'm only referencing what likely would've

6  happened.

7  **Q.** What about anyone from Troy Lee Design?

8  **A.** No.

9  **Q.** Do you exchange texts with any of these

10  people?

11  **A.** Sometimes phone calls. Sometimes text

12  messages, I would have with team managers.

13  **Q.** Have you exchanged emails with any of them?

14  **A.** Again, that's a broad question, but yeah, I

15  would exchange emails, yes.

16  **Q.** Have you provided those emails to counsel

17  for Feld?

18  **A.** I have provided all emails that reference

19  Brian Moreau or anything around that. Yes.

20  **Q.** Do you use social media?

153

1   **A.** I have social media accounts. If that's your

2   question.

3   **Q.** Do you use it to communicate with people in

4   the motocross industry?

5   **A.** No, not typically.

6   **Q.** Do you use any of your social media accounts

7   to communicate with anyone about Brian Moreau?

8   **A.** Not that I recall.

9   **Q.** What social media accounts do you have? What

10  platforms?

11  **A.** Instagram and Facebook.

12  **Q.** What is your handle on Instagram?

13  **A.** @mikemuye.

14  **Q.** Okay. And on Facebook?

15  **A.** It's either Mike or Michael Muye, just my

16  name.

17  **Q.** Okay. Do you recall discussing anything

18  about Brian Moreau with Dr. Bodnar?

19  **A.** I don't.

20  **Q.** What about Amy Mativa?

154

1   **A.** I don't know Amy Mativa.

2   **Q.** Dr. Kennedy?

3   **A.** I don't.

4   **Q.** Scott Combs?

5   **A.** I do not know Scott Combs.

6   **Q.** Okay. What programs or applications did Feld

7   use to communicate internally as a February,

8   2020?

9   **A.** I think just email and phone. That was prior

10  to Microsoft Teams.

11  **Q.** Okay. Did you use an application named

12  Signal?

13  **A.** Never heard of that.

14  **Q.** Okay. what are Feld's record keeping

15  policies for Supercross videos and documents?

16  **A.** I don't know.

17  **Q.** Have you ever seen any type of policy or

18  record keeping of documents in Feld?

19  **A.** No.

20  **Q.** Who would know?

1  **A.** I couldn't speak to that? Maybe our human

2  resources. No idea.

3  **Q.** If you would need to ask someone in Feld,

4  "Where can I get the policies for record

5  keeping?" Who would you talk to?

6  **A.** I would go to my supervisor most likely if I

7  had that question, which is Dave Prater.

8  **Q.** Mr. Prater?

9  **A.** Yes.

10  **Q.** Okay. You mentioned earlier that Feld is

11  called to enforce the rules and policies of the

12  AMA in their events. Is that accurate?

13  **MS. JANKOWSKI:** Objection to form.

14  **BY MR. RAMOS:**

15  **A.** Could you repeat that question?

16  **Q.** My question was, if it is accurate that Feld

17  needs to enforce within the events, the rules

18  and policies that the AMA have for each of

19  these events.

20  **MS. SPRADLIN:** Object to the form.

156

1   **MS. JANKOWSKI:** Same objection.

2   **BY MR. RAMOS:**

3   **A.** That is not accurate.

4   **Q.** No. Okay. Do you need to enforce, sorry, any

5   of the policies by the International Federation

6   of Motorcycling, FIM?

7   **MS. JANKOWSKI:** Objection to form.

8   **BY MR. RAMOS:**

9   **A.** No.

10  **Q.** Does Feld that you know have any role

11  whatsoever in enforcing or interpreting the

12  rules from the AMA or the FIM at Supercross

13  events?

14  **MS. SPRADLIN:** Object.

15  **MS. JANKOWSKI:** Objection to form. Go ahead.

16  **BY MR. RAMOS:**

17  **A.** No, we do not enforce any of the rules or

18  regulations at a Supercross event.

19  **Q.** Okay. Does Feld have any safety rules or

20  regulations for the SX events?

157

1  **A.** We have the flagger safety which is in-

2  person training that we do, the flaggers. We

3  have what's called paddock guidelines which are

4  rules and regulations around the Fan Fest

5  paddock area. By and large, we follow any

6  specific guidelines that a stadium or venue

7  has.

8  **Q.** Okay. So could you repeat the 3 that you

9  have mentioned just now?

10 **A.** So the Fan Fest, they're called Paddock

11 guidelines. Those are for teams specific.

12 They're specific to what's happening in Fan

13 Fest.

14 **Q.** So let's stay on that one for a second. What

15 are those guidelines? What do they say?

16 **A.** The size of the semi-truck that they're able

17 to bring, how the parking order would be

18 implemented. So who parks where and why, fire

19 extinguisher requirements. Without having it in

20 front of me, there's a moderate amount of

158

1    information around the Fan Fest.

2    **Q.** And the second one you mentioned.

3    **A.** As far as safety policies, it was the

4    Flagger Safety in-person demonstration.

5    **Q.** Is that the document that we previously

6    discussed this morning?

7    **A.** Yes.

8    **Q.** Where the flagger and volunteers signed?

9    **A.** Yes.

10   **Q.** Who gives that training, if you will?

11   **A.** John Tillman.

12   **Q.** Do you know how long, more or less that

13   training is?

14   **A.** Approximately 90 minutes.

15   **Q.** That happens every race day or the day

16   before, correct?

17   **A.** Correct.

18   **Q.** Okay. And you mentioned one last one.

19   **A.** Certain venues have certain guidelines that

20   we need to follow. And so we adopt those

1    policies.

2    **Q.** Do you know where the guidelines for the

3    Tampa Cross 2020 event, the Supercross?

4    **A.** The Tampa Supercross?

5    **Q.** Yeah.

6    **A.** No. I don't. They don't always provide us a

7    detailed list of their guidelines. In most

8    cases it's things like weather contingencies

9    and those types of things.

10   **Q.** Okay. I'm going to show you now, series of

11   videos that I want you to take a look at. Can

12   we go off the record for one second?

13   **COURT REPORTER:** Off the record, Mr. Ramos.

14   **COURT REPORTER:** We are back on the record,

15   2:13.

16   **BY MR. RAMOS:**

17   **Q.** So sir, I'm going to show you now as I said

18   a series of videos that I want you to comment

19   and explain to me what you're seeing, right?

20   And give us your perspective as a senior race

160

1  director, okay? First video, this is going to

2  be marked as Exhibit 55 that was produced by

3  FMS. And it was based then as FMS Inc. 710.

4  This is a video from the Glendale, Arizona

5  Supercross event that took place on January 25,

6  2020, roughly 3 weeks before Brian's accident

7  in Tampa, okay? Can you see that okay?

8  **A.** Yes. I don't hear any audio. If there's a...

9  **Q.** Let me see if I can. There we go.

10  **BY MR. RAMOS:**

11  **Q.** So I'm going to put this video on at 250.

12  And this is involving a crash for a rider named

13  Justin Bogle, okay? So let me just put this

14  250. It's probably going to take like 3

15  minutes. So just take a look and we'll talk

16  about it after.

17  **VIDEO ANNOUNCER 1:** [inaudible] Do the first day

18  event, is like really aggressive here.

19  [inaudible] Oh, the red flag is out. Red flag.

20  This one will have more stop. So the airplane

161

1   starts. Medical team can properly properly

2   attend to Justin Bogle. Justin is sitting up,

3   taking his helmet out. That's not Bogle just

4   rolling in. [inaudible] Your face. A comforting

5   face when the riders see their father and the

6   Alpinestar team, they're going to assist them.

7   **VIDEO ANNOUNCER 2:** Yeah, they do a fantastic

8   job. Pat down so they have them on there and...

