1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


CASE NO. 8:22-CV-01295-TPB-CPT

BRIAN MOREAU,
Plaintiff

vs.
FELD MOTOR SPORTS, INC. ET AL,

Defendants.
_____/



DEPOSITION OF LISA JOINER


MARCH 19, 2025
1:00 PM



VIA ZOOM VIDEO CONFERENCE

APPEARANCES

**JUAN CARLOS RAMOS**
DMR Law LLC
1430 S Dixie Hwy Ste 314
Coral Gables, FL 33146-3174
Office: 305-548-8666
Fax: 786-513-7998
j.ramos@dmrpr.com

**BETHANY NDUKA**
bnduka@pdmplaw,com

**MARK SCHWEIKERT**
Schweikert Law PLLC
1111 Brickell Ave Ste 1550
Miami, FL 33131-3123
Office: 305-999-1906
Cell: 305-926-9452
mark@schweikertlaw.com

**LEXY KHELLA**
Ms. Alexia Khella
805 3rd St E
Palmetto, FL 34221-4234
Office: 941-201-9696
lexykhella@gmail.com

**MIKE HOOKER**
Phelps Dunbar LLP
100 S Ashley Dr Ste 2000
Tampa, FL 33602-5315
Office: 813-472-7866
Cell: 813-472-7866
Fax: 813-472-7570
michael.hooker@phelps.com

**GRETCHEN JANKOWSKI**
gretchen.jankowski@bipc.com

3

<u>APPEARANCES</u>

**CAROLINE SPRADLIN**
Phelps Dunbar LLP
100 S Ashley Dr Ste 2000
Tampa, FL 33602-5315

Office: 813-222-7672
Cell: 803-617-8539
Fax: 813-472-7570
caroline.spradlin@phelps.com

4

INDEX OF EXAMINATION

WITNESS: LISA JOINER

PAGE NO.

DIRECT EXAMINATION
By MR.  JUAN CARLOS RAMOS                08

INDEX TO EXHIBITS                        05

CERTIFICATE OF REPORTER                  157

WITNESS READ FORM                        158

INDEX TO EXHIBITS

EXHIBIT            DESCRIPTION            PAGE NO.

7.      Master Services Agreement        17

128.        First Amendment to
            Statement of Work            48

129.  Agreement Between the Medic Rig,
      Feld Motorsports, and Alpinestars
        SPA dated March 27, 2018        51

130.        Email Communication          65

131.    Second Amended and Restated
      Supercross Sanctioning Agreement
      Dated July 1, 2019 Between Feld
      Motorsport Inc. and the American
        Motorcyclist Association        70

132.    Media Rights Agreement Between
      Feld Motorsport and NBC Universal
        Media, LLC. This is dated
          December 18, 2018            122

133. Agreement Entered on September 9,
        2019, by and Between the
        Tampa Sports Authority and
      Feld Motorsports, Inc            126

134.            Document              133

6

DEPOSITION OF LISA JOINER

MARCH 19, 2025

**COURT REPORTER:** Good morning. My name is Jorge Garcia. I'm the Court Reporter for today's depot. The time is 10:01 a.m. The date is March 19, 2025. The witness could state her name on the record and spend it for us.

It's Lisa Joiner, J-O-I-N-E-R.

**COURT REPORTER:** Thank you. You have a photo ID that you could show us? Can you bring a little closer for me, Ms. Joiner.

**MS. JOINER:** Can you see that?

**COURT REPORTER:** Closer. There you go. I see it.

**MS. JOINER:** Okay.

**COURT REPORTER:** Perfect.

**MS. JOINER:** All right. Sure.

**COURT REPORTER:** If you could please raise your right hand. Do you swear or affirm the testimony you're about to give will be the

1    truth, the whole truth, and nothing but the

2    truth?

3    **MS. JOINER:** I do.

4    **COURT REPORTER:** Thank you. You can put your

5    hand down. Attorneys, please state your

6    appearances.

7    **MR. RAMOS:** Good morning. Juan Carlos Ramos on

8    behalf of the plaintiff, Brian Moreau. Co-

9    counsel Mark Schweikert is also here present.

10   **MS. JANKOWSKI:** Gretchen Jankowski on behalf of

11   Feld Motorsports. Also in the deposition is

12   Lexi Khella, in-house lawyer with Feld

13   Motorsports.

14   **MS. SPRADLIN:** Caroline Spradlin on behalf of

15   American Motorcyclist Association.

16   **MS. NDUKA:** Bethany Nduka on behalf of the Medic

17   Rig, Dr. John Bodnar, Dr. James Kennedy, Amy

18   Mativa and Scott Combs.

19   **COURT REPORTER:** Great. Thank you so much. Go

20   ahead, Mr. Ramos.

8

**DIRECT EXAMINATION BY MR. RAMOS:**

**Q.** Good morning, Ms. Joiner. How are you today?

**A.** I'm good. Thank you. How are you?

**Q.** Good. I know you're an attorney, so I'm not going to bore you with how the deposition works. But I will ask you, have you consumed any substance or medication that would impair your ability to respond to any of my questions today?

**A.** No.

**Q.** Okay. Let's start with your position with Feld. What is your title at this time?

**A.** My title is Senior Vice President, General Counsel.

**Q.** Okay. Since when have you been Senior VP and General Counsel?

**A.** March 2010.

**Q.** Okay. Were you working with Feld before that or was that your first position with them?

**A.** That was my first position with them.

9

1    **Q.** Okay. Are you actually employed by Feld

2    Entertainment Inc. or Feld Motorsports Inc.?

3    **A.** I'm employed by Feld Entertainment Inc. and

4    I hold that title in that office for both

5    entities.

6    **Q.** Okay. So you're an employee, right?

7    **A.** I'm an employee, that is correct.

8    **Q.** Okay. So your W-2 says Feld Entertainment

9    Inc. Correct?

10   **A.** That is correct. Yes.

11   **Q.** Do you receive any sort of payment from Feld

12   Motorsports?

13   **A.** No, Feld Entertainment Inc. runs the payroll

14   processing.

15   **Q.** Okay. So walk me through a day in your life,

16   where do you report to work?

17   **A.** My office is here in Vienna, Virginia, which

18   is a suburb of Washington, D.C.

19   **Q.** Okay. So you don't work at Feld's

20   headquarters, correct?

10

1   **A.** Sometimes I do, but my primary office

2   location is here in Vienna, Virginia.

3   **Q.** Okay. And who do you report to?

4   **A.** I report to the CEO.

5   **Q.** Who is?

6   **A.** That is currently Juliette Feld.

7   **Q.** Okay. And what are your day-to-day

8   responsibilities in your role?

9   **A.** Yeah, my day-to-day responsibilities include

10  oversight of all legal operations for the

11  company's global operations that can include

12  things that involve servicing in-house clients,

13  working with outside counsel, working with

14  various departments within the company, working

15  with touring operations. It can involve a

16  variety of matters, different subject matters,

17  depending on the nature of the need for

18  assistance.

19  **Q.** Do you do anything on the business side of

20  things?

11

1 **A.** Yes, everything I do is on the business side

2 of things.

3 **Q.** Yes, but I mean more than, from a legal

4 perspective, I'm asking, do you, for example,

5 negotiate deals with vendors or with providers?

6 **A.** Yes, part of what the legal department does

7 is negotiate contracts. So, we have sometimes I

8 directly negotiate contracts, but we have a

9 department and there are sometimes others in my

10 department that handle contract negotiations.

11 **Q.** Okay, do you have employees under your

12 supervision then, I understand?

13 **A.** Yes, in my department, correct.

14 **Q.** How big is the department?

15 **A.** Let me see. Let me count up now and make

16 sure I get it accurate.

17 **Q.** Just an estimate is fine.

18 **A.** I believe it's 13, if you include me.

19 **Q.** Okay. And this is for the under the general

20 counsel position from the legal perspective?

12

1  **A.** Yeah, so in the legal department, the

2  general counsel is the head of that position.

3  And then there are attorneys and legal

4  assistants underneath that, that report

5  ultimately up to me.

6  **Q.** Okay. Does Feld typically handle the matters

7  in-house?

8  **A.** It depends. We try to do most of our work

9  in-house, particularly on what you might be

10 referring to as the business side. So, for

11 contract negotiations, we try to do that in-

12 house. We try to deal with other types of

13 matters in-house. Litigation, obviously in a

14 case like this, we have to use outside counsel.

15 But we do try to do as much in-house as we can.

16 **Q.** So pretty much everything but litigation you

17 guys typically do in-house?

18 **A.** Yes, much of it that is correct. There are

19 times where we will use outside counsel for

20 other subject matter depending on the nature of

13

1   it, but we do try to do as much in-house as we

2   can.

3   **Q.** Okay. Is Feld Motorsports a subsidiary of

4   Feld Entertainment?

5   **A.** Yes, it is.

6   **Q.** Okay. In terms of boards of directors, for

7   example, does Feld Entertainment has a

8   different board of directors than Feld

9   Motorsports?

10  **A.** The board of directors for both are

11  currently the same. So the board members that

12  are on, it has its own board, but the board

13  members are the same. So Feld Entertainment is

14  a parent company and then Feld Motorsports is a

15  wholly owned subsidiary.

16  **Q.** Okay. So they have the same CEO, the same

17  CFO?

18  **A.** They currently do have the same CEO and the

19  same CFO.

20  **Q.** Is there any position within the leadership

14

1   of Feld Motorsports that is not also working

2   for Feld Entertainment?

3   **MS. JANKOWSKI:** Objection to form.

4   **BY MR. RAMOS:**

5   **A.** Yeah, so at the senior, if you're asking

6   kind of at the board level executives?

7   **Q.** Yes.

8   **A.** The things that, I mean, here's what I think

9   of, I'm not sure if that's what you're asking,

10  but I'll tell you and then so that we're not

11  doing 2 different things. But President, CFO,

12  General Counsel, those are the same.

13  **Q.** Okay.

14  **A.** Yeah.

15  **Q.** And is there any other leadership position

16  aside from those that works for Feld

17  Motorsports but does not work for Feld

18  Entertainment?

19  **A.** Yeah. So when you talk about work, right,

20  there are things that are dedicated

1   specifically to Feld Motorsports and people

2   that work full time on Feld Motorsports

3   properties and tours.

4   **Q.** Okay. Does Feld Entertainment provide any

5   funding to Feld Motorsports?

6   **A.** No, we provide, as the parent company, Feld

7   Entertainment provides what I would call

8   overhead and administrative support to all of

9   its subsidiaries. But I do not believe that we

10  provide funding to Feld Motorsports.

11  **Q.** And what does that administrative support

12  and overhead support entails?

13  **A.** So yes, so Feld Entertainment as the parent

14  company does things like payroll processing for

15  its subsidiaries. It does things like operates

16  its websites, operates email system. So there's

17  a continuous sole email system for everybody.

18  You know, deals with things like, for instance,

19  legal, the legal department. We work on all

20  matters for all subsidiaries, regardless of

16

1  whether they're domestic or international, but

2  we're all employees of Feld Entertainment. I

3  would say that there are other admin

4  departments that function in that same manner.

5  **Q.** Okay. When you mentioned that Feld

6  Entertainment runs the payroll services, does

7  that mean that all the Feld Motorsports

8  employees actually get paid by Feld

9  Entertainment?

10  **A.** Yeah, as of 2020, that was correct. That's

11  right. Yes.

12  **Q.** Okay. As of the time of the accident that

13  we're litigating about?

14  **A.** That's right. Yes.

15  **Q.** Okay. So to be clear, all these Feld

16  Motorsports employees actually received their

17  W-2 from Feld Entertainment, correct?

18  **A.** Depending on the time period? Yes, that's

19  correct.

20  **Q.** Oh, in 2020 at the time of Supercross?

1  **A.** Yes, that's right.

2  **Q.** Okay. Let's talk about the medic. I'm going

3  to show you now a document that has already

4  been marked as Exhibit 7 on the depositions, if

5  I'm not mistaken. This is the Master Services

6  Agreement between, and let me share here. I'm

7  sorry, Jorge, could you allow me to share my

8  screen? Jorge?

9  **COURT REPORTER:** One second.

10 **MS. JOINER:** All right.

11 **COURT REPORTER:** Go ahead.

12 **MS. JOINER:** Let me see. All right.

13 **BY MR. RAMOS:**

14 **Q.** All right. Can you see my screen, Ms.

15 Joiner?

16 **A.** Yes, I can.

17 **Q.** Perfect. So this has already been marked as

18 Exhibit 7. As I said, this is a document titled

19 Master Services Agreement between the Medic

20 Rig, LLC, and Feld Motorsports, Inc. This is

18

1    dated December 6, 2016. Are you familiar with

2    this document?

3    **A.** I've seen this before, yes.

4    **Q.** Okay. Was this Master Services Agreement in

5    place during the 2020 Tampa Supercross?

6    **A.** I believe so. I believe the term of this

7    covered that period.

8    **Q.** Okay. Were you involved at all in the

9    drafting of this agreement?

10   **A.** No, I was not personally.

11   **Q.** Okay, who was?

12   **A.** In my department, I think at the time that

13   may have been Jen Neubauer.

14   **Q.** Okay. Let's start with Section 1.1 here that

15   says the scope. And it states, "Service

16   provider will supply to FMS professional

17   services, including but not limited to

18   providing licensed physicians at FMS Purdue

19   Supercross races, and/or to provide equipment,

20   including but not limited to a basic mobile

1   medical facility to FMS as mutually agreed upon

2   from time to time by service provider and FMS,

3   and as set forth in a written statement of work

4   signed by all parties. And attached here to and

5   made a part hereof as an exhibit." States there

6   that FMS, sorry, that the Medic Rig need to

7   provide licensed physicians. Does that mean

8   physicians that are licensed in each state in

9   which Supercross holds an event?

10  **MS. JANKOWSKI:** Objection to form.

11  **BY MR. RAMOS:**

12  **A.** Yeah, I don't know that a physician could be

13  licensed in every state where we go because a

14  tour route during a season could be anywhere

15  from 12 to 16 different states. So I don't know

16  that a single physician would be licensed in

17  all of those. I think they have to be a

18  licensed physician, and I think elsewhere in

19  this document, it says they're supposed to be

20  in the jurisdiction where the event is

20

1    occurring.

2    **Q.** Okay. To your knowledge, can a physician

3    provide medical services in a state in which

4    they are not licensed?

5    **A.** I have no idea about licensing requirements

6    or regulations like that.

7    **Q.** Okay. I am going to go now to Section 5.2 of

8    this agreement. This is page 3. Says

9    performance of services. It state here that the

10   service provider warns that its personnel and

11   our third party vendors shall perform the

12   professional services in a reasonable, good,

13   and workmanlike manner in accordance with the

14   applicable statement of work and all applicable

15   relevant law and will obtain necessary permits

16   and licenses to perform same and provide all

17   deliverables, if applicable. What is this

18   document referring to when it states that the

19   Medic Rig will obtain the necessary permits and

20   licenses to perform their services and provide

21

1  all their deliverables?

2  **A.** Well, the document is for them to provide

3  medical services and operate the Medic Rig at

4  our events, right? And we're not doctors. So we

5  look to them to provide those services, and

6  it's on them to figure out how they need to go

7  about doing that. We're not in that business.

8  **Q.** Would that include providing Florida-

9  licensed physicians for the 2020 Tampa

10 Supercross?

11 **A.** Yes, is your question, did this apply to

12 that event?

13 **Q.** Right, I'm asking if that section would

14 apply in the context of providing a Florida

15 licensed physician for the 2020 Tampa

16 Supercross, which happened in Florida?

17 **MS. JANKOWSKI:** Objection to form. Go ahead.

18 Answer.

19 **BY MR. RAMOS:**

20 **A.** Yeah, I think that this contract applied to

22

1   that event.

2   **Q.** Okay.

3   **MS. JANKOWSKI:** And just so the record's clear,

4   JC, not to interrupt your line of questioning

5   here, but one objection. An objection as to one

6   party is an objection as to all parties.

7   **MS. JOINER:** Noted. No problem.

8   **MS. JANKOWSKI:** Okay.

9   **BY MR. RAMOS:**

10  **Q.** Does Feld have any sort of control about the

11  licensing status for the physicians that are

12  employed by the Medic Rig?

13  **MS. JANKOWSKI:** Objection to form.

14  **BY MR. RAMOS:**

15  **A.** No, we do not get involved with the

16  licensing of how the Medic Rig staffs its

17  events.

18  **Q.** Does Feld require the Medic Rig to provide a

19  list of the physicians that would be provided

20  services and their licensing status in that

1    state?

2    **A.** I don't know that we make them provide a

3    list of physicians and licensing statuses. I

4    don't know that.

5    **Q.** Okay. I'm going to go now to Exhibit A of

6    this Master Services Agreement, just in page...

7    This is page 9. Okay?

8    **A.** Okay.

9    **Q.** And basically Section 1.

10   **A.** Could you make that a little bit bigger? I'm

11   sorry.

12   **Q.** Sure.

13   **A.** I'm old.

14   **Q.** Sure. I'm sorry. Does that work?

15   **A.** Thank you.

16   **MS. JANKOWSKI:** I thought it was just me.

17   **MS. JOINER:** I'm sorry.

18   **MS. JOINER:** I'm sorry. I see you.

19   **MS. JANKOWSKI:** It's okay.

20   **MS. JOINER:** I see it and [inaudible] probably

1    the size on my end.

2    **MS. JOINER:** Thank you.

3    **MS. JANKOWSKI:** Thanks, JC.

4    MS. JOINERR: It's okay, thank you.

5    **MS. JOINER:** No worries. Is that better?

6    **MS. JOINER:** Yes. Thank you.

7    **MS. JOINER:** All right, perfect.

8    **BY MR. RAMOS:**

9    **Q.** So, Section 1 here states that the term of

10   the statement of work shall be from the

11   effective date of the Master Services Agreement

12   through the Monster Energy Cup event held in

13   October 2021. Correct?

14   **A.** Yes, that's what it says.

15   **Q.** So this will theoretically apply to the 2020

16   Tampa Supercross, correct?

17   **A.** Yes, I think that event is covered by the

18   term of this.

19   **Q.** Okay. So, Section 2 here states that,

20   "Payment of the Supercross season fee, service

25

1  provider shall provide all necessary staffing

2  and equipment to operate a basic mobile medical

3  facility at each event during the 2017 to 2021

4  seasons of the Monster Energy Supercross,

5  organized and operated by FMS. Together with

6  each Monster Energy Cup event individually and

7  collectively the events in order to provide

8  medical care to riders, crew, and staff as

9  needed. Service providers shall be present and

10 ready to provide professional services for all

11 on-track activities at each event during the

12 Supercross season including practice." This

13 would have applied to the 2020 Tampa Supercross

14 practice session in which Brian was injured,

15 correct?

16 **A.** Yes.

17 **Q.** Okay. Could you explain in your own words

18 what is Feld's understanding of this language?

19 Like what is the extent of the services that

20 the Medic Rig need to provide?

26

**A.** Sure. So the Medic Rig is responsible for

coming in and bringing the mobile Medic Rig

with it, but also providing the staffing,

right? So that there are Doc Bodnar and the

team that comes along with that at each event

in order to be able to care for the riders, the

competitors. And the purpose of it is to

provide some continuity, right? So that you

don't have a different set of healthcare

providers on site each week. There's some

continuity there. I think the riders and the

teams know Doc Bodnar and some of the other

staff. And there's a comfort level there that

comes with having that continuity. And then my

understanding is that's also augmented by

additional locals, for lack of a better word,

that come to each event, primarily in the form

of, I call them ambulance. I know there are

different levels of people in ambulance, but

ambulance services also provided.

27

**Q.** Okay. Is this scope like limited to providing emergency services when an accident occurs at the track, or does it extend to therapy or other services outside of the actual practices or races?

**A.** Well, it's basically event day. So I'm not sure if the Medic Rig sets up on Friday, but it's basically event day. So, if your question about therapy. If somebody had to have physical therapy, they would leave the event and then the Medic Rig wouldn't be there. They'd have to do that during the course of the week if they were doing physical therapy. So, I don't think they're involved with that.

**Q.** Yeah, I'm just trying to understand, you know, what actually is the scope of what they do, right? If they just are there at the track during practice sessions and races, on race day to assist any down riders or if it extends beyond that?

1  **A.** Well, I think it extends beyond that because

2  I think that their job certainly is to man the

3  track while things are happening during the

4  course of the day. But I think if somebody

5  walked up to the Medic Rig and said, "Hey, can

6  you just check this for me?" Right, on their

7  own, I think the Medic Rig would probably do

8  that.

9  **Q.** Okay. All right, let's go to Section 3A

10  here, which goes to compensation to the Medic

11  Rig. And it states here, "The Supercross season

12  fee shall be $370,656 per Supercross season.

13  The Supercross season fee is based upon 16

14  events in the United States and Canada that

15  comprise the Monster Energy AMA Supercross

16  Championship, running from approximately

17  January through May of each calendar year. I'm

18  reading from Section 3A, by the way.

19  **A.** Okay.

20  **Q.** And then after that it changes, basically,

29

1    goes over the way that these payments will be

2    made. And then the Monster Energy Cup Section

3    3B states that the Monster Energy Cup fee shall

4    be $23,166 per Monster Energy Cup event. How

5    many Monster Energy Cup events are per year?

6    **A.** So, at that time, that was still running.

7    The Monster Energy Cup is an event that

8    happened historically, I believe, in October.

9    And it happened one time a year. So this is

10   referencing the regular season. Supercross runs

11   from January to May. And then Monster Energy

12   Cup is a single standalone event that used to

13   happen in October, I believe.

14   **Q.** Got you. So there are basically 17 events

15   per year, 16 for the Supercross season and 1

16   Monster Energy event?

17   **A.** Yeah, I get confused with the 16 events

18   because the one caveat I would have to that is

19   I forget the total number. Daytona, I can't

20   remember if Daytona is included in the 16

30

1   events or not. I think it is, but you should

2   double-check that with an ops person.

3   **Q.** Okay, so it's either 17 total or 18 total if

4   we are not counting Daytona, right?

5   **A.** Correct. Yes.

6   **Q.** Okay. Going to go now to Section 4, is in

7   page 10, goes over sponsorship. And in general,

8   first, it states in Section 4A, "Service

9   provider and FMS shall work together in good

10  faith to design and mutually agree upon

11  sponsorship opportunities related to the mobile

12  medical facility and events. Both FMS and

13  service providers shall use commercially

14  reasonable efforts to sell the mutually agreed

15  upon sponsorships to third parties." Can you

16  explain in general what this entail?

17  **A.** Yeah, I mean I think the point here is to

18  procure a sponsor for the Med Rig, right? And

19  that the parties will work together to do that.

20  **Q.** Okay. Then Section 4B, the next section,

31

1  states here, "That the parties hereby agree and

2  acknowledge that the sponsorships for the

3  period from the effective date through October

4  31st, 2018, shall consist solely of an

5  exclusive sponsorship for Alpinestars, SRL,

6  subject to the finalization and execution of a

7  separate medical unit sponsorship agreement

8  between FMS, service provider, and

9  Alpinestars." So, basically, in this same

10 agreement, you're already identifying the

11 sponsor for the mobile medical unit, correct?

12 **A.** Yeah. I'm sorry. Go ahead, Gretchen.

13 **MS. JANKOWSKI:** No, I think my objection's on

14 the record. Go ahead, Lisa.

15 **BY MR. RAMOS:**

16 **A.** Okay. Yeah, so to me, I'm reading this to

17 mean that these 2 agreements were not

18 coterminous. And so there's a sponsorship with

19 Alpinestars that's running through 2018. And it

20 looks like there's an exclusivity clause in

1  that agreement. So, this particular agreement,

2  I think we just looked at, was supposed to run

3  through 2021. So looking at this, there's a gap

4  period between 2018 and 2021 where a

5  sponsorship has to be filled. And that's

6  probably what they were contemplating here.

7  **Q.** Yeah, we'll get to after 2018 in a minute.

8  Do you know who made the negotiations with

9  Alpinestars? Was it FMS or was it the Medic

10  Rig?

11  **A.** I can't speak to whether or not the Medic

12  Rig was involved, and I do believe that our

13  global partnerships was involved.

14  **Q.** Okay. In your experience as a general

15  counsel, will this be a deal that is typically

16  procured and negotiated by Feld?

