# EXHIBIT 1

```
 1   UNITED STATES DISTRICT COURT

 2   MIDDLE DISTRICT OF FLORIDA

 3   TAMPA DIVISON

 4   CASE NO.: 8:22-CV-01295-TPB-CPT

 5

 6   BRIAN MOREAU,

 7   PLAINTIFF,

 8

 9   VS.

10

11   FELD ENTERTAINMENT, INC.,

12   FELD MOTOR SPORTS, INC.,

13   JOHN A. BODNAR, M.D.,

14   JAMES KENNEDYE, M.D.,

15   ANTHONY DE HOYOS, and

16   AMY METIVA,

17   DEFENDANTS.

18   ------------------------------------------/

19   VIDEO DEPOSITION OF MARCUS DEMETRIUS WILLIAMS, JUNIOR

20   DATE:    OCTOBER 13, 2023

21   REPORTER: LILIANNA CAVANAUGH

22   PLACE:   MILESTONE REPORTING COMPANY

23            401 EAST JACKSON STREET

24            SUITE 2370

25            TAMPA, FLORIDA 33602
```

**COPY**

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900
Fax 407.841.2779
Toll Free 855-MYDEPOS

401 EAST JACKSON STREET,
SUITE 2370
TAMPA, FL 33602

315 EAST ROBINSON STREET,
SUITE 510
ORLANDO, FLORIDA 32801
CORPORATE

```
 1                PROCEEDINGS
 2         THE VIDEOGRAPHER:  We are now on the video
 3    record.  The time is 10:04 a.m.  My name is Ashleigh
 4    Mayler, and Lilianna Cavanaugh is the court
 5    reporter. Today is the 13th day of October 2023.  We
 6    are at Milestone Reporting Company, located at 401
 7    East Jackson Street, Suite 510, Tampa, Florida 33602
 8    to take the deposition of Marcus Demetrius Williams,
 9    Junior, in the matter of Brian Moreau, Plaintiff,
10    versus  Feld Entertainment, Incorporated, Feld Motor
11    Sports, Incorporated, John A. Bodnar, M.D., James
12    Kennedye, M.D., Anthony de Hoyos, and Amy Metiva,
13    Defendant's, case number 8:22-CV-01295-TPB-CPT.
14    Will Counsel please introduce themselves for the
15    record, starting with the plaintiff?
16         MR. SCHWEIKERT:  Good morning, Mr. Williams. My
17    name's Mark Schweikert.  I represent the plaintiff,
18    Brian Moreau.
19         MR. DOYLE:  David Doyle on behalf of the
20    defendants, Dr. Bodnar, Dr. Kennedye, Medic Rig, Amy
21    Metiva, and Scott Combs.
22         MR. GORDON:  And David Gordon on behalf of the
23    Feld defendants.
24         THE VIDEOGRAPHER:  Thank you.  Mr. Williams,
25    please raise your right hand to be sworn in by the
```


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

1    court reporter.
2         THE REPORTER: Do you solemnly swear or affirm
3    that the testimony you're about to give will be the
4    truth, the whole truth, and nothing but the truth?
5         THE WITNESS: Yes.
6         THE REPORTER: You may begin.
7              DIRECT EXAMINATION
8         BY MR. SCHWEIKERT:
9    Q.   Good morning.
10   A.   Good morning.
11   Q.   Could you please state your full legal name
12   for the record?
13   A.   Marcus Demetrius Williams, Junior.
14   Q.   Okay. And where do you currently live?
15   A.   I live in Riverview, Florida.
16   Q.   And what's the address?
17   A.   8826 Deep Maple Drive, Riverview, Florida
18   33578.
19   Q.   Okay. Have you ever been deposed before?
20   A.   Yes.
21   Q.   Approximately how many times?
22   A.   Three or four.
23   Q.   Okay. And what were the -- what was the
24   general nature of those cases, if you can recall?
25   A.   I think two involved, like, a death of a minor

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

1    A.   No.  I'll say I hadn't thought about the call
2 in a -- in a while.  I just -- I just have -- I remember
3 -- no.  I'm just going to say no.
4    Q.   I mean, is it fair to -- like, most car
5 accidents you go to you don't see the actual car
6 accident.  You're there afterwards.
7    A.   Right.
8    Q.   Right?  So sitting here, I'm thinking if you
9 had actually seen the incident, it's something you would
10 remember; is that fair?
11    A.   Yes.
12    Q.   Okay.  So is it fair to say that since you
13 don't -- sitting here today you don't remember actually
14 seeing the motorbike incident, that you did not witness
15 the incident, itself?
16    A.   I'm going to say no, because there -- I do
17 remember some incidents, just what I -- as of watching,
18 and I just don't remember the state or the nature of
19 him.  I -- because with that -- and then my -- I feel
20 like my mirror -- my memory is error, because then --
21 now, I -- the memory, the -- the -- the radio traffic
22 and everything about what happened, it wasn't -- it's
23 like, "Hey, we got somebody down," and it was -- it was
24 legit.  It wasn't just like, the -- somebody.  You know,
25 it was like, "Hey, somebody's down," stopped the race.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

