# EXHIBIT 2



UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRIAN MOREAU,

    Plaintiff,

vs.                  CASE NO. 8:22-CV-01295-TPB-CPT

FELD MOTOR SPORTS, INC., et al.,

    Defendants.

REVISED FINAL

REMOTE VIDEOTAPED DEPOSITION OF

JAMES KENNEDYE, M.D.

TAKEN ON

FRIDAY, AUGUST 23, 2024

9:00 A.M.

OKLAHOMA PARK AVENUE CONFERENCE CENTER

101 PARK AVENUE, SUITE 1300

OKLAHOMA CITY, OKLAHOMA 73102

Page 6

```
 1              EXHIBIT INDEX CONTINUED
 2
 3   EXHIBIT NO.                                          PAGE
 4   42   PHOTO OF ACCESS CARD                             161
 5   43   TEXT MESSAGES FROM DR. BODNARS PHONE             321
 6   45   DRAWING OF TRACK                                 294
 7   46   RACERX ARTICLE - INJURY REPORT BRIAN MOREAU      311
```

Page 7

```
 1              REMOTE VIDEOTAPED DEPOSITION OF
 2                   JAMES KENNEDYE, M.D.
 3                        TAKEN ON
 4                  FRIDAY, AUGUST 23, 2024
 5                        9:00 A.M.
 6
 7        THE VIDEOGRAPHER:  We are on the record.
 8  The time is 9:17 a.m.  The date is August 23rd,
 9  2024.  This is the beginning of the deposition of
10  Dr. James Kennedye.  The case caption is Moreau
11  versus Feld Motor Sports.  Will Counsel introduce
12  yourselves and state whom you represent.
13        MR. SCHWEIKERT:  Good morning.  My name is
14  Mark Schweikert, and I represent Brian Moreau, the
15  plaintiff.
16        MR. DOYLE:  David Doyle, on behalf of
17  Defendants, Dr. Kennedye, Dr. Bodnar, Amy Metiva,
18  Scott Combs, and The Medic Rig, LLC.
19        MS. JANKOWSKI:  Gretchen Jankowski,
20  Buchanan, Ingersoll & Rooney, on behalf of
21  Defendant, Feld Motor Sports.
22        MS. SPRADLIN:  Caroline Spradlin on behalf
23  of American Motorcyclist Association.
24        THE VIDEOGRAPHER:  The court reporter will
25  now swear in the witness.
```

Page 8

```
 1        THE REPORTER:  I -- I have a quick
 2  stipulation to read.  We will be recording the Zoom
 3  meeting to solely assist in producing the
 4  transcript.  Please note the media will not be
 5  available for production to either side.  And when
 6  you see a pop-up prompt in Zoom, please click okay,
 7  or got it.
 8        I'm your court reporter for today, and I
 9  would like everyone to please speak loudly, slowly,
10  and clearly so I can make an accurate transcript.
11  Please do not talk over one another because I can
12  only report one person at a time.
13        I will be administering an affirmation for
14  any testimony given.  I would like to stipulate for
15  the record the affirmation and testimony will be
16  administered and reported by a professional digital
17  reporter.  The testimony will be transcribed and
18  certified.
19        Mr. Kennedye, please raise your right
20  hand.
21        Do you affirm under penalty of perjury the
22  testimony you're about to give will be the truth,
23  the whole truth, and nothing but the truth?
24        THE DEPONENT:  Yes.
25        THE REPORTER:  Thank you.  Counsel, please
```

Page 9

```
 1  proceed.
 2        MR. SCHWEIKERT:  Thank you.
 3  JAMES KENNEDYE, M.D., having been first duly
 4  affirmed, was examined, and testified as follows:
 5  EXAMINATION
 6  BY MR. SCHWEIKERT:
 7     Q.   Good morning, sir.
 8     A.   Good morning.
 9     Q.   Could you please state your full legal
10  name for the record.
11     A.   James Raymond Kennedye.
12        THE REPORTER:  Sir, I'm going to need you
13  to speak up, please.
14        THE DEPONENT:  James Raymond Kennedye.
15        THE REPORTER:  Thank you.
16  BY MR. SCHWEIKERT:
17     Q.   And are you a medical doctor?
18     A.   I am.
19     Q.   Have you ever had your deposition taken
20  before?
21        THE REPORTER:  I'm sorry, I didn't hear
22  that last answer at all.
23        MR. DOYLE:  That mic is -- Dr. Kennedye,
24  that mic is actually for the video guy.
25        THE DEPONENT:  Oh.
```

Page 98

prevention and we try to get people to wear a neck brace. We have neck braces. They're made by Leatt or Alpinestars makes a brace that prevents axial loading of your cervical spine.

