# EXHIBIT 5

Case 8:22-cv-01295-TPB-CPT   Document 331-5   Filed 05/29/25   Page 1 of 5 PageID 26387



UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRIAN MOREAU,

    Plaintiff,

vs.                  CASE NO. 8:22-CV-01295-TPB-CPT

FELD MOTOR SPORTS, INC., et al.,

    Defendants.
_____

**VIDEOTAPED DEPOSITION OF**

**JOHN A. BODNAR, M.D.**

**TAKEN ON**
**MONDAY, AUGUST 5, 2024**
**9:16 A.M.**

**BUCHANAN INGERSOLL & ROONEY, PC**
**600 WEST BROADWAY, SUITE 1100**
**SAN DIEGO, CALIFORNIA 92101**



---

Page 6

EXHIBIT INDEX CONTINUED

| Exhibit | | Page |
|---|---|---|
| 11 | MEDICAL EMERGENCY ACTION PLAN | 114 |
| 12 | FIM MEDICAL CODE | 128 |
| 13 | 2020 SUPERCROSS RIDER-TEAM INFO FORM | 141 |
| 14 | TAMPA COURSE DIAGRAM | 161 |
| 15 | PICTURES | 180 |
| 16 | SPINAL CORD SAFETY AND HEALTH MEETING DOCUMENTS | 221 |
| 17 | BRIAN MOREAU INJURY EVAL FORM | 223 |
| 18 | TEXT MESSAGES | 227 |
| 19 | MEDIA QUESTIONS REGARD MOREAU EMAIL | 244 |
| 20 | 2020 SUPERCROSS SERIES MEDICAL REPORT | 250 |

---

Page 7

EXHIBIT INDEX CONTINUED

| Exhibit | | Page |
|---|---|---|
| 21 | ALPINESTARS MOBILE MEDICAL UNIT LOG BOOK | 251 |
| 22 | 2020 TECHNICAL RIDER PACKET | 254 |
| 23 | TAMPA SUPERCROSS MEETING INVITE | 299 |

---

Page 8

1  VIDEOTAPED DEPOSITION OF
2  JOHN A. BODNAR, M.D.
3  TAKEN ON
4  MONDAY, AUGUST 5, 2024
5  9:16 A.M.
6
7      THE VIDEOGRAPHER:  We are on the record.
8  Time is 9:16 a.m.  The date is August 5th, 2024.
9      This is the beginning of the deposition of
10 John A. Bodnar, M.D.  The case caption is Moreau
11 versus Feld Motor Sports.
12     Will counsel introduce yourselves and
13 state whom you represent.
14     MR. SCHWEIKERT:  Mark Schweikert for
15 Plaintiff Brian Moreau.
16     MR. DOYLE:  David Doyle on behalf of
17 Defendants Dr. Bodnar, Scott Combs, Amy Metiva, Dr.
18 Kennedye, and the Medic Rig.
19     MR. GORDON:  David Gordon for Feld Motor
20 Sports and Feld Entertainment.
21     MS. SPRADLIN:  Caroline Spradlin, American
22 Motorcyclist Association.
23     MR. GORDON:  Before we get started, let me
24 just say we agreed off the record that an objection
25 by one of the attorneys will stand as an objection

---

Page 9

1  by -- by all so we don't have to join into
2  objections, okay?
3      MR. SCHWEIKERT:  That's correct.
4      THE VIDEOGRAPHER:  The court reporter will
5  now swear in the witness.
6      THE REPORTER:  Dr. Bodnar, do you affirm
7  under penalty of perjury that the testimony you're
8  about to give will be the truth, the whole truth,
9  and nothing but the truth?
10     THE DEPONENT:  I do.
11     THE REPORTER:  Thank you.
12     MR. SCHWEIKERT:  Good morning, sir.
13     THE DEPONENT:  Good morning.
14 JOHN ANDREW BODNAR, M.D., having been first duly
15 affirmed to tell the truth, was examined, and
16 testified as follows:
17 EXAMINATION
18 BY MR. SCHWEIKERT:
19     Q.  Could you please state your full legal
20 name for the record.
21     A.  Yes.  John Andrew Bodnar.
22     Q.  Okay.  And were you the medical director
23 of the Medic Rig during the 2020 Supercross season?
24     A.  Yes.
25     Q.  And the Medic Rig, does it do business as

