# EXHIBIT 6

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRIAN MOREAU,

    Plaintiff,

v.                                                CASE NO. 8:22-cv-01295-TPB-CPT

FELD MOTOR SPORTS, INC. *et al.*,

    Defendants.

_____/

**<u>DECLARATION OF MICHAEL PELLETIER IN SUPPORT OF DEFENDANT AMA'S REPLY TO ITS MOTION FOR SUMMARY JUDGMENT</u>**

I, Michael Pelletier, declare as follows:

    1.    I am an adult (more than 21 years of age) resident of New Albany, Ohio. I have personal, first-hand knowledge of the matters discussed in this Declaration in Support of Defendant American Motorcycle Association d/b/a American Motorcyclist Association's ("AMA") contemporaneously filed Reply to its Motion for Summary Judgment (the "Reply"), and I am otherwise competent to testify regarding same.

    2.    I am currently the Director of Racing for the American Motorcycle Association d/b/a American Motorcyclist Association ("AMA"). I have been employed by AMA since 2015.

    3.    In 2020, I served as AMA's Supercross Manager and Clerk of Course for the 2020 Monster Energy AMA Supercross season (the "2020 Supercross").

    4.    I personally attend all AMA Supercross events, and I attended the 2020 Supercross event held in Tampa, Florida at Raymond James Stadium on February 15,

2020 (the "Tampa Supercross").

5. AMA contemporaneously documents in the regular course of business each instance that a rider falls down during any session (practice, qualifier, or race) of each Supercross event.

6. In my experience, there are typically close to 100 "fall down" instances during a routine one-day Supercross event, and in roughly a third of those instances riders do not immediately get up and often require on-track assistance.

7. When riders fall, yellow flags are automatically displayed until the track is cleared of the fallen rider or any track obstructions. Yellow flags indicate to the riders that a serious hazard is on or near the track and to proceed with extreme caution, but they do not stop the competition session.

8. When a red flag is displayed (which is always in addition to the yellow flags), the event is stopped and all riders are required to return to the start line for further direction from the event officials, including restarting a race. As it stands, there are many Supercross days where no red flag is displayed at all, typically no more than one or two red flags would be thrown throughout all sessions.

9. Given the number of times that riders typically fall down in Supercross, it is not only impractical but would be functionally impossible for a Supercross event to be conducted if a red flag had to be displayed each and every time a rider fell from their motorcycle and either did not immediately exit the track or get back on their bike and continue on. If a rule were enacted that required stoppage of any Supercross competition session every time a rider fell and did not get up quickly, did not

immediately exit the track, or required on-track assistance, such rule would most likely require each session to be stopped multiple times and substantially interfere with the conduct of Supercross sessions, and effectively would make this form of Supercross racing impractical if not impossible.

10. As a matter of regular course in Supercross, if a rider cannot immediately exit the track and is potentially in the path of oncoming riders, safety precautions including yellow caution flags, physical barriers, and on-track safety personnel directing oncoming riders are employed to protect the incident site, and to allow medical personnel to attend to the downed rider if necessary. Again, all participants know that a yellow flag alerts oncoming riders to a "serious hazard" ahead and to proceed with "extreme caution." The use of red flags is an escalation of these safety precautions and commands stoppage of the race, qualifying, or practice sessions.

11. Each fall-down incident is unique and must be evaluated on a case-by-case basis to determine what safety precautions are necessary. Where an incident site can be adequately controlled with yellow caution flags and other safety precautions, a red flag is not necessary.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on May 29, 2025

_____
Michael Pelletier