UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:22-CV-01295-TPB-CPT

BRIAN MOREAU,

       Plaintiff,

vs.

FELD MOTOR SPORTS, INC.,
THE MEDIC RIG, LLC,
AMERICAN MOTORCYCLE
ASSOCIATION d/b/a AMERICAN
MOTORCYCLIST ASSOCIATION,
JOHN A. BODNAR, M.D.,
JAMES KENNEDYE, M.D.,
SCOTT COMBS, and
AMY METIVA,

       Defendants.

_____/

## PLAINTIFF'S NOTICE OF PARTIAL SETTLEMENT

Plaintiff Brian Moreau, by and through undersigned counsel, hereby gives notice that he has reached a confidential settlement with Defendant American Motorcycle Association d/b/a American Motorcyclist Association ("AMA"), resolving all his claims against AMA in this action. This settlement does *not* affect Plaintiff's claims against the remaining Defendants—Feld Motor Sports, Inc., John A. Bodnar, MD, James Kennedye, MD, Scott Combs, and Amy Metiva—which remain pending. Plaintiff and AMA are in the process of finalizing the settlement, and Plaintiff will file a formal dismissal of his claims against AMA upon completion.

By: */s/ Mark A. Schweikert*
Mark A. Schweikert (FBN 70555)
mark@schweikertlaw.com
**SCHWEIKERT LAW PLLC**
1111 Brickell Avenue, Suite 1550
Miami, Florida 33131
Office: (305) 999-1906
Mobile: (305) 926-9452
*Lead Counsel for Plaintiff*

*and*

Maria A. Dominguez, Esq. (FBN 0510221)
m.dominguez@dmrpr.com
Juan C. Ramos-Rosado, Esq. (FBN 1002562)
j.ramos@dmrpr.com
Javier F. Micheo Marcial, Esq. (FBN 1009694)
j.micheo@dmrpr.com
**DMR LAW LLC**
1430 South Dixie Hwy., Suite 314
Coral Gables, FL 33146
Telephone: 305-548-8666

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 5, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which has served a copy upon any counsel of record for any party who is authorized to receive this Court's notice of electronic filing.

By:    */s/ Mark A. Schweikert*
Mark A.  Schweikert, Esq.