UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:22-CV-01295-TPB-CPT

BRIAN MOREAU,

        Plaintiff,

vs.

FELD MOTOR SPORTS, INC., et al.,

        Defendants.

_____/

**JOINT STIPULATION AND REQUEST FOR ENTRY OF FINAL ORDER OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT AMERICAN MOTORCYCLE ASSOCIATION**

Pursuant to the Court's Endorsed Order [DE 334], Plaintiff Brian Moreau and Defendant American Motorcycle Association d/b/a American Motorcyclist Association ("AMA"), by and through their undersigned counsel, hereby stipulate to the dismissal with prejudice of all claims asserted by Plaintiff against AMA in this action, with each party to bear its own attorneys' fees and costs.

The parties respectfully request that the Court enter the proposed Final Order of Dismissal with Prejudice as to AMA, attached hereto as Exhibit 1.

Dated: June 20, 2025              Respectfully submitted,

/s/ *Mark A. Schweikert*           /s/ *Michael S. Hooker*
Mark A. Schweikert (Lead Counsel)    Michael S. Hooker (Lead Counsel)
FBN 70555                    FBN 0330655
**SCHWEIKERT LAW PLLC**        A. Brian Albritton
1111 Brickell Avenue, Suite 1550      FBN 777773

Miami, Florida 33131
Office: (305) 999-1906
Mobile: (305) 926-9452
mark@schweikertlaw.com

– and –

Maria A. Dominguez
FBN 0510221
Juan C. Ramos-Rosado
FBN 1002562
Javier F. Micheo-Marcial
FBN 1009694
**DMR LAW LLC**
1430 South Dixie Hwy., Suite 314
Coral Gables, FL 33146
Phone: (305) 548-8666
m.dominguez@dmrpr.com
j.ramos@dmrpr.com
j.micheo@dmrpr.com

*Counsel for Brian Moreau*

Caroline Catchpole Spradlin
FBN 1003631
**PHELPS DUNBAR LLP**
100 South Ashley Drive, Suite 2000
Tampa, FL 33602-5311
Phone: (813) 472-7550
Fax: (813) 472-7570
michael.hooker@phelps.com
brian.albritton@phelps.com
caroline.spradlin@phelps.com

*Counsel for American Motorcycle Association*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 20, 2025, I electronically filed the foregoing

with the Clerk of Court by using the CM/ECF system, which has served a copy upon

any counsel of record for any party who is authorized to receive this Court's notice of

electronic filing.

By:    */s/Mark A. Schweikert*
       Mark A.  Schweikert, Esq.