## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

### CASE NO. 8:22-CV-01295-TPB-CPT

BRIAN MOREAU,

       Plaintiff,

vs.

FELD MOTOR SPORTS, INC., et al.,

       Defendants.

_____/

### [PROPOSED] FINAL ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT AMERICAN MOTORCYCLE ASSOCIATION

This matter is before the Court upon the Joint Stipulation and Request for Entry of Final Order of Dismissal with Prejudice of Plaintiff's Claims Against Defendant American Motorcycle Association. After reviewing the joint stipulation and being otherwise duly advised in the premises, it is hereby:

**ORDERED**, **ADJUDGED**, and **DECREED** that all claims asserted by Plaintiff Brian Moreau against Defendant American Motorcycle Association are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this __ day of June, 2025.

_____
TOM BARBER
UNITED STATES DISTRICT JUDGE