## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**BRIAN MOREAU,**

    Plaintiff,

v.                                                                                          CASE NO. 8:22-cv-01295-TPB-CPT

**FELD MOTOR SPORTS, INC.** *et al.*,

    Defendants.

_____/

## DEFENDANTS' COMBINED LIST OF ISSUES FOR DECEMBER 15, 2025 PRETRIAL CONFERENCE

Pursuant to the Court's directive at the November 19, 2025 Status Conference, Defendants Feld Motor Sports, Inc., The Medic Rig, LLC, John A. Bodnar, M.D., James Kennedye, M.D., Amy Metiva, and Scott Combs (collectively, "Defendants"), through their respective counsel, hereby provide the following list of issues to be discussed with the Court and the parties at the December 15, 2025 Pretrial Conference.

1. The preliminary instructions that the Court intends to read to the jury and need for a Revised Statement of the Nature of the Case, ECF No. 354.

2. The timing for filing revised deposition designations for witnesses who do not intend to appear live at trial.

3. The procedure for resolution of objections to the parties' respective deposition designations to be presented at trial.

4. The procedure for presenting (counter)-designated witness testimony to the jury and allocation of time per party (or side) for the presentation of deposition designations.

5. The number of peremptory challenges per party (or side) that the Court will allow during jury selection.

6. The use of PowerPoints or demonstratives during the parties' respective opening statements.

7. The sequestration of fact witnesses under Federal Rule of Evidence 615 until their testimony has been completed.

8. The use of exhibits with limited redactions to protect against disclosure of (a) insurance coverage, consistent with the Court's Endorsed Order, ECF No. 397, granting Defendants' Joint Motion in Limine to Exclude Evidence Relating to Insurance Coverage; and (b) financial information, consistent with the Court's Endorsed Order, ECF No. 393, granting FMS's Motion in Limine to Exclude Evidence of FMS's of Financial Information, ECF No. 349.

9. Defendant The Medic Rig, LLC's proposed use of the videotaped discovery deposition of Dr. Michael Groff (deceased), as designated by the Parties, during its case in chief.

[*signature block on next page*]

| | |
|---|---|
| Dated: December 12, 2025 | Respectfully submitted, |
| /s/ *David O. Doyle, Jr.* | /s/ *Gretchen L. Jankowski* |

David O. Doyle, Jr., | FBN 0084964
Bethany W. Nduka | FBN 1022888
Pearson Doyle Mohre & Pastlis LLP
901 North Lake Destiny Rd., Ste. 305
Maitland, FL 32751
Phone: 407-904-4605
ddoyle@pdmplaw.com
bnduka@pdmplaw.com

John L. Tate
(admitted *pro hac vice*)
Stites & Harbison, PLLC
400 West Market Street, 18th Floor
Louisville, KY 40202-3352
Phone: 502-681-0460
jtate@stites.com

*Counsel for The Medic Rig, LLC John A. Bodnar, M.D., James Kennedye, M.D., Amy Metiva, and Scott Combs*

Gretchen L. Jankowski
(admitted *pro hac vice*))
Matthew C. Pilsner
(admitted *pro hac vice*)
Buchanan Ingersoll & Rooney PC
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Phone: (412) 562-1417
gretchen.jankowski@bipc.com
matthew.pilsner@bipc.com

Richard G. Salazar | FBN 899615
Buchanan Ingersoll & Rooney PC
401 East Jackson St., Suite 2400
Tampa, FL 33602
Phone: (813) 222-8180
richard.salazar@bipc.com

David L. Gordon
(admitted *pro hac vice*)
Buchanan Ingersoll & Rooney PC
700 Alexander Park Suite 300
Princeton, NJ 08540-6340
Phone: (609) 987-5767
david.gordon@bipc.com

*Counsel for Feld Motor Sports, Inc.*