UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES

| CASE NO.: 8:22-cv-1295-TPB-CPT | DATE: January 5, 2026 | |
|---|---|---|
| HONORABLE THOMAS P. BARBER | | |
| BRIAN MOREAU<br><br>v.<br><br>FELD MOTOR SPORTS, INC., et al. | PLAINTIFF COUNSEL:<br>Mark Schweikert, Juan Carlos Ramos-Rosado & Javier Micheo-Marcial<br><br>DEFENDANT COUNSEL:<br>Gretchen Jankowski, David Gordon, Matthew Pilsner, David Doyle, John Tate & Jordan Kosches | |
| COURT REPORTER: Rebekah Lockwood | DEPUTY CLERK: | Sonya Cohn |
| TIME: 8:52 – 9:23; 10:09 – 11:45; 12:00 – 1:10; 1:22 – 1:50; 2:25 – 4:12; 4:26 – 5:11 p.m.<br><br>TOTAL: 6 hrs. 17 mins. | COURTROOM: | 14A |

**PROCEEDINGS:** JURY SELECTION/TRIAL

8:52 – Preliminary matters with counsel.

10:13 – Prospective panel present; jury selection begins. 11:41 – Panel excused for comfort break. Court addresses cause challenges with parties. Court in recess.

12:00 – Matters addressed with counsel. Prospective panel present – voir dire resumes. 12:55 – Prospective panel released for break. Court speaks with specific jurors.

1:10 – Court in recess; 1:22 – In session; jury selection completed with counsel. 1:45 – Prospective panel present; 8 jurors selected and released for lunch until 2:45. Matters addressed with parties.

1:50 – Court in recess until 2:20.

2:25 – Court in session; matters discussed with counsel. 2:51 - Jury present and sworn. Court reads preliminary jury instructions. Opening statements.

4:26 – Plaintiff witness: Thomas Carson (sworn)

5:07 – Jury released to return at 9:00 a.m.

5:11 – Parties to return at 8:30 a.m. Court adjourned.