**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:** 8:22-cv-1295-TPB-CPT | **DATE:** January 6, 2026 | |
|---|---|---|
| **HONORABLE THOMAS P. BARBER** | | |
| **BRIAN MOREAU**<br><br>v.<br><br>**FELD MOTOR SPORTS, INC., et al.** | **PLAINTIFF COUNSEL:**<br>Mark Schweikert, Maria Dominguez, Juan Carlos Ramos-Rosado & Javier Micheo-Marcial<br>**DEFENDANT COUNSEL:**<br>Gretchen Jankowski, David Gordon, Matthew Pilsner, David Doyle, John Tate & Jordan Kosches | |
| **COURT REPORTER:** Rebekah Lockwood | **DEPUTY CLERK:** Sonya Cohn | |
| **TIME:** 8:40 – 10:02; 10:08 – 11:13; 11:23 – 11:45; 1:02 – 3:21; 3:38 – 4:57 p.m.<br><br>**TOTAL:** 6 hrs. 27 mins. | **COURTROOM:** | 14A |

**PROCEEDINGS:** JURY TRIAL (Day 2)

8:40 – Preliminary matters with counsel.

9:11 – Court in session; Jury present.
   Plaintiff witnesses: Marcus Williams (sworn)
                       Amy Metiva (sworn)

11:45 – Court in recess until 1:00 for lunch.

1:02 – Court in session; jury present. Testimony of Amy Metiva resumes.
   Plaintiff witnesses: Dr. James Kennedye (sworn)
                       Gerard Valat (sworn)

4:48 – Jury released to return at 9:00; Court addresses matters with counsel. 4:58 – Court adjourned; parties to return at 8:30 a.m.