**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:** 8:22-cv-1295-TPB-CPT | **DATE:** January 7, 2026 | |
|---|---|---|
| **HONORABLE THOMAS P. BARBER** | | |
| **BRIAN MOREAU**<br><br>v.<br><br>**FELD MOTOR SPORTS, INC., et al.** | **PLAINTIFF COUNSEL:**<br>Mark Schweikert, Maria Dominguez, Juan Carlos Ramos-Rosado & Genesis Perez<br><br>**DEFENDANT COUNSEL:**<br>Gretchen Jankowski, David Gordon, Matthew Pilsner, David Doyle, John Tate & Jordan Kosches | |
| **COURT REPORTER:** Rebekah Lockwood | **DEPUTY CLERK:** Sonya Cohn | |
| **TIME:** 8:45 – 10:10; 10:24 – 11:45; 1:03 – 2:22; 2:46 – 3:45; 4:00 – 5:10 p.m.<br><br>**TOTAL:** 6 hrs. 44 mins. | **COURTROOM:** | 14A |

**PROCEEDINGS:** JURY TRIAL (Day 3)

8:40 – Preliminary matters with counsel.

9:05 – Court in session; Jury present.
  Plaintiff witnesses: Scott Combs (sworn)
      Mike Muye (sworn)

11:45 – Court in recess until 1:00 for lunch.

1:03 – Court in session; matters addressed with counsel. 109 - jury present. Testimony of Mike Muye resumes.
  Plaintiff witnesses:  Lisa Joiner (sworn)
      Ivana Strubhart (sworn) – testified using French interpreter Philippe Chamy (sworn)

5:06 – Jury released to return at 9:00; Court addresses matters with counsel; parties to return at 8:30 a.m.

5:10 – Court adjourned.