**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:** 8:22-cv-1295-TPB-CPT | **DATE:** January 16, 2026 | |
|---|---|---|
| **HONORABLE THOMAS P. BARBER** | | |
| **BRIAN MOREAU**<br><br>v.<br><br>**FELD MOTOR SPORTS, INC., et al.** | **PLAINTIFF COUNSEL:**<br>Mark Schweikert, Maria Dominguez, Juan Carlos Ramos-Rosado & Genesis Perez<br><br>**DEFENDANT COUNSEL:**<br>Gretchen Jankowski, David Gordon, Matthew Pilsner, David Doyle, John Tate & Jordan Kosches | |
| **COURT REPORTER:** Rebekah Lockwood | **DEPUTY CLERK:** | Bettye Samuel<br>Sonya Cohn |
| **TIME:** 8:34 - 8:49; 11:00 – 11:06; 11:08 – 11:24; 3:11 – 3:18; 3:24 – 3:26 p.m.<br><br>**TOTAL:** 46 mins. | **COURTROOM:** | 14A |

**PROCEEDINGS:**   JURY TRIAL (Day 10)

8:34   Court in session
       Question from Jurors

8:46   Jurors called to courtroom
       Court read portion of Rule 48 to jurors.
       Jurors resume deliberations

11:00  Court in session; juror question addressed with parties; another question received.

11:19  Jurors present. Court provided answer to question and gives Allen charge.
       Court directs lunch be provided for deliberating jury.

3:11   Court back in session
       The Jury has reached a verdict.
       Jury recalled into the courtroom; verdict returned. Jury polled, thanked for their service, and dismissed by the Court.

3:26   **Court adjourned.**