UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRIAN MOREAU,

    Plaintiff,

v.                                   Case No. 8:22-cv-1295-TPB-CPT

FELD MOTOR SPORTS, INC., et al.,

    Defendants.
_____/

## VERDICT FORM

**WE, THE JURY**, return the following verdict:

### Question 1

Do you find by a preponderance of the evidence that any of the following Defendants breached a legal duty to the Plaintiff by acting with gross negligence?

| | | |
|---|---|---|
| Dr. John Bodnar | YES _____ | NO __X__ |
| Dr. James Kennedye | YES __X__ | NO _____ |
| Amy Metiva | YES __X__ | NO _____ |
| Scott Combs | YES _____ | NO __X__ |

    **If your answer to Question 1 is "No" as to all the listed Defendants, your verdict is for Defendants, and you should not proceed further except to date and sign this verdict form. If your answer to Question 1 is "Yes" as to any of the Defendants, please answer Question 2.**

## Question 2

Do you find by a preponderance of the evidence that the gross negligence of one or more of the Defendants was a legal cause of the Plaintiff's injuries? Answer only for those Defendants whom you answered "Yes" in response to Question 1.:

| | | |
|---|---|---|
| Dr. John Bodnar | YES _____ | NO _____ |
| Dr. James Kennedye | YES _____ | NO __X__ |
| Amy Metiva | YES _____ | NO __X__ |
| Scott Combs | YES _____ | NO _____ |

**If your answer is "No" in response to Question 2 as to all Defendants, this ends your deliberations, and you should not proceed further except to date and sign this verdict form. If your answer is "Yes" for at least one Defendant, please proceed to Question 3.**

## Question 3

Do you find by a preponderance of the evidence that the Plaintiff suffered aggravated injuries over and above any injuries that would have occurred as a result of the motorcycle accident alone?

YES _____   NO _____

**If your answer is "No" in response to Question 3, this ends your deliberations, and you should not proceed further except to date and sign this verdict form. If your answer is "Yes," please proceed to Question 4.**

## Question 4

State the percentage of any gross negligence which was a legal cause of damage to the Plaintiff that you apportion to:

    Dr. John Bodnar    _____%

    Dr. James Kennedye    _____%

    Amy Metiva    _____%

    Scott Combs    _____%

**Your answers to Question 4 must total 100% and should include a zero for any Defendant you found not grossly negligent in your answer to Question 1, or for any Defendant you answered No to in question 2. Please proceed to Question 5.**

## Question 5

For any Defendant to whom you assigned a percentage of fault in Question 4, do you find that they were also an apparent agent of Feld Motor Sports, Inc. at the time and place of the incident?

    Dr. John Bodnar    YES _____    NO_____

    Dr. James Kennedye    YES _____    NO_____

    Amy Metiva    YES _____    NO_____

    Scott Combs    YES _____    NO_____

**If you answer "Yes," please proceed to Questions 6 and 7. If you answer "No," please proceed to Question 6 only and do not answer Question 7.**

## Question 6

What is the total amount of the Plaintiff's damages for pain and suffering, disability or physical impairment, disfigurement, mental anguish, inconvenience, or loss of capacity for the enjoyment of life experienced:

      a. In the past:    $_____

      b. In the future:   $_____

**Total Damages** (add lines 5a. and 5b.): $_____

## Question 7

Under the circumstances of this case, state whether you find by clear and convincing evidence that punitive damages are warranted against Feld Motor Sports, Inc.:

    YES _____    NO _____

SO SAY WE ALL, this _16_ day of _January_, 2026.

_____
Jury Foreperson (signature)

_____
Jury Foreperson (printed name)