9   **VIDEO ANNOUNCER 1:** [inaudible] Take care of

10  Justin. [inaudible] Step away for a moment

11  here, right back. [inaudible] 2020 Supercross

12  calendar brought to you by Monster Energy

13  Supercross, the official video game three next

14  week on one and only trip to Northern

15  California. They will close out the West Coast

16  swing all week down in San Diego, where we have

17  all the way across country to Tampa on the

18  great racing area way follow across the

19  schedule at supercrosslive.com. Get your

20  tickets there This week on Wednesday night,

162

1  hockey is an action packed letter. First at

2  7:30 Eastern. The National Predators are in DC

3  to take on Alex Ovechkin in the capitols. Then

4  at 10, the Lightning look to deep throw the

5  Kings in LA. Well, we are in a red flag

6  situation here in Glendale. They dropped the

7  game from 450 man event number 2, and they got

8  a little crazy down in the first corner. Justin

9  Bogle went down on the Alpinestars medical

10 team, 10 to two. He is up and away. I want to

11 show you what happened here. Did they start

12 right there? You can see just high-sided why

13 with, see here, Zach Osborn think he got a

14 little, little help from Adam C's Road, but not

15 completely certain.

16 **BY MR. RAMOS:**

17 **Q.** Okay. So in this video I just showed you,

18 Mr. Bogle crashed on the side of the track, is

19 that correct?

20 **A.** I only saw portions of it. It looked like to

1   me he was in the middle of the track.

2   **Q.** Do you want me to put the last part again so

3   you can take a look?

4   **A.** Sure.

5   **Q.** Okay.

6   **VIDEO ANNOUNCER 1:** [inaudible] And away, let me

7   show you what happened here. And then the scar

8   right there, you can see this high-sided

9   gliding with, let's see here. Zach Osborn, I

10  think he got a little help from Adam C's Road,

11  but not...

12  **BY MR. RAMOS:**

13  **Q.** So I ask you again, do you see him fall to

14  the side of the truck?

15  **A.** So the track lane looking at that video

16  comes back over itself. Meaning, if you're only

17  looking at the first turn, which is where he

18  crashed, he is off to the side of that, but

19  there's another track lane that comes right

20  across it. So I would say that he was in the

164

1    middle of the track.

2    **Q.** Understood. So do you think the red flag was

3    warranted given those circumstances?

4    **A.** I don't have the specifics or communication

5    with Alpinestars or AMA to understand or know

6    all the parameters, why they chose to throw a

7    red flag.

8    **Q.** Yeah, but I'm asking you. Do you think it

9    was appropriate for the waving of a red flag in

10   those circumstances?

11   **MS. JANKOWSKI:** Objection to form. Asked and

12   answered. Go ahead.

13   **BY MR. RAMOS:**

14   **A.** Yeah. And again, I can't answer that without

15   understanding all of the parameters.

16   **Q.** The reality is that the track was red flag

17   even before the medics arrived, right?

18   **A.** I couldn't tell that from that video.

19   **Q.** Okay. Do you want me to put it again?

20   **A.** You can, yes.

1    **Q.** Okay.

2    **A.** Oh, it's just too quick.

3    **Q.** Oh wait, hang on. There we go.

4    **VIDEO ANNOUNCER 1:** The medical team could

5    probably attend to Justin Bogle. Justin is

6    sitting up, taking his helmet off. That's not

7    Bogle just rolling in.

8    **BY MR. RAMOS:**

9    **Q.** Did you hear the announcer say that the

10   track was red flag so the medical team can

11   properly attend to Bogle?

12   **A.** It's very hard on this end to hear. I can

13   tell you what I saw. And that's inconclusive to

14   make a determination on. They showed the bikes

15   discontinuing to race. Short while afterwards,

16   they cut to what we're looking at here. And it

17   appears as though some of the medical team is

18   already on standby. What I did hear in the

19   audio, what little I did was the announcer

20   talking about the doctor arriving at the scene.

1  But your question was if the medics had

2  arrived, and from what I see, it appears so,

3  but this is a very limited scope.

4  **Q.** Okay. Now seeing this video, benefit of

5  seeing it twice, I ask you again, is it in your

6  opinion, a good use of the red flag in those

7  circumstances?

8  **MS. JANKOWSKI:** Objection to form. Go ahead.

9  **BY MR. RAMOS:**

10 **A.** Again, without understanding all of the

11 parameters, what was being communicated to the

12 medics on the floor, the discussion on the AMA

13 and the Alpinestars radios, I could not make

14 that determination.

15 **Q.** Well, do you think it was wrong for them to

16 waive their red flag?

17 **A.** I think that the medical team and the AMA

18 provide a high level of support and safety for

19 the riders, and I'm sure they made the right

20 decision in the moment.

167

1  **Q.** I'm not asking you if it was a good

2  decision. I'm asking you, in your opinion, was

3  it a good use of the waving of the red flag in

4  your opinion, based on the years that you've

5  been working on Supercross, on the many

6  accidents that you have seen, was this a good

7  use of the red flag?

8  **MS. JANKOWSKI:** Objection to form. You can

9  answer.

10  **BY MR. RAMOS:**

11  **A.** And again, in my years of experience, I

12  trust that the AMA and the Alpinestars folks

13  made the proper decision in the moment. I

14  looking at this video, can not make any

15  determination one way or the other.

16  **Q.** So if you say that they made the proper

17  decision in the moment, you're saying that you

18  agree with the use of the red flag in that

19  situation, right?

20  **MS. JANKOWSKI:** Objection to form.

168

**BY MR. RAMOS:**

**A.** I trust decisions that are made by them.

**Q.** Okay. Well, let's go off the record real

quick again because, please, Mr. Garcia,

**COURT REPORTER:** We are off the record, 2:25.

**COURT REPORTER:** We are back on the record at

2:52. Go ahead, Mr. Ramos.

**BY MR. RAMOS:**

**Q.** Okay, Mr. Muye. So before we went on a

break, I showed you the video involving an

accident at the Glendale Arizona Supercross

event on January 25, 2020, involving Justin

Bogle. I'm going to show you now a video of

that same event, but now involving rider Chris

Blows, okay? So give me just one second.

**BY MR. RAMOS:**

**Q.** Please tell me if you don't see anything

here or do you have any issues? Seeing my

screen, I'm going to put it here. Alright. This

is about a two-minute video. I'm going to put

1  it for you and please I'm going to ask you

2  questions after that, so.

3  [video playing]

4  Okay. Before going forward, realize this is a

5  new exhibit, this is a different video. This is

6  marked as Exhibit 56 and it was produced by

7  Feld. The bate stamp is FMS Inc. 711. Okay, so

8  before I start asking you questions about this,

9  I'm going to go here to particular part of the

10 video.

11 [video playing]

12 Mr. Amir, do you know who this person is?

13 **A.** That person on the screen right there?

14 **Q.** Yes. The red flag.

15 **A.** First name's Tim. I don't recall his last

16 name.

17 **Q.** Okay. Who does he work for?

18 **A.** The AMA.

19 **Q.** Okay. They're seeing that video involving

20 Mr. Blos[?] see that a red flag was thrown in

170

1    that situation, right?

2    **A.**  Yes.

3    **Q.** Do you think it was warranted given the

4    circumstances?

5    **MS. JANKOWSKI:** Objection, form.

6    **BY MR. RAMOS:**

7    **A.** Again, like the other video that you showed,

8    I don't have all the parameters of the

9    situation so I can't speak to it.

10   **Q.** Okay. Based specifically on what you saw in

11   this video, do you think there's not enough

12   judgment factors for you to determine if a red

13   flag was warranted in that circumstance?

14   **A.** There are not enough factors to make that

15   judgment.

16   **Q.** What other factors would you need to make

17   that determination?