17  **A.** This is the kind of thing that we would

18  negotiate. When you say procured, I can't say

19  how the relationship originated. I don't know

20  that. I don't know if, for example, somebody at

1    Medic Rig said, "Hey, I know this party and

2    they're interested, or we knew that party, or

3    however." So I don't know who procured it, but

4    it would be normal for us to negotiate this

5    kind of an agreement with Alpinestars.

6    **Q.** Okay. Let's go down to Section 5 of this

7    statement of work, which states, "That services

8    providers, personnel, and third-party vendors

9    must abide by all reasonable safety rules and

10   regulations put in place by FMS. All employees

11   and third-party vendors must execute a waiver

12   and release prior to accessing the track area."

13   What are the reason? What are those reasonable

14   safety rules and regulations that FMS put in

15   place for the Medic Rig?

16   **A.** So, I don't know if we put in rules and

17   regulations specific to the Medic Rig as

18   opposed to the event itself, right? But if you

19   think about the rules and regulations for

20   safety that go to the event itself, those kinds

1   of things are obviously found in the rule book.

2   I know that we have rules for the paddock, for

3   example. Those are [crosstalk].

4   **Q.** The what? I'm sorry, the panic?

5   **A.** The paddock, yeah.

6   **Q.** Okay.

7   **A.** Or sometimes called the pit, but I think I

8   call it the paddock, but yeah.

9   **Q.** Oh, the paddock, all right.

10  **A.** Yeah.

11  **Q.** Does Feld have any contractual requirements

12  for the Medic Rig to provide any sort of

13  protocols to FMS?

14  **A.** The Medic Rig providing protocols to us?

15  **Q.** Yes.

16  **A.** No.

17  **Q.** As to how they will do their job.

18  **A.** No.

19  **Q.** Okay. So to be clear, there are no protocols

20  that the Medic Rig provides Feld motorsports in

1  which they establish how they will treat riders

2  that have had an accident, correct?

3  **A.** No, I don't believe there's such a thing.

4  **Q.** Does the agreements between Feld and the

5  Medic Rig have any requirements for the Medic

6  Rig to provide incident reports to Feld

7  Motorsports?

8  **A.** No, I don't think of an incident report in

9  this context.

10  **Q.** So, if the Medic Rig attends 3 riders that

11  were injured during a race, there will be no

12  requirement for the Medic Rig to submit an

13  incident report to Feld Motorsports. Is that

14  your testimony?

15  **A.** That is correct. I would not expect that to

16  happen, and that would be weird if it did.

17  **Q.** Why would it be weird?

18  **A.** Because we're not a medical provider, and

19  these people that they're treating, the racers,

20  the riders, they're not our employees. So what

1   happens medically between a medical provider, a

2   healthcare professional, and its patient is

3   between them. We're not in the middle of that.

4   **Q.** Okay, and how would Feld then determine that

5   the Medic Rig is providing services that are

6   consistent with Section 5.2 of the Master

7   Services Agreement?

8   **A.** And Section 5.2 is just the provision of

9   services?

10  **Q.** That's basically that they would provide

11  services in a reasonable good and workmanlike

12  manner.

13  **A.** Yeah. Well, I think we know that because I

14  think they show up and do their jobs. And the

15  presumption is that they're qualified and

16  competent to do that. So, I think that's the

17  lead thing that's happening there.

18  **Q.** But there is no objective criteria at all

19  from FMS to be able to evaluate that?

20  **MS. JANKOWSKI:** Objection to form.

37

1    **BY MR. RAMOS:**

2    **A.** Yeah, I don't know what an objective

3    criteria would mean in the context of health

4    care services.

5    **Q.** For example, if the Medic Rig, I don't know,

6    commits medical malpractice assisting a rider.

7    You would not know that, correct?

8    **MS. JANKOWSKI:** Objection to form. Go ahead.

9    **BY MR. RAMOS:**

10   **A.** Yeah, sorry. We would not be in the middle

11   of that, nor would we be in a position to

12   assess whether or not that actually happened.

13   **Q.** So, was the Medic Rig working with Feld

14   before entering into this Master Services

15   Agreement in 2016?

16   **A.** Yes, it was.

17   **Q.** Do you recall since when they have been

18   working together?

19   **A.** My understanding is that the Medic Rig

20   worked with Feld Motorsports, or its prior

38

1    owners for a long time, like 20 plus years.

2    **Q.** And how, if there are no reports at all

3    about how they're doing their job, how did Feld

4    Motorsports evaluate the Medic Rig's past

5    performance before renewing any contracts?

6    **MS. JANKOWSKI:** Objection to form?

7    **BY MR. RAMOS:**

8    **A.** Well, I think there's different forms. I

9    mean, you're looking for some kind of ,your

10   question to me, is suggesting some kind of

11   checklist about, "Did you do this or did you do

12   that?" The relationship with the Medic Rig is a

13   long-standing one and it is just that, it is a

14   relationship. The riders and the teams expect

15   that Medic Rig to be there. They want that, and

16   it's a service that we provide. It's a service

17   that we're required to provide in some of our

18   other contractual obligations. And I think they

19   have a good reputation with our own people who

20   run Supercross. And as long as our Supercross

1  ops people are having that good relationship

2  with them and pleased with what they're doing

3  and the services that they're provided to do,

4  there's no reason to question that.

5  **Q.** Does Feld have any historical injury data

6  from the riders that the Medic Rig has attended

7  to in Supercross events?

8  **MS. JANKOWSKI:** Objection to form.

9  **BY MR. RAMOS:**

10  **A.** No, we do not get medical information from

11  about the riders.

12  **Q.** Did Feld Motorsports require the Medic Rig

13  to have a protocol on how to handle spinal cord

14  injuries?

15  **A.** No, we do not tell medical providers how to

16  do their job. We assume if they're licensed,

17  they know what they're doing.

18  **Q.** Any protocols for emergency extraction or

19  transport of injured riders?

20  **A.** No, we do not get involved with medical

40

1    care.

2    **Q.** Was there any investigation led by Field

3    Motorsports with regard to the response to the

4    Brian Moreau's accident?

5    **MS. JANKOWSKI:** Objection to form.

6    **BY MR. RAMOS:**

7    **A.** Not that I'm aware of.

8    **Q.** As general counsel for Feld, when did you

9    find out about Brian's accident?

10   **A.** I found out about Brian's accident the

11   Monday after.

12   **Q.** How did you find out?

13   **A.** I received a phone call from David Prater.

14   **Q.** Okay. Were you asked to review any documents

15   regarding Brian's accident?

16   **A.** In what context are you asking that?

17   **Q.** In the context of after the accident where

18   you asked to review any documents whatsoever

19   with regard to Brian's accident?

20   **MS. JANKOWSKI:** Object to form.

1  **BY MR. RAMOS:**

2  **A.** I know, I don't think that I was asked to

3  review documents. Obviously, that's happened

4  in, since the litigation. So, I'm

5  distinguishing between pre-litigation and

6  litigation, if that makes sense to you.

7  **Q.** Oh yeah, I'm trying to put you in February

8  2014, 2020, and basically understand if at that

9  time you were asked to review any incident

10 reports or documents at all regarding Brian's

11 accident?

12 **MS. JANKOWSKI:** Objection to form.

13 **BY MR. RAMOS:**

14 **A.** Well, there was no incident report to

15 review. So no, I wasn't asked to do that. I

16 think, if I recall correctly, there was a

17 holding statement for the press. That's the

18 only thing I remember looking at. There are no

19 documents for Brian Moreau, basically. It's

20 very, very limited.

42

1    **Q.** And why is that?

2    **A.** It's not the kind of thing we would have

3    documents on, right? We're not the medical

4    provider, we're not the team, we don't employ

5    him. So we don't have any information with

6    regard to Brian Moreau and his specifics.

7    That's between him and his team as medical

8    providers. So there are no documents with

9    regard to that. And that is not unusual and

10   does not surprise me.

11   **Q.** So, in an event that is being promoted by

12   Feld, which Feld is obliged to arrange medical

13   services, it is normal for Feld to not have any

14   documentation at all about a rider that became

15   a paraplegic after an accident in a practice

16   session?

17   **MS. JANKOWSKI:** Objection to form.

18   **BY MR. RAMOS:**

19   **A.** First, it's not normal for a rider to become

20   a paraplegic. And no, because what you're

1   talking about are medical records and we don't

2   get involved with the medical care. The kinds

3   of things that exist on a rider are things that

4   you would expect to find for the event, which

5   are entry documents, credentials, the

6   processing that AMA does on the intake form.

7   **Q.** Yeah, but not even getting into the medical

8   diagnosis strikes me as odd that there are no

9   reports stating, "This rider fell down. We took

10  him to an ambulance. The ambulance took him to

11  Tampa General Hospital, for example.

12  **A.** No.

13  **MS. JANKOWSKI:** Objection to form. Go ahead.

14  **BY MR. RAMOS:**

15  **A.** That's not unusual at all, and there is a

16  Fall Down report. So, if that's what you're

17  questioning about, there is a Fall Down report

18  and that is maintained and that is normal. But

19  no, we do not get into the details of a rider

20  because in this particular instance, we didn't

44

1   have anybody that witnessed it, right? And then

2   we didn't learn about the severity of it until

3   the next day. So no, that's not unusual at all.

4   **Q.** Okay. And that Fall Down report you

5   mentioned, what information is written down in

6   that document?

7   **A.** I think the AMA keeps the Fall Down report,

8   and just like it says, they do that for the

9   course of the day and it gets marked anytime a

10  rider falls down.

11  **Q.** Okay, so basically it only says Brian Moreau

12  fell during the practice session.

13  **MS. JANKOWSKI:** Objection to form.

14  **BY MR. RAMOS:**

15  **A.** Yeah, I don't know that there's narrative

16  contained in the Fall Down report. I can't

17  remember.

18  **Q.** Yeah, but in general, it would be something

19  like, "This rider fell down." That's all they

20  would say. That's my question.

45

**MS. JANKOWSKI:** Objection to form.

**BY MR. RAMOS:**

**A.** I think it would be, if I remember

correctly, I think there's like a list of names

and like a check mark or something.

**Q.** Okay. Do you have to submit any

documentation to insurance companies regarding

Brian's accident?

**MS. JANKOWSKI:** Objection to form.

**BY MR. RAMOS:**

**A.** To file a claim, I don't know that we had to

submit any documents other than filing the

claim or making a claim.

**Q.** Okay, so you made, but Feld made a claim?

**A.** When this lawsuit was filed, yes.

**Q.** Okay.

**A.** You put the carriers on notice.

**Q.** At no point prior to the lawsuit being filed

did Feld submit a claim to the insurance

company?

46

1   **A.** No.

2   **Q.** Aside from that phone call that you said you

3   had with Dave Prater, correct?

4   **A.** Correct.

5   **Q.** Do you have any meetings at all with Feld's

6   leadership team to discuss Brian's accident?

7   **A.** Pre-litigation?

8   **Q.** Yes.

9   **A.** No.

10  **Q.** All I'm asking is within the time period

11  close to the accident.

12  **A.** Well, in the time period close to the

13  accident, I do remember there was a question

14  about a holding statement for the press.

15  **Q.** Okay. Did you review that statement to the

16  press?

17  **A.** Yes.

18  **Q.** Did you draft it?

19  **A.** I worked on a draft.

20  **Q.** Okay. Who else worked on the draft?

47

1  **A.** I can't remember. I think I want to say Sean

2  Brennan, but I can't remember. Steve Yaros.

3  **Q.** Do you have any meetings to discuss that

4  statement of the press? Or statement to the

5  press?

6  **A.** No.

7  **Q.** Okay. So there was no meetings that should

8  be then a paper trail, somebody sending you the

9  statement to the press and you review it and

10  send them back?

11  **A.** Can you say that one again?

12  **MS. JANKOWSKI:** Yeah, say it again [crosstalk].

13  **BY MR. RAMOS:**

14  **Q.** So, if there was no meetings about that,

15  there should be some sort of email

16  correspondence sending the draft for the

17  statement to the press and review it and

18  sending it back, right?

19  **A.** Correct. Yes.

20  **Q.** Okay. Did Feld conduct any sort of post

1  accident reviews to assess the medical team's

2  response to Brian's accident?

3  **MS. JANKOWSKI:** Objection to form.

4  **BY MR. RAMOS:**

5  **A.** No, I don't believe so.

6  **Q.** Let's go back to the Statement of Work in

7  the Master Services Agreement. I'm going to

8  stop this sharing here, and I'm going to share

9  this document. So this is the first amendment

10 to the Statement of Work.

11 **COURT REPORTER:** JC, I think [crosstalk] Mark

12 has an exhibit. I think it's a new one.

13 **MS. JOINER:** Yes, I was going to ask that.

14 What's the last number that we ended up

15 yesterday on the exhibits?

16 **COURT REPORTER:** I think this would be 128.

17 **MR. RAMOS:** Okay. So this will probably be

18 exhibit 128. This is the first amendment to

19 Statement of Work. And this is a document

20 between Feld Motorsports and the Medic Rig.

49

1    This is dated July 9, 2019.

2    **BY MR. RAMOS:**

3    **Q.** Do you recognize this document, Ms. Joiner?

4    **A.** Yes.

5    **Q.** Okay. So the recital state here that

6    basically service provider and FMS desire to

7    amend the Statement of Work to adjust the

8    compensation provided for their end for

9    calendar years 2020 and 2021 in accordance with

10   the terms and conditions set forth herein,

11   correct?

12   **A.** That's what it says, yes.

13   **Q.** Okay. So this was actually the Statement of

14   Work that was applicable to the 2020 Tampa

15   Supercross, right?

16   **MS. JANKOWSKI:** Objection to form.

17   **BY MR. RAMOS:**

18   **A.** So yes, it says it's applying to calendar

19   year 2020.

20   **Q.** Okay. So, here basically is just in Section

50

1   3A changes the compensation or increases it to

2   $378,069 for the 2020 Supercross season and

3   $385,630, sorry, for the 2021 Supercross

4   season, correct?

5   **A.** Yes.

6   **Q.** And then the same thing that the Monster

7   Energy Cup has another fee of $23,629. Right?

8   **A.** Correct, yes, that's what it says.

9   **Q.** So if we add up the $385,630 plus the

10  Monster Energy Cup fee of $23,629, this would

11  add up to $401,698 for the 2020 season,

12  correct?

13  **A.** Yeah, I'll take your word for it. Mental

14  math is not really my thing, but yes. If those

15  things would have all happened, they did not

16  all happen because of COVID.

17  **Q.** Okay, got you. But when you average it out,

18  basically, 23,269 per event, correct?

19  **A.** Yeah, well to average it, you would take the

20  season fee, divide by 16 and come up with that

1    number. That's right.

2    **Q.** Right. Do you think this amount is

3    sufficient for the Medic Rig to be able to

4    perform the services to the standard that FMS

5    requires in the Master Services Agreement?

6    **A.** Yes.

7    **MS. JANKOWSKI:** Objection to form.

8    **BY MR. RAMOS:**

9    **Q.** Okay. I am going to show you now another

10   document. This is the Medical Unit Sponsorship

11   Agreement. All right, so this is [crosstalk] a

12   medical unit sponsorship agreement. Oh, this is

13   Exhibit, I'm sorry, this is exhibit 129. I

14   don't believe this has been entered. Marked as

15   an exhibit in depositions. So, let me put it

16   here. 129. This is an agreement between the

17   Medic Rig, Feld Motorsports, and Alpinestars

18   SPA dated March 27, 2018. Have you seen this

19   document before Ms. Joiner?

20   **A.** Yes.

1   **Q.** Okay. Do you have any part in drafting it or

2   negotiating it?

3   **A.** I did not.

4   **Q.** Okay. Do know who did?

5   **A.** I'm not sure who did this one.

6   **Q.** Okay. But this would be, this agreement will

7   be in place during the 2020 Tampa Supercross,

8   correct?

9   **A.** I believe so. I believe this covered the

10  term of that.

11  **Q.** Okay.

12  **A.** Yeah.

13  **Q.** Yeah, so we see here that the term of this

14  agreement shall be from the effective date

15  through October 30, 2021, unless earlier

16  terminated in accordance with the terms and

17  conditions set forth herein.

18  **A.** Correct. Yes.

19  **Q.** Okay. Give me just one second. So this is a

20  document where basically the Medic Rig and FMS

53

1  will use Alpinestars as the sponsor for the

2  medical mobile unit that is going to be used at

3  the events, correct?

4  **A.** Correct.

5  **Q.** This relates to the Master Services

6  Agreement that talk about the sponsorship for

7  the mobile medical unit?

8  **A.** It relates to the service agreement between

9  us and the Medic Rig.

10  **Q.** Right.

11  **A.** Yeah.

12  **Q.** It also state here that this is for sponsor,

13  sponsorship of the TMR, the Medic Rig owned and

14  operated mobile medical center unit at each of

15  the Monster Energy AMA Supercross and FIM World

16  Championship events produced by FMS in the

17  United States and Canada during the calendar

18  years 2019, 2020 and 2021. And each annual

19  Monster Energy Cup produced by FMS in the

20  United States during the calendar years 2019,

54

1  2020, and 2021. Right?

2  **A.** Yes, that's what it says.

3  **Q.** Okay. Can you explain what that basically

4  means in your own words?

5  **A.** Yeah, I think the purpose of the sponsorship

6  was to help with some of the costs of having

7  the Medic Rig move around, right? Basically, go

8  on tour throughout the season, and I think that

9  was the goal here.

10  **Q.** So, Section 2 of this agreement goes into

11  compensation, right? And states that the

12  sponsorship fee for all sponsorship benefits

13  for the events to be provided to sponsor by FMS

14  and TMR under disagreement will be paid

15  directly by sponsor to Feld Motorsports as

16  follows. It says, "Sponsor agrees to pay Feld

17  Motorsports a sponsorship fee in the amount of

18  $393,822 for the first sponsorship year, 2019,

19  and annual payments thereafter increasing at

20  the rate of 3%." So as you briefly mentioned,

55

1  in essence, this is... Strike that. So, Feld

2  Motorsports enters into an agreement with the

3  Medic Rig, for the Medic Rig to provide medical

4  services during the Supercross events, and they

5  agreed to pay them $393,822 for the Supercross

6  season, right?

7  **A.** Yes.

8  **MS. JANKOWSKI:** Objection to form.

9  **BY MR. RAMOS:**

10  **A.** That's what it says, yeah. It says for the

11  first year.

12  **Q.** Right, and then enters into this medical,

13  I'm sorry, into this, what's the name again,

14  the medical unit sponsorship agreement with the

15  Medic Rig and Alpinestars in which Alpinestars

16  basically plays exactly the same amount that

17  Feld Motorsports would have to pay to the Medic

18  Rig, right?

19  **MS. JANKOWSKI:** Objection to form.

20  **BY MR. RAMOS:**

1  **A.** I don't know if those numbers match up

2  exactly, but they're pretty close, yeah.

3  **Q.** They do to the sense.

4  **A.** Okay, I'll take your word for it.

5  **Q.** According to the same agreement, the

6  sponsorship will be portrayed in the Medic

7  Rig's owned and operated mobile medical center

8  unit, right?

9  **MS. JANKOWSKI:** Objection to form

10 **BY MR. RAMOS:**

11 **A.** I'm not sure I understood that one.

12 **Q.** No, I'm just saying that according to the

13 agreement, the Alpinestars sponsorship will be

14 put in the mobile medical unit that is owned

15 and operated by the Medic Rig, right?

16 **A.** Yeah, the sponsorship goes to the Medic Rig,

17 the mobile medical unit. That's correct.

18 **Q.** Okay. But the payment goes to Feld

19 Motorsports, right?

20 **A.** That's correct.

1   **Q.** And why is it structured that way?

2   **Q.** I don't know why they decided to structure

3   it that way, right? But the benefits for it

4   were on that I think the truck is painted that

5   way, comes on-site to the event. So, it's

6   however the 3 parties decided to structure it

7   and how they agreed to do it.

8   **Q.** Does the Medic Rig get any payment from

9   Alpinestars to include their name in their

10  mobile medical unit?

11  **A.** I don't think under this agreement there's

12  any payment running to the Medic Rig, but I

13  think part of the deliverables could include

14  sponsorship rights that would involve the Medic

15  Rig.

16  **Q.** Let's go to Section 4 here of this

17  agreement. It says sponsorship benefits

18  provided to sponsor, right? That's in Section

19  1. The medical unit will be named and branded

20  as the Alpinestars Mobile Medical Center. And

58

1  such branding will be included in signage on

2  the medical unit semi-trailer, which is what we

3  just discussed, right?

4  **A.** Right.

5  **Q.** Then it says here that the Medic Rig will

6  revise its website, www.themedicrig.com, to

7  reflect the branding of the medical unit as the

8  Alpinestars Mobile Medical Center, right?

9  **A.** Yes, that says that.

10 **Q.** Says that Medic Rig staff will wear the

11 following sponsor branded apparel to be

12 provided by sponsor. And they go over shorts,

13 pants, fleece jackets, neat to heavy jackets,

14 beats shirts, rain suits, fanny bags, hats,

15 gloves, casual or styles and quantities to be

16 defined and umbrellas. So, basically the Medic

17 Rig will be using Alpinestars apparel, correct?

18 **A.** Yeah, it contemplates this particular set of

19 apparel that they would be wearing.

20 **Q.** Right, and then it says here that pictures

59

1 would also display Feld Motorsports' logo

2 subject to Feld Motorsports' approval as a

3 design and location, right?

4 **A.** Correct.

5 **Q.** Then the next one says, "Feld Motorsports

6 will use commercially reasonable efforts to

7 ensure that all mentions of the medical unit

8 team on the event, BA system and in Feld

9 Motorsports control television broadcast of the

10 event will refer to the Alpinestars medical

11 team, right?

12 **A.** Yes, that's what it says.

13 **Q.** Moving on to 7, which states that sponsor

14 will receive 2 scoreboard mentions and will be

15 included on the venue's electronic stadium

16 marquee dot matrix board advertising the event.

17 The copy must be provided to FMS reasonably in

18 advance of the applicable event. The content of

19 the copy is subject to the prior approval of

20 FMS and venue management, right?

60

1  **A.** That's what it says, yes.

2  **Q.** Also, Alpinestars will receive 6 non-

3  transferable season credentials for event

4  access. I presume this is from Feld

5  Motorsports, right?

6  **A.** Whoever is issuing the credentials. But yes,

7  they would get that.

8  **Q.** Okay. It says here also that Alpinestars,

9  the sponsor, will have the opportunity to place

10  its logo identifications and links to its

11  internet web pages within Feld Motorsports

12  internet event page located at

13  www.supercrosslive.com, right?

14  **A.** Correct.

15  **Q.** And then the last one I want to go through

16  here is the Feld Motorsports will create and

17  provide sponsor with a video touring inside and

18  around the medical unit. All users of the

19  medical unit video by sponsor are subject to

20  the Medic Rig and Feld Motorsports prior

61

1    written approval, right?

2    **A.** Yes, it says that.

3    **Q.** And I'll briefly go to Section 5 of this

4    agreement, which is the Feld Motorsports

5    Marketing Rights and License. And here in the

6    second to last sentence, it states that sponsor

7    further acknowledges and agrees that FMS is the

8    exclusive owner of all right, title and

9    interest in and to all event recordings,

10   including all copyright and other intellectual

11   property rights and goodwill therein. Do you

12   agree with that?

13   **A.** Correct.

14   **Q.** Can you explain to me what is the Medic

15   Rig's commercial benefit in entering into this

16   medical unit sponsorship agreement?

17   **MS. KHELLA:** Object to form.

18   **MS. JANKOWSKI:** Same objection. Go ahead.

19   **BY MR. RAMOS:**

20   **A.** Can you say that one again?

62

1  **Q.** My question was if you could explain to me

2  what is the Medic Rig's commercial benefit for

3  entering into this agreement?

4  **MS. JANKOWSKI:** Same objection.

5  **BY MR. RAMOS:**

6  **A.** No, the Medic Rig has to explain the

7  commercial benefit to them.

8  **MS. JOINER:** Okay. We've been at this for an

9  hour. I think it might be a good time now to

10  take a maybe a 10 minute break.

11  **MS. JOINER:** That's fine. Sure.

12  **MS. JANKOWSKI:** Sure.

13  **MS. JOINER:** All right, Jorge, let's go off the

14  record for a second.

15  **MS. JOINER:** You want to come back at quarter

16  after?