1  It was a lot of things that accompanied that.
2      Q.   In other words, but --
3      A.   Yes, I don't remember -- I don't remember
4  explicitly watching him go down, not being able to move
5  and all that jazz.  No, I do not.
6      Q.   Okay.  You don't remember witnessing any of
7  that?
8      A.   No.
9      Q.   Correct?
10     A.   Right, correct.
11     Q.   Okay.  I'm going to mention the Damar Hamlin
12 incident.  You know what that is?
13     A.   Yes.
14     Q.   Okay.  Paramedics and EMTs actually drove onto
15 the football field?
16     A.   Yes.
17     Q.   And were involved with caring for him on the
18 football field?
19     A.   Yes, sir.
20     Q.   Okay.  In this particular incident, we know
21 the facts of what happened in terms of there was an
22 incident, folks took him off of the track, put him on a
23 Mule, and then at some point turned him over to you
24 guys, Tampa Fire Rescue folks?
25     A.   Yes, sir.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

```
 1       Q.   Yes?
 2       A.   Yes, sir.
 3       Q.   Most of the time, they just jump back up, dust
 4  themselves off, dust the bike off, and off they go,
 5  right?
 6       A.   Yes, sir.
 7       Q.   But your understanding was, it was immediately
 8  on the radio, there was a sense that this was, "a
 9  legit," as you've indicated, injury?
10       A.   Yes, sir.
11       Q.   Okay.  I thought I heard you say something,
12  like there was some chatter on the radio about stopping
13  the race.  Did you hear something about that?
14       A.   Yes.
15       Q.   Okay.
16       A.   I mean, because -- just because of everything.
17  I don't remember explicitly, but it was -- I was under
18  the understanding, like, somebody's down.  This is --
19  this is more than just the typical, the guy fell down
20  and get back up here.  Most of the -- I -- from memory,
21  most of the guys who fell, they got back up and just
22  kept -- just kept it moving.
23       Q.   Right.
24       A.   I believe there was some kind of flag system
25  or something, hey -- or they would say something on the
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900   www.MILESTONEREPORTING.com   Toll Free 855-MYDEPOS

```
 1  PA.  Like, it was just nothing.  It was very just
 2  background noise, so to say.
 3       Q.  Right.  I know.  So I -- I've worn the
 4  headsets.
 5       A.  Uh-huh.
 6       Q.  I know exactly what you're talking about.
 7       A.  Yeah.
 8       Q.  So -- but in that chatter you have a specific
 9  recollection of there being some chatter about stopping
10  the race, don't you?
11       A.  I don't remember exactly what was said.  I
12  just know there was a man down and that we didn't --
13  that they -- he needed -- they needed care to get to
14  him.
15       Q.  Right, but you -- earlier you said something
16  about stopping the race.  You heard some chatter about
17  possibly stopping the race in the headset?
18       A.  I heard chatter.  I don't remember exactly
19  what I heard.
20       Q.  Something about stopping the race?
21       A.  I may have -- I did say that earlier.  Yes,
22  sir.
23       Q.  Right.  You stand by that, I take it, what you
24  said earlier?
25       A.  Question?
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**
407.423.9900   www.MILESTONEREPORTING.com   Toll Free 855-MYDEPOS

```
 1        Q.   Yes, sir.
 2        A.   Sure, yes.
 3        Q.   Okay, but whether -- who and how has the
 4   ability to actually stop the race you don't know that,
 5   do you?
 6        A.   No, sir.
 7        Q.   Okay.
 8             MR. DOYLE:  All right.  Thank you.  That's it.
 9        All right.
10             MR. SCHWEIKERT:  Mr. Gordon?
11             MR. GORDON:  Nothing further.
12             MR. SCHWEIKERT:  All right, Lieutenant.  Thank
13        you very much.
14             THE WITNESS:  Yeah.
15             MR. SCHWEIKERT:  I'll put it on the record. You
16        have the opportunity to review the deposition
17        transcript, if you'd like --
18             THE WITNESS:  Okay.
19             MR. SCHWEIKERT:  -- to see if it was
20        transcribed correctly or you can waive that right.
21        It's up to you.  If you want to decide now you can.
22        If not, you can let the court reporter know later,
23        okay?
24             THE WITNESS:  Okay.
25             MR. SCHWEIKERT:  All right.  Thank you very
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**
407.423.9900   www.MILESTONEREPORTING.com   Toll Free 855-MYDEPOS