THE REPORTER: Excuse me. I'm -- I apologize so much for interrupting. Mr. Kennedye, I didn't understand the second word. Who makes the neck braces?

THE DEPONENT: It's a company called Leatt, L-E-A-T-T, or Alpinestars.

THE REPORTER: Thank you.

THE DEPONENT: And they came -- they came along in the late 90s, early 2000s, to help riders -- when the helmet -- when they land on their head, it prevents axial loading down their cervical or thoracic or lumbar spine. And we like them to wear these things. And they came along and people were wearing them for a long time, but they do restrict the rider's head movements, so many of them don't wear them.

BY MR. SCHWEIKERT:

Q. Okay. You're talking about prevention.

A. That's prevention. Okay.

Q. Talk to me about on the track in the heat of the moment.

Page 99

A. Well, the first thing you do in the first five seconds, what hurts? That's the first thing you do. You ask the rider: What hurts? And they will tell you, it's my wrist, it's my leg, it's my arm, my chest, my jaw, I can't breathe. So that's the first thing you do.

But we're not in a clinic. We're not in an ER room. We're in a dangerous and noisy place. So we have to sometimes take our evaluation to a place where we can hear them better and understand them better, and then actually examine them better.

Q. Are you expected to do anything when responding to an injured rider on the track to assess and hopefully rule out a potential brain, head, or neck injury?

A. Well, in emergency medicine, if they're talking and they're speaking, that's a very, very good sign. That's -- that's -- it's a lot of information there, okay? We do the Glasgow Coma Scale in emergency medicine. You rapidly assess their -- their vision, their -- and their ability to verbalize, and their motor function very rapidly. And if they're speaking to you, if their eyes are open already, if they're looking at you, they get 4 for their GCS. They get a score of 4.

Page 100

You know, if they're talking to you in full sentences, they get a 5. If they're moving their extremities to purposeful command, you say, squeeze my hand, they get a 6. They have a GCS of 15, you can assess that in about 5 seconds, 6 seconds, okay?

I can look at them, their eyes are open. Boom. Eyes done. Verbal. Are they talking to me? Do they make sense when they talk to me? They get a 5. Hey, squeeze my hand, okay, they get a 6. They got a GCS of 15. That's huge. That's a standard emergency medicine thing. We actually do it on the track. So I can -- I can figure out pretty quickly. Okay.

Your GCS is 15, you're breathing. I don't -- you're not an airway issue. You're -- you did -- you know, you don't have a -- at least -- you might have a concussion, but you don't -- you're not, you know, knocked out, and you can follow commands. It's huge. Next thing, what hurts? My wrist, my leg, whatever, hurts. And if -- and usually, it's -- it's typical, does your head hurt? We put our hand up on their neck.

Does -- does that hurt? But that, you know, depends on if they say, my neck's not hurting,

Page 101

it's my -- Doc, it's my wrist, it's my leg, it's whatever, you know. They -- they're, like -- you know, they're mad anyway. They're off the track, and, you know, we try to keep the conversation very succinct. What hurts? Okay. Now, let's -- so there's a very, very quick primary survey you do on the track.

Q. Are you attempting to rule out a potential brain, head, or neck injury?

A. Well, yeah, that's one of the things that could be injured, head, neck, also other things can be hurt. So we have to -- we -- we -- you know, we're not in a controlled environment. We're in a very uncontrolled environment, so we have to rapidly assess, ask them what hurts.

Q. But you can ask for the environment to be changed if needed in the interest of providing appropriate medical care, for example, requesting the racetrack be stopped, right?