Page 90

1    A.  "Security for the" AMU -- "AMMU is
2  provided by the event promoters during all hours of
3  operation."
4    Q.  And was that true with respect to the 2020
5  supercross season?
6    A.  Yes.
7    Q.  We keep reading through that paragraph,
8  there's a sentence that says, "Races may be stopped
9  (red flagged) as needed to ensure team member
10 safety."  Do you see that?
11   A.  Yes.
12   Q.  Have you ever stopped a race for team
13 member safety?
14       MR. DOYLE:  Object to the form.
15       Go ahead, Doc.
16       THE DEPONENT:  I'm sure we have.  I can't
17 -- because this happens -- as far as the safety of
18 my staff is involved, there's times where you're in
19 a position that's not safe, and those -- and those
20 times a red flag can be called because my team
21 member's in a position that he wouldn't be safe
22 while he's either working on a rider or whatever the
23 -- the situation is, and that's called by the AMA.
24 BY MR. SCHWEIKERT:
25   Q.  Do you have the authority to recommend

Page 91

1  that a race or practice be stopped in the interest
2  of safety?
3    A.  It is part of the CMO responsibilities of
4  -- of notifying the AMA of any incidents on the
5  track.  One of my responsibility to say -- is -- can
6  we have a red flag?  Along with -- all his other
7  track officials are in the same position.  They can
8  all recommend -- recommend red flags to the race
9  director.  His -- his officials.
10   Q.  Who are those?  Or who -- who --
11   A.  A lot of --
12   Q.  -- are those?
13   A.  -- those people I mentioned that are on
14 the track.  The track marshals that are out there,
15 and they can vary from week to week, but they're all
16 on radios.  They're all part of the official crew.
17   Q.  Have you ever made a recommendation to red
18 flag or stop the racetrack that was not abided by
19 the race director?
20   A.  No.
21   Q.  We go to the page in Exhibit 10 entitled
22 coordinating and collaboration.  Do you see that?
23   A.  Uh-huh, yes.  Sorry.  Yes.
24   Q.  Okay.  There's a heading, local ambulance
25 services, right?

Page 92

1    A.  Correct.
2    Q.  Okay.  And third paragraph -- excuse me,
3  the third sentence in the paragraph under that
4  heading reads, "Each race day, a medical meeting
5  will be held by the CMO to brief the entire medical
6  team, including the AMMU and the local contracted
7  ambulance crew assigned to the event."  Do you see
8  that?
9    A.  Yes.
10   Q.  Did that happen at the Tampa event?
11   A.  That's been happening every race.  Before
12 -- for anywhere from 45 minutes to an hour before
13 every race since 19 -- since 2000, I believe.
14   Q.  And that's --
15   A.  Before the -- before the NFL started doing
16 theirs.
17   Q.  Started doing what?
18   A.  They have a meeting before every -- like
19 the -- Hamlin, when he had his arrest?
20   Q.  Yeah.
21   A.  Yeah.  So they have meetings before with
22 their whole medical staff took over their
23 procedures.  I -- they put it on YouTube or Facebook
24 -- FaceTime.  FaceTime.
25   Q.  If we go back to the page we're looking

Page 93

1  at, the next sentence says, "This ensures proper
2  communication of the procedures used specifically by
3  the AMMU as well as any nuances in local EMS
4  (emergency medical services) protocols."  Do you see
5  that?
6    A.  Yes.
7    Q.  What were the procedures used specifically
8  by the AMMU that were communicated during the
9  medical meeting?
10   A.  Well, we go over multiple aspects of rider
11 care, but there's some specific areas we hone on
12 each week that is different from what the ambulance
13 company may use.  So we have a -- the vacuum splint
14 that we use -- the vacuum splints for the arms we
15 use.  We have an eject system in the helmet that's
16 used to remove the helmet safely.  Things that they
17 won't -- they would not necessarily be aware of
18 because they don't use this in their routine.
19       So we would go over procedures of the way
20 we would do things on the track that might be
21 different from what they would do on -- in their
22 world, and at the same time go over specifics of
23 getting on the track, getting off the track, when to
24 go on the track, what to do if one of us are already
25 on the track.