18   **A.** Well, the medical personnel are speaking

19   with the athlete. That would probably be one of

20   the main ones. I don't know what the suspected

171

1  injury was. Those are all things that the

2  doctors typically manage in making that

3  decision.

4  **Q.** I'm going to put again, a replay of the

5  crash so you can take a look, again.

6  [video playing].

7  **Q.** That's not it. [video playing]. Do you think

8  this crash was more severe than Brian's?

9  **A.** It's hard to tell with the buffering that's

10  happening. I wouldn't say it's more or less,

11  no.

12  **Q.** And that seeing an accident like the one

13  that you just watched, did you think that

14  warrants a yellow flag or a red flag?

15  **MS. JANKOWSKI:** Objection form.

16  **A.** Well, any incident on the track warrants a

17  yellow flag. A red flag is again determined

18  between the AMA and Alpinestars. And without

19  knowing the communications that were happening

20  between them and with Alpinestars and the down

1  athlete I couldn't make that determination.

2  **Q.** But didn't you say that the flagger that has

3  the responsibility of throwing the red flag if

4  warranted does not have any communication with

5  the medical team?

6  **A.** I don't believe that I said that, the

7  medical team can speak with the AMA to request

8  a red flag is thrown.

9  **Q.** So is it your testimony now that the medical

10 team, once they go and speak to the rider that

11 is down, they communicate with the AMA,

12 correct?

13 **A.** Correct. Yes.

14 **Q.** And the AMA determines if a red flag is

15 warranted, correct?

16 **A.** Yes.

17 **Q.** And at any point in time during those

18 communications is felt aware of what the

19 medical team is telling the AMA?

20 **A.** No.

1  **Q.** You said at the beginning that once the AMA

2  knows that it has a red flag goes and tell Feld

3  so they can communicate with the production

4  company. Wasn't that your testimony?

5  **A.** Yes.

6  **Q.** Okay. In a situation like this, how does the

7  race command communicate with the medical team

8  or the AMA? And what I mean by that, before you

9  answer the question, is how literally with what

10 sort of communication they use to communicate

11 with each other.

12 **MS. JANKOWSKI:** Objection to the form. Go ahead.

13 **BY MR. RAMOS:**

14 **A.** So if you're referencing the race command

15 position, the Eye in the Sky is that what your

16 reference is to?

17 **Q.** Yes.

18 **A.** There is no direct communication between the

19 2 of them.

20 **Q.** Okay. Does the race command can communicate

1  with either the AMA or the medical team?

2  **A.** Not to my knowledge, no.

3  **Q.** Is there any way that they could have some

4  communication channel to talk between them?

5  **A.** Yes, it's possible. Yes.

6  **Q.** How is it possible

7  **A.** That they're standing by each other it's

8  possible. I think that was your question.

9  **Q.** No, I'm talking about the Eye in the Sky. Is

10 it possible for the Eye in the Sky to

11 communicate if it wants to, with either the AMA

12 or the medical team that is responding to an

13 incident?

14 **MS. JANKOWSKI:** Objection to form. Go ahead.

15 **BY MR. RAMOS:**

16 **A.** So, there's no direct line of communication

17 between the Eye and the Sky and the AMA or

18 Alpinestars. The Eye in the Sky's

19 responsibility is to focus on the yellow

20 flaggers, I'm sorry, the runners. As soon as

175

1  there is an incident on the track, no matter

2  what or the level of incident on the track, the

3  Eye in the Sky notifies the runners to respond

4  to that incident, pick up the motorcycle, and

5  place a tough block in between oncoming traffic

6  in the bike. At no point do they communicate

7  that to the AMA. And at no point does the AMA

8  communicate any of their decisions to the Eye

9  in the Sky.

10  **Q.** Okay. So we've established that the Eye in

11  the Sky talks to the track runner so they can

12  take care of the motorcycle and a tough blocks

13  that needs to be put. Right?

14  **A.** Correct.

15  **Q.** My question was not if it happened. My

16  question is if there is any way that the Eye in

17  the Sky can get in contact with either the

18  medical team or the AMA on the track.

19  **A.** There's not a line of communication between

20  those 2.

1  **Q.** They have no way of communicating with each

2  other?

3  **A.** No.

4  **Q.** That is your testimony.

5  **A.** Nor do they need to.

6  **Q.** Okay. Talking about the Eye in the Sky, how

7  does that room look like? What is in there?

8  **A.** They're usually very bare. You got a desk,

9  usually a couple of chairs, and normally there

10 are 2 floors, so lower and upper, you've ever

11 seen a press box in a stadium, looks similar to

12 that, much smaller. Then he sits in there with

13 his headset and some track maps signifying

14 where each runner is positioned on the track.

15 **Q.** Does he have monitors in there?

16 **A.** I don't know. He might, I don't recall if he

17 has a camera monitor or a timing and scoring

18 monitor. Not always.

19 **Q.** I guess my question is, if he's so high on

20 the stadium, how is it possible for him to keep

177

1  an eye on everything that's going on down

2  there? Does he have any sort of cameras that

3  he's looking at or any other sort of device

4  that he uses for that purpose?

5  **A.** No. Those booths, they're operational booths

6  for NFL or Major League Baseball. They're

7  actually positioned so that you can see the

8  floor relatively clearly. So he's monitoring

9  the floor and it's in like holistically, he's

10  looking at the entire floor scanning it.

11  **Q.** Okay. So with his VAR visually, he doesn't

12  have any monitors or anything else that would

13  help him view the track?

14  **A.** Not typically, no.

15  **Q.** Okay. Going to go now to another video.

16  Let's stop sharing this one. This is going to

17  be a video of the February 15, 2020 Tampa

18  Supercross event. This will not be video of

19  Brian. This will be a video involving Alex Ray,

20  but it is on the same date. This is exhibit, it

1    will be marked as Exhibit 58 and was produced

2    as well by Feld. It's base stamp FMS Inc 651.

3    Okay.

4    **MS. SPRADLIN:** Not certain if I missed

5    something.

6    **MR. RAMOS:** Sorry.

7    **MS. SPRADLIN:** But I think the last you marked

8    was 56. Just to keep the numbers straight.

9    **Q.** I'm sorry. You are correct, Caroline. This

10   is Exhibit 57 and the Bates stamp is 882, FMS

11   Inc. 882.

12   **BY MR. RAMOS:**

13   **Q.** Okay. Second. Okay. You see a video as well.

14   **A.** Yes. Correct.

15   [Video Playing]

16   **Q.** Okay, so this is on the same date as I

17   mentioned of Brian Moreau's accident. It was

18   later though. Where were you when this Alex Ray

19   accident occurred?

20   **A.** I don't recall.

1  **Q.** Do you remember this particular accident?

2  **A.** I do not.

3  **Q.** Again, do you think a red flag was warranted

4  given these circumstances?

5  **A.** Again not all the details are available to

6  make that kind of- I would need more details. I

7  don't know what the communications were that

8  were happening.

9  **Q.** So, going off of the time that happened,

10  transparent in this video, it was at 3:15, 13

11  seconds he fell at 31:5 with 25 seconds, the

12  red flag was out. So 12 seconds later the red

13  flag was out. In your experience as a director

14  of operations for Feld, what communications

15  took place in those 12 seconds in order for the

16  AMA to wave the red flag?

17  **MS. JANKOWSKI:** Objection to form. You can

18  answer.

19  **BY MR. RAMOS:**

20  **A.** I would be guessing, but either the AMA made

180

1    a decision to throw the red flag or any of the

2    reasons that they deemed necessary or the

3    medical unit contacted the AMA and asked them

4    to throw a red flag for any of the reasons they

5    deemed necessary.