17  **MS. JOINER:** Yeah, let's come back at 11.15.

18  **MS. JOINER:** Okay, great.

19  **MS. JOINER:** Yeah.

20  **MS. JOINER:** Thank you.

63

1   **MS. JOINER:** You got it.

2   **COURT REPORTER:** Off the record at 11.05. JC,

3   I'm back.

4   **MS. JOINER:** Thanks, Jorge.

5   **COURT REPORTER:** You're welcome.

6   [silence]

7   **MS. JOINER:** Sorry, I'm back.

8   **MS. JANKOWSKI:** Caroline, are you on?

9   **COURT REPORTER:** Is everyone back?

10  **MS. SPRADLIN:** Yes, I'm back.

11  **COURT REPORTER:** All right, go ahead Juan

12  Carlos.

13  **MS. JOINER:** Yes.

14  **COURT REPORTER:** The time is 11:16, back on the

15  record.

16  **BY MR. RAMOS:**

17  **Q.** All right, Ms. Joiner, we'll go into the

18  next topic. We just have some follow-up

19  questions here regarding, you mentioned

20  previously that nobody from Feld witnessed the

64

1  accident, right?

2  **A.** That is correct. We don't believe that we

3  have witnesses to the accident.

4  **Q.** Okay. Does that mean that Feld conducted an

5  investigation and asked people if they saw the

6  accident?

7  **MS. JANKOWSKI:** Objection to form.

8  **BY MR. RAMOS:**

9  **A.** No, it doesn't require an investigation to

10  know that.

11  **Q.** Did you guys ask Feld employees if anyone

12  witnessed the accident?

13  **A.** Well, without getting into privileged

14  conversations, when I spoke to Dave Prater on

15  Monday, I will tell you that after that

16  conversation, that was my understanding and it

17  remains my understanding today.

18  **Q.** Okay. I'm going to show you another

19  document. This is an email that we received

20  discovery. It's labeled as Feld Motorsports,

65

1  Bates Stamp 0001065. I'm going to share it

2  here. This is an email communication. This

3  would be Exhibit 130, I believe?

4  **A.** 130.

5  **Q.** Yeah. Okay. So this is an email from Jan

6  Pistol. Hope I'm saying that right. Do you know

7  who that person is?

8  **A.** I do not.

9  **Q.** Okay. And he was sent to Connie Fleming,

10  which has an AMA email, Michael Pelletier, who

11  has an AMA email, John Butner, which I guess is

12  a typo as to John Bodnar, the Doctor. Katrina

13  Kaczmarek, Michael Muye. And then Michael Muye

14  is the Senior Director of Operations for Feld,

15  correct?

16  **A.** I believe that's his current title.

17  **Q.** Okay. Anyway, this email is from February

18  16, 2020 at 3:54 a.m. The subject is Tampa Fall

19  Down report, and it says, "Please disregard the

20  first email. I think I have the settings now to

66

1    prevent you getting 30 blank pages. Connie will

2    send the Alpinestars report and ambulance

3    report on Monday. Thanks for all you do, Jen

4    Pistol, AMA, SX clerk. This email, as I

5    mentioned, was addressed to Michael Muye and

6    other people. Do you know if Feld ever received

7    the Alpinestars report that she mentions in the

8    email?

9    **A.** I'm not aware of that.

10   **Q.** What about the ambulance report?

11   **A.** I'm not aware of that.

12   **Q.** So you mentioned previously that Feld

13   typically doesn't get involved in these things,

14   right? That this is a matter between the writer

15   and the medical team. Why do you think this was

16   an exception, right? Because Michael Muye is

17   copied there.

18   **A.** I have no idea [crosstalk].

19   **MS. JANKOWSKI:** Objection to form.

20   **MS. JOINER:** Yeah, sorry. Go ahead, Gretchen.

 1  **MS. JANKOWSKI:** That's okay. I think it's on the

 2  record. Go ahead, Lisa.

 3  **BY MR. RAMOS:**

 4  **A.** Yeah, I have no idea what this is or what he

 5  did or did not receive.

 6  **MS. JANKOWSKI:** And what was the Bates number on

 7  that, JC? Because I don't see it on the

 8  document or just show it to me. Thanks, 1065?

 9  **MR. SCHWEIKERT:** 0001065.

10  **MS. JANKOWSKI:** And then there's the attachment

11  is it continues in the document?

12  **MR. SCHWEIKERT:** That's documented on the

13  report.

14  **MS. JANKOWSKI:** Thanks.

15  **MS. JOINER:** Oh, okay. There it is.

16  **BY MR. RAMOS:**

17  **Q.** There we go. All right. So here we can see

18  that the Fall Down report in round 7, Monster

19  Energy Supercross, includes Brian Moreau. It

20  says here, "The only information that we have

1    from him is collision." In the column that

2    says, "If yes by ambulance self from other

3    [crosstalk]."

4    **A.** I don't think it says collision for him. I

5    may be tracking wrong. I think it says Endo.

6    **Q.** Oh, yes, you are totally [crosstalk].

7    **A.** I'm sorry.

8    **Q.** So it says Endo.

9    **A.** Yeah.

10   **Q.** Evaluated by MD. He was treated at the

11   event, he was transported by ambulance,

12   correct?

13   **A.** Yeah. That's what it says. Yes.

14   **Q.** Okay, and this is the extent of the report

15   that Feld receives in terms of any accidents

16   that happen at an event. Correct?

17   **MS. JANKOWSKI:** Objection to form. Go ahead.

18   **BY MR. RAMOS:**

19   **A.** This is the Fall Down report.

20   **Q.** Okay. Is this the only report that Feld

69

1  receives with regards to accidents during

2  practice or race?

3  **A.** Yeah, there's no automatic report generated

4  with regard to accidents at races.

5  **Q.** I want to ask you questions now about the

6  sanctioning agreement between the Feld

7  Motorsports and the AMA. I'm going to share my

8  screen. Can you see it?

9  **A.** I can, yes. Thank you.

10 **Q.** Okay. So this says here that it's the second

11 amended and restated Supercross sanctioning

12 agreement dated July 1, 2019 between Feld

13 Motorsport Inc. and the American Motorcyclist

14 Association, correct?

15 **A.** Correct.

16 **Q.** Ha have you seen this document before?

17 **A.** Yes.

18 **Q.** Okay.

19 **MR. SCHWEIKERT:** JC, I'm sorry to interrupt.

20 Yeah, I was [crosstalk].

70

1  **MS. JANKOWSKI:** Is this a new exhibit or one

2  that's already been marked, Mark?

3  **MS. JOINER:** No, this is [crosstalk].

4  **MR. SCHWEIKERT:** I believe it's new.

5  **MS. JOINER:** Didn't I say it? Oh, I'm sorry.

6  **MS. JANKOWSKI:** No, you didn't mark it.

7  **MS. JOINER:** So this is a new one. This is

8  Exhibit 131.

9  **MS. JANKOWSKI:** Okay.

10  **MS. JOINER:** I'm sorry. I thought I said it.

11  **MS. JANKOWSKI:** That's no problem. All right.

12  **BY MR. RAMOS:**

13  **Q.** So this will be 131. All right, so according

14  to Section, this is 1A, I guess. According to

15  Section 1A, the term of this agreement shall be

16  effective as of May 8, 2019, the effective date

17  and expire on November 5, 2034. And [inaudible]

18  Supercross seasons [inaudible] define that

19  begin after the effective date. So this

20  document would be in effect as of the 2020

71

1    Tampa Supercross, right?

2    **A.** That's right.

3    **Q.** Perfect. Can you explain to me just in a few

4    words what this whole document is?

5    **A.** Yeah. So this is the sanctioning agreement

6    between Feld Motorsports and the AMA, right?

7    And it is, for lack of a better word, has the

8    division of labor as between the 2 parties as

9    to what's going to happen at the event. And AMA

10   is going to do the sanctioning and Feld is

11   going to handle other things related to the

12   event such as procuring the venue and

13   contracting for it. Monetizing the event in

14   order to fund the purse, and the operations

15   itself.

16   **Q.** So the purse is always funded by Feld

17   Motorsports?

18   **A.** Feld Motor Motorsports has to pay the purse.

19   That's correct.

20   **Q.** Is there any instance in which the AMA funds

1  or contributes to the purse?

2  **A.** I don't think so, no.

3  **Q.** Okay. All right. Perfect. Let's move now to

4  Section, but page 4, this is Section 2A, 3. It

5  says here Supercross terms and Section 3 here

6  says, "Attached here too as Exhibit A is an

7  updated logo designed by FMS for the series

8  referred to as the plain logo. FMS will be the

9  sole and exclusive owner of the plain logo and

10  will have the express right and authority at

11  its sole cause and expense to register and

12  renew the plain logo with governmental

13  authorities of its choosing throughout the

14  world in an effort to protect FMS ownership

15  rights and interest in and to the plain logo."

16  Right?

17  **A.** Correct.

18  **Q.** I'm going to show you now the [crosstalk].

19  **A.** Just go up a little, show me the title of

20  this section of this. Okay. Yeah. Okay, thank

73

1   you.

2   **Q.** Sure.

3   **A.** Go ahead.

4   **Q.** I'm going to go now to the Exhibit A, just

5   so you can see it and make sure that we're

6   talking about the same thing here.

7   **MS. JANKOWSKI:** And JC, is there a way that you

8   could drag the document down longer so that we

9   can see more of the page? It should still allow

10  it to be zoomed in. I'm not sure, but usually

11  on Zoom you can expand.

12  **MS. JOINER:** I guess it's because I'm zooming in

13  so she can read [crosstalk].

14  **MS. JANKOWSKI:** Yeah. Okay, that's [crosstalk].

15  **MS. JOINER:** You can zoom out. Yeah, okay.

16  **MS. JOINER:** We have a Catch-22 situation here.

17  **MS. JANKOWSKI:** No.

18  **MS. JOINER:** [crosstalk] really close. So you

19  can zoom out and I'll just lean in closer.

20  It'll be okay.

74

1   **MS. JANKOWSKI:** No, I know. I would rather it be

2   Zoom too.

3   **MS. JOINER:** No, that's fine.

4   **MS. JANKOWSKI:** JC, it might be helpful if you

5   give us the starting Bates number of the

6   document and the last page of the document.

7   **MS. JOINER:** Sure thing. Let me see if I can get

8   it. So this is page 37. All right, so the first

9   is FMS 2247, and then FMS Inc. 597.

10  **MS. JANKOWSKI:** All right, 597 and what's the

11  last?

12  **MS. JOINER:** The last page?

13  **MS. JANKOWSKI:** Yeah.

14  **MS. JOINER:** 642.

15  **MS. JANKOWSKI:** Okay, thank you.

16  **MS. JOINER:** You got it.

17  **BY MR. RAMOS:**

18  **Q.** So we digress, but basically this is the

19  plain logo, right, Ms. Joiner?

20  **A.** That is correct.

75

1    **Q.** This is the logo that Feld owns and has a

2    trademark, right?

3    **A.** Yes, I believe we've registered some, if not

4    all, of those.

5    **Q.** Okay. So I'm going to go back now to page 4

6    again. And then in Section 4 it says, "During

7    the term of this agreement, the logo for the

8    series, the series logo, will consist of a

9    combination of the plain logo and the series

10   title in a matter comparable to the specimen

11   attached here to as Exhibit B. As such,

12   combination logo may be altered from time to

13   time with the mutual approval of Feld

14   Motorsport and the AMA. The series logo shall

15   be included in all promotional advertising and

16   marketing materials produced, paid, including

17   but not limited to payments by barter and

18   controlled by Feld Motorsport. The series logo

19   shall not be registered with any governmental

20   authority without the prior written consent of

1    both FMS and the AMA." Right?

2    **A.** Yes, that's correct.

3    **Q.** So, I'm going to go now back to the exhibits

4    to show you what's the series logo. I think I'm

5    going to have to, so these are the 2 series

6    logo they have from the vertical arrangement

7    and the horizontal arrangement, right?

8    **A.** Correct.

9    **Q.** Do you know if, in fact, Feld Motorsports

10   registered these trademarks or no?

11   **A.** No, we would not register this because it's

12   an amalgamation of everybody's marks that go in

13   there based upon this series title, the

14   sponsorship, and you have a compilation of

15   them. So that's why there's a prohibition on

16   registering it.

17   **Q.** Right. All right. But that's fine. Okay, I'm

18   going to go now to the next page. I'm just

19   going to go in order to some sections that I

20   want to review with you.

1  **A.** Sure.

2  **Q.** And I'm going to go to page 5 now. This is

3  Section 2B, 2A. I'm sorry if I'm saying that

4  wrong, but I want to go to this sentence. This

5  is the last sentence, basically, which states,

6  "The following provisions will apply with

7  respect to the events to be included in the

8  series." And then it states in relevant part,

9  "All such domestic events produced, promoted,

10  and operated by Feld Motorsports shall be

11  produced, promoted, and operated in a first

12  class professional manner, consistent with the

13  production values of the Supercross events that

14  FMS produced, promoted, and operated during the

15  2019 Monster Energy AMA Supercross and FIM

16  World Championship." Let's stop there for a

17  second. What does this mean when it says first

18  class professional manner consistent with the

19  production values of the 2019 Monster Energy

20  AMA Supercross?

78

1  **A.** It means it's going to be well done, right?

2  And this contract is the relationship again

3  here is so long standing that we have the

4  benefit of benchmarking against a prior season.

5  So what it's saying is that that quality level,

6  the production value, is going to be consistent

7  with what you saw happen in 2019.

8  **Q.** Okay. Let's go along now. It says, "And the

9  services required to be provided by AMA at each

10  such domestic event pursuant to Section 2E

11  hereof, will be provided in a first class

12  professional manner consistent with the same

13  level of services provided to FMS during the

14  2019 Monster Energy AMA Supercross and FIM

15  World Championship." Now, what is your

16  understanding of the AMA providing services in

17  a first class professional manner, as it stated

18  here?

19  **A.** So that's the reciprocal provision, right?

20  Where the first part of that sentence that you

1   read is the standard of quality that we owe to

2   them. And then the second part of it is the

3   standard of quality that they owe to us.

4   **Q.** Okay. Is there any way for Feld Motorsport

5   to evaluate if AMA is holding off to that

6   standard?

7   **A.** Yeah, I think they see that in real-time

8   every weekend whether or not it's happening.

9   First class professional manner happens in a

10  lot of entertainment contracts. And it just

11  means that you're going to perform in a level

12  that is sometimes you see best efforts, but

13  it's a first class professional manner, which

14  means this is going to be well done and it's

15  going to be high quality.

16  **Q.** Okay. And what would be high quality in

17  terms of the services provided by AMA? Could

18  you give me an example?

19  **A.** Yeah, I think it's what they come in and do

20  every weekend, which is sanction and officiate

80

1  a race for us and they do it very well.

2  **Q.** Okay. Going on to page 7 here that talks

3  about merchandising and licensing. It states

4  that, "During the term of this agreement, FMS

5  will exercise the exclusive and unrestricted

6  rights to make, sell and exploit all goods,

7  merchandise, and licensing rights of all kinds

8  related to the events, with the exception of

9  the ISC event. And the series in all channels,

10  all of distribution or trade. All revenues

11  received by Feld Motorsports relating to the

12  exercise of such rights shall be the sole

13  property of and retained by FMS." It is self-

14  explanatory but could you explain what that

15  means in a couple of words?

16  **A.** Yeah. So this is one of the portions of the

17  agreement where it's clarifying that Feld

18  Motorsports has the exclusive rights to do

19  this. So this one pertains to merchandise and

20  licensing, right? And so you don't have

1   multiple sellers. There's only one seller, and

2   it's Feld Motorsports.

3   **Q.** And Feld Motorsports is the only company

4   that profits from the sale of merchandise and

5   licensing rights, right?

6   **A.** Well, hopefully, that's the goal. If they do

7   it well, yes, that's the goal.

8   **Q.** Right. All right, let's go to the next page.

9   This will be page 8 of the sanctioning

10  agreement. And it says here, "Sanctioning

11  services, AMA agrees to provide to FMS for all

12  of the events including the series during the

13  term of this agreement. All typical services

14  generally provided by a sanctioning body,

15  including without limitation, all of the

16  services enumerated in the remaining provisions

17  of this Section 2E." Can you explain this in

18  general?

19  **A.** Yeah, sure. This is the part of the

20  agreement that talks about everything that the

82

1   AMA has to do with regard to sanctioning,

2   right? The race itself, the competition, and

3   then it has a laundry list of things that

4   follow from here of all the stuff that they're

5   responsible for.

6   **Q.** Okay. So let's go to the next section then,

7   which is the race management personnel. It says

8   that, "Throughout the term of this agreement,

9   AMA will provide at each event in the series,

10  an AMA Supercross manager who will maintain

11  ultimate control over all race and floor

12  operations, timing, scoring, and all of the

13  matters, including, but not limited to the

14  following, racetrack, homologation, and

15  managerial assistant of all track marshals and

16  safety personnel." What do you think it means,

17  managerial assistant of all track marshals and

18  safety personnel?

19  **A.** So this provision is talking about the

20  homologation services and then it's talking

83

1    about the marshals. That means that they're

2    running the track. They're inspecting the

3    equipment before it gets onto the track, and

4    once things are on the track, they're running

5    the track.

6    **Q.** Okay. What does running the track mean in

7    this context?

8    **A.** In this context, it means sanctioning and

9    officiating it.

10   **Q.** What is the track marshal?

11   **A.** I don't know exactly the differentiations of

12   the duties between the track marshals, and for

13   instance, what the race director does versus

14   the event manager. I think this is a series of

15   who reports up into whom and how they divide

16   their duties. I don't know the particularities

17   of that.

18   **Q.** Okay. What about the safety personnel? Do

19   you have any idea who those people are?

20   **A.** So safety personnel, some of the folks that

84

1   they have involved with regard to that are

2   people who, certain people are watching the

3   track, right? They're paying attention to that.

4   And they're calling it, right? Because I know

5   that part of what they have to do is enforce

6   the rules during competition. So if somebody

7   sees something happening where a rider is doing

8   something to another rider that could be

9   unsafe, that's part of what they have to do.

10  And that's an entire team of people involved

11  with that.

12  **Q.** Okay. Do you know what's the name of that

13  team of people that does that?

14  **A.** No, you'd have to ask.

15  **Q.** Are those the flaggers? I'm sorry.

16  **A.** You'd have to ask the ops people or the AMA.

17  **Q.** Okay. Where do you think the flaggers fall

18  within this descriptions?

19  **A.** I don't know who they report into, but I

20  would put flaggers in with the safety personnel

85

1  because they're part of the rule book and

2  they're part of what the riders are obligated

3  to follow. So I would put them in with safety

4  personnel.

5  **Q.** Okay. Aside from the flaggers that the AMA

6  provides, does Feld also have flaggers at the

7  event?

8  **A.** We have our own flaggers at the event.

9  **Q.** Okay. How many flaggers in total work an

10  event like this including the Feld and the AMA?

11  **A.** I don't know how many total.

12  **Q.** Okay. How many flaggers does Feld typically

13  have in an event like this?

14  **A.** I don't know that either. I know we've

15  provided a list of it, but I can't remember how

16  many.

17  **Q.** Do you know how the flaggers, the Feld

18  flaggers and the AMA flaggers relate and

19  communicate to each other?

20  **A.** I don't know that the flaggers communicate

1  with each other because I know, for instance,

2  our flaggers are yellow flag only. And I

3  believe they're basically posted around the

4  track. And I don't know that they're

5  communicating with people from the AMA, just

6  given the nature of what they're doing and

7  where they're positioned. I don't know that

8  that's happening.

9  **Q.** Does the Feld flaggers report to the AMA

10  Supercross manager?

11  **A.** No, we have a head flagger that our flaggers

12  report to.

13  **Q.** Okay. And does that head flagger report to

14  the AMA Supercross manager?

15  **A.** Not that I'm aware of.

16  **Q.** Okay. So how does Feld and the AMA ensure

17  that they are in the same page with regards to

18  the flaggers?

19  **MS. JANKOWSKI:** Objection to form.

20  **BY MR. RAMOS:**

1  **A.** Yeah. Given the division of labor, I don't

2  know that there's anything for them to be on

3  the same page about.

4  **Q.** Well, what happens if, I don't know, they

5  have a yellow flag, the Feld flaggers have a

6  yellow flag, and the AMA takes out a red flag.

7  What processes are there in place for there not

8  to be confusion as to what flag should be

9  thrown.

10  **MS. JANKOWSKI:** Objection to form.

11  **BY MR. RAMOS:**

12  **A.** In the hierarchy of things, I would think a

13  red flag trumps a yellow flag. And I think the

14  riders are responsible for knowing the

15  different flags and what they mean and what

16  they're obligated to do when they're thrown.

17  **Q.** Right, but if there is any miscommunication

18  between the AMA flaggers and the Feld's

19  flagger, there might be a situation in which

20  there's a red flag now and a yellow flag later.

1   What steps does Feld takes to avoid those types

2   of situations?

3   **MS. JANKOWSKI:** Objection to form.

4   **BY MR. RAMOS:**

5   **A.** I don't know that those situations happen. I

6   mean, I think you're suggesting that there's

7   some kind of confusion about flagging, and I

8   don't have any information about that happening

9   actually.

10  **Q.** No, I'm not asking if it has actually

11  happened in this scenario. I'm asking, how does

12  Feld ensure that there is proper communications

13  between the Feld flaggers and the AMA flaggers

14  to avoid confusion as to about what flag should

15  be thrown at any particular time?

16  **MS. JANKOWSKI:** Objection to form.

17  **BY MR. RAMOS:**

18  **A.** I don't know that there is any

19  communication, and I don't know that we would

20  need to ensure that. I think what we need to do

89

1   is make sure that our head flagger has

2   explained to our folks with yellow flags what

3   their job is, and then they need to do it. And

4   the AMA, the same thing. Has their own

5   flaggers, and they need to explain to their

6   folks what their job is, and then they do it.

7   **Q.** Does the Feld head flagger have the ability

8   to decide when to throw a yellow flag?

9   **A.** When to throw a yellow flag?

10  **Q.** Yeah.

11  **A.** I think that's all that our flaggers have,

12  are yellow flags. So yeah, I think he would

13  have the ability to do that.

14  **Q.** So does the head flagger determines when a

15  yellow flag is warranted, or does he have to

16  wait for the AMA Supercross managers to

17  determine that?

18  **A.** I don't think he has to wait for the AMA

19  people to do that. I think he can determine

20  when to throw a yellow flag or the people on

90

1    the track, whatever their operating procedure

2    is for our own people.

3    **Q.** But he has no ability to throw a red flag,

4    right?

5    **A.** We do not. That's correct.

6    **Q.** That will be only the Supercross manager,

7    the AMA Supercross manager?

8    **MS. JANKOWSKI:** Objection to form.

9    **BY MR. RAMOS:**

10   **A.** I don't know the titles and duties and how

11   they're divided up. I just know that the AMA

12   does that. Yeah, I don't know what the exact

13   title is of the person or persons that do that.

14   **Q.** Oh, because the sanction agreement here

15   states that the AMA Supercross managers, the

16   person who will maintain ultimate control over

17   all race and floor operations. I suspect that

18   includes throwing a red flag, but I'm asking

19   you if you know?

20   **A.** No, you have to ask the AMA how they divvy

91

1    up their own division here.

2    **Q.** Okay. Then we have in Section B, the AMA

3    race director, which says here that it's role

4    is to support the AMA Supercross manager,

5    right?

6    **A.** Yes.

7    **Q.** So according to this, the race director

8    reports to the Supercross manager for the AMA?

9    **A.** That's what it looks like.

10   **Q.** Okay. Do you have any knowledge about that?

11   **A.** I do not.

12   **Q.** Okay. And then also an AMA event manager

13   that also reports to the AMA Supercross Manager

14   says here that it's performing certain race

15   control functions with station to observe the

16   race in an operation booth with clear vision of

17   the entire racetrack. Do you know what would be

18   the responsibilities or the duties of the AMA

19   event manager?

20   **A.** No, no, only what's written here.

92

1    **Q.** Do you think this is a similar position to

2    the Feld's eye in the sky, as they call it?

3    **MS. SPRADLIN:** Object to the form.

4    **BY MR. RAMOS:**

5    **A.** I could not say that. I don't know enough

6    about what the AMA does and how that would

7    compare to our respective positions.