A. If need be, we can request the -- the practice or the race to be stopped, but -- so it's -- it's a lot of considerations here. You're -- you're considering the safety of yourself, the safety of your team, the safety of your riders, and, you know, also the -- the reason people came to see

JAMES KENNEDYE MD REVISED FINAL            August 23, 2024                102 to 105
76226

Page 102

1   this race.  So we try not to stop the event if we
2   don't have to, but if we have to, we will.
3           So the primary survey, that -- that tells
4   you a lot about their -- if they have a head --
5   major head injury.  If they're talking to me, their
6   eyes are open, they're following commands, they
7   don't have a head bleed, they don't have -- they
8   haven't squished their brain.  So that's good.  At
9   least not now.  You can swell.
10          You know, after you have an injury to the
11  brain or anything like that, swelling can happen in
12  the interim.  You know, the brain can swell, spinal
13  cord can swell, your ankle can swell, your hip can
14  swell, your belly can swell, if you're bleeding
15  inside internally.  There's a lot of things that can
16  change.  It's a very dynamic environment.Things are
17  changing rapidly.
18      Q.   I believe you mentioned asking the rider
19  to move his extremities or looking to see if his
20  extremities were moving.  Is that part of the
21  assessment?
22      A.   Yeah.  If they're moving their
23  extremities, that's a good sign.  It's a good sign.
24      Q.   And if they're not moving their
25  extremities?

Page 103

1       A.   That would be bad, but it's rare to have
2   somebody not moving any extremities.  I've seen it.
3   I've had it on the track before, but, only once,
4   only once.  And --
5       Q.   What instance are you thinking of?
6       A.   2006 San Diego, there was a guy named
7   James Marshall.  He was a High-C spine.  He didn't
8   move on the track.
9       Q.   Were you one of the first responders that
10  went to him on the track?
11      A.   I was actually a spectator in the stadium
12  that day.  I was taking friends to the race, and I
13  saw it.  And -- but, you know I saw it.  I knew -- I
14  knew immediately because you -- he was belly
15  breathing, which means he had no -- he could not use
16  his chest wall.
17      Q.   Do you remember if the racetrack was
18  stopped after Mr. Marshall crashed?
19      A.   He wasn't moving, so, yes.  He wasn't
20  moving at all.
21      Q.   Have you ever heard Dr. Bodnar use the
22  acronym FAST?
23      A.   It's a common thing in emergency medicine,
24  FAST exam.
25      Q.   What is a FAST exam?

Page 104

1       A.   It's an ultrasound.
2       Q.   I'm sorry?
3       A.   It's an ultrasound.
4       Q.   I didn't catch it.  Ultra --
5       A.   Focus Assessment with Sonography and
6   Trauma.
7       Q.   Okay.
8       A.   That's -- that's the common parlance.  If
9   he's using it in a different context, maybe there's
10  another FAST acronym, but that's -- that's the one
11  we use most commonly in emergency medicine.
12      Q.   Are you aware that Dr. Bodnar co-authored
13  an article entitled, Motocross Medicine?
14      A.   No, I didn't actually know that.  I'd like
15  to see it.
16      Q.   Sure.  I will give you a copy of a
17  document I will mark as Exhibit 36.
18           (Whereupon, Exhibit 36 was marked for
19  identification.)
20  BY MR. SCHWEIKERT:
21      Q.   It's an article entitled, Motocross
22  Medicine, written by Jeff T. Grange, John A. Bodnar,
23  and Steven W. Corbett. Take a minute, review it and
24  let me know if you've seen it before.
25      A.   Nope.  Never seen it.  Wish I would have.

Page 105

1   I'll read it now.  What -- what journal is this in?
2   Sports Medicine, okay.
3       Q.   If we look at the -- you see near the top
4   of the article, there's some italics?  Text in
5   italics?
6       A.   Top of the article.  You're talking about
7   at the introduction?  No.  You're talking about up
8   in the -- oh, in the italics.  Yes, I see what
9   you're saying.
10      Q.   Do you see the sentence that begins,
11  "Assessment of an injured rider"?
12      A.   Yes.
13      Q.   All right.  I'm going to read it into the
14  record.  It reads, "Assessment of an injured rider
15  on or near a track requires a provider to first
16  ensure scene safety, then assess for airway,
17  cervical spine, and head injuries before
18  proceeding." Did I read that correctly?
19      A.   You did.
20      Q.   Do you think that is a good approach to
21  responding to an injured rider on a racetrack during
22  a Supercross event?
23           MR. DOYLE:  Object to the form.  Go ahead.
24  Doyle.
25           THE DEPONENT:  Sounds like a pretty