170

1  Q.  Did you do anything to inquire about the
2  specifics of the injury so you could direct an
3  appropriate response?
4  A.  I -- because Dr. -- excuse me, Dr.
5  Kennedye was en route, he was now taking over that
6  response. So I -- he's closest. He can see what's
7  going on.
8      And I don't remember if I even -- I -- I
9  may have said, do we need to stop the race? I don't
10 know if I did or not. But -- so there may have been
11 somebody that said that, but if -- I would have been
12 the one that would have said -- if someone had said
13 that and I'd heard it, I would have gone, you know,
14 do we need it? And there must have been either a
15 reply, no, or I -- something like we're getting him
16 off or something like that. I don't remember. I
17 have some vague recollection of we're getting him
18 off.
19     So whether, you know -- I don't know if it
20 was me that said to stop the race because that's --
21 I -- I don't usually talk like that. I mean, I
22 usually say can you red flag it. So it kind of -- I
23 know my verbage when I talk, so I don't know who
24 would have said that. It might have been -- it
25 could have been the AMA up top because they do that

171

1  a lot, too. They'll ask me. That's more likely,
2  that they would say do you need to stop the race.
3      Now, I may not have heard it, and
4  unfortunately with the radios, we don't -- there's
5  times communication doesn't -- especially in
6  stadiums, there's always issues with transmitting
7  not going all the way through, and you don't hear
8  something.
9      So that's -- could be, but I do remember
10 saying -- hearing that -- that our -- feeling that
11 they were getting him off. That was -- that was
12 what I -- the last thing I remember. Then Dr.
13 Kennedye was on his route to go and see him to pick
14 him up.
15 Q.  Did you do anything to ensure that the
16 manner in which they were removing him from the
17 track was appropriate for the situation?
18 A.  I refer to -- defer to the physician who's
19 in charge of the patient to do the appropriate
20 transport -- or appropriate extrication. And the
21 medic.
22 Q.  But you're ultimately responsible as the
23 chief medical --
24 A.  I'm the director.
25 Q.  -- officer.

172

1  A.  I'm responsible for when they go to the
2  bathroom. Anything they do, I'm responsible for.
3  But the -- we have checks and balances in place so
4  that the doctor who's in charge now has the best
5  seat in the house to see what's going on. He'll do
6  the appropriate response.
7  Q.  You have the ability to recommend to the
8  race director that a track be stopped in the
9  interest of safety, right?
10 A.  That's correct.
11 Q.  What did you do to collect the information
12 you needed to make a decision about whether the
13 racetrack should be stopped or not after Brian
14 Moreau crashed?
15 A.  Again, to my recollection, I -- my
16 impression was he was being taken off the track and
17 therefore, it did not need a red flag. So that
18 really wasn't an issue. A leg injury, we get those
19 six, seven, eight times a night, and it's not -- not
20 like it happened once a day. This is something that
21 happens on a regular basis. Okay, we're going to
22 get the rider off. Okay, let's get him off, see how
23 he's doing. So the red flag issue was not even
24 entertained when the -- we knew the rider had a leg
25 injury and was getting off the track.

173

1  Q.  But you didn't know what type of leg
2  injury, did you?
3  A.  That's what Dr. -- that's what Dr.
4  Kennedye was for. Again, I -- the -- my other -- I
5  am on the track as well for all the other riders
6  that are riding, and so I'm not -- once I know that
7  doctor's taking care of that, then I can -- I -- I
8  -- he's there taking care of that issue, and I'm
9  also double-dutying as taking care of the rest of
10 the riders who are on the track and watching what's
11 going on.
12     So I mean -- and there's times I can be --
13 I could even be in the rig working on a patient, and
14 I'm sewing somebody up that's lacerated, and I can't
15 direct care, and that's why the second doctor stays
16 out. So one of the doctors who take -- stays out,
17 you know, he's in -- he's -- takes over -- charge of
18 what's going on on the track, and the other one
19 takes care of the rider.
20     So again, if I was in the -- if I was in
21 the rig off working on somebody, I can't be out
22 there on the radio talking to people, and that's
23 what the other doctor's for. So he basically
24 assumes care of the medical director on the track
25 when I'm not there.