6    **Q.** Okay. So given the circumstances of what you

7    saw in this video, do you think it was a good

8    use of the red flag or was it a bad use of the

9    red flag?

10   **MS. SPRADLIN:** Object.

11   **MS. JANKOWSKI:** Objection, form.

12   **BY MR. RAMOS:**

13   **A.** As I mentioned, I don't have all the details

14   of the situation to be able to accurately say

15   whether it was a good use or a bad use. I do

16   believe in the judgment of the AMA and the

17   Medic Rig to make that determination.

18   **Q.** So basically you have no opinion on whether

19   or not any of these 3 crashes. It was a good

20   use of the red flag.

1   **A.** My only opinion is that the AMA and the

2   Medic Rig are both professionals and they made

3   the decision that was right in the moment.

4   **Q.** And do you think their decision was a good

5   one?

6   **MS. JANKOWSKI:** Objection to form.

7   **BY MR. RAMOS:**

8   **A.** I don't know how else to answer that other

9   than what I've already answered.

10  **Q.** It's a pretty simple question. It's either a

11  yes, I think it was a good one, or no, I don't

12  think it was a good decision. That's all we

13  needed.

14  **MS. SPRADLIN:** Objection to form. So more than

15  one answer to your question, and you know it

16  anyway, go ahead, Mike.

17  **BY MR. RAMOS:**

18  **A.** I think that the decision that Alpine Stars

19  and AMA made was a decision that they likely

20  based on parameters that I'm not aware of. And

182

1    for that reason, I believe that they probably

2    made a good decision, but I don't know all

3    those details to be able to make my own

4    decision on it.

5    **Q.** Okay. And again, what other details would

6    you need to get your decision on that?

7    **MS. SPRADLIN:** Objection. Asked and answered. Go

8    ahead.

9    **BY MR. RAMOS:**

10   **A.** As I mentioned, I don't know the

11   communications with the athlete. I don't know

12   the parameters of where the medic units were in

13   relation to the athlete. There's a host of

14   things that go into making a decision like

15   that. And I just don't know all of those.

16   **Q.** To determine if it was a good decision or

17   not. You need to, you need to know what the

18   athletes said. You need to know where the

19   medics were at, correct?

20   **MS. SPRADLIN:** Objection to the form.

183

1    **BY MR. RAMOS:**

2    **A.** Amongst other things. Yes.

3    **Q.** Okay, let's go now to stop sharing this. So

4    this is Exhibit Number 58. This will be a video

5    of Brian's crash to give you some, I'm going to

6    show you 2 videos. Okay? So the first one is

7    going to be from the Nest camera. So I asked

8    that you bear with me for one second because

9    it's not the closest view that we have here,

10   but we are looking at the extreme right of the

11   racetrack. I'm going to put it here at the 450

12   mark. Can you see my cursor right now or no?

13   **A.** Yes.

14   **Q.** All right. So, I want you to look over here.

15   This is where the accident happened. So I want

16   you to keep your attention there. [video

17   playing] Okay, so were you able to appreciate

18   the crash?

19   **A.** What's that?

20   **Q.** Were you able to appreciate the crash or do

1  you want me to put it again?

2  **A.** I saw the crash, yes.

3  **Q.** Okay. So they took a little bit less than a

4  minute to take him out of the track. Okay,

5  here. But I'll show you now another angle of

6  the video. This is going to be a jumbotron

7  version. This is going to be Exhibit Number 59.

8  This was also produced by Feld and it's made

9  stamp as FMS Inc. 651 going to show you here

10  [Video Playing]. Okay. From watching this

11  video, and within the context of the other 3

12  that we have looked at, in your experience as

13  senior director of operations for Feld, do you

14  think that the response by the medical team was

15  appropriate to Brian's crash?

16  **A.** Again, I don't have all of the parameters of

17  the communication between them. So I can't

18  answer that.

19  **Q.** Do you think they should have waved the red

20  flag in a situation like this one?

185

1  **MS. SPRADLIN:** Objection to form. Go ahead.

2  **BY MR. RAMOS:**

3  **A.** And in the moment I don't have all the

4  details. I can't answer that.

5  **Q.** He was in the middle of the track though,

6  right? Same as you mentioned about Justin

7  Bogle, and that was one of the reasons why the

8  red flag was probably warranted in that

9  situation, correct?

10  **MS. SPRADLIN:** Objection to form.

11  Mischaracterizes his testimony. You can answer.

12  **BY MR. RAMOS:**

13  **A.** I did not state that that may be one of the

14  reasons that the red flag was thrown in

15  Glendale. I simply stated that he was in the

16  middle of the track, not on the side.

17  **Q.** Let me show you this again. [Video Playing]

18  Knowing what you know now, in hindsight, do you

19  think there was this that you're looking at in

20  the screen? Is that an appropriate way to

1   handle a down rider?

2   **MS. JANKOWSKI:** Objection to form.

3   **MS. SPRADLIN:** Object to form, facts pretty

4   good. Go ahead. You can, yeah.

5   **BY MR. RAMOS:**

6   **A.** I'm not a medical professional. I can't

7   speculate on what is or is not appropriate. We

8   contract with Alpinestars to make the

9   appropriate decisions with the appropriate

10  personnel.

11  **Q.** And what you're seeing right now in the

12  screen, do you think that particular movement

13  is appropriate?

14  **MS. SPRADLIN:** Same objection.

15  **MS. JANKOWSKI:** Same objection.

16  **BY MR. RAMOS:**

17  **A.** I'm not a medical professional to be able to

18  answer that.

19  **Q.** Okay. I think I'm almost about done. Would

20  you say we get a five-minute break, last one,

1  so I can check my notes, see if I have anything

2  else? And otherwise, it's your witness. All

3  right.

4  **MR. SCHWEIKERT:** Make it 10. Please. I got to

5  hit the head too.

6  **MR. RAMOS:** Okay.

7  **MR. SCHWEIKERT:** Thank you.

8  **MR. RAMOS:** Let's do it. 10. Thank you, Jorge.

9  Off the record.

10  **COURT REPORTER:** Off the record at 3:23.

11  **COURT REPORTER:** We are back on the record at

12  3:38. Go ahead, Mr. Ramos.

13  **BY MR. RAMOS:**

14  **Q.** Okay, Mr. Muye, I have some final questions

15  for you on 2 very particular topics. So first

16  we're going to talk a little bit more about the

17  Eye in the Sky, right? You mentioned that the

18  race command booth is similar to the NFL's Eye

19  in the Sky. Is that correct?

20  **A.** Yes. I don't know if the NFL has an Eye in

1  the Sky or not but the booths or positions that

2  you can see the majority of the floor from

3  them.

4  **Q.** Okay. I'm going to show you some pictures of

5  stadiums' booths like this. So you could tell

6  me if the setup is similar to what the

7  Supercross uses. Okay. So, this is an MLB, I'm

8  sorry, this would be Exhibit 61 for

9  identification purposes. This would be an Eye

10  in the Sky in a major league baseball stadium.

11  **MS. SPRADLIN:** Believe the last exhibit you

12  marked was actually 59.

13  **BY MR. RAMOS:**

14  **Q.** 59. Okay. So Exhibit 60, I'm sorry. So this

15  is an Eye in the Sky from a major league

16  baseball stadium. Would you say this is similar

17  to what the Supercross has?

18  **MS. JANKOWSKI:** Objection. Go ahead.

19  **BY MR. RAMOS:**

20  **A.** Sometimes some of the booths have monitors

189

1    like that some of them don't. But generally

2    speaking with the bench seating like it is,

3    yes.

4    **Q.** Okay. I'm going to show you one for the NFL,

5    this would be Exhibit 61, now. This would be an

6    Eye in the Sky for the National Football

7    League. Do you think this is similar to what

8    the Supercross has?