8    **Q.** Do you know what Feld's eye in the sky

9    position is?

10   **A.** Generally, yes. Details of which, I've heard

11   a lot of hullabaloo about it in this litigation

12   which is the first time I'd ever heard of it

13   **Q.** During this litigation, was the first time

14   you heard about a Feld employee being the eye

15   in the sky?

16   **A.** Yeah.

17   **Q.** Do you know what the responsibilities of the

18   eye in the sky is?

19   **A.** No.

20   **Q.** Do you know who was the Feld's eye in the

93

1    sky during the 2020 Tampa Supercross?

2    **A.** No.

3    **Q.** Okay. So it also says here that the AMA must

4    also have an AMA operations manager that also

5    reports to the AMA Supercross manager,

6    qualified to perform certain technical

7    equipment inspection, including, but not

8    limited to rider gear, motorcycles and

9    officiating equipment, and approval for

10   competition and compliance inspections after

11   competition. Besides from what it states here,

12   do you have any knowledge about that position?

13   **A.** No.

14   **Q.** Okay. Do you know who was the operations

15   manager for the 2020 Tampa Supercross for the

16   AMA?

17   **A.** No.

18   **Q.** Does Feld have an equal operations manager

19   position?

20   **A.** Well, I'll defer to our ops people on this.

94

1    This paragraph to me suggests homologation, and

2    that's AMA. So I don't think we perform

3    homologation. I think that's purely AMA.

4    **Q.** Can you explain what is homologation?

5    **A.** Yeah. It's where you have to take the bike

6    through inspection, right? To make sure that

7    it's compliant with the racing requirements.

8    Sometimes I've heard it referred to as a tech

9    inspection, but I think that's what this is.

10   **Q.** Okay. Does Feld has any role whatsoever in

11   that process?

12   **A.** I don't think so.

13   **Q.** Then lastly, the AMA timing and scoring

14   manager capable of managing a timing and

15   scoring staff and operation of the transporters

16   for electronic timing and scoring consistent

17   with current service and staffing level. Does

18   Feld have any role whatsoever in the timing and

19   scoring of an event?

20   **A.** In 2020, AMA was responsible for that.

95

1  **Q.** Okay. Is it now different?

2  **A.** It is now different. It changed this year.

3  **Q.** Okay. So now Feld Motorsports is responsible

4  for that part?

5  **A.** Well, Feld Motorsports has contracted with a

6  third party who is responsible for doing that.

7  **Q.** Okay.

8  **A.** So it's shifted from FMS providing that

9  particular functionality from the AMA

10  previously providing that.

11  **Q.** Okay.

12  **A.** Or the party responsible for providing that.

13  **Q.** Okay. Out of these people that I just

14  mentioned for the AMA, the Supercross manager,

15  the race director, the event manager, the

16  operations manager, and the timing of scoring

17  manager at the time of the 2020 Tampa

18  Supercross, does Feld have any sort of control

19  over these individuals?

20  **MS. JANKOWSKI:** Objection to form.

1    **BY MR. RAMOS:**

2    **A.** No, I don't think so because these people

3    are reporting in and working for the AMA.

4    **Q.** Does the AMA need to provide Feld

5    Motorsports with any sort of written protocols

6    for the duties that these people will be

7    performing at the events?

8    **A.** No.

9    **Q.** Keep going through the document. Go to page

10   17 now. This will be a quick one. This page 17,

11   the FMS 616, says here 24 race staff uniforms.

12   The series logo will be placed prominently on

13   the chest of the shirt of all FMS race staff

14   uniforms for the championship. This means that

15   all the FMS personnel working at the events

16   will be wearing a Supercross logo in their

17   shirts, right?

18   **A.** The series logo. Yes.

19   **Q.** The series logo. Right.

20   **A.** Yeah, they should be doing that so they can

1  be identified as such.

2  **Q.** Right. But the series logo includes also the

3  Supercross logo, which is the plain logo we

4  mentioned previously?

5  **A.** Yeah, it's that one that has the combination

6  of all the different logos in it for the

7  championship.

8  **Q.** The one in Exhibit B, right?

9  **A.** I think so.

10  **Q.** Okay. All right. I'm going to go here to

11  page 18 to just go over the compensation for

12  the AMA and try to understand it as well as

13  possible. In terms of how the AMA gets

14  compensated. It says here, "Compensation, fixed

15  services sanctioning fee for each of the

16  domestic events during the term of this

17  agreement, FMS shall pay to the AMA per event

18  fee for the services listed in paragraphs 3

19  through 9 of Section 2E hereof the fixed

20  services, including but not limited to

1  sanctioning, timing, and scoring race

2  inspections, administrative and other services

3  for this series in the amount determined as

4  follows. So, during the term for each of the

5  Supercross seasons from 2020 through 2024, the

6  amount of the per event fee for the fixed

7  services will be $40,026," right?

8  **A.** Yes, that's what it says.

9  **Q.** So this will be the fixed services fee that

10  FMS paid the AMA for the services provided

11  during the 2020 Tampa Supercross event, right?

12  **A.** That was the rate schedule for 2020. That's

13  correct.

14  **Q.** Okay. It also has here a variable service

15  officiating fee. It says here, for each of the

16  domestic events during the term of this

17  agreement, FMS shall pay to AMA per event fee,

18  the per event variable fee for the variable

19  services. It's more fully defined as Section

20  2E-10 hereof, including, but not limited to

1  officiating at each event in an amount

2  determined as follows. It says here, during the

3  term of each of the Supercross seasons from

4  2020 to 2024, the amount of the per-event

5  variable fee will be $23,464. Right?

6  **A.** Correct.

7  **Q.** So again, this is what FMS would've paid or

8  paid the AMA for the variable fee in the 2020

9  time of Supercross?

10 **A.** Yes.

11 **Q.** So, this is on top of the $40,026 that we

12 just discussed, right?

13 **A.** I believe so, yes.

14 **Q.** Okay. Then we have the rights fee. It says

15 during the term of this agreement, FMS also

16 agrees to pay an additional fee, the rights

17 fee, to AMA in consideration for the benefits

18 being conferred upon FMS pursuant to

19 disagreement, including the exclusive use of

20 the AMA marks and all promotional and

100

1  exploitation rights related to the series. It

2  says here, during the term for each of the

3  Supercross seasons from 2020 through 2024, the

4  amount of the rights fee per event will be

5  $24,843, right?

6  **A.** Correct.

7  **Q.** Again, this will be applicable to the 2020

8  Tampa Supercross?

9  **A.** Yes.

10  **Q.** Could you explain what is this rights fee,

11  just in a couple of words?

12  **A.** Sure. The rights fee is the ability to put

13  the AMA on it, brand it as such, right? And let

14  the public know this is an AMA event, which has

15  a quality level associated with it. It's a

16  professional sport, so putting the AMA on there

17  is similar to putting other comparable sports

18  things that people would recognize like NHL or

19  NBA or whatever. In motorcycle racing, if you

20  put AMA on there that's a brand that's

101

1    recognized and valued.

2    **Q.** Okay. Again, this will be on top of the

3    other 2 fees that we're talking about?

4    **A.** Yes.

5    **Q.** Okay. And then it says here, the back gate

6    number 4, it says, "AMA shall collect and

7    retain 100% of the back gate credential revenue

8    at all of the domestic events from all riders

9    and support crew in possession of an AMA

10   membership or AMA season mechanics license."

11   Could you explain what that is? The back gate?

12   **A.** Not very well. I think the ops people have

13   to explain this better. This is an area that I

14   think it's important to the AMA. So, there's a

15   collection method that comes into play here

16   with the back gate credential revenue. But the

17   details of how that works and whatever, I think

18   are best left to the ops people.

19   **Q.** Okay. Do you understand this to be like a

20   description fee from the riders?

102

1    **A.** I'm not sure if I would call it that. I

2    mean, they do have to, in order to race and be

3    part of the competition, you have to join the

4    AMA. That's part of it. So whether or not that

5    feeds directly into this back gate amount or

6    something else, I'm not sure.

7    **Q.** Okay. Do you have any idea if the rider has

8    to pay for each event or they just pay just a

9    one-time AMA fee to get into the AMA?

10   **A.** I don't know if the membership is, if you

11   can purchase an annual one or a lifetime one.

12   I'm not sure about that. But then when you sign

13   up for the season, you're doing that. You are

14   signing up for the season as opposed to an

15   individual event, I believe.

16   **Q.** Do you have any idea who typically pays for

17   that?

18   **A.** With each rider, I think that just depends

19   on their arrangement. We have some riders that

20   are privateers, they're individuals. We have

103

1   some riders affiliated with teams. So, I think

2   it depends on the individual rider and their

3   circumstance.

4   **Q.** So, if they're a team, typically the team

5   pays their back gate credential fee, right?

6   **A.** I don't know how they structure that between

7   the teams and the riders.

8   **Q.** Okay. Well, let's move to the next sentence,

9   which states that Feld Motorsports shall be

10  entitled to collect and retain 100% of all

11  revenues from guest passes and contingency over

12  bypasses. Could you explain that to me?

13  **A.** No, not very well. I think this is part of

14  the ops thing where it is very particular as to

15  what's going to the AMA and what's going to

16  Feld. I think it's better left for the ops team

17  or AMA.

18  **Q.** Okay. Do you have any idea what a

19  contingency over bypass is?

20  **A.** No.

104

1    **Q.** Okay. All right.

2    **A.** I think generally speaking, part of what has

3    to happen here is when people come in, right?

4    This is an area where security comes into play,

5    right? So, it's not anybody can just walk in.

6    There has to be authorized access and there has

7    to be the ability to bring in people. So,

8    sometimes people want to bring in family

9    members, sometimes there are team people. I

10   think all of that has to work through this

11   process.

12   **Q.** Okay. All right. I'm going to move now to

13   page 21 of this document, which is the special

14   provision section. It states here, number 3,

15   credentials. Feld Motorsports shall have the

16   exclusive right to create, issue, revoke, and

17   otherwise control all credentials pertaining to

18   security and access at events. Can you explain

19   what this means?

20   **A.** Yeah. So, again, I think this goes to the

1  security. If you think about the event for the

2  day, right? The obligation here is for Feld

3  Motorsports to procure the contract with the

4  venue, right? So, it's our responsibility to go

5  out and find the location for the event, right?

6  Then make sure all these other things happen

7  and come into place at that. But part of

8  security, especially in the most recent years.

9  I mean, you've seen this with venues now, you

10 can't go in with anything but a clear bag. But

11 part of security is making sure that you

12 control access in the areas. So, that's our

13 responsibility and that's the lead that we take

14 with this, and I think that's why this

15 provision is in here.

16 **Q.** Okay. I understand that as it regards to

17 fans and people, right? But in terms of

18 credentials, that also applies to all the

19 people that are going to work the event, right?

20 **A.** Well, yeah. So, it applies to the front of

1   the house and back of the house, right? So

2   people that we are allowing in affiliated with

3   the event have to have credentials. So, if

4   you're front of the house, you're a ticket

5   holder and you have some way to get in there.

6   If you're back of the house, meaning that

7   you're part of a race team or you're part of

8   the AMA or you're part of FMS, you have to have

9   credentials to get in. The venue itself, they

10  typically have their own way of identifying

11  their own people coming in and working for them

12  during events. But all of those things have to

13  happen for purposes of security.

14  **Q.** Okay. But in any event, Feld Motorsports has

15  the last word about who gets the credentials to

16  enter an event, right?

17  **A.** Yeah, I think we could pull a credential if

18  we needed to.

19  **Q.** Can you think of any situation in which Feld

20  has had to pull the credentials of someone?

107

1  **A.** Maybe not in the sense you're thinking of. I

2  know we had an issue last year at a motorsports

3  event where somebody was making fake

4  credentials and they got caught and we turned

5  that over to be prosecuted. Yeah.

6  **Q.** Okay. The AMA doesn't have any sort of word

7  on who gets credentials or not right, to enter

8  the event?

9  **MS. SPRADLIN:** Object to the form.

10  **MS. JANKOWSKI:** Objection to form.

11  **BY MR. RAMOS:**

12  **A.** I don't think that's correct because I think

13  that there are, you have to go through and

14  register with the AMA. And until you complete

15  that process with the AMA, you're not getting

16  your credential as part of the competition.

17  **Q.** Got you. But if there will be in a scenario

18  in which the AMA admits a member, if Feld

19  Motorsports does not issue a credential, that

20  person will not be able to come into the event,

1  right?

2  **MS. JANKOWSKI:** Objection to form.

3  **BY MR. RAMOS:**

4  **A.** I'm not sure I've followed that completely.

5  **Q.** Well, I guess I'll rephrase.

6  **A.** Okay.

7  **Q.** My question is basically, yes, for some

8  people, in order to obtain a credential, the

9  AMA has to previously approve you, right? But

10  if there was an instance in which the AMA

11  approved someone already, if Feld Motorsports

12  doesn't issue a credential for that person,

13  that person will not be able to come into the

14  event, right?

15  **MS. JANKOWSKI:** Objection to form.

16  **BY MR. RAMOS:**

17  **A.** So yes. Let me break it down this way

18  because I might think of this a little bit

19  differently. There is a gatekeeping function by

20  the AMA that has to happen where everything has

1  to be turned in, in order to get that

2  credential. If you're asking physically as

3  between who physically hands out the credential

4  and who does not, whether that's AMA or FMS,

5  I'm not sure. I thought it was FMS, but I defer

6  to the ops people on that.

7  Q. Okay. Well, according to this agreement, it

8  is FMS, right? They have the exclusive right to

9  create, issue, revoke, and otherwise control

10  all credentials pertaining to security and

11  access at events?

12  MS. JANKOWSKI: Objection to form.

13  BY MR. RAMOS:

14  A. Yes, that's what it says.

15  Q. Okay. Is that the way that you understand

16  it?

17  A. Yeah. Like I said, I think there is an AMA

18  gatekeeping function. I'm not aware of any

19  instance where the AMA has said, issue a

20  credential, and we've said no. I've never heard

110

1    of that. So, that's the part where I'm not

2    tracking.

3    **Q.** That's fair. That's fair. I just wanted to

4    basically illustrate what I was trying to ask

5    you.

6    **A.** Right. Yeah.

7    **Q.** All right. Let's get now to this next page

8    which says, "Emergency Medical Support, Section

9    4, page 22. It says, FMS agrees to arrange for

10   emergency medical care at the events at no cost

11   to AMA. FMS will use commercially reasonable

12   efforts to maintain the same level of emergency

13   medical support as provided during the 2019

14   season, including the provision of the mobile

15   Medic Rig." So, I guess this is pretty

16   straightforward if Feld Motorsport is

17   responsible for arranging medical care at the

18   events, right?

19   **A.** That is correct.

20   **Q.** The AMA does not have to pay for that,

1  right?

2  **A.** That is correct. That is a cost that's on

3  us.

4  **Q.** Okay. When it says here that it will

5  maintain the same level of emergency medical

6  support as provided during the 2019 season,

7  including the provision of the mobile Medic

8  Rig, what does that mean really?

9  **A.** Well, again, that's the benefit of the

10 nature of the longstanding relationship. So,

11 we've worked with AMA so long, they know and

12 saw what happened in 2019 and the level that

13 was provided, right? In terms of medical

14 support. So, this is making a reference to

15 that, saying that that same quality is going to

16 stay there in place, including providing for

17 the mobile medical unit.

18 **Q.** Okay. Are you aware of anything in writing

19 that describes the level of emergency medical

20 support that was provided during the 2019

1   season?

2   **A.** In setting out, like, this means 2

3   ambulances in a medical rig or something like

4   that?

5   **Q.** Right.

6   **A.** No, I don't think there's anything like

7   that. I think we've done this for so long that

8   people just know and they just do it.

9   **Q.** Okay. How would you describe, since you know

10  the level of emergency medical support in this

11  context?

12  **A.** I describe it as a 2-pronged approach. I

13  think there's an ambulance involved, and then I

14  think there's the mobile medical rig. As I told

15  you earlier, I think the ambulance falls into

16  the local component and the mobile Medic Rig

17  provides some continuity for the competitors.

18  Both of those things happen and it's Feld's job

19  to make sure that it arranges for those things

20  to happen.

113

1    **Q.** What about in terms of personnel?

2    **A.** We do not get involved with personnel. We

3    are no longer in the medical provider business.

4    **Q.** Do you know, in terms of personnel, how much

5    people the Medic Rig had in 2019?

6    **A.** I do not know how many employees they had.

7    **Q.** Would it make a difference to Feld

8    Motorsports if the Medic Rig had, for example,

9    3 or 10 members in the medical team?

10   **MS. JANKOWSKI:** Objection to form.

11   **BY MR. RAMOS:**

12   **A.** I'm not sure. If you're asking how many

13   people need to be at an event?

14   **Q.** Yes.

15   **A.** I'm not sure if our ops people have an idea

16   of that. I mean, at the end of the day, we look

17   to them to get the job done, right? That's the

18   purpose of the contract. So, show up with

19   however many people you need to get the job

20   done. Whether that's 4 or 6, I don't know. But

114

1    again, that's why we look to them to do that.

2    **Q.** What happens from a Feld Motorsports

3    perspective if they don't get the job done?

4    **A.** I don't know that anything happens from a

5    Feld Motorsports perspective if they don't get

6    the job done. I mean, I think at the end of the

7    day, there's an issue with whether or not

8    there's a contract breach and that type of

9    hypothetical that you're talking about. So, for

10   instance, if they didn't come to an event, we'd

11   be like, "Hey, we're here in Hoboken, where are

12   you?" Right? I mean, that would be a problem.

13   **Q.** Or if they show with, I don't know, 2 people

14   to an event.

15   **A.** If they show with 2 people in the event and

16   they can still get it done, that would be okay.

17   If they can't get it done, then it probably

18   would not be okay, right? Because, again, part

19   of what we do is we look to them to provide

20   services, right? It depends on, I can't say

115

1  given the number of ambulance people that are

2  there, right? Combined with mobile medic

3  people, whatever the total number of that needs

4  to be.

5  **Q.** For the 25 years that Medic Rig or more than

6  20 years that Medic Rig has been in business

7  with Feld, can you think of any scenario or

8  instance in which the Medic Rig has not

9  properly gotten the job done, as you mentioned?

10  **A.** I have not heard of that, no.

11  **Q.** Would you have any way of knowing?

12  **A.** I think I would. I mean, I think we're here

13  today because your client is contesting that.

14  So, we're in litigation.

15  **Q.** Yeah, and I asked more in the sense of, you

16  explained to me that you don't get involved

17  with what the medical people do. You don't get

18  reports from them aside from the Fall Down

19  report. You don't really scrutinize their job

20  performance. Is that fair?

1  **MS. JANKOWSKI:** Objection to form.

2  **BY MR. RAMOS:**

3  **A.** Yeah. I don't know what scrutinized their

4  job performance means. I mean, there's feedback

5  that comes in from other directions, right? But

6  it's not a matter, we don't employ these

7  people, so it's not a matter of us sitting down

8  and saying, "I'm going to give you a

9  performance evaluation. Here's how you did

10  today." We don't do that. We've contracted for

11  services with medical professionals. This isn't

12  an in-house thing. The most comparable thing

13  that we did in-house was running our vets,

14  right? We had an entire veterinary department,

15  so again, medical, but for animals that we ran

16  in-house with the circus. And we were willing

17  to undertake that obligation and understood the

18  responsibilities that go with that. We are not

19  willing to do that for human beings. That is

20  outsourced to other people because we're not

1  doctors and we're not getting in that business.

2  **Q.** But at the end, Feld Motorsport is promoting

3  an event that is inherently dangerous, and as

4  we've seen in the Fall Down report that I

5  showed you earlier today, there are many

6  instances in which writers fall down during a

7  practice sessions and race day.

8  **A.** Correct.

9  **Q.** You're telling me that Feld has no way,

10 basically at all, to evaluate if the medic

11 people are doing their job correctly or if

12 they're not?

13 **MS. JANKOWSKI:** Objection to form.

14 **BY MR. RAMOS:**

15 **A.** Yeah, I would not look at it that way.

16 Because, for instance, we hire ambulances. I

17 don't know who's coming in the ambulance, but

18 I've hired an ambulance service. So, I assume

19 that those people are licensed professionals

20 who know how to do their job. It's the same

1  thing with the Medic Rig. When I have my own

2  kid, I'll use that as an example, and have to

3  take him to the emergency room, I don't stand

4  there and tell the people in the emergency room

5  what to do. I have no idea. It's not my

6  business. I just go with them and I don't get

7  in the way.

8  **Q.** I get that. But if you are running an event

9  that is constantly relying on the appropriate

10 care by medical personnel, why would Feld not

11 want to know, in terms of written reports, what

12 these people are doing when a rider has an

13 accident?

14 **MS. JANKOWSKI:** Objection to form.

15 **BY MR. RAMOS:**

16 **A.** I don't need written reports and documents

17 to know how things are going, right? You guys

18 have taken discovery in this case. You know

19 that there was a conference call as a follow-up

20 with this. You view this case from the

119

perspective of your client got hurt so

everything is bad. That is not our experience

and it's not what we have known to be the case

in Supercross for the past several decades that

this has been operable and running. The teams

and the riders, by and large, with the

exception of your client trust the Medic Rig,

they trust Doc Bodnar. They feel better having

that continuity there. Your client had a bad,

bad accident and so you view this from the

prism of they're all terrible and did

everything wrong. That is not the perspective

from which we view it.

**Q.** Have you had a chance to watch the video

that NBC produced regarding the response to

Brian's accident?

**A.** I have seen that video that they produced.

**Q.** Okay. From a legal perspective, right? Were

you concerned at all when you watched that

video?

1  **MS. JANKOWSKI:** Objection to form.

2  **BY MR. RAMOS:**

3  **A.** Well, first of all, as a lawyer, I'm not

4  going to give you my opinions from a legal

5  perspective of what I think or not. But my

6  understanding, well, I don't want to talk about

7  the mediation because that's privileged too.

8  So, my understanding at the time that this

9  happened was that the first responders there

10  that were on site thought that this was a leg

11  issue and they treated it and acted

12  accordingly. And that's what the video shows.

13  **Q.** Did you learn that for the first time after

14  this case had been filed?

15  **A.** Yes, in the course of litigation.

16  **Q.** Okay. Previous to filing this lawsuit, we

17  serve a previous letter to Dr. Bodnar and Dr.

18  Kennedy from the Medic Rig. Did the Medic Rig

19  inform Feld that they had received that letter?

20  **A.** Not to my knowledge.

1  **Q.** Okay.

2  **A.** When was the timeframe on that?

3  **Q.** It was probably like close to a year before

4  filing the lawsuit.

5  **A.** No.

6  **Q.** I don't have the exact date, but I

7  [crosstalk].

8  **A.** Yeah, I don't think, I'm not aware that we

9  had notice of that.

10  **Q.** But in terms of temporal scope, we didn't

11  know before the filing of the lawsuit about

12  this?

13  **A.** Right. The filing [crosstalk]. Go ahead.

14  Sorry.

15  **MS. JANKOWSKI:** Just objection to form. Go

16  ahead.

17  **BY MR. RAMOS:**

18  **A.** Yeah, I had not heard about that letter till

19  this litigation.

20  **MS. JOINER:** I think I am almost done. Why don't

1   we take a 10-minute break? We've been at this

2   for an hour so I can review my notes and see if

3   I miss anything.

4   **MS. JOINER:** Sure.

5   **MS. JOINER:** And we can close this out. All

6   right?

7   **MS. JOINER:** Would you like me to come back at

8   12:30?

9   **MS. JOINER:** Sure. 12:30 is fine.

10  **MS. JOINER:** Okay. All right.

11  **MS. JOINER:** Thank you. Off the record, Jorge.

12  **COURT REPORTER:** Off the record at 12:18. Back

13  on the record at 12:33.

14  **BY MR. RAMOS:**

15  **Q.** All right, Ms. Joiner. So, I'm going to ask

16  you about 2 other documents that I want you to

17  confirm to me. I'm going to share my screen in

18  a second. So, this is a media rights agreement.

19  This is going to be Exhibit 132. Yes, it's

20  going to be marked as Exhibit 132. It's a media

1  rights agreement between Feld Motorsport and

2  NBC Universal Media, LLC. This is dated

3  December 18, 2018. Have you seen this document

4  before?

5  **A.** Yes.