Page 134

 1        So we have to just, you know, first treat
 2   people to be good communicators, be safe, be safe
 3   with yourself, be safe with the rider.  I'm -- I
 4   don't expect you to do CPR.  I don't expect you to
 5   do mouth to mouth.  I don't expect you to intubate
 6   somebody, but just be good communicators and -- and
 7   be safe for yourself and be safe for my rider.  And
 8   let's -- you know, our -- our job is to -- this is -
 9   - track -- track environment is not a clinic.  It's
10   not a hospital.  It's not an ER.
11        You can't be doing all the -- you can't be
12   doing a whole bunch of stuff on the track.  It's
13   just not an ideal place.  It's dirty, it's wet, it
14   could be muddy, it could be cold, it could be
15   raining, the rider's sweaty.  So you want to get him
16   to somewhere where you can do these things.  So we
17   try to get him to -- to our rig and if they need,
18   necessary, an ambulance and a hospital.
19        So I don't expect my -- my athletic
20   trainers to be able to do what I do or what Dr.
21   Bodnar does, or can assess a fracture like Dr.
22   Reiman or Dr. Alexander can.  Like, you just can't
23   do that.  That's not -- any more than you would
24   expect a paralegal to know, you know, about the --
25   the intricacies of constitutional law or things like

Page 135

 1   that.  It's just -- it's too much. So --
 2   BY MR. SCHWEIKERT:
 3        Q.   Well --
 4        A.   But they have a -- they have a role.  They
 5   have a role, our --
 6        Q.   Supercross is a high-risk sport, right?
 7        A.   Yes, very much.
 8        Q.   Motorcycles are jumping you said, I think,
 9   as high as 50, 60 feet in the air, right?
10        A.   Right.
11        Q.   Riders can be thrown off their bikes and
12   land on their head or neck, right?
13        A.   Right.
14        Q.   Sport presents a high risk of head and
15   neck injuries, right?
16        A.   A risk?  Yes.
17        Q.   Shouldn't the medical team that's there to
18   respond to riders injured on the track have some
19   ability to immediately assess the rider for such a
20   potentially serious injury before there's a decision
21   made about how the rider is going to be moved off
22   the racetrack?
23             MR. DOYLE:  Object to the form.  Doyle.
24             THE DEPONENT:  The -- the way they do that
25   is to simply ask the rider.  You know, the rider --

Page 136

 1   the patient is the book.  You know, you have to read
 2   the patient.  What is he saying?  You know, that's
 3   really important.  What does he say, you know.  And
 4   occasionally, her.  There's been a few girls out
 5   there riding.  But it's usually a guy, and what
 6   hurts?
 7        That's a very -- that's a very basic,
 8   basic thing.  And, you know, that's -- that's your
 9   first assessment.  You know, is he talking to you,
10   is your eyes open, is he moving stuff?  And what
11   does he say that hurts?  That's, like, the four top
12   things you do.  You know, airway breathing,
13   circulation, moving, following commands, and what
14   hurts?
15        That's your rapid assessment at the track-
16   side.  Okay, what hurts?  Okay.  And then based off
17   of, what's next?  If they're not moving, it's a
18   whole different ballgame.
19   BY MR. SCHWEIKERT:
20        Q.   And the athletic trainers are expected to
21   do the rapid assessment that you've been describing,
22   right?
23        A.   They ask the patient what hurts.
24        Q.   That's all they're expected to do?
25        A.   Well, they're expected to say, is the

Page 137

 1   patient awake?  Are they -- are they awake?  Yes.
 2   Are their eyes open?  Yes.  Are they talking to you
 3   and making sense?  Yes.  Are they moving things?
 4   Yes, they're moving things.  What hurts?  And that's
 5   -- that's kind of what -- they all can do that.
 6   They all can do that very well.
 7        They may not be able to talk about
 8   repairing an ACL or, you know, chest contusions, or
 9   tracheal injuries, and things like that, but they
10   can -- they can tell someone's awake.  They can tell
11   -- they can ask someone what hurts.
12        Q.   I want to talk a little bit more about
13   Exhibit 11, the Medical Emergency Action Plan.  If I
14   could direct your attention to the page Bates
15   labeled Bodnar211.  Let me know when you're there.
16        A.   Bodnar0211.
17        Q.   At the bottom of the page, there's a
18   heading in bold that says, Track-side
19   Interdependence.  Do you see that?
20        A.   Yes, sir.
21        Q.   Okay.  And the first sentence under that
22   heading reads, "A red flag can be called by the AMA
23   Race Director, the AMMU Chief Medical Officer, or
24   other track marshalls, and AMA officials in
25   communication with the Race Director."  Did I read