9    **A.** Yeah, I just want to clarify a little bit of

10   terminology. Eye in the sky is a specific

11   position, an operational booth I think is what

12   you're talking about. Or am I incorrect?

13   **Q.** The race command booth.

14   **A.** Okay. So if we're talking about the booth

15   specifically, yes, that's exactly what we're

16   talking about.

17   **Q.** Okay. And the person that is in the race

18   command booth is the Feld employee we

19   discussed, right?

20   **A.** Yes.

190

1    **Q.** All right. So based on this that we have

2    discussed now, does the race command booth have

3    the best comprehensive view of the entire

4    racetrack?

5    **A.** Yes, they have a good comprehensive view.

6    **Q.** Okay and wouldn't this race command booth be

7    in the best position to identify hazards or

8    crashes or any other unsafe conditions on the

9    track?

10   **A.** Yes, they do have a vantage point that

11   allows them to see that. Yes.

12   **Q.** if the person in the race command booth

13   notices a rider's crashing or a potentially

14   dangerous situation, who do they report that

15   information to?

16   **A.** The track runners.

17   **Q.** Okay so basically the person in the race

18   command booth cannot directly notify anyone who

19   actually has authority to stop the race if

20   needed, correct?

1   **A.** Right.

2   **Q.** So if the person in the race command booth

3   sees something dangerous from his better

4   vantage point and only communicates with the

5   staff placing the tough blocks, how does that

6   information get related to the people

7   responsible for riders' safety?

8   **MS. JANKOWSKI:** Object to form.

9   **BY MR. RAMOS:**

10  **A.** The AMA who has the responsibility of

11  throwing the red flag and making that

12  determination has multiple vantage points

13  throughout the racetrack.

14  **Q.** Okay, what are those vantage points?

15  **A.** There's a tower next to the finish line.

16  There's a tower, I will say I don't recall if

17  we had that tower in 2020, I believe that we

18  did, that the race director stood in and there

19  are multiple officials around the track that

20  all bear witness to any type of incident.

192

**Q.** Would you say that any of those have a

better vantage point than

the race command booth?

**A.** They all have their own unique vantage

point.

**Q.** Wouldn't it make more sense for the person

in the race command booth to be able to

communicate directly with the race director or

the medical team to avoid any delays in dealing

with an injured rider?

**MS. JANKOWSKI:** Objection to form.

**BY MR. RAMOS:**

**A.** I don't necessarily agree with that, no.

Each individual has their own responsibilities.

So the race command area there, and our Jim

Perry is focused on immediate action from a

specific group which is our fellow runners. The

lead flagger is responsible for the flaggers.

The AMA is responsible for their group. If you

had multiple people and multiple different

193

1    groups making those types of calls it could

2    become very confusing, cluttered, and less

3    safe. So it is built in a way that the

4    different decision levels are done

5    appropriately.

6    **Q.** How much time do you think it would take for

7    a message from the race command booth to reach

8    the race director, if at all?

9    **MS. JANKOWSKI:** Objection to form. Go ahead.

10   **BY MR. RAMOS:**

11   **A.** I don't know again as they don't

12   communicate. The race command is responsible

13   for a group of people who immediately respond

14   to any event that happens on the racetrack no

15   matter what the severity cause anything is.

16   Their first and foremost responsibility is to

17   protect the riders, both a rider that may have

18   crashed as well as the riders that are still

19   competing.

20   **Q.** So let's say that the race command booth

194

1    sees a rider down on track in a dangerous

2    position after any accident. Is it your

3    testimony today that they have absolutely no

4    way to alert the race director to stop the race

5    or to even consider stopping the race because

6    of that rider?

7    **MS. JANKOWSKI:** Objection to form.

8    **BY MR. RAMOS:**

9    **A.** That is correct. It is the AMA's

10   responsibility solely to stop the race.

11   **Q.** Can you think of any reason why the command

12   booth cannot communicate directly with the race

13   director during a critical safety incident?

14   **A.** As I mentioned before, they have a singular

15   job. The singular job is to immediately respond

16   to an event no matter what the event is.

17   **Q.** Okay, but can you think of any reason why

18   they could not respond or even communicate with

19   the race director?

20   **MS. JANKOWSKI:** Objection, asked and answered,

1  go ahead.

2  **BY MR. RAMOS:**

3  **A.** There's no purpose to and we don't want to

4  confuse any of the messages between the

5  different responsibilities on the floor. So

6  that would be the reason.

7  **Q.** In your experience, has there ever been a

8  time where a delay in communication contributed

9  to a dangerous situation on the track?

10  **MS. JANKOWSKI:** Objection to form. Go ahead.

11  **BY MR. RAMOS:**

12  **A.** Not that I can recall.

13  **Q.** Okay. So who would you say is ultimately

14  responsible for rider safety during the event?

15  **A.** The AMA.

16  **Q.** So the AMA is responsible for the rider

17  safety and Feld has no responsibility as to

18  that. Is that your testimony?

19  **MS. JANKOWSKI:** Objection. The state's

20  testimony. Go ahead.

196

1    **BY MR. RAMOS:**

2    **A.** I think your question was who has ultimate

3    responsibility and my answer was the AMA has

4    ultimate responsibility.

5    **Q.** Okay, so I'm asking you if your testimony is

6    that Feld has no responsibility for rider

7    safety during an event.

8    **A.** Feld does take rider safety into account.

9    **Q.** But they are not responsible?

10    **A.** Again, it is the AMA's ultimate

11    responsibility.  Feld has multiple levels of

12    safety precautions that we put in place.

13    **Q.** But sir, my question is very simple. Is Feld

14    responsible in any way for riders' safety

15    during an event?

16    **MS. JANKOWSKI:** Objection. Asked and answered.

17    Go ahead.

18    **BY MR. RAMOS:**

19    **A.** I think I'm answering that. Feld puts in

20    place many safety precautions for rider safety.

197

**Q.** Is that because they are responsible for the riders' safety?

**A.** As I mentioned before, we flag the yellow flags. We protect the rider with motorcycles placed in front of them, top blocks placed in front of them, amongst other things.

**Q.** Sir, that is not my question with all the respect. I'm asking you, is Feld responsible for rider safety during an event? The answer should be yes or no.

**MS. JANKOWSKI:** Objection. He's going answer the question as he sees fit. Go ahead.

**BY MR. RAMOS:**

**A.** I think I did answer the question.

**Q.** I don't think you did. You're telling me the other things that Feld does. I'm asking you if Feld is responsible for rider safety. You have not answered that question.

**MS. JANKOWSKI:** Objection. It's argumentative. Go ahead.

198

1    **BY MR. RAMOS:**

2    **A.** Feld has responsibility in the areas that I

3    mentioned for rider safety.

4    **Q.** Okay. How does the race director receive

5    information about

6    dangerous situations if the race command booth

7    does not communicate directly with them?

8    **A.** So, as I mentioned before, they have

9    officials placed in and around the track, some

10   of which are in towers, with good, clear views

11   of all portions of the track. They don't need

12   communication from the race command booth

13   because they have their own people that do

14   that.

15   **Q.** Okay. That you know of. In other

16   motorsports, such as MotoGP or Formula One,

17   does the person overseeing the entire track in

18   a position similar to the race command booth

19   communicate directly with officials responsible

20   for safety?

1  **MS. JANKOWSKI:** Objection to form. Go ahead.

2  **BY MR. RAMOS:**

3  **A.** I can't speak exactly to how other events

4  work. I can speak to how Supercross works and

5  how Supercross works well.