6  **Q.** Okay. You negotiated or drafted this

7  document?

8  **A.** Both.

9  **Q.** Okay. Could you explain then to us what the

10  document is about?

11  **A.** Yeah. So, this is the media rights agreement

12  with our broadcast partner, and it covers

13  several years. I can't quite remember the term

14  of it, but it would've been in place during the

15  2020 season. What it does is controls the media

16  rights to the Supercross events and allows for

17  distribution exclusively through NBC for a

18  defined territory, which is basically the US.

19  Their rights are confined to the US and certain

20  US territories.

124

1    **Q.** Okay. Basically, do you remember the

2    obligations from each party here?

3    **A.** In a general sense, yes.

4    **Q.** Yes. What are those?

5    **A.** So, in a general sense, I'll start with ours

6    and then move to theirs. Feld Motorsports is

7    obligated to put on a minimum number of events

8    per year. From those events, we're required to

9    produce a program, and then that program is to

10   be delivered to NBC, and then NBC is

11   responsible for broadcasting it. At that time,

12   they had different levels. So, there's a

13   provision in there that talks about big NBC,

14   which is in our area. That's like Channel 4,

15   right? That's the linear.

16   Then there's a reference to Gold Pass, which

17   has been superseded by Peacock. There's a

18   reference to their sports channel, which no

19   longer exists. But those things were NBC's, for

20   lack of a better word, output methods that they

125

1    had, their distribution methods. So, that was

2    their obligation. Our obligation was to do the

3    event, deliver the programs, and their

4    obligation was to, for lack of a better word,

5    air it in whatever medium or channel required.

6    **Q.** So, basically, Feld produced the entire

7    event and then sent it to NBC, right?

8    **A.** We produced the event, and from the event,

9    we made a program, right? And then the program

10   is transmitted to NBC.

11   **Q.** Okay. I can't recall if you mentioned, this

12   was in effect during the 2020 Tampa Supercross,

13   right?

14   **A.** That is correct.

15   **Q.** Right. So, any videos that NBC had from the

16   2020 Tampa Supercross were produced and sent to

17   them by Feld Motorsports, right?

18   **A.** They would've been produced and sent to them

19   via, or on behalf of Feld Motorsports.

20   **Q.** Okay. I'm going to share with you the

126

1  license agreement with the Tampa Sports

2  Authority.

3  **A.** Okay.

4  **Q.** Would be Exhibit 133, right? It says here

5  that this is an agreement entered on September

6  9, 2019, by and between the Tampa Sports

7  Authority and Feld Motorsports, Inc. Have you

8  seen this document before?

9  **A.** Yes, I have.

10 **Q.** Did you review this document or draft it?

11 **A.** I'm sorry, ask your question again?

12 **Q.** Did you review or draft the document?

13 **A.** I did not draft this document.

14 **Q.** Okay. But you reviewed it?

15 **A.** I have reviewed it for purposes of this

16 case, yes.

17 **Q.** Okay. It says here is the license agreement

18 that basically is for the dates of February 10

19 to 14, 2020 for the move-in then Saturday,

20 February 15, 2020 at 7:00 p.m., the Supercross.

127

1    Supercross Futures, Sunday, February 16, 2020,

2    and then the move-out, February 17 to 18, 2020,

3    right?

4    **A.** Yes, that's correct.

5    **Q.** This is the license agreement for the 2020

6    Tampa Supercross in which Mr. Moreau got

7    injured, right?

8    **A.** Yes. This is for the Raymond James Stadium.

9    This is the license agreement for that event.

10   **Q.** Okay. I just wanted to make sure that it was

11   an accurate copy of the agreement.

12   **A.** Well, I mean, if it's Bates labeled, I

13   presume it's whatever got produced, right?

14   **Q.** Yes, it is. It's 547 FMS.

15   **A.** Sure.

16   **Q.** 547 to 573.

17   **A.** Okay.

18   **Q.** Okay. Let me ask you something. During the

19   2020 season, was the AMA co-sanctioning the

20   Supercross along with the FIM?

128

1    **A.** Yes, that arrangement existed for a long

2    time.

3    **Q.** Do you know since when?

4    **A.** The dual sanctioning goes back to the early

5    aughts, but then it ended in 2021.

6    **Q.** Can you explain what's the FIM?

7    **A.** I'm sorry. Say that one again?

8    **Q.** Can you explain what is the FIM?

9    **A.** Oh, the FIM?

10   **Q.** Yeah.

11   **A.** Well, let's see. They're based in

12   Switzerland. They are the Federation of

13   International Motorcyclists. That's in French.

14   So, I don't speak French, but that's the gist

15   of it. They are a global sanctioning entity.

16   And then for lack of a better word, they have

17   national member nations that are part of the

18   FIM.

19   **Q.** Okay. Are they still co-sanctioning the

20   Supercross with the AMA?

129

**A.** No, they are not

**Q.** Since when?

**A.** We did not renew the agreement in 2021. So,
I believe that they were part of that through
the 2021 season, and then we did not renew the
agreement.

**Q.** Do you know why not?

**A.** Primarily, our world is divided into pre-
COVID and post-COVID, and that contract was a
long-term agreement that came due. I think it
actually came due during COVID. I think it came
due in 2020, and the parties decided to extend
it for one more year. And at that point
[crosstalk].

**Q.** After COVID? I'm sorry.

**A.** Yeah. Well, I think the original term may
have been 2020, and the FIM and Feld Motorsport
decided to extend it for one more year, right?
Because remember, the whole world didn't know
what was happening in 2020. Then at the end of

130

1   that period, at the end of that season, we

2   looked at everything in the circumstances and

3   decided we're going to go with just one

4   sanctioning body. We don't need 2. That's

5   basically what happened.

6   **Q.** Can you share with us what are the reasons

7   behind deciding that the 2 sanctioning bodies

8   are no longer necessary?

9   **A.** I think it's [crosstalk].

10  **MS. JANKOWSKI:** Objection to form. Go ahead.

11  **BY MR. RAMOS:**

12  **A.** Yeah, I don't know that I know all of the

13  reasons, but like I said, I think it's

14  basically COVID, and there were press releases

15  that the parties issued to that extent. It was

16  basically just given the circumstances. And I

17  think that the AMA was, if I had to paraphrase,

18  I think the AMA was on the heavy end of the

19  laboring ore anyway. So, financially, it just

20  made sense for us to streamline a little bit,

1   and that's what happened. So, the contract just

2   didn't get renewed and the FIM went its own way

3   with a new partner subsequently.

4   **Q.** Do you remember how much Feld used to pay

5   the FIM in their sanctioning agreement?

6   **A.** I don't remember how much.

7   **Q.** What services, if any, did the FIM provide

8   to Feld during the Supercross events?

9   **A.** I believe that, and then remember this is

10  pre-COVID. After COVID, it ended, right? As

11  live entertainment, our world is separated by

12  that point. Pre-COVID, I believe that they had

13  one FIM representative on-site during our

14  Supercross season. Beyond that, I don't know

15  what else they did. Obviously, their name, when

16  you go back and look at that exhibit we were

17  looking at with the series logo, right? At that

18  time, you'll see their mark in there and FIM

19  championship. So, they were part of the title

20  name at that time while they were one of the

132

1  sanctioning bodies.

2  **MR. RAMOS:** Okay. Let me just pull it up. I have

3  it here. I'm going to pull it up here. I don't

4  think it has been introduced as an exhibit, so

5  I'm just going to mark it as 133.

6  **MS. JANKOWSKI:** I think you're on 134.

7  **MR. RAMOS:** 134 now?

8  **MS. JANKOWSKI:** Yes.

9  **MR. RAMOS:** Okay, so 134.

10 **BY MR. RAMOS:**

11 **Q.** Ms. Joiner, have you seen this document

12 before?

13 **A.** I have seen this document before. It has

14 many parts to it. It's complicated. It has a

15 long history.

16 **Q.** Okay. So, tell me about that history.

17 **A.** So, you'll look at the first recital, right?

18 It's talking about, this goes back to like

19 1999. So, I apologize. I'm going to apologize

20 in advance. I didn't trace this document in

1  advance of this, but I'll go as best I can from

2  my memory here. The FIM had entered into some

3  agreement with a different party, it was a

4  bunch of different kinds of events. Like, there

5  were 3 or 4 different disciplines. In

6  professional motorcycle racing, there's

7  different disciplines. One of those was

8  Supercross. In the corporate history back at

9  the time, I think it was Pace Motorsports in

10 the late 90s, that was the predecessor to the

11 several entities that ultimately became Feld

12 Motorsports. They purchased that portion of the

13 contract that some third party, Dorna maybe was

14 the one that held it, and they became the

15 Supercross promoter partner with the FIM for

16 that series. That morphed into the current

17 state through several successive corporations

18 and ownerships and purchases, and that

19 ultimately led to the relationship between Feld

20 Motorsport when Feld Entertainment acquired

134

1   Motorsports back in late '08, I think.

2   **Q.** Okay.

3   **A.** Sorry, that's a long history.

4   **Q.** No, that's fine. It's fine. I appreciate

5   that.

6   **A.** Yeah.

7   **Q.** But we went through the fact that the AMA,

8   which was co-sanctioning, right?

9   **A.** Yeah.

10  **Q.** They provided the Supercross manager, the

11  race director, manager, all these positions.

12  What positions, if any, did the FIM have with

13  Supercross?

14  **A.** Like I said, I think they had one person on

15  site, right? They had a person who there was

16  one, and that could have been the same person

17  who spent half of his time on 250, half of his

18  time on 450, Mr. Gallagher. So, I don't know if

19  Mr. Gallagher was the sole person or if there

20  was a second person. But part of what happens

1   there is they're an independent sanctioning

2   thing. There's a requirement in the AMA that as

3   the member nation and the agreement with the

4   AMA as the member nation, right? They fall

5   under the umbrella of the FIM.

6   So, part of what happens there, the way that it

7   settled itself out was that the FIM was the

8   sanctioning side for the 450 race and the AMA

9   was a sanctioning side for the 250 race. But

10  the reality is, I don't think that the FIM has

11  any personnel that does actual officiating. So,

12  the reality is, is that they looked to their

13  member nations to fulfill those services. And I

14  think the reality is that, that's why I said

15  the AMA is doing the bulk of the laboring oar

16  there, and the FIM only had 1 or 2 people on

17  site pre-COVID. Post-COVID, I don't think they

18  were even able to attend the races anymore.

19  **Q.** Do you have any idea what those 1 or 2

20  people would actually do during a race? That

1    you mentioned that they were half in 250, half

2    in 450, but I don't think you mentioned what it

3    is that they did.

4    **A.** Yeah, I don't know the title, but our ops

5    people would be able to explain that better.

6    So, I don't know what that person's title was.

7    But there was one person who, Mr. Gallagher,

8    did half, 250 and half, 450. So, that was one.

9    And then there may have been another FIM

10    representative on site, I'm not sure. They also

11    come into play with the foreign riders as well.

12    There's a component that is involved there too.

13    **Q.** Okay. Did the FIM raise any issue with Feld

14    about safety concerns in the races?

15    **A.** Not that I'm aware of.

16    **Q.** What were the mechanics to terminate the

17    agreement? Did you guys send the letter of

18    termination, or how did it work?

19    **A.** Yeah. I mean, I think that, obviously, we

20    have a relationship. I think it was Todd Jendro

1  who was speaking with them, which it might have

2  been Mr. Vargas, I can't remember at the time.

3  Because they rotate around a little bit on the

4  FIM. I think it was Todd speaking to Mr.

5  Vargas, and I think there were conversations

6  that were ongoing. And then ultimately we made

7  the decision, we had to send a formal letter

8  saying, "We are not going to renew this

9  agreement."

10 **Q.** So, if there were any concerns about safety

11 procedures during Supercross by FIM, then maybe

12 Todd Jendro would be the one to know?

13 **A.** I don't think there were any safety

14 concerns. I don't think there was raised.

15 **Q.** Okay. But if there were, who was the point

16 of contact? Who would've known?

17 **A.** I think that Todd Jendro was the primary

18 point of contact. I think Dave Prater was a

19 point of contact. Beyond that, I don't know who

20 else had relationships with the FIM. I can't

1  say.

2  **Q.** Okay. Let me show you an email that I used

3  when I deposed Mr. Mike Muye.

4  **A.** Okay.

5  **Q.** This document. So, I said it's already been

6  introduced as an exhibit. I think this was, let

7  me see. Oh.

8  **MR. SCHWEIKERT:** I believe 9.

9  **MS. JOINER:** 9. The email. Oh, I have it here.

10  All right. So, it was 9.

11  **BY MR. RAMOS:**

12  **Q.** All right. This is an email titled Track

13  Emergency Protocol. It's dated Friday, August

14  16, 2019, 10:52 p.m. It was sent by John Bodnar

15  initially

16  **A.** Mm-hmm?

17  **Q.** To John prior, Tom Carson, Paul Reman. This

18  was the document that was produced by Dr.

19  Bodnar. I'm going to go to the start of this

20  email thread, page 4. That somebody wrote here

1  on August 16th of 2019 at 7:39 p.m., "Dearest

2  Shift Medical Officers, we have been tasked by

3  Feld to prepare our disaster and emergency

4  protocol. As it becomes due today, I thought it

5  would be appropriate if I got a consensus on

6  procedures. I have 2 significant conditions

7  that they want us to address, large incidents,

8  multiple injuries, and critical incidents that

9  could, did, would, will end in a fatality. I

10  need you to complete this information by

11  answering these questions. If you need more

12  information, let me know." Then it goes over

13  the questions. Share right here. Who do you

14  call position that name when you decide to red

15  flag the race? Why did you make that decision?

16  Is it about removing riders or a crew or bikes?

17  It's so the riders do not get hurt, or so the

18  track site personnel is safe. Who is

19  controlling the track guys that jump out and

20  move hay-label bales and remove bikes? Beyond

1  your crew, do you have codes or words that

2  everyone knows? AMA? Feld? FIM? Do you have

3  something that everyone should know? Who do you

4  coordinate with besides our staff?

5  And then it says, "I know nothing about

6  medicine, especially, handling a critical

7  incident. Any words I have written were

8  basically from Soap Operas. No more injuries go

9  to the Rig, but I think the OnTrack CMO triage

10 will decide that. Is that an assessment of

11 mental breathing, physical condition,

12 experience, all of that? I have seen everyone

13 work in an emergency and it is like a dance, it

14 seems choreographed everyone following orders

15 and knowing them, I have to put that into

16 words." So, this email, which we don't know who

17 sent it, but the study was tasked by Feld. Are

18 you involved in the risk assessment team at

19 Feld?

20 **A.** The risk?

1   **Q.** The risk assessment team?

2   **A.** I don't know of a risk assessment team at

3   Feld.

4   **Q.** Who handles risk assessment situations? Is

5   it legal?

6   **MS. JANKOWSKI:** Objection to form.

7   **BY MR. RAMOS:**

8   **A.** We have a risk management department. When

9   you say risk assessment, it makes me...

10  **Q.** Yeah, risk management, I'm talking about the

11  same thing.

12  **A.** Okay. So, risk, yeah, we do have a risk

13  management department, yes.

14  **Q.** Is it under legal?

15  **A.** No, it is not.

16  **Q.** Okay. Do you know who in Feld tasked the

17  Medic Rig with answering these questions?

18  **MS. JANKOWSKI:** Objection to form.

19  **BY MR. RAMOS:**

20  **A.** No, I have no idea.

142

1  **Q.** Do you know if a disaster and emergency

2  protocol was created?

3  **A.** I don't know about disaster and emergency

4  protocol in this context. I mean, disaster

5  emergency protocol, when I hear that phrase, it

6  makes me think of large-scale problems at

7  events, right?

8  **Q.** Like what?

9  **A.** So, for instance, that we were talking

10 earlier about the security stuff, right? So, a

11 lot of things have changed in terms of, and

12 this came up before COVID, kind of got paused

13 during COVID, but a lot of changes were made in

14 venue security, and it was a result of crazy

15 stuff happening in the world. Like Ariana

16 Grande's concert, like that was crazy, right?

17 Those kinds of events caused the venues and it

18 caused live entertainment content providers to

19 try to figure out what are we doing here right

20 to try to increase or improve security? So,

143

 1    when I think of disaster and emergency

 2    protocol, I think along those lines, and these

 3    questions below are not necessarily that.

 4    **Q.** Well, the email itself says, I have 2

 5    significant conditions that they want us to

 6    address. Large incidents, multiple injuries,

 7    and critical incidents that could, did, would,

 8    will end in a fatality. In terms of the

 9    critical incident, how do you define that?

10    **A.** Well, it would depend on the context, right?

11    Because again, like large incident, multiple

12    injuries is the kind of thing that we tend to

13    think about as a security issue and a security

14    breach and critical incident as if, God forbid

15    that actually happened. I mean, like the world

16    we live in now is crazy and there's training

17    for active shooters, which we never thought

18    we'd have to do. But this depends on the

19    context. And so the questions below, are they

20    asking about specific to competition and racing

144

1  or are they asking about event? Those are 2

2  different things.

3  **Q.** So, the context, I think it's provided by

4  the questions that are here that they ask the

5  doctors to respond to, right? The first one is

6  who do you call position that name when you

7  decide to red flag the race? Why do you make

8  that decision? Is it about removing the riders

9  or crew or bikes? Is it so the riders do not

10 get hurt, or so the track site personnel is

11 safe?

12 **A.** Yeah.

13 **Q.** So, within that context, how would you

14 define the critical incident that is portrayed

15 in this email?

16 **MS. JANKOWSKI:** Objection to form.

17 **BY MR. RAMOS:**

18 **A.** Yeah, I wouldn't because it doesn't make any

19 sense to me, right? Because if you look at that

20 document, it's got different fonts. So, when it

1    says, I need you to complete the information by

2    answering these questions, and then it changes

3    and goes into a bold font, right?

4    **Q.** Okay.

5    **A.** So, I don't know who's asking that and why

6    they're asking that.

7    **Q.** So, the way the email is phrased is that

8    this has been sent to the officers in The Medic

9    Rig, right? For someone in The Medic Rig, and

10   it says [crosstalk] Feld to prepare [inaudible]

11   faster an emergency protocol

12   **A.** Maybe, I don't know, right?

13   **Q.** Right.

14   **A.** Yeah.

15   **Q.** Then that person goes on to explain what are

16   the questions that they ask of that person to

17   respond, or the doctors to respond. My question

18   is, do you have any disaster and emergency

19   protocols as it regards to riders and accidents

20   regarding riders?

146

1    **A.** Not that I'm aware of, no.

2    **Q.** Based on the context of this email and the

3    questions that were asked, how would you define

4    large incident and critical incident as set

5    forth in the email?

6    **MS. JANKOWSKI:** Objection to form.

7    **BY MR. RAMOS:**

8    **A.** Yeah, I don't know what to say other than

9    large incident, they want multiple injuries,

10   and critical incident is death. They're

11   defining critical incident as death.

12   **Q.** Do you think this could mean an event in

13   which there's an accident with multiple

14   injuries or an accident at the course that

15   resulted in a fatality?

16   **A.** That's one possibility. Sure.

17   **Q.** Does Feld have any protocols at all from The

18   Medic Rig that cover these areas?

19   **A.** I'm not aware of any kind of document that

20   relates to this, no.

1  **Q.** Are you aware of any other sort of protocol

2  that The Medic Rig has provided to Feld?

3  **A.** No, I'm not aware of that.

4  **Q.** Are you aware of the requirement by Feld for

5  The Medic Rig to prepare a disaster and

6  emergency protocol?

7  **MS. JANKOWSKI:** Objection to form.

8  **BY MR. RAMOS:**

9  **A.** No.

10 **Q.** Would the legal department have anything to

11 do with a request such as this one?

12 **A.** Well, since I've never heard of it, I'm

13 going to say no. Given the timeframe involved,

14 2019, I had never heard of this before, before

15 this case.

16 **Q.** In terms of the first question that has been

17 posed here to the doctors, it says who you call

18 when you decide to red flag the race, right?

19 **A.** Uh-huh.

20 **Q.** Does Feld provide any sort of means for

1 communication between the medical team and the

2 flagging teams?

3 **MS. JANKOWSKI:** Objection to form.

4 **BY MR. RAMOS:**

5 **A.** If I'm understanding your question, I don't

6 believe so. No.

7 **Q.** Does Feld provide any sort of equipment for

8 the people at the track to be able to

9 communicate with each other?

10 **MS. JANKOWSKI:** Objection to form.

11 **MS. SPRADLIN:** Join.

12 **BY MR. RAMOS:**

13 **A.** I don't know that. I thought everybody kind

14 of had their own equipment.

15 **Q.** Do you know if there's any way for the

16 medical team to communicate via the headset

17 that they have with anyone at Feld?

18 **A.** I don't know that.

19 **Q.** What about the eye in the sky? Do you know?

20 **A.** No, I don't know that. I don't think the eye

1  in the sky would be talking to the doctor. That

2  concept doesn't make sense to me, but I don't

3  know that.

4  **Q.** Who does the eye in the sky talk to?

5  **A.** From Feld?

6  **Q.** Yes.

7  **A.** Yeah, I don't know. I don't know if that

8  goes into Mike Muye or somebody else.

9  **Q.** Do you know if the eye in the sky has any

10  way of communicating with the people that can

11  call for a red flag during a practice or race?

12  **A.** That's not my understanding, no.

13  **Q.** So, basically, if I'm understanding this

14  correctly, the people from The Medic Rig

15  operate completely independent from the people

16  of the AMA at the same time from the people

17  from Feld? There's no communication between

18  those 3 parties at all?

19  **MS. SPRADLIN:** Object to the form.

20  **BY MR. RAMOS:**

150

1    **A.** No, I don't think that's right. I don't know

2    whether or not The Medic Rig can communicate

3    with the AMA, but I don't think they can

4    communicate with us. So, I can't speak to what

5    they can or can't do. vis-a-vis the AMA.

6    **Q.** What happens if when assisting a rider that

7    has had an accident, the medical team thinks

8    that they need a red flag to be able to tend to

9    the writer appropriately? Could they

10   communicate that to someone?

11   **MS. JANKOWSKI:** Objection to form.

12   **BY MR. RAMOS:**

13   **A.** My understanding is that the Chief Medical

14   Officer can call for a red flag or the AMA can

15   call for a red flag. How they get that done, I

16   don't know the details.

17   **Q.** So, the CMO, the Chief Medical Officer will

18   have the ability to communicate with the

19   flaggers to be able to throw a red flag if

20   needed, right?

1   **A.** They would be able.

2   **MS. JANKOWSKI:** Objection to form. Go ahead.

3   **BY MR. RAMOS:**

4   **A.** Yeah, sorry. They would be able to

5   communicate with the AMA. So, they would be

6   able to somehow communicate with the AMA who

7   would then be able to get its flaggers to throw

8   a red flag.

9   **Q.** How would they communicate that?

10  **A.** I don't know the details of that.

11  **Q.** Do you think it will be through their

12  headsets?

13  **MS. JANKOWSKI:** Objection to form.

14  **BY MR. RAMOS:**

15  **A.** I don't know the details of that. That makes

16  sense to me, but I can't confirm that for you

17  because I don't know.

18  **Q.** You mentioned that John Gallagher was a rep

19  for FIM, right? That he was working part-time

20  on 250 and on the other half of the time with

152

1  the 450 divisions, right?

2  **A.** So, yeah. So, as to the FIM, their

3  sanctioning was the 450 portion of the race,

4  and the AMA's was the 250. So, while he was

5  doing 250, right? It was on behalf of the AMA,

6  and while he was doing 450, it was on behalf of

7  the FIM.

8  **Q.** Does Feld have any sort of contract with

9  John Gallagher?

10  **A.** No.

11  **Q.** John Gallagher never gets paid by Feld in

12  any way?

13  **MS. SPRADLIN:** Object to the form.

14  **BY MR. RAMOS:**

15  **A.** Yeah, I don't think that's correct. I think

16  that we paid for the FIM side of it somehow.

17  I'm not sure whether that was we paid the FIM

18  or we paid him, but I do believe that Feld

19  covered the FIM cost of him, but not the AMA

20  side of it.

1  **Q.** Okay. Do you know the specifics about how

2  much Feld paid FIM?

3  **MS. JANKOWSKI:** Objection to form

4  **BY MR. RAMOS:**

5  **A.** For?

6  **Q.** For their services during an event?