Page 138

1  that correctly?
2     A.  Yes, sir.
3     Q.  And is that a true statement with respect
4  to the 2020 Supercross season?
5     A.  Yes.
6     Q.  Red flag can be called by the Race
7  Director, right?
8     A.  Talking about the medical -- medical
9  director?  Medical Race Director?
10    Q.  I was just breaking them down.  Red Flag
11 can be called by the AMA Race Director, right?
12    A.  AMA Race Director.  Are we talking about -
13 - the -- we're talking about an AMA official, right?
14    Q.  It says in the sentence --
15    A.  AMA Race Director.
16    Q.  Right?
17    A.  They can.  They have the -- they have the
18 authority to call a red flag.  They do.
19    Q.  The next one is the AMMU Chief Medical
20 Officer can call for a red flag, right?
21    A.  Yes.
22    Q.  Then it says, "or other track marshalls,"
23 right?
24    A.  Yes.
25    Q.  Who are the track marshalls that can call

Page 139

1  for a red flag with respect to, like, the 2020
2  Supercross season?
3     A.  When we're communicating with the -- when
4  we're on Channel 1, the AMA -- again, we've -- we've
5  switched -- switched over.  I don't know what we
6  were using in 2020.  But we have -- we're either
7  talking to Tim Kennedy on Channel 20, which is the
8  medical channel, or if it was the old system, we
9  were in the -- we were on the AMA channel, and the
10 AMA Race Director was on that channel.
11        And if it's obvious, the patient, you
12 know, or the rider is -- you know, there's a first
13 turn wreck and he got run over by 12 bikes, you
14 know, and he's just laying there like a rag doll.
15 He doesn't need medical to tell him to red flag the
16 race.  The patient's leg got ran over.  Everybody
17 saw it in the whole stadium and on national TV.
18 He's going to stop the race.
19        He didn't need the medical people to tell
20 him that.  There are situations where he cannot see,
21 or are out of his line of sight, or there's --
22 because you -- you know, when you start, you
23 understand there's a starting gate, and the racers
24 are all -- they all concentrate down into the first
25 turn.  So what you're looking at is very

Page 140

1  concentrated area.
2        You can see the whole thing happen right
3  in front of your eyes.  Once the race takes off and
4  people start separating themselves, then the action
5  is completely around you at 360 degree, and you --
6  you cannot see everything that's happening.  I can't
7  see what's going on behind me.  I can't see what's
8  going on in that building up there, that building
9  over there.  There's just too much going on.  So he
10 needs eyes on the stadium to tell him what's going
11 on.
12        If there's a crash behind the berm that he
13 can't see, he needs us to tell him, hey, what's
14 going on?  You know, if there's a patient -- there's
15 a guy just laying there and he's not getting up,
16 hey, we need to red flag this race.
17    Q.  Let me try it this way.  What is a track
18 marshall?
19    A.  Track marshall.  We don't -- it's not a
20 term.  I -- I don't use the term, track marshall.
21    Q.  Do you have any understanding of what
22 person or role that is being referred to there?  Is
23 a flagger a track marshall?  Is a track marshall --
24    A.  No.  Flagger is not a track marshall.
25 They are on the radio, but they -- the track -- the

Page 141

1  red -- the -- the flaggers are not -- they never --
2  they can't call a red flag.  Who calls red flags?
3  The AMA team on the -- on the track.  In this case,
4  probably it was John Gallagher back in those days.
5  The Chief Medical Officer, Dr. Bodnar, is usually
6  stationed up by the starting line.  It could be me.
7  It could be anybody on the Asterisks Mobile Medical
8  -- the Alpinestars Mobile Medical team.
9        Hey, Doc, he's just laying there.  We need
10 to red flag this race, or he's slow to get up, or
11 something like that.  You can red flag it.  We don't
12 have to red flag very much.  We yellow flag all the
13 time.  But red flags don't happen that often.  So
14 anybody on the medical team can call a red flag if
15 they feel it's necessary.
16    Q.  During the event in Tampa, do you know
17 where the Race Director was located within the
18 stadium?
19    A.  They're typically in the -- they're in an
20 elevated box.
21    Q.  Near the finish line?
22    A.  It's, like, a -- yeah, it's near the
23 finish line.  It is.
24    Q.  And do you know what the Race Control
25 Center is?  Have you ever heard that term?