6  **Q.** Okay. So imagine that a rider crashes in the

7  middle of the track and the person in the race

8  command booth sees it. Nothing has been done

9  yet. Are you saying the person in the race

10 command booth can only call for someone to move

11 a top block and cannot notify the race director

12 to stop the race or to take a look at what's

13 happening?

14 **MS. JANKOWSKI:** Objection to form, go ahead.

15 **BY MR. RAMOS:**

16 **A.** That does not happen. In my experiences, you

17 asked earlier for, it is very readily visible

18 to all parties when there's an incident on the

19 track.

20 **Q.** Who supervises the person in the race

1  command booth?

2  **A.** Jim Perry, our tour manager.

3  **Q.** The tour manager is the one responsible for

4  ensuring that the observations made by the race

5  command booth are relayed to the correct people

6  during an emergency.

7  **A.** Yes.

8  **Q.** Okay. Now, stepping away from the race

9  command booth, I'm going to ask you some

10 questions about the incident report that we

11 discussed earlier today. That was with regard

12 to the AMA Rule Book. What is the purpose of

13 preparing an incident report?

14 **MS. JANKOWSKI:** Objection to form.

15 **BY MR. RAMOS:**

16 **A.** I don't remember discussing an incident

17 report in relation to the AMA Rule Book.

18 **Q.** Okay. I can look it up. You bear with me for

19 two seconds. I can get you now. I'm sorry.

20 You're all right. That was exhibit number 22.

1  Going to put it up here again, just for your

2  benefit. Okay. So this is the document we were

3  talking about earlier today. This is the

4  technical writer for the Tampa, Florida,

5  February 15, 2020 event. The page 15, we're

6  talking about this sentence that states that,

7  "Competitor EMTs and paramedics are dedicated

8  solely to the floor. If an incident occurs,

9  there must be an incident report filed." It

10  says, "We will need a copy of the stadium's

11  incident report." So I wanted to ask you, what

12  is the purpose of preparing an incident report

13  in conjunction with that rule?

14  **MS. JANKOWSKI:** Objection to form. You can

15  answer.

16  **BY MR. RAMOS:**

17  **A.** We asked for it because it would be

18  beneficial to have any amount of

19  documentation that we can get on any incident.

20  As I mentioned before, the large majority, if

202

1  not all nowadays, don't provide it due to HIPAA

2  regulations. We leave it in that technical

3  writer if it is available in that specific

4  market.

5  **Q.** Would you agree with me that incident

6  reports document the facts of what occurred? I

7  mean, the time, the place, the description of

8  the incident?

9  **A.** Yes.

10  **Q.** Do these incident reports typically include

11  detailed medical diagnoses

12  or private medical information about the

13  injured person?

14  **A.** When they come from a medical provider, such

15  as a paramedic, they typically could or would.

16  I can't speak to each individual fire

17  department or ambulance provider as to why they

18  would or would not want to do that.

19  **Q.** Has Feld prepared any incident reports in

20  other cases where someone was injured at an

1  event?

2  **A.** I can't speak to other litigation that Feld

3  has been in.

4  **Q.** I'm not asking about other litigation. I'm

5  asking if Feld has prepared incident reports in

6  other cases where someone has been injured on

7  the track.

8  **A.** On the track? Not to my knowledge, no.

9  **Q.** So basically your testimony is that Feld

10 does not document serious injuries that

11 happened at the track during the events,

12 correct?

13 **A.** The medical unit documents that, I believe

14 the AMA documents that, Feld does use incident

15 reports for other types of incidents, such as

16 workers, worker comp claims, those types of

17 things. But we do not create incident reports

18 for on-track incidents.

19 **Q.** Okay. Jeff testified several times that the

20 incident reports are not prepared

204

1  because of HIPAA concerns, right? Can you

2  explain what you understand HIPAA to mean?

3  **A.** I don't know what each individual letter

4  means, but I understand HIPAA to be a federal

5  guideline of sorts of the information for any

6  given patient in medical care.

7  **Q.** Okay. Would you agree that HIPAA is designed

8  to protect private medical information such as

9  diagnosis, treatments, or other medical records

10 of an individual, right?

11 **A.** Yes.

12 **Q.** Okay. Now would you agree with me that

13 documenting facts about an incident such as a

14 rider fell at 2:30 p.m. emergency responders

15 assisted him. That does not disclose private

16 medical information. Would you agree with me on

17 that?

18 **A.** If that's what they put in, the only thing

19 they put into the incident report, yes.

20 **Q.** Okay.

205

1  **A.** I'd agree with that.

2  **Q.** So are you aware that HIPAA applies to

3  health care providers and other covered

4  entities? I asked you, is your role as a track

5  operator or event manager subject to HIPAA?

6  **A.** My role, I don't believe is. What I will say

7  is to back up if we're still talking about the

8  ALS units that come through the venue, I'm only

9  passing through what has been told to us

10  repeatedly in every state and city that we

11  play, is that the majority of these paramedics

12  are not comfortable providing any level of

13  information to us in reference to HIPAA and

14  their concerns with providing that information.

15  **Q.** Would you agree with me that it is standard

16  practice for venues or

17  stadiums or event organizers to prepare

18  incident reports when someone is seriously

19  injured?

20  **MS. JANKOWSKI:** Objection to form.

1    **BY MR. RAMOS:**

2    **A.** Typically, that would be around an employee

3    of the stadium or a patron of the stadium. As I

4    believe that I previously mentioned, the AMA is

5    responsible for a fall-down report, which

6    states exactly what you had asked for, in that

7    it documents that there was an incident that

8    took place.

9    **Q.** Okay, so in your experience, do other

10   stadiums or event operators, you have worked

11   with prepare incident reports for serious

12   injuries?

13   **MS. JANKOWSKI:** Objection to form.

14   **BY MR. RAMOS:**

15   **A.** For serious injuries that happen outside of

16   the competition, yes, my experience is that

17   they do create incident reports for that.

18   **Q.** So, are you suggesting that it is acceptable

19   for BELL to ignore documenting serious

20   incidents if they don't happen during the race?

207

1  **MS. JANKOWSKI:** Objection, mistake systems, go

2  ahead.

3  **BY MR. RAMOS:**

4  **A.** As I mentioned before, the AMA produces a

5  fall-down report, which is that same incident

6  report that we're, I think, discussing here. If

7  there's an incident inside of the venue with,

8  say, a patron, the stadium produces that

9  incident report. At no point that I'm aware of

10 does an EMT or paramedic produce an incident

11 report about either an athlete on the track or

12 a patron in the stands.

13 **Q.** You would agree with me that failing to

14 prepare an incident report

15 makes it harder to identify what happened and

16 ensure that similar incidents don't occur in

17 the future, right?

18 **MS. JANKOWSKI:** Objection to form.

19 **BY MR. RAMOS:**

20 **A.** Yes.

208

1  **Q.** Do you know of any policy within Feld that

2  prohibits incident reports from being prepared

3  due to HIPAA concerns?

4  **A.** Feld, we produce incident reports for

5  employee injury, those types of things, yes.

6  We're not bound to HIPAA because it's only a

7  mention of what specifically happened.

8  **Q.** Right, but I guess my question is, is there

9  a policy that says no incident reports can be

10  filed due to HIPAA concerns from Feld.

11  **A.** Not that I'm aware of, no.

12  **Q.** Has anyone in Feld ever been trained that

13  HIPAA prevents incident reports?

14  **A.** I can't speak to anyone in Feld. I have not

15  been trained in HIPAA forms, no.

16  **Q.** Would you agree with me that Brian's injury

17  was catastrophic?

18  **A.** Yes.

19  **Q.** And isn't it true that in catastrophic

20  injury cases, it's even more important to

209

1   document what happened for safety, legal, and

2   operational reasons?

3   **A.** As previously stated, all of the standard

4   documentation that is produced at the Super

5   Cross Race was produced at this event, most

6   notably as we're talking about incident

7   reports, the AMA fall-down report, which is our

8   standard protocol.

9   **Q.** Can you point to any documentation, emails,

10  notes, logs, whatever, that memorializes what

11  happened to Brian on the day of his injury?

12  **A.** I don't think I could, no. Maybe I'm not

13  understanding the question clearly, but we've

14  gone through painstaking measures to produce

15  everything that we have for this. So, yeah.

16  **Q.** So you, a senior director of operations,

17  cannot point to any documentation that you did,

18  any emails that you're a part of, any notes

19  that you prepared, any logs that memorialize

20  what Brian went through on that February 15 of

210

1   2020?

2   **A.** Obviously, what we've gone through today,

3   I've pointed out the fall-down report and

4   that's the only thing that I can think of to

5   point to.

6   **Q.** Does not preparing an incident report seem

7   consistent with Feld's duty to ensure safety

8   for the riders?

9   **MS. JANKOWSKI:** Objection to form. So legal

10  conclusion, but go ahead.

11  **BY MR. RAMOS:**

12  **A.** Again, the AMA has the ultimate

13  responsibility for what happens on the

14  racetrack, therefore that's why they provide us

15  with a falldown report and that's our standard.

16  **Q.** Is it fair to say that preparing an incident

17  report might make Feld look bad if it revealed

18  failures in safety protocols or response to the

19  accident?

20  **MS. JANKOWSKI:** Objection to form, seems facts

1  on that let's go ahead.

2  **BY MR. RAMOS:**

3  **A.** I don't believe that that's fair.

4  **Q.** So you think that if a report states that

5  Feld didn't respond to an emergency

6  accordingly, that would not look bad upon Feld?

7  **MS. JANKOWSKI:** Objection to form. Same basis,

8  go ahead.

9  **BY MR. RAMOS:**

10  **A.** Can you repeat that question?

11  **Q.** That if you would agree with me that by not

12  filing a report, which question? That if you

13  would agree that if a report was filed and it

14  showed that Feld failed to follow appropriate

15  measures in response to an emergency if your

16  testimony is that, that wouldn't look bad on

17  Feld.

18  **MS. KHELLA:** Objection to form. sims fax on

19  notice, let's go ahead.

20  **BY MR. RAMOS:**

1  **A.** Every form that is standard protocol, to my

2  knowledge, was filed in this case, and nor

3  would Feld, and I can speak directly for

4  myself, not file something because it may look

5  bad.

6  **Q.** Okay, but my question was if filing a report

7  that states that Feld didn't follow protocols

8  if that would look bad upon Feld?

9  **MS. JANKOWSKI:** Objection asked and answered. Go

10  ahead.

11  **BY MR. RAMOS:**

12  **A.** I have the same answer as before. We would,

13  no matter what, file any reports that were

14  standard protocol.

15  **Q.** Are you aware that failing to document

16  incidents can be viewed as an attempt to avoid

17  scrutiny in cases of serious injury or

18  negligence?

19  **MS. JANKOWSKI:** Objection to form, again, same

20  facts, not notice. Go ahead, you can answer.

1  **BY MR. RAMOS:**

2  **A.** Do you want to repeat that question real

3  quick?

4  **Q.** I ask if you are aware that failing to

5  document incidents can be viewed as an attempt

6  to avoid scrutiny in cases of serious injury or

7  negligence.

8  **MS. JANKOWSKI:** Same objection.

9  **BY MR. RAMOS:**

10  **A.** I can understand holistically.

11  **Q.** Let me look at my notes real quick. I have

12  no further questions. Thank you, Mr. Muye.

13  **A.** Thank you.

14  **DIRECT EXAMINATION MRS. JANKOWSKI:**

15  **Q.** Mr. Muye, I have some follow-up questions.

16  You were asked questions at the beginning of

17  the deposition about your role with Feld

18  Motorsports. Do you recall those questions

19  generally?

20  **A.** Yes.

214

1  **Q.** Okay. What is your position with Feld

2  Motorsports?

3  **A.** I'm the Senior Director of Operations for

4  Supercross.

5  **Q.** How long have you been in that role with

6  Feld Motorsports?

7  **A.** Approximately since 2016, I've been in that

8  role.

9  **Q.** And from 2016 into the present, who has been

10  your employer?

11  **A.** Feld Motorsports.

12  **Q.** There was some testimony earlier about Feld

13  Entertainment. Do you recall that?

14  **A.** Yes.

15  **Q.** Who issues your paycheck?

16  **A.** Feld Entertainment.

17  **Q.** And who issues your W-2?

18  **A.** Feld Entertainment.

19  **Q.** Do you understand or have any explanation

20  for why Feld Entertainment issues your W-2 and

215

1   your paychecks when your employer is Feld

2   Motorsports?

3   **A.** They are essentially, Feld Entertainment is

4   essentially our payroll provider.

5   **Q.** Have you ever been employed by Feld

6   Entertainment?

7   **A.** Not to my knowledge.

8   **Q.** And you were shown some photographs of the

9   NFL and Major League Baseball. Do you recall

10  that?

11  **A.** Yes.

12  **Q.** And there were monitors in both of those

13  photographs. Do you recall that?

14  **A.** Yes.

15  **Q.** Are those monitors in place in the race

16  command booth?

17  **A.** No.

18  **Q.** And you were asked a series of questions

19  about incident reports. Do you recall that?

20  **A.** Yes.

216

**Q.** Feld does anything differently vis-a-vis Brian Moreau than it does in any other event.

**A.** No.

**MS. JANKOWSKI.** I don't have any further questions.

**MRS. KHELLA:** Ms. Gretchen [inaudible] no questions.

**MS. SPRADLIN:** I'm so sorry. This is Caroline for AMA. I don't have any other questions either.

**MR. SCHWEIKERT:** Just a five-minute break. Let me confer with JC and then I think we'll wrap up.

**MS. JANKOWSKI:** Okay.

**MR. SCHWEIKERT:** Off the record.

**COURT REPORTER:** We are off the record at 4:12. We'll be back at 4: 20.

**COURT REPORTER:** We are back on the record at 4:21.

**MR. RAMOS:** All right. We have nothing further.

1   Thank you very much Mr. Muye.

2   **MS. JANKOWSKI:** The witness will read and sign.

3   **COURT REPORTER:** All right. He will read. Ms.

4   Gretchen, you want to order this?

5   **MS. JANKOWSKI:** Pardon me?

6   **COURT REPORTER:** You want to order this?

7   **MRS. JANKOWSKI:** Yes. I do want to order this.

8   What's your normal turnaround time?

9   **COURT REPORTER:** What do you want? You want

10  standard, which is 10 business days?

11  **MS. JANKOWSKI:** 10 business days is fine.

12  **COURT REPORTER:** All right. What is your email?

13  And if you could say it on record and put it on

14  the chat for me, please.

15  **MS. JANKOWSKI:** Yes. I will do that. It is my

16  first name, dot my last name.

17  **COURT REPORTER:** You got to spell it. You got to

18  spell it for me.

19  **MS. JANKOWSKI:** Oh, okay. Sure.

20  gretchen.jankowski@bipc.com. And I'm putting it

218

1  in the chat for you.

2  **COURT REPORTER:** All right.

3  **MS. JANKOWSKI:** And I want the transcript. I

4  don't necessarily want the video.

5  **COURT REPORTER:** That's fine. Okay. I have you

6  here. Hold on one second. Anybody else wants a

7  copy? Going once, going twice.

8  **MRS. NDUKA:** I'll take a copy.

9  **MS. JANKOWSKI:** All right. Let me see here.

10  **COURT REPORTER:** Can you put in your email in

11  the chat, please? Okay. I got it. Anybody else?

12  All right.

13  **MR. SCHWEIKERT:** Not for now, but I'll let you

14  know.

15  **COURT REPORTER:** Okay. Perfect. Give me one

16  second, guys. All right. We're done. We're

17  concluding at 4:23. Have a great day.

18  **MR. SCHWEIKERT:** Thank you very much.

19  **MRS. NDUKA:** Thanks, everyone.

20  [END]

219

CERTIFICATE OF REPORTER

STATE OF FLORIDA

COUNTY OF MIAMI-DADE


    I, JORGE GARCIA., do hereby certify that I was

authorized to and did transcribe the electronic notes

of the deposition of Michael Thomas Muye, that a

review of the transcript was requested; and that the

foregoing transcript, pages 05 through 218 is a true

record of the electronic notes.

    I further certify that I am not a relative,

employee, attorney, or counsel of any of the parties,

nor am I a relative or employee of any of the parties'

attorney or counsel connected with the action, nor am

I financially interested in the action.

    Dated this 12th day of December 2024


*Jorge Garcia*


            JORGE GARCIA

            Court Reporter

            Notary Public, State of Florida

            Commission: HH358644

220

DATE:      December 12, 2024
TO:        Michael Thomas Muye


CASE NO: 8:22-CV-01295-TPB-CPT

BRIAN MOREAU,
Plaintiff,
vs.
FELD ENTERTAINMENT, INC.,
FELD MOTOR SPORTS, INC.,
JOHN A. BODNAR, M.D.,
JAMES KENNEDYE, M.D.,
SCOTT COMBS, and
AMY METIVA,
Defendants.

Dear Michael Thomas Muye,

     Please take notice that on December 12, 2024, you
gave your deposition in the above-referenced matter. At
that time, you did not waive signature. It is now
necessary that you sign your deposition. You may do so
by contacting your own attorney or the attorney who
took your deposition and make an appointment to do so
at their office.
     If you do not read and sign your deposition within
thirty (30) days, the original, which has already been
forwarded to the ordering attorney, may be filed with
the Clerk of the Court. If you wish to waive your
signature, sign your name in the blank at the bottom of
this letter and promptly return it to us.


Very truly yours,


  *Jorge Garcia*
---------------[1]
                SEP
JORGE GARCIA,

I do hereby waive my signature.

--------------------
Michael Thomas Muye

E R R A T A   S H E E T

BRIAN MOREAU v. FELD MOTOR SPORTS, INC., et  al.
Case No. 8:220-CV-01295-TPB-CPT Deposition
Transcript of Michael Muye

| PAGE | LINE | CORRECTION |
|------|------|------------|
| 15 | 11 | Change "member" to "manager" |
| 19 | 14 | Insert "and" after "NFL" |
| 25 | 3 | Insert "," after athletes |
| 25 | 5 | Change "with that one" to "with them on" |
| 28 | 5 | Change "of" to "for" |
| 31 | 13 | Change "qualified" to "qualifying" |
| 31 | 13 | Change "…" to "s." |
| 32 | 10 | Change "time" to "timed" |
| 34 | 16 | Delete "flagging" |
| 40 | 7 | Change "?" to "." after "to be" |
| 40 | 11 | Change "promoted" to "permitted" |
| 43 | 3 | Change "season" to "facing" |
| 43 | 4 | Change "OED" to "LED" |
| 43 | 10 | Change "van" to "fan" |
| 58 | 7 | Change "Do" to "Can" |
| 67 | 8 | Delete "us" |
| 71 | 8 | Change "?" to "." |
| 80 | 15 | Change "out due" to "out but due" |
| 80 | 15 | Change "HIPPA. Very" to "HIPPA they very" |
| 88 | 4 | Change "received" to "receive" |
| 93 | 13 | Delete "[?]" |
| 95 | 1 | Change "expedition" to "explanation" |

1

| PAGE | LINE | CORRECTION |
|------|------|------------|
| 95 | 6 | Change "track" to "flag" |
| 105 | 11 | Change "there are contracted" to "they're our contracted" |
| 109 | 7 | Change "works" to "work" |
| 110 | 11 | Change "Due" to "Going" |
| 116 | 14 | Change "department" to "departments" |
| 117 | 11 | Change "Ben Foderingman" to "Vin Foderingham" |
| 118 | 8 | Change "Ben Foderingman" to "Vin Foderingham" |
| 118 | 11 | Delete "and safety" |
| 118 | 14 | Change "E-R-I-N-G-M-A-N" to "E-R-I-N-G-H-A-M" |
| 118 | 14 | Delete "[?]" |
| 121 | 17 | Change "in" to "and" |
| 132 | 15 | Change "recall all" to "recall at all" |
| 137 | 2 | Change "Matilda" to "Mathilde" |
| 148 | 7 | Change "it" to "it's" |
| 154 | 1 | Misspelling "Mativa" to "Metiva" |
| 200 | 2 | Change "Jim Perry," to "Jim Perry?" |
| 200 | 2 | Change "our tour manager." to "Our tour manager does." |
| 202 | 3 | Change "writer" to "rider" |

     I DO HEREBY CERTIFY that I have read the transcript of my deposition and I swear it is true and correct to the best of my knowledge, subject to the above-referenced corrections.

_____

MICHAEL MUYE

A D D I T I O N A L     E R R A T A     S H E E T

BRIAN MOREAU v. FELD MOTOR SPORTS, INC., et al.
Case No. 8:220-CV-01295-TPB-CPT Deposition
Transcript of Michael Muye

COUNSEL OF RECORD NOTES THE FOLLOWING ADDITIONAL ERRATA
CHANGES:

| PAGE | LINE | CORRECTION |
|------|------|------------|
| 5 | 18 | Change "Thompson" to "Thomas" |
| 6 | 15 | Change "Banar" to "Bodnar" |
| 19 | 8 | Delete "[?]" |
| 30 | 6 | Change "except" to "exact" |
| 40 | 18 | Change ", things" to "thinks" |
| 46 | 11 | Misspelling "Bodner" to "Bodnar" |
| 46 | 19 | |
| 105 | 17 | Misspelling "Job Bottner" to "John Bodnar" |
| 105 | 20 | Misspelling "Bottner" to "Bodnar" |
| 125 | 7 | Change "writers" to "riders" |
| 140 | 17 | Change "Doug Butner" to "Doc Bodnar" |
| 140 | 18 | |
| 140 | 20 | |
| 140 | 17 | Delete "[?]" |
| 142 | 6-7 | Change "Doug Butner" to "Doc Bodnar" |
| 142 | 7 | Delete "[?]" |
| 143 | 4 | Misspelling m.e3feld1nc.com to mmuye3feld1nc.com |
| 143 | 17 | Misspelling "Rader" to "Prater" |
| 149 | 15 | Delete "[?]" |
| 153 | 20 | Misspelling "Mativa" to Metiva" |
| 168 | 15 | Change "Blows" to "Blose" |

| PAGE | LINE | CORRECTION |
|---|---|---|
| 172 | 18 | Change "felt" to "Feld" |
| 195 | 19 | Change "The state's" to "Misstates" |
| 201 | 4 | Change "writer" to "rider" |
| 206 | 19 | Change "Bell" to "Feld" |
| 207 | 1 | Change "mistake systems" to "misstates testimony" |
| 219 | 20 | Change to "seems" to "assumes" |
| 211 | 18 | Change "sims fax" to "assumes facts" |
| Global | Change | Change "By Mr. Ramos" to "By Mr. Muye" before every **Answer (A.)** |
| 211 | 18 | Change "Ms. Khella" to "Ms. Jankowski" |
| 216 | 6 | Change "Ms. Khella" to "Ms. Jankowski" |