7  **A.** For the?

8  **Q.** For the sanctioning during an event? Yeah.

9  **A.** No, I don't know the exact amounts, but I

10 know it's, I mean, the amount that we paid FIM

11 for sanctioning was contractual. I do know

12 that.

13 **Q.** Do you have any contract with the FIM? So,

14 John Gallagher specifically will be the person

15 appointed?

16 **A.** No.

17 **Q.** Performing that job?

18 **A.** No.

19 **Q.** No. Okay. Let me check my notes here. I

20 don't think I have any questions right now. I

1  may have more follow-up after the other

2  attorneys get a chance.

3  **A.** Okay.

4  **MS. SPRADLIN:** Do we want to take just a brief

5  break? I think we've been going for about

6  another hour before we circle back on any

7  follow-up?

8  **MS. JOINER:** Sure.

9  **MS. JOINER:** Sure.

10 **MS. JANKOWSKI:** Sure.

11 **MS. SPRADLIN:** Do we want to say maybe come back

12 at [crosstalk]?

13 **MS. JOINER:** 1:20?

14 **MS. SPRADLIN:** Yeah, 1:20?

15 **MS. JOINER:** Yeah, I think that's fine.

16 **COURT REPORTER:** Back on the record at 1:22 p.m.

17 Go ahead, Mr. Ramos.

18 **MS. JOINER:** Well, I had no further questions. I

19 pass the witness to Ms. Jankowski or Caroline

20 or Ms. Nduka.

155

1    **MS. JANKOWSKI:** Caroline, if you're speaking, we

2    can't hear you.

3    **MS. JOINER:** Yeah.

4    **MS. SPRADLIN:** How about now?

5    **MS. JANKOWSKI:** Yes.

6    **MS. SPRADLIN:** Got it. Ms. Joiner, I don't have

7    any questions for you right now. Thank you for

8    your time today.

9    **MS. JOINER:** Okay.

10   **MS. NDUKA:** No questions. Thank you.

11   **MS. JANKOWSKI:** I don't have any questions

12   either. The deposition is concluded. The

13   witness will read and sign.

14   **COURT REPORTER:** Thank you so much. We're

15   concluding at 1:23 p.m. Gretchen, do you want

16   to order this?

17   **MS. JANKOWSKI:** I do, and I'd like it expedited,

18   Jorge, please.

19   **COURT REPORTER:** How fast do you need it?

20   **MS. JANKOWSKI:** Can I have it by Friday?

1    **COURT REPORTER:** By Friday. Okay, anybody else

2    want a copy?

3    **MS. SPRADLIN:** I don't need to order it this

4    time. Thank you.

5    **MS. NDUKA:** Me neither. Thank you.

6    **MS. JOINER:** Same here.

7    **COURT REPORTER:** All right, by Friday it is.

8    **MS. JANKOWSKI:** Great. Thank you.

9    **COURT REPORTER:** Thank you guys. Have a great

10   day.

11   **MS. JANKOWSKI:** Thanks. You too.

12   **MS. JOINER:** Thank you.

13   **MS. JANKOWSKI:** Bye, everyone.

14   **MS. JOINER:** Thank you, Ms. Joiner.

15   **MS. JANKOWSKI:** Bye-bye.

16   **MS. JOINER:** Bye-bye.

17

18   [END]

CERTIFICATE OF REPORTER

STATE OF FLORIDA

COUNTY OF MIAMI-DADE


    I, Jorge Garcia, do hereby certify that I was
authorized to and did transcribe the electronic notes
of the deposition of Lisa Joiner, that a review of the
transcript was requested; and that the foregoing
transcript, pages 05 through 156 is a true record of
the electronic notes.

    I further certify that I am not a relative,
employee, attorney, or counsel of any of the parties,
nor am I a relative or employee of any of the parties'
attorney or counsel connected with the action, nor am
I financially interested in the action.

    Dated this 19th day of March 2025


                    *Jorge Garcia*


                    Jorge Garcia

                    Court Reporter

                    Notary Public, State of Florida

                    Commission: HH358644

DATE: March 19th, 2025
TO: Lisa Joiner

BRIAN MOREAU,
Plaintiff
vs.
FELD MOTOR SPORTS, INC. ET AL,
Defendants

CASE NO. 8:22-CV-01295-TPB-CPT

Dear Lisa Joiner,

  Please take notice that on March 19, 2025, you gave  your
 deposition in the above-referenced matter. At that  time,
 you did not waive signature. It is now necessary that  you
sign your deposition. You may do so by contacting your  own
attorney or the attorney who took your deposition and  make
      an appointment to do so at their office. You may
     also  contact our office at the below number, Monday -
    Friday,  9:00 AM - 5:00 PM, for further information and
                        assistance.
       If you do not read and sign your deposition
within  thirty (30) days, the original, which has already
been  forwarded to the ordering attorney, may be filed
with the  Clerk of the Court. If you wish to waive your
signature,  sign your name in the blank at the bottom of
this letter  and promptly return it to us.


Very truly yours,

---------------
JORGE GARCIA,
JG SEARCHING
JGSearching@outlook.com

I do hereby waive my signature.

--------------------
Lisa Joiner

ERRATA SHEET

PAGE NO. LINE NO.

_____    _____    _____
_____    _____    _____
_____    _____    _____
_____    _____    _____
_____    _____    _____
_____    _____    _____
_____    _____    _____
_____    _____    _____
_____    _____    _____
_____    _____    _____
_____    _____    _____
_____    _____    _____
_____    _____    _____
_____    _____    _____
_____    _____    _____
_____    _____    _____
_____    _____    _____
_____    _____    _____
_____    _____    _____
_____    _____    _____
_____    _____    _____
_____    _____    _____
_____    _____    _____
_____    _____    _____

_____    _____    SIGNATURE DATE

E R R A T A   S H E E T

BRIAN MOREAU v. FELD MOTOR SPORTS, INC., et al.
Case No. 8:22-CV-01295-TPB-CPT Deposition
Transcript of LISA JOINER

| PAGE | LINE | CORRECTION |
|------|------|------------|
| 11 | 7 | Change "have sometimes" to "have, sometimes" |
| 12 | 2 | Delete "of that" |
| 12 | 18 | Change "it that" to "it, that" |
| 22 | 16 | Change "of" to "or" |
| 23 | 18 | Change "you" to "it" |
| 26 | 20 | Change "services also" to "services are also" |
| 27 | 8 | Change "question" to "question is" |
| 39 | 10 | Change "from" to "from them" |
| 42 | 7 | Change "as medical" to "and his medical" |
| 45 | 17 | Change "You put the" to "To put the" |
| 71 | 13 | Change "it. Monetizing" to "it, monetizing" |
| 71 | 18 | Change "Feld Motor Motorsports" to "Feld Motor Sports " |
| 84 | 14 | Change "to ask." to "to ask the AMA." |
| 95 | 8 | Change "it's shifted from" to "it shifted to" |
| 96 | 18 | Change "series logo." to "Series Logo." |
| 112 | 3 | Change "in" to "and" |
| 112 | 14 | Change "mobile medical rig." to "Mobile Medical Rig." |
| 112 | 16 | Change "mobile" to "Mobile" |
| 129 | 17 | Change "Motorsport" to "Motor Sports" |
| 130 | 19 | Change "ore" to "oar" |

1

| PAGE | LINE | CORRECTION |
|------|------|------------|
| 133 | 12, 20 | Change "Motorsport" to "Motor Sports" |
| 137 | 14 | Change "there" to "that" |
| 150 | 5 | Change "do." to "do" |

 

 

       I DO HEREBY CERTIFY that I have read the
transcript of my deposition and I swear it is
true and correct to the best of my knowledge,
subject to the above-referenced corrections.

_____
LISA JOINER

A D D I T I O N A L   E R R A T A   S H E E T

BRIAN MOREAU v. FELD MOTOR SPORTS, INC., et al.
Case No. 8:22-CV-01295-TPB-CPT Deposition
Transcript of LISA JOINER

COUNSEL OF RECORD NOTES THE FOLLOWING ADDITIONAL ERRATA
CHANGES:

| PAGE | LINE | CORRECTION |
|------|------|------------|
| 6 | 6 | Change "depot" to "depo" |
| 6 | 8 | Change "spend" to "spell" |
| Global | Change | Change "Motorsports" to "Motor Sports" |
| 7 | 12 | Change "Lexi" to "Lexy" |
| 7 | 17 | Change "Kennedy" to "Kennedye" |
| 7 | 18 | Change "Mativa" to "Metiva" |
| 9 | 9 | Change "Inc. Correct?" to "Inc., correct?" |
| 13 | 7 | Change "has" to "have" |
| 17 | 2 | Change "the medic." to "the Medic Rig." |
| 17 | 4 | Change "on the depositions" to "at a deposition" |
| 18<br>19 | 15-20<br>1-5 | Quoted section from contract should read as follows:<br><br>"Service Provider will supply to FMS professional services including, but not limited to providing licensed physicians at FMS-produced Supercross races (collectively, the "Professional Services"), and/or to provide equipment, including but not limited to a basic mobile medical facility (collectively, the "Deliverables") to FMS as mutually agreed upon from time to time by Service Provider and FMS and as set forth in a written Statement of Work signed by all Parties (each, a "SOW") and attached hereto and made a part hereof as an Exhibit (beginning with Exhibit A, and continuing on in alphabetical order)[.]" |

| PAGE | LINE | CORRECTION |
|------|------|------------|
| 19 | 5 | Change "States there" to "It states there" |
| 19 | 6 | Change "need" to "needs" |
| 19 | 11 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 20 | 9 | Change "performance of services." to "Performance of Services." |
| 20 | 9 | Change "state" to "states" |
| 20 | 10-17 | Quoted section from contract should read as follows:<br><br>"**5.2 Performance of Services.** Service Provider warrants that its personnel and/or Third Party Vendors shall perform the Professional Services in a reasonable, good and workmanlike manner in accordance with the applicable SOW and all applicable Relevant Law, and will obtain necessary permits and licenses to perform same and provide all Deliverables, if applicable." |
| 21 | 17-18 | Change "Go ahead. Answer" to "Go ahead, you can answer." |
| 21 | 19 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 22 | 7 | Change "Ms. Joiner" to "Mr. Ramos" |
| 22 | 14 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 23 | 17 | Change "Ms. Joiner" to "Mr. Ramos" |
| 23 | 20 | Change "Ms. Joiner" to "Mr. Ramos" |
| 23 | 20 | Change "[inaudible]" to "its" |
| 24 | 4 | Change "JOINERR" to "JOINER" |
| 24 | 5 | Change "Ms. Joiner" to "Mr. Ramos" |
| 24 | 7 | Change "Ms. Joiner" to "Mr. Ramos" |

| PAGE | LINE | CORRECTION |
|------|------|------------|
| 24 | 9-13 | Quoted section from contract should read as follows: "The term of this SOW shall be from the Effective Date of the Master Services Agreement through the Monster Energy Cup event held in October 2021." |
| 24<br>25 | 20<br>1-12 | Quoted section from contract should read as follows: "Upon payment of the Supercross Season Fee (defined below), Service Provider shall provide all necessary staffing and equipment to operate a basic mobile medical facility at each event during the 2017-2021 seasons of the Monster Energy Supercross organized and operated by FMS (together with each Monster Energy Cup event, individually and collectively, the "Event(s)"), in order to provide medical care to riders, crew, and staff as needed. Service Provider shall be present and ready to provide Professional Services for all ontrack activities at each event during the Supercross season, including practice." |
| 25 | 20 | Change "need" to "needs" |
| 28 | 11-17 | Quoted section from contract should read as follows: "The Supercross Season Fee shall be $370,656.00 per Supercross season. The Supercross Season Fee is based upon sixteen (16) Events in the United States and Canada that comprise the Monster Energy AMA Supercross championship, running from approximately January through May of each calendar year." |
| 29 | 2-4 | Change "Section 3B states that" to "Section 3b states that" |

| PAGE | LINE | CORRECTION |
|------|------|------------|
| 29 | 4-5 | Quoted section from contract should read as follows:<br><br>"The Monster Energy Cup Fee shall be $23,166.00 per Monster Energy Cup Event." |
| 30 | 7-8 | Change "sponsorship.  And in general, first, it states in Section 4A," to "Sponsorship.  And in General, first, it states in section 4a," |
| 30 | 8-15 | Quoted section from contract should read as follows:<br><br>"Service Provider and FMS shall work together in good faith to design and mutually agree upon sponsorship opportunities relating to the mobile medical facility and Events ("Sponsorship(s)").  Both  FMS  and  Service  Provider  shall  use commercially reasonable efforts to sell the mutually agreed upon Sponsorships to third parties ("Sponsor(s)"), []." |
| 30 | 16 | Change "entail?" to "entails?" |
| 30 | 20 | Change "Section 4B" to "section 4b" |
| 31 | 1-9 | Quoted section from contract should read as follows:<br><br>"The parties hereby agree and acknowledge that the Sponsorships for the period from the Effective Date through October 31, 2018 (the "Exclusive Period") shall consist solely of an exclusive Sponsorship for Alpinestars srl ("Alpinestars"), subject to the finalization and execution of a separate Medical Unit Sponsorship Agreement between FMS, Service Provider and Alpinestars (the "Alpinestars Agreement"),[]." |
| 31 | 15 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 32 | 14 | Change "as a general" to "as general" |
| 33 | 6 | Change "Section 5" to "section 5" |
| 33 | 7-8 | Change "states, "That" to "states that" |

| PAGE | LINE | CORRECTION |
|------|------|------------|
| 33 | 7-12 | Quoted section from contract should read as follows:<br><br>"Service Provider's personnel and Third Party Vendors must abide by all reasonable safety rules and regulations put in place by FMS. All employees and Third Party Vendors must execute a waiver and release prior to accessing the track area." |
| 33 | 13 | Change "reason" to "reasons" |
| 34 | 17 | Change job." To "job?" |
| 34 | 20 | Change "motorsports" to "Motor Sports" |
| 35 | 4 | Change "Does" to "Do" |
| 35 | 10 | Change "attends 3 riders" to "attends to 3 riders" |
| 36 | 11-12 | Change "services in a reasonable good and workmanlike manner." to ""Services in a reasonable, good and workmanlike manner."" |
| 37 | 1 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 37 | 9 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 38 | 6 | Change "form?" to "form." |
| 38 | 7 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 39 | 9 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 40 | 2 | Change "Field" to "Feld" |
| 40 | 3 | Change "response to the" to "response to" |
| 40 | 6 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 40 | 17 | Change "where" to "were" |
| 41 | 1 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 41 | 8 | Change "2014, 2020," to "2020," |
| 41 | 13 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 42 | 18 | Change "By Mr. Ramos" to "By Ms. Joiner" |

| PAGE | LINE | CORRECTION |
|------|------|------------|
| 43 | 14 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 44 | 14 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 45 | 2 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 45 | 10 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 48 | 4 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 48 | 13 | Change "By Ms. Joiner" to "By Mr. Ramos" |
| 49 | 6-10 | Quoted section from contract should read as follows: <br><br> "Service Provider and FMS desire to amend the SOW to adjust the compensation provided for therein for calendar years 2020 and 2021, In accordance with the terms and conditions set forth herein." |
| 49 | 17 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 50 | 1 | Change "3A" to "3a" |
| 51 | 14 | Change "entered. Marked" to "entered, marked" |
| 51 | 18 | Change "SPA" to "S.p.a." |
| 52 | 14-17 | Quoted section from contract should read as follows: <br><br> "shall be from the Effective Date through October 30, 2021, unless earlier terminated in accordance with the terms and conditions set forth herein." |

| PAGE | LINE | CORRECTION |
|------|------|------------|
| 53<br>54 | 12-20<br>1 | Quoted section from contract should read as follows:<br><br>"for Sponsor's sponsorship of the TMR-owned and operated mobile medical center unit (the "Medical Unit") at each of the Monster Energy AMA Supercross, an FIM World Championship ("Supercross") events produced by FMS in the United States and Canada during calendar years 2019, 2020 and 2021 and each annual Monster Energy Cup ("MEC") event produced by FMS In the United States during calendar years 2019, 2020 and 2021 (individually and collectively, the "Event(s)")."" |
| 54 | 11-20 | Quoted section from contract should read as follows:<br><br>"The sponsorship fee ("Sponsorship Fee") for all sponsorship benefits for the Events to be provided to Sponsor by FMS and TMR under this Agreement will be paid directly by Sponsor to FMS as follows:<br><br>Subject to Section 1 above, Sponsor agrees to pay FMS a Sponsorship Fee in the amount of Three Hundred Ninety-Three Thousand, Eight Hundred Twenty-Two and 00/100 US Dollars ($393,82200), for the first sponsorship year (2019), and annual payments thereafter increasing at a rate of three percent (3%).[]." |
| 55 | 9 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 55 | 14 | Change "medical unit sponsorship agreement" to "Medical Unit Sponsorship Agreement" |
| 55 | 16 | Change "plays" to "pays" |
| 55 | 20 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 56 | 3 | Change "sense" to "cents" |
| 56 | 10 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 56 | 14 | Change "in" to "on" |

| PAGE | LINE | CORRECTION |
|---|---|---|
| 57 | 9 | Change "in" to "on" |
| 57<br><br>58 | 17-20<br><br>1-2 | Quoted section from contract should read as follows:<br><br>"Sponsorship Benefits Provided to Sponsor.[]<br><br>(1) The Medical Unit will be named and branded as the "Alpinestars Mobile Medical Center" and such branding will be Included in signage on the Medical Unit semi-trailer.[]" |
| 58 | 5-8 | Quoted section from contract should read as follows:<br><br>"TMR will revise its website, www.themedicrig.com, to reflect the branding of the Medical Unit as the •Alpinestars Mobile Medical Center"." |
| 58 | 10 | Change "Says that Medic Rig" to "Then says "TMR" |
| 58 | 11 | Change "sponsor branded" to "Sponsor-branded" |
| 58 | 12 | Change "by sponsor. And" to "by Sponsor." And" |
| 58 | 13 | Change "neat" to "mid" |
| 58 | 14 | Change "beats" to "pit" |
| 58 | 15 | Change "or styles and quantities" to "wear styles and qualities" |
| 58 | 16 | Change "defined and" and "defined, and" |
| 58 | 20 | Change "pictures" to "Pit shirts" |
| 59 | 5-11 | Quoted section from contract should read as follows:<br><br>"FMS will use commercially reasonable efforts to ensure that all mentions of the Medical Unit team on the Event P.A. system and in FMS-controlled television broadcasts of the Event will refer to the "Alpinestars Medical Team"." |

| PAGE | LINE | CORRECTION |
|------|------|------------|
| 59 | 13-20 | Quoted section from contract should read as follows:<br><br>"Sponsor will receive two (2) scoreboard mentions and will be included on the Venue's electronic stadium marquee/dot matrix board advertising the Event. The copy must be provided to FMS reasonably in advance of the applicable Event. The content of the copy is subject to the prior approval of FMS and Venue management." |
| 60 | 9-13 | Quoted section from contract should read as follows:<br><br>"Sponsor will have the opportunity to place its logo identifications and links to its internet web pages within FMS' Internet Event page, located at www.supercrosslive.com." |
| 60<br>61 | 16-20<br>1 | Quoted section from contract should read as follows:<br><br>"FMS will create and provide Sponsor with a video touring inside and around the Medical Unit (the "Medical Unit Video"}. All uses of the Medical Unit Video by Sponsor are subject to TMR's and FMS's prior written approval." |
| 61 | 4-5 | Quoted section from contract should read as follows:<br><br>"FMS Marketing Rights and License." |
| 61 | 6-11 | Quoted section from contract should read as follows:<br><br>"Sponsor further acknowledges and agrees that FMS Is the exclusive owner of all right, title and interest in and to all Event Recordings, including all copyright and other intellectual property rights and goodwill therein." |
| 61 | 17 | Change "Khella" to "Nduka" |
| 61 | 19 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 62 | 5 | Change "By Mr. Ramos" to "By Ms. Joiner" |

| PAGE | LINE | CORRECTION |
|------|------|------------|
| 62 | 8 | Change "Ms. Joiner" to "Mr. Ramos" |
| 62 | 13 | Change "Ms. Joiner" to "Mr. Ramos" |
| 62 | 15 | Change "Joiner" to "Jankowski" |
| 62 | 17 | Change "Ms. Joiner" to "Mr. Ramos" |
| 62 | 18 | Change "Joiner" to "Jankowski" |
| 62 | 19 | Change "Ms. Joiner" to "Mr. Ramos" |
| 62 | 20 | Change "Joiner" to "Jankowski" |
| 63 | 1 | Change "Ms. Joiner" to "Mr. Ramos" |
| 63 | 4 | Change "Ms. Joiner" to "Mr. Ramos" |
| 63 | 13 | Change "Ms. Joiner" to "Mr. Ramos" |
| 64 | 8 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 64 | 20 | Change "Feld Motorsports" to "FMS_INC" |
| 65 | 6 | Change "Pistol" to "Pistole" |
| 65 | 9 | Change "he was sent" to "it was sent" |
| 65 | 11 | Change "Butner" to "Bodner" |
| 65 | 13 | Change "Kaczmarek, Michael" to "Kaczmarzyk, and Michael" |
| 66 | 2 | Change "Alpinestars" to "Alpine Star[sic]" |
| 66 | 3-4 | Change "do. Jen Pistol, AMA, SX clerk." to "do! Jan Pistole AMA SX Clerk."" |
| 66 | 14 | Change "writer" to "rider" |
| 67 | 3 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 67 | 20 | Change ""The" to "the" |
| 68 | 1 | Change "collision."" to ""collision."" |
| 68 | 2 | Change "yes by ambulance self from" to "Yes, by ambulance, self or" |

| PAGE | LINE | CORRECTION |
|------|------|------------|
| 68 | 18 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 69 | 10-14 | Quoted section from contract should read as follows:<br><br>"THIS SECOND AMENDED AND REST A TED SUPERCROSS SANCTIONING AGREEMENT (the "Agreement") is entered into July 1, 2019 by and between Feld Motor Sports, Inc., a Delaware corporation ("FMS") and American Motorcycle Association (d/b/a American Motorcyclist Association), an Ohio non-profit corporation ("AMA")." |
| 69 | 16 | Change "Ha have" to "Have" |
| 70 | 3 | Change "Ms. Joiner" to "Mr. Ramos" |
| 70 | 5 | Change "Ms. Joiner" to "Mr. Ramos" |
| 70 | 7 | Change "Ms. Joiner" to "Mr. Ramos" |
| 70 | 10 | Change "Ms. Joiner" to "Mr. Ramos" |
| 70 | 15-19 | Quoted section from contract should read as follows:<br><br>"The term of this Agreement shall be effective as of May 8, 2019 (the "Effective Date")and expire on November 5, 2034 and shall govern all Supercross Seasons (herein defined) that begin after the Effective Date." |
| 72 | 5 | Change "Supercross terms" to ""Supercross Terms"" |
| 72 | 6-15 | Quoted section from contract should read as follows:<br><br>"Attached hereto as Exhibit A is an updated logo designed by FMS for the Series (the "Plain Logo"). FMS will be the sole and exclusive owner of the Plain Logo and will have the express right and authority, at its sole cost and expense, to register and renew the Plain Logo with governmental authorities of its choosing throughout the world in an effort to protect FMS's ownership rights and interests in and to the Plain Logo." |

| PAGE | LINE | CORRECTION |
|------|------|-----------|
| 73 | 12 | Change "Ms. Joiner" to "Mr. Ramos" |
| 73 | 16 | Change "Ms. Joiner" to "Mr. Ramos" |
| 74 | 3 | Change "Ms. Joiner" to "Mr. Ramos" |
| 74 | 7 | Change "Ms. Joiner" to "Mr. Ramos" |
| 74 | 9 | Change "FMS Inc. 597" to "FMS_INC_0000597" |
| 74 | 12 | Change "Ms. Joiner" to "Mr. Ramos" |
| 74 | 14 | Change "Ms. Joiner" to "Mr. Ramos" |
| 74 | 16 | Change "Ms. Joiner" to "Mr. Ramos" |
| 75<br><br>76 | 6-20<br><br>1 | Quoted section from contract should read as follows:<br><br>"During the term of this Agreement, the logo for the Series (the "Series Logo") will consist of a combination of the Plain Logo and the Series Title in a manner comparable to the specimen attached hereto as Exhibit B (as such combination logo may be altered from time to time with the mutual approval of FMS and AMA). The Series Logo shall be included in all promotional, advertising and marketing materials produced, paid (including but not limited to payments by barter) and controlled by FMS. The Series Logo shall not be registered with any governmental authority without the prior written consent of both FMS and AMA." |
| 76 | 4 | Change "series logo" to "Series Logo" |
| 77 | 3 | Change "Section 2B, 2A." to "Section 2(b), 2(a)." |

14

| PAGE | LINE | CORRECTION |
|------|------|-----------|
| 77 | 6-16 | Quoted section from contract should read as follows:<br><br>"The following provisions will apply with respect to the Events to be included in the Series:[]<br><br>(a)[]All such Domestic Events produced, promoted and operated by FMS shall be produced, promoted and operated in a first class professional manner consistent with the production values of the supercross events that FMS produced, promoted and operated during the 2019 Monster Energy AMA Supercross - an FIM World Championship;" |
| 78 | 8-15 | Quoted section from contract should read as follows:<br><br>"[]and the services required to be provided by AMA at each such Domestic Event pursuant to Section II, E hereof will be provided in a first class professional manner consistent with the same level of services provided to FMS during the 2019 Monster Energy AMA Supercross, an FIM World Championship." |
| 79 | 4 | Change "Feld Motorsport" to "Feld Motor Sports" |
| 79 | 5 | Change "holding off" to "holding up" |
| 80 | 3 | Change "merchandising and licensing." to ""Merchandising and Licensing."" |
| 80 | 4-13 | Quoted section from contract should read as follows:<br><br>"During the term of this Agreement, FMS will exercise the exclusive and unrestricted rights to make, sell and exploit all goods, merchandise and licensing rights of all kinds related to the Events (with the exception of the ISC Event) and the Series in all channels of distribution or trade. All revenues received by FMS relating to the exercise of such rights shall be the sole property of and retained by FMS." |

| PAGE | LINE | CORRECTION |
|------|------|------------|
| 81 | 11 | Change "services." to "Services." |
| 81 | 11-17 | Quoted section from contract should read as follows:<br><br>"AMA agrees to provide to FMS for all of the Events included in the Series during the term of this Agreement all typical services generally provided by a sanctioning body, including, without limitation, all of the services enumerated in the remaining provisions of this Section II, E." |
| 82 | 7 | Change "race management personnel." to ""Race Management Personnel."" |
| 82 | 8-16 | Quoted section from contract should read as follows:<br><br>"Throughout the term of this Agreement, AMA will provide at each Event in the Series:<br><br>(a) An AMA Supercross Manager(s) who will maintain ultimate control over all race and floor operations, timing, scoring and all other matters including, but not limited to, the following:<br><br>(i) Race track homologation,<br><br>(ii) Managerial assistance of all track marshals and safety personnel," |
| 82 | 17 | Change "assistant" to "assistance" |
| 84 | 18 | Change "this" to "these" |
| 86 | 20 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 87 | 11 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 88 | 1 | Change "takes" to "take" |
| 88 | 4 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 88 | 17 | Change "By Mr. Ramos" to "By Ms. Joiner" |

| PAGE | LINE | CORRECTION |
|------|------|------------|
| 90 | 9 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 91 | 2 | Change "Section B," to "Section (b)," |
| 91 | 3 | Change "race director," to "Race Director," |
| 91 | 4 | Change "manager," to "Manager," |
| 91 | 7 | Change "race director" to "Race Director" |
| 91 | 8 | Change "manager" to "Manager" |
| 91 | 12 | Change "event manager" to "Event Manager" |
| 91 | 14-17 | Quoted section from contract should read as follows:<br><br>"[]performing certain race control functions who is stationed to observe the race in an operation booth with clear vision of the entire race track," |
| 91 | 19 | Change "event manager?" to "Event Manager?" |
| 92 | 4 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 93 | 4 | Change "operations manager" to "Operations Manager" |
| 93 | 5 | Change "manager" to "Manager" |
| 93 | 6-11 | Quoted section from contract should read as follows:<br><br>"[]qualified to perform certain technical equipment inspection, including but not limited to rider gear, motorcycles and officiating equipment, and approval for competition and compliance inspection(s) after competition," |
| 93 | 14-15 | Change "operations manager" to "Operations Manager" |

17

| PAGE | LINE | CORRECTION |
|------|------|-----------|
| 94 | 13-17 | Quoted section from contract should read as follows:<br><br>"AMA Timing and Scoring Manager capable of managing a timing and scoring staff and operation of the transponders for electronic timing and scoring consistent with current service and staffing levels." |
| 95 | 14-17 | Change "manager, the race director, the event manager, the operations manager, and the timing of scoring manager" to "Manager, the Race Director, the Event Manager, the Operations Manager, and the Timing of Scoring Manager" |
| 96 | 1 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 96 | 11-14 | Quoted section from contract should read as follows:<br><br>"24. Race Staff Uniforms. The Series Logo will be placed prominently on the chest of the shirt of all FMS race staff uniforms for the Championship." |
| 96 | 19 | Change "series logo." to "Series Logo." |
| 97 | 2 | Change "series logo" to "Series Logo" |
| 97 | 3 | Change "plain logo" to "Plain Logo" |

| PAGE | LINE | CORRECTION |
|------|------|------------|
| 97<br><br>98 | 14-20<br><br>1-7 | Quoted section from contract should read as follows:<br><br>"<u>Compensation</u><br><br>1. Fixed Services/Sanctioning Fee: For each of the Domestic Events during the term of this Agreement, FMS shall pay to AMA a per Event fee for the services listed in paragraphs 3 through 9 of Section II, E hereof ("Fixed Services"), including but not limited to sanctioning, timing and scoring, race inspections, administrative, and other services for the Series, in the amount determined as follows:<br><br>(a) During the Term for each of the Supercross Seasons from 2020 through 2024, the amount of the per Event fee for the Fixed Services will be $40,026 USD (forty thousand and twenty-six US dollars)." |
| 98<br><br>99 | 14-20<br><br>1-5 | Quoted section from contract should read as follows:<br><br>"<u>Variable Service/Officiating Fee</u>: For each of the Domestic Events during the term of this Agreement, FMS shall pay to AMA a per Event fee (the "per Event Variable Fee") for the Variable Services (as more fully defined in Section II, E, 10 hereof), including but not limited to officiating at each Event, in an amount determined as follows:<br><br>(a) During the Term for each of the Supercross Seasons from 2020 through 2024, the amount of the per Event Variable Fee will be $23,464 USD (twenty-three thousand four hundred sixty-four US dollars)." |

| PAGE | LINE | CORRECTION |
|------|------|------------|
| 99<br><br>100 | 14-20<br><br>1-5 | Quoted section from contract should read as follows:<br><br>"<u>Rights Fee</u>: During the term of this Agreement, FMS also agrees to pay an additional fee (the "Rights Fee") to AMA in consideration for the benefits being conferred upon FMS pursuant to this Agreement, including the exclusive use of the AMA Marks and all promotional and exploitation rights related to the Series.<br><br>(a) During the Term for each of the Supercross Seasons from 2020 through 2024, the amount of the Rights Fee per Event will be $24,843 USD (twenty-four thousand eight hundred forty-three US dollars)." |
| 101 | 5 | Change "back gate" to ""Back Gate"" |
| 101 | 6-10 | Quoted section from contract should read as follows:<br><br>"AMA shall collect and retain one hundred percent (100%) of the back gate credential revenue at all of the Domestic Events from all riders and support crew in possession of an AMA membership or AMA season mechanic's license." |
| 101 | 20 | Change "description" to "subscription" |
| 103 | 9-12 | Quoted section from contract should read as follows:<br><br>"FMS shall be entitled to collect and retain one hundred percent (100%) of all revenues from guest passes and contingency overbuy passes." |
| 103 | 19 | Change "over bypass" to "overbuy pass" |
| 104 | 13-14 | Change "special provision" to ""Special Provisions"" |

| PAGE | LINE | CORRECTION |
|------|------|-----------|
| 104 | 15–18 | Quoted section from contract should read as follows:<br><br>"<u>Credentials</u>. FMS shall have the exclusive right to create, issue, revoke, and otherwise control all credentials pe1iaining to security and access at Events." |
| 107 | 11 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 108 | 3 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 108 | 16 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 109 | 13 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 110 | 8 | Change "Support, Section" to "Support," section" |
| 110 | 9–15 | Quoted section from contract should read as follows:<br><br>"FMS agrees to arrange for emergency medical care at the Events at no cost to AMA. FMS will use commercially reasonable efforts to maintain the same level of emergency medical support as provided during the 2019 Season, including the provision of the Mobile Medic Rig." |
| 110 | 16 | Change "Motorsport" to "Motor Sports" |
| 111 | 5–8 | Quoted section from contract should read as follows:<br><br>"maintain the same level of emergency medical support as provided during the 2019 Season, including the provision of the Mobile Medic Rig." |
| 111 | 8 | Change "Rig," to "Rig,"" |
| 113 | 4 | Change "how much" to "how many" |
| 113 | 11 | Change "Mr. Ramos" to "Ms. Joiner" |
| 116 | 2 | Change "Mr. Ramos" to "Ms. Joiner" |
| 117 | 6 | Change "writers" to "riders" |

| PAGE | LINE | CORRECTION |
|------|------|------------|
| 117 | 14 | Change "Mr. Ramos" to "Ms. Joiner" |
| 118 | 15 | Change "Mr. Ramos" to "Ms. Joiner" |
| 120 | 2 | Change "Mr. Ramos" to "Ms. Joiner" |
| 120 | 18 | Change "Kennedy" to "Kennedye" |
| 121 | 10 | Change "we didn't" to "you didn't" |
| 121 | 17 | Change "Mr. Ramos" to "Ms. Joiner" |
| 121 | 20 | Change "Ms. Joiner" to "Mr. Ramos" |
| 122 | 4 | Change "Ms. Joiner" to "Ms. Jankowski" |
| 122 | 5 | Change "Ms. Joiner" to "Mr. Ramos" |
| 122 | 7 | Change "Ms. Joiner" to "Ms. Jankowski" |
|  |  |  |
| 122 | 9 | Change "Ms. Joiner" to "Mr. Ramos" |
| 122 | 10 | Change "Ms. Joiner" to "Ms. Jankowski" |
| 122 | 11 | Change "Ms. Joiner" to "Mr. Ramos" |
| 123 | 2 | Change "NBC  Universal" to "NBCUniversal" |
| 126 | 1 | Change "license agreement" to "License Agreement" |
| 130 | 7 | Change "that the 2" to "that the two" |
| 130 | 11 | Change "Mr. Ramos" to "Ms. Joiner" |
| 134 | 10 | Change "Supercross manager" to "Supercross Manager" |
| 134 | 11 | Change "race director, manager" to "Race Director, Manager" |
| 138 | 9 | Change "Ms. Joiner" to "Mr. Ramos" |
| 138 | 17 | Change "John prior" to "Joanne Pryor" |
| 138 | 17 | Change "Paul Reman" to "Paul Reiman" |

| PAGE | LINE | CORRECTION |
|------|------|------------|
| 139 | 1-20 | Quoted section from email should read as follows: |
| 140 | 1-16 | "Dearest Chief Medical Officers, |
| | | We have been tasked by Feld to prepare our Disaster and Emergency Protocol. As it becomes due (today); I thought it would be appropriate if I got a consensus on procedures |
| | | I have two significant conditions that they want us to address: Large Incident (multiple injuries) and Critical Incident that could/did/would/will end in a fatality |
| | | I need you to complete this information by answering these questions? If you need more information, let me know. |
| | | Who you call (position, not name) when you decide to red flag the race? Why do you make that decision? Is it about removing the riders, or our crew, or bikes? Is it so the riders do not get hurt or so trackside personnel is safe? |
| | | Who is controlling the track guys that jump out and move hay bales, and remove bikes? |
| | | Beyond your crew - Do you have codes or words that everyone knows? AMA, Feld, FIM, ? |
| | | Do you have the something that EVERYONE SHOULD know? |
| | | Who do you coordinate with besides our staff? |
| | | I know nothing about medicine. Especially handling a CRITICAL incident. Any words I have written were basically from soap operas. Normal injuries go to the rig, but I think the on-track CMO triage would decide that. Is that an assessment of mental, breathing, physical condition, experience, all of that? |
| | | I have seen everyone work in an emergency and it is like a dance, seems choreographed, everyone following orders and knowing them. I have to put that into words." |

| PAGE | LINE | CORRECTION |
|------|------|------------|
| 141 | 7 | Change "Mr. Ramos" to "Ms. Joiner" |
| 141 | 19 | Change "Mr. Ramos" to "Ms. Joiner" |
| 143 | 4 | Change "I have 2" to "I have two" |
| 143 | 7 | Change "that could, did, would," to "that could/did/would/" |
| 144 | 6-11 | Quoted section from contract should read as follows:<br><br>"Who you call (position, not name) when you decide to red flag the race? Why do you make that decision? Is it about removing the riders, or our crew, or bikes? Is it so the riders do not get hurt or so trackside personnel is safe?" |
| 144 | 17 | Change "Mr. Ramos" to "Ms. Joiner" |
| 145 | 11 | Change "faster an emergency" to "disaster and emergency" |
| 146 | 7 | Change "Mr. Ramos" to "Ms. Joiner" |
| 147 | 8 | Change "Mr. Ramos" to "Ms. Joiner" |
| 148 | 4 | Change "Mr. Ramos" to "Ms. Joiner" |
| 148 | 12 | Change "Mr. Ramos" to "Ms. Joiner" |
| 149 | 18 | Change "those 3 parties" to "those three parties" |
| 149 | 20 | Change "Mr. Ramos" to "Ms. Joiner" |
| 150 | 9 | Change "the writer appropriately" to "the rider appropriately" |
| 150 | 12 | Change "Mr. Ramos" to "Ms. Joiner" |
| 151 | 3 | Change "Mr. Ramos" to "Ms. Joiner" |
| 151 | 14 | Change "Mr. Ramos" to "Ms. Joiner" |
| 152 | 14 | Change "Mr. Ramos" to "Ms. Joiner" |
| 153 | 4 | Change "Mr. Ramos" to "Ms. Joiner" |

| PAGE | LINE | CORRECTION |
|------|------|------------|
| 154 | 8 | Change "Ms. Joiner" to "Mr. Ramos" |
| 154 | 9 | Change "Ms. Joiner" to "Ms. Nduka" |
| 154 | 13 | Change "Ms. Joiner" to "Mr. Ramos" |
| 154 | 15 | Change "Ms. Joiner" to "Mr. Ramos" |
| 154 | 18 | Change "Ms. Joiner" to "Mr. Ramos" |
| 155 | 3 | Change "Ms. Joiner" to "Mr. Ramos" |
| 156 | 6 | Change "Ms. Joiner" to "Mr. Ramos" |
| 156 | 12 | Change "Ms. Joiner" to "Ms. Spradlin" |
| 156 | 14 | Change "Ms. Joiner" to "Mr. Ramos" |

E R R A T A   S H E E T

BRIAN MOREAU v. FELD MOTOR SPORTS, INC., et  al.
Case No. 8:22-CV-01295-TPB-CPT Deposition
Transcript of LISA JOINER

| PAGE | LINE | CORRECTION |
|------|------|------------|
| 11 | 7 | Change "have sometimes" to "have, sometimes" |
| 12 | 2 | Delete "of that" |
| 12 | 18 | Change "it that" to "it, that" |
| 22 | 16 | Change "of" to "or" |
| 23 | 18 | Change "you" to "it" |
| 26 | 20 | Change "services also" to "services are also" |
| 27 | 8 | Change "question" to "question is" |
| 39 | 10 | Change "from" to "from them" |
| 42 | 7 | Change "as medical" to "and his medical" |
| 45 | 17 | Change "You put the" to "To put the" |
| 71 | 13 | Change "it. Monetizing" to "it, monetizing" |
| 71 | 18 | Change "Feld Motor Motorsports" to "Feld Motor Sports " |
| 84 | 14 | Change "to ask." to "to ask the AMA." |
| 95 | 8 | Change "it's shifted from" to "it shifted to" |
| 96 | 18 | Change "series logo." to "Series Logo." |
| 112 | 3 | Change "in" to "and" |
| 112 | 14 | Change "mobile medical rig." to "Mobile Medical Rig." |
| 112 | 16 | Change "mobile" to "Mobile" |
| 129 | 17 | Change "Motorsport" to "Motor Sports" |
| 130 | 19 | Change "ore" to "oar" |

1

| PAGE | LINE | CORRECTION |
|------|------|------------|
| 133 | 12, 20 | Change "Motorsport" to "Motor Sports" |
| 137 | 14 | Change "there" to "that" |
| 150 | 5 | Change "do." to "do" |

     I DO HEREBY CERTIFY that I have read the
transcript of my deposition and I swear it is
true and correct to the best of my knowledge,
subject to the above-referenced corrections.

LISA JOINER

2

A D D I T I O N A L   E R R A T A   S H E E T

BRIAN MOREAU v. FELD MOTOR SPORTS, INC., et  al.
Case No. 8:22-CV-01295-TPB-CPT Deposition
Transcript of LISA JOINER

COUNSEL OF RECORD NOTES THE FOLLOWING ADDITIONAL ERRATA
CHANGES:

| PAGE | LINE | CORRECTION |
|---|---|---|
| 6 | 6 | Change "depot" to "depo" |
| 6 | 8 | Change "spend" to "spell" |
| Global | Change | Change "Motorsports" to "Motor Sports" |
| 7 | 12 | Change "Lexi" to "Lexy" |
| 7 | 17 | Change "Kennedy" to "Kennedye" |
| 7 | 18 | Change "Mativa" to "Metiva" |
| 9 | 9 | Change "Inc. Correct?" to "Inc., correct?" |
| 13 | 7 | Change "has" to "have" |
| 17 | 2 | Change "the medic." to "the Medic Rig." |
| 17 | 4 | Change "on the depositions" to "at a deposition" |
| 18<br><br>19 | 15-20<br><br>1-5 | Quoted section from contract should read as follows:<br><br>"Service Provider will supply to FMS professional services including, but not limited to providing licensed physicians at FMS-produced Supercross races (collectively, the "Professional Services"), and/or to provide equipment, including but not limited to a basic mobile medical facility (collectively, the "Deliverables") to FMS as mutually agreed upon from time to time by Service Provider and FMS and as set forth in a written Statement of Work signed by all Parties (each, a "SOW") and attached hereto and made a part hereof as an Exhibit (beginning with Exhibit A, and continuing on in alphabetical order)[.]" |

| PAGE | LINE | CORRECTION |
|------|------|------------|
| 19 | 5 | Change "States there" to "It states there" |
| 19 | 6 | Change "need" to "needs" |
| 19 | 11 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 20 | 9 | Change "performance of services." to "Performance of Services." |
| 20 | 9 | Change "state" to "states" |
| 20 | 10-17 | Quoted section from contract should read as follows:<br><br>"**5.2 Performance of Services.** Service Provider warrants that its personnel and/or Third Party Vendors shall perform the Professional Services in a reasonable, good and workmanlike manner in accordance with the applicable SOW and all applicable Relevant Law, and will obtain necessary permits and licenses to perform same and provide all Deliverables, if applicable." |
| 21 | 17-18 | Change "Go ahead. Answer" to "Go ahead, you can answer." |
| 21 | 19 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 22 | 7 | Change "Ms. Joiner" to "Mr. Ramos" |
| 22 | 14 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 23 | 17 | Change "Ms. Joiner" to "Mr. Ramos" |
| 23 | 20 | Change "Ms. Joiner" to "Mr. Ramos" |
| 23 | 20 | Change "[inaudible]" to "its" |
| 24 | 4 | Change "JOINERR" to "JOINER" |
| 24 | 5 | Change "Ms. Joiner" to "Mr. Ramos" |
| 24 | 7 | Change "Ms. Joiner" to "Mr. Ramos" |

| PAGE | LINE | CORRECTION |
|---|---|---|
| 24 | 9-13 | Quoted section from contract should read as follows:<br><br>"The term of this SOW shall be from the Effective Date of the Master Services Agreement through the Monster Energy Cup event held in October 2021." |
| 24<br><br>25 | 20<br><br>1-12 | Quoted section from contract should read as follows:<br><br>"Upon payment of the Supercross Season Fee (defined below), Service Provider shall provide all necessary staffing and equipment to operate a basic mobile medical facility at each event during the 2017-2021 seasons of the Monster Energy Supercross organized and operated by FMS (together with each Monster Energy Cup event, individually and collectively, the "Event(s)"), in order to provide medical care to riders, crew, and staff as needed. Service Provider shall be present and ready to provide Professional Services for all ontrack activities at each event during the Supercross season, including practice." |
| 25 | 20 | Change "need" to "needs" |
| 28 | 11-17 | Quoted section from contract should read as follows:<br><br>"The Supercross Season Fee shall be $370,656.00 per Supercross season. The Supercross Season Fee is based upon sixteen (16) Events in the United States and Canada that comprise the Monster Energy AMA Supercross championship, running from approximately January through May of each calendar year." |
| 29 | 2-4 | Change "Section 3B states that" to "Section 3b states that" |

| PAGE | LINE | CORRECTION |
|------|------|------------|
| 29 | 4-5 | Quoted section from contract should read as follows:<br><br>"The Monster Energy Cup Fee shall be $23,166.00 per Monster Energy Cup Event." |
| 30 | 7-8 | Change "sponsorship.  And in general, first, it states in Section 4A," to "Sponsorship.  And in General, first, it states in section 4a," |
| 30 | 8-15 | Quoted section from contract should read as follows:<br><br>"Service Provider and FMS shall work together in good faith to design and mutually agree upon sponsorship opportunities relating to the mobile medical facility and Events ("Sponsorship(s)"). Both FMS and Service Provider shall use commercially reasonable efforts to sell the mutually agreed upon Sponsorships to third parties ("Sponsor(s)"), []." |
| 30 | 16 | Change "entail?" to "entails?" |
| 30 | 20 | Change "Section 4B" to "section 4b" |
| 31 | 1-9 | Quoted section from contract should read as follows:<br><br>"The parties hereby agree and acknowledge that the Sponsorships for the period from the Effective Date through October 31, 2018 (the "Exclusive Period") shall consist solely of an exclusive Sponsorship for Alpinestars srl ("Alpinestars"), subject to the finalization and execution of a separate Medical Unit Sponsorship Agreement between FMS, Service Provider and Alpinestars (the "Alpinestars Agreement"), []." |
| 31 | 15 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 32 | 14 | Change "as a general" to "as general" |
| 33 | 6 | Change "Section 5" to "section 5" |
| 33 | 7-8 | Change "states, "That" to "states that" |

| PAGE | LINE | CORRECTION |
|---|---|---|
| 33 | 7-12 | Quoted section from contract should read as follows:<br><br>"Service Provider's personnel and Third Party Vendors must abide by all reasonable safety rules and regulations put in place by FMS. All employees and Third Party Vendors must execute a waiver and release prior to accessing the track area." |
| 33 | 13 | Change "reason" to "reasons" |
| 34 | 17 | Change job." To "job?" |
| 34 | 20 | Change "motorsports" to "Motor Sports" |
| 35 | 4 | Change "Does" to "Do" |
| 35 | 10 | Change "attends 3 riders" to "attends to 3 riders" |
| 36 | 11-12 | Change "services in a reasonable good and workmanlike manner." to ""Services in a reasonable, good and workmanlike manner."" |
| 37 | 1 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 37 | 9 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 38 | 6 | Change "form?" to "form." |
| 38 | 7 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 39 | 9 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 40 | 2 | Change "Field" to "Feld" |
| 40 | 3 | Change "response to the" to "response to" |
| 40 | 6 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 40 | 17 | Change "where" to "were" |
| 41 | 1 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 41 | 8 | Change "2014, 2020," to "2020," |
| 41 | 13 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 42 | 18 | Change "By Mr. Ramos" to "By Ms. Joiner" |

| PAGE | LINE | CORRECTION |
|------|------|-----------|
| 43 | 14 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 44 | 14 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 45 | 2 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 45 | 10 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 48 | 4 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 48 | 13 | Change "By Ms. Joiner" to "By Mr. Ramos" |
| 49 | 6-10 | Quoted section from contract should read as follows:<br><br>"Service Provider and FMS desire to amend the SOW to adjust the compensation provided for therein for calendar years 2020 and 2021, In accordance with the terms and conditions set forth herein." |
| 49 | 17 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 50 | 1 | Change "3A" to "3a" |
| 51 | 14 | Change "entered. Marked" to "entered, marked" |
| 51 | 18 | Change "SPA" to "S.p.a." |
| 52 | 14-17 | Quoted section from contract should read as follows:<br><br>"shall be from the Effective Date through October 30, 2021, unless earlier terminated in accordance with the terms and conditions set forth herein." |

| PAGE | LINE | CORRECTION |
|------|------|------------|
| 53<br><br>54 | 12-20<br><br>1 | Quoted section from contract should read as follows:<br><br>"for Sponsor's sponsorship of the TMR-owned and operated mobile medical center unit (the "Medical Unit") at each of the Monster Energy AMA Supercross, an FIM World Championship ("Supercross") events produced by FMS in the United States and Canada during calendar years 2019, 2020 and 2021 and each annual Monster Energy Cup ("MEC") event produced by FMS In the United States during calendar years 2019, 2020 and 2021 (individually and collectively, the "Event(s)")."" |
| 54 | 11-20 | Quoted section from contract should read as follows:<br><br>"The sponsorship fee ("Sponsorship Fee") for all sponsorship benefits for the Events to be provided to Sponsor by FMS and TMR under this Agreement will be paid directly by Sponsor to FMS as follows:<br><br>Subject to Section 1 above, Sponsor agrees to pay FMS a Sponsorship Fee in the amount of Three Hundred Ninety-Three Thousand, Eight Hundred Twenty-Two and 00/100 US Dollars ($393,82200), for the first sponsorship year (2019), and annual payments thereafter increasing at a rate of three percent (3%).[]." |
| 55 | 9 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 55 | 14 | Change "medical unit sponsorship agreement" to "Medical Unit Sponsorship Agreement" |
| 55 | 16 | Change "plays" to "pays" |
| 55 | 20 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 56 | 3 | Change "sense" to "cents" |
| 56 | 10 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 56 | 14 | Change "in" to "on" |

| PAGE | LINE | CORRECTION |
|------|------|------------|
| 57 | 9 | Change "in" to "on" |
| 57<br><br>58 | 17-20<br><br>1-2 | Quoted section from contract should read as follows:<br><br>"Sponsorship Benefits Provided to Sponsor.[]<br><br>(1) The Medical Unit will be named and branded as the "Alpinestars Mobile Medical Center" and such branding will be Included in signage on the Medical Unit semi-trailer.[]" |
| 58 | 5-8 | Quoted section from contract should read as follows:<br><br>"TMR will revise its website, www.themedicrig.com, to reflect the branding of the Medical Unit as the •Alpinestars Mobile Medical Center"." |
| 58 | 10 | Change "Says that Medic Rig" to "Then says "TMR" |
| 58 | 11 | Change "sponsor branded" to "Sponsor-branded" |
| 58 | 12 | Change "by sponsor. And" to "by Sponsor." And" |
| 58 | 13 | Change "neat" to "mid" |
| 58 | 14 | Change "beats" to "pit" |
| 58 | 15 | Change "or styles and quantities" to "wear styles and qualities" |
| 58 | 16 | Change "defined and" and "defined, and" |
| 58 | 20 | Change "pictures" to "Pit shirts" |
| 59 | 5-11 | Quoted section from contract should read as follows:<br><br>"FMS will use commercially reasonable efforts to ensure that all mentions of the Medical Unit team on the Event P.A. system and in FMS-controlled television broadcasts of the Event will refer to the "Alpinestars Medical Team"." |

| PAGE | LINE | CORRECTION |
|------|------|------------|
| 59 | 13-20 | Quoted section from contract should read as follows:<br><br>"Sponsor will receive two (2) scoreboard mentions and will be included on the Venue's electronic stadium marquee/dot matrix board advertising the Event. The copy must be provided to FMS reasonably in advance of the applicable Event. The content of the copy is subject to the prior approval of FMS and Venue management." |
| 60 | 9-13 | Quoted section from contract should read as follows:<br><br>"Sponsor will have the opportunity to place its logo identifications and links to its internet web pages within FMS' Internet Event page, located at www.supercrosslive.com." |
| 60<br>61 | 16-20<br>1 | Quoted section from contract should read as follows:<br><br>"FMS will create and provide Sponsor with a video touring inside and around the Medical Unit (the "Medical Unit Video"}. All uses of the Medical Unit Video by Sponsor are subject to TMR's and FMS's prior written approval." |
| 61 | 4-5 | Quoted section from contract should read as follows:<br><br>"FMS Marketing Rights and License." |
| 61 | 6-11 | Quoted section from contract should read as follows:<br><br>"Sponsor further acknowledges and agrees that FMS Is the exclusive owner of all right, title and interest in and to all Event Recordings, including all copyright and other intellectual property rights and goodwill therein." |
| 61 | 17 | Change "Khella" to "Nduka" |
| 61 | 19 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 62 | 5 | Change "By Mr. Ramos" to "By Ms. Joiner" |

| PAGE | LINE | CORRECTION |
|------|------|------------|
| 62 | 8 | Change "Ms. Joiner" to "Mr. Ramos" |
| 62 | 13 | Change "Ms. Joiner" to "Mr. Ramos" |
| 62 | 15 | Change "Joiner" to "Jankowski" |
| 62 | 17 | Change "Ms. Joiner" to "Mr. Ramos" |
| 62 | 18 | Change "Joiner" to "Jankowski" |
| 62 | 19 | Change "Ms. Joiner" to "Mr. Ramos" |
| 62 | 20 | Change "Joiner" to "Jankowski" |
| 63 | 1 | Change "Ms. Joiner" to "Mr. Ramos" |
| 63 | 4 | Change "Ms. Joiner" to "Mr. Ramos" |
| 63 | 13 | Change "Ms. Joiner" to "Mr. Ramos" |
| 64 | 8 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 64 | 20 | Change "Feld Motorsports" to "FMS_INC" |
| 65 | 6 | Change "Pistol" to "Pistole" |
| 65 | 9 | Change "he was sent" to "it was sent" |
| 65 | 11 | Change "Butner" to "Bodner" |
| 65 | 13 | Change "Kaczmarek, Michael" to "Kaczmarzyk, and Michael" |
| 66 | 2 | Change "Alpinestars" to "Alpine Star[sic]" |
| 66 | 3-4 | Change "do. Jen Pistol, AMA, SX clerk." to "do! Jan Pistole AMA SX Clerk."" |
| 66 | 14 | Change "writer" to "rider" |
| 67 | 3 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 67 | 20 | Change ""The" to "the" |
| 68 | 1 | Change "collision."" to ""collision."" |
| 68 | 2 | Change "yes by ambulance self from" to "Yes, by ambulance, self or" |

| PAGE | LINE | CORRECTION |
|---|---|---|
| 68 | 18 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 69 | 10-14 | Quoted section from contract should read as follows:<br><br>"THIS SECOND AMENDED AND REST A TED SUPERCROSS SANCTIONING AGREEMENT (the "Agreement") is entered into July 1, 2019 by and between Feld Motor Sports, Inc., a Delaware corporation ("FMS") and American Motorcycle Association (d/b/a American Motorcyclist Association), an Ohio non-profit corporation ("AMA")." |
| 69 | 16 | Change "Ha have" to "Have" |
| 70 | 3 | Change "Ms. Joiner" to "Mr. Ramos" |
| 70 | 5 | Change "Ms. Joiner" to "Mr. Ramos" |
| 70 | 7 | Change "Ms. Joiner" to "Mr. Ramos" |
| 70 | 10 | Change "Ms. Joiner" to "Mr. Ramos" |
| 70 | 15-19 | Quoted section from contract should read as follows:<br><br>"The term of this Agreement shall be effective as of May 8, 2019 (the "Effective Date")and expire on November 5, 2034 and shall govern all Supercross Seasons (herein defined) that begin after the Effective Date." |
| 72 | 5 | Change "Supercross terms" to ""Supercross Terms"" |
| 72 | 6-15 | Quoted section from contract should read as follows:<br><br>"Attached hereto as Exhibit A is an updated logo designed by FMS for the Series (the "Plain Logo"). FMS will be the sole and exclusive owner of the Plain Logo and will have the express right and authority, at its sole cost and expense, to register and renew the Plain Logo with governmental authorities of its choosing throughout the world in an effort to protect FMS's ownership rights and interests in and to the Plain Logo." |

13

| PAGE | LINE | CORRECTION |
|---|---|---|
| 73 | 12 | Change "Ms. Joiner" to "Mr. Ramos" |
| 73 | 16 | Change "Ms. Joiner" to "Mr. Ramos" |
| 74 | 3 | Change "Ms. Joiner" to "Mr. Ramos" |
| 74 | 7 | Change "Ms. Joiner" to "Mr. Ramos" |
| 74 | 9 | Change "FMS Inc. 597" to "FMS_INC_0000597" |
| 74 | 12 | Change "Ms. Joiner" to "Mr. Ramos" |
| 74 | 14 | Change "Ms. Joiner" to "Mr. Ramos" |
| 74 | 16 | Change "Ms. Joiner" to "Mr. Ramos" |
| 75<br>76 | 6-20<br>1 | Quoted section from contract should read as follows:<br><br>"During the term of this Agreement, the logo for the Series (the "Series Logo") will consist of a combination of the Plain Logo and the Series Title in a manner comparable to the specimen attached hereto as Exhibit B (as such combination logo may be altered from time to time with the mutual approval of FMS and AMA). The Series Logo shall be included in all promotional, advertising and marketing materials produced, paid (including but not limited to payments by barter) and controlled by FMS. The Series Logo shall not be registered with any governmental authority without the prior written consent of both FMS and AMA." |
| 76 | 4 | Change "series logo" to "Series Logo" |
| 77 | 3 | Change "Section 2B, 2A." to "Section 2(b), 2(a)." |

| PAGE | LINE | CORRECTION |
|------|------|------------|
| 77 | 6-16 | Quoted section from contract should read as follows:<br><br>"The following provisions will apply with respect to the Events to be included in the Series:[]<br><br>(a)[]All such Domestic Events produced, promoted and operated by FMS shall be produced, promoted and operated in a first class professional manner consistent with the production values of the supercross events that FMS produced, promoted and operated during the 2019 Monster Energy AMA Supercross - an FIM World Championship;" |
| 78 | 8-15 | Quoted section from contract should read as follows:<br><br>"[]and the services required to be provided by AMA at each such Domestic Event pursuant to Section II, E hereof will be provided in a first class professional manner consistent with the same level of services provided to FMS during the 2019 Monster Energy AMA Supercross, an FIM World Championship." |
| 79 | 4 | Change "Feld Motorsport" to "Feld Motor Sports" |
| 79 | 5 | Change "holding off" to "holding up" |
| 80 | 3 | Change "merchandising and licensing." to ""Merchandising and Licensing."" |
| 80 | 4-13 | Quoted section from contract should read as follows:<br><br>"During the term of this Agreement, FMS will exercise the exclusive and unrestricted rights to make, sell and exploit all goods, merchandise and licensing rights of all kinds related to the Events (with the exception of the ISC Event) and the Series in all channels of distribution or trade. All revenues received by FMS relating to the exercise of such rights shall be the sole property of and retained by FMS." |

| PAGE | LINE | CORRECTION |
|---|---|---|
| 81 | 11 | Change "services."  to "Services." |
| 81 | 11-17 | Quoted section from contract should read as follows:<br><br>"AMA agrees to provide to FMS for all of the Events included in the Series during the term of this Agreement all typical services generally provided by a sanctioning body, including, without limitation, all of the services enumerated in the remaining provisions of this Section II, E." |
| 82 | 7 | Change "race management personnel." to ""Race Management Personnel."" |
| 82 | 8-16 | Quoted section from contract should read as follows:<br><br>"Throughout the term of this Agreement, AMA will provide at each Event in the Series:<br><br>(a) An AMA Supercross Manager(s) who will maintain ultimate control over all race and floor operations, timing, scoring and all other matters including, but not limited to, the following:<br><br>(i) Race track homologation,<br><br>(ii) Managerial assistance of all track marshals and safety personnel," |
| 82 | 17 | Change "assistant" to "assistance" |
| 84 | 18 | Change "this" to "these" |
| 86 | 20 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 87 | 11 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 88 | 1 | Change "takes" to "take" |
| 88 | 4 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 88 | 17 | Change "By Mr. Ramos" to "By Ms. Joiner" |

16

| PAGE | LINE | CORRECTION |
|------|------|-----------|
| 90 | 9 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 91 | 2 | Change "Section B," to "Section (b)," |
| 91 | 3 | Change "race director," to "Race Director," |
| 91 | 4 | Change "manager," to "Manager," |
| 91 | 7 | Change "race director" to "Race Director" |
| 91 | 8 | Change "manager" to "Manager" |
| 91 | 12 | Change "event manager" to "Event Manager" |
| 91 | 14-17 | Quoted section from contract should read as follows:<br><br>"[]performing certain race control functions who is stationed to observe the race in an operation booth with clear vision of the entire race track," |
| 91 | 19 | Change "event manager?" to "Event Manager?" |
| 92 | 4 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 93 | 4 | Change "operations manager" to "Operations Manager" |
| 93 | 5 | Change "manager" to "Manager" |
| 93 | 6-11 | Quoted section from contract should read as follows:<br><br>"[]qualified to perform certain technical equipment inspection, including but not limited to rider gear, motorcycles and officiating equipment, and approval for competition and compliance inspection(s) after competition," |
| 93 | 14-15 | Change "operations manager" to "Operations Manager" |

| PAGE | LINE | CORRECTION |
|------|------|------------|
| 94 | 13-17 | Quoted section from contract should read as follows:<br><br>"AMA Timing and Scoring Manager capable of managing a timing and scoring staff and operation of the transponders for electronic timing and scoring consistent with current service and staffing levels." |
| 95 | 14-17 | Change "manager, the race director, the event manager, the operations manager, and the timing of scoring manager" to "Manager, the Race Director, the Event Manager, the Operations Manager, and the Timing of Scoring Manager" |
| 96 | 1 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 96 | 11-14 | Quoted section from contract should read as follows:<br><br>"24. Race Staff Uniforms. The Series Logo will be placed prominently on the chest of the shirt of all FMS race staff uniforms for the Championship." |
| 96 | 19 | Change "series logo." to "Series Logo." |
| 97 | 2 | Change "series logo" to "Series Logo" |
| 97 | 3 | Change "plain logo" to "Plain Logo" |

| PAGE | LINE | CORRECTION |
|------|------|------------|
| 97<br><br>98 | 14-20<br><br>1-7 | Quoted section from contract should read as follows:<br><br>"<u>Compensation</u><br><br>1. Fixed Services/Sanctioning Fee: For each of the Domestic Events during the term of this Agreement, FMS shall pay to AMA a per Event fee for the services listed in paragraphs 3 through 9 of Section II, E hereof ("Fixed Services"), including but not limited to sanctioning, timing and scoring, race inspections, administrative, and other services for the Series, in the amount determined as follows:<br><br>(a) During the Term for each of the Supercross Seasons from 2020 through 2024, the amount of the per Event fee for the Fixed Services will be $40,026 USD (forty thousand and twenty-six US dollars)." |
| 98<br><br>99 | 14-20<br><br>1-5 | Quoted section from contract should read as follows:<br><br>"<u>Variable Service/Officiating Fee</u>: For each of the Domestic Events during the term of this Agreement, FMS shall pay to AMA a per Event fee (the "per Event Variable Fee") for the Variable Services (as more fully defined in Section II, E, 10 hereof), including but not limited to officiating at each Event, in an amount determined as follows:<br><br>(a) During the Term for each of the Supercross Seasons from 2020 through 2024, the amount of the per Event Variable Fee will be $23,464 USD (twenty-three thousand four hundred sixty-four US dollars)." |

| PAGE | LINE | CORRECTION |
|------|------|------------|
| 99<br><br>100 | 14-20<br><br>1-5 | Quoted section from contract should read as follows:<br><br>"<u>Rights Fee</u>: During the term of this Agreement, FMS also agrees to pay an additional fee (the "Rights Fee") to AMA in consideration for the benefits being conferred upon FMS pursuant to this Agreement, including the exclusive use of the AMA Marks and all promotional and exploitation rights related to the Series.<br><br>(a) During the Term for each of the Supercross Seasons from 2020 through 2024, the amount of the Rights Fee per Event will be $24,843 USD (twenty-four thousand eight hundred forty-three US dollars)." |
| 101 | 5 | Change "back gate" to ""Back Gate"" |
| 101 | 6-10 | Quoted section from contract should read as follows:<br><br>"AMA shall collect and retain one hundred percent (100%) of the back gate credential revenue at all of the Domestic Events from all riders and support crew in possession of an AMA membership or AMA season mechanic's license." |
| 101 | 20 | Change "description" to "subscription" |
| 103 | 9-12 | Quoted section from contract should read as follows:<br><br>"FMS shall be entitled to collect and retain one hundred percent (100%) of all revenues from guest passes and contingency overbuy passes." |
| 103 | 19 | Change "over bypass" to "overbuy pass" |
| 104 | 13-14 | Change "special provision" to ""Special Provisions"" |

| PAGE | LINE | CORRECTION |
|------|------|------------|
| 104 | 15-18 | Quoted section from contract should read as follows:<br><br>"Credentials. FMS shall have the exclusive right to create, issue, revoke, and otherwise control all credentials pe1iaining to security and access at Events." |
| 107 | 11 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 108 | 3 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 108 | 16 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 109 | 13 | Change "By Mr. Ramos" to "By Ms. Joiner" |
| 110 | 8 | Change "Support, Section" to "Support," section" |
| 110 | 9-15 | Quoted section from contract should read as follows:<br><br>"FMS agrees to arrange for emergency medical care at the Events at no cost to AMA. FMS will use commercially reasonable efforts to maintain the same level of emergency medical support as provided during the 2019 Season, including the provision of the Mobile Medic Rig." |
| 110 | 16 | Change "Motorsport" to "Motor Sports" |
| 111 | 5-8 | Quoted section from contract should read as follows:<br><br>" maintain the same level of emergency medical support as provided during the 2019 Season, including the provision of the Mobile Medic Rig." |
| 111 | 8 | Change "Rig," to "Rig,"" |
| 113 | 4 | Change "how much" to "how many" |
| 113 | 11 | Change "Mr. Ramos" to "Ms. Joiner" |
| 116 | 2 | Change "Mr. Ramos" to "Ms. Joiner" |
| 117 | 6 | Change "writers" to "riders" |

| PAGE | LINE | CORRECTION |
|------|------|------------|
| 117 | 14 | Change "Mr. Ramos" to "Ms. Joiner" |
| 118 | 15 | Change "Mr. Ramos" to "Ms. Joiner" |
| 120 | 2 | Change "Mr. Ramos" to "Ms. Joiner" |
| 120 | 18 | Change "Kennedy" to "Kennedye" |
| 121 | 10 | Change "we didn't" to "you didn't" |
| 121 | 17 | Change "Mr. Ramos" to "Ms. Joiner" |
| 121 | 20 | Change "Ms. Joiner" to "Mr. Ramos" |
| 122 | 4 | Change "Ms. Joiner" to "Ms. Jankowski" |
| 122 | 5 | Change "Ms. Joiner" to "Mr. Ramos" |
| 122 | 7 | Change "Ms. Joiner" to "Ms. Jankowski" |
| | | |
| 122 | 9 | Change "Ms. Joiner" to "Mr. Ramos" |
| 122 | 10 | Change "Ms. Joiner" to "Ms. Jankowski" |
| 122 | 11 | Change "Ms. Joiner" to "Mr. Ramos" |
| 123 | 2 | Change "NBC  Universal" to "NBCUniversal" |
| 126 | 1 | Change "license agreement" to "License Agreement" |
| 130 | 7 | Change "that the 2" to "that the two" |
| 130 | 11 | Change "Mr. Ramos" to "Ms. Joiner" |
| 134 | 10 | Change  "Supercross  manager"  to  "Supercross Manager" |
| 134 | 11 | Change  "race  director,  manager"  to  "Race Director, Manager" |
| 138 | 9 | Change "Ms. Joiner" to "Mr. Ramos" |
| 138 | 17 | Change "John prior" to "Joanne Pryor" |
| 138 | 17 | Change "Paul Reman" to "Paul Reiman" |

| PAGE | LINE | CORRECTION |
|------|------|------------|
| 139 | 1-20 | Quoted section from email should read as follows: |
| 140 | 1-16 | "Dearest Chief Medical Officers, |
| | | We have been tasked by Feld to prepare our Disaster and Emergency Protocol. As it becomes due (today); I thought it would be appropriate if I got a consensus on procedures |
| | | I have two significant conditions that they want us to address: Large Incident (multiple injuries) and Critical Incident that could/did/would/will end in a fatality |
| | | I need you to complete this information by answering these questions? If you need more information, let me know. |
| | | Who you call (position, not name) when you decide to red flag the race? Why do you make that decision? Is it about removing the riders, or our crew, or bikes? Is it so the riders do not get hurt or so trackside personnel is safe? |
| | | Who is controlling the track guys that jump out and move hay bales, and remove bikes? |
| | | Beyond your crew - Do you have codes or words that everyone knows? AMA, Feld, FIM, ? |
| | | Do you have the something that EVERYONE SHOULD know? |
| | | Who do you coordinate with besides our staff? |
| | | I know nothing about medicine. Especially handling a CRITICAL incident. Any words I have written were basically from soap operas. Normal injuries go to the rig, but I think the on-track CMO triage would decide that. Is that an assessment of mental, breathing, physical condition, experience, all of that? |
| | | I have seen everyone work in an emergency and it is like a dance, seems choreographed, everyone following orders and knowing them. I have to put that into words." |

| PAGE | LINE | CORRECTION |
|------|------|-----------|
| 141 | 7 | Change "Mr. Ramos" to "Ms. Joiner" |
| 141 | 19 | Change "Mr. Ramos" to "Ms. Joiner" |
| 143 | 4 | Change "I have 2" to "I have two" |
| 143 | 7 | Change "that could, did, would," to "that could/did/would/" |
| 144 | 6-11 | Quoted section from contract should read as follows:<br><br>"Who you call (position, not name) when you decide to red flag the race? Why do you make that decision? Is it about removing the riders, or our crew, or bikes? Is it so the riders do not get hurt or so trackside personnel is safe?" |
| 144 | 17 | Change "Mr. Ramos" to "Ms. Joiner" |
| 145 | 11 | Change "faster an emergency" to "disaster and emergency" |
| 146 | 7 | Change "Mr. Ramos" to "Ms. Joiner" |
| 147 | 8 | Change "Mr. Ramos" to "Ms. Joiner" |
| 148 | 4 | Change "Mr. Ramos" to "Ms. Joiner" |
| 148 | 12 | Change "Mr. Ramos" to "Ms. Joiner" |
| 149 | 18 | Change "those 3 parties" to "those three parties" |
| 149 | 20 | Change "Mr. Ramos" to "Ms. Joiner" |
| 150 | 9 | Change "the writer appropriately" to "the rider appropriately" |
| 150 | 12 | Change "Mr. Ramos" to "Ms. Joiner" |
| 151 | 3 | Change "Mr. Ramos" to "Ms. Joiner" |
| 151 | 14 | Change "Mr. Ramos" to "Ms. Joiner" |
| 152 | 14 | Change "Mr. Ramos" to "Ms. Joiner" |
| 153 | 4 | Change "Mr. Ramos" to "Ms. Joiner" |

| PAGE | LINE | CORRECTION |
|------|------|-----------|
| 154 | 8 | Change "Ms. Joiner" to "Mr. Ramos" |
| 154 | 9 | Change "Ms. Joiner" to "Ms. Nduka" |
| 154 | 13 | Change "Ms. Joiner" to "Mr. Ramos" |
| 154 | 15 | Change "Ms. Joiner" to "Mr. Ramos" |
| 154 | 18 | Change "Ms. Joiner" to "Mr. Ramos" |
| 155 | 3 | Change "Ms. Joiner" to "Mr. Ramos" |
| 156 | 6 | Change "Ms. Joiner" to "Mr. Ramos" |
| 156 | 12 | Change "Ms. Joiner" to "Ms. Spradlin" |
| 156 | 14 | Change "Ms. Joiner" to "Mr. Ramos" |