Page 254

1  Q. And are you seeing, at this point in time,
2  that his legs are having to be manually moved by the
3  medics on the scene?
4  A. I know there's four people touching --
5  touching Brian. Scott, Amy, and two -- two medics
6  are closer to him than I am. So it's -- it's
7  difficult to see what's going on at this moment,
8  this one -- one photograph.
9  Q. But your eyes are open, right? You're
10 watching what's happening.
11 A. But I've also got sunglasses on. I could
12 have a glare in my eyes. There's bodies in the way.
13 Brian's legs are away from me.
14 Q. Did you have a glare in your eyes?
15 A. It's very frequent we have glare in our
16 eyes.
17 Q. Is your testimony that you couldn't see
18 what was happening --
19 A. I'm not saying that.
20 Q. -- as depicted in this photograph?
21 A. I'm not saying that.
22    MS. JANKOWSKI: Objection. Jankowski.
23 Form.
24    THE DEPONENT: I'm just putting you in my
25 -- in my shoes. You know, you can see I'm wearing

Page 255

1  glasses. It's sunny outside. So there are several
2  things obstructing my view of his legs. I cannot
3  specifically see what's going on with his legs.
4  BY MR. SCHWEIKERT:
5  Q. You mentioned difficulty hearing. Did you
6  take your headset off at any point to try to hear
7  better?
8  A. I'm sure I did. But you've also got the
9  AMA in your ear, asking, what -- what do we need to
10 do?
11    MR. DOYLE: Hey, Doc, just -- the question
12 was: Did you ever take your headset off? That's all
13 he needs to know.
14    THE DEPONENT: Okay.
15    MR. SCHWEIKERT: I thought he wasn't done
16 answering his question.
17 BY MR. SCHWEIKERT:
18 Q. What did you have in your ear? The -- was
19 the AMA saying anything to you on the headset?
20 A. It's part of our job to communicate with -
21 - with the people running the business, running the
22 show. We have to tell them what's going on. They're
23 waiting on us, and you're trying to figure out very
24 rapidly so they can make a decision.
25 Q. And what was being communicated?

Page 256

1  A. Probably stand by. We don't know. He's
2  off the track. We don't know what's going on yet.
3  Stand by.
4  Q. Who's saying stand by?
5  A. I probably would have said something like
6  stand by.
7  Q. What were they standing by for?
8  A. At this point in time, the fact that he's
9  clear off the track, their big thing is, do we need
10 to -- do we need to shut it down. But he's off the
11 track. So our -- our communication with AMA -- once
12 the patient's safe from danger, our communication
13 with AMA becomes very secondary to the patient care.
14 Q. Did they ask if -- if they needed to shut
15 it down around the time --
16 A. I don't specifically remember.
17    THE REPORTER: One person at a time,
18 please.
19 BY MR. SCHWEIKERT:
20 Q. I'll restate it just so the record is
21 clear. Did the AMA ask, at any time, something to
22 the effect of, do we need to shut it down?
23 A. I've heard that phrase said in my head
24 thousands of times at races.
25 Q. I'm talking about this time, sir.

Page 257

1  A. I don't recall specifically. It's --
2  you're asking me to recall a very specific -- you
3  know, I heard millions of words spoke that day. I
4  can't recall the exact words that were said at that
5  moment in time.
6  Q. If we go to Picture 1205, it appears
7  Brian's butt is on the back of the mule somewhere,
8  right?
9  A. It appears so, yes.
10 Q. What are you doing at this point?
11 A. Listening.
12 Q. Did you -- were you able to hear?
13 A. Probably was struggling to hear.
14 Q. Did you take your headset off to hear
15 better?
16 A. I may have one -- one cup off and one on.
17 Q. And what were you hearing?
18 A. I don't recall specifically. All's I know
19 is his -- they said his leg hurt, and he said -- he
20 said something -- I remember the word leg came out
21 from his mouth, but I also heard several French
22 words. That's all I know. And this was a course of
23 -- this must have been a rapid fire picture. Because
24 this is -- these can't be more than a half-second
